**PARSONS ODEBRECHT**

03 - 747B

03 - A-B Infill Shell / Finishes

Drawing Log*

May 14, 2007

Latest Revision

33 of 37

| Drawing Number | Latest Rev. No. | Title | Revision Date | Issued Date |
|---|---|---|---|---|
| RC505 | BID | Partial Filth Level Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC515 | BID | Partial Filth Level Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC520 | BID | Partial Filth Level Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC545 | BID | Partial Filth Level Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC550 | BID | Partial Filth Level Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC555 | BID | Partial Filth Level Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC701 | BID | Toilet Rooms - Enlarged Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC701B | BID | Toilet Rooms - Enlarged Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC702 | BID | Toilet Rooms - Enlarged Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC703 | BID | Toilet Rooms - Enlarged Reflected Ceiling Plan | 3/16/2006 | 3/16/2006 |
| RC800 | BID | Ceiling Details | 3/16/2006 | 3/16/2006 |
| S010 | ADD4 | Geotechnical Investigation Report, Data, & Recommendations | 7/14/2006 | 3/14/2006 |
| S011 | ADD5 | Structural Notes | 8/31/2006 | 8/31/2006 |
| S012 | ADD4 | Special Inspection Plan | 7/14/2006 | 3/14/2006 |
| S100 | ADD4 | Overall Ramp Level Reference Plan-West End | 7/14/2006 | 3/16/2006 |
| S101 | BID | Overall Ramp Level Reference Plan-East End | 3/16/2006 | 3/16/2006 |
| S115 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S120 | ADD4 | Partial Ramp Level Faming Plan | 7/14/2006 | 3/16/2006 |
| S125 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S130 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S135 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S140 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S145 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S150 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S155 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S160 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S165 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S170 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S175 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S180 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S185 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S190 | ADD4 | Partial Ramp Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S200 | BID | Overall Concourse Level Reference Plan-West End | 3/16/2006 | 3/16/2006 |
| S201 | BID | Overall Concourse Level Reference Plan-West End | 3/16/2006 | 3/16/2006 |
| S215 | BID | Partial Concourse Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S220 | ADD4 | Partial Concourse Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S225 | ADD4 | Partial Concourse Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S230 | BID | Partial Concourse Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S235 | ADD4 | Partial Concourse Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S240 | BID | Partial Concourse Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S245 | BID | Partial Concourse Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S250 | ADD4 | Partial Concourse Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S255 | ADD4 | Partial Concourse Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S280 | BID | Partial Concourse Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S300 | BID | Overall Third Level Reference Plan-West End | 3/16/2006 | 3/16/2006 |
| S315 | ADD4 | Partial Third Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S320 | BID | Partial Third Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S325 | BID | Partial Third Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S330 | BID | Partial Third Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S335 | ADD4 | Partial Third Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S340 | ADD4 | Partial Third Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S345 | ADD4 | Partial Third Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S350 | ADD4 | Partial Third Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S355 | BID | Partial Third Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S400 | ADD4 | Overall Fourth Level Reference Plan-West End | 7/14/2006 | 3/16/2006 |
| S405 | ADD4 | Partial Fourth Level Framing Plan | 7/14/2006 | 3/16/2006 |



**PARSONS ODEBRECHT**

03 - 747B

03 - A-B Infill Shell / Finishes

# Drawing Log*

May 14, 2007

Latest Revision

34 of 37

| Drawing Number | Latest Rev. No. | Title | Revision Date | Issued Date |
|---|---|---|---|---|
| S415 | ADD5 | Partial Fourth Level Framing Plan | 8/31/2006 | 3/16/2006 |
| S420 | ADD4 | Partial Fourth Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S425 | ADD4 | Partial Fourth Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S430 | ADD4 | Partial Fourth Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S435 | ADD4 | Partial Fourth Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S440 | ADD4 | Partial Fourth Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S445 | ADD4 | Partial Fourth Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S450 | ADD4 | Partial Fourth Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S455 | BID | Partial Fourth Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S500 | BID | Overall Fifth Level Reference Plan-West End | 3/16/2006 | 3/16/2006 |
| S505 | BID | Partial Fifth Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S515 | ADD5 | Partial Fifth Level Framing Plan | 8/31/2006 | 3/16/2006 |
| S520 | BID | Partial Fifth Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S525 | ADD4 | Partial Fifth Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S530 | BID | Partial Fifth Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S535 | ADD4 | Partial Fifth Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S540 | BID | Partial Fifth Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S545 | BID | Partial Fifth Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S550 | BID | Partial Fifth Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S555 | BID | Partial Fifth Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S600 | BID | Overall High Roof Level Reference Plan-West End | 3/16/2006 | 3/16/2006 |
| S605 | BID | Partial High Roof Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S610 | BID | Partial High Roof Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S615 | BID | Partial High Roof Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S620 | BID | Partial High Roof Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S625 | ADD4 | Partial High Roof Level Framing Plan | 7/14/2006 | 3/16/2006 |
| S630 | BID | Partial High Roof Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S635 | ADD4 | Partial High Roof Level Floor Plan | 7/14/2006 | 3/16/2006 |
| S645 | BID | Partial High Roof Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S650 | BID | Partial High Roof Level Framing Plan | 3/16/2006 | 3/16/2006 |
| S655 | BID | Partial Roof Level Floor Plan | 3/16/2006 | 3/16/2006 |
| S701 | ADD4 | Building Sections | 7/14/2006 | 3/16/2006 |
| S702 | ADD4 | Wall and Building Sections | 7/14/2006 | 3/16/2006 |
| S703 | BID | APM Guideway Building Section | 3/16/2006 | 3/16/2006 |
| S704 | BID | Stair and Elevator Core Building Section | 3/16/2006 | 3/16/2006 |
| S705 | BID | Core Building Section | 3/16/2006 | 3/16/2006 |
| S706 | BID | Partial Framing Plans | 3/16/2006 | 3/16/2006 |
| S706A | ADD4 | Elevator Core Sections | 7/14/2006 | 3/16/2006 |
| S766 | BID | APM Girder Beam Sections and Details | 3/16/2006 | 3/16/2006 |
| S767 | BID | APM Girder Beam Sections and Details | 3/16/2006 | 3/16/2006 |
| S768 | BID | APM Girder Beam Sections and Details | 3/16/2006 | 3/16/2006 |
| S769 | BID | APM Girder Beam Sections and Details | 3/16/2006 | 3/16/2006 |
| S770 | BID | APM Girder Section and Details | 3/16/2006 | 3/16/2006 |
| S800 | BID | Pile Cap Schedules and Details | 3/16/2006 | 3/16/2006 |
| S801 | BID | Shear Wll Pile caps | 3/16/2006 | 3/16/2006 |
| S802 | BID | Shear Wall Pile Caps | 3/16/2006 | 3/16/2006 |
| S803 | BID | Pile Cap Details | 3/16/2006 | 3/16/2006 |
| S804 | ADD4 | Details-Foundation | 7/14/2006 | 3/16/2006 |
| S805 | BID | Details-Foundation | 3/16/2006 | 3/16/2006 |
| S806 | ADD5 | Details-Foundation | 8/31/2006 | 3/16/2006 |
| S807 | ADD5 | Details-Foundation | 8/31/2006 | 3/16/2006 |
| S808 | BID | Pile Cap Fundations | 3/16/2006 | 3/16/2006 |
| S809 | ADD4 | Details-Foundation | 7/14/2006 | 3/16/2006 |
| S810 | BID | Details-Head Bumpers | 3/16/2006 | 3/16/2006 |
| S820 | BID | Details-Floor/Roof Framing-Concrete | 3/16/2006 | 3/16/2006 |
| S821 | ADD4 | Details-Floor/Roof Framing-Concrete | 7/14/2006 | 3/16/2006 |

**PARSONS** ⠿⠿ **ODEBRECHT**

03 - 747B

03 - A-B Infill Shell / Finishes

Drawing Log*

May 14, 2007

Latest Revision

35 of 37

| Drawing Number | Latest Rev. No. | Title | Revision Date | Issued Date |
|---|---|---|---|---|
| S822 | ADD5 | Details-Floor/Roof Framing-Steel | 8/31/2006 | 3/16/2006 |
| S823 | ADD5 | Details-Floor/Roof Framing-Steel | 8/31/2006 | 3/16/2006 |
| S824 | ADD4 | Details-Floor/Roof Framing-Steel | 7/14/2006 | 3/16/2006 |
| S825 | BID | Details-Floor/Roof Framing-Steel | 3/16/2006 | 3/16/2006 |
| S826 | ADD5 | Details-Floor/Roof Framing-Steel | 8/31/2006 | 3/16/2006 |
| S827 | ADD5 | Details-Floor/Roof Framing-Steel | 8/31/2006 | 3/16/2006 |
| S828 | BID | Details-Floor/Roof Framing-Steel & Concrete | 3/16/2006 | 3/16/2006 |
| S829 | BID | Details-Floor/Roof Framing-Steel | 3/16/2006 | 3/16/2006 |
| S830 | BID | Details-Floor/Roof Framing-Steel | 3/16/2006 | 3/16/2006 |
| S831 | ADD5 | Details-Hoist Crane | 8/31/2006 | 3/16/2006 |
| S850 | ADD4 | Details-Floor/Roof Framing-Concrete (Corbels) | 7/14/2006 | 3/16/2006 |
| S851 | ADD4 | Details-Floor/Roof Framing-Concrete (Corbels) | 7/14/2006 | 3/16/2006 |
| S852 | ADD4 | Details-Floor/Roof Framing-Concrete (Corbels) | 7/14/2006 | 3/16/2006 |
| S870 | BID | Partial Plans/Sections and Details-APM | 3/16/2006 | 3/16/2006 |
| S871 | BID | Sections and Details-APM | 3/16/2006 | 3/16/2006 |
| S873 | BID | Sections and Details-APM | 3/16/2006 | 3/16/2006 |
| S874 | BID | Partial Plans/Sections and Details-APM | 3/16/2006 | 3/16/2006 |
| S875 | BID | Sections and Details-APM | 3/16/2006 | 3/16/2006 |
| S876 | BID | Partial Plans/Sections and Details-APM | 3/16/2006 | 3/16/2006 |
| S877 | ADD5 | Sections & Details-APM | 8/31/2006 | 3/16/2006 |
| S878 | BID | Sections & Details-APM | 3/16/2006 | 3/16/2006 |
| S881 | BID | Shear Wall Elevations | 3/16/2006 | 3/16/2006 |
| S882 | BID | Shear Wall Elevations | 3/16/2006 | 3/16/2006 |
| S883 | ADD4 | Shear Wall Elevations | 7/14/2006 | 3/16/2006 |
| S884 | BID | Shear Wall Elevations | 3/16/2006 | 3/16/2006 |
| S885 | BID | Shear Wall Elevations | 3/16/2006 | 3/16/2006 |
| S886 | ADD4 | Shear Wall Elevations | 7/14/2006 | 3/16/2006 |
| S887 | BID | Shear Wall Elevations | 3/16/2006 | 3/16/2006 |
| S888 | BID | Shear Wall Elevations | 3/16/2006 | 3/16/2006 |
| S889 | ADD4 | Shear Wall Elevations | 7/14/2006 | 3/16/2006 |
| S890 | ADD5 | Shear Wall Elevations | 8/31/2006 | 3/16/2006 |
| S891 | ADD5 | Shear Wall Elevations | 8/31/2006 | 3/16/2006 |
| S892 | ADD4 | Shear Wall Elevations | 7/14/2006 | 3/16/2006 |
| S893 | BID | Shear Wall Elevations | 3/16/2006 | 3/16/2006 |
| S894 | BID | Shear Wall Sections | 3/16/2006 | 3/16/2006 |
| S895 | ADD4 | Stair Sections | 7/14/2006 | 3/16/2006 |
| S896 | BID | Stair Sections | 3/16/2006 | 3/16/2006 |
| S897 | BID | Stair Sections | 3/16/2006 | 3/16/2006 |
| S898 | BID | Stair Sections | 3/16/2006 | 3/16/2006 |
| S899 | BID | Stair Sections | 3/16/2006 | 3/16/2006 |
| S900 | BID | Column Schedule | 3/16/2006 | 3/16/2006 |
| S901 | BID | Column Schedule | 3/16/2006 | 3/16/2006 |
| S902 | BID | Column Schedule | 3/16/2006 | 3/16/2006 |
| S903 | BID | Column Schedule | 3/16/2006 | 3/16/2006 |
| S904 | BID | Column Schedule | 3/16/2006 | 3/16/2006 |
| S905 | BID | Column Schedule | 3/16/2006 | 3/16/2006 |
| S906 | BID | Column Schedule | 3/16/2006 | 3/16/2006 |
| S907 | BID | Column Details | 3/16/2006 | 3/16/2006 |
| S910 | ADD4 | Concrete/Soffit Beam Schedules and Details | 7/14/2006 | 3/16/2006 |
| S911 | BID | Concrete/Soffit Beam Schedules and Details | 3/16/2006 | 3/16/2006 |
| S912 | ADD4 | Concrete/Soffit Beam Schedules and Details | 7/14/2006 | 3/16/2006 |
| S913 | ADD4 | Concrete/Soffit Beam Schedules and Details | 7/14/2006 | 3/16/2006 |
| S914 | BID | Concrete/Soffit Beam Schedules and Details | 3/16/2006 | 3/16/2006 |
| S915 | ADD4 | Concrete/Soffit Beam Schedules and Details | 7/14/2006 | 3/16/2006 |
| S916 | BID | Concrete/Soffit Beam Schedules and Details | 3/16/2006 | 3/16/2006 |
| S920 | BID | Overall concourse BHS Level Reference-West End | 3/16/2006 | 3/16/2006 |

**PARSONS** *ODEBRECHT*

03 - 747B

03 - A-B Infill Shell / Finishes

May 14, 2007

Drawing Log*
Latest Revision

36 of 37

| Drawing Number | Latest Rev. No. | Title | Revision Date | Issued Date |
|---|---|---|---|---|
| S921 | BID | Partial Concourse BHS Level Reference Plan | 3/16/2006 | 3/16/2006 |
| S922 | BID | Partial Concourse BHS Level Reference Plan | 3/16/2006 | 3/16/2006 |
| S923 | BID | Partial Concourse BHS Level Reference Plan | 3/16/2006 | 3/16/2006 |
| S924 | BID | Partial Concourse BHS Level Reference Plan | 3/16/2006 | 3/16/2006 |
| S925 | BID | Partial Concourse BHS Level Reference Plan | 3/16/2006 | 3/16/2006 |
| S926 | BID | Partial Concourse BHS Level Reference Plan | 3/16/2006 | 3/16/2006 |
| S927 | BID | Partial Concourse BHS Level Reference Plan | 3/16/2006 | 3/16/2006 |
| SG205 | ADD5 | Partial Concourse Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG210 | ADD5 | Partial Concourse Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG215 | ADD5 | Partial Concourse Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG220 | ADD5 | Partial Concourse Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG225 | ADD5 | Partial Concourse Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG235 | ADD5 | Partial Concourse Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG245 | ADD5 | Partial Concourse Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG250 | ADD5 | Partial Concourse Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG255 | ADD5 | Partial Concourse Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG305 | ADD5 | Partial Third Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG315 | ADD5 | Partial Third Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG325 | ADD5 | Partial Third Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG335 | ADD5 | Partial Third Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG345 | ADD5 | Partial Third Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG350 | ADD5 | Partial Third Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG355 | ADD5 | Partial Third Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG505 | ADD5 | Partial Fifth Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG515 | ADD5 | Partial Fifth Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG550 | ADD5 | Partial Fifth Level Signage Plan | 8/31/2006 | 3/16/2006 |
| SG900 | ADD5 | Signage Types & Symbols | 8/31/2006 | 3/16/2006 |
| SG900A | BID | Head Bumper Enlargement Plans | 3/16/2006 | 3/16/2006 |
| SGW-1 | BID | APM Guideway Structural Notes | 3/16/2006 | 3/16/2006 |
| SGW-10 | BID | Typical APM Guideway Section and Details | 3/16/2006 | 3/16/2006 |
| SGW-11 | BID | Typical APM Guideway Section and Details | 3/16/2006 | 3/16/2006 |
| SGW-12 | BID | Typical APM Guideway Section and Details | 3/16/2006 | 3/16/2006 |
| SGW-13 | BID | Typical APM Guideway Section and Details | 3/16/2006 | 3/16/2006 |
| SGW-14 | BID | Typical APM Guideway Section and Details | 3/16/2006 | 3/16/2006 |
| SGW-15 | BID | Typical APM Guideway Section and Details | 3/16/2006 | 3/16/2006 |
| SGW-16 | BID | Typical APM Guideway Section and Details | 3/16/2006 | 3/16/2006 |
| SGW-17 | BID | Guideway Blockouts and Openings Placement | 3/16/2006 | 3/16/2006 |
| SGW-18 | BID | Guideway Blockouts and Openings Placement | 3/16/2006 | 3/16/2006 |
| SGW-19 | BID | Guideway Blockouts and Openings Placement | 3/16/2006 | 3/16/2006 |
| SGW-1A | BID | APM Horizontal Alignment (1 of 3) | 3/16/2006 | 3/16/2006 |
| SGW-1B | BID | APM Horizontal Alignment (2 of 3) | 3/16/2006 | 3/16/2006 |
| SGW-1C | BID | APM Horizontal Alignment (3 of 3) | 3/16/2006 | 3/16/2006 |
| SGW-1D | BID | Estimated Guideway Reactions | 3/16/2006 | 3/16/2006 |
| SGW-2 | BID | Partial APM Guideway Framing Plan | 3/16/2006 | 3/16/2006 |
| SGW-20 | BID | Guideway Blockouts and Openings Placement | 3/16/2006 | 3/16/2006 |
| SGW-21 | BID | Guideway Blockouts and Openings Placement | 3/16/2006 | 3/16/2006 |
| SGW-22 | BID | Guideway Blockouts and Openings Placement | 3/16/2006 | 3/16/2006 |
| SGW-23 | BID | guideway Blockouts and Openings Placement | 3/16/2006 | 3/16/2006 |
| SGW-24 | BID | Guideway Blockouts and Openings Placement | 3/16/2006 | 3/16/2006 |
| SGW-25 | BID | Guideway Blockout and Opening Details | 3/16/2006 | 3/16/2006 |
| SGW-26 | BID | Guideway Blockout and Opening Details | 3/16/2006 | 3/16/2006 |
| SGW-27 | BID | Guideway Blockout and Opening Details | 3/16/2006 | 3/16/2006 |
| SGW-28 | BID | Guideway Blockout and Opening Details | 3/16/2006 | 3/16/2006 |
| SGW-29 | BID | Guideway Blockout and Opening Details | 3/16/2006 | 3/16/2006 |
| SGW-3 | BID | Partial APM guideway Framing Plan | 3/16/2006 | 3/16/2006 |
| SGW-30 | BID | Guideway Blockout and Opening Details | 3/16/2006 | 3/16/2006 |

03 - 747B

03 - A-B Infill Shell / Finishes

**Drawing Log\***

May 14, 2007

Latest Revision

37 of 37

| Drawing Number | Latest Rev. No. | Title | Revision Date | Issued Date |
|---|---|---|---|---|
| SGW-31 | BID | Guideway Blockout and Opening Details | 3/16/2006 | 3/16/2006 |
| SGW-32 | BID | Guideway Blockout and Opening Details | 3/16/2006 | 3/16/2006 |
| SGW-33 | BID | Guideway Blockout and Opening Details | 3/16/2006 | 3/16/2006 |
| SGW-34 | BID | Guideway Lighting Conduit Details (1 of 3) | 3/16/2006 | 3/16/2006 |
| SGW-35 | BID | Guideway Lighting Conduit Details (2 of 3) | 3/16/2006 | 3/16/2006 |
| SGW-36 | BID | Guideway Lighting Conduit Details (3 of 3) | 3/16/2006 | 3/16/2006 |
| SGW-37 | BID | Typical Switch Geometry (1 of 2) | 3/16/2006 | 3/16/2006 |
| SGW-38 | BID | Typical switch Geometry (2 of 2) | 3/16/2006 | 3/16/2006 |
| SGW-39 | BID | Switch Embedment Details | 3/16/2006 | 3/16/2006 |
| SGW-4 | BID | Partial APM Guideway Framing Plan | 3/16/2006 | 3/16/2006 |
| SGW-40 | BID | Switch Embedment Details | 3/16/2006 | 3/16/2006 |
| SGW-5 | BID | Partial APM Guideway Framing Plan | 3/16/2006 | 3/16/2006 |
| SGW-6 | BID | Partial APM Guideway Framing Plan | 3/16/2006 | 3/16/2006 |
| SGW-7 | BID | Partial APM Guideway Framing Plan | 3/16/2006 | 3/16/2006 |
| SGW-8 | BID | Partial APM Guideway Framing Plan | 3/16/2006 | 3/16/2006 |
| SGW-9 | BID | Partial APM Guideway Framing Plan | 3/16/2006 | 3/16/2006 |
| T-611 | ADD | DCAD Compaction Control And Limerock Testing | 7/14/2006 | 3/14/2006 |
| T-904 | BID | Sodding, Seeding and Fertilizing | 3/14/2006 | 3/14/2006 |

# NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM PHASING PLAN

## LIST OF PHASING PLANS

| Sheet Number | Description | Revision 4 Date |
|---|---|---|
| 1.EXISTING | Ramp Level - Existing | 3/30/07 |
| 1.0 | Ramp Level - Plate 0 | 3/30/07 |
| 1.1 | Ramp Level - Plate 1 | 3/30/07 |
| 1.2 | Ramp Level - Plate 2 | 3/30/07 |
| 1.3 | Ramp Level - Plate 3 | 3/30/07 |
| 1.4 | Ramp Level - Plate 4 | 3/30/07 |
| 1.5 | Ramp Level - Plate 5 | 3/30/07 |
| 1.6 | Ramp Level - Plate 6 | 3/30/07 |
| 1.7 | Ramp Level - Plate 7 | 3/30/07 |
| 1.8 | Ramp Level - Plate 8 | 3/30/07 |
| 1.9 | Ramp Level - Plate 9 | 3/30/07 |
| 1.10 | Ramp Level - Plate 10 | 3/30/07 |
| 2.EXISTING | Concourse Level - Existing | 3/30/07 |
| 2.0 | Concourse Level - Plate 0 | 3/30/07 |
| 2.1 | Concourse Level - Plate 1 | 3/30/07 |
| 2.2 | Concourse Level - Plate 2 | 3/30/07 |
| 2.3 | Concourse Level - Plate 3 | 3/30/07 |
| 2.4 | Concourse Level - Plate 4 | 3/30/07 |
| 2.5 | Concourse Level - Plate 5 | 3/30/07 |
| 2.6 | Concourse Level - Plate 6 | 3/30/07 |
| 2.7 | Concourse Level - Plate 7 | 3/30/07 |
| 2.8 | Concourse Level - Plate 8 | 3/30/07 |
| 2.9 | Concourse Level - Plate 9 | 3/30/07 |
| 2.10 | Concourse Level - Plate 10 | 3/30/07 |
| 3.EXISTING | Third Level -Existing | 3/30/07 |
| 3.0 | Third Level - Plate 0 | 3/30/07 |
| 3.1 | Third Level - Plate 1 | 3/30/07 |
| 3.2 | Third Level - Plate 2 | 3/30/07 |
| 3.3 | Third Level - Plate 3 | 3/30/07 |
| 3.4 | Third Level - Plate 4 | 3/30/07 |
| 3.5 | Third Level - Plate 5 | 3/30/07 |
| 3.6 | Third Level - Plate 6 | 3/30/07 |
| 3.7 | Third Level - Plate 7 | 3/30/07 |
| 3.8 | Third Level - Plate 8 | 3/30/07 |
| 3.9 | Third Level - Plate 9 | 3/30/07 |

# NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM PHASING PLAN

## LIST OF PHASING PLANS

| Sheet Number | Description | Revision 4 Date |
|---|---|---|
| 3.10 | Third Level - Plate 10 | 3/30/07 |
| 4.EXISTING | Fourth Level - Existing | 3/30/07 |
| 4.1 | Fourth Level - Plate 1 | 3/30/07 |
| 4.2 | Fourth Level - Plate 2 | 3/30/07 |
| 4.3 | Fourth Level - Plate 3 | 3/30/07 |
| 4.4 | Fourth Level - Plate 4 | 3/30/07 |
| 4.5 | Fourth Level - Plate 5 | 3/30/07 |
| 4.6 | Fourth Level - Plate 6 | 3/30/07 |
| 4.7 | Fourth Level - Plate 7 | 3/30/07 |
| 4.8 | Fourth Level - Plate 8 | 3/30/07 |
| 4.9 | Fourth Level - Plate 9 | 3/30/07 |
| 4.10 | Fourth Level - Plate 10 | 3/30/07 |

# Attachment F.6

# Scope and Description of Work

# ATTACHMENT A TO TRADE CONTRACT

# SCOPE AND DESCRIPTION OF WORK FOR BID PACKAGE NO. 11D
# WALLS & CEILING

This Scope and Description of Work is intended to be read in conjunction with all other provisions of the Trade Contract Documents. It is not intended to limit, replace, supersede or otherwise amend other descriptive terms of the Trade Contract Documents. It is intended to provide a more succinct, trade-specific summary of the details contained in the drawings, plans and specifications associated with the Work to be performed under this Trade Contract. The specific performance results intended for the Trade Contractor to achieve are those indicated in the Trade Contract Documents. All Work is to be in accordance with the Trade Contract Documents in their entirety and shall include all labor, hoisting, transportation, equipment, materials, services, supervision, coordination, layout, engineering, quality control inspections and testing, permits, taxes, 100% Performance and Payment Bonds, Insurance, licenses and any other ancillary or collateral resources and activities necessary to achieve proper Performance and strict compliance with the terms of the Trade Contract Documents.

Generally, this Scope of Work includes, but is not limited to, all activities pertaining to the following Work, as required and described in the Drawings and Specifications:

A. Drywall and Plaster.

B. Painting, (primer and top coats).

C. Interior Stucco.

D. Architectural Metal.

E. Glass Wall Panels.

F. Stone Interior Wall work.

G. Caulking.

H. Sealing.

I. Expansion Joint Covers for walls and ceilings.

J. Fixtures and Hardware.

K. Architectural Louvers.

L. Ornamental Metal Railings, Hand Railings and Guard Railings.

M. Metal Cabinets for Automated External Defibrillator (AED), Fire Extinguisher Cabinets, and Fire Valve Cabinets, supplied by others.

N. Column Covers.

O. Glass and Metal Panels for moving walkways.

P. Acoustical Ceiling Panels.

Q. Metal Ceiling Panels.

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 1 of 23

R. Fire Proofing, Fire Stopping and Fire Resistance Systems.

S. Scaffolding needed over an above that supplied by General Requirements.

T. Metal Access Panels, supplied by Mechanical, Electrical and others.

U. Rigid Acrylic Corner Guards and Impact-Resistant Wall Coverings.

## General Scope Description:

The Scope of Work includes all Work pertaining to the following Specifications Sections, unless specifically limited in this Attachment A.

### Project 747B

| Spec Section | Description |
| --- | --- |
| | **ALL DIVISION 0** |
| | **ALL DIVISION 1** |
| 02070 | **SELECTIVE DEMOLITION** |
| 02071 | **CUTTING & PATCHING** |
| 03355 | **CONCRETE SEALING** |
| 03505 | **FLOOR UNDERLAYMENT** |
| 05400 | **COLD-FORMED METAL FRAMING** |
| 05500 | **METAL FABRICATIONS** |
| 05521 | **PIPE & TUBE RAILINGS** |
| 05522 | **GLASS RAILINGS** |
| 05810 | **EXPANSION JOINT COVER ASSEMBLIES** |
| 06100 | **ROUGH CARPENTRY** |
| 07100 | **FLUID APPLIED WATERPROOFING** |
| 07213 | **BATT INSULATION** |
| 07216 | **BOARD INSULATION** |
| 07255 | **SPRAYED-ON CEMENTITIOUS FIREPROOFING** |
| 07260 | **REPLACEMENT FIREPROOFING** |
| 07814 | **THIN FILM INTUMESCENT MASTIC FIREPROOFING** |
| 07840 | **FIRE RESISTANCE SYSTEMS** |
| 07900 | **JOINT SEALERS** |
| 08305 | **ACCESS DOORS** |

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 2 of 23

| Spec Section | Description |
|---|---|
| 08410 | ALUMINUM ENTRANCES & STOREFRONTS |
| 08450 | ALL GLASS ENTRANCE AND WALL SYSTEMS |
| 08520 | ALUMINUM WINDOWS |
| 08710 | FINISH HARDWARE |
| 08800 | GLAZING |
| 09100 | METAL SUPPORT ASSEMBLIES |
| 09205 | FURRING AND LATHING |
| 09220 | PORTLAND CEMENT PLASTER (STUCCO) |
| 09225 | PORTLAND CEMENT PLASTER (INTERIOR) |
| 09260 | GYPSUM BOARD SYSTEMS |
| 09270 | GYPSUM BOARD SHAFT-WALL SYSTEM |
| 09511 | SUSPENDED ACOUSTICAL CEILINGS |
| 09515 | PERFORATED METAL TILE SYSTEM |
| 09545 | ACOUSTICAL CEILING PANEL SYSTEM |
| 09547 | PAINTED METAL PANEL CEILING |
| 09548 | SCREEN BAFFLE CEILING SYSTEM |
| 09580 | SUSPENDED DECORATIVE GRID CEILING |
| 09750 | INTERIOR STONE FACING |
| 09770 | METAL COLUMN COVERS AND COLUMN BASE |
| 09775 | METAL WALL PANELS AND BASE |
| 09780 | BACK PAINTED GLASS WALL PANELS |
| 09785 | DECORATIVE WALL PANELS |
| 09835 | ELASTOMERIC COATINGS |
| 09900 | PAINTING |
| 10250 | AUTOMATED EXTERNAL DEFIBRILLATOR (AED) CABINETS |
| 10260 | WALL AND CORNER GUARDS |
| 10522 | FIRE EXTINGUISHERS, CABINETS AND ACCESSORIES |

In addition to the above list of Specifications, the following Scope of Work description is provided for this Bid Package. This is provided as a clarification only and does not relieve the Trade Contractor from accomplishing all the required work necessary to provide complete and fully functioning systems per the Trade Contract Documents.

**General Notes:**

A.  In addition to the requirements of the Coordination Specification Sections 01040 and 01340, Trade Contractor will be responsible to perform field verifications, coordinate the Work and coordinate dimensions stated in the drawings between architectural, structural, mechanical, electrical, plumbing, fire protection, etc. and advise Managing General Contractor (MGC) of any discrepancies found prior to the start of the Work in sufficient time, so that it will not impact the Schedule of Work.

B.  Trade Contractor, while on site, shall maintain a dedicated full-time on-site Project Manager and Superintendent for this project. Both persons shall be fluent in English and authorized by the Trade Contractor to make decisions related to costs, schedules, overtime and all other necessary commitments, including attending meetings and coordinating activities with other trades associated with its Work.

C.  Trade Contractor shall provide a full-time dedicated QA/QC Manager and a separate full-time dedicated Safety Manager in accordance with the Trade Contract Documents. Both persons shall be fluent in English and authorized by the Trade Contractor to make decisions related to quality and safety of Work being performed.

D.  Trade Contractor's Bid shall include miscellaneous or incidental items required for the Work to meet the intent of the Design.

E.  Trade Contractor understands and recognizes that the Schedule of Work does not provide for continuous work and that idle time will be experienced. Trade Contractor shall make allowances for this idle time in its Bid.

F.  Miami International Airport must remain fully operational during construction. The safety and/or convenience of passengers shall not be affected by the work. Night work and/or overtime, weekend and holiday work, etc. will be required in order to avoid disruption to normal airport activities. Such work does not constitute a change of scope or justify additional compensation. Trade Contractor shall make allowances for such work in its Bid.

G.  The Owner has established a set of procedures for emergency response to hurricanes and other incidents occurring within or around the construction footprint that impact the airport operations. The MGC and its Trade Contractors will be required to mobilize onto the Miami International Airport immediately and remediate, repair or resolve the situations and restore airport operations back to normal conditions. Any such emergency requirements performed by the Trade Contractor will be paid for as Extra Work, unless such response is caused by Trade Contractor.

H.  Any layout and surveying required for the performance of the Work shall be the sole responsibility of the Trade Contractor. Trade Contractors shall not rely on other organizations for layout. Similarly, field dimensions are the total responsibility of the Trade Contractor. All layouts shall be per the Trade Contract Documents.

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B

October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0

Page 4 of 23

I. Trade Contractor is responsible for cleaning the Project daily of all debris, including the disposal of scrap/waste metal and materials resulting from its operations and depositing this debris into the dumpsters provided by the MGC. Trade Contractor shall provide its own dumpsters for structural demolition materials (concrete, masonry, etc.) and shall be responsible for removing such materials from the jobsite. Trade contractor shall coordinate with the MGC all access locations and routes for removing demolition debris and materials through the building to assigned staging area. Additionally, Trade Contractor shall coordinate location of dumpsters with the MGC. Trade Contractor shall provide final clean-up before turn over to the Owner. No hazardous or contaminated materials generated or caused by Trade Contractor's operations shall be placed in the MGC's dumpsters, but shall be disposed of properly by Trade Contractor.

J. Any temporary construction, if required by Trade Contractor or any of its subcontractors, shall be installed in such a manner as to not interfere with construction. If such interference does occur, it will be the responsibility of the Trade Contractor to make changes as may be required to overcome the interference. The cost of these changes shall be included as part of the Trade Contractor's Bid.

K. Trade Contractor shall be responsible for all hoisting, rigging, scaffolding, lifts, cranes and ladders required for the expeditious and uninterrupted performance of its Work which are not provided by the MGC under the Site General Requirements.

L. In addition to the requirements of the Coordination Specification Sections 01040 and 01340, Trade Contractor shall coordinate all receiving, unloading, inventory, handling, storage, protecting, installing, start-up, and maintenance of all materials and equipment that will be installed by Trade Contractor in a timely manner, to ensure that materials will be promptly delivered and that project site operations will not be impacted by the Trade Contractor's deliveries. Trade Contractor shall also coordinate with MGC all access locations throughout the building to use for stocking materials. Due to limited areas for storage within the buildings, Trade Contractor will not be permitted to store excessive materials in and around the buildings that will not be immediately utilized in the Work.

M. The Schedule of Work provides for multiple turnovers of the Work. Trade Contractor shall make allowances for all necessary costs in its Bid associated with the required work to be performed to comply with the multiple turnovers of the Work.

N. Trade Contractor shall provide submittals, fabrication shop drawings, certifications, record drawings, guarantee/warranty, cleaning, special coordination requirements, testing, inspections, and as-builts. Trade Contractor shall also participate in shop drawing coordination process, including MEP/FP coordination with baggage system, quality control inspections and/or testing per Specification Sections 01410 and 01440, etc., per Trade Contract Documents.

O. Trade Contractor shall include in its Bid the maintenance of temporary facilities for its Work. The Trade Contractor shall be responsible for removing from the property all temporary materials and equipment when their use is no longer required.

P. Trade Contractor shall be required to secure all materials to withstand the weather conditions resulting from high winds, driving rains, tornados and hurricanes. Bid shall

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 5 of 23

include storage receptacles with lids or doors that can be locked, chained and strapped down, for relocation and storage of small materials on short notice. Racks that can be relocated easily, rolling gang boxes, and storage units that can all be easily moved into a facility for safe storage shall be used during the job as practical. Trade Contractor to allocate labor to perform site evaluations of the lay down areas and work site to ensure that the areas are free from loose materials and trash that can easily become projectiles.

Q. Trade Contractor shall protect all of its work from weather, damage, vandalism, and theft. Trade Contractor's Bid will not be increased to provide replacement costs. Therefore, Trade Contractor should make the appropriate arrangements to purchase insurance to cover loss and theft as well as implementing and enforcing the appropriate storage methods to prevent these issues.

R. Due to the location of work areas, the staging and access related to these areas for equipment, personnel and materials will be difficult. Trade Contractor shall take these constraints into consideration in the Bid Price and shall strictly adhere to direction of the MGC's Superintendent for equipment and personnel access, storage and deliveries of materials and Schedules of Work, including requirements to work second shifts, night shifts and weekends.

S. Trade Contractor shall coordinate its Work with MGC and other Trade Contractors in advance, and identify any discrepancies prior to the start of work, with sufficient time to avoid impacting the Schedule of Work.

T. As phases of Work are nearing completion, as well as during construction, subsequent contractors will share the work space. Trade Contractor shall coordinate with the multiple trades co-occupying the site and plan its Work to avoid impacting the Schedule of Work.

U. Trade Contractor shall be responsible for costs associated with failure to coordinate logistically with the Trade Contractors providing egress and entrance into the building. Examples of this logistic coordination would be large equipment or chase installations that will become inaccessible as construction of walls or closure of areas progress. Appropriate labor should be included to ensure timely coordination and planning is performed to prevent schedule or other impacts.

V. At existing shear walls and at slabs, no cutting or coring shall commence without written authorization from the MGC and Design Professional. Trade Contractor shall include in its Bid the costs to verify locations of reinforcing steel, post-tensioned members, electrical conduits, etc. located in the slabs or walls, prior to cutting or coring for its Work.

W. The temporary water service listed below will be provided by others. If Trade Contractor has additional requirements, all costs for these additional requirements shall be included in the Bid.

- Hose bibs at each floor, including the roof, at 100 feet on center in each direction.

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B

October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0

Page 6 of 23

- Additional water service at a minimum of 10 locations within the Project, as directed by the MGC to serve temporary offices, wash areas, etc. Water service shall also be provided for at least 3 ice machines locations on the Ramp Level.

X. The temporary electrical service and lighting listed below will be provided by others. If Trade Contractor has additional requirements, such as lighting for night concrete pours, etc., all costs for these additional requirements shall be included in the Bid.

- Sufficient 120/208 volt 3-phase service for power and general area lighting, not less than ½ watt per square foot, for the duration and completion of the project construction. Provisions shall also be made for use of special equipment such as grinders, welders, buffers, etc.
- Temporary service outlets (240 volt 3-phase and 120 volt 20 amp quad receptacles) shall be strategically located not more than 100 linear feet from work areas.
- Service for temporary offices, ice machines, etc.
- Security lighting during hours of low visibility.
- Lighting required for maintenance and protection of airside and landside traffic.

Y. Material Safety Data Sheets will accompany any chemicals or gasses brought onto the jobsite. There will be no storage of chemicals or gases on site unless it is specifically allowed and permitted by the airport authorities and by the MGC in advance of storage. There will be no exceptions without approvals.

Z. All ceiling and wall access doors, frames and layout required for access to mechanical, plumbing or fire protection devices shown in the drawings shall be timely furnished and coordinated by this Trade Contractor for installation.

AA. Trade Contractor shall include in its Bid all offsets, size changes, re-routing, minor alterations of the work and all miscellaneous accessories as may be required to meet field conditions or any coordination requirements, and to ensure that a fully functioning system is provided.

BB. All welding shall be included in the Bid and shall be performed by certified welders in accordance with the Trade Contract Documents. Trade Contractor shall include in the Bid the cost of all welding, temporary power connections and disconnections.

CC. In addition to the requirements established under the Coordination Specification Sections 01040 and 01340, all Work must be fully coordinated with the Baggage Handling System (BHS) Right Of Way (ROW) drawings, Premise Distribution System (PDS) and other trades. Coordinate all interface requirements and terminations for all equipment with the Electrical Trade Contractor.

DD. Trade Contractor shall coordinate with other Trade Contractors all patching and repainting necessary, to match the work areas in which other Trade Contractors have created holes due to new construction or demolition work. This work shall be included in Trade Contractors Bid.

EE. Perform selective demolition as shown in plans, including the removal and disposal of the demolished material, equipments, and all necessary work and materials to maintain existing systems in satisfactory operation.

FF. Trade Contractor shall coordinate all sleeves and penetration locations and sizes with the electrical, plumbing and fire protection trades and all other Trade Contractors.

GG. Trade Contractor shall provide all cutting, coring and patching required for the relocation or installation of the Trade Contractor's work due to the failure of this Trade Contractor to coordinate, layout and/or lack of timely installation. Any openings required in walls after wall installation for any of these or other items will be the responsibility of this Trade Contractor, including any necessary patching around the wall or slab.

HH. Trade Contractor shall inspect work of all other trades and any existing work prior to commencement of any work and notify MGC of any discrepancies, issues or concerns.

II. Trade Contractor shall ascertain and address all long lead items and present these items as "critical path" issues on its Schedule of Work. The Trade Contractor shall notify the MGC immediately if the "critical path" will be impacted.

JJ. Prepare instructions and operation and maintenance manuals for all equipment provided and systems that are part of this Scope of Work. Coordinate with the MGC for the Owner training and instruction requirements as required by the Trade Contract Documents.

KK. Trade Contractor shall provide a complete lockout, tag-out program as described and required in the Trade Contract Documents, and per OSHA requirements.

LL. Trade Contractor shall coordinate with the MGC to assure timely start up and testing, as required per the Schedule of Work. Some items will be required to be performed out of sequence in order to facilitate the work of other trades, therefore, the Trade Contractor shall include costs to perform the start up and testing as needed to maintain the Program schedule.

MM. Trade Contractor shall ensure that no utility and/or service lines are cut, disconnected or disturbed without written permissions from the MGC. This Trade Contractor shall comply with applicable requirements of Specification Sections 01040 and 01340 and shall coordinate all electrical demolition, switchgear and feeder relocations, temporary duct banks, temporary devices, lighting and special systems etc. with the MGC, Owner, other contractors as required and as indicated in the Trade Contract Documents.

NN. These Projects will require interim Substantial Completions. The Trade Contractor shall complete all Work and resolve all punch list issues to allow each area to be 100% completed and occupied while subsequent areas are being constructed and/or moving towards completion. Multiple mobilizations will be incurred and the Trade Contractor should plan accordingly.

OO. Trade Contractor is responsible to furnish and install all necessary framing, supports, anchors, metals and/or fasteners associated with the construction and installation of all Walls and Ceilings.

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 8 of 23

PP. Trade Contractor shall provide all specified mock-ups as called for in the Trade Contract Documents. Trade Contractor understands that some mock-ups will be discarded while others may become a permanent part of the Work. All necessary allowances shall be included as part of the Trade Contract's Bid Price.

QQ. Trade Contractor may use gasoline or diesel operated welding machines for jobsite welding which may be required for the Work, providing the machines are placed outside of the building. It is understood and agreed that temporary power will not be available for welding purposes unless the Trade Contractor bears all cost for the connecting and disconnecting of electrical welding machines.

RR. Trade Contractor shall schedule use of the scaffolding with the MGC while it is on-site. If the Trade Contractor will require specific scaffolding beyond what is provided by the MGC the Trade Contractor shall be responsible to provide, maintain and remove it and shall not impact any adjacent airport or Trade Contractor operations.

## Scheduling "Shutdowns":

A. Prior to shutting down existing utilities and building services, schedule shutdown with the MGC and obtain approval. If shutdowns are required after normal working hours, on weekends or holidays, perform the work at no additional cost.

B. Schedule a minimum seven (7) day notice for shutdown.

C. Complete the new work to points of final connection of systems prior to shutdown, to minimize shutdown time.

D. Provide temporary connections when existing utilities cannot be interrupted.

E. Maintain services and utilities to existing occupied spaces which will continue operations during shut down.

## Selective Demolition (02070):

A. The Trade Contractor shall selectively demolish and remove all items such as: materials, assemblies, systems, equipments, accessories and structures indicated in the Trade Contract Documents and as required to accommodate the proposed new construction, including but not limited to:

- Partition assemblies.

- Walls and/or wall finishes (temporary construction and existing).

- Doors and frames.

- Windows, louvers and screens.

- Glass, glazing and mirrors.

- Ornamental railings, hand railings and guard railings.

- Built-in items.

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 9 of 23

- Ceiling, soffits and related items.
- Signage, fire extinguishers, and all other specialty items indicated to be removed.
- Fixtures, trims and accessories.
- Wall and ceiling moldings and trims.
- Equipment.
- Architectural and/or ornamental metal items.
- Other items associated with the Wall and Ceiling Finish Trade Contract Work.

B. Trade Contractor to coordinate and receive approval to proceed from the MGC, Owner and Airport operations prior to commencement of any demolition.

C. Trade Contractor to field verify all existing conditions and coordinate the work with all existing constraints (i.e. Airport Operations, height constraints, accessibility constraints, etc.) prior to beginning the demolition work and in a timely manner so as not to impact the schedule.

D. Provide temporary barricades, barrier walls, covered passage ways and/or all other requirements to protect the general public, other Trade Contractors, the Owner's personnel and all others working on the jobsite from injury during the demolition operations.

E. Trade Contractor shall furnish and install any temporary dustproof and/or insulated partitions where required to isolate the areas where noise and/or dust from the demolition operations are generated.

F. Provide all necessary protection to all adjacent work scheduled to remain to avoid disturbance or damage of the same during demolition operations.

G. Trade Contractor shall coordinate with other Trade Contractors to avoid damage to active utilities (plumbing, fire protection, HVAC, electrical, communications, etc.).

H. Trade Contractor shall coordinate the disconnecting and/or decommissioning of all utilities to ensure the existing airport operations and project are not impacted.

I. Any items, materials or equipment indicated to be salvaged shall be carefully removed, delivered and stored as directed by the MGC to an onsite location designated by the Owner.

J. In the event hazardous substance or materials are encountered during demolition operations, work is to immediately stop and the area is to be secured. Trade Contractor shall immediately notify the MGC and await a directive.


## Cutting and Patching (02071):

A. Trade Contractor is responsible for all provisions associated with cutting and patching that may be required to accommodate its work and restore the removed or modified portion to its original condition.

B. Trade Contractor is responsible for all repairs to finishes and equipment damaged in the work area, that was not documented in writing with the MGC prior to starting work in any new work area.

**Concrete Sealing (03355):**

A. Provide and apply concrete sealing in accordance with the Trade Contract Documents.

B. Trade Contractor shall protect all adjacent surfaces (e.g., storefront, curtain wall and glass, rails doorframes, types of walls, etc.) from the concrete sealer during the installation process, both interior and exterior.

C. Trade Contractor shall coordinate all sealing work in a manner that will not impact the scheduling and completion Work of other Trade Contractors.

**Floor Underlayment (03505):**

Trade Contractor is responsible to perform a survey to determine floor flatness, as it applies to the construction of walls and wall finishes in this Bid Package. Any existing out of tolerance work discovered must be brought to the MGC's attention prior to proceeding with any new work in the area.

**Metalwork Fabrications (05500):**

A. Trade Contractor shall furnish and install all stainless steel custom fabricated panels, trim pieces, base plates, cover plates, column covers and railings in accordance with the Trade Contract Documents.

B. Trade Contractor shall furnish and install all necessary Metalwork Fabrications as specified in the Trade Contract Documents.

C. Trade Contractor shall furnish and install the stainless steel cladding for escalators and moving walkways, as shown in the Trade Contract Documents.

D. Trade Contractor shall coordinate the installation of the Stainless Steel pipe handrail onto the Curtain Wall to avoid any impacts to the NOA (Notice of Acceptance) and the integrity of the Envelope (e.g. Air and water intrusion due to pipe rail attachment etc.) Any damage to the Curtain Wall shall be the sole responsibility of the Trade Contractor and shall be repaired immediately.

E. Trade Contractor shall require each welder working on the project to have a valid Welder Certification and have an approved valid MDAD HOT WORK PERMIT before commencement of work.

F. Trade Contractor shall be responsible for all shop paint, touch-ups and field painting of exposed attachments after inspection. This includes touching up of primer and finish coatings at field weld connections and any abraded areas of shop paint upon the completion of inspection and testing, and the cleaning of all welding slag.

**Expansion Joint Cover Assemblies (05810):**

A. Furnish and install all wall and ceiling non-rated and fire-rated expansion joint cover assemblies in accordance with the Trade Contract Documents.

B. The Trade Contractor shall provide complete assemblies for all types of expansion joint control systems, including but not limited to:

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 11 of 23

- Floor to wall expansion joint assemblies.
- Wall expansion joint assemblies for: gypsum board walls and corners, glass partitions, textured stainless steel and stucco and any other specific wall condition scheduled to receive wall expansion joint assemblies.
- Column expansion joint assemblies.
- Ceiling and soffit expansion joint assemblies for acoustical ceilings, gypsum board ceilings/walls/corners and any other specified ceiling scheduled to receive ceiling expansion joint assemblies in the Trade Contract Documents.

C. Trade Contractor is responsible to provide all required templates and rough-in measurements and locations.

D. Trade Contractor shall include the chip-out or fill-in of recesses and pockets to achieve dimensions required for the assemblies.

## Rough Carpentry (06100):

Trade Contractor will comply with this Specification if any wood products are used in the Construction process.

## Fluid Applied Waterproofing (07100):

A. Trade Contractor shall furnish and install all Fluid Applied Waterproofing applications in accordance with the Contract Documents. Trade Contractor shall coordinate this activity with the Shell Trade Contractor.

B. Trade Contractor shall protect all adjacent surfaces from the Fluid Applied Waterproofing.

C. Trade Contractor is responsible for the removal of all excess waterproofing material caused as a result of the Work.

D. Trade Contractor shall be responsible to protect the waterproofing applications from damage and wear, as well as removing any temporary protection provided as part of the scope of work of this Trade Contract.

E. Trade Contractor shall be responsible for all tie-ins to existing waterproofing. Trade Contractor shall remove and replace all existing waterproofing in accordance with the Trade Contract Documents.

F. Trade Contractor shall coordinate with the Mechanical and Electrical Trade Contractors to ensure all penetrations and openings are waterproofed.

## Batt Insulation (07213) & Board Insulation (07216):

A. Trade Contractor to furnish and install board and batt insulation with vapor retarder in the exterior walls, ceilings, soffit areas, roof construction and as necessary to fill miscellaneous openings (e.g. perimeter window jambs, mullions between units and

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 12 of 23

crevices etc.) in exterior walls in accordance with the Trade Contract Documents.

B. Trade Contractor to seal all penetrations caused by pipes, conduits, electrical boxes, and similar items to create an airtight seal.

## Sprayed-On Cementitious Fireproofing (07255):

A. Furnish and install all Fireproofing as specified in the Trade Contract Documents.

B. Trade Contractor shall provide fireproofing in the thickness indicated and density required to achieve fire-resistance ratings designated for each different type of condition. All fireproofing applications shall be complete, including all auxiliary fire resistivematerials and system components necessary to perform the work per the Trade Contract Documents.

C. Trade Contractor shall cover adjacent areas and all other work subject to damage from fallout and overspray of fire-resistive materials during the installation. The Trade Contractor shall provide temporary enclosures if required to confine spraying operations, protect the adjacent environment and ensure maintenance of adequate ambient conditions in temperature and ventilation.

D. In areas where replacement of fire proofing is required, the Trade Contractor shall take the necessary precautions to remove the minimum existing fireproofing required to safely complete the replacement process, avoiding excessive disturbance of the existing conditions. Also Trade Contractor shall coordinate the types of material and ensure the new system is compatible with the existing system.

E. Trade Contractor shall clean substrates of all substances that could impair the bond of the fire resistant materials. Trade Contractor shall include all required primers to ensure a complete UL system per the Trade Contract Documents.

F. Trade Contractor shall sequence and coordinate the installation of the fireproofing with the adjacent ongoing work, completed work and Airport Operations to ensure there are no impacts to the Project and the airport operations.

G. Trade Contractor shall perform all applicable tests, including but not limited to: compatibility and adhesion tests, testing of fire-resistive materials, product tests, etc. per the Trade Contract Documents.

H. Trade Contractor to clean immediately after completing fireproofing operations and remove all excess material, overspray, protection and repair any faults.

I. Trade Contractor will provide touch-up fireproofing where necessary after the other Trade Contractors have completed work in each respective area.

## Thin-Film Intumescent Mastic Fireproofing (07814):

A. Trade Contractor shall furnish, install and protect the fire resistive materials from damage resulting from construction operations.

B. Trade Contractor shall provide mock-ups for approval as required prior to commencement of work.

C. Trade Contractor shall coordinate with the Shell Trade Contractor to ensure that all

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 13 of 23

welding work is complete and the structure is ready for the intumescent fireproofing.

**Fire Resistance Systems (07840):**

A. Trade Contractor shall furnish and install all firestopping applications needed on new and existing penetrations and interruptions to new and existing fire-rated assemblies, using firestopping systems which provide the required fire ratings, in strict accordance with the Trade Contract Documents.

B. Trade Contractor shall provide a complete and approved firestop system at penetrations for the passage of construction materials through fire-rated vertical barriers (e.g. walls, partitions, shafts etc.) and fire-rated horizontal barriers (e.g. floor, ceiling assemblies etc.).

C. Trade Contractor shall provide products for through-penetration firestop systems exposed to view, traffic, moisture and physical damage.

D. Trade Contractor shall sequence and coordinate the application of the fire stopping system with other Trade Contractors' work, and shall avoid the enclosure of through-penetration firestop systems with other construction before inspections are performed.

E. Trade Contractor shall protect Fire Resistant Systems during curing periods and from damage by other construction operations or other causes, so the systems are without deterioration or damage at the time of Substantial Completion.

**Joint Sealers (07900):**

A. Furnish and install all Floor, Wall and Ceiling Joint Sealants and Joint Sealant elements in accordance with the Trade Contract Documents.

B. Trade Contractor shall verify surfaces to receive sealants and ensure there will be no incompatibility issues between the sealants and the surfaces.

**Access Doors (08305):**

A. Install metal access doors and panels furnished by the Mechanical and Electrical Trade Contractors. Furnish and install all other metal access doors and panels per the Trade Contract Documents.

B. Trade Contractor shall verify fire ratings for adjacent areas and provide fire rated access panels to match those ratings.

C. Coordinate with the Mechanical and Electrical Trade Contractors' shop drawings and the Trade Contract Documents for locations and sizes required, prior to installation.

D. Where applicable, coordinate installation of doors with the roofing, waterproofing and fireproofing Trade Contractors to ensure proper flashing and firestopping for the access doors.

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 14 of 23

**Aluminum Entrance & Storefront (08410)**

**All Glass Entrances and Wall System (08450):**

    A. Furnish and install the interior all-glass entrance systems, including all required mounting and operating hardware, sealants, grout, etc., to ensure a fully functioning system is provided in accordance with the Trade Contract Documents.

    B. Trade Contractor shall field measure and verify existing conditions, dimensions, and tolerances to ensure a proper fit per the Trade Contract Documents.

    C. Trade Contractor shall protect this work, adjacent work areas and finish surfaces during the installation.

    D. Trade Contractor shall protect against galvanic action. Where aluminum will be in contact with concrete or masonry, Trade Contractor shall protect the aluminum against corrosion.

    E. Trade Contractor shall furnish, install and remove protective material and excess sealant from pre-finished surfaces.

    F. Trade Contractor shall touch-up any damage to factory applied finishes, and shall replace damaged system components that can not be repaired to the satisfaction of the Owner, Architect and MGC.

G. Doors in this system will be furnished and installed by the Door Trade Contractor. This Trade Contractor shall coordinate with the Door Trade Contractor.


**Aluminum Windows (08520):**

    A. Trade Contractor shall furnish and install all interior fixed and horizontal sliding windows and glazing in accordance with the Contract Documents.

    B. Trade Contractor shall protect against galvanic action. Where aluminum will be in contact with concrete or masonry, the Trade Contractor shall protect the aluminum against corrosion.

    C. Trade Contractor shall provide and maintain all necessary protection of installed materials and then remove protection after Substantial Completion and acceptance by the MGC, Owner and Architect. Trade Contractor shall clean installed units after removal of protection assemblies, per the Trade Contract Documents.

    D. Trade Contractor shall provide all metals required to attach the window installations to the main structure. Trade Contractor shall furnish and install all required embeds, and shall coordinate with the Shell Trade Contractor.


**Finish Hardware (08710):**

    A. The Door Trade Contractor shall supply and install all door hardware.

POJV – North Terminal Development Consolidation Program            October 18, 2006
Scope and Description of Work          Attachment A to Trade Contract – Bid Package # 11D
Project No. 747B                                Version 0
Page 15 of 23

B. Trade Contractor shall furnish and install all finishing hardware, in accordance with the Drawings and Specifications.

C. The MGC will make every effort to find a suitable laydown area for the Trade Contractor's use onsite. However, if no areas are available, the Trade Contractor shall store materials offsite in a secure, climate controlled storage area at its own cost. Trade Contractor shall closely coordinate partial deliveries with the MGC. Double handling or other costs incurred due to not coordinating prior to delivery will be the sole responsibility of the Trade Contractor.

## Glazing (08800):

A. Trade Contractor shall furnish and install all required glazing in accordance with the Trade Contract Documents.

B. Trade Contractor shall coordinate Work with glazing frames, wall openings and perimeter air and vapor seals, adjacent to the Work.

C. Trade Contractor shall provide and maintain all necessary protection of installed materials and then remove protection after Substantial Completion, and final acceptance by the MGC, Owner and Architect. Trade Contractor shall install protection capable of withstanding scratches and light hits that may be caused during construction. Trade Contractor shall clean installed units after removal of protection assemblies per the Trade Contract Documents.

## Furring and Lathing (09205):

Trade Contractor shall furnish and install all Furring and Lathing, in accordance with the Drawings and Specifications.

## Portland Cement Plaster (Stucco) (09220)

## Portland Cement Plaster (Interior) (09225)

## Gypsum Board Systems (09260)

## Gypsum Board Shaft Wall System (09270)

## Elastomeric Coatings (09835):

A. Trade Contractor shall furnish and install the following, but not limited to: all metal stud framing, Portland Cement Plaster (stucco), gypsum board assemblies, veneer plaster, shaft wall systems, cement backer boards with all required accessories and miscellaneous materials for partitions, soffits, ceilings, columns, bulkheads, etc. as indicated in the Trade Contract Documents. Accessories shall include but not be limited to: diamond lath, cornerite, external-corner reinforcement, corner beads, casing beads, control joints, expansion joints, reveals, etc, for walls and ceilings.

B. Trade Contractor shall perform all necessary cutting and patching using appropriate sealant around MEP systems as required to complete the installation per the Trade

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 16 of 23

Contract Documents.

C. Trade Contractor shall coordinate with the Mechanical and Electrical Trade Contractors, PDS Contractor, etc. prior to installing batt insulation, sound attenuator etc. and allow enough time for rough in of piping and other overhead or in wall work to be completed and inspected prior to closing the wall, ceiling or anywhere else a framing and gypsum board system is installed.

D. Trade Contractor shall provide all fire stopping, sealant and caulking at the header and bottom of the walls.

E. Trade Contractor shall provide all caulking to cover gaps or inconsistencies in the work for reveals, joints, or any other system within the drywall and stucco scope of work.

F. Trade Contractor shall furnish and install additional framing that allows for fire proofing around openings including, but not limited to, the following items: doors, windows, and rated enclosures for escalators, penetrations for mechanical and electrical systems, etc. Trade Contractor shall ensure that framing size and spacing is adequate to support all loads to be attached from the wall or ceiling.

G. Trade Contractor shall perform the installation of the ceilings in a manner that will allow other trades to complete their work in a manner that allows the work to flow.

H. Trade Contractor shall provide material and labor to install five thousand (5,000) square feet of temporary partitions, taped and finished and painted on one side for temporary corridors or walls at locations designated by the MGC.

**Suspended Acoustical Ceilings (09511)**

**Perforated Metal Tile System (09515)**

**Acoustical Ceiling Panels System (09545)**

**Painted Metal Panel Ceilings (09547)**

**Screen Baffle Ceiling System (09548)**

**Suspended Decorative Grid Ceiling (09580):**

A. Trade Contractor shall furnish and install the following but not limited to: Suspended Acoustical Ceilings, Perforated Metal Lay-in Ceiling Systems, Open Cell Lay-in Ceiling Systems, Acoustical Ceiling Panel Systems, Painted Metal Panel Ceilings, Screen Baffle Ceiling Systems, Specialty Ceiling Systems including hard ceilings and soffits as specified and in accordance with the Trade Contract Documents. Trade Contractor shall coordinate integration with the fire-suppression sprinkler system, air distribution devices, lighting fixtures, surveillance devices and detection systems, public address system speakers and back boxes, and all other mechanical and electrical components and equipment.

B. Trade Contractor shall coordinate delivery of materials with construction progress to avoid impacts to other Trade Contracts.

C. Trade Contractor shall verify all existing conditions on site and shall advise the MGC in writing of any discrepancies discovered prior to fabrication, delivery and commencement of installation.

D. Trade Contractor is responsible for all traffic control during the ceiling installation.

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B

October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0

Page 17 of 23

Provide signage and barricades as needed to ensure safe conditions during construction.

E. Trade Contractor shall establish reference elevations as indicated on the reflected ceiling plans for visual verification that all building elements are clear of the proposed ceiling line, prior to commencement of the Work.

## Interior Stone Facing (09750):

A. Furnish and install all interior stone panels, including but not limited to: all required anchors, towels, tiers, mortar, joint pointing, supports and lifting devices, bolts, washers, nuts, shims and all accessories or system components necessary to complete the Work in strict accordance with the Trade Contract Documents.

B. Trade Contractor shall verify that substrates and the general site conditions are ready to receive the stone panels prior to delivery.

C. It is the responsibility of the Trade Contractor to establish lines, levels, coursing and protection until acceptance by the Owner, Architect and the MGC.

D. Trade Contractor shall include all required mock-ups.

E. Trade Contractor shall not cut stone in a manner that impairs the integrity, design and/or strength.

F. Replace any broken, chipped, stained or otherwise damaged stone work to the satisfaction of the MGC, Architect/Engineer and Owner.

G. Trade Contractor shall coordinate with the Mechanical & Electrical Trade Contractors the size and location of any penetrations and opening required. Trade Contractor shall perform all cutting for openings in the stone required.

## Metal Column Covers and Base (09770):

A. Trade Contractor shall furnish and install all Metal Column Covers and Column Bases as specified in the Trade Contract Documents. Where pre-formed metal fabrications are indicated to fit to other construction, Trade Contractor shall verify the field dimensions before fabrications and indicate measurements on shop drawings. Trade Contractor shall coordinate the fabrication schedule with construction progress to avoid delaying the Work.

B. Trade Contractor shall provide and install all necessary support framing, backing, accessories and system components to ensure a complete and functioning system.

C. Where called for in the Trade Contract Documents, Trade Contractor shall remove existing column covers to allow new flooring to be installed. Trade Contractor shall protect the column covers and then re-install them once the follow-on work is completed.

## Metal Wall Panels (09775)

## Back Painted Glass Wall Panels (09780)

## Decorative Wall Panels (09785):

A. Trade Contractor shall furnish and install the following, but not limited to: all Metal Wall

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B

October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0

Page 18 of 23

Panels and Base, Back-Painted Glass Wall Panels, Decorative Wall Panels and all associated metals as specified in the Trade Contract Documents. Trade Contractor shall coordinate the fabrication schedule with construction progress to avoid Project delays.

B. Trade Contractor shall provide and install all necessary support framing, backing, accessories and system components to ensure a complete and functioning system.

C. Trade Contractor shall provide all necessary caulking or fillers for any gaps between the stainless steel bases, panels and floorings.

## Glass Wall Cladding :

A. Trade Contractor shall furnish and install the interior wall-treatment system with glass-faced composite panels, stainless steel aluminum framing, all mounting material, and the Glass Wall Cladding as specified in the Trade Contract Documents. Trade Contractor shall coordinate fabrications with the construction progress to avoid delaying the Work.

B. Trade Contractor shall provide and install all necessary support framing, backing, accessories and system components to ensure a complete and functioning system.

## Painting (09900):

A. Furnish and install all painting and high performance coating applications as specified, including but not limited to: surface preparation, scaffolding, ladders, drop cloths, ventilation, fillers, caulking, primers, emulsions, enamels, all finish coats and stains, sealers and any supplemental materials, tools or equipment necessary to complete the scope in accordance with the Trade Contract Documents.

B. This Trade Contractor will be responsible to protect all adjacent areas while painting.

C. Trade Contractor shall provide painting of the following, but not limited to; all exposed mechanical, plumbing, electrical, and fire protection systems, exposed pipes, junction boxes, A/C ducts (including color coding), hangers, exposed steel (including miscellaneous metals) and iron work.

D. Trade Contractor shall paint the new and existing utilities.

E. Trade Contractor WILL NOT provide stencil, paint, color banding, numbering identifications and directional arrows on piping systems.

F. Trade Contractor shall provide painting of hollow metal doors, and frames.

G. Trade Contractor shall provide painting of concrete equipment pads, per the Drawings and Specifications.

H. Trade Contractor shall provide the painting of all drywall surfaces, walls, columns, bulkheads, soffits and ceilings.

I. Trade Contractor shall include the painting of all stucco and plaster surfaces; walls, columns, bulkheads, soffits and ceilings.

J. Paint all exposed and primed metal, such as metal stairs, rails, ladders, roof vents, guard rails, roll-up doors, gratings, pipe bollards, etc. Structural steel (interior) which is exposed and not encased or fireproofed shall be painted by this Trade Contractor.

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 19 of 23

K. Coordinate to ensure that structural steel primer (placed by others) is compatible with the finish coat being installed under this Scope.

L. Paint to interior throats of ductwork visible behind grills, louvers and registers.

M. Provide minor repair of gypsum board, plasters, wood or metal surface defects, scraped or blemished areas with appropriate patching materials as required prior to painting.

N. Trade Contractor shall provide touching up of all painted surfaces as may be required prior to turn over and acceptance from the Owner, MGC and Architect.

## Fluid Applied Flooring/Traffic Coatings:

A. Trade Contractor shall coordinate with the Floor Trade Contractor in protecting the Fluid-Applied Flooring and Traffic Coatings.

## Automated External Defibrillator (AED) Cabinets (10250):

A. Furnish and install all Automated External Defibrillator (AED) cabinets per the Trade Contract Documents. AED equipment will be provided and installed by others.

B. Trade Contractor shall supply appropriate sizes, layout and locations of AED cabinets to be recessed into or attached to the walls, to ensure proper framing of the openings. Trade Contractor shall supply any required backing and/or support to ensure proper reinforcing for the AED cabinets.

## Wall and Corner Guards (10260):

A. Furnish and install all rigid acrylic corner guards and wall coverings to provide impact-resistant protection, including all trim and adhesives per the Trade Contract Documents.

B. Protect all installed components until final acceptance by the Owner, MGC and Architect.

C. Protect adjacent walls, doors and fixtures, in the performance of the Work.

## Fire Extinguishers, Cabinets and Accessories (10522):

A. Furnish and install all required fire extinguishers, fire extinguisher cabinets and corresponding accessories, including inspection and tagging of equipment per the Trade Contract Documents.

B. Trade Contractor shall supply appropriate sizes and locations of the fire extinguisher cabinets to be recessed into or attached to the walls to ensure proper framing of the openings. Trade Contractor shall supply any required backing and/or support to ensure proper reinforcing for the cabinets and fire extinguishers.

C. Trade Contractor shall be responsible to layout the openings.

D. Trade Contractor shall coordinate with the Plumbing Trade Contractor the installation of

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B

October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0

Page 20 of 23

Fire Valve Cabinets (FVC). These cabinets will be supplied by the Plumbing Trade Contractor.

**Service Wall Assemblies:**

A. Furnish and install all miscellaneous service wall assemblies including, but not limited to the following: drinking fountains, water coolers, louvers, fire/hose valve cabinets, waste receptacles, telephone directory holders, telephone housings, access panels, service panels, receptacle panels, clock panels, sound (speaker) panels, blank panels and telephone panels as indicated in the Trade Contract Documents.

B. Trade Contractor shall supply appropriate sizes, layout and locations of all service wall assemblies to be recessed into or attached to the walls to ensure proper framing of the openings. Trade Contractor shall supply any required backing and/or support to ensure proper reinforcing for the wall assemblies.

**Metal Wall Louvers:**

A. Provide and install metal wall louvers, including screens, as required in the Trade Contract Documents.

B. Trade Contractor shall provide layout for all openings. Trade Contractor shall supply appropriate sizes and locations of louvers to be recessed into or attached to the walls. Trade Contractor shall supply any required backing and/or supports to ensure proper reinforcing for the louvers.

C. The Mechanical Trade Contractor will furnish and install all metal louvers integral to or directly related to mechanical systems and components, including, but not limited to, all metal louvers shown on the Mechanical Drawings.

D. The Door Trade Contractor will furnish and install all louvers that are an integral part of a door being installed by that Trade Contractor.

**Exterior Opening Protection / Temporary Impact Walls:**

A. Trade Contractor shall coordinate the construction and installation with the other Trade Contractors, the MGC and the Owner's representative.

B. Trade Contractor shall submit all data and calculations for approval before proceeding with the work.

**Final Clean-up:**

Trade Contractor shall provide the final clean-up for all interior areas of the A-B project prior to final acceptance. Since different areas will be completed at various stages, cleaning crews will be made available in sufficient numbers to complete the cleaning in a timely manner to support the schedule and to ensure all areas are free from debris and giving the appearance of a new building. Cleaning includes, but is not limited to: cleaning and polishing of glass, vacuuming of carpets, polishing and waxing resilient floors, washing and

POJV – North Terminal Development Consolidation Program
Scope and Description of Work
Project No. 747B
October 18, 2006
Attachment A to Trade Contract – Bid Package # 11D
Version 0
Page 21 of 23

scrubbing all ceramic tile surfaces, cleaning and polishing laminate and hardware surfaces and all other cleaning necessary to provide the Work with a "home clean" look, to the satisfaction of the MGC, the Owner and the Architect.

## Exclusions for Wall and Ceiling Sections:

The following items of scope are specifically EXCLUDED from this Trade Contract:

A. Concrete work, with the exception of floor leveling / underlayment material application as needed for Trade Contractor's construction.

B. Demolition of concrete, structural steel, roofing, electrical and mechanical components, elevators, escalators or moving walks.

C. Structural steel work.

D. Any work pertaining to new roofing.

E. Plumbing, HVAC, electrical and communications work, with the exception of equipment and devices specifically called for to be furnished and installed by the Wall and Ceiling Finishes Trade Contractor. Painting associated with these items is also by this Trade Contractor.

F. Conveyance Systems, except for stainless steel cladding provided and installed by this Trade Contractor.

G. Non-ornamental A36 steel railings.

## Clarifications for Wall and Ceiling Sections:

A. Trade Contractor shall furnish and install Fire Stopping and/or Smoke Barriers as specified in the Contract Documents, where conditions such as through joints, sleeves, penetrations, openings or gaps are adjacent to the Trade Contractor's installed material at fire rated components, or where smoke barriers are required. Firestopping of MEP related penetrations (e.g. ducts, pipes, conduit, etc.) will be by the Mechanical and Electrical Trade Contractors.

B. Trade Contractor shall coordinate, furnish and install sleeves, blockouts and all other embedded items at the correct location in a timely manner where required. Trade Contractor will install any and all sleeves, blockouts or embedded items provided by other Trade Contractors that correspond with this Trade Contractor's Work, per the Trade Contract Documents.

C. Trade Contractor is responsible for all provisions associated with cutting and patching (02071) that may be required to accommodate its work and restore the removed or modified portion to its original condition.

D. When mock-ups are required by the Trade Contract Documents encompassing the work of several trades, this Trade Contractor shall coordinate with the other Trade Contractors and furnish and install all materials related to this Trade Contract.

E. Trade Contractor shall install access doors or panels furnished by other Trade Contractors and shall coordinate with them for receipt of these materials.

POJV – North Terminal Development Consolidation Program     October 18, 2006
Scope and Description of Work     Attachment A to Trade Contract – Bid Package # 11D
Project No. 747B     Version 0
Page 22 of 23

F. Trade Contractor shall install all hollow metal door frames designated to be installed in gypsum board walls per the Trade Contract documents. Note: HM door frames will be provided by others.

END OF SECTION

# Attachment F.7

# Dispute Resolution Board (applicable to the Prime Contract)

## SECTION 8 (Of the Prime Contract)

## DISPUTES RESOLUTION BOARD

### 8.1 Purpose

The purpose of this dispute resolution process is to assist in the resolution of disputes and claims between MANAGING GENERAL CONTRACTOR and OWNER arising out of the Original Contract (even if they pre-date Change Order No. 2) and the First Amended and Restated Contract. The intent of the establishment of the DISPUTE RESOLUTION BOARD ("BOARD") is to fairly and impartially consider disputes placed before it and provide written recommendations for resolution of these disputes to both the OWNER and the MANAGING GENERAL CONTRACTOR. All decisions of the BOARD are non-binding on the parties.

### 8.2 Definitions

**8.2.1 Parties** - the OWNER and the MANAGING GENERAL CONTRACTOR.

**8.2.2 Contract** - In Section 8, Contract shall refer to both the Original Contract and the First Amended and Restated Contract, unless otherwise indicated.

### 8.3 Scope Of The Work

**8.3.1 Operations**: The BOARD will formulate its own rules of operation, which will be kept flexible to adapt to changing situations. The OWNER and the MANAGING GENERAL CONTRACTOR will keep the BOARD informed of construction activity and progress by submitting to the BOARD monthly written progress reports and other relevant data. The BOARD will visit the project at regular intervals and at times of critical construction events and meet with the representatives of the OWNER and the MANAGING GENERAL CONTRACTOR.

**8.3.2 Membership of the BOARD**: The BOARD shall consist of three neutral members and shall not have been previously employed or acted as a consultant in any capacity for either party. One member shall be selected by MANAGING GENERAL CONTRACTOR and one member shall be selected by OWNER. The third member shall be selected by agreement of the parties or if the parties are unable to reach agreement, by the two party- appointed members. Unless the parties agree otherwise, each party-appointed member shall have significant construction

experience and be a non-lawyer and the chairman of the BOARD shall have significant experience with public building construction and be a lawyer. The non party-appointed BOARD member will serve as Chairman of the BOARD. The members of the BOARD shall be selected no later than 60 days after the execution of Change Order No. 2.

**8.3.3 Meetings**: Regular meetings will be held on site. Each meeting will consist of an informal round table discussion and, if possible, a field inspection of the work. The round table discussion will be attended by representatives from the OWNER and the MANAGING GENERAL CONTRACTOR. Agenda for regular meetings of the BOARD will generally include the following:

> **8.3.3.1** Meeting opened by the Chairman of the BOARD.

> **8.3.3.2** Presentations by representatives of the parties with respect to any issues that have arisen or have been properly presented to the BOARD through the below stated Request for Hearing process. Issues that were not submitted to the BOARD pursuant to the procedures delineated in this Disputes Resolution Board Section shall not be presented to the BOARD for consideration without the agreement of both parties.

> **8.3.3.3** Rebuttals, if requested, by representatives of the parties with respect to presentations made by the representatives of the other party.

> **8.3.3.4** In addition to addressing any issues that are properly before the BOARD, representatives from both sides shall also present a summary to the BOARD that addresses the following items: construction work accomplished since the last meeting, current status of the work schedule, payment status, schedule for the future, potential future problems that may come before the BOARD in the future, proposed solutions to those problems, and an update regarding previously handled or ongoing problems.

> **8.3.3.5** Set a tentative date for next meeting.

**8.3.4 Frequency of Meetings**: In order for the BOARD to become familiar with the project circumstances, it will begin to meet at least once per month. If conditions warrant, the Chairman in consultation with other BOARD members, the MANAGING GENERAL CONTRACTOR and the OWNER, may reduce/increase the time between meetings to better serve the parties. Factors to be considered when setting the time between meetings include work progress, occurrence of unusual events and the number and complexity of ongoing or potential disputes.

**8.3.5 Procedure for scheduling disputes before the BOARD**: The parties should attempt to resolve potential disputes without resorting to use of the BOARD. However, in the event that a resolution without resorting to the Board is unlikely, the following procedures must be followed:

**8.3.5.1** Before referring a matter to the BOARD a representative of either party must first submit a letter titled Notice of Disagreement to his/her counterpart from the other party describing the issue that has arisen. The party receiving the notice shall have 7 days from receipt of the letter to submit a response. If after 14 days from the initial receipt of the Notice of Disagreement the issue has not been resolved, the party who sent the original Notice may file a written Request for a Hearing to the BOARD and the matter will be scheduled before the BOARD. The written Request shall contain a copy of the initial Notice of Disagreement and the response to this Notice, if any, by the other party. No Request may be filed with the BOARD without first having complied with the Notice of Disagreement requirements of this section.

**8.3.5.2** Upon receipt of a Request for a Hearing, the Chairman will schedule the matter for Hearing at a location in Miami, Florida within 30 days. The parties may request that the matter be deferred in the event that additional preparation is necessary.

**8.3.5.3** The parties shall provide to the BOARD position papers with appropriate supporting documentation no later than 14 days before the commencement of the Hearing. The parties shall provide rebuttal papers, if any, no later than 5 days before the Hearing.

**8.3.5.4** The party submitting the Request shall be responsible to provide the BOARD with 3 copies of each document submitted with the Request, one for each BOARD member. The party furnishing any written evidence or documentation to the BOARD shall also furnish copies of such information to the other party concurrently when furnishing the documents to the BOARD. The BOARD may request that additional written documentation and arguments from both parties be sent to each member and to the other party for study before the hearing begins.

**8.3.5.5** Both parties will be afforded an opportunity to be heard by the BOARD and to offer evidence. The BOARD members may ask questions, request clarification, or ask for additional data. In large or complex cases, additional hearings may be necessary in order to

consider and fully understand all the evidence presented by both parties.

**8.3.5.6** Attorneys are generally discouraged from attending the BOARD meetings, but are allowed to participate in the Hearings on the following limited basis. Any participation in a hearing by legal counsel or independent claims or technical experts will be for the sole purpose of facilitating a party's presentation. Legal counsel may not examine directly or by cross-examination any witness, object to questions asked or factual statements made during the hearing or make or argue legal motions.

**8.3.5.7** All of the BOARD's recommendations for resolution of disputes will be given in writing to both the OWNER and the MANAGING GENERAL CONTRACTOR, within 10 days of commencement of the Hearing(s). In cases of extreme complexity, both parties may agree to allow additional time for the BOARD to formulate its recommendations. The BOARD's initial 10 day written recommendation will address contractual entitlement and the number of days of extension of Milestones, Annex Milestones and/or Contract Time, if at issue. The parties will have 7 days after the 10 day written recommendation to resolve the issue. If it is not resolved during this period, the BOARD shall issue a written recommendation addressing monetary damages no later than 24 days of completion of the Hearing.

**8.3.5.8** Not Used.

**8.3.5.9** No provisions associated with the Dispute Resolution Board shall in any way abrogate the MANAGING GENERAL CONTRACTOR's responsibility for preserving a claim filed in accordance with the requirements set forth in the Contract.

**8.3.5.10** In the event that the OWNER is not in agreement with a decision or recommendation of the BOARD, the OWNER may elect to issue a Work Order or Change Order, with appropriate reservations of rights.

**8.3.5.11** Although the BOARD's recommendations are non-binding, all records and written recommendations of the BOARD will be admissible as evidence in any subsequent court proceeding or other dispute resolution procedures.

**8.3.5.12** By agreement of the parties and the BOARD, the steps listed under this section may be omitted and the time periods shortened in order to hasten resolution.

**8.3.6 Neutrality of BOARD members**: BOARD members shall act impartially and independently when performing their functions as BOARD members including in the consideration of any Contract provisions and the facts and conditions surrounding any written Request to the BOARD by the OWNER or the MANAGING GENERAL CONTRACTOR. BOARD members shall not discuss or communicate with any party without the other party being present. Seeking any BOARD member's advice or consultation is expressly prohibited, unless it is done in the open at a BOARD meeting and in the presence of the other party.

**8.3.7 Records of Meetings**: While the BOARD may take notes of keep other records during the consideration of a Notice of Disagreement, it is not necessary for the BOARD to keep a formal record. If possible, it is desirable to keep the hearings completely informal. However, formal records of the Hearings in regards to Notices of Disagreements may be transcribed by a court reporter if requested by one party. The party requesting the court reporter shall be responsible for any costs. Audio and/or video recording of the meeting is prohibited absent prior agreement by the BOARD and the parties.

**8.3.8 Recommendations of the BOARD**: All recommendations of the BOARD shall be executed by all BOARD members and supported by at least two members. Recommendations will be based on the pertinent Contract provisions and the facts and circumstances involved in the dispute.

**8.3.9 Reconsiderations**: Either party may seek written reconsideration of a written recommendation within 3 working days of receipt of such recommendation from the BOARD.

**8.3.10 Construction Site Visits**: The BOARD members are encouraged to visit the site on a regular basis to keep abreast of construction activities and to develop a familiarity of the work in progress. The frequency, exact time, and duration of these visits shall be as mutually agreed between the OWNER, the MANAGING GENERAL CONTRACTOR, and the BOARD. Regarding matters before the BOARD, it will probably be advantageous but not absolutely necessary for the BOARD to personally view the site and any relevant conditions. If viewing by the BOARD would cause delay to the project, photographs and descriptions of these conditions collected by either or both parties will suffice.

**8.4    Coordination And Logistics**
The OWNER, in cooperation with the MANAGING GENERAL CONTRACTOR, will coordinate the operations of the BOARD.

**8.5 Time For Beginning And Completion**

The BOARD is to be in operation until all Requests for Hearing submitted prior to Final Acceptance of the Program are heard or Final Acceptance of the Program, whichever is later.

**8.6 Payment** The OWNER and the MANAGING GENERAL CONTRACTOR shall evenly split all of the administrative costs associated with the BOARD and the amounts paid to the chairman of the BOARD for his services. The administrative costs include all materials, supplies, equipment, and incidentals necessary to the operation of the BOARD. The party appointed BOARD members shall be paid by the respective party who appointed the particular BOARD member for his or her services, including travel costs and other expenses.

**8.7 Costs And Accounting Records**

The BOARD members shall keep available the cost records and accounts pertaining to all of the work by the BOARD for inspection by representatives of the OWNER or the MANAGING GENERAL CONTRACTOR for a period of three years after final payment. If any litigation, claim, or audit arising out of, in connection with, or related to the Contract is initiated before the expiration of the three year period, the cost records and accounts shall be retained until such litigation, claim, or audit involving the records in completed.

**8.8 Termination Of Disputes Resolution Board**

Upon mutual agreement of both parties, this disputes resolution process may be terminated.

**8.9 Termination Of Board Membership**

BOARD members may withdraw from the BOARD by providing four weeks written notice to all other parties. Should the need arise to appoint a replacement BOARD member, the replacement BOARD member shall be selected as was the departing BOARD member. The selection of a replacement BOARD member shall begin promptly upon notification of the necessity for a replacement.

The chairman of the BOARD may be terminated without cause by agreement of the parties. Each party may change its appointed BOARD member on one occasion during the life of the Contact on a without cause basis.

BOARD members may be terminated for cause by any of the parties. The party desiring to terminate a BOARD member for cause will notify the other party and the other BOARD members and shall provide an explanation for the requested termination. If the other party does not

agree that cause exists, the remaining BOARD members shall convene and decide whether cause exists and such decision shall be effectuated.

**8.10 Independent Contractor**
Each BOARD member, in the performance of his or her duties on the BOARD shall act in the capacity of an independent agent and not as an employee of either the OWNER or the MANAGING GENERAL CONTRACTOR.

**8.11 Public Records**
Each BOARD member, MANAGING GENERAL CONTRACTOR, and the OWNER shall allow public access to all documents, papers, letters, and other material made or received by the parties that are related to this BOARD and the activities of this BOARD, subject to the provisions of Chapter 119, Florida Statutes. However, upon receipt of any such public records request, the parties hereto shall immediately notify the OWNER and obtain prior written consent from the OWNER before releasing such records.

**8.12 Statute Of Limitations**
No part of the Disputes Resolution Board Section nor any of the procedures delineated herein will in any way toll any statutes of limitations for either of the parties.

**8.13 No Bonus**
BOARD members shall not be paid nor will they receive or accept any commission, percentage, bonus, or consideration of any nature, other than the payment provided for in Section 8.6 above, for their performance and services.

**8.14 No Conflict**
The members of the BOARD shall affirm that at no time, while performing their duties under this section, shall they have any direct or indirect ownership or financial interest in or be employed in any capacity by the OWNER, the MANAGING GENERAL CONTRACTOR, the Program Manager, any Architect/Engineer or consultant organization working on the NTD Program, any subcontractor or supplier of the project, or any other BOARD member. The members of the BOARD shall affirm and agree that except for services as a BOARD member on other OWNER or MANAGING GENERAL CONTRACTOR projects, that they have not been an employee, subcontractor, or consultant to the OWNER, the MANAGING GENERAL CONTRACTOR, the Program Manager, any Architect/Engineer or consultant organization working on the NTD Program, any subcontractor or supplier of the project, or of another BOARD member, and that during the term of this Contract they shall not become so involved. The members of the BOARD, the OWNER, and the

MANAGING GENERAL CONTRACTOR agree that during the life of the Contract, no discussion or agreement will be made between any BOARD member and any party to this agreement for employment after the Contract is completed.

## 8.15 Interpretation

The Disputes Resolution Board section shall in no way limit the rights of the OWNER to issue Work Orders, Change Orders, issue any other type of order or instruction, or take any other type of action that is permitted by the Contract. This section shall also in no way limit the remedies or obligations of the MANAGING GENERAL CONTRACTOR pursuant to Contract.

# Attachment F.8

# DBE Goals

**The Trade Contractor commits to a $20,000,000.00 in voluntary DBE goals for this Trade Contract.**



# Attachment F.9

# Scope Clarifications

# ATTACHMENT F.9

## SCOPE CLARIFICATIONS

1. Trade Contractor shall provide 5,000 square feet of one-sided temporary partitions. In addition, Trade Contractor shall provide protection of work areas from non-work areas.

2. Trade Contractor shall carry an allowance of 5,000 square feet (SF) at a unit price of $23.80/SF for repairs to existing or new fireproofing, or for repairs caused by damage to fireproofing from other trades.

3. Trade Contractor's Scope of Work is also based on the responses to Pre-Bid Questions included in Addendum #13 attached hereto in its entirety. In addition, the following is also attached:

   a. Response to Pre-Bid Question 00161 which was "cut off" in Addendum #13.

   b. Responses to Pre-Bid Questions in Addendum #13 which were answered after the Bid Due Date of October 20, 2006: 00151, 00168, 00169, 00170

4. Trade Contractor's Scope of Work is also based on the responses to Pre-Bid Questions which were answered after the Bid Due Date of October 20, 2006: 00171, 00172, 00173, 00174, 00175, 00177, 00178, 00179, 00180, 00181, 00182, 00183, 00184, 00185, 00186, 00187, 00188, and 00189.

5. With regard to PBQ 00161 attached hereto, Trade Contractor's Scope of Work includes exterior opening protection in the temporary impact walls.

6. With regard to Pre-Bid Question 00168 attached hereto, the Trade Contractor's Scope of Work shall exclude demolition of all items included in the following Bid Packages: #10-Shell; #11A1- Terrazzo; #11A2- Carpet, Ceramic and VCT Tile; #11C- Doors and Hardware; #11E - Cabinets and Toilet Accessories; #12 - Mechanical; #13 - Electrical; #14 - BMS/Fire, #31 – Elevators; and #32 – Escalators and Moving Walkways.

7. With regard to Pre-Bid Question 00179 attached hereto, Trade Contractor's Scope of Work excludes removing, replacing or repairing finishes as required by other Trade Contractors to complete their respective work.

8. Exterior stucco repair to the existing building is excluded unless otherwise noted in the plans.

9. New exterior stucco is included as shown on plans.

10. Trade Contractor agrees to provide the MGC the following:

   a. Payment and Performance Bond within 14 Calendar Days of the execution of the Trade Contract.
   b. A preliminary Schedule of Values allocated to various portions of Work within 45 days after execution of Trade Contract.
   c. Labor Rates and Labor Burden within 45 Calendar Days from Trade Contract execution.
   d. The DBE Schedule of Participation (Form DBE MA-2) and the DBE Letter(s) of Intent (Form DBE MA-3) within 45Calendar Days of the execution of the Trade Contract.
   e. The Community Workforce Plan within 45 Calendar Days of the execution of the Trade Contract.
   f. Substitutions and Product Options shall be considered within 90 days from Trade Contract execution.

11. MGC shall provide scaffolding as shown in the A-B Common Scaffold Plan attached hereto.

# Attachment F.9

# Pre-Bid Questions Log Issued in Addendum No. 13

Parsons-Brinckerhoff, J.V.

A-B Infill Sh... ...erior Finishes

Job No:    747B

**Request and Answer Log**

Date: 10/18/2006

Project No: 03

Page:    1 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |

**Subcontractor    ACOUSTI**

| Subcontactor # | | | MM | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| PBQ | MDAD | POJV | 00124 | | Bid Extension 747B- Acousti Eng. | CLO | 9/22/2006 | 9/22/2006 | 9/29/2006 | | No | No |

Due to the fact that B to D Projects bids were revised to September 26, 2006, Acousti Engineering would like to respectfully request a Bid Extension for Project 747B.

A one week Bid Extension has been granted for the following 747B Bid Packages #11D, #12 and #14. New revised Bid Opening Date for 747B Bid Packages #11D, #12 and #14 is October 6, 2006 at 2:00 P. M. This extension will also be confirmed in Addenda # 7".

All other 747B Bid Packages are still required on the Bid Opening Date of September 29, 2006 at 2:00 P. M.

**Subcontractor    AWI**

| Subcontactor # | | RFI #1 | BC | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| PBQ | MDAD | POJV | 00020 | | Bid Extension (Armstrong) | CLO | 5/24/2006 | 6/9/2006 | 5/31/2006 | | No | No |

We are requesting a bid extension for the above referenced project. The current bid date of
June 9th is not sufficient time for us to prepare a proper bid package. With most of the bidders
coming off the North Terminal Consolidation Package, we are playing catch up to our normal
business activities. As well, the pending holidays have staff members on vacation during this
time. We request that you provide an extension of at least 60 days and that you make questions
available during most of that time. Short notice bidding will only lead to increased cost as
we try to anticipate unexpected cost due to time constraints of analyzing the bid documents
carefully and thoroughly. The more time we have to prepare our bids and analyze the bid
documents, the more realistic our bid will be. We appreciate your careful decision in this matter.

As Per. Addendum No. 2, dated June2, 2006.

| Subcontactor # | | | MFP | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| PBQ | MDAD | POJV | 00123 | | Armstrong Bid Extension Request | CLO | 9/22/2006 | 9/22/2006 | 9/29/2006 | | No | No |

We formally request a bid extension for the 747B Project. With North Terminal Rebidding next week we are trying to concentrate on one thing at a time. The rebid has caused us to go and take valuable time away from 747B. We want to put in a good and accurate number on 747B and we ask that you extend the bid at least 3-4 weeks so that we can bid one project at a time. Our offices have limited resources to put forth on such large scale projects. It is not logistically possible for us to bid these projects back to back with only a few days in between.

A one week Bid Opening Extension has been granted for the following 747B Bid Packages #11D, #12 and #14. New revised Bid Opening Date for 747B Bid Packages #11D, #12 and #14 is October 6, 2006 at 2:00 P. M. This extension will also be confirmed in Addenda # 7".

All other 747B Bid Packages are still required on the Bid Opening Date of September 29, 2006 at 2:00 P. M.

Parsons-Gebre..., J.V.

Request and Answer Log

A-B Infill Shr... ior Finishes

Job No:  747B

Date: 10/18/2006

Project No: 03

Page:  2 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | Answer | | |
| Subcontrator | BAKER | | | | | | | | | | | |
| Subcontrator # | | | MH | | | | | | | | | |
| PBQ | MDAD | POJV | 00023 | | Bid Extension (Baker) | CLO | 5/30/2006 | 6/9/2006 | 6/6/2006 | | No | No |

Baker Concrete Construction would like to request a 21 day bid extension from 6/9/06 to 6/30/06 on MIA project #747B, the A-B Infill Shell, in order to give us an opportunity to properly estimate the project.

As Per. Addendum No. 2, dated June2, 2006.

We would like to bid the division 3 scope to a GC.  What General Contractors have picked up plans?

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontrator # | | | MH | | | | | | | | | |
| PBQ | MDAD | POJV | 00072 | | Bid Extension- Baker | CLO | 8/25/2006 | 9/8/2006 | 9/1/2006 | | No | No |

Due to the size and complexity of the latest Addendem on Porject 747B, Baker Concrete respectfully requests a two week bid extension on Project 747B from 9/15/06 to 9/29/06.

*As Per. Addendum No. 6, dated September 1, 2006, the revised Bid Date for 747B Bids is September 29, 2006, 2:00 PM local time.
No further action required.*

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontrator # | | | MH | | | | | | | | | |
| PBQ | MDAD | POJV | 00082 | | Bid Pack #10 & 11A | CLO | 9/13/2006 | 9/19/2006 | 9/20/2006 | | No | No |

Bid Pack #10 & 11A
9/13/06

The 747B structural system consists of precast joists which camber ½"-1" in the center of each bay with a constant thickness slab.
This is in order to support the huge live loads of 100-150 psf with a relatively thin cross section.  This is a widely used and economical structural system, however the cambered bays often cause a dispute between the shell contractor and the floor finish contractor because they are, by design, not flat. Thickening the floor slab on the gridlines during the concrete slab placement is not consistent with the design and extremely unpredictable because of dead load deflections after the shoring is removed

Is it the bid pack #10 shell contractor's responsibility to put a floor leveling compound on the floors after the shoring is removed or is it the responsibility of the bid pack 11A  floor finish contractor to level the camber out of the floors?
Or is there a solution other than using leveling compound?

The answer below on this form is the corrected answer provided by POJV, on Sept

The Bid Package #10 (Shell) Trade Contractor is responsible for the design, fabrication and installation of Structural Composite Prestressed Pretensioned Concrete in compliance with Specification Section 03415, and for construction of Cast-In-Place Concrete in accordance with Specification Section 03300, including the provisions of Article 3.7 – Monolithic Slab Finishes.  If the Shell Trade Contractor performs all work in accordance with these specifications and other applicable specifications, but an area of finished concrete floor does not meet the specified requirements for levelness and flatness, the necessary corrective work will be performed by the appropriate Flooring Trade Contractor.  However, if an area of finished concrete floor does not meet specified requirements because the Shell Trade Contractor failed to perform work in accordance with applicable specifications, the Shell Trade Contractor will be responsible for the corrective work and the related costs.

Parsons-Celebre..., J.V.

Job No:    747B

Project No: 03

**Request and Answer Log**

A-B Infill Sh...ior Finishes

Date: 10/18/2006

Page:    3 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |
| Subcontractor | BAKER | | | | | | | | | | | |

| | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | | MH | | | | | | | | | |
| PBQ | MDAD | POJV | 00083 | | Bid Pack #10 Completion Date | CLO | 9/13/2006 | 9/19/2006 | 9/20/2006 | | No | No |

Bid Pack #10
9/12/06

Based upon the 747B Prebid Meeting today, 9/12/06, we are unclear on 747B Bid Pack #10 schedule duration.
Based upon the published schedule 605N-2 duration of 1530 days the project completion date should be March 11, 2011 with a Jan 2, 2007 Notice to Proceed.

In the prebid meeting we understood the bid pack #10 substantial completion date to be Oct 27, 2009. Based upon a Jan 2, 2007 NTP this is a 1030 calendar day duration.
What is the project schedule duration and/or substantial completion date for bid pack #10 the 747B Shell?

Answer: Base on recent construction phasing and scheduling reviews with MDAD, it is POJV'S understanding that Concourse A and the surrounding apron / taxilane area will be available for construction work on May 1, 2007, free of normal terminal operations. Construction of temporary AOA fence around the area to make it landside is anticipated to start on that date. POJV has requested written confirmation from MDAD. Confirmation to bidders by addendum is anticipated.

| | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | | MH | | | | | | | | | |
| PBQ | MDAD | POJV | 00084 | | Coordination Responsibility | CLO | 9/14/2006 | 9/14/2006 | 9/21/2006 | | No | No |

Bid Pack #10-14
9/13/06

Please define the coordination responsibility expected between the bid pack #10 shell contractor and the bid pack #11A-14 finishes, MEP and elevator/escalator prime contractors.

Answer: Extensive coordination by each Trade Contractor, of their own subcontractors and with other Trade Contractors, POJV, MDAD and other project participants, is required.
Refer to Specification Section 01040, 01340 and the Scope and Description of Work documents for each Bid Package.

Answered by Russ Tripp
on 09/14/06

| | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | | MH | | | | | | | | | |
| PBQ | MDAD | POJV | 00121 | | Closing of " A" Concourse | CLO | 9/19/2006 | 9/19/2006 | 9/26/2006 | | No | No |

Bid Pack #10
9/14/06

Is May 2007 the officially published closing of A Concourse, making 747B Bid Pack #10 a landside operation for the remained of the project?

Answer: Based on recent construction phasing and scheduling reviews with MDAD, it is POJV's understanding that Concourse A and the surrounding apron / taxilane area will be available for construction work on May 1, 2007, free of normal terminal operations. Construction of temporary AOA fence around the area to make it landside is anticipated to start on that date. POJV has requested written confirmation from MDAD. Confirmation to bidders by addendum is anticipated.

Answered by: Russ Tripp

Parsons-~ ~ebreunt, J.V.

Request and Answer Log

A-B Infill St~ ...ior Finishes

Job No: 747B

Date: 10/18/2006

Project No: 03

Page: 4 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | Answer | | |

**Subcontrator   BAKER**

| | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | MH | | | | | | | | | | |
| PBQ | MDAD | POJV | 00158 | | 1 Hrs. Rates Partition Walls 747B | NEW | 10/10/2006 | | 10/17/2006 | | No | No |

Bid Pack #10 includes hundreds of linear feet of 1-hour rated partition that separates the operational Terminal A from the construction of project 747B.

Do any of the 1-hour rated partitions addressed in this PBQ need to be deleted from

However, closing Terminal A per Addendum #7 will make most of these walls unnecessary.

Baker Concrete intends to show an allowance account to provide a partition between the operational airport and Concourse A closed for construction.

This will be all of the partition walls we have in Bid Pack #10.

You may take some or all of this allowance account out of our proposal once this demising wall is better defined.

| | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | MH | | | | | | | | | | |
| PBQ | MDAD | POJV | 00163 | | Underground Fuel Storage Tank | NEW | 10/12/2006 | | 10/19/2006 | | No | No |

We believe that the 12,000 gallon underground fuel storage tank is part of bid pack #10.

**Subcontrator   BCHAMP**

| | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | DT | | | | | | | | | | |
| PBQ | MDAD | POJV | 00130 | | Bid Extension Date - Beauchamp | CLO | 9/28/2006 | 10/3/2006 | 10/5/2006 | | No | No |

We respectfully request that the bid date for Bid Package #11C – Doors and Hardware be extended a minimum of one week. We just received the drawings and scope of work this morning from your printer and have noticed scope overlap in some of the trade scopes and want to make sure we understand the scope fully before we submit a bid. Please advise if a bid extension is possible otherwise we will not be able to submit a bid tomorrow.

Refer to POJV Bid Addendum #9, Dated September 28, 2006, for revised Bid Opening dates of 747B Construction Project Bid Packages

| | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor #  01 | | DAN | | | | | | | | | | |
| PBQ | MDAD | POJV | 00133 | | Scope of Work- Item "A " | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

1. Item A in the general scope of work ("Attachment A to the trade contract") requires that "while on site we shall maintain a dedicated full time on site Project Manager and Superintendent for this project." In order to properly and competitively bid this project please confirm that we will not be required to meet this full time requirement while we are not performing construction work related to our scope of work. The schedule in addendum #7 shows our scope of work as taking 240 days. If this work takes longer than 240 days due to no fault of ours please confirm that we will be eligible to receive a change order for extended general conditions at a rate no less than the amount shown in the bid form under the heading of trade contractors liquidated indirect costs. Please also confirm that we are not required to maintain full general conditions for 1160 days from NTP which is referenced in the bid form.

Please Refer to Addendum #7, Item 12, Dated September 22, 2006.

Parsons-_____, J.V.

Request and Answer Log

A-B Infill S_____rior Finishes

Job No:     747B

Date: 10/18/2006

Project No: 03

Page:     5 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |

Subcontrator  BCHAMP

Subcontactor #   02          DAN

| PBQ | MDAD | POJV | 00134 | | Scope of Work Item "B" | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

2. Item B in the general scope of work ("Attachment A to the trade contract") requires that "while on site we shall provide a dedicated full time on site Project Manager and Superintendent for this project." In order to properly and competatively bid this project please confirm that we will not be required to meet this full time requirement while we are not performing construction work related to our scope of work.  The schedule in addendum #7 shows our scope of work as taking 240 days.  If this work takes longer due to no fault of ours please confirm that we will be eligible to receive a change order for extended general conditions at a rate no less than the amount shown in the bid form under the heading of trade contractors liquidated indirect costs. Please also confirm that we are not required to maintain full general conditions for 1160 days from NTP which is referenced in the bid form.

*Answer:* Please Refer to Addendum #7, Item 12, Dated September 22, 2006.

Subcontactor #   03          DAN

| PBQ | MDAD | POJV | 00135 | | Clarify Spec Sec. 8410 or 8450 | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

3. Reference the door trade scope of work (attachment A to trade contract)- is specification section 8450 applicable to bid package 11C or 11D? Are the glass doors (M8) shown on the door schedule related to spec section 8410 or 8450?

*Answer:* PBQ 00135:
Specification section  08450 is applicable to Bid Package #11C.
The glass doors (M8) shown on the door schedule are related to Specification Section  08410.

Subcontactor #   04          DAN

| PBQ | MDAD | POJV | 00136 | | Installation of HM Door Frames | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

4. Please confirm that the installation of HM door frames is part of bid package 11C and not part of bid package 11D? Please confirm that we are required to create openings for doors supplied in this package at existing partitions as per the demo specs issued with the scope of work event though it appears the 11 D package requires this same work? Will package 11D require the drywall contractor to provide and be responsible for providing the proper size opening at all of the partitions that they construct? If demo is required with this package, are we required to frame and drywall these openings as necessary and provide insulation at the opening since an insulation spec section is part of the door trade scope of work.?

*Answer:* PBQ 00136:
The HM Door and Frames will be furnished by Bid Package 11C Trade Contractor and installed by Bid Package 11D Trade Contractor.   The Bid Package 11D Trade Contractor shall layout and create the door openings in new and existing partitions.  All Wall and Door Demo  and the related drywall and insulation work  is part of  Bid Package #11D, with the exception of any additional  Demo that would be required for changes in design.

Subcontactor #   05          DAN

| PBQ | MDAD | POJV | 00137 | | Removal of Existing Doors | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

5.  Are we required to remove and haul away existing doors or is this part of bid package 11D?

*Answer:* PBQ 00137:
All Demo and Removal of  existing  Doors, Frames and Walls is part of Bid Package #11D.

Subcontactor #   06          DAN

| PBQ | MDAD | POJV | 00138 | | Furnish and Install Louvers | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

6. Please confirm that we are required to furnish and install louvers related and as shown on the mechanical drawings as per Item MM on page 7 of the door trade scope of work in addition to the door louvers or are the mechanical  louvers  any others louvers shown on the mechanical drawings part of the mechanical bid package?

*Answer:* PBQ 00138:
Bid Package #11C Trade Contractor is required to  provide all Doors that contain louvers, as shown in the  Trade Contract Documents.  Louvers that are not integral to doors but are shown on the Mechanical Drawings are part of the Mechanical Bid Package #12.

Parsons-C...bre...t, J.V.

Job No: 747B

Project No: 03

Request and Answer Log

A-B Infill Sh...ior Finishes

Date: 10/18/2006

Page: 6 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | | | | Request / Question | | | | | Answer | | |
| | | | | | POJV Comment | | | | | | | |

Subcontractor # BCHAMP

Subcontractor # 07      DAN

| PBQ | MDAD | POJV | 00139 | | Temp. Partitions & Barricading | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

7. The door trade scope of work required us to provide temporary partitions and barricading as necessary. Is there a plan that shows where these partitions will be required? Is there a detail that shows how these walls will be constructed? We were under the understanding as per the b-d bid packages that POJV is providing all of the necessary temporary partitions and barricading. Is this not correct?

PBQ 00139:
Bid Package #11C Trade Contractor is not required to provide Temporary Partitions and Barricading .

Subcontractor # 08      DAN

| PBQ | MDAD | POJV | 00140 | | Clarify of Doors Elevation | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

8. The door elevation on the door schedule pages show an aluminum mesh door/frame (door designation M7) however this type of doors is not shown in the door schedule and is not referenced in the spec sections applicable to the door trade scope of work. Are these doors part of Bid package 11C or 11 D? If yes please provide us with more information (quantity, location, required hardware, and specifications).

PBQ 00140:
Door designation M7 is part of Bid Package 11C. Refer to Drawing A869 and A900A and Specifications.

Subcontractor # 09      DAN

| PBQ | MDAD | POJV | 00141 | | Doors 204, 205, and 280 | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

9. Reference door numbers 204, 205, and 280- what type of doors are these and what type of hardware if any are required with these doors? This information is not shown on the door schedule.

PBQ 00141:
Door 204 is a Jetway Gate Door Type M5. Refer to Drawing A900B, issued with Addendum #4 and related Specifications. Door 205 and 280 are Type M1 Doors. Refer to Drawings A900B issued with Addendum #4 and related Specifications.

Subcontractor # 10      DAN

| PBQ | MDAD | POJV | 00142 | | Door Type  G2, G3 and G4 | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

10. Are the stainless steel transom paneling and steel channels above the automatic swings doors (type G2,G3 and G4) and a shown on section 1/A904 part of bid package 11C or 11D?

PBQ 00142:
The stainless Steel Transom Paneling and Steel Channels above the automatic swing doors , Type G2, G3 and G4 are part of Bid Package 11D.

Subcontractor # 11      DAN

| PBQ | MDAD | POJV | 00143 | | Etching of the Glass Doors | CLO | 10/2/2006 | 10/3/2006 | 10/9/2006 | | No | No |

11. Please confirm that the etching of the glass doors as shown on the door elevation is part of the 11 C scope of work.

PBQ 00143:
All material and work to furnish and install the glass doors, including etching, is part of Bid Package #11C, per Trade Contract Documents.

Subcontractor #      DAN

| PBQ | MDAD | POJV | 00144 | | Clarify Item C- Finish  Hardware | CLO | 10/3/2006 | 10/5/2006 | 10/10/2006 | | No | No |

Please clarify why item C under finish hardware on page 15 of the wall/ceilings trade scope of work states that the "trade contractor shall furnish and install all finishing hardware in accordance with the drawings and · specs" while bid package #11 C states requires all of the furnishing and installation of all of the door hardware including all of the glass doors to be part of bid package #11C. What hardware is required to be provided under bid package #11D since the hardware spec is part of this trade scope of work.

00144
All door hardware required to give the Owner a fully functioning door system is required  to be provided by the Bid Package #11C Trade Contractor. The Bid Package #11D Trade Contractor is responsible to supply only hardware that relates to the walls and ceilings,not the doors.

Parsons-Ouebrecht, J.V.

Request and Answer Log

A-B Infill SI    ...rior Finishes

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:    7 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |
| | BCHAMP | | | | | | | | | | | |
| Subcontrator | | | | | | | | | | | | |
| Subcontactor # | | DAN | | | | | | | | | | |
| PBQ | MDAD | POJV | 00145 | | HM Frames and Glass Door Frames | CLO | 10/3/2006 | 10/5/2006 | 10/10/2006 | | No | No |

is the installation of the HM frames and glass door frames  part of bid package #11 D?

00145
All HM door frames and glass door frames are to be furnished by Bid Package #11C Trade Contractor. The installation of HM Door Frames at interior gypsum board locations will be by Bid Package #11D Trade Contractor. The installation of HM Door Frames at other locations, and the installation of glass doors frames, will be by Bid Package #11C Trade Contractor.

| | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | DAN | | | | | | | | | | |
| PBQ | MDAD | POJV | 00146 | | Item B Scope of Work Bid Pack 11D | CLO | 10/3/2006 | 10/5/2006 | 10/10/2006 | | No | No |

Item B in the general scope of work ("Attachment A to the trade contract") requires that "while on site we shall maintain a dedicated full time on site Project Manager and Superintendent for this project." In order to properly and competitively bid this project please confirm that we will not be required to meet this full time requirement while we are not performing construction work related to our scope of work.  The schedule in addendum #7 shows our scope of work as taking 114 days (demo) and 519 days (drywall) and 243 days (paint).  If this work takes longer than those durations due to no fault of ours please confirm that we will be eligible to receive a change order for extended general conditions at a rate no less than the amount shown in the bid form under the heading of trade contractors liquidated indirect costs.  Please also confirm that we are not required to maintain full general conditions for 1160 days from NTP which is referenced in the bid form even though the bid schedule shows 913 days for bid pack #11D and the entire project schedule as being 1188 days.

00146
Please Refer to Addendum #7, Item 12, Dated September 22, 2006.

| | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | DAN | | | | | | | | | | |
| PBQ | MDAD | POJV | 00147 | | Item C Scope of Work- Bid Pack 11D | CLO | 10/3/2006 | 10/5/2006 | 10/10/2006 | | No | No |

Item C in the general scope of work ("Attachment A to the trade contract") requires that "while on site we shall provide a dedicated full time on site Project Manager and Superintendent for this project." In order to properly and competitively bid this project please confirm that we will not be required to meet this full time requirement while we are not performing construction work related to our scope of work.  The schedule in addendum #7 shows our scope of work as taking 240 days.  If this work takes longer due to no fault of ours please confirm that we will be eligible to receive a change order for extended general conditions at a rate no less than the amount shown in the bid form under the heading of trade contractors liquidated indirect costs.  Please also confirm that we are not required to maintain full general conditions for 1160 days from NTP which is referenced in the bid form even though the bid schedule shows 913 days for bid pack #11D and the entire project schedule as being 1188 days.

00147
Please Refer to Addendum #, Item 12, Dated September 22, 2006.

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Request / Question | | | | POJV Comment | | | | Answer | | |
| Subcontractor | | BCHAMP | | | | | | | | | | |
| | Subcontactor # | | DAN | | | | | | | | | |
| PBQ | MDAD | POJV | 00151 | | Door Trade Pack Scope of Work | NEW | 10/5/2006 | | 10/12/2006 | | No | No |

Reference the door trade pack scope of work (attachment A to the contract)-Door security devices and hardware is listed as part of the scope of work. Item B under the finish hardware description calls for us to "furnish and install all supplemental hardware for electronic security doors". Please confirm that card readers are not part of this scope of work since that spec section appears under the electrical trade package scope of work and that all supplemental hardware is only the hardware that is listed in the various hardware sets as shown in spec section 8710.

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Subcontactor # | | DT | | | | | | | | | |
| PBQ | MDAD | POJV | 00159 | | Bid Extension Date | CLO | 10/12/2006 | 10/16/2006 | 10/19/2006 | | No | No |

4) We have requested a walk-thru of the existing area with Reid Walker of POJV. He has tentatively indicated we can do a walk-through on Monday, October 16, 2006. It is critical that we see the area to submit an accurate bid on the demolition and existing condition restoration (such as fireproofing and finishes) that may be required. A number of our subs have also requested additional time to prepare their bids and submit their pricing. In light of all our scope questions that will need to be answered that will affect our bid pricing coupled with not being able to do a walk-thru until the week of the bid and the various subs needing additional time, we respectfully request that the bid date be moved back one week to October 27, 2006.

POJV-NTD has scheduled a walk-through for Monday, October 16, 2006 and cont... Request for Bid Extension denied by e-mail from Miami International Airport on Oct. 13, 2006 @ 3:47PM

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Subcontactor # | | DT | | | | | | | | | |
| PBQ | MDAD | POJV | 00160 | | Clarify Steel Channels/Swing Doors | CLO | 10/12/2006 | 10/17/2006 | 10/19/2006 | | No | No |

1) In a previous response to our question PBQ # 00142 for Bid Pack 11C which was issued in Addendum #10, POJV answered that the steel channels above the automatic swing doors, Type G2, G3, and G4 are part of Bid Package 11D. This is contrary to all the other specifications and work scopes that indicate steel channels are part of the structural bid package. The structural angles and structural support framing as shown on the floor and header connections like that shown A855 and A858a&b should be by the structural steel shell package. Package 10D should only include the aluminum membersThe only "steel" required in Bid Package 11D should be ornamental Stainless Steel issued in the Bid Scope specs.

Yes, structural steel angles, channels and supports above the automatic swing doors shall be furnished and installed by the Bid Package 10-Shell Trade Contractor. Please disregard the portion of the response to PBQ #00142 contrary to that. Structural members as defined in Division 5 of the Project Manual are part of the Bid Package 10-Shell Trade Contractor's scope. Any non-structural framing, bracing or member required to support the finished walls, wall panel systems and ceilings shall be part of the 11D-Walls & Ceilings Trade Contractor's scope as described in the specifications.

Parsons-Gilbert... J.V.

Request and Answer Log

A-B Infill Sh... ...rior Finishes

Job No:      747B

Date: 10/18/2006

Project No: 03

Page:      9 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | Answer | | |
| Subcontractor | | BCHAMP | | | | | | | | | | |
| Subcontactor # | | | DT | | | | | | | | | |
| PBQ | MDAD | POJV | 00161 | | Services Wall Assemblies | CLO | 10/12/2006 | 10/17/2006 | 10/19/2006 | | No | No |

2) Attachment A to the Bid Package 11D – Page 21 of 22. Please clarify what is our scope of work regarding Service Wall Assemblies, Metal Wall Louvers and Exterior Opening Protection. No specific specifications have been issued to address these trades. Are we to coordinate these items with other trades, are we to install these items that are provided to us by others. Clearly we are not furnishing and installing these items as indicated on sheet 21 since many of these items are included in other Trade Contracts. Clarify the following  A) Drinking fountains and water coolers are provided and installed by the plumbing contractor, B) Louvers are provided and installed by the shell mechanical or door contractor, C) Fire Hose/ Valve Cabinets are by the Fire Sprinkler contractor, D) Waste receptacles, telephone directories and housings are either FF & E or by the Toilet Accessory contractor, E) Access Panels are by the Door Contractor or MEP trades, F) Service panels, receptacle panels, clock panels, sound panels, blank panels and telephone panels are provided by the electrical contractor, G) Exterior openings including temporary impact walls and removal of temporary walls – clarify who has.



2) Bid Package 11D-Walls & Ceilings shall furnish and install the service wall assembies (chase walls) and coordinate with the corresponding Trade Contractor that is furnishing the equipment / plumbing / wiring, etc.

Metal Wall Louvers Specification Section 10210 - Bid Package 11D-Walls & Ceilings shall furnish and install the architectural louvers (i.e. louvers that do not have a mechanical function/relationship).

Exterior Opening Protection / Temporary Impact Walls - Bid Package 11D-Walls & Ceilings shall furnish and install; refer to the Contract Documents.

a) Drinking fountains and water coolers are furnished and installed by the Bid Package 12-Mechanical Trade Contractor in service wall assemblies.

b) Architectural louvers are furnished and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor; and mechanical-related louvers (louvers attached to mechanical equipment which are providing a mechanical intake) shall be furnished and installed by the Bid Package 12-Mechanical Trade Contractor.

c) Fire Hose/ Valve Cabinets shall be furnished by the Bid Package 12-Mechanical Trade Contractor; but coordinated and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor.

d) Toilet Room waste receptacles shall be furnished by the Bid Package 11E-Cabinets and Toilet Accessories Trade Contractor; but coordinated and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor.  Telephone directories and housings are furnished and installed by Others, but the backing shall be coordinated, furnished, and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor.

e) Access Panels related to the Doors and MEP work will be furnished by Others, but installed, with the required backing, by the Bid Package 11D-Walls & Ceilings Trade Contractor.  All other access panels are furnished and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor.

f) Service panels, receptacle panels, clock panels, sound panels, blank panels and telephone shall be furnished and installed by Others.  The Bid Package 11D-Walls & Ceilings Trade Contractor shall furnish and install the backing in coordination with other Trade Contractors.

g) Exterior opening protection, including temporary impact walls and removal of temporary walls; shall be part of the Bid

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |

**Subcontractor #**     DT

| PBQ | MDAD | POJV | 00162 | | Elevator Cab Interiors | | CLO | 10/12/2006 | 10/17/2006 | 10/19/2006 | | No | No |

3) Are the elevator cab interiors (walls and ceilings) as shown on sheet 847B part of the elevator trade contract or part of Bid Pack 11D.

3) The elevator interior finishes are included in the 747B Elevator Trade Contractor's scope.

**Subcontractor #**     DT

| PBQ | MDAD | POJV | 00164 | | Temporary Partitions | | CLO | 10/12/2006 | 10/16/2006 | 10/19/2006 | | No | No |

1) On previous projects we've bid in the NTD program and per the site general requirements, POJV was providing all temporary partitioning and temporary jersey barriers. Please confirm if POJV is providing temporary partitions or is this to be supplied by Finish Trade Contractor under 11D? Please clarify item H on page 17 of 22 in the Attachment A Scope of Work for Trade contract 11D which indicates Finish trade contractor to provide 5,000 SF of temporary partitions. Are we to assume a total of 5,000 SF (one side) of temporary partitions in our bid. Please clarify who is to remove existing temporary partitions including temporary traffic barrier walls - POJV or Finish Trade Contractor 11D. Please clarify who is to patch and repair surfaces of temporary construction partitions as noted on sheet DA130 at grid line CD.

Temporary Jersey Barriers are not included in Bid Package #110.
Temporary partitions are to be included in Bid Package #11D. Item H is part of Bid Package #11D Scope of Work. Assume a total of 5000 SF (one side) of temporary partitions in the bid. Removal of existing temporary partitions shall be included in Bid Package #11D, under specification section 02070: Selective Demolition and 02071: Cutting and Patching. Removal of Jersey Barriers will be by others.

**Subcontractor #**     DT

| PBQ | MDAD | POJV | 00165 | | Spec. Sec. 05400 & 09100 | | CLO | 10/12/2006 | 10/16/2006 | 10/19/2006 | | No | No |

2) Please confirm that Specification Section 05400 – Cold Formed Metal Framing and 09100 – Metal Support Assemblies should be listed in the Attachment A General Scope description for Bid Pack 11D – Finishes.

Yes, Section 05400 and 09100, will be incorporated into Bid Package #11D, by Addendum.

**Subcontractor #**     DAN

| PBQ | MDAD | POJV | 00166 | | Confirm Doors & Hardware | | CLO | 10/12/2006 | 10/16/2006 | 10/19/2006 | | No | No |

3) Attachment A Scope of Work for Trade contract 11D indicates that door contractor (trade contract 11C) will supply and install all door hardware (spec section 08710). Item B on page 15 of 22 under the Finish Hardware (08710) heading indicates Trade Contractor (Finish?) to furnish and install all finish hardware. Please confirm all doors and hardware are provided and installed by the door trade contract. Per addendum 10, Finish trade contractor to install frames provided by others in drywall partitions.

The Bid Package #11D Trade Contractor is not required to furnish any doors, frames or related hardware. However, the Bid Package #11D Trade Contractor shall install all hollow metal door frames in Gypsum Board Walls. These HM Door Frames will be furnished by the Bid Package #11C Trade Contractor.

**Subcontractor #**     DT

| PBQ | MDAD | POJV | 00167 | | Fluid Applied Waterproofing 07100 | | CLO | 10/12/2006 | 10/16/2006 | 10/19/2006 | | No | No |

4) Please confirm that fluid applied waterproofing (07100) is included in Trade contract 11D - finishes and not trade contract 11A – flooring.

Furnishing and Application of Fluid Applied Waterproofing is included in Bid Package #11D.

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |

**Subcontractor**   BCHAMP

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | Subcontactor # | | DT | | | | | | | | | | |
| PBQ | MDAD | POJV | 00168 | | Clarify All Demolition | | NEW | 10/12/2006 | | 10/19/2006 | | No | No |

5) For the Bid pack 11D demolition scope of work, please clarify all demolition. The selective demolition written scope of work in Attachment A is very vague. Confirm that all structural demolition including existing concrete or masonry walls and openings, roof openings and all structural steel and misc metal demolition will be completed in the shell Bid pack 10 or by others. Other Bid Packs will include demolition of bollards, curbs, asphalt, utilities, concrete column protection, exterior impact walls, exterior windows, exterior louvers, exterior finishes, baggage conveying systems, escalators, elevators, overhead coiling doors, chain link fencing, etc. All MEP/FP disconnect demo is by others, removal of electrical and plumbing fixtures by 11D Finish Trade Contractor? Who removes all conduits, piping, soda and beer lines, ductwork, etc. (MEP subs)? All flooring removed by others under Bid Pack 11A. Built in cabinetry demolition by 11D? Quantify what is included in the "Equipment" designation of the Selective Demo scope of work (Page 10 of 22)? FF &E that is not built in are removed by? Metal Lockers are removed by 11D? Freezer and appliances to be removed by? Hot water heater to be removed by? Carbon Dioxide Tank to be removed by? Vending Machines removed by? Confirm who has removal of doors and frames that fall within a masonry wall. Confirm Bid Pack 11D only has interior demolition of framed walls, ceilings and architectural items excluding floor finishes.

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | Subcontactor # | | DT | | | | | | | | | | |
| PBQ | MDAD | POJV | 00169 | | Spec Sec 09775 | | NEW | 10/12/2006 | | 10/19/2006 | | No | No |

6) Please confirm that Spec sections 09775 Metal Wall Panels and 09780 Back Painted Metal Wall Panels are interior applications. Confirm that the Insulated Wall Panel System shown on the exterior elevations is not part of 11D. Confirm the exterior metal applications are part of Specs 07415 Manufactured Wall Panels and 07416 Exterior /Impact Wall System and these are covered under a separate Bid Pack.

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | Subcontactor # | | DT | | | | | | | | | | |
| PBQ | MDAD | POJV | 00170 | | Structural Bid Package | | NEW | 10/18/2006 | | 10/25/2006 | | No | No |

1) In a previous response to our question PBQ # 00142 for Bid Pack 11C which was issued in Addendum #10, POJV answered that the steel channels above the automatic swing doors, Type G2, G3, and G4 are part of Bid Package 11D. This is contrary to all the other specifications and work scopes that indicate steel channels are part of the structural bid package. The structural angles and structural support framing as shown on the floor and header connections like that shown A855 and A858a&b should be by the structural steel shell package. Package 10D should only include the aluminum membersThe only "steel" required in Bid Package 11D should be ornamental Stainless Steel issued in the Bid Scope specs.

Parsons-Ouebr...e, J.V.

Job No: 747B

Project No: 03

Request and Answer Log

A-B Infill Sh... ...ior Finishes

Date: 10/18/2006

Page: 12 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | | | | Request / Question | | | | | Answer | | |
| | | | | | POJV Comment | | | | | | | |

**Subcontractor    CIC**

Subcontactor #    01    EG

| PBQ | MDAD | POJV | 00128 | | Clairfy DWG. 196V5 & 197V5, men/wom | NEW | 9/28/2006 | 10/11/2006 | 10/5/2006 | | No | No |

Finish schedule lists men's bathroom 196V5 and vestibule 196AV5 but not women's 197VS and vestibule 197AVS.
Does both the men's and women's bathroom get done in this Bid Package# 11A2.?

Yes, Women Toilet Room 197V5 & Vestibule 197AV5 are to be included within Package 11A2. The finishes for these spaces are to be as those being provided within Toilet Room 196V5 & Vestibule 196AV5 respectively.

Answered by: Mario O. Mas
October 10, 2006

Subcontactor #    03    EG

| PBQ | MDAD | POJV | 00131 | | Bid Extention Date - Comm. Interior | CLO | 9/28/2006 | 10/3/2006 | 10/5/2006 | | No | No |

Can you please extend bid date , my documents are incomplete and I received them late Friday, Sept. 22nd at 4:30pm even though we had requested on Sept. 15th.  Bid Package 11AZ.

Refer to POJV Bid Addendum #9, Dated September 28, 2006, for revised Bid Opening dates of 747B Construction Project Bid Packages

Subcontactor #    02    EG

| PBQ | MDAD | POJV | 00132 | | Specification on Sealer - F10 | NEW | 9/28/2006 | | 10/5/2006 | | No | No |

A- Specification on sealer at floor F10.

B- Is F10 part of Painters pkg. or flooring pkg.?

**Subcontrator    DASH**

Subcontactor #    JL

| PBQ | MDAD | POJV | 00071 | | Bid Extension - 747B | CLO | 8/24/2006 | 9/8/2006 | 8/31/2006 | | No | No |

Dash Door, is in review of the 747B Revision Drawings, Issued August 16, 2006.
We request a Bid Extension, to allow additional review time, for the revised drawings.

*As Per. Addendum No. 6, dated September 1, 2006, the revised Bid Date for 747B Bids is September 29, 2006, 2:00 PM local time.
No further action required.*

**Subcontrator    DC**

Subcontactor #    MN

| PBQ | MDAD | POJV | 00129 | | Bid Extension Date - David Allen Co | CLO | 9/28/2006 | 10/3/2006 | 10/5/2006 | | No | No |

We just received plans yesterday September 26, 2006.  We will need an extension.  How much  time can we get?.........10 days?  Bid Package 11A 1 Terrazzo

Refer to POJV Bid Addendum #9, Dated September 28, 2006, for revised Bid Opening dates of 747B Construction Project Bid Packages.

Parsons-Goebrecht, J.V.

Request and Answer Log

A-B Infill Si ___rior Finishes

Job No: 747B

Date: 10/18/2006

Project No: 03

Page: 13 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |

Subcontactor DC

Subcontactor # MN

| PBQ | MDAD | POJV | 00152 | | Terrazzo Floor requiring AIPP | NEW | 10/5/2006 | | 10/12/2006 | | No | No |

The following is a question regarding which areas in Terrazzo Floor requiring (AIPP) Art in Public Places.

On Finish Schedule, A940, and specification Section 09400 Epoxy Terrazzo (F2), it appears difficult to determine which area is schedule to receive art work.

On floor plan, sheet A255, there are 2 areas mentioned with notes; "NOTE: FOR TERRAZZO FLOORS – COORDINATE WITH ART IN PUBLIC SPACES FOR FINAL COLOR SELECTIONS AND PATTERNS" and "COORDINATE W/LIMITS OF ART IN PUBLIC SPACES" Does this note applies for all terrazzo areas or just the areas indicated with notes? Which areas on terrazzo floor are considered "AIPP" areas?

Subcontactor DKG

Subcontactor # KG

| PBQ | MDAD | POJV | 00026 | | Bid Extension (D.K.G) | CLO | 6/1/2006 | 6/9/2006 | 6/8/2006 | | No | No |

We would like to request a one month time extension from June 9th, 2006 closing date, due to the fact that we're still negotiating on MIA-745B, and Bid Packages #1, #3 & #6, which recently closed.

Please advise.

As Per. Addendum No. 2, dated June2, 2006.

Subcontactor # EG

| PBQ | MDAD | POJV | 00127 | | Bid Extension - D.K.G. & Associates | NEW | 9/25/2006 | | 10/2/2006 | | No | No |

D.K.G. is very pleased to have the opportunity to bid on the above mentioned job and the many others that have come due in the past couple of months.

The volume of bidding has been very demanding on our estimating department and while we would like to participate in the MIA 747B bid, we do not feel that we can adequately prepare a bid by September 29th, 2006.

At this time we are requesting your favorable consideration of a bid date extension to October 27, 2006.

Subcontactor DYNA

Subcontactor # 747B-01 MU

| PBQ | MDAD | POJV | 00021 | | Bid Extension (Dynalectric) | CLO | 5/24/2006 | 6/9/2006 | 5/31/2006 | | No | No |

Dynalectric is requesting a bid extension of four weeks. We just found out in the pre-bid meeting today that project #775C (Premise Distribution system) is part of the electrical package #13. We still haven't received the bid documents for this project.

As Per. Addendum No. 2, dated June2, 2006.

Parsons-Guebre...t, J.V.

Request and Answer Log

A-B Infill St... ...rior Finishes

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:    14 of 39

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|-----|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |
| Subcontrator | DYNA | | | | | | | | | | | | |

**Subcontactor #   03          MU**

| PBQ | MDAD | POJV | 00034 | | Lighting Fixture Type 'F' | | CLO | 6/22/2006 | 7/26/2006 | 6/29/2006 | | No | No |

Drawing EL325 shows lighting fixture type 'F' which is not indicated on the lighting fixture schedule (DWG E002).

Provide fixture type 'L' (new fixture type) for the cove area in lue of type 'F' as currently shown. The fixture type 'L' specification is from COLOMBIA LIGHTING: COV4-232-EB8277-GLR with OSRAM (BALLAST): QT4X32T8/277-ISN-SC. This fixture change should include all the cove lighting currently labeled as type 'F' in the middle of Sterile APM Circulation 381R6. This includes areas shown on sheets EL315, EL325, EL335. This revision will be reflected on the lighting fixture schedule as well as on the lighting plans on the next drawing addendum.

Answered by: Leon Icaza on 07/21/06

**Subcontactor #   04          MU**

| PBQ | MDAD | POJV | 00035 | | Fixture Type 'YY' | | CLO | 6/22/2006 | 7/26/2006 | 6/29/2006 | | No | No |

Drawing EL180; just above column line 'C' shows what looks like 15 - TYPE 'YY' fixtures not shown as existing. If new, what circuit feeds these fixtures?

These (15) "YY" type fixtures are going to be eliminated from this area. This revision will be reflected on the lighting plans on the next drawing addendum.

Answered by leon Icaza on 07/21/2006

**Subcontactor #   05          MU**

| PBQ | MDAD | POJV | 00036 | | Pullboxes | | CLO | 6/22/2006 | 7/24/2006 | 6/29/2006 | | No | No |

Drawing EL125, COLUMN 103: two pullboxes for ductbanks 20, 21, 22 &23 - are they existing or new?
Drawings E707 & E708 (Electrical power risers) showed these pullboxes as new.

No ductbanks are indicated on sheet EL125; note shall be revised on EU125 to indicate new pullboxes.

As Per e-mail from Leo A Daly, July 21, 2006  and MDAD, July 24, 2006, the following additional information is requested to be included in the sign-off of 747B PBQ #36.
"No ductbanks or pull boxes are indicated on sheet EL125."

Answered by Victor E. Carrasco
Dated 07/20/06

**Subcontactor #   775C-001          MU**

| PBQ | MDAD | POJV | 00037 | | IMO-10 Detail | | CLO | 6/23/2006 | 7/25/2006 | 6/30/2006 | | No | No |

775C A to C 100% MDAD bid set DRW T9113 line 17 col. 96.8 / FG 9 reference to IMO-10, 1 voice, 4 data, 2 duress NO IMO-10 detail on DRW T8212.

See Ross & Baruzzini Addenda 2, attached PDS drawing T8212, for missing details.

Answered by: Phillip J. Johnson
July25, 2006

Parsons-Oebrecht, J.V.

Request and Answer Log

A-B Infill Sk... ...rior Finishes

Job No: 747B

Date: 10/18/2006

Project No: 03

Page: 15 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | | Request / Question | | POJV Comment | | | | | Answer | | |

**Subcontractor   DYNA**

Subcontactor #   02   MU

| PBQ | MDAD | POJV | 00038 | | Indication of Telephone Rm. | CLO | 7/10/2006 | 9/22/2006 | 7/17/2006 | | No | No |

Ref: DWG. E716A

Please indicate locations of the following Telephone rooms: N3011, N3009, N3002, N3008 & N3085

The following Telephone Rooms are on the third floor located in the "out of scope" area at the following locations:
• N3011, column line 110Q and B, labeled A3140
• N3009, column line 118 and B, labeled FBI Office
• N3002, column line 135 and D1, labeled A3757
• N3008, column line 118 and C, labeled A3546
• N3085, column line 124 and C, labeled A3586

Subcontactor #   05   MU

| PBQ | MDAD | POJV | 00039 | | Pullboxes in EU125 | CLO | 7/10/2006 | 7/24/2006 | 7/17/2006 | | No | No |

Drawing EU125, column 103: two pullboxes for Ductbanks 20, 21, 22 & 23 - are they existing or new?
Drawing E707 & E708 (Electrical power risers) Showed these pullboxes as new.

See response to PBQ No. 00036.
Response to PBQ No. 00036 is: No ductbanks are indicated on sheet EL125; note shall be revised on EU125 to indicate new pullboxes.

Answered by Victor E. Carrasco on 07/20/2006

Subcontactor #   06   MU

| PBQ | MDAD | POJV | 00040 | | Alum. Conduit from Pullcabinet | CLO | 7/10/2006 | 7/27/2006 | 7/17/2006 | | No | No |

Ref DWGS: HZ150, HZ701, HZ801, EP150
DWGS EP150 & HZ701 shows 4'-4" Aluminum conduit from pullcabinet pc3 (existing) to new pullcabinet pc3 as existing & provided under 763B project.
DWGS HZ150 & HZ801 indicates these conduits as new.

Please clarify.

The conduits are not shown as existing it is identifying conduits that are required for the 400 Hz system. See 400Hz drawings for clarification. The reference on the drawing to the 763B project shall be removed and submitted in the next addendum.

Answered by Victor E. Carrasco on 07/20/2006

Subcontactor #   07   MU

| PBQ | MDAD | POJV | 00041 | | Panels New or Existing | CLO | 7/10/2006 | 7/24/2006 | 7/17/2006 | | No | No |

Drawing E920 indicates panels 1.1JB2R, 1.1JB1R and 2.1JB1R as existing. Drawing E707 indicates these panels as new.
Please clarify.

These are existing panels to remain, provided under MIA project 747D; sheet E707 shall be revised to reflect this condition.

Answered by Victor E. Carrasco on 07/20/2006

Parsons-Oebrecht, J.V.

Request and Answer Log

A-B Infill Sh... Interior Finishes

Job No: 747B

Date: 10/18/2006

Project No: 03

Page: 16 of 39

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |

**Subcontrator** DYNA

**Subcontactor #** 08    **MU**

| PBQ | MDAD | POJV | 00042 | | Panel Feeder | | CLO | 7/10/2006 | 7/24/2006 | 7/17/2006 | | No | No |

Please provide the panels and feeders feeding the following panels:
2FC.3U61
2FC.1T61
2FC.1U51
2F.1T61
2F.1U51
2F.3U61

1. Panels 2FC. 3U61, 2FC.1T61, and 2FC.1U51 shall be fed from distribution section at existing emergency switchboard in Switchgear Room A1150.
Panel 2F.3U61 shall be fed from panel 2F.2U61. Panels 2F.1T61 and 2F.1U51 shall be fed from existing normal power switchgear in Switchgear Room A1150.

2. Feeder information will be identified on next Addendum.

**Subcontactor #** 002    **EM**

| PBQ | MDAD | POJV | 00045 | | 775C - 002 No Details For Outlets | | CLO | 7/12/2006 | 7/28/2006 | 7/19/2006 | | No | No |

775C A to C 100% BidSet
No Details for outlets on drawing T8210, T8211, T8212
IO 11- T9141 ITEM 59
IO12 -T9117 ITEM 21
IO 14 -T9113 ITEM 51
IO 15 -T9119 ITEM 171
IO 16 -T9119 ITEM 164
IO 17-T9239 ITEM 313
IO 18 -T9113A ITEM 87
IMO 28 -T9182 ITEM10

IO 19 -T9105 ITEM 26
IO 20 -T9105 ITEM 23
IMO -10 T9113 ITEM 14
IMO -12 T9105 ITEM 33
IMO -13 T9141 ITEM 95
IMO -23 T9113 ITEM 67
IMO27 -T9118 ITEM 172

As discussed with Emmanuel Mudryj on July 12, 2006, the following comment prov

Refer to the attached drawings for complete details. Premises Distribution System A to C 100% MDAD bidset Addenda 3 July 28, 2006
T8210, T8211, T8212 . Full size drawings are available at the printer.

**Subcontactor #** 09    **MU**

| PBQ | MDAD | POJV | 00064 | | Security Doors 09 | | CLO | 8/7/2006 | | 8/14/2006 | | No | No |

Re: Security Doors 09

There is no RCM or RDP monitoring door type B MOD indicated by the drawing, and the magnetic locks are fed by fire alarm power supply panel.
Please advise if this is correct?

**Subcontactor #** 10    **MU**

| PBQ | MDAD | POJV | 00065 | | Security Doors-10 plan E808 | | CLO | 8/7/2006 | 9/1/2006 | 8/14/2006 | | No | No |

RE: Security Doors -10

Plan E808 shows one swing door for INT/DOM door set but floor plan EC215 shows two (2) double vestibule doors type E.  What print is correct?

Door type E detail is being revised and review by MDAD. A double door detail will be
shown in the next addendum.

Answered by: Alina Regalado
on 0/28/06

**Subcontactor #** 11    **MU**

| PBQ | MDAD | POJV | 00066 | | Security Door - 11-"E" Glass | | CLO | 8/7/2006 | 9/1/2006 | 8/14/2006 | | No | No |

RE: Security Doors - 11

Touch panic bar on each "E" Glass Doors versus wall push buttons?
Please advise as to what device is preferred.

Per Lynn Beasley

Touch panic bar on each "E" glass door wall push button?

Door type E is being revised and review by MDAD. Modifications shall be submitted in the next addendum.

Answered by: Alina Regalado
on 8/28/06

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |
| Subcontrator | DYNA | | | | | | | | | | | | |
| Subcontactor # | 12 | | MU | | | | | | | | | | |
| PBQ | MDAD | POJV | 00067 | | Security Doors -12 Plan EC215 | | CLO | 8/7/2006 | 9/1/2006 | 8/14/2006 | | No | No |
| | Plan EC215 shows E door OMRON controller on room 265R6, however please confirm if this installation is ok (KU C Door controllers are installed at Jetway Service doors). | | | | | | | | | | Yes, this installation is correct.<br><br>Answered by: Alina Regalado on 8/28/06 | | |
| Subcontactor # | 13 | | MU | | | | | | | | | | |
| PBQ | MDAD | POJV | 00068 | | Security Doors 13 Plan EC135 | | CLO | 8/7/2006 | 9/1/2006 | 8/14/2006 | | No | No |
| | RE: Security Doors - 13<br><br>Plan EC135, doors #115A and 115B. Please clarify if both doors worked as CA confirgration or as two independent "C" doors. | | | | | | | | | | A key note is being added to the drawings to clarify what devices are required for door type 'C' operation, specifically doors located at stairs 1st & 2nd floors. Doors #115A and #115B are two double doors, one next to the other. Except for the Electronic Locks and the Panic Bars both doors shall be operated by the same equipments and wiring. It means that two doors can be controlled by one OMRON, one RCM, 2 CR, 4 Electronic Locks and 4 Panic Bars'<br><br>Answered by: Alina Regalado on 8/28/06 | | |
| Subcontactor # | 14 | | MU | | | | | | | | | | |
| PBQ | MDAD | POJV | 00069 | | Security Doors 14 Plan EC225 | | CLO | 8/7/2006 | 9/1/2006 | 8/14/2006 | | No | No |
| | Re: Security Doors - 14<br><br>EC225 Plan shows door 260A, B, C, D, as "J" check point doors, but they do not match with E808 description. Please explain door sequence of operation and door operations with pour (4) CR, one (1) RCM and one (1) OMRON Controller. | | | | | | | | | | The sequence of operation & door operation for the Check Point Doors (Type J) are being review & revised by MDAD. As soon as these revisions are completed modifications will be done to the drawings.<br><br>Answered by: Alina Regalado on 8/28/06 | | |
| Subcontactor # | | | MU | | | | | | | | | | |
| PBQ | MDAD | POJV | 00122 | | Duration of Project - 747B | | CLO | 9/20/2006 | 9/20/2006 | 9/27/2006 | | No | No |
| | Please confirm that revised project duration for the 747B Project is 36 months.<br>Original schedule was for 50 months (Add#3 Pre-Bid Schedule Draft 605N-2) | | | | | CORRECTED COPY | | Please correct answer below to read 9/22/06 vise 9/15 | | | The project duration will be approximately 36 months. Details of the project schedule are still being developed. The revised schedule will be included in an addendum, to be issued no later than 9/15/06. | | |
| Subcontractor | FISK | | | | | | | | | | | | |
| Subcontactor # | | | VP | | | | | | | | | | |
| PBQ | MDAD | POJV | 00019 | | Bid Date Extension | | CLO | 5/18/2006 | 6/9/2006 | 5/25/2006 | | No | No |
| | This is a formal request of POJV / MDAD to extend the bid date for this project. The request is based upon comparison to MIA-NTD project recently bid on May 12, 2006.<br>We believe an appropriate time frame of nine weeks be considered from the date documents are made available to bidders. | | | | | | | | | | As Per. Addendum No. 2, dated June2, 2006. | | |

Parsons-Ueebrecnt, J.V.

Request and Answer Log

A-B Infill SI     terior Finishes

Job No:     747B

Date: 10/18/2006

Project No: 03

Page:     18 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |
| Subcontractor | FISK | | | | | | | | | | | |

**Subcontactor #   002              AC**

| PBQ | MDAD | POJV | 00046 | | Fixture Type for Electric Room #15 | CLO | 7/12/2006 | 7/24/2006 | 7/19/2006 | | No | No |

Please provided fixture type for Electric Room # 150S7 & for ETD Recon Room # 157S7 on Sheet EL130?

Fixture type shall be "XX" for these rooms.

Answered by: Victor E. Carrasco

**Subcontactor #   003              AC**

| PBQ | MDAD | POJV | 00047 | | Fixture Type MM | CLO | 7/12/2006 | 7/24/2006 | 7/19/2006 | | No | No |

Please confirm if Fixture Type MM should be use for Secretarial Office #10V5 and Manager Office #111V5 on Sheet EL170

Fixture type shall be "DD" for these rooms, not "MM".

**Subcontactor #   008              AC**

| PBQ | MDAD | POJV | 00048 | | Fixture Type F1 & Fixture Type XX | CLO | 7/12/2006 | 7/24/2006 | 7/19/2006 | | No | No |

1. Sheet RC435 Shows Fixture type F1 @ Mechanical Penthouse & Fixture Type XX on Sheet EL 435 same location. Please specify which should be used?

2. Sheet RC435 Shows Fixture Type F2 for Stairway Lighting & Sheet EL435 shows Fixture Type XX. Please specify which should be used?

1. Fixture type shall be "XX" for Mechanical Penthouse.

2. Fixture type shall be "XX" for stairway lighting.

Answered by Victor E. Carrasco on 07/20/06

**Subcontactor #   007              AC**

| PBQ | MDAD | POJV | 00049 | | Manufacture & Cat. # | CLO | 7/13/2006 | 7/24/2006 | 7/20/2006 | | No | No |

1. Sheet RC405 & RC415 shows Emergency Battery Pack that are not shown on EL405 & EL415. Please provide Manufacture & Cat. #

2.Sheet RC405 shows Fixture Type F2 for stairway lighting & Sheet EL405 shows Fixture Type XX. Please specify which should be use? (Be aware that Fixture Type F2 is not designated on the Fixture Schedule.)

1. Emergency battery packs are not required at these locations.
2. Fixture type shall be "XX" for stairway lighting.

Answered by: Victor E. Carrasco on 07/20/06

**Subcontactor #   006              AC**

| PBQ | MDAD | POJV | 00050 | | Fixture Type/ MDAD Security Room #2 | CLO | 7/13/2006 | 7/26/2006 | 7/20/2006 | | No | No |

1. Please provided Fixture Type for MDAD Security Room #2 (Room #33677) on Sheet EL340?

Fixture type in this area should be type 'F1'. Fixture layout should match architectural reflected ceiling plan for this area.

Answered by: Leon Icaza 07/21/2006

Parsons-Obrecht, J.V.

Request and Answer Log

A-B Infill Sh    ...rior Finishes

Job No:     747B

Date: 10/18/2006

Project No: 03

Page:    19 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |
| Subcontractor | FISK | | | | | | | | | | | |

**Subcontactor #   005                AC**

| PBQ | MDAD | POJV | 00051 | | Clarification of Fixture Type EL335 | CLO | 7/13/2006 | 7/26/2006 | 7/20/2006 | | No | No |

#05
1. Electrical Drawing Sheet EL335 show Fixture Type F on the Drawing but Fixture Type F is not designated on the Fixture Schedule.  Please specify if Fixture Type F should be a Type F1 or a Type 1?

Provide fixture type 'L' (new fixture type) for the cove area in lue of type 'F' as currently shown. The fixture type 'L' specification is from COLOMBIA LIGHTING: COV4-232-EB8277-GLR with OSRAM (BALLAST): QT4X32T8/277-ISN-SC. This fixture change should include all the cove lighting currently labeled as type 'F' in the middle of Sterile APM Circulation 381R6. This includes areas shown on sheets EL315, EL325, EL335. This revision will be reflected on the lighting fixture schedule as well as on the lighting plans on the next drawing addendum.

Answered by: Leon Icaza
on 07/21/2006

**Subcontactor #   004                AC**

| PBQ | MDAD | POJV | 00052 | | Clarif. w/ Fixture Type MM-EL175 | CLO | 7/14/2006 | 7/26/2006 | 7/21/2006 | | No | No |

004
1. Please confirm if Fixture Type MM should be use for MDAD unassigned Room #140W4 on Sheet EL175?

Lighting fixture layout in room 140W4 on sheet EL175 should match architectural reflected ceiling plan (see sheet RC 175). This should reflect (3) type 'F1' fixtures. This revision will be reflected on the lighting fixture schedule as well as on the lighting plans on the next drawing addendum.

Answered by: Leon Icaza
on 7/21/2006

**Subcontactor #   009                AC**

| PBQ | MDAD | POJV | 00053 | | Clarif w/ Fixture Type F1 & Sheet 4 | CLO | 7/14/2006 | 7/24/2006 | 7/21/2006 | | No | No |

#009
1. Sheet RC450 shows Fixture Type F1 & Sheet EL450 shows Fixture Type XX.  Please specify which fixture should be used?

Fixture type shall be " XX"

Answered by : Victor E. Carrasco
07/20/2006

**Subcontactor #   010                AC**

| PBQ | MDAD | POJV | 00054 | | Clarif. Electrical. Dwgs. EL550 | CLO | 7/14/2006 | 7/26/2006 | 7/21/2006 | | No | No |

# 010
1. Electrical Drawing Sheet EL550 shows Fixtures Type A & BB.  Please specify which Fixture Type should be used.

Fixture type 'A' shall be provided in the International and Domestic platform areas.

Answered by: Leon Icaza
on 07/21/2006

Parsons-Brinckerhoff, J.V.

Request and Answer Log

A-B Infill St... ...rior Finishes

Job No: 747B

Date: 10/18/2006

Project No: 03

Page: 20 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |
| Subcontrator | FISK | | | | | | | | | | | |

Subcontactor # 011    AC

| PBQ | MDAD | POJV | 00055 | | Clarif.w/ Obstruction Light Fixture | CLO | 7/14/2006 | 8/31/2006 | 7/21/2006 | | No | No |

#011
1. Electrical Drawing Sheet EP605, 610, 615, 620, 625, 635, 645, & 655 shows Fixture Type 1N1 Obstruction Light Fixture schedule does not show Fixture Designation.
Please provide Manufacture & Cat.# for Fixture Type.

Provide the following fixture for type 'IN1': HUBBELL LIGHTING: BYMB-36002-AH2-7AP53R- 2-116A-21/TS(120V)

Answered by Leon Icaza on 8/29/06

Subcontactor # 013    AC

| PBQ | MDAD | POJV | 00056 | | P.A. System - Class A | CLO | 7/28/2006 | 8/11/2006 | 8/4/2006 | | No | No |

Section 16776 Public Address System (213H 3-pg#7); indicate that Speaker Circuiting should be in compliance with class "B". On the prior Project that was bid it was stated that the P.A. System should be a Class "A" System for the entire MIA. Please Advise.

The speaker's wiring shall be class "A". Drawings will be modified reflecting class "A" wiring upon approval of MDAD.

Answered on 8/7/06 By: Alina Regalado

Subcontactor # 014    AC

| PBQ | MDAD | POJV | 00057 | | Need Fixture Type - Room 334T7 | CLO | 8/1/2006 | 9/1/2006 | 8/8/2006 | | No | No |

Please provide Fixture Type for Unassigned Room #334T7 on sheet EL340?

Fixture type 'F1' should be installed in Unassigned room #334T7.

Answered by: Leon Icaza on 8/29/06

Subcontactor # 015    AC

| PBQ | MDAD | POJV | 00058 | | Clarification on Fixture Type "MM" | CLO | 8/1/2006 | 9/7/2006 | 8/8/2006 | | No | No |

In Sheet EL130, Logistics Storage Room #139S7, Invision Room #138S7, Breakroom #168S7 & Storage Room #140S7 indicate Fixture Type "MM". Sheet RC130 same room location show different type Fixtures. Please advise.

Fixture types in these areas should be type 'XX' as shown on sheet RC130.

Answered by: Leon Icaza on 8/29/06

Subcontactor # 016    AC

| PBQ | MDAD | POJV | 00059 | | Specification Section 16110 1.5 | CLO | 8/1/2006 | 9/15/2006 | 8/8/2006 | | No | No |

Specification Section 16110 1.5 (C.) Interior Minimum size: Does these mean that branching from the first outlet device on could be with 1/2" conduit?

½" Conduit may be used between devices per MIA DGM Section 16111. Homeruns shall be minimum ¾" conduit as indicated in the Specifications Section 16110.

Answered by Victor E. Carrasco on 09/14/06

Subcontactor # 017    AC

| PBQ | MDAD | POJV | 00060 | | Specification Section 016010 2.1 | CLO | 8/1/2006 | 9/22/2006 | 8/8/2006 | | No | No |

Specification Section 16010 2.1 (A.) Specified Method: Base on the these Section is Square D. the only Manufacture that can be used for pricing Spec Section's 16430, 16460, 16470, 16476 & 16477 or are multiple Manufacture allowed to bid the job?

Contractor to use the manufacturers that are listed in the specifications.

Answered by: Jorge Reyes on 09/21/06

Parsons-Ьuebrecht, J.V.

Request and Answer Log

A-B Infill Sh   ...erior Finishes

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:    21 of 39

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|----|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |

**Subcontractor    FISK**

**Subcontactor #    018         AC**

| PBQ | MDAD | POJV | 00061 | | Various Drawing | | CLO | 8/1/2006 | 8/11/2006 | 8/8/2006 | | No | No |

The following drawings are not in out set.  These are drawing that are labeled on the index as "100% issued for construction".

T9144
T9162
T9169
T9307
TS8201A
TS8202A
TS8208

Please advise if these drawing are part of bid documents.  If so please provided.

*Answer:* As per E-mail dated 8/8/2006, from Phillip Johnson at Ross and Baruzzini, the following answer is given:

Of the 7 PDS drawings liste, only one, TS8208, was not issued with the package and will be issued as Addenda 4.
The remaining drawings were not issued and will be removed from the GN0003 Index Page.
We will issue Addenda 4 on August 10, 2006 and have it at the printers on Friday.

**Subcontactor #    019         AC**

| PBQ | MDAD | POJV | 00062 | | Specification 1610-02.10 (D) | | CLO | 8/9/2006 | 8/9/2006 | 8/9/2006 | | No | No |

Base on Specification Sections 1610-2.10 (D): Is the cost for the permit allowed to be reimburse to the contractor.

*POJV Comment:* Per Lynn Beasley

Per specification section 1610-2.10 (D)

*Answer:* D: Payment: Pa As per e-mail from Ada Batule at MDAD, dated August 09, 2006 the following answer is provided:
Fernando Gavarrete has clarified that the Permit Fee for MDAD projects are not charged to the contractor.

**Subcontactor #    012         VP**

| PBQ | MDAD | POJV | 00063 | | Ref: Drawings E709 and E901 | | CLO | 8/3/2006 | 8/15/2006 | 8/10/2006 | | No | No |

1. Ref: Drawings E709 and E901
New panel schedule 2F.1U5BHS is an 800 amp panel with a main breaker. This panel shows subfeeders to two other panels.  The two panels 2.1U5BHS ( should be 2.1U5BHS1) and 2.1T6BHS1 are each 1000 amp rated with a main breaker.  Please advise!

2. Ref: Drawomg E901
New panel 2F.1U5BHS is shown to be fed from the FP&L Power Vault. What size bus duct is this to be? Please advise!

3. Ref: Drawing E901
Should panel 2.1U5BHS be designated 2.1U5BSH1? Please advise!

*Answer:* 1 Baggage panel '2F.1U5BHS' shall be designated as '2F.U5BHS' and shall be 480V, 3-phase, 2000A. This information will be reflected on the next addendum.

2 New baggage panel '2F.U5BHS' will be fed from FPL vault via 5 sets of (4)600KCMIL, (1)250KCMIL gnd, each in 4" conduit. This information will be reflected on the next addendum.

3 Baggage Panel '2.1U5BHS' shall be designated as '2.1U5BHS1'. This information will be reflected on the next addendum.

Answered by: Victor C. Carrasco on 08/14/06

**Subcontactor #             VP**

| PBQ | MDAD | POJV | 00157 | | Bid Documents | | CLO | 10/6/2006 | 10/16/2006 | 10/13/2006 | | No | No |

Ref: Bid Documents
The contract specifications call for a bid bond being backed by an "A" rated bonding company. Fisk Electric can provide an "A" rated bond.  Is this acceptable? It should be noted that we have been told that the same underwriter used by POJV will be providing our bond.

*Answer:* An "A-" Rated Bond is acceptable.

Parsons-Brecht, J.V.

**Request and Answer Log**

A-B Infill Sh...rior Finishes

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:   22 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | | Request / Question | | POJV Comment | | | | | Answer | | |

**Subcontrator    HONEYWE**

Subcontactor #    01    HP

| PBQ | MDAD | POJV | 00070 | | Control Air Source/HPA Piping Sys. | CLO | 8/11/2006 | 9/19/2006 | 8/18/2006 | | No | No |

Is a new control air compressor / receiver / drier  and control air piping network required for this
Phase of the Miami Airport Renovation and expansion ? Compressor & High Pressure Air (HPA) Piping not shown on plans, (Mech or Elec.).
If a new control air compressor  system is required please advise on its' location. Also, the routing and interconnection (to existing) requirements for the new HPA  (80 to 100PSIG) dual-redundant service mains.

**Answer:** A control air compressor is required for this project. See drawing M903 for the equipment specification. The compressor is to be located in the Mechanical Support Room #475R6 on the fourth level. The control air is to connect to the existing control air system for the facility with (2) 1-5/8" pipes.

Answered by: Jorge Reyes
on 9/14/06

Subcontactor #    HP

| PBQ | MDAD | POJV | 00125 | | Bid Extension 747B- Honeywell | CLO | 9/22/2006 | 9/22/2006 | 9/29/2006 | | No | No |

We are in the process of estimating project MIA-747B BMS and Fire Alarm package,  our subcontractors are asking for more time put together a package to us.
Honeywell also need additional time to complete our process of  estimating and selecting the best and most cost effective subcontractor.

We are asking for a 3 week extension to complete our work.

**Answer:** A one week Bid Opening Extension has been granted for the following 747B Bid Packages #11D, #12 and #14.  New revised Bid Opening Date for 747B Bid Packages #11D, #12 and #14 is October 6, 2006 at 2:00 P. M. This extension will also be confirmed in Addenda # 7".

All other 747B Bid Packages are still required on the Bid Opening Date of September 29, 2006 at 2:00 P. M.

**Subcontrator    KIRLIN**

Subcontactor #    017    JR

| PBQ | MDAD | POJV | 00086 | | Plan No. P405 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P405:
JJK - 017

Are the Roof Drains and Overflow Drains new or existing.

Subcontactor #    018    JR

| PBQ | MDAD | POJV | 00087 | | Plan No. P060 & P205 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P060 & P205

Is there any new Plumbing Work required on these drawings.

Subcontactor #    019    JR

| PBQ | MDAD | POJV | 00088 | | Plan No. P350, P450 & P550 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P350, P450 & P550

Col. Line 110P. Where do the two 6" RWL and two 6" Risers Tie-In the Storm Drain System?

Parsons-Ciebrecht, J.V.

**Request and Answer Log**

A-B Infill Sh    ...rior Finishes

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:    23 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |
| Subcontractor | KIRLIN | | | | | | | | | | | |

**Subcontactor #** 020     JR

| PBQ | MDAD | POJV | 00089 | | Plan No. P365 & P370 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P365 & P370

Is any Plumbing Work required on the referenced drawings.

**Subcontactor #** 021     JR

| PBQ | MDAD | POJV | 00090 | | Plan No. P650 & P550 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P650 & P550

P650 call for all Drains to be 6". Plan P550 Calls for all piping to these drains to be 4"?

**Subcontactor #** 022     JR

| PBQ | MDAD | POJV | 00091 | | Plan No.M135, M140, M150 M315, M550 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No.M135, M140, M150 M315, M550
The following VAV's are not shown on the Schedule.

M135 - VAV-1-1-1, VAV-1-1-2
John J. Kirlin, Inc.
M140 - VAV-6A-1-1, VAV-6A-1-2, VAV-6A-1-3, VAV-6A-1-4, VAV-6A-1-5
M150 - VAV-3A-1-1
M315 - VAV-2-3-32
M550 - VAV-4A-5-10, VAV-4A-5-11, VAV-4A-5-12

**Subcontactor #** 023     JR

| PBQ | MDAD | POJV | 00092 | | Plan No. M270, M290, M310 & M320 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. M270, M290, M310 & M320

The following VAV's are not shown on the Drawings without Tag Numbers.
M270:
200 CFM VAV Serving RM - SCS 225V5
250 CFM VAV Serving RM - Tele. Room 226V5
500 CFM VAV Serving RM - Mini OPS 280W5
M290:
185 CFM VAV Serving RM - SCS 202X5
M310:
(4) 1875 CFM VAV Serving RM - TSA Future Adm 320R7
M320:
(4) 1875 CFM VAV Serving RM - TSA Future Adm 320R7

Revise Schedule?

**Subcontactor #** 024     JR

| PBQ | MDAD | POJV | 00093 | | Plan No. VAV-2-3-3, VAV-4A-4-2 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. VAV-2-3-3, VAV-4A-4-2

The following VAV's are shown on the Schedule but not on the Drawings:
VAV-2-3-3
VAV-4A-4-2

Parsons-Diebrecht, J.V.

Request and Answer Log

A-B Infill Sh ...rior Finishes

Job No: 747B

Date: 10/18/2006

Project No: 03

Page: 24 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |

Subcontrator    KIRLIN

| Subcontactor # | 025 | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00094 | | Plan No. DM440 & M440 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. DM440 & M440

M440 shows Fan BEF-CB-1 as existing. Is this correct as Fan BEF-CB-1 is not shown DM440.

| Subcontactor # | 026 | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00095 | | Plan No. M310 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. M310

M310 shows Exhaust Duct going up to Roof Fan SEF-CB-11. However, there is no Roof Plan showing the location of this Fan? Provide Fan Location.

| Subcontactor # | 027 | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00096 | | Plan No. GRV-CB-3 & GRV-CB-4 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. GRV-CB-3 & GRV-CB-4

Roof Mounted Gravity Ventilators GRV-CB-3 & GRV-CB-4 are not shown on the Drawings.
GRV Location and any associated duct for these Fan's?

| Subcontactor # | 028 | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00097 | | Round Diffusers "P" | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No.

Round Diffusers Marked as "P" are not shown on the Schedule.

| Subcontactor # | 01 | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00098 | | Plan No. P040 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P040

Is the Fuel Oil Piping, Day Tank and U/G Monitoring Wells new or existing.

| Subcontactor # | 002 | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00099 | | Plan No. P045 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P045

Where does the existing U/G Storm Drain and Condensate Drain Under Contract 732B end at. Is Condensate Symbol #23 New or Existing

| Subcontactor # | 003 | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00100 | | Plan No. P000 and P050 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P000 and P050:

Is the U/G Fuel Oil Tank 8000 Gal. Per Plumbing Key Note #2 or 12,000 Gal. Per Section 13, 200.

Parsons-Gilbrecht, J.V.

Request and Answer Log

A-B Infill Si...erior Finishes

Job No:     747B

Date: 10/18/2006

Project No: 03

Page:    25 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | | POJV Comment | | | Answer | | |

Subcontractor     KIRLIN

| | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 004 | | JR | | | | | | | | | |
| PBQ | MDAD | POJV | 00101 | | Plan No. P050 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P050

Is the Temporary Fuel Double Containment Pipe & Fittings Under Existing Apron and Building Slab New or Existing. Note ??????

| | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 005 | | JR | | | | | | | | | |
| PBQ | MDAD | POJV | 00102 | | Plan No. P050- 005 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P050

Are the Monitoring Wells New or Existing.

| | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 006 | | JR | | | | | | | | | |
| PBQ | MDAD | POJV | 00103 | | Plan No. P165 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P165

Please indicate where the 4" Vent Piping Ties-Into the existing Vent System.

| | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 007 | | JR | | | | | | | | | |
| PBQ | MDAD | POJV | 00104 | | Generator Day Tank | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P055- 007

Based on our review of the drawing issued for Bidding, POJV is unable to answer t

Is the Relocation of the Generator Day Tank in this Bid Package. If so where is the Day Tank being located from.

| | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 008 | | JR | | | | | | | | | |
| PBQ | MDAD | POJV | 00105 | | Plan No. P000-008 | CLO | 9/15/2006 | 9/25/2006 | 9/22/2006 | | No | No |

Plan No. P000-008

Plumbing Key Note #5. Are the Potable Water cabinets to be included in this Bid Package.

Per. conversation with MDAD 747B Project Team on September 22, 2006 all Potable Water Cabinets shall be furnished and installed by the Owner. No further action required at this time.

| | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 009 | | JR | | | | | | | | | |
| PBQ | MDAD | POJV | 00106 | | Generator Exhaust Pipe | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P135 & P140

Baase on our review of the drawing issued for Bidding, POJV is unable to answer t

Is the extension of the existing 16" Generator Exhaust pipe thru the roof part of this Bid Package.

| | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 010 | | JR | | | | | | | | | |
| PBQ | MDAD | POJV | 00107 | | Plan No. P050-010 | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P050

Temporary use of existing 40,000 Gal. U/G Fuel Oil Storage Tank. Confirm Tank Size of 40,000 Gal.

Parsons-C ~brecht, J.V.

**Request and Answer Log**

A-B Infill Sh    ~ior Finishes

Job No:    747B

Project No: 03

Date: 10/18/2006

Page:    26 of 39

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |

Subcontrator    KIRLIN

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 011 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00108 | | Plan No. P175 | | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P175

Please indicate what Plumbing work is required for this sheet.

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 012 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00109 | | Plan No. P185 -012 | | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P185

Column Line 135. Where does the 11/2" Domestic Water Terminate At.

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 013 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00110 | | Plan No. P185 -013 | | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P185

Between Col. Lines 132 & 133. How does the 11/2" Condensate Terminate.

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 014 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00111 | | Plan No. P185- 014 | | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P185

Between Col. Lines 135 & 136 @ J Line are the Emergency Shower and Water cabinet. New or Existing?

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 015 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00112 | | Plan No. P190 -015 | | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P190

Is there any Plumbing Work in the Shaded Area.Conflict BHS140?

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 016 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00113 | | Plan No. P190,P205,P210,P365,P370 | | NEW | 9/15/2006 | | 9/22/2006 | | No | No |

Plan No. P190,P205,P210,P365,P370

Is there any Plumbing Work associated with the Subject Drawings.

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 029 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00114 | | Plan No. M175, M180, M185 & M190 | | NEW | 9/18/2006 | | 9/25/2006 | | No | No |

Plan No. M175, M180, M185 & M190

The above Drawings show (5) Ventilation Louvers serving Fan's VSF-CA-5,
VSF-CA-4, VSF-CA-3, VSF-CA-6 and VSF-CA-1 to
be installed in a area where there is No Wall. The Architectural Drawings
also do not show the Louvers or any detail of where to
install the Louvers. Clarify if the Mechanical Drawings are correct.

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |

**Subcontrator    KIRLIN**

| | | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 030 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00115 | | Plan No. 180 | | NEW | 9/18/2006 | | 9/25/2006 | | No | No |

Plan No. 180-030

M180 shows Louvers serving Fans VSF-CA-4 & VSF-CA-3 with a 40 Sq. Ft.
Free Area. Confirm that this is correct for 9675 CFM @
500 FPM as indicated.

| | | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 031 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00116 | | Plan No. DM180 | | NEW | 9/18/2006 | | 9/25/2006 | | No | No |

Plan No. DM180-031

DM180 shows what appears to be a Outside Air Louver serving Existing
AHU-2A. Is this correct or does this louver needs to be demolished. Who is
responsible for patching the opening if required.

| | | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 032 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00117 | | Plan No. M185-032 | | NEW | 9/18/2006 | | 9/25/2006 | | No | No |

Plan No. M185- 032

M185 shows new R/A Duct (30"x16"), but it is not clear where this duct
ends or where it oonects to the existing R/A Duct.

| | | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 033 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00118 | | Plan No. DM335- 033 | | NEW | 9/18/2006 | | 9/25/2006 | | No | No |

Plan No. DM335- 033

DM335 shows demolition of Duct up to Fan EF-3 on the roof. Is EF-3 to be
demolished as well.

| | | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 034 | | JR | | | | | | | | | | |
| PBQ | MDAD | POJV | 00119 | | Plan No. DM445 & M445 | | NEW | 9/18/2006 | | 9/25/2006 | | No | No |

Plan No. DM445 & M445

DM445 & M445 show SEF-17-B to be relocated. There is no existing
ductwork shown on the Floor Below (M345) for this Fan.  Is there ductwork
that needs to be demolished or relocated on DM445 or M445.

**Subcontractor    MCM**

| | | | | | | | | | | | | | |
|------|----|----|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | 001 | | AP | | | | | | | | | | |
| PBQ | MDAD | POJV | 00022 | | Bid Extension (MCM Corp.) | | CLO | 5/26/2006 | 6/9/2006 | 6/2/2006 | | No | No |

Given the extent of the project; the volume of the bid drawings to be
distributed, and all other difficulties inherent ONLY to MIA projects, it is
unrealistic for the bids to be completed by June 6th, 2006. We are
respectfully requesting that the bid opening date and all other dates
dependent on the bid date, be extended by a minimum of five  weeks.

As Per. Addendum No. 2, dated June2, 2006.

Parsons-C...brecht, J.V.

Request and Answer Log

A-B Infill Sh... ...ior Finishes

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:    28 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | | | | Request / Question | | | | | Answer | | |
| | | | | | POJV Comment | | | | | | | |

**Subcontrator    MCM**

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor #  002 | | AP | | | | | | | | | | |
| PBQ | MDAD | POJV | 00025 | | Drawings Missing Information | CLO | 5/31/2006 | 8/25/2006 | 6/7/2006 | | No | No |

Dimensions and details cannot be read from the drawings.  Please refer to DS and Structural Drawings.  Some drawings for example are: DS-140, DS-145,  DS-150, S-125, S-235.  It looks like the transfer from CADD to plot was not successful so that vital structural members and dimensions have not been printed.

Please provide new drawings showing complete members and dimensions.

The drawings have been revised to allow for a more clear plotting of the sheets and have been submitted in addendum #4 dated 7/14/06.

Answered by: Jorge Reyes on 8/24/06

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor #  003 | | AP | | | | | | | | | | |
| PBQ | MDAD | POJV | 00126 | | Bid Extension - MCM Corp | CLO | 9/25/2006 | 9/25/2006 | 10/2/2006 | | No | No |

Given the extent of the project, the difficulties of coordinating multiple subcontractors split into different bid packages; the volume of the bid drawings to be distributed; and the lack of electronic files to expedite the plans distribution to subs; and all other difficulties inherent ONLY to MIA projects, it has absolutely unrealistic for the bids to be completed by the published bid due date.  We are respectfully requesting that the bid due date and all other dates dependent on the bid due date, be extended by a one week.

Addendum #7 confirms the Bid Opening Date of September 29, 2006 at 2:00 P.M. for 747B Bid Packages #10, #11A-1, #11A-2, #11C #11E and #13.
Addendum #7 confirms a New Bid Opening Date of October 6, 2006 at 2:00 P.M. for 747B Bid Packages  #11D, #12 and #14.

No other Bid Opening Date changes are expected for the 747B Bid Packages.

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor #  006 | | AP | | | | | | | | | | |
| PBQ | MDAD | POJV | 00149 | | 07820-Metal Framed Skylights | CLO | 10/4/2006 | 10/5/2006 | 10/11/2006 | | No | No |

T.C. PBQ 006

Unless instructed otherwise, we are estimating that the only work included in the Bid Pack #10 Sope of Work for the following specification Sections: 07820-Metal Framed Skylights
is strictly the work required for structural steel supports as shown in Structural Drawings) but nothing else within that Section is included in this Bid Pack #i0 and that the skylites themselves are provided and installed by others.

00149
A complete and fully functioning Skylight System shall be provided by the Bid Package #10 Shell Trade Contractor, per the drawings and specifications.

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor #  007 | | AP | | | | | | | | | | |
| PBQ | MDAD | POJV | 00150 | | 09900- Painting | CLO | 10/4/2006 | 10/5/2006 | 10/11/2006 | | No | No |

T.C. PBQ #007

Unless instructed otherwise, we are estimating that the only work included in the Bid Pack #10 Scope of Work for the following specification Sections: 09900- Painting
is strictlythe work required for minor touch up of primer as required, but nothing else within that Section is included in this BidPack #10, so that au finish painting will be done by others.

00150
All Finish Paint shall be furnish and installed by Bid Package #11D Wall and Ceiling Trade Contractor

Parsons-C _orecnt, J.V.

Request and Answer Log

A-B Infill Sh_ _rior Finishes

Job No: 747B

Project No: 03

Date: 10/18/2006

Page: 29 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |

**Subcontractor    MCM**

| Subcontactor # | 008 | | AP | | | | | | | | | |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| PBQ | MDAD | POJV | 00153 | | Geotechnical Report | NEW | 10/5/2006 | | 10/12/2006 | | No | No |

Volume 3 of the Project Manual contains a Pre-Construction Environmental Asses:

Geotechnical Report:
1- Section 02011 indicates that subsurface report and boring location plans was included therein, but it was not included.
2- Structural plans (Drawing SOIO) refers to a report from Wingerter, report #M-2281 5-1. That was not provided either.
Please provide the required Geotech reports as Outlined above.

| Subcontactor # | 009 | | AP | | | | | | | | | |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| PBQ | MDAD | POJV | 00154 | | Clarify Head Bumpers Foundation | CLO | 10/5/2006 | 10/16/2006 | 10/12/2006 | | No | No |

We understand unless instructed otherwise, that the quantity of Head Bumpers foundation detailed in S810 is 13 (thirteen), as shown in Drawings SG900 and SG900A.

Bidders are responsible for quantity take-offs as necessary to prepare their bids.

| Subcontactor # | 004 | | AP | | | | | | | | | |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| PBQ | MDAD | POJV | 00155 | | Demolition of exiting Terminal Blgd | CLO | 10/6/2006 | 10/16/2006 | 10/13/2006 | | No | No |

PBQ- 004

We are estimating , unless directed otherwise, that all of the demolition required of the existing terminal building, to make the perimeter of that existing terminal building at all levels match what is shown in 747B plans, will be performed within the scope of other projects, and not included in the scope of 747B.

All demolition required on the existing terminal building perimeter to match proposed construction is included in the Scope of Work for Bid Package #10, Shell. Some selective demolition of mechanical, electrical, etc. will be performed by the respective Trade Contractors.

| Subcontactor # | 005 | | AP | | | | | | | | | |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| PBQ | MDAD | POJV | 00156 | | Specification Sections | CLO | 10/6/2006 | 10/16/2006 | 10/13/2006 | | No | No |

PBQ 005

Unless instructed otherwise, we are estimating that the only work included in the Bid Pack #10 Scope of Work for the following Specification Sections;
03451- Architectural Precast Concrete
07415- Manufactured Metal Wall Panels
7416-Exterior Impact Wall Systems
8900- Exterior Curtain Wall & Glazing Systems
Is strictly the work required for coordination and placing embedded supports supplied by others, but noting else within those scopes of works are included in this Bid Pack #10 , and that those items are Pre purchased by the Owner.

Refer to Attachment A. Scope and description of work for Bid Package #10, Shell and Project specifications.

**Subcontrator    MERKURY**

| Subcontactor # | | | WG | | | | | | | | | |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| PBQ | MDAD | POJV | 00024 | | Bid Extension (Merkury) | CLO | 5/30/2006 | 6/9/2006 | 6/6/2006 | | No | No |

This office hereby respectfully requests an extension on the bid date for project # 747B Bid Package # 11 Finishes. We are bidding the DBE portion of this project, since we haven't received addendum #1 and anticipate having bid documents in this office tomorrow morning, we will need 4 weeks to prepare an accurate bid. If you should have any questions please do not hesitate to call.

As Per. Addendum No. 2, dated June2, 2006.

Parsons-Ouebrecht, J.V.

Request and Answer Log

A-B Infill Sh ...erior Finishes

Job No: 747B

Date: 10/18/2006

Project No: 03

Page: 30 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|------|----|----|----|----|----|----|----|----|----|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |

**Subcontractor   MERKURY**

| | | | | | | | | | | | | |
|------|----|----|------|----|----|----|----|----|----|----|----|----|
| Subcontactor # | | WG | | | | | | | | | | |
| PBQ | MDAD | POJV | 00081 | | Bid Extension Date- Merkury | CLO | 9/11/2006 | 9/12/2006 | 9/18/2006 | | No | No |

This office hereby respectfully requests an extension on the bid date for project # 747B Bid Package # 11 Finishes. We are bidding the DBE portion of this project, since we haven't received addendum #1 and anticipate having bid documens in this office tomorrow morning, we will need 4 weeks to prepare an accurate bid. If you should have any questions please do not hesitate to call.

*At this time the 747B Bid Opening Date is September 29, 2006, for all 747B Bid Packages.
No future extensions should be expected. *
Answered by Ada Batule - (MDAD)

**Subcontractor   NAGEMEC**

| | | | | | | | | | | | | |
|------|----|----|------|----|----|----|----|----|----|----|----|----|
| Subcontactor # | 01 | JM | | | | | | | | | | |
| PBQ | MDAD | POJV | 00073 | | Bid Extension Date for 747B | CLO | 8/25/2006 | 9/8/2006 | 9/1/2006 | | No | No |

NMI- P -0001

Our firm would like to request an extension to the bid due date for project 747B.
We feel the additional time is required to properly review & evaluate our scope of work and prepare a responsible bid.

"As Per. Addendum No. 6, dated September 1, 2006, the revised Bid Date for 747B Bids is September 29, 2006, 2:00 PM local time.
No further action required."

| | | | | | | | | | | | | |
|------|----|----|------|----|----|----|----|----|----|----|----|----|
| Subcontactor # | 02 | JM | | | | | | | | | | |
| PBQ | MDAD | POJV | 00074 | | Structural " Demo" Drawings | CLO | 8/25/2006 | 9/19/2006 | 9/1/2006 | | No | No |

NMI-P-0002

The Structural "Demo" Drawings seem to indicate the slab - on Grade is to be removed by the shell contractor.  Is this correct?

The sub-division of work required by the Contract Documents is to be determined by POJV.

Answered by LEO A DALY/ J Beattie
on 9/18/06

| | | | | | | | | | | | | |
|------|----|----|------|----|----|----|----|----|----|----|----|----|
| Subcontactor # | 03 | JM | | | | | | | | | | |
| PBQ | MDAD | POJV | 00075 | | Domestic Booster Pump DP-130 | CLO | 8/25/2006 | 9/19/2006 | 9/1/2006 | | No | No |

NMI-P-0003

On sheet DP-130 There is shown a Domestic Booster Pump System, with no demo Indicated.
On sheet P-130 there is a Domestic Booster Pump System, in a location different than shown on DP-130.
Are these new pumps or relocated existing pumps?

The booster pump indicated in drawing DP130 is to be removed and handed over to the
airport. A new pump is required as indicated and specified in drawing P130.

Answered by: Jorge Reyes
on 09/14/06

| | | | | | | | | | | | | |
|------|----|----|------|----|----|----|----|----|----|----|----|----|
| Subcontactor # | 04 | JM | | | | | | | | | | |
| PBQ | MDAD | POJV | 00076 | | Removal of a Grease Int.  DP- 120 | CLO | 8/28/2006 | 9/19/2006 | 9/4/2006 | | No | No |

NMI - P - 0004
On Sheet DP-120 there is a note to remove a Grease Interceptor.  Is this a concrete structure similar to those indicated "by civil" on P-025?
Shouldn't civil remove existing Grease Int.?

Drawing DP120 does not have a note removing grease interceptors. This should be
coordinated with the civil plan to verify the scope of work.

Answered by: Jorge Reyes
on 09/14/06

Parsons-Goebrecht, J.V.

Job No: 747B

Project No: 03

Request and Answer Log

A-B Infill Sh... ...erior Finishes

Date: 10/18/2006

Page: 31 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | | | | | Answer | | |
| | | | | | POJV Comment | | | | | | | |

**Subcontractor    NAGEMEC**

**Subcontractor #  05          JM**

| PBQ | MDAD | POJV | 00077 | | Clarify Sheet P800 | CLO | 8/28/2006 | 9/15/2006 | 9/4/2006 | | No | No |

NMI- P- 0005
On Sheet P800 is a schedule which includes some drains. There is no
Spec for area drains such as shown on P015.
What drain is required?

The following is the specifications for the 6" area drains (6"AD)
shown on the ramp level.
ZURN # Z-520 with heavy duty square grate.

Answered by Jorge Reyes
on 09/14/06

**Subcontractor #  06          JM**

| PBQ | MDAD | POJV | 00078 | | Clarify Sheet P015 | NEW | 8/28/2006 | | 9/4/2006 | | No | No |

NMI- P- 0006
On Sheet P015 at column #89 & KK a note gives invert Elev 6.00' (Typ. all
drains).
On column line 93.6 & KK a note shows the area drain at Inv. = 7.0'.
What is correct?

**Subcontractor #  07          JM**

| PBQ | MDAD | POJV | 00079 | | Domestic Water main Sh-P315 | CLO | 8/28/2006 | 9/19/2006 | 9/4/2006 | | No | No |

NMI - P - 0007
On Sheet P315 there is a Domestic Water Main coming from Elevator
EL56R6 shown as 3".
The note at the bottom left of the sheet says connect new 2 1/2" to existing.
What is the correct size?

The new cold water line is to be a new 3" CW.

Answered by: Jorge Reyes
on 09/14/06

**Subcontractor #  08          JM**

| PBQ | MDAD | POJV | 00080 | | Conflicts W/ S-805 Trench Drain | CLO | 8/31/2006 | 9/19/2006 | 9/7/2006 | | No | No |

NMI-P-0008

The detail #23 on S-805 conflicts with the Spec on P800 for Trench Drains.
Which product is required? If the S-805 detail is required, a Spec is needed
if plumbing is to provide it.

The detail shown on the structural drawings is required. The
piping for the drain is to be
coordinated with the plumbing contractor for exact location.
The actual size and length of
the grating is to be coordinated with the plumbing contractor
and the structural framing of
the trench drain opening.

Answered by: Jorge Reyes
on 09/15/06

**Subcontractor #  01          JM**

| PBQ | MDAD | POJV | 00085 | | Demolition Contractor | CLO | 9/14/2006 | 9/14/2006 | 9/21/2006 | | No | No |

# 01
Please advise if there will be a Demolition Contractor.

Project 747B will not include a separate contract for
Demolition. Demolition related to the work in various Bid
Packages (Shell, Mechanical, Electrical, Etc.) is part of the
work for those packages, as described in the Scope and
Description of Work documents issued by addenda.

Answered by Russ Tripp
on 09/14/06

Parsons-O... brecht, J.V.

**Request and Answer Log**

A-B Infill St...   ...terior Finishes

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:    32 of 39

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |
| Subcontrator | NRWINDO\ | | | | | | | | | | | | |
| Subcontactor # | | | DT | | | | | | | | | | |
| PBQ | MDAD | POJV | 00148 | | Clarify Door #201 | | CLO | 10/3/2006 | 10/5/2006 | 10/10/2006 | | No | No |

Please respond to the following Prebid Question concerning Project 747B.

NR Windows Prebid Question #1: Please clarify door #201, which is in Vestibule 201X5 on sheet A290. There is a note on sheet DA290 near column C/132 which says "Remove and relocate existing door and glass partition". On the door schedule sheet A900C, there is a note at door 201 which says "Door to match existing Concourse A".

Is this a new door or an existing relocated door?

**00148**
The Vestibule 201X5 Door #201 is the existing, double-leaf door that remains as is in the scope of this project. The SCS Room 202X5 Door #202 is an existing, single-leaf door that is relocated as described by the note near column C/132 which says, "Remove and relocate existing door and glass partition". Please refer to the door schedule sheet A900C and the project specifications and drawings for further information.

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontrator | POJV | | | | | | | | | | | | |
| Subcontactor # | | | RA | | | | | | | | | | |
| PBQ | MDAD | POJV | 00001 | | 12" FP pipe outside of Building | | CLO | 4/18/2006 | 5/30/2006 | 4/25/2006 | | No | No |

Drawings FX115 and FX125 show a New 12" Fire Protection Loop running outside of the building (North of MM and between 92 to 96). Drawing A115 and section 1 in A734 show only two glycol pipes.
-Please provide a detail showing how the 12" fire protection pipe will be hung/attached to the structure without interfering with the glycol pipes.

The 12" Fire main shall be hung with an inverted L-shaped angle iron support, suspended from the wall. Coordination with the HVAC contractor and the glycol piping shall be required.

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | | RA | | | | | | | | | | |
| PBQ | MDAD | POJV | 00002 | | 12" FP pipe outside of Building | | CLO | 4/18/2006 | 5/30/2006 | 4/25/2006 | | No | No |

Drawings FX115 and FX125 show a New 12" Fire Protection Loop running outside of the building (North of MM and between 92 to 96).
-Please confirm that the 12" pipe will run outside of the building, which is unusual.

The 12" Fire main is to be run outside of the building in this location.

| | | | | | | | | | | | | | |
|------|-----|------|--------|-------|-------|---|--------|-------|-----------|----------|-------------|-------------|-----------------|
| Subcontactor # | | | RA | | | | | | | | | | |
| PBQ | MDAD | POJV | 00003 | | Sprinkler heads under conveyors | | CLO | 4/18/2006 | 5/30/2006 | 4/25/2006 | | No | No |

The ramp level FX drawings (FX100 to FX190) have a boxed in note which states "...that sprinklers shall be installed under conveyors also..." Please respond the following issue:
- Will there be a revision in the future showing the exact amount of heads and location or is the Trade Contractor to estimate and include in his bid an allowance.
Be advised there will be problems at time of inspection if the sprinklers are not shown.

The ground floor drawings (FX100-190) show an "elbow down" symbol for piping sprinkler heads to below the baggage handlers at and for all of the conveyors. A sufficient detail of the sprinkler piping to below the baggage conveyors is shown on the conveyor drawings.

Parsons-O___brecnt, J.V.

A-B Infill Sh    __rior Finishes

**Request and Answer Log**

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:    33 of 39

| Type | To | From | Number | Issue | Title | | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | | POJV Comment | | | | | Answer | | |

Subcontractor    POJV

Subcontactor #               RA

| PBQ | MDAD | POJV | 00004 | | Sprinkler heads under conveyors | | CLO | 4/17/2006 | 5/30/2006 | 4/25/2006 | | No | No |

The ramp level FX drawings (FX100 to FX190) have a boxed in note which states "...that sprinklers shall be installed under conveyors also..." Please review the following:
-Please provide a detail on how the sprinkler heads should be installed under the conveyors; e.g. minimum clearance from floor; heads that arm over underneath the conveyor or just straight down tight by the side of the conveyor; water shield, heat collector, head cage/protector; are there any partsof the conveyors where there should not be any pipe running down next to it.

The ground floor drawings (FX100-190) show an "elbow down" symbol for piping sprinkler heads to below the baggage handlers at and for all of the conveyors.

The intent is for the sprinkler piping to drop straight down in the locations shown by the "elbow down" symbol. It is not the intent to "elbow over" once below the conveyor. The conveyor engineer has reviewed the sprinkler drawings and is satisfied that all locations requiring sprinklers below the conveyor has been shown.

A sufficient detail of the sprinkler piping to below the baggage conveyors is shown on the conveyor drawings. The detail shows the sprinklers dropping straight down with cages required on all heads.

Subcontactor #               RA

| PBQ | MDAD | POJV | 00005 | | Additional sprinklers req. by AHJ | | CLO | 4/18/2006 | 5/30/2006 | 4/25/2006 | | No | No |

Drawing FX000 under Fire Protection Construction Note #2 states "...If the contractor finds that additional sprinklers are required to meet the requirements of governing authorities, he shall proceed with additional heads at no additional cost to the owner." We would like to clarify the following:
- Does this note imply that the sprinkler drawings are incomplete or not up to code and that the authority having jurisdiction will require additional heads to be installed which are not shown in the drawings. How should the quantity of additional sprinkler heads be estimated for the bid?

- Specify a quantity of sprinkler heads to be included in the bid, as scope complement

The bid documents are meant to show all sprinkler heads required on the project to include those that will be dropped to below the conveyors.

Subcontactor #    00006          OH

| PBQ | MDAD | POJV | 00006 | | Demo of sprinklers not shown | | CLO | 4/25/2006 | 6/30/2006 | 5/9/2006 | | No | No |

There are three sprinkler heads shown in DFX170 existing to remain in the mechanical room A1171 by grid lines 119 and D.
In FX170 these heads no longer exist, they are replaced by new sprinkler heads from other pipes.  Please verify if these sprinklers should be demolished.
Ref: CRC 776

The sprinkler heads shown in the mechanical room A1171 are to be demolished.

Subcontactor #    00007          OH

| PBQ | MDAD | POJV | 00007 | | Demo conflicts outside limit line | | CLO | 4/25/2006 | 6/30/2006 | 5/9/2006 | | No | No |

There are sprinkler heads and piping shown to be demolished on sheet DFX170, located outside the project limit line North of F line. However, the same heads and piping are shown on Sheet FX170 and RC170 to remain. Please clarify if they should be demolished or are to remain.
Ref: CRC 777

The sprinkler heads and piping shown in the "out of scope" area are existing to remain.
Drawing shall be revised and submitted as an addendum.

Parsons-Ccbrecnt, J.V.

Request and Answer Log

A-B Infill St ...erior Finishes

Job No:     747B

Project No:  03

Date: 10/18/2006

Page:    34 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |

**Subcontrator     POJV**

Subcontactor #   00008          OH

| PBQ | MDAD | POJV | 00008 | | Existing sidewall heads to be demo | CLO | 4/25/2006 | 6/30/2006 | 5/9/2006 | | No | No |

The sidewall heads shown as existing to remain between column lines 115 to 119 and B to C on sheet DFX 170, are not shown as existing in FX170. Please confirm if these heads are to be demolished or are to remain. Ref: CRC 775

*Answer:* The sprinkler heads and piping shown between column lines 115 and 119 are to be demolished.

Subcontactor #   00009          OH

| PBQ | MDAD | POJV | 00009 | | Demo conflicts w/ new construction | CLO | 4/25/2006 | 6/30/2006 | 5/9/2006 | | No | No |

The area between G to K and 111 to 113 in drawing DFX245 does not match what drawing FX245 calls for existing. Please provide a directive on how to proceed? Will the scope remain or will it be demolished? Ref: CRC 785

*Answer:* The existing piping and sprinkler heads are to remain in the area that is out of scope. The heads and piping affected are shown on the new drawing FX245. The drawings are to be modified and submitted as an addendum.

Subcontactor #   00010          OH

| PBQ | MDAD | POJV | 00010 | | Demo conflicts w/ new construction | CLO | 4/25/2006 | 7/24/2006 | 5/9/2006 | | No | No |

The area beteen 110D and 110Eon sheet DFX260 has a note requesting pipes to be disconnected, however the pipes are not cross hatched identifying them to be demolished.There is a valve and piping in stair C on sheet DFX260 that does not appear in FX260 with new heads. Please provide a directive on how to proceed, with the demolition of these pipes. Ref: CRC 787

*Answer:* The existing piping in question is not to be demolished. This area has been modified and submitted in Addendum #4 dated 7/14/06.

Answered by Jorge Reyes on 7/21/2006

Subcontactor #   00011          OH

| PBQ | MDAD | POJV | 00011 | | Demo conflicts w/ new construction | CLO | 4/25/2006 | 7/24/2006 | 5/9/2006 | | No | No |

The area between grid lines B' & D' and 110F to 110E on sheet DFX255 shows sprinkler heads that are existing to reamain. However drawing FX255 shows this area receiving new sprinkler pipes and heads.Please advise on how to proceed? Ref: CRC 786

*Answer:* The existing piping and sprinkler heads are existing to remain in areas where the ceiling is not removed. The drawings will be modified and submitted on the next addendum.

Answered by Jorge Reyes on 07/21/2006

Subcontactor #   00012          OH

| PBQ | MDAD | POJV | 00012 | | Demo conflicts w/ new construction | CLO | 4/25/2006 | 6/30/2006 | 5/9/2006 | | No | No |

Drawing DFX420 and DFX430 show new piping and existing heads on both sides of the project limit line, however they are not shown in the FX420. Please clarify if they are exisiting or new? Ref: CRC 796

*Answer:* The piping shown in the "out of scope" area is existing to remain the pipe sizes and notes shall be removed. The fire main feeding the existing fire hose cabinets (FHC) shall remain. The drawings shall be modified and submitted as an addendum.

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | | Request / Question | | POJV Comment | | | | | Answer | | |

Subcontrator    POJV

Subcontactor #                    OH

| PBQ | MDAD | POJV | 00013 | | Sprinkler and smoke zones overlap | CLO | 4/25/2006 | 7/24/2006 | 5/9/2006 | | No | No |

Some fire sprinkler zones do not match with the smoke zones. Eg. FX120 has a smoke zone division down the grid line 92, and the new fire sprinkler heads in that area are being connected to an existing 3" pipe just below J, this makes the sprinkler zone overlap with two smoke zones. Please verify if the sprinkler zones should be nested within the smoke zones or not.
Ref: CRC 797, 798.

The fire sprinkler zones are to be nested within the smoke zones. This is part of the life safety master plan.

Answered by Jorge Reyes on 7/19/2006

Subcontactor #                    OH

| PBQ | MDAD | POJV | 00014 | | Clarification of drainage location | CLO | 4/25/2006 | 7/28/2006 | 5/9/2006 | | No | No |

Drawing FX155 shows two new sprinkler systems, one by grid line 110G and B', the other by 110K and F', with no location for the drain pipe needed for the systems drainage.  Please provide a directive on how to proceed?
Ref: CRC 809

The valves identified require an inspector's test & drain valve with a drain pipe, this will need to be coordinated since it is an interior space. The drawings will be modified and submitted on the next addendum.

Answered by Jorge Reyes on 07/21/06

Subcontactor #                    OH

| PBQ | MDAD | POJV | 00015 | | 8" FP pipe shown as existing | CLO | 4/25/2006 | 7/28/2006 | 5/9/2006 | | No | No |

Drawings FX235, FX245, FX250 and FX255 show an 8" pipe as existing to remain along grid line JJ.7 from 110F to 113.6.  Please verify if this pipe should be new since it shown North of grid line F there is not part of the existing building.
Ref: CRC 814

The 8" main sprinkler pipe shown near column line JJ.7 is new piping. The drawings will be modified and submitted on the next addendum.

Answered by Jorge Reyes on 07/21/2006

Subcontactor #                    OH

| PBQ | MDAD | POJV | 00016 | | 6" standpipe at stair ST140R7 | CLO | 4/25/2006 | 8/4/2006 | 4/28/2006 | | No | No |

Drawing FX220 shows a new 6" standpipe in stairwell ST140R7 located by grid lines 94-95 and H-J
1- This standpipe starts on the 2nd floor but it does not seem to be fed from anywhere. Please review and provide the source of the standpipe.
2- On the 4th floor, sheet FX420, this standpipe is not shown, please provide location of the standpipe.
3- On the 5th floor, sheet FX520, thre is no roof manifold nor a FP-2 (fire department valve in stairwell) shown for this standpipe. Please advise on how to proceed.
Ref: CRC814

The standpipe shall be fed from the 12" fire main located at the ramp level. The drawings shall be modified and submitted on the next addendum.
2 The standpipe is shown and it is located at the same location of the other floors. See drawing FX420.
3 The standpipe continues up to the 5th floor within the stairwell. This standpipe shall feed a fire department valve and a roof manifold. The drawings shall be modified and submitted on the next addendum.

Parsons-Brinckerhoff, J.V.

Request and Answer Log

A-B Infill St  ...erior Finishes

Job No:     747B

Date: 10/18/2006

Project No: 03

Page:    36 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |
| Subcontractor | | POJV | | | | | | | | | | |

**Subcontactor #  00017          OH**

| PBQ | MDAD | POJV | 00017 | | Flows and tampers don't match w/ EF | CLO | 4/25/2006 | 7/28/2006 | 5/9/2006 | | No | No |

There are many EF drawings that do not match the amount of tamper and
flow switches with the FX drawings.
Please provide a directive on how to proceed?
Ref: CRC 821 to 841

Tamper and flow switches are required for all zone valves. The
electrical (EF) drawings
will be coordinated with the fire sprinkler drawings and
modifications shall be submitted on
the next addendum.

Answered by jorge Reyes
on 07/21/2006

**Subcontactor #  00018          OH**

| PBQ | MDAD | POJV | 00018 | | Discrepancy of sprinklers with RC | CLO | 4/25/2006 | 7/11/2006 | 5/9/2006 | | No | No |

The layout of the sprinkler heads in the reflective ceiling plan RC255 on the
round ceiling by grids 110E & D' do not match the layout shown in FX255.
Please provide a directive on how to proceed?
Ref: CRC 844

The question is unclear, as sprinkler heads at round soffit near
100E & D' show seven heads between match line and Room
238U6 on both RC and FX drawings.
In general, final location of sprinkler heads, as noted on
FX000, note 11, are illustrated on the RC drawings, however
final quantities shall be the responsibility of the Fire Protection
Engineer who will Sign and Seal the Shop drawings for Permit
as described in the FX000, "NOTES" and shall not exceed
MDAD standards of 10' O.C. unless otherwise illustrated at
6'0" O.C. in water curtain areas.  See also "Fire Protection
Construction Notes", on sheet FX000.

**Subcontactor #            FD**

| PBQ | MDAD | POJV | 00027 | | Pre-conditioned Air Piping (747A) | CLO | 6/2/2006 | 6/16/2006 | 6/9/2006 | Unknown | No | No |

Dwg. PC155 indicates work to be done on the Glycol Piping between Col
Grid 110E - 110F/ A'-B'. Some of this work appears to have been done as
part of the previous 747A Project.

Is this work actually included?

All work shown to be done on the Glycol Piping between Col.
Grid 100E-110F on dwg. PC155 shall be done under 747B
Contract.

**Subcontactor #            FD**

| PBQ | MDAD | POJV | 00028 | | Glycol Pipe Rack Support | CLO | 6/2/2006 | 6/16/2006 | 6/9/2006 | Unknown | No | No |

Detail G/702/155 shows the Glycol Pipe Rack apparently supported from
the underside of an existing steel beam.

Is additional attachment to the structural slab above the suspended stucco
ceiling required?

If so, is removal/replacement of the stucco ceiling required?

Yes additional attachments are required, please refer to Detail
shown on Dwg. PC-800 and PC-801 for support details. Also
please see notes #3 & #4 on Dwg. PC-155 for additional
structural slabs supports requirements.

Parsons-Oebrecht, J.V.

Request and Answer Log

A-B Infill Sh    ...erior Finishes

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:    37 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|----|----|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |
| Subcontractor | POJV | | | | | | | | | | | |

| Subcontactor # | 00029 | | FD | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|----|----|
| PBQ | MDAD | POJV | 00029 | | Project Limits @ RC155 | CLO | 6/2/2006 | 7/11/2006 | 6/9/2006 | Unknown | Yes | Unknown |

Dwg. RC155 shows a note: "Remove existing soffits as required for Demo & Installation of new F.P. System. Patch and repair to match existing (typical at all existing conditions)"
is shown in an area hatched as outside project scope.

Is this work a part of this Contract?

Yes it is included in the contract. The required work may span over the project limit lines typical for all trades and for all project limit lines. This area is indicated out of scope indicating that no new construction has been designed for this area, however tying into the existing areas will require construction coordination / patch and repair to insure a completed project. See also description of contract work described in PBQ 00032 response.
Where portions of existing soffits / ceilings have previously been removed, but portions of the soffits / ceilings were obviously left in place for completion at a later time, match existing means to repair or construct a matching soffit / ceiling to tie into the immediately adjacent areas.

| Subcontactor # | | | FD | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|----|----|
| PBQ | MDAD | POJV | 00030 | | Emergency Generator Relocation | NEW | 6/2/2006 | 7/17/2006 | 6/9/2006 | Yes - Work Impeded | Yes | Unknown |

Dwg. EP150: Emergency Generator Room 1139U6 is shown Out of Scope.
The existing generator that was to be relocated, and the accompanying support work was descoped in the 747A Project.

Is relocation and commissioning of the existing Emergency Generator to be included in the 747B Project?

Yes, the Emergency Generator relocation shall be part of this contract and shall be illustrated in a forthcoming Addendum.

Answered by: Leo A Daly / J Beattie
07/14/06

| Subcontactor # | 00031 | | FD | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|----|----|----|
| PBQ | MDAD | POJV | 00031 | | "Existing" 12" Fire Protection Loop | CLO | 6/2/2006 | 8/21/2006 | 6/9/2006 | Yes - Work Impeded | Yes | Unknown |

Dwg. DFX170: "Existing 12" Fire Protection Loop above floor to remain".

This 12" fire line does not exist as shown on plan.

Please advise.

The existing 12" fire protection loop shown on drawing DFX170 is not shown exactly as installed and some of the piping will need to be installed under this project. The drawing FX170 shows the 12" fire main as new to be installed. The next addendum shall show the revised existing conditions.

Parsons-C...orecht, J.V.

Request and Answer Log

A-B Infill Sh...  ...rior Finishes

Job No: 747B

Date: 10/18/2006

Project No: 03

Page: 38 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |
| Subcontrator | POJV | | | | | | | | | | | |

**Subcontactor #  00032      FD**

| PBQ | MDAD | POJV | 00032 | | Ceiling System Work/Fire Protection | CLO | 6/2/2006 | 7/11/2006 | 6/9/2006 | Unknown | Yes | Unknown |

Dwg. RC155: Note to "Remove existing soffits as required for Demo & Installation of new F.P. System. Patch and repair to match existing (typical at all existing conditions)".

Where portions of "existing ceiling" have been previously removed, does "match existing" mean no ceiling is required?

The note "typical at all existing conditions" indicates that where soffits / ceilings exist, they should be repaired to match the existing soffits / ceilings. In particular, areas indicated in PBQ 00032 indicate the FPL Vault Access drive, which has an existing soffit, will need to be replaced / patched to match the existing soffit construction. In similar areas, in and around Concourse "A", transverse tug drives, and the exterior covered walkway at the entire perimeter of the concourse have existing soffits / ceilings, and will also require patching / repair to complete this requirement.
In areas which have no existing ceiling, neither demolition of the non-existent soffit / ceiling would be required to hang the new piping, as well as the replacement of said non-existent soffit / ceilings, would not be required. These areas, which are open to existing structure above, constitutes the majority of the existing concourse "A" area and will not require new ceilings, except as noted otherwise on the drawings.
Where portions of existing soffits / ceilings have previously been removed, but portions of the soffits / ceilings were obviously left in place for completion at a later time, match existing means to repair or construct a matching soffit / ceiling to tie into the immediately adjacent areas.

**Subcontactor #  00033      CP**

| PBQ | MDAD | POJV | 00033 | | Test & Balance Work | CLO | 6/20/2006 | 8/3/2006 | 6/27/2006 | | No | No |

Specification section 15990, 1.2-A, states that the owner will select and pay for the service of a test and balance agency for system and equipment performance verification.

Please confirm if the owner will procure this scope of work as outlined above, or POJV is to include it in the scope of work of the Mechanical Package that is out to bid.

MDAD will select and pay for the Test and Balance as clarified by Fernando Gavarrete/NTD Manager.

**Subcontactor #  43      RW**

| PBQ | MDAD | POJV | 00043 | | Specification for Signage/Graphics | CLO | 7/11/2006 | 8/4/2006 | 7/18/2006 | | No | No |

The North Terminal Development Project Manual for A-B Infill Shell & Interiors, Project B 747B, does not have any specification for signage or graphics. Drawing SG900 makes reference to "MDAD" Graphic Standard" Is there such a reference? Please provide an electronic and hard copy of this reference no later than Friday 14 July 2006.

As per E-mail from Ada Batule, MDAD, dated July 21, 2006, the following answer is provided:

"The contractor will be responsible to provide construction and temporary signs. MDAD will provide and install the room Identification signs and Way finding signs. The contractor does not need "MDAD Graphic Standard" or specification for graphic. Drawings SG900 will be revised as part of a future addendum."

Parsons-Gilbrecht, J.V.

Request and Answer Log

A-B Infill Sh     rior Finishes

Job No:    747B

Date: 10/18/2006

Project No: 03

Page:    39 of 39

| Type | To | From | Number | Issue | Title | Status | Dated | Responded | Required | Work Impact | Cost Impact | Schedule Impact |
|------|-----|------|--------|-------|-------|--------|-------|-----------|----------|-------------|-------------|-----------------|
| | | Request / Question | | | POJV Comment | | | | | Answer | | |

Subcontrator    POJV

Subcontactor #    00044    RW

| PBQ | MDAD | POJV | 00044 | | Drawing SG205 Volume III | CLO | 7/12/2006 | 8/4/2006 | 7/19/2006 | | No | No |

Drawing SG205, Volume III architecture for B747B project makes reference to (701-S) for signage schedule. Please provide this reference not later than Friday 14 July 2006.

As per E-mail from Ada Batule, MDAD, dated July 17, 2006, the following answer is provided:

"701-S is the Signage Package. All signs included in the 701-S package will be fabricated and installed by MDAD. 701-S will be provided to the contractor, for coordination, during the construction process."

Subcontrator    THORNTON

Subcontactor #    DA

| PBQ | MDAD | POJV | 00120 | | Clarify Div 8 & 10 - Spec Book | CLO | 9/19/2006 | 10/17/2006 | 9/26/2006 | | No | No |

I would like to know if you could further clear up some additional information. The first is for Division 8 in the spec book. Which sections should be included in our price? For example, is glazing included in door and hardware? The second is for Division 10. Again, which sections should be included in our price?

Although not stated in the question, it appears that this question applies to Bid Package # 11C.

Refer to the Project Specification's Table of Contents Division 8 for the following sections which would not be considered part of Bid Package #11C:
Section 08410-Aluminum Entrances and Storefronts (MDAD's Pre-Purchased Package)
Section 08900-Exterior Curtain Wall and Glazing System (MDAD's Pre-Purchased Package)
Section 08800-Glazing is applicable to the locations outlined in that specification section and the drawings.

There is no Project Specification's Division 10 work in Bid Package # 11C.

# Attachment F.9

# Answers to the Following Pre-Bi Questions:

**00151, 00161, 00168, 00169, 00170, 00171, 00172, 00173, 00174, 00175, 00177, 00178, 00179, 00180, 00181, 00182, 00183, 00184, 00185, 00186, 00187, 00188, and 00189.**



. arsons-Odebrecht, J.V.                                    **PREBID QUESTION**

747B - 03 - 00151

| Project No.: | 03 | | |
|---|---|---|---|
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00151 | PBQ Title: | Door Trade Pack Scope of Work |

| TO: Attn: Jorge Delgado | | |
|---|---|---|
| Miami Dade Aviation Department | **Document Date:** | 10/5/2006 |
| Building 5A, 4th Floor | **Forwarded To MDAD:** | 10/5/2006 |
| P.O. Box 59-2075 | **Required Date:** | 10/12/2006 |
| Miami, FL 33159 | **Returned to POJV:** | 3/1/2007 |
| | **Responded to BCHAMP:** | 3/6/2007 |
| | **Closed Date:** | 3/6/2007 |

**Question By:**     BCHAMP     DAN   **Subcontractor's Control No.**

Reference the door trade pack scope of work (attachment A to the contract)-Door security devices and hardware is listed as part of the scope of work. Item B under the finish hardware description calls for us to "furnish and install all supplemental hardware for electronic security doors". Please confirm that card readers are not part of this scope of work since that spec section appears under the electrical trade package scope of work and that all supplemental hardware is only the hardware that is listed in the various hardware sets as shown in spec section 8710.

**POJV Comment:**

| **Comment By:** Parsons-Odebrecht, J.V. | **Date:** | 10/5/2006 |
|---|---|---|

**Signed:** _____
        Reid Walker

**ANSWER:**

The doors and door jams identified to receive security hardware shall be furnished and installed by the Bid Package # 11C- Doors and Hardware Trade Contractor.
The Bid Package # 13 - Electrical Trade Contractor shall furnish and install complete card access & security raceways per Trade Contract Documents.

Answered by: Manny Angulo at POJV-NTD

Architect/Engineer:  LEO A DALY



Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00151

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00151 | PBQ Title: | Door Trade Pack Scope of Work |

**Answered By:** Miami Dade Aviation Department      **Date:**     3/1/2007

     **Signed:** _____
           Jorge Delgado

arsons-Odebrecht, J.V.

**PREBID QUESTION**

747B - 03 - 00161

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00161 | PBQ Title: | Services Wall Assembiles |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/12/2006 |
| **Forwarded To MDAD:** | 10/12/2006 |
| **Required Date:** | 10/19/2006 |
| **Returned to POJV:** | 10/17/2006 |
| **Responded to BCHAMP:** | 10/17/2006 |
| **Closed Date:** | 10/17/2006 |

**Question By:**    BCHAMP    DT    **Subcontractor's Control No.**

2) Attachment A to the Bid Package 11D – Page 21 of 22. Please clarify what is our scope of work regarding Service Wall Assemblies, Metal Wall Louvers and Exterior Opening Protection. No specific specifications have been issued for these trades. Are we to coordinate these items with other trades, are we to install these items that are provided to us by others. Clearly we are not furnishing and installing these items as indicated on sheet 21 since many of these items are included in other Trade Contracts. Clarify the following A) Drinking fountains and water coolers are provided and installed by the plumbing contractor, B) Louvers are provided and installed by the shell mechanical or door contractor, C) Fire Hose/ Valve Cabinets are by the Fire Sprinkler contractor, D) Waste receptacles, telephone directories and housings are either FF & E or by the Toilet Accessory contractor, E) Access Panels are by the Door Contractor or MEP trades, F) Service panels, receptacle panels, clock panels, sound panels, blank panels and telephone panels are provided by the electrical contractor, G) Exterior openings including temporary impact walls and removal of temporary walls – clarify who has.

**POJV Comment:**

**Comment By:**    Parsons-Odebrecht, J.V.      **Date:**     10/12/2006

**Signed:** _____
     Reid Walker

**ANSWER:**

2) Bid Package 11D-Walls & Ceilings shall furnish and install the service wall assemblies (chase walls) and coordinate with the corresponding Trade Contractor that is furnishing the equipment / plumbing / wiring, etc.

Metal Wall Louvers Specification Section 10210 - Bid Package 11D-Walls & Ceilings shall furnish and install the architectural louvers (i.e. louvers that do not have a mechanical function/relationship).

Exterior Opening Protection / Temporary Impact Walls - Bid Package 11D-Walls & Ceilings shall furnish and install; refer to the Contract Documents.

a) Drinking fountains and water coolers are furnished and installed by the Bid Package 12-Mechanical Trade

. arsons-Odebrecht, J.V.

**PREBID QUESTION**

747B - 03 - 00161

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00161 | PBQ Title: | Services Wall Assembiles |

~~a) Drinking fountains and water coolers are furnished and installed by the Bid Package 12-Mechanical Trade~~
Contractor in service wall assemblies.

b) Architectural louvers are furnished and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor;
and mechanical-related louvers (louvers attached to mechanical equipment which are providing a mechanical
intake) shall be furnished and installed by the Bid Package 12-Mechanical Trade Contractor.

c) Fire Hose/ Valve Cabinets shall be furnished by the Bid Package 12-Mechanical Trade Contractor; but
coordinated and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor.

d) Toilet Room waste receptacles shall be furnished by the Bid Package 11E-Cabinets and Toilet Accessories
Trade Contractor; but coordinated and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor.
Telephone directories and housings are furnished and installed by Others, but the backing shall be coordinated,
furnished, and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor.

e) Access Panels related to the Doors and MEP work will be furnished by Others, but
installed, with the required backing, by the Bid Package 11D-Walls & Ceilings Trade Contractor. All other
access panels are furnished and installed by the Bid Package 11D-Walls & Ceilings Trade Contractor.

f) Service panels, receptacle panels, clock panels, sound panels, blank panels and telephone shall be furnished
and installed by Others. The Bid Package 11D-Walls & Ceilings Trade Contractor shall furnish and install the
backing in coordination with other Trade Contractors.

g) Exterior opening protection, including temporary impact walls and removal of temporary walls; shall be part
of the Bid Package 11D-Walls & Ceilings Trade Contractor's scope.

**Architect/Engineer: LEO A DALY**

Answered By: Miami Dade Aviation Department                    Date:             10/17/2006

        Signed: _____
                        Russ Tripp

Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00168

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00168 | PBQ Title: | Clarify All Demolition |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/12/2006 |
| **Forwarded To MDAD:** | 10/12/2006 |
| **Required Date:** | 10/19/2006 |
| **Returned to POJV:** | 3/1/2007 |
| **Responded to BCHAMP:** | 3/6/2007 |
| **Closed Date:** | 3/6/2007 |

---

**Question By:**   BCHAMP   DT   **Subcontractor's Control No.**

5) For the Bid pack 11D demolition scope of work, please clarify all demolition. The selective demolition written scope of work in Attachment A is very vague. Confirm that all structural demolition including existing concrete or masonry walls and openings, roof openings and all structural steel and misc metal demolition will be completed in the shell Bid pack 10 or by others. Other Bid Packs will include demolition of bollards, curbs, asphalt, utilities, concrete column protection, exterior impact walls, exterior windows, exterior louvers, exterior finishes, baggage conveying systems, escalators, elevators, overhead coiling doors, chain link fencing, etc. All MEP/FP disconnect demo is by others, removal of electrical and plumbing fixtures by 11D Finish Trade Contractor? Who removes all conduits, piping, soda and beer lines, ductwork, etc. (MEP subs)? All flooring removed by others under Bid Pack 11A. Built in cabinetry demolition by 11D? Quantify what is included in the "Equipment" designation of the Selective Demo scope of work (Page 10 of 22)? FF &E that is not built in are removed by? Metal Lockers are removed by 11D? Freezer and appliances to be removed by? Hot water heater to be removed by? Carbon Dioxide Tank to be removed by? Vending Machines removed by? Confirm who has removal of doors and frames that fall within a masonry wall. Confirm Bid Pack 11D only has interior demolition of framed walls, ceilings and architectural items excluding floor finishes.

**POJV Comment:**

**Comment By:**   Parsons-Odebrecht, J.V.                **Date:**        10/12/2006

**Signed:** _____
           Reid Walker

**ANSWER:**

Please refer to the 747B Drawing, Specifications and Attachment "A" Scope and Description of work, for demolition work required by Bid Package # 11D.

Answer by: Manny Angulo at POJV-NTD


arsons-Odebrecht, J.V.                          **PREBID QUESTION**

747B - 03 - 00168

Project No.: _____ 03 _____

MDAD No.: _____ 747B _____    Project Title: _____ 747B A-B Infill Shell / Finishes _____

PBQ No.: _____ 00168 _____    PBQ Title: _____ Clarify All Demolition _____

**Architect/Engineer:** LEO A DALY

**Answered By:** Miami Dade Aviation Department          **Date:** _____ 3/1/2007 _____

Signed: _____
              Jorge Delgado

Parsons-Odebrecht, J.V.

## PREBID QUESTION

747B - 03 - 00169

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00169 | PBQ Title: | Spec Sec 09775 |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/12/2006 |
| **Forwarded To MDAD:** | 10/12/2006 |
| **Required Date:** | 10/19/2006 |
| **Returned to POJV:** | 3/1/2007 |
| **Responded to BCHAMP:** | 3/6/2007 |
| **Closed Date:** | 3/6/2007 |

**Question By:** BCHAMP  DT  **Subcontractor's Control No.**

6) Please confirm that Spec sections 09775 Metal Wall Panels and 09780 Back Painted Metal Wall Panels are interior applications. Confirm that the Insulated Wall Panel System shown on the exterior elevations is not part of 11D. Confirm the exterior metal applications are part of Specs 07415 Manufactured Wall Panels and 07416 Exterior /Impact Wall System and these are covered under a separate Bid Pack.

**POJV Comment:**

**Comment By:** Parsons-Odebrecht, J.V.  **Date:** 10/12/2006

**Signed:** _____
Reid Walker

**ANSWER:**

The work covered by Section 09775 and 09780 is part of Bid Package # 11D.  The work covered by Section 07415 and 07416 is part of Bid Package # 10.

Answer by: Manny Angulo at POJV-NTD

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department  **Date:** 3/1/2007

**Signed:** _____
Jorge Delgado


Parsons-Odebrecht, J.V.

**PREBID QUESTION**

747B - 03 - 00170

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00170 | PBQ Title: | Removal Of The Temporary Wall |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP    DT    **Subcontractor's Control No.**

Bidders Inquiry #4

1-Please confirm that the temporary partitions required to demo the exterior impact walls are to be provided by the shell contractor – Bid Pack 10.  Please confirm removal of this temporary wall is also to be done by the shell contractor.

**POJV Comment:**

**Comment By:** Parsons-Odebrecht, J.V.                    **Date:** _____ 10/18/2006 _____

**Signed:** _____
      Reid Walker

**ANSWER:**

Confirmed; The Wall and Ceiling Trade Contractor, Bid Package #11D, will not provide this work..

**Architect/Engineer:  LEO A DALY**

**Answered By:** Miami Dade Aviation Department                    **Date:** _____ 10/24/2006 _____

    **Signed:** _____
         Russ Tripp

arsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00171

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00171 | PBQ Title: | Clarify Item H Scope of work |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP  DT  **Subcontractor's Control No.** _____

Bidders Inquiry # 4

2-We previously asked to clarify item H on page 17 of 22 in the Attachment A Scope of Work for Trade contract 11D regarding temporary partitions. If we are to provide a total of 5,000 SF of temporary partitions, please confirm that this is the total amount of temporary partitions required to be included in our bid and not in addition to the temporary partitions shown on the plans. Please clarify who is to remove these new temporary partitions.

**POJV Comment:**

**Comment By:** Parsons-Odebrecht, J.V.  . . .      **Date:** _____ 10/18/2006 _____

**Signed:** _____
Reid Walker

## ANSWER:

Confirmed; The Wall and Ceiling Trade Contractor, Bid Package #11D, will provide 5000 S/F of additional temporary partition, in addition to that required by the drawings and specifications

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department      **Date:** _____ 10/24/2006 _____

**Signed:** _____
Russ Tripp

arsons-Odebrecht, J.V.

**PREBID QUESTION**

747B - 03 - 00172

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00172 | PBQ Title: | Specification Section 05500 |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP DT **Subcontractor's Control No.**

Bidders Inquiry #4

3-Please confirm that Bid Pack 11D does not include any ferrous metals. Confirm that specification section 05500 Metal Fabrications is for information only and none of the items listed as being included in this section (ie: steel framing supports, steel beams, angles, plates, corner guards, ladders, bollards, structural steel (ferrous) column guards, metal nosings, treads, downspout boots, steel cages, structural steel door frames,etc) are a part of Bid Pack 11D. Confirm that specification section 05521 Pipe and Tube railings refer only to stainless steel railings. All other railings including steel railings at stairs and ramps are not included in Bid Pack 11D. Both spec sections are also included in the Shell scope of work -- Bid Pack 10 and their work description seems to have most if not all of the above items.

**POJV Comment:**

**Comment By:** Parsons-Odebrecht, J.V.     **Date:** 10/18/2006

**Signed:** _____
Reid Walker

**ANSWER:**

Confirmed; The Wall and Ceiling Trade Contractor, Bid Package #11D, is Not responsible for work in Specifications Sections 05500 and 05521.

**Architect/Engineer: LEO A DALY**



PARSONS  ODEBRECHT

---

Parsons-Odebrecht, J.V.                                   **PREBID QUESTION**

                                                              747B - 03 - 00172

Project No.: _____03_____

MDAD No.: _____747B_____   Project Title: _____747B A-B Infill Shell / Finishes_____

PBQ No.: _____00172_____   PBQ Title: _____Specification Section 05500_____

---

**Answered By:** Miami Dade Aviation Department _____   **Date:** _____10/24/2006_____

        **Signed:** _____
                        Russ Tripp



Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00173

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00173 | PBQ Title: | Fireproofing Requirements |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP ___ DT ___ **Subcontractor's Control No.** _____

Bidders Inquiry #4

4-Regarding the fireproofing requirements, the specs require us to protect our fireproofing after it is installed. Since various trades will be working in the area outside of our trade scope of work, please confirm who is responsible for repairing and/or replacing the fireproofing if it gets damaged after it's installed. The MEP trades among others will be attaching and / or connecting to the fireproofed structure.

## POJV Comment:

**Comment By:** Parsons-Odebrecht, J.V. **Date:** ___ 10/18/2006 ___

**Signed:** _____
Reid Walker

## ANSWER:

You are requested to provide proper allowance for additional repair of damaged Fire-Proofing.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department **Date:** ___ 10/24/2006 ___

**Signed:** _____
Russ Tripp

Parsons-Odebrecht, J.V.

**PREBID QUESTION**

747B - 03 - 00174

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00174 | PBQ Title: | Sheet RC170- Conflict Fireproofing |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/26/2006 |
| **Responded to BCHAMP:** | 10/27/2006 |
| **Closed Date:** | 10/27/2006 |

**Question By:** BCHAMP DT **Subcontractor's Control No.** _____

Bidders Inquiry #4

5-Sheet RC170 has a conflict in the fireproofing note. It starts out with at ALL existing steel beams with fireproofing and ends up with typical at all non-airconditioned areas. Are we to remove and replace all existing fireproofing ? Does the existing fireproofing have a 2 hour rating? Are we only to remove and replace existing fireproofing with cementitious WP fire spray only at non airconditioned spaces? Please clarify this note in more detail.


**POJV Comment:**


**Comment By:** Parsons-Odebrecht, J.V.          **Date:** _____10/18/2006_____

**Signed:** _____
          Reid Walker

**ANSWER:**

Remove and replace all structural steel fireproofing in non-conditioned areas only.

Answered by: LEO A DALY / J Beattie
on October 10, 2006


**Architect/Engineer: LEO A DALY**

**PARSONS** ⌒ ⁎ODEBRECHT

. arsons-Odebrecht, J.V.                                    **PREBID QUESTION**

747B - 03 - 00174

| | | | | |
|---|---|---|---|---|
| Project No.: | 03 | | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes | |
| PBQ No.: | 00174 | PBQ Title: | Sheet RC170- Conflict Fireproofing | |

**Answered By:** Miami Dade Aviation Department          **Date:** 10/26/2006

**Signed:** _____
                    J Beattie



**PARSONS** **ODEBRECHT**

**MIAMI INTERNATIONAL AIRPORT**
NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

Parsons-Odebrecht, J.V.

**PREBID QUESTION**

747B - 03 - 00175

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00175 | PBQ Title: | Responsible for Caulking / Precast |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP DT **Subcontractor's Control No.**

Bidders Inquiry #4

6-Who is responsible for caulking the precast at the joint between the stucco and the precast panel? The shell contractor or the finish contractor?

**POJV Comment:**

**Comment By:** Parsons-Odebrecht, J.V. **Date:** 10/18/2006

**Signed:** _____
Reid Walker

**ANSWER:**

The Wall and Ceiling Trade Contractor, Bid Package #11D, will not provide this work.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department **Date:** 10/24/2006

**Signed:** _____
Russ Tripp