
Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00177

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00177 | PBQ Title: | Exterior Impact Walls |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** _____    **Subcontractor's Control No.** _____

Bidders Inquiry $4

8-Is the construction of the exterior impact walls part of bid pack 11D. The specification section for these walls were not listed in the trade scope of work. If is part of this bid package please indicate where they are located since they do not appear on the elevations or floor plans.

**POJV Comment:**

**Comment By:** Parsons-Odebrecht, J.V.          **Date:** 10/18/2006

**Signed:** _____
Reid Walker

**ANSWER:**

The Wall and Ceiling Trade Contractor, Bid Package #11D, will not provide this work.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department          **Date:** 10/24/2006

**Signed:** _____
Russ Tripp


Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00178

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00178 | PBQ Title: | Metal Framimg 7416 & 7415 |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

---

**Question By:**    BCHAMP    DT    **Subcontractor's Control No.** _____

Bidders Inquiry #4

9-Is the metal framing for the exterior impact systems (7416) and the manufactured metal wall panel systems (7415) part of bid pack 11D. Please note that framing of these systems is referenced in the above spec sections which are not listed in the trade scope of work.

**POJV Comment:**

**Comment By:**    Parsons-Odebrecht, J.V.        **Date:** _____10/18/2006_____

**Signed:** _____
        Reid Walker

**ANSWER:**

The Wall and Ceiling Trade Contractor, Bid Package #11D, will not provide this work.

**Architect/Engineer: LEO A DALY**

---

**Answered By:** Miami Dade Aviation Department        **Date:** _____10/24/2006_____

     **Signed:** _____
           Russ Tripp

arsons-Odebrecht, J.V.

**PREBID QUESTION**

747B - 03 - 00179

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00179 | PBQ Title: | Reflected ceiling Plans RC145 |

TO: Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP DT **Subcontractor's Control No.**

Bidders Inquiry #4

10-General notes on the reflected ceilings plans (see RC145) state "remove existing soffits as required for demo and installation of new FP systems; patch and repair to match existing (typ at all existing conditions)." Please confirm that this is not part of bid pack 11D along with any other demo and cutting/patching required for all other trades not part of bid pack 11D. It is our understanding and appears to be the intent of the 11D trade scope of work that we are not required to complete demo and cutting/patching for other trades outside of bid pack 11D.

**POJV Comment:**

**Comment By:** Parsons-Odebrecht, J.V.

**Date:** 10/18/2006

**Signed:** _____
Reid Walker

**ANSWER:**

Refer to Attachment A.

**Architect/Engineer: LEO A DALY**

MR



arsons-Odebrecht, J.V.                                    **PREBID QUESTION**

747B - 03 - 00179

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00179 | PBQ Title: | Reflected ceiling Plans RC145 |

**Answered By:** Miami Dade Aviation Department          **Date:**          10/24/2006

   **Signed:** _____
                   Russ Tripp



Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00180

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00180 | PBQ Title: | Spec Sec. 9580 /C14 |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:**   BCHAMP   DT   **Subcontractor's Control No.**

Bidders Inquiry #4

11-Spec section 9580 designates the ceilings in this spec section to be indicated by C14 on the drawings. The finish schedule and the reflected ceilings do not show C14. Please confirm that this ceiling type is not part of bid pack 11D or designated its locations.

**POJV Comment:**

**Comment By:**   Parsons-Odebrecht, J.V.          **Date:**          10/18/2006

**Signed:** _____
          Reid Walker

**ANSWER:**

Refer to Attachment A and Trade Contractor Drawings and Specifications.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department          **Date:**          10/24/2006

          **Signed:** _____
                    Russ Tripp

Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00181

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00181 | PBQ Title: | 6" High Waterproofing Membrane |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:**   BCHAMP   DT   **Subcontractor's Control No.**

Bidders Inquiry #4

12-Please confirm that the 6" high waterproofing membrane behind the drywall and tile as shown in the wall type plans is not part of bid pack 11d since the waterproofing is shown in the tile spec section.

**POJV Comment:**

**Comment By:**   Parsons-Odebrecht, J.V.                 **Date:**   10/18/2006

**Signed:** _____
Reid Walker

**ANSWER:**

The Waterproofing Membrane inside the wall assemblies as shown in the Trade Contractor Drawings and Specifications, is part of the work in Bid Package #11D.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department                 **Date:**   10/24/2006

**Signed:** _____
Russ Tripp

Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00182

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00182 | PBQ Title: | Clarify / Drywall Ceilings |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP    DT    **Subcontractor's Control No.**

Bidders Inquiry #4

13-Please clarify if the drywall ceilings (C&) are to receive veneer plaster and paint as designated by C7 on the finish schedule or if is only to receive paint as designated by C7 on the reflected ceilings plans. If it receives paint only are we required to use Tuff-Hide? Please note that the paint specifications have mistakenly only identified Tuff-Hide on gypsum board surfaces designated by W8 which are the fixed glass walls systems.

## POJV Comment:

**Comment By:** Parsons-Odebrecht, J.V.    **Date:** 10/18/2006

**Signed:** _____
        Reid Walker

## ANSWER:

Refer to RC Drawings and Finish Schedule and Comply with work.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department    **Date:** 10/24/2006

    **Signed:** _____
            Russ Tripp

Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00183

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00183 | PBQ Title: | Referenced Specification- CSI |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP    DT    **Subcontractor's Control No.**

Bidders Inquiry #4

14- Please confirm in writing, that the all of the scope of work related to CSI divisions 2-16 for bid package #11D  is listed in the referenced specification sections found in "attachment A to the trade contract" and our bid should only be based on this scope of work.

**POJV Comment:**

**Comment By:**  Parsons-Odebrecht, J.V.                **Date:**         10/18/2006

**Signed:** _____
         Reid Walker

## ANSWER:

Refer to Attachment A.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department          **Date:**         10/24/2006
       **Signed:** _____
              Russ Tripp

arsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00184

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00184 | PBQ Title: | Light Gauge Framing |

TO: Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

---

**Question By:** BCHAMP DT **Subcontractor's Control No.**

Bidders Inquiry #5

1.Item 00 on page 8 of the 11D trade contract scope of work states that we are responsible to furnish and install all necessary framing associated with the construction and installation of all walls and ceilings. What framing beyond light gauge framing for the drywall partitions are we required to provide? Structural steel and concrete work is not listed in the trade scope of work and the framing support for the fixed glass wall system appears to not be part our scope of work (see question #1 from our bidders inquiry #3).

**POJV Comment:**

**Comment By:** Parsons-Odebrecht, J.V.     Date: 10/18/2006

**Signed:** _____
     Reid Walker

## ANSWER:

Structural Steel and Concrete is not part of the Wall and Ceiling Scope of Work, Bid Package #11D.

**Architect/Engineer: LEO A DALY**

Answered By: Miami Dade Aviation Department     Date: 10/24/2006

     **Signed:** _____
          Russ Tripp

Parsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00185

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00185 | PBQ Title: | Wall Claddings |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP  DT  **Subcontractor's Control No.** _____

Bidders Inquiry #5

2.The trade scope of work for bid pack 11D under the heading of "Glass Wall Cladding" asks for us to "furnish and install the interior wall treatment system .......and the Glass Wall Cladding as specified in the Trade Contract Documents". What specification section is this work applicable to and confirm it is part of bid package 11D.

### POJV Comment:

**Comment By:** Parsons-Odebrecht, J.V.  **Date:** _____10/18/2006_____

**Signed:** _____
Reid Walker

### ANSWER:

Refer to Specification Section 09780 and include the work in the, Wall and Ceiling Trade Contractor Scope of Work, Bid Package #11D.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department  **Date:** _____10/24/2006_____

**Signed:** _____
Russ Tripp

arsons-Odebrecht, J.V.

# PREBID QUESTION

747B - 03 - 00186

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00186 | PBQ Title: | Reference item A and B |

TO: Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:**   BCHAMP   DT   **Subcontractor's Control No.**

Bidders Inquiry #5

3.Reference items A & B under the heading of fire resistance systems on page 14 of the 11D trade contract scope of work. Please confirm that firestopping of all penetrations by other trades not part of bid package 11D are not included in the 11D scope of work. Refer to item A on page 22 of the scope of work which partially clarified this regarding MEP penetrations.

**POJV Comment:**

**Comment By:**   Parsons-Odebrecht, J.V.                 **Date:**           10/18/2006

**Signed:** _____
           Reid Walker

**ANSWER:**

Confirmed; The Fire stopping and penetrations required by other Trade Contractors is NOT the responsibility of the Wall and Ceiling Trade Contractor, Bid Package #11D.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department            **Date:**           10/24/2006

**Signed:** _____
           Russ Tripp

arsons-Odebrecht, J.V.

**PREBID QUESTION**

747B - 03 - 00187

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00187 | PBQ Title: | Wall Type 46C, 39A and 41 B |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:**    BCHAMP    DT    **Subcontractor's Control No.**

Bidders Inquiry #5

4. Wall types 46 C, 39A & 41 B appear on the floor plans but do not appear on the wall type sheets. Please clarify.

**POJV Comment:**

**Comment By:**    Parsons-Odebrecht, J.V.                **Date:**        10/18/2006

**Signed:** _____
Reid Walker

**ANSWER:**

The Wall and Ceiling Trade Contractor should choose the most extreme condition on the drawings and specifications.

**Architect/Engineer:  LEO A DALY**

**Answered By:** Miami Dade Aviation Department            **Date:**        10/24/2006

**Signed:** _____
Russ Tripp


Parsons-Odebrecht, J.V.

**PREBID QUESTION**

747B - 03 - 00188

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00188 | PBQ Title: | Partition #11, #30, #41A & 42 |

TO: Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:** BCHAMP DT **Subcontractor's Control No.**

Bidders Inquiry #5

5. Several Partition types graphically show insulation on the wall type details however these details do not specify the type of insulation they are to receive-see partitions #11, #30, #41A, & #42. Please clarify.

**POJV Comment:**

**Comment By:** Parsons-Odebrecht, J.V.            **Date:** 10/18/2006

**Signed:** _____
Reid Walker

**ANSWER:**

Refer to Specification Section 07216.

**Architect/Engineer: LEO A DALY**

**Answered By:** Miami Dade Aviation Department            **Date:** 10/24/2006

**Signed:** _____
Russ Tripp



arsons-Odebrecht, J.V.                                    **PREBID QUESTION**

747B - 03 - 00189

| | | | |
|---|---|---|---|
| Project No.: | 03 | | |
| MDAD No.: | 747B | Project Title: | 747B A-B Infill Shell / Finishes |
| PBQ No.: | 00189 | PBQ Title: | Conflicting Ceiling Notes |

**TO:** Attn: Jorge Delgado
Miami Dade Aviation Department
Building 5A, 4th Floor
P.O. Box 59-2075
Miami, FL 33159

| | |
|---|---|
| **Document Date:** | 10/18/2006 |
| **Forwarded To MDAD:** | 10/18/2006 |
| **Required Date:** | 10/25/2006 |
| **Returned to POJV:** | 10/24/2006 |
| **Responded to BCHAMP:** | 10/25/2006 |
| **Closed Date:** | 10/25/2006 |

**Question By:**   BCHAMP   DT   **Subcontractor's Control No.** _____

Bidders Inquiry #5

6. Reference general notes on sheet RC330 for room 36056 that state "existing ceilings to remain..patch and modify as required" and they also state" new ceilings to match existing".  Please clarify these conflicting notes, designate what areas are to receive new ceilings in this room, what type of ceilings they are to be,  and which areas only need to be patched.


**POJV Comment:**


**Comment By:**   Parsons-Odebrecht, J.V.                    **Date:** _____ 10/18/2006 _____

**Signed:** _____
                   Reid Walker

**ANSWER:**

Refer to note that states "New Ceiling to Match existing ".


**Architect/Engineer:  LEO A DALY**

**Answered By:** Miami Dade Aviation Department              **Date:** _____ 10/24/2006 _____

          **Signed:** _____
                           Russ Tripp

# Attachment F.9

# A-B Common Scaffold Plan



# A-B Common Scaffold Plan

759A

747A

754B

756A/D

747B

746A 2nd-5th FLOORS

3rd-5th FLOORS

EE
FF
II
BB
CC
NN
JJ
MM
LL
PP
QQ
OO

# A-B COMMON SCAFFOLD PLAN

| AREA | DESCRIPTION |
|------|-------------|
| BB | Domestic corridor between column lines 95 to 98 and between grid lines KK8 to JJ2 approximately 90' long by 30' wide by 23' high from the concourse level. The scaffold will have one solid deck working level and two perimeter levels on brackets with a stair for access. |
| CC | Domestic corridor between column lines 98 to 102 and between grid lines KK8 to JJ2 approximately 102' long by 30' wide by 23' high from the concourse level. The scaffold will have one solid deck working level and two perimeter levels on brackets with a stair for access. |
| DD | West APM Grand Stairs between column lines 82 to 85 and between grid lines JJ4 to KK6 approximately 83' long by 28' wide with solid deck working levels at various heights as in our drawing #12318 D-A Revision #2. |
| EE | Underneath the West APM Grand Stairs between column lines 83 to 85 and between grid lines JJ to LL approximately 52' long by 44' wide with solid deck working levels at various heights as in our drawing #12318 D-A Revision #2. |
| FF | East APM Grand Stairs between column lines 91 to 94 and between grid lines JJ4 to KK6 approximately 83' long by 28' wide with solid deck working levels at various heights as in our drawing #13143 D-A Revision #1. |
| GG | APM Elevator core between column lines 86 to 88 and between grid lines KK8 to JJ2 approximately 40' long by 30' wide by 22' high from the concourse level. The scaffold will have one solid deck working level and two perimeter levels with a stair for access. |
| HH | Domestic corridor between column lines 102 and 106 and between grid lines KK8 to JJ2 approximately 120' long by 30' wide by 23' high from the concourse level. The scaffold will have one solid deck working level and two perimeter levels on brackets with a stair for access. |
| II | The central stair core between column lines 93.4 and 95 and between grid lines MM to NN approximately 42' long by 16' wide by 25' high from the concourse level. The scaffold will have one solid deck working level and two perimeter levels on brackets with a stair for access. Also a split level deck approximately 12' wide by 28' long under the sloped fire rated ceiling of the ramp level stairs. |
| JJ | The central stair core between column lines 105 and 106.6 and between grid lines MM to NN approximately 42' long by 16' wide by 25' high from the concourse level. The scaffold will have one solid deck working level and two perimeter levels on brackets with a stair for access. Also a split level deck approximately 12' wide by 28' long under the sloped fire rated ceiling of the ramp level stairs. |

# A-B COMMON SCAFFOLD PLAN

| AREA | DESCRIPTION |
|------|-------------|
| KK | Fifth level APM between column line 85 to 88 and between grid lines KK8 to JJ2 approximately 90' long by 35' wide by 11' high from the Fifth level. The scaffold will have one solid deck working level and one perimeter level on either side approximately 16' high from the Fifth level by 5' wide with a stair for access. We will move this scaffold to column lines 88 to 91. |
| LL | Escalator/Stair lobby between column lines 110G to 110H and between grid lines JJ.2 to F approximately 30' long by 30' wide by 23' high from the concourse level. The scaffold will have one solid deck working level with a stair for access. |
| MM | Domestic corridor between column lines 110H and 110K and between grid lines G to F approximately 60' long by 22' wide by 23' high from the concourse level. The scaffold will have one solid deck working level and two perimeter levels on brackets with a stair for access. |
| NN | Domestic corridor between column lines 106 and 110 and between grid lines KK8 to JJ2 approximately 120' long by 30' wide by 23' high from the concourse level. The scaffold will have one solid deck working level and two perimeter levels on brackets with a stair for access. |
| OO | West APM Grand Stairs between column lines 110J to 110L and between grid lines JJ4 to KK6 approximately 65' long by 28' wide with solid deck working levels at various heights. |
| PP | Fifth level APM between column line 110L to 110P and between grid lines KK8 to JJ2 approximately 90' long by 35' wide by 11' high from the Fifth level. The scaffold will have one solid deck working level and one perimeter level on either side approximately 16' high from the Fifth level by 5' wide with a stair for access. We will move this scaffold to column lines 110P to 112A. |
| QQ | East APM Grand Stairs between column lines 112A to 112C and between grid lines JJ4 to KK6 approximately 65' long by 28' wide with solid deck working levels at various heights. |

# Attachment F.10

# Pre-Bid Schedule (POJV NTD FO_4)

| Activity Name | Start | Finish | Month |
|---|---|---|---|
| **OVERALL PROGRAM** | 19-Mar-07 | 28-Feb-11 | ▼ 28-Feb-11, OV |
| POJV Notice to Proceed (MDAD) | 19-Mar-07 | | ◆ POJV Notice to Proceed (MDAD) |
| AA Move to New Ticket Counters/FIT (N.I.C.) | 29-Jul-09 | 30-Jul-09* | I AA Move to New Ticket Counters/FIT (N.I.C.) |
| C-FIS OPERATIONAL (N.I.C.) | | 28-Feb-11 | ◆ C-FIS OPERAT |
| **GATE OPENING & CLOSING** | 03-Mar-08 | 30-Dec-10 | ▼ 30-Dec-10, GATE O |
| Open Gate D50 (N.I.C.) | | 03-Mar-08* | ◆ Open Gate D50 (N.I.C.) |
| Close Gate C03 (N.I.C.) | 03-Mar-08 | | ◆ Close Gate C03 (N.I.C.) |
| Open Gate D37 (N.I.C.) | | 08-Apr-08 | ◆ Open Gate D37 (N.I.C.) |
| Open Gate D38 (N.I.C.) | | 08-Apr-08 | ◆ Open Gate D38 (N.I.C.) |
| Close Gate D32 (N.I.C.) | 03-Oct-08 | | ◆ Close Gate D32 (N.I.C.) |
| Close Gate D31 (N.I.C.) | 03-Oct-08 | | ◆ Close Gate D31 (N.I.C.) |
| Open Gate D24 (N.I.C.) | | 03-Oct-08 | ◆ Open Gate D24 (N.I.C.) |
| Open Gate D25 (N.I.C.) | | 03-Oct-08 | ◆ Open Gate D25 (N.I.C.) |
| Open Gate D21 (N.I.C.) - Domestic Only | | 16-Jun-09 | ◆ Open Gate D21 (N.I.C.) - Domestic Only |
| Open Gate D22 (N.I.C.) - Domestic Only | | 16-Jun-09 | ◆ Open Gate D22 (N.I.C.) - Domestic Only |
| Open Gate D23 (N.I.C.) - Domestic Only | | 16-Jun-09 | ◆ Open Gate D23 (N.I.C.) - Domestic Only |
| Open Gate D53 (N.I.C.) RCF | | 20-Jul-09 | ◆ Open Gate D53 (N.I.C.) RCF |
| Open Gate D55 (N.I.C.) RCF | | 20-Jul-09 | ◆ Open Gate D55 (N.I.C.) RCF |
| Close Gate C05 (N.I.C.) | 31-Jul-09 | | ◆ Close Gate C05 (N.I.C.) |
| Close Gate C07 (N.I.C.) | 31-Jul-09 | | ◆ Close Gate C07 (N.I.C.) |

Ⅱ Remaining Level of Effort
▬ Actual Level of Effort
▬ Actual Work
Ⅱ Remaining Work
▨ Critical Remaining Work
◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

POJV NTD_F04   Page 1 of 16

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Month |
|---|---|---|---|
| Close Gate C09 (N.I.C.) | 31-Jul-09 | | ◆ Close Gate C09 (N.I.C.) |
| Close Gate D34 (N.I.C.) | 04-Sep-09 | | ◆ Close Gate D34 (N.I.C.) |
| Close Gate D33 (N.I.C.) | 04-Sep-09 | | ◆ Close Gate D33 (N.I.C.) |
| Re-Open Gate D31 (N.I.C.) | | 04-Sep-09 | ◆ Re-Open Gate D31 (N.I.C.) |
| Re-Open Gate D32 (N.I.C.) | | 04-Sep-09 | ◆ Re-Open Gate D32 (N.I.C.) |
| Convert Gate D23 (N.I.C.) - Int'l | | 24-Sep-09 | ◆ Convert Gate D23 (N.I.C.) - Int'l |
| Convert Gate D22 (N.I.C.) - Int'l | | 24-Sep-09 | ◆ Convert Gate D22 (N.I.C.) - Int'l |
| Convert Gate D21 (N.I.C.) - Int'l | | 24-Sep-09 | ◆ Convert Gate D21 (N.I.C.) - Int'l |
| Close Gate D36 (N.I.C.) | 19-May-10 | | ◆ Close Gate D36 (N.I.C.) |
| Open Gate D20 (N.I.C.) | | 19-May-10 | ◆ Open Gate D20 (N.I.C.) |
| Open Gate D16 (N.I.C.) | | 21-May-10 | ◆ Open Gate D16 (N.I.C.) |
| Re-Open Gate D33 (N.I.C.) | | 30-Jun-10 | ◆ Re-Open Gate D33 (N.I.C.) |
| Open Gate D26 (N.I.C.) | | 07-Sep-10 | ◆ Open Gate D26 (N.I.C.) |
| Open Gate D27 (N.I.C.) | | 07-Sep-10 | ◆ Open Gate D27 (N.I.C.) |
| Open Gate D28 (N.I.C.) | | 07-Sep-10 | ◆ Open Gate D28 (N.I.C.) |
| Open Gate D29 (N.I.C.) | | 07-Sep-10 | ◆ Open Gate D29 (N.I.C.) |
| Open Gate D30 (N.I.C.) | | 07-Sep-10 | ◆ Open Gate D30 (N.I.C.) |
| Re-Open Gate D34 (N.I.C.) | | 30-Dec-10 | ◆ Re-Open Gate D34 ( |
| Re-Open Gate D36 (N.I.C.) | | 30-Dec-10 | ◆ Re-Open Gate D36 ( |
| 739A C-D INFILL INTERIORS | 19-Mar-07 | 28-Oct-08 | ▼ 28-Oct-08, 739A C-D INFILL INTERIORS |

Legend:
- ▯ Remaining Level of Effort
- ▬ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▬ Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Month |
|---|---|---|---|
| 739A POJV Receives NTP from MDAD | 19-Mar-07* | | ◆ 739A POJV Receives NTP from MDAD |
| 739A Contractor Mobilization | 19-Mar-07 | 13-Apr-07 | 739A Contractor Mobilization |
| 739A Start Construction | 16-Apr-07 | | ◆ 739A Start Construction |
| 739A Construction - Ph. 1 Lvl 1, 2 (incl Intl Arrival Core to Lvl 3) | 16-Apr-07 | 26-Feb-08 | 739A Construction - Ph. 1 Lvl 1, 2 (incl Intl Arrival Core to Lvl 3) |
| 739A Construction  Ph. 2 Lvl 3 / Upper 4th / 5th (APM) | 16-Apr-07 | 18-Aug-08 | 739A Construction  Ph. 2 Lvl 3 / Upper 4th / 5th (APM) |
| 739A TCO Ph. 1 Lvl 1, 2 (incl Intl Arrival Core to Lvl 3) | 27-Feb-08 | 08-Apr-08 | 739A TCO Ph. 1 Lvl 1, 2  (incl Intl Arrival Core to Lvl 3) |
| 739A Final Commissioning Ph. 1 Lvl 1, 2 (incl Intl Arrival Core to Lvl 3) (N.I.C.) | 27-Feb-08 | 08-Apr-08 | 739A Final Commissioning Ph. 1 Lvl 1, 2 (incl Intl Arrival Core to Lvl 3) (N.I.C.) |
| 739A Perform A/E Punchlists Ph. 1 Lvl 1 & 2 (N.I.C.) | 12-Mar-08 | 08-Apr-08 | 739A Perform A/E Punchlists Ph. 1 Lvl 1 & 2 (N.I.C.) |
| 739A Ph. 1 Available for Operations | | 08-Apr-08 | ◆ 739A Ph. 1 Available for Operations |
| 739A TCO  Ph. 2  Lvl 3 / Upper 4th / 5th(APM) | 19-Aug-08 | 30-Sep-08 | 739A TCO  Ph. 2  Lvl 3 / Upper 4th / 5th(APM) |
| 739A Final Commissioning  Ph. 2  Lvl 3 / Upper 4th / 5th(APM) (N.I.C.) | 19-Aug-08 | 30-Sep-08 | 739A Final Commissioning  Ph. 2  Lvl 3 / Upper 4th / 5th(APM) (N.I.C.) |
| 739A Project Substantial Completion (TCO) | | 30-Sep-08 | ◆ 739A Project Substantial Completion (TCO) |
| 739A Punchlist  Ph. 2  Lvl 3 / Upper 4th / 5th(APM) | 01-Oct-08 | 28-Oct-08 | 739A Punchlist  Ph. 2  Lvl 3 / Upper 4th / 5th(APM) |
| 739A Project Final Completion | | 28-Oct-08 | ◆ 739A Project Final Completion |
| **739C D REMODEL** | **22-May-08** | **28-Jan-11** | 28-Jan-11, 739C D |
| 739C Start Mobilization | 22-May-08 | | ◆ 739C Start Mobilization |
| 739C Contractor Mobilization | 22-May-08 | 19-Jun-08 | 739C Contractor Mobilization |
| 739C POJV Staging in Front of Old R.O.C. | 20-Jun-08 | | ◆ 739C POJV Staging in Front of Old R.O.C. |
| 739C Start Construction | 20-Jun-08 | | ◆ 739C Start Construction |
| 739C Complete Above Ceiling FP Work @ Old R.O.C. | 20-Jun-08 | 08-Aug-08 | 739C Complete Above Ceiling FP Work @ Old R.O.C. |

Legend:
- ▯ Remaining Level of Effort
- ▮ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▨ Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish |
|---|---|---|
| 739C Construction Ph. 1 Lvl 2 (CL 28 - A) | 20-Jun-08 | 28-Jul-09 |
| 739C Construction Ph. 1 Lvl 3 (CL 28 - A) | 20-Jun-08 | 18-Nov-09 |
| 739C D TO E Demising Walls Lvl 2 | 03-Oct-08 | 30-Oct-08 |
| 739C Construction Ph. 2 Lvl 2 (CL 17 - 28) | 31-Oct-08 | 18-Jun-09 |
| 739C Construction Ph. 2 Lvl 3 (CL 17 - 28) | 31-Oct-08 | 24-Jul-09 |
| 739C Construction Ph. 2 Lvl 1 (CL 22 - 23A) (Includes Removal of ST1691) | 09-Feb-09 | 28-Jul-09 |
| 739C AA Eagle Relocation Complete (N.I.C.) | | 19-Jun-09 |
| 739C ROOF Ph. 2 (CL 17 - 23) | 26-Jun-09 | 24-Jul-09 |
| 739C TCO Ph. 2 Lvl 2, 3, 4 | 27-Jul-09 | 04-Sep-09 |
| 739C Final Commissioning Ph. 2 Lvl 2, 3, 4 (N.I.C.) | 27-Jul-09 | 04-Sep-09 |
| 739C Construction Ph. 1 Lvl 2 (CL 28 - R) (COMPL @ ACCESS) | 29-Jul-09 | 25-Aug-09 |
| 739C Construction Ph. 3 Lvl 2 (CL 14-17) | 04-Sep-09 | 25-Mar-10 |
| 739C Construction Ph. 3 Lvl 1 | 04-Sep-09 | 15-Apr-10 |
| 739C Construction Ph. 3 Lvl 3 (CL 14 - 17) | 04-Sep-09 | 22-Apr-10 |
| 739C Construction (Interior & New Stair) Ph. 4 Lvl 1 (AA EAGLE Area) | 04-Sep-09 | 12-Nov-10 |
| 739C ROOF/AHU 20 Ph. 1 (CL M - L) | 10-Sep-09 | 18-Nov-09 |
| 739C Final Finish Out C-FIS Inbound Lvl 1 | 21-Sep-09 | 14-Jan-10 |
| 739C TCO Ph. 1 Lvl 2, 3, 4 | 19-Nov-09 | 19-Jan-10 |
| 739C Final Commissioning Ph. 1 Lvl 2, 3, 4 (N.I.C.) | 19-Nov-09 | 19-Jan-10 |
| 703A BHS Install Inbound C-FIS (Ramp) Area 15 (N.I.C.)C | 15-Jan-10 | 23-Dec-10 |

Legend:
- ▯ Remaining Level of Effort
- ▮ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▨ Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Gantt / Milestone |
|---|---|---|---|
| 739C ROOF Ph. 3 (CL 14 - 17) | 26-Mar-10 | 22-Apr-10 | 739C ROOF Ph. 3 (CL 14 - 17) |
| 739C Construction (Exterior & Canopy Removal) Ph. 4 Lvl 1 (AA EAGLE Area) | 07-Apr-10 | 12-Nov-10 | 739C Construction (Exter |
| 739C TCO Ph. 3 Lvl 1, 2, 3 | 19-May-10 | 30-Jun-10 | 739C TCO Ph. 3 Lvl 1, 2, 3 |
| 739C Final Commissioning Ph. 3 Lvl 1, 2, 3 (N.I.C.) | 19-May-10 | 30-Jun-10 | 739C Final Commissioning Ph. 3 Lv |
| 739C Construction Ph. 4 Lvl 2 (CL 8-14) | 19-May-10 | 07-Dec-10 | 739C Construction Ph. |
| 739C Construction Ph. 4 Lvl 3 (CL 8 - 14) | 19-May-10 | 07-Dec-10 | 739C Construction Ph. |
| 739C ROOF Ph. 4 (CL 8 - 14) | 25-Oct-10 | 07-Dec-10 | 739C ROOF Ph. 4 (CL |
| 739C TCO Ph. 4 Lvl 1, 2, 3 | 08-Dec-10 | 30-Dec-10 | 739C TCO Ph. 4 Lvl |
| 739C Final Commissioning Ph. 4 Lvl 1, 2, 3 (N.I.C.) | 08-Dec-10 | 30-Dec-10 | 739C Final Commiss |
| 739C Project Substantial Completion (TCO) | | 30-Dec-10 | ◆ 739C Project Substa |
| 739C Punchlist | 03-Jan-11 | 28-Jan-11 | 739C Punchlist |
| 739C Project Final Completion | | 28-Jan-11 | ◆ 739C Project Final |
| **739I D REMODEL - RAMP LEVEL** | **19-Mar-07** | **03-Jul-08** | ▼ 03-Jul-08, 739I D REMODEL - RAMP LEVEL |
| 739I POJV Receives NTP from MDAD | 19-Mar-07 | | ◆ 739I POJV Receives NTP from MDAD |
| 739I Establish MOT Access from North | 19-Mar-07 | 13-Apr-07 | 739I Establish MOT Access from North |
| 739I Contractor Mobilization | 19-Mar-07 | 18-Apr-07 | 739I Contractor Mobilization |
| 739I Start Construction | 19-Apr-07 | | ◆ 739I Start Construction |
| 739I Construction Ph. 1 (CL 20 - 22) | 19-Apr-07 | 05-Nov-07 | 739I Construction Ph. 1 (CL 20 - 22) |
| 739I TCO Ph. 1 | 06-Nov-07 | 05-Dec-07 | 739I TCO Ph. 1 |
| 739I Commissioning Ph. 1 (N.I.C.) | 06-Nov-07 | 05-Dec-07 | 739I Commissioning Ph. 1 (N.I.C.) |

Legend:
- Remaining Level of Effort
- Actual Level of Effort
- Actual Work
- Remaining Work
- Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

POJV NTD_F04  Page 5 of 16

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish |
|---|---|---|
| 739I Punchlist Ph. 1 | 06-Nov-07 | 06-Dec-07 |
| 739i AA move from Ph. 2 area into new Ph. 1 (N.I.C.) | 07-Dec-07 | 13-Dec-07 |
| 739I Construction Ph. 2 (CL 22-27) | 14-Dec-07 | 06-May-08 |
| 739I TCO Ph. 2 | 07-May-08 | 04-Jun-08 |
| 739I Commissioning Ph. 2 (N.I.C.) | 07-May-08 | 04-Jun-08 |
| 739I Project Substantial Completion (TCO) | | 04-Jun-08 |
| 739I AA Move Out of R.O.C. (N.I.C.) | 05-Jun-08 | 19-Jun-08 |
| 739I Perform A/E Punch Lists | 05-Jun-08 | 03-Jul-08 |
| 739I Project Final Completion | | 03-Jul-08 |
| **740A C-FEDERAL INSPECTION ST/** | 19-Mar-07 | 28-Mar-11 |
| 740A POJV Receives NTP from MDAD | 19-Mar-07 | |
| 740A Contractor Mobilization | 19-Mar-07 | 13-Apr-07 |
| 740A Start Construction | 16-Apr-07 | |
| 740A Construction Lvl 3 Area 1 (ALL EXCEPT 4A & 4B) | 16-Apr-07 | 28-Aug-08 |
| 740A Construction Lvl 2 AREA 1A (CL 47-56) | 20-Sep-07 | 28-Aug-08 |
| 740A Close Existing C CHECKPOINT (N.I.C.) | | 08-Apr-08 |
| 740A 3rd Flr International North/South Corridor + TCO (N.I.C.) | 11-Apr-08 | 30-Sep-08 |
| 740A Demo Lvl 1 (Area 2) | 20-Jun-08 | 15-Aug-08 |
| 740A Construction Lvl 1 (Area 2) | 18-Aug-08 | 03-Apr-09 |
| 740A Construction Lvl 3 Area 4A | 27-Jul-09 | 03-Aug-10 |

Legend:
- Remaining Level of Effort
- Actual Level of Effort
- Actual Work
- Remaining Work
- Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Month |
|---|---|---|---|
| 740A Prepare for TSA 740A Outbound (N.I.C.) | 29-Jul-09 | 21-Oct-09 | 740A Prepare for TSA 740A Outbound (N.I.C.) |
| 740A Demo Interim Checkpoint D (N.I.C.) | 31-Jul-09 | 27-Aug-09 | 740A Demo Interim Checkpoint D (N.I.C.) |
| 740A Construction Lvl 1 & 2 Build Temporary Construction Enclosure Partition | 31-Jul-09 | 11-Sep-09 | 740A Construction Lvl 1 & 2 Build Temporary Construction Encl |
| 703A BHS Demo Existing Sort Matrix (N.I.C.) Area 1 | 31-Jul-09 | 18-Sep-09 | 703A BHS Demo Existing Sort Matrix (N.I.C.) Area 1 |
| 740A Install Elevator 35N8 | 31-Jul-09 | 09-Aug-10 | 740A Install Elevator 35N8 |
| 740A Construction Lvl 3 Area 4B | 31-Jul-09 | 09-Aug-10 | 740A Construction Lvl 3 Area 4B |
| 740A Construction Lvl 2 Area 4A | 24-Aug-09 | 03-Aug-10 | 740A Construction Lvl 2 Area 4A |
| 740A Construction Lvl 2 Areas 1B, 6A, 6B (CL 56 - 67) | 28-Aug-09 | 23-Aug-10 | 740A Construction Lvl 2 Areas |
| 740A Demo Lvl 2 (AREAS 5 & 7) | 14-Sep-09 | 20-Nov-09 | 740A Demo Lvl 2 (AREAS 5 & 7) |
| 740A Construction Lvl 2 Area 4B | 14-Sep-09 | 23-Aug-10 | 740A Construction Lvl 2 Area 4B |
| 740A Construction Lvl 2 (AREAS 5 & 7) | 14-Sep-09 | 23-Dec-10 | 740A Construction Lv |
| 740A Construction Lvl 1 (Area 7) | 21-Sep-09 | 16-Nov-10 | 740A Construction Lvl 1 |
| 740A Demo 3rd Flr International North/South Corridor (N.I.C.) | 19-Nov-09 | 18-Dec-09 | 740A Demo 3rd Flr International North/South Corridor |
| 740A F/O after North/South Corridor Demo | 21-Dec-09 | 25-May-10 | 740A F/O after North/South Corridor Den |
| 740A Construction Lvl 1 (Area 5) | 12-Feb-10 | 03-Jan-11 | 740A Construction L |
| 703A BHS Install System Recheck Area 15 (N.I.C.) | 12-Mar-10 | 16-Nov-10 | 703A BHS Install System |
| 703A BHS Install & Commission C-FIS Claim Devices Lvl 2 Area 15 (N.I.C.) | 12-Mar-10 | 23-Dec-10 | 703A BHS Install & C |
| 740A Construction Lvl 1 (Area 8) | 23-Apr-10 | 03-Jan-11 | 740A Construction L |
| 740A Final F/O Construction Lvl 1 Area 2 | 28-May-10 | 03-Jan-11 | 740A Final F/O Cons |
| 703A Deliver CTX Machines Area 15 (N.I.C.) (3 each) | 03-Aug-10 | | ◆ 703A Deliver CTX Machines Area |

**Legend:**
- ▯ Remaining Level of Effort
- ▬ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▨ Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish |
|---|---|---|
| 703A Install CTX Machines Area 15 (N.I.C.) (3 each) | 03-Aug-10 | 16-Nov-10 |
| 740A TSA Install & Re-Check Lvl 2 (N.I.C.) | 24-Aug-10 | 19-Oct-10 |
| 703A BHS Test System Area 15 (N.I.C.) CL 47-65 | 17-Nov-10 | 28-Feb-11 |
| 740A TCO | 04-Jan-11 | 28-Feb-11 |
| 740A Agency Approvals (N.I.C.) | 04-Jan-11 | 28-Feb-11 |
| 740A Final Commissioning (N.I.C.) | 04-Jan-11 | 28-Feb-11 |
| C-FIS Operational (N.I.C.) | | 28-Feb-11* |
| 740A Project Substantial Completion | | 28-Feb-11 |
| 740A Final Punchlist | 01-Mar-11 | 28-Mar-11 |
| 740A Project Final Completion | | 28-Mar-11 |
| **747B Overall AOA/Landside Access** | 04-Sep-07 | 12-Nov-07 |
| 747B Landside Access - (All of Fencing) (N.I.C.) | 04-Sep-07 | 12-Nov-07 |
| **746A/756E B-C INFILL INTERIORS** | 19-Mar-07 | 28-Feb-11 |
| 746A POJV Receives NTP from MDAD | 19-Mar-07 | |
| 746A Contractor Mobilization | 19-Mar-07 | 13-Apr-07 |
| 746A Permitting Contract Documents (N.I.C.) | | 13-Apr-07 |
| 746A Start Construction | 16-Apr-07 | |
| 756E Build Temp Construction Partitions CL71-88 (BHS Area 8) | 16-Apr-07 | 10-Jul-07 |
| 746A Construction BHS Area #1 (Formerly BHS Area 5W + ) | 16-Apr-07 | 05-Sep-07 |
| 746A Construction BHS Area #2 (Formerly BHS Area 4 + 7) CL74-87+ | 16-Apr-07 | 30-Nov-07 |

- 703A Install CTX Machin...
- 740A TSA Install & Re-Che...
- 703A BHS Test...
- 740A TCO
- 740A Agency A...
- 740A Final Con...
- ◆ C-FIS Operatio...
- ◆ 740A Project S...
- 740A Final P...
- ◆ 740A Project...
- 12-Nov-07, 747B Overall AOA/Landside Access Fence
- 747B Landside Access - (All of Fencing) (N.I.C.)
- ▼ 28-Feb-11, 746...
- ◆ 746A POJV Receives NTP from MDAD
- 746A Contractor Mobilization
- ◆ 746A Permitting Contract Documents (N.I.C.)
- ◆ 746A Start Construction
- 756E Build Temp Construction Partitions CL71-88 (BHS Area 8)
- 746A Construction BHS Area #1 (Formerly BHS Area 5W + )
- 746A Construction BHS Area #2 (Formerly BHS Area 4 + 7) CL74-87+

Legend:
- ▯ Remaining Level of Effort
- ▬ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▬ Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Month |
|---|---|---|---|
| 746A Construction BHS Area #3 (Formerly BHS Area 9E + 9W+ 5E + 11) CL64-74 | 16-Apr-07 | 29-Jan-08 | 746A Construction BHS Area #3 (Formerly BHS Area 9E + 9W+ 5E + 11) CL64-74 |
| 746A Construction West ETD Shell and Roof | 08-May-07 | 27-Sep-07 | 746A Construction West ETD Shell and Roof |
| 746A Concurrent Construction with BHS Ph. 2 Lvl 1 (BHS Area #3) (CL 63-74) | 05-Jul-07 | 25-Oct-07 | 746A Concurrent Construction with BHS Ph. 2 Lvl 1 (BHS Area #3) (CL 63-74) |
| 756E Build Ticket Counter Backwall & Terazzo (BHS Area 8) | 11-Jul-07 | 31-Oct-07 | 756E Build Ticket Counter Backwall & Terazzo (BHS Area 8) |
| 746A Construction  Ph. 1  Lvl 3 | 01-Aug-07 | 15-Apr-08 | 746A Construction  Ph. 1  Lvl 3 |
| 746A Construction  Ph. 1  Lvl 2 | 01-Aug-07 | 07-Aug-08 | 746A Construction  Ph. 1  Lvl 2 |
| 746A Claim Backwall Construction Lvl 1 (CL 74-90) | 04-Sep-07 | 28-Nov-07 | 746A Claim Backwall Construction Lvl 1 (CL 74-90) |
| Area #1 Available for BHS Installation | 06-Sep-07 |  | ◆ Area #1 Available for BHS Installation |
| 746A Concurrent Construction  Ph. 2  Lvl 1 (BHS Area #1) (CL 63-74) | 06-Sep-07 | 31-Dec-07 | 746A Concurrent Construction  Ph. 2  Lvl 1 (BHS Area #1) (CL 63-74) |
| 746A Area Available for B-C Apron Work |  | 27-Sep-07 | ◆ 746A Area Available for B-C Apron Work |
| 746A Construction West ETD MEP and Finish Work - BHS Area #3 | 28-Sep-07 | 23-Jan-08 | 746A Construction West ETD MEP and Finish Work - BHS Area #3 |
| 746A Construction  Ph. 2  Lvl 3 | 31-Oct-07 | 30-Jul-08 | 746A Construction  Ph. 2  Lvl 3 |
| 746A Construction  Ph. 2  Lvl 2 | 31-Oct-07 | 01-Apr-09 | 746A Construction  Ph. 2  Lvl 2 |
| Area #8 Available for BHS Installation CL67-89 | 01-Nov-07 |  | ◆ Area #8 Available for BHS Installation CL67-89 |
| 746A AA OPS Relocates Into Tower 737F (N.I.C.) | 13-Nov-07 | 19-Nov-07 | ▯ 746A AA OPS Relocates Into Tower 737F (N.I.C.) |
| 746A Construction OSR ROOM Lvl 4 | 20-Nov-07 | 09-May-08 | 746A Construction OSR ROOM Lvl 4 |
| 746A  AOA Backwall Complete (CL 74-90) |  | 28-Nov-07 | ◆ 746A  AOA Backwall Complete (CL 74-90) |
| Area #2 Available for BHS Installation | 03-Dec-07 |  | ◆ Area #2 Available for BHS Installation |
| 746A Concurrent Construction Ph. 1  Lvl 1 (BHS Area #2) (CL 74-87) | 03-Dec-07 | 25-Mar-08 | 746A Concurrent Construction Ph. 1  Lvl 1 (BHS Area #2) (CL 74-87) |
| Area #3 Available for BHS Installation | 30-Jan-08 |  | ◆ Area #3 Available for BHS Installation |

Legend:
- ▯ Remaining Level of Effort
- ▬ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▨ Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish |
|---|---|---|
| 746A Demo CD Corridor (N.I.C.) | 09-Apr-08 | 20-May-08 |
| TSA OSR Room Equipment Installation (N.I.C.) | 14-Apr-08 | 09-May-08 |
| 746A Construction Ph. 2 Lvl 2 North Bypass Corridor (Inc. TCO/Comm) (CL 68-74) (N.I.C.) | 16-Apr-08 | 03-Oct-08 |
| TSA OSR Room Complete Allows 703A BHS Ph. 1 Testing to Start (N.I.C.) | | 09-May-08 |
| 746A Construction BC B/P Corridor/Sterile - Lvl 3 (N.I.C.) | 02-Jun-08 | 30-Sep-08 |
| 746A Complete Construction Ph. 1 Lvl 2 (Complete New Ticket Counters) | 19-Jun-08 | 07-Nov-08 |
| 746A TCO Ph. 2 Lvl 3 | 31-Jul-08 | 25-Sep-08 |
| 746A Final Commissioning Ph. 2 Lvl 3 (N.I.C.) | 31-Jul-08 | 25-Sep-08 |
| 746A TCO Ph. 1 Lvl 2 & 3 | 08-Aug-08 | 03-Oct-08 |
| 746A Final Commissioning Ph. 1 Lvl 2 & 3 (N.I.C.) | 08-Aug-08 | 03-Oct-08 |
| 746A MDAD Outfit/Start-up Ph. 2 Lvl 3 (N.I.C.) | 03-Oct-08 | 13-Nov-08 |
| 746A MDAD Outfit/Start-up Ph.1 Lvl 2 & 3 (N.I.C.) | 13-Oct-08 | 21-Nov-08 |
| 703A BHS Install BHS Area #1 & #3 Complete Allows 746A Ph. 2 Lvl 1 to Complete (N.I.C.) | 25-Nov-08 | |
| 703A BHS Area #2 Complete Allows 746A to Complete Finishes (N.I.C.) | 25-Nov-08 | |
| 746A Finish out Ph. 1 Lvl 1 (BHS Area #2) | 25-Nov-08 | 09-Jan-09 |
| 746A Finish Out Ph. 2 Lvl 1 (BHS Area #1 & 3) | 25-Nov-08 | 23-Jan-09 |
| 746A TCO Ph. 1 & 2 Lvl 1 | 26-Jan-09 | 20-Feb-09 |
| 746A Final Commissioning Ph. 1 & 2 Lvl 1 (N.I.C.) | 26-Jan-09 | 20-Feb-09 |
| 746A Open New Bag Claim Tug Loop (CL 79-89) (N.I.C.) | 23-Feb-09 | 23-Feb-09 |
| 746A TCO Ph. 2 Lvl 2 | 02-Apr-09 | 28-May-09 |

Legend:
- ▯ Remaining Level of Effort
- ▬ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▰ Critical Remaining Work
- ◆ Milestone

**NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM**

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

POJV NTD_F04   Page 10 of 16

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Month (chart) |
|---|---|---|---|
| 746A Final Commissioning Ph. 2 Lvl 2 (N.I.C.) | 02-Apr-09 | 28-May-09 | 746A Final Commissioning Ph. 2 Lvl 2 (N.I.C.) |
| 746A Ticket Counters and Queue Area Building Construction Complete | | 28-May-09 | ◆ 746A Ticket Counters and Queue Area Building Construction Complete |
| 746A Construction Final West TKT Counters | 28-Sep-09 | 21-Jan-10 | 746A Construction Final West TKT Counters |
| 746A Area 8W Available for West TKT Counters | | 21-Jan-10 | ◆ 746A Area 8W Available for West TKT Counters |
| 703A Install/Test West Ticket Counter (CL 59-67) Area 8W (N.I.C.) | 22-Jan-10 | 13-May-10 | 703A Install/Test West Ticket Counter (CL |
| 703A Area Available for F/O (CL 59-67) Area 8W (N.I.C.) | | 13-May-10 | ◆ 703A Area Available for F/O (CL 59-67) A |
| 746A Complete Construction West Ticket Counters after BHS Area 8W | 14-May-10 | 09-Aug-10 | 746A Complete Construction Wes |
| 746A Project Substantial Completion (TCO) | | 09-Aug-10 | ◆ 746A Project Substantial Complet |
| 746A Final Punchlist | 10-Aug-10 | 07-Sep-10 | 746A Final Punchlist |
| 746A Project Final Completion | | 07-Sep-10 | ◆ 746A Project Final Completion |
| 746A West Ticket Counter Operational (N.I.C.) | | 28-Feb-11 | ◆ 746A West Tick |
| **747B A-B INFILL SHELL AND INTEI** | **19-Mar-07** | **21-Jun-10** | ▼ 21-Jun-10, 747B A-B INFILL SHELL A |
| 747B POJV Receives NTP from MDAD | 19-Mar-07 | | ◆ 747B POJV Receives NTP from MDAD |
| 747B Contractor Mobilization | 19-Mar-07 | 13-Apr-07 | 747B Contractor Mobilization |
| 747B Shop Drawings & Submittals | 19-Mar-07 | 11-Jun-07 | 747B Shop Drawings & Submittals |
| 747B Start Construction | 16-Apr-07 | | ◆ 747B Start Construction |
| 747B MEP Demo - CAP remove U/G existing lines | 16-Apr-07 | 11-May-07 | 747B MEP Demo - CAP remove U/G existing lines |
| 747D/732D Demolition Complete Allows A-B Shell to Start (Test Piles) (N.I.C.) | 25-Apr-07 | | ◆ 747D/732D Demolition Complete Allows A-B Shell to Start (Test Piles) (N.I.C.) |
| 747B Install Test Piles | 25-Apr-07 | 16-May-07 | 747B Install Test Piles |
| 747B New Bldg (Piles/Caps/UG Utilities) CL 87-112 J/NN | 31-May-07 | 16-Nov-07 | 747B New Bldg (Piles/Caps/UG Utilities) CL 87-112 J/NN |

Legend:
- ▯ Remaining Level of Effort
- ▮ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▨ Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Month |
|---|---|---|---|
| 747B Stair 96 Complete Allow Completion of U/G Utilities & Piles | | 17-Jul-07 | ◆ 747B Stair 96 Complete Allow Completion of U/G Utilities & Piles |
| 747B MEP Install U/G Duct Banks (Deep) | 24-Aug-07 | 18-Dec-07 | 747B MEP Install U/G Duct Banks (Deep) |
| 703A Demo TEN III Outbound BHS (N.I.C.) | 04-Sep-07 | 01-Oct-07 | 703A Demo TEN III Outbound BHS (N.I.C.) |
| 747B Exist Bldg - Backwall (CL86-104) | 04-Sep-07 | 22-Feb-08 | 747B Exist Bldg - Backwall (CL86-104) |
| 747B Exist Bldg - Demo/U/G Utilities/SOG/Masonry Walls - Lvl 1 CL 110-112 | 04-Sep-07 | 22-Feb-08 | 747B Exist Bldg - Demo/U/G Utilities/SOG/Masonry Walls - Lvl 1 CL 110-112 |
| 747B Exist Bldg - Demo/U/G Utilities/SOG/Masonry Walls - Ramp Lvl CL 87- 110 | 04-Sep-07 | 22-Feb-08 | 747B Exist Bldg - Demo/U/G Utilities/SOG/Masonry Walls - Ramp Lvl 87- 110 |
| 747B Exist Bldg - Demo/Masonry Walls - Lvl 2,3,4 CL 112-136 | 04-Sep-07 | 16-Jun-08 | 747B Exist Bldg - Demo/Masonry Walls - Lvl 2,3,4 CL 112-136 |
| 747B New Bldg (Columns/Shearwalls-Ramp) (Precast Beams/Decks- Concourse) CL 87-110 J/NN | 10-Sep-07 | 17-Jan-08 | 747B New Bldg (Columns/Shearwalls-Ramp) (Precast Beams/Decks- Concourse ) CL 87-110 J/NN |
| 747B New Bldg (Columns/Shearwalls-Concourse L) (Precast Beams/Decks - 3rd L) CL 87-110 J/NN | 22-Oct-07 | 28-Feb-08 | 747B New Bldg (Columns/Shearwalls- Concourse L) (Precast Beams/Decks - 3rd L) CL 87-110 J/NN |
| 747B Exist Bldg - Demo & Build Out - Lvl 2 & 3 CL 87- 110 | 30-Oct-07 | 15-Jul-08 | 747B Exist Bldg - Demo & Build Out - Lvl 2 & 3 CL 87- 110 |
| 747B New Bldg (Columns/Shearwalls- 3rd L) (Precast Beams/Decks - 4rd Lvl) CL 87-110 J/NN | 05-Dec-07 | 27-Mar-08 | 747B New Bldg (Columns/Shearwalls- 3rd L) (Precast Beams/Decks - 4rd Lvl) CL 87-110 J/NN |
| 747B New Bldg (Columns/Shearwalls-Ramp L) - (Precast Beams/Decks - Concourse L ) CL 110-112 J/NN | 12-Dec-07 | 14-Feb-08 | 747B New Bldg (Columns/Shearwalls- Ramp L) - (Precast Beams/Decks - Concourse L ) CL 110-112 J/NN |
| 747B MEP Rough In - Lvl 1 (CL 87- 95) | 27-Dec-07 | 17-Apr-08 | 747B MEP Rough In - Lvl 1 (CL 87- 95) |
| 747B MEP Rough In - Lvl 1 (CL 87- 110) | 27-Dec-07 | 09-Sep-08 | 747B MEP Rough In - Lvl 1 (CL 87- 110) |
| 703A Stored Materials for BHS Reloc. Off Conc. (N.I.C.) | 02-Jan-08* | 29-Jan-08 | 703A Stored Materials for BHS Reloc. Off Conc. (N.I.C.) |
| 747B MEP Rough In - Lvl 2 (CL 87-110) | 04-Jan-08 | 16-Sep-08 | 747B MEP Rough In - Lvl 2 (CL 87-110) |
| 747B Exist Bldg - Demo/Masonry Walls - Lvl 2,3,4 CL 110-112 | 28-Jan-08 | 05-Nov-08 | 747B Exist Bldg - Demo/Masonry Walls - Lvl 2,3,4 CL 110-112 |
| 747B Demo/Shell Work/Inc. Slab Lowering - Ramp Lvl (CL 112-136) | 30-Jan-08 | 17-Jul-08 | 747B Demo/Shell Work/Inc. Slab Lowering - Ramp Lvl (CL 112-136) |
| 747B New Bldg (Roofing/Precast Panels/Curtain Wall) CL 87-110 J/NN | 01-Feb-08 | 18-Aug-08 | 747B New Bldg (Roofing/Precast Panels/Curtain Wall) CL 87-110 J/NN |
| 747B New Bldg (Columns/Shearwalls-Concourse Lvl ) - (Precast Beams/Decks- 3rd Lvl) CL 110-112 J/NN | 08-Feb-08 | 10-Apr-08 | 747B New Bldg (Columns/Shearwalls-Concourse Lvl ) - (Precast Beams/Decks- 3rd Lvl) CL 110-112 J/NN |

Legend:
- ▯ Remaining Level of Effort
- ▮ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▨ Critical Remaining Work
- ◆ Milestone

**NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM**

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Month |
|---|---|---|---|
| 747B New Bldg (APM Girders - APM L) CL 87-110 J/NN | 15-Feb-08 | 08-May-08 | 747B New Bldg (APM Girders - APM L) CL 87-110 J/NN |
| 747B Backwall Complete Allows 756A TWI to Start | | 22-Feb-08 | ◆ 747B Backwall Complete Allows 756A TWI to Start |
| 747B APM Station B (S.Steel/SS Roof/Canopy/Skylight) | 28-Mar-08 | 21-Jul-08 | 747B APM Station B (S.Steel/SS Roof/Canopy/Skylight) |
| 747B MEP  Rough In - Lvl 1 & 2 (CL 110-112) | 28-Mar-08 | 11-Dec-08 | 747B MEP  Rough In - Lvl 1 & 2 (CL 110-112) |
| 747B MEP  Rough In- Lvl 3 & 4 (CL 87-110) | 28-Mar-08 | 12-Jan-09 | 747B MEP  Rough In- Lvl 3 & 4 (CL 87-110) |
| 747B New Bldg (Columns/Shearwalls- 3rd L) (Precast Beams/Decks - Roof) CL 110-112 J/NN | 04-Apr-08 | 27-Jun-08 | 747B New Bldg (Columns/Shearwalls- 3rd L) (Precast Beams/Decks - Roof) CL 110-112 J/NN |
| 747B Area Available for BHS Area 4 West (North) Lvl 1 (CL 89-95) | 21-Apr-08 | | ◆ 747B Area Available for BHS Area 4 West (North) Lvl 1 (CL 89-95) |
| 703A BHS Installation Area 4 West (North) Lvl 1 (CL 87-95) excluding CTX (N.I.C.) | 21-Apr-08 | 24-Sep-08 | 703A BHS Installation Area 4 West (North) Lvl 1 (CL 87-95) excluding CTX (N.I.C.) |
| 747B New Bldg (SOG/Crash Walls/Islands/H. Pads/Curbs/Masonry/Overhead MEP | 25-Apr-08 | 16-Sep-08 | 747B New Bldg (SOG/Crash Walls/Islands/H. Pads/Curbs/Masonry/Overhead MEP Rough-In - |
| 747B MEP  Vertical Rough In - Lvl 1 (CL 87-110) | 25-Apr-08 | 14-Oct-08 | 747B MEP  Vertical Rough In - Lvl 1 (CL 87-110) |
| 747B MEP Rough In -  Area 6 (formerly Area 24) (CL 112-136) - All Lvls | 21-May-08 | 05-Feb-09 | 747B MEP Rough In -  Area 6 (formerly Area 24) (CL 112-136) - All Lvls |
| 747B Area Available for BHS Area 4 West (South) Lvl 1 (CL 89-95) | 23-May-08 | | ◆ 747B Area Available for BHS Area 4 West (South) Lvl 1 (CL 89-95) |
| 703A Install 2 BHS Loops in Area 10 | 23-May-08 | 27-Jun-08 | 703A Install 2 BHS Loops in Area 10 |
| 703A BHS Installation Area 4 West (South) Lvl 1 (CL 87-95) excluding CTX (N.I.C.) | 23-May-08 | 30-Sep-08 | 703A BHS Installation Area 4 West (South) Lvl 1 (CL 87-95) excluding CTX (N.I.C.) |
| 747B Finishes, L. Safety - Lvl 1 (CL 87-110) | 23-May-08 | 04-May-09 | 747B Finishes, L. Safety - Lvl 1 (CL 87-110) |
| 747B Finishes, L. Safety - Lvl 2 (CL 87-110) | 23-May-08 | 04-May-09 | 747B Finishes, L. Safety - Lvl 2 (CL 87-110) |
| 747B Elevators/Escalators (CL 112-136) | 19-Jun-08 | 05-Mar-09 | 747B Elevators/Escalators (CL 112-136) |
| 747B New Bldg (APM Girders - APM L ) CL 110-112 J/NN | 23-Jun-08 | 02-Sep-08 | 747B New Bldg (APM Girders - APM L )  CL 110-112 J/NN |
| 747B New Bldg (Roofing/Precast Panels/Curtain Wall) CL 110-112 J/NN | 30-Jun-08 | 18-Nov-08 | 747B New Bldg (Roofing/Precast Panels/Curtain Wall) CL 110-112 J/NN |
| 747B Elevators/Escalators (CL 110-112) | 30-Jun-08 | 17-Sep-09 | 747B Elevators/Escalators (CL 110-112) |

| Legend | | NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM | POJV NTD_F04  Page 13 of 16 |
|---|---|---|---|
| ▯ | Remaining Level of Effort | | Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents |
| ▮ | Actual Level of Effort | SCHEDULE FOR | |
| ▮ | Actual Work | | |
| ▯ | Remaining Work | PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B | |
| ▨ | Critical Remaining Work | | |
| ◆ | Milestone | | |

| Activity Name | Start | Finish | Month |
|---|---|---|---|
| 747B APM Station A (S.Steel/SS Roof/Canopy/Skylight) | 08-Jul-08 | 28-Oct-08 | 747B APM Station A (S.Steel/SS Roof/Canopy/Skylight) |
| 747B MEP Rough In - APM Station B | 22-Jul-08 | 11-Dec-08 | 747B MEP Rough In - APM Station B |
| 747B Elevators/Escalators (CL 87-110) | 22-Jul-08 | 07-Dec-09 | 747B Elevators/Escalators (CL 87-110) |
| 747B New Bldg (SOG/Crash Walls/Islands/H. Pads/Curbs/Masonry/MEP Rough In Pamp LvI) CL 110 112 (INN | 29-Jul-08 | 18-Nov-08 | 747B New Bldg (SOG/Crash Walls/Islands/H. Pads/Curbs/Masonry/MEP Rough-In - Ramp |
| 747B Area Available for Apron Construction (732M) | 19-Aug-08 | | ◆ 747B Area Available for Apron Construction (732M) |
| 747B Finishes, L. Safety - Lvl 3 & 4 (CL 87-110) | 19-Aug-08 | 29-Jul-09 | 747B Finishes, L. Safety - Lvl 3 & 4 (CL 87-110) |
| 762B Install/Commission PLBs (Gate D21 & D23) (N.I.C.) | 19-Aug-08 | 04-Feb-09 | 762B Install/Commission PLBs (Gate D21 & D23) (N.I.C.) |
| 747B Area Available for A-B APM Guideways | | 02-Sep-08 | ◆ 747B Area Available for A-B APM Guideways |
| 747B Area Available for BHS Area 4 East Lvl 1 (CL 87-110) | 17-Sep-08 | | ◆ 747B Area Available for BHS Area 4 East Lvl 1 (CL 87-110) |
| 747B Storefronts/Finishes, L. Safety - APM B | 17-Sep-08 | 02-Jun-09 | 747B Storefronts/Finishes, L. Safety - APM B |
| 747B Area Available for BHS Area 6 (CL 112-136) | 29-Sep-08 | | ◆ 747B Area Available for BHS Area 6 (CL 112-136) |
| 703A BHS Install Area 6 (formerly 24) (N.I.C.) | 29-Sep-08 | 06-Oct-09 | 703A BHS Install Area 6 (formerly 24) (N.I.C.) |
| 747B Area Available for F/O Area 4 West (North & South) | 01-Oct-08 | | ◆ 747B Area Available for F/O Area 4 West (North & South) |
| 747B Complete Finishes After BHS Area 4 West (North & South) | 01-Oct-08 | 26-Dec-08 | 747B Complete Finishes After BHS Area 4 West (North & South) |
| 703A BHS Installation & CTX Ph. 2 Area 4 East (N.I.C.) (CL 87-110) | 01-Oct-08 | 24-Sep-09 | 703A BHS Installation & CTX Ph. 2 Area 4 East (N.I.C.) (CL 8 |
| 747B Finishes, L. Safety - Lvl 1&2 (CL 110-112) | 08-Oct-08 | 15-Oct-09 | 747B Finishes, L. Safety - Lvl 1&2 (CL 110-112) |
| 747B Area Available for APM Substation 1 Lvl 1 (CL 94) | | 14-Oct-08 | ◆ 747B Area Available for APM Substation 1 Lvl 1 (CL 94) |
| 747B MEP Rough In - Lvl 3 & 4 (CL 110-112) | 29-Oct-08 | 27-Apr-09 | 747B MEP Rough In - Lvl 3 & 4 (CL 110-112) |
| 747B Area Available for BHS Area 5 Lvl 1 (CL 110-112) | 19-Nov-08 | | ◆ 747B Area Available for BHS Area 5 Lvl 1 (CL 110-112) |
| 703A BHS Install Area #5 (formerly 21 & 23) (N.I.C.) | 19-Nov-08 | 29-Oct-09 | 703A BHS Install Area #5 (formerly 21 & 23) (N.I.C.) |

Legend:
- ▯ Remaining Level of Effort
- ▬ Actual Level of Effort
- ▬ Actual Work
- ▯ Remaining Work
- ▦ Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Month / Bar |
|---|---|---|---|
| 747B Finishes, L. Safety - Area 6 (formerly Area 24) (CL 112-136) | 24-Nov-08 | 16-Apr-09 | 747B Finishes, L.Safety - Area 6 (formerly Area 24) (CL 112-136) |
| 747B TCO Lvl 1 (CL 87-95) | 29-Dec-08 | 09-Feb-09 | 747B TCO Lvl 1 (CL 87-95) |
| 747B Commissioning Lvl 1 (CL-87-95) (N.I.C.) | 29-Dec-08 | 09-Feb-09 | 747B Commissioning Lvl 1 (CL-87-95) (N.I.C.) |
| 747B MEP Rough In - APM Station A | 06-Jan-09 | 27-Apr-09 | 747B MEP Rough In - APM Station A |
| 747B Complete Face mask (CL 92.5-96) | | 12-Jan-09 | ◆ 747B Complete Face mask (CL 92.5-96) |
| 763A Install/Commission 400HZ/PCA (Gate D16 & D20 & D21 & D22 & D23) (N.I.C.) | 13-Jan-09 | 13-May-09 | 763A Install/Commission 400HZ/PCA (Gate D16 & D20 & D21 & D22 & D2 |
| 747B Finishes, L. Safety - Lvl 3 & 4 (CL 110-112) | 29-Jan-09 | 26-Mar-10 | 747B Finishes, L. Safety - Lvl 3 & 4 (CL 110-1 |
| 747B Area Available for APM Station B & Equipment Rooms | | 03-Feb-09 | ◆ 747B Area Available for APM Station B & Equipment Rooms |
| 747B Open New Bag Claim Tug Loop (CL 89-95) | 10-Feb-09 | 10-Feb-09 | I 747B Open New Bag Claim Tug Loop (CL 89-95) |
| 703A Deliver CTX Machines Area 4 (N.I.C.) (5 each) (formerly Area 18) | 23-Feb-09 | | ◆ 703A Deliver CTX Machines Area 4 (N.I.C.) (5 each) formerly Area 18) |
| 747B Storefronts/Finishes, L. Safety - APM A | 03-Mar-09 | 12-Nov-09 | 747B Storefronts/Finishes, L. Safety - APM A |
| 747B TCO (CL 112-136) | 17-Apr-09 | 12-Jun-09 | 747B TCO (CL 112-136) |
| 747B Final Commissioning (CL 112-136) (N.I.C.) | 17-Apr-09 | 12-Jun-09 | 747B Final Commissioning (CL 112-136) (N.I.C.) |
| 747B TCO Lvl 2 (CL 87-110) | 05-May-09 | 16-Jun-09 | 747B TCO Lvl 2 (CL 87-110) |
| 747B Final Commissioning Lvl 2 (CL 87-110) (N.I.C.) | 05-May-09 | 16-Jun-09 | 747B Final Commissioning Lvl 2 (CL 87-110) (N.I.C.) |
| 762B Complete Procur. & Inst. PLB's (N.I.C.) | | 26-May-09 | ◆ 762B Complete Procur. & Inst. PLB's (N.I.C.) |
| 703A BHS Install TEN-III Ticket Counters Area 25 (N.I.C.) | 30-Jul-09 | 24-Sep-09 | 703A BHS Install TEN-III Ticket Counters Area 25 (N.I.C.) |
| 747B TCO Lvl 3, 4 & APM Station B (CL-87-110) | 30-Jul-09 | 24-Sep-09 | 747B TCO Lvl 3, 4 & APM Station B (CL-87-110) |
| 747B Commission Lvl 3, 4 & APM Station B (CL-87-110) (N.I.C.) | 30-Jul-09 | 24-Sep-09 | 747B Commission Lvl 3, 4 & APM Station B (CL-87-110) (N.I.( |
| 747B Area Available for APM Station A & Equipment Rooms | | 02-Sep-09 | ◆ 747B Area Available for APM Station A & Equipment Rooms |

---

Legend:
- 〔〕 Remaining Level of Effort
- ▬ Actual Level of Effort
- ▬ Actual Work
- 〔〕 Remaining Work
- ▨ Critical Remaining Work
- ◆ Milestone

NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

SCHEDULE FOR

PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B

Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents

| Activity Name | Start | Finish | Month |
|---|---|---|---|
| 747B Area Available for F/O Area 4 East (N.I.C.) | 25-Sep-09 | | ◆ 747B Area Available for F/O Area 4 East (N.I.C.) |
| 747B Complete Finishes After BHS Area 4 East (formerly Areas 10, 16 - 18, 19E & 20) | 25-Sep-09 | 21-Dec-09 | ▭ 747B Complete Finishes After BHS Area 4 East (forme |
| 747B Area Available for F/O Area 6 (N.I.C.) | 07-Oct-09 | | ◆ 747B Area Available for F/O Area 6 (N.I.C.) |
| 747B Complete Finishes After BHS Area 6 | 07-Oct-09 | 03-Dec-09 | ▭ 747B Complete Finishes After BHS Area 6 |
| 703A BHS Testing Area 6 (formerly 24) (N.I.C.) | 07-Oct-09 | 04-Jan-10 | ▭ 703A BHS Testing Area 6 (formerly 24) (N.I.C.) |
| 747B Area Available for F/O Area 5 (N.I.C.) | 30-Sep-09 | | ◆ 747B Area Available for F/O Area 5 (N.I.C.) |
| 747B Complete Finishes After BHS Area 5 | 30-Sep-09 | 27-Jan-10 | ▭ 747B Complete Finishes After BHS Area 5 |
| 703A BHS Ph. 2 Testing Areas 4 & 5 (N.I.C.) | 30-Oct-09 | 19-May-10 | ▭ 703A BHS Ph. 2 Testing Areas 4 & 5 (N. |
| 747B FINAL TCO (CL 112-136) | | 03-Dec-09 | ◆ 747B FINAL TCO (CL 112-136) |
| 747B TCO Lvl 1 (CL 95-110) | 22-Dec-09 | 03-Feb-10 | ▭ 747B TCO Lvl 1 (CL 95-110) |
| 747B Final Commissioning Lvl 1 (CL 87-110) (N.I.C.) | 22-Dec-09 | 03-Feb-10 | ▭ 747B Final Commissioning Lvl 1 (CL 87-110) (N.I. |
| 747B Open New Bag Claim Tug Loop (CL 97-103) (N.I.C.) | 04-Feb-10 | 17-Mar-10 | ▭ 747B Open New Bag Claim Tug Loop (CL 97- |
| 747B TCO (CL 110-112) & APM Station A | 29-Mar-10 | 21-May-10 | ▭ 747B TCO (CL 110-112) & APM Station |
| 747B Restore Air Side Operations (MDAD & POJV) | 29-Mar-10 | 21-May-10 | ▭ 747B Restore Air Side Operations (MDA |
| 747B Final Commissioning (CL 110-112) & APM Station A (N.I.C.) | 29-Mar-10 | 21-May-10 | ▭ 747B Final Commissioning (CL 110-112) |
| 747B Project Substantial Completion (TCO) | | 21-May-10 | ◆ 747B Project Substantial Completion (TC |
| 747B Punchlist | 24-May-10 | 21-Jun-10 | ▭ 747B Punchlist |
| 747B Demolish Concourse A Tenant Passageway (N.I.C.) | 24-May-10 | 21-Jun-10 | ▭ 747B Demolish Concourse A Tenant F |
| 747B Project Final Completion | | 21-Jun-10 | ◆ 747B Project Final Completion |
| 747B Project Substantial Completion (BHS-MDAD) | | 21-Jun-10 | ◆ 747B Project Substantial Completion ( |

| Legend | NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM | POJV NTD_F04  Page 16 of 16 |
|---|---|---|
| ▯ Remaining Level of Effort | | |
| ▮ Actual Level of Effort | SCHEDULE FOR | Nothing in this schedule shall take precedence over the terms and conditions of the Contract Documents |
| ▬ Actual Work | | |
| ▯ Remaining Work | PROJECTS 739A, 739C, 739I, 740A, 746A, 756E & 747B | |
| ▨ Critical Remaining Work | | |
| ◆ Milestone | | |

MIAMI-DADE AVIATION DEPARTMENT

MIAMI INTERNATIONAL AIRPORT
NORTH TERMINAL DEVELOPMENT PROGRAM

# 747B
# Bid Package No. 11D

PROJECT MANUAL

DIVISION 0

**June 5, 2007**

# TABLE OF CONTENTS

| Section | Description | Date |
|---------|-------------|------|
| 00000 | Advertisement for Bids | 10/06/06 |
| 00001 | Instructions to Bidders | 03/16/06 |
| 00004 | Single Execution Affidavits | 01/23/06 |
| 00005 | Performance Bond & Payment Bond | 06/05/07 |
| 00006 | Clarifications and Definitions | 05/19/06 |
| 00010 | Trade Contractor's Safety & Security Requirements | 09/22/06 |
| 00011 | Trade Contractor's Hurricane Preparedness Plan Req. | 01/23/06 |
| 00013 | Trade Contractor's Environmental Requirements | 01/23/06 |
| 00015 | Owner Controlled Insurance Program | 01/23/06 |
| 00020 | Disadvantaged Business Enterprise (DBE) Participation Requirements | 01/23/06 |
| 00021 | Minimum Wage Rates (Davis Bacon & Related Acts) | 02/03/06 |
| 00022 | Community Workforce Program | 01/23/06 |
| 00023 | Security Sensitive Information Requirements | 03/16/06 |
| 00024 | Lobbyist Rules | 01/23/06 |
| 00030 | General Conditions Provisions | 06/05/07 |
| 00040 | Excerpts of Federal Requirements | 03/16/06 |

# SECTION 00004

## SINGLE EXECUTION AFFIDAVITS

This sworn statement is submitted with the Bid for:

PROGRAM NAME: **North Terminal Development Consolidation Program**

PROJECT: _____

BID PACKAGE NUMBER_____

COUNTY OF **MIAMI-DADE**

STATE OF **FLORIDA**

Before me the undersigned authority appeared _____ (Print Name) who is personally known to me or who has provided _____ as identification and who did (did not) take an oath, and who stated:

That he is duly authorized representative of

_____

(Name of Bidder)

_____

(Address of Bidder)

Hereinafter referred to as the contracting entity being its

_____

(Sole Proprietor) (Partner) (President or Other Authorized Officer)

and as such has full authority to make the following Bidder Affidavits.

POJV – North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 1 of 13

# AFFIDAVIT NO. 1

## SWORN STATEMENT UNDER SECTION 287.133
## FLORIDA STATUTES, ON PUBLIC ENTITY CRIMES

1. I understand that a "public entity crime" as defined in Paragraph 287.133(1)(g), **Florida Statutes**, means a violation of any state or federal law by a person with respect to and directly related to the transaction of business with any public entity or with an agency or political subdivision of any other state or with the United States, including, but not limited to, any bid or contract for goods or services to be provided to any public entity or an agency or political subdivision of any other state or of the United States and involving antitrust, fraud, theft, bribery, collusion, racketeering, conspiracy, or material misrepresentation.

2. I understand that "convicted" or "conviction" as defined in Paragraph 287.133(1)(b), **Florida Statutes**, means a finding of guilt or a conviction of a public entity crime, with or without an adjudication of guilt, in any federal or state trial court of record relating to charges brought by indictment or information after July 1, 1989, as a result of a jury verdict, nonjury trial, or entry of a plea of guilty or nolo contendere.

3. I understand that an "affiliate" as defined in Paragraph 287.133(1)(a), **Florida Statutes**, means:

   1. A predecessor or successor of a person convicted of a public entity crime; or

   2. An entity under the control of any person who is active in the management of the entity and who has been convicted of a public entity crime. The term "affiliate" includes those officers, director, executives, partners, shareholders, employees, members, and agents who are active in the management of an affiliate. The ownership by one person of shares constituting a controlling interest in another person, or a pooling of equipment or income among persons when not for fair market value under an arm's length agreement, shall be a prima facie case that one person controls another person. A person who knowingly enters into a joint venture with a person who has been convicted of a public entity crime in Florida during the preceding 36 months shall be considered an affiliate.

4. I understand that a "person" as defined in Paragraph 287.133(1)(e), **Florida Statutes**, means any natural person or entity organized under the laws of any state or of the United States with the legal power to enter into a binding contract and which bids or applies to bid on contracts for the provision of goods or services let by a public entity, or which otherwise transacts or applies to transact business with a public entity. The term "person" includes those officers, directors, executives, partners, shareholders, employees, members and agents who are active in management of an entity.

POJV – North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 2 of 13

5. Based on information and belief, the statement which I have marked below is true in relation to the entity submitting this sworn statement. **[Please indicate which statement applies.]**

_____Neither the entity submitting this sworn statement, nor any officers, directors, executives, partners, shareholders, employees, members, or agents who are active in management of the entity, nor any affiliate of the entity have been charged with and convicted of a public entity crime subsequent to July 1, 1989.

_____The entity submitting this sworn statement, or one or more of the officers, directors, executives, partners, shareholders, employees, members, or agents who are active in management of the entity, or an affiliate of the entity has been charged with and convicted of a public entity crime subsequent to July 1, 1989, AND [Please indicate which additional statement applies.]

_____There has been a proceeding concerning the conviction before a hearing officer of the State of Florida, Division of Administrative Hearings. The final order entered by the hearing officer did not place the person or affiliate on the convicted vendor list. **[Please attach a copy of the final order.]**

_____The person or affiliate was placed on the convicted vendor list. There has been a subsequent proceeding before a hearing officer of the State of Florida, Division of Administrative Hearings. The final order entered by the hearing officer determined that it was in the public interest to remove the person or affiliate from the convicted vendor list. **[Please attach a copy of the final order.]**

_____The person or affiliate has not been placed on convicted vendor list. **[Please describe any action taken by or pending with the Florida Department of General Services.]**

## AFFIDAVIT NO. 2

### CRIMINAL RECORD AFFIDAVIT

Above named bidder, as of the date of bid submission:

_____has not been convicted of a felony during the past ten (10) years, nor does it, as of the date of bid submission, have an officer, director or executive who has been convicted of a felony during the past ten (10) years.

_____has been convicted of a felony during the past ten (10) years, or as of the date of bid submission, has an officer, director or executive who has been convicted of a felony during the past ten (10) years.

POJV – North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 3 of 13

AFFIDAVIT NO. 3

## MIAMI DADE COUNTY DEBARMENT DISCLOSURE AFFIDAVIT PURSUANT TO COUNTY CODE 10-38

Bidder or his agents, officers, principals, stockholders, subcontractors or their affiliates are not debarred by Miami-Dade County.

AFFIDAVIT NO. 4

### FLORIDA TRENCH SAFETY ACT (Section 553.60-553.64, Florida Statues)

1. By submission of his bid and subsequent execution of this Trade Contract, the undersigned Bidder certifies that as successful Bidder (Contractor) all trench excavation done within his control (by his own forces or by his subcontractors) shall be accomplished in strict adherence with OSHA Trench Safety Standards contained in 29 C.F.R., s. 1926, 650, Subpart P, including all subsequent revisions or updates to these standards as adopted by the Department of Labor and Employment Security.

2. The undersigned Bidder certifies that as successful Bidder (Contractor) he has obtained or will obtain identical certification from his proposed subcontractors that will perform trench excavation prior to award of the subcontracts and that he will retain such certifications in his files for a period of not less than three years following final acceptance.

3. The Bidder acknowledges that included in the various items listed in the Schedule of Prices Bid and in the Total Amount Bid are cost for complying with the Florida Safety Act (Sections 553.60-553.64. Florida Statutes). The Bidder further identifies the cost to be summarized below:

| Trench Safety Measure (Description) | Units of Measure (LF.SY) | Unit Quantity | Unit Cost | Extended Cost |
|---|---|---|---|---|
| A. | | | | $ |
| B. | | | | $ |
| C. | | | | $ |
| | | | Total | $ |

POJV -- North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 4 of 13

**AFFIDAVIT NO. 5**

## CONTRACTOR'S DISCLOSURE AFFIDAVIT FOR MIAMI-DADE COUNTY

**PART I - OWNERSHIP**

Publicly Traded Corporations are exempt from this Part I requirement, but must indicate by letter that it is a Publicly Traded Corporation and include the name of the stock exchange market and symbol where registered.

That the information given herein and in the documents attached hereto is true and correct.

1.  The full legal name and business address of the person or entity (Contractor) contracting with Parsons-Odebrecht, J.V.

    _____

    _____

2.  If the contract or business transaction is with a Corporation, provide the full legal name and business address and title for each officer.

    _____

    _____

3.  If the contract or business transaction is with a Corporation, provide the full legal name and business address for each director.

    _____

    _____

4.  If the contract or business transaction is with a Corporation, provide the full legal name and business address for each stockholder who holds directly or indirectly five percent (5%) or more of the corporation's stock and state the percentage.

    _____

    _____

5.  If the contract or business transaction is with a Trust, provide the full legal name and address for each trustee and each beneficiary. All such names and addresses are:

    _____

    _____

POJV -- North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 5 of 13

6. The full legal name and business address of any other individuals (other than subcontractors, suppliers, laborers or lenders) who have, or will have any interest (legal, equitable, beneficial or otherwise) in the contract or business transaction with Parsons-Odebrecht, J.V are:

_____

_____

7. If a Corporate Joint Venture, list the names and titles of the Officers of the Corporate Members of the Joint Venture:

(a) President _____          (b) President _____

　　Vice-Pres _____          　　Vice-Pres _____

　　Secretary _____          　　Secretary _____

　　Treasurer _____          　　Treasurer _____

8. If a Non-Corporate Partnership or Joint Venture, list names of the Principals of the Non-Corporate Partnership of Joint Venture:

(c) _____          (d) _____
　　　　　(Name)                              　　　　(Name)

　　_____          　　_____
　　　　　(Title)                              　　　　　(Title)

## PART II – EMPLOYMENT DISCLOSURE

1. Does your firm have a collective bargaining agreement with its employees:

　　　　　　Yes (　)                    No (　)

2. Does your firm provide health care benefits for its employees?

　　　　　　Yes (　)                    No (　)

POJV -- North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B
Page 6 of 13

January 23, 2006
Section 00004
Version 0

3. Provide a current breakdown (number of persons) of your firm's work force and ownership as to race, national origin and gender:

White:        \_\_\_\_\_Males  \_\_\_\_\_Females    Asian:              \_\_\_\_\_Males  \_\_\_\_\_Females

Black:        \_\_\_\_\_Males  \_\_\_\_\_Females    Native American: \_\_\_\_\_Males  \_\_\_\_\_Females

Hispanics:  \_\_\_\_\_Males  \_\_\_\_\_Females    Alaska Natives:   \_\_\_\_\_Males  \_\_\_\_\_Females

_____:  \_\_\_\_\_Males  \_\_\_\_\_Females    _____:   \_\_\_\_\_Males  \_\_\_\_\_Females

## PART III – CONTRACT HISTORY

LIST ALL CONSTRUCTION OR PROCUREMENT CONTRACTS IN EFFECT WITH MIAMI-DADE COUNTY DURING THE LAST FIVE (5) YEARS:

| CONTRACT DATE | DOLLAR AMOUNT OF ORIGINAL CONTRACT | FINAL AMOUNT OF CONTRACT | PERCENTAGE DIFFERENTIAL |
|---|---|---|---|
| (1) | | | |
| _____ | $_____ | $_____ | _____% |
| Summary of Work performed | _____ | | |
| | _____ | | |
| Litigation Arising out Of contract | _____ | | |
| | _____ | | |
| | _____ | | |

POJV – North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 7 of 13

| CONTRACT DATE | DOLLAR AMOUNT OF ORIGINAL CONTRACT | FINAL AMOUNT OF CONTRACT | PERCENTAGE DIFFERENTIAL |
|---|---|---|---|

(2)

_____  $_____  $_____  _____%

Summary of
Work performed  _____

_____

Litigation
Arising out  _____
Of contract  _____

_____

(3)

_____  $_____  $_____  _____%

Summary of
Work performed  _____

_____

Litigation
Arising out  _____
Of contract  _____

_____

(4)

_____  $_____  $_____  _____%

Summary of
Work performed  _____

_____

Litigation
Arising out  _____
Of contract  _____

_____

(BIDDER: ADD EXTRA SHEETS IF NEEDED)

POJV – North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B
Page 8 of 13

January 23, 2006
Section 00004
Version 0

**PART IV – CONTRACT REFERENCES**

A.    How long has the firm been in business?     _____

B.    Has the firm, or the principals of the firm, ever done business under another name or with another firm? _____ If so, attach separate sheet(s) listing same information as in parts I, II and III of this affidavit.

C.    Provide a representative listing of your firm's private sector business for the last five (5) years: (minimum of 5 listings)

| NAME OF CLIENT | DESCRIPTIVE TITLE OF PROJECT |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |

POJV – North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 9 of 13

|     | NAME OF CLIENT | DESCRIPTIVE TITLE OF PROJECT |
|-----|----------------|------------------------------|
| (5) | _____ | _____ |
|     | _____ | _____ |
|     | _____ | _____ |
|     | _____ | _____ |
|     | _____ | _____ |

(BIDDER: ADD EXTRA SHEETS IF NEEDED)

## AFFIDAVIT NO. 6

## **DRUG-FREE WORK PLACE CERTIFICATION**

The entity named above certifies that the firm will provide a drug free workplace in compliance with Section 2-8.1.2(B) of the Code of Miami-Dade County.

## AFFIDAVIT NO. 7

## **DISABILITY NONDISCRIMINATION CERTIFICATION**

That the above named entity is in compliance with and agrees to continue to comply with, and assure that any subcontractor, or third party contractor under this project complies with all applicable requirements of the laws listed below including, but not limited to, those provisions pertaining to employment, provision of programs and services, transportation, communications, access to facilities, renovations, and new construction.

The Americans with Disabilities Act of 1990 (ADA), Pub. L. 101-336, 104 Stat 327, 42 U.S.C. 12101-12213 and 47 U.S.C. Sections 225 and 611 including Title I, Employment; Title II, Public Services; Title III, Public Accommodations and Services Operated by Private Entities; Title IV, Telecommunications; and Title V, Miscellaneous Provisions.

The Rehabilitation Act of 1973, 29 U.S.C. Section 794
The Federal Transit Act, as amended 49 U.S.C. Section 1612
The Fair Housing Act as amended, 42 U.S.C. Section 3601-3631
Miami-Dade County Resolution No. R-385-95

Any contract entered into based upon a false certification submitted pursuant to resolution No. R-385-95 shall be voidable. If any attesting firm violates any of the Acts during the term of any contract such firm has with the County, such contract shall be voidable, even if the attesting firm was not in violation at the time it submitted its certification.

POJV – North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 10 of 13

## MIAMI-DADE COUNTY REGARDING DELINQUENT AND CURRENTLY DUE TAXES, FEES AND PARKING TICKETS (Section 2-8.1(c) of the County Code)

Except for small purchase orders and sole source contracts, the above named entity verifies that all delinquent and currently due fees or taxes – including but not limited to real and property taxes, utility taxes and occupational licenses – which are collected in the normal course by the Miami-Dade County Tax Collector as well as Miami-Dade County issued parking tickets for vehicles registered in the name of the entity have been paid.

## AFFIDAVIT NO. 9

### CODE OF BUSINESS ETHICS AFFIDAVIT

The above named entity has adopted a business Code of Ethics that complies with the requirements of County code Section 2-8.1(i).

The above named entity hereby affirms its understanding that its failure to comply with its Code of Business Ethics shall render any contract between it and the County voidable, and subject it to debarment from future County work pursuant to Section 10-38(h)(2) of the Code of Miami-Dade County. The Inspector General shall be authorized to investigate any alleged violation by a contractor of its Code of Business Ethics. Nothing contained herein shall be construed to limit the powers and duties of the Inspector General as stated in other sections of the Code of Miami-Dade County.

## AFFIDAVIT NO. 10

### CURRENT IN OBLIGATIONS TO THE COUNTY AFFIDAVIT PURSUANT TO COUNTY CODE SECTION 2-8.1(H)

Above named bidder, as of the date of this affidavit, verifies that the individual or entity is current in its obligations to the County and is not otherwise in default of any County contract.

## AFFIDAVIT NO. 11

### FAMILY LEAVE PLAN CERTIFICATION

That in compliance with Section 11A-29, et seq., of the Miami-Dade County Code, the above named entity provides the following information and is in compliance with all items in the aforementioned Code.

Employees shall be entitled to take leave on the same terms and conditions as are provided within the Family and Medical Leave Act of 1993 (FMLA), Public Law No. 103-3, and any amendments thereto, with the exception of the following:

(a) An employee may also take leave to care for a grandparent with a serious health condition on the same terms and conditions as leave is permitted under the FMLA to care for a parent with

POJV – North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 11 of 13

a serious health condition.

(b) Nothing in the County Code shall be construed to affect any employee benefit plan that the employer may otherwise provide.

Pursuant to the Miami-Dade County Code, an eligible employee shall be entitled to a total of 12 workweeks of leave during any 12-month period for one or more of the following:

(a) Because of the birth of a son or daughter of the employee and in order to care for such son or daughter.

(b) Because of the placement of a son or daughter with the employee for adoption or foster care.

(c) In order to care for the spouse, or a son, daughter, or parent, of the employee, if such spouse, son, daughter, or parent has a serious health condition.

(d) Because of a serious health condition that makes the employee unable to perform the functions of the position of such employee.

## AFFIDAVIT NO. 12

## DOMESTIC LEAVE CERTIFICATION

The entity named above certifies that the firm is in compliance with the Domestic Leave requirements pursuant to Miami-Dade County Code Section 11A-60, et seq.

POJV -- North Terminal Development Consolidation Program
Single Execution Affidavit
Project No. 747B

January 23, 2006
Section 00004
Version 0

Page 12 of 13

**This single execution shall have the same force and effect as if each of the above certifications/verifications had been individually executed.**


_____
(Signature of Authorized Representative)

Title _____

Date _____

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

The above instrument was acknowledged before me this _____ day of _____,20___,

by _____,
(Authorized Representative)

of_____,
(Name of Corporation, Partnership, etc.)

who is personally known to me or has produced as _____ identification and who did/did not take an oath.

_____                    Notary Stamp or Seal:
(Signature of Notary)


_____
(Print Name)


Notary Commission Number: _____,


My Commission Expires: _____
                                            (Commission Number)

# SECTION 00005

# Performance Bond & Payment Bond

**Attached are copies of the:**

- **Performance Bond Form** (to be executed and submitted with the Trade Contract Agreement); and the
- **Payment Bond Form** (to be executed and submitted with the Trade Contract Agreement),

**to be used in connection with this Trade Contract.**

POJV – North Terminal Development Consolidation Program
Performance Bond & Payment Bond

June 5, 2007
Section 00005
Version 2.1

Page 1 of 5

# SURETY PERFORMANCE BOND

By this Bond, We _____, as Principal, whose principal business address is _____, as Trade Contractor under the Trade Contract dated _____, 20___ between Principal and the Managing General Contractor for the construction of _____ _____ Project No. _____ (herein after referred to as "Trade Contract") the terms of which Trade Contract are incorporated by reference in its entirety into this Bond and _____, a corporation, whose principal business address is _____ as Surety, are bound to Parsons-Odebrecht, J.V., ("POJV" or "Managing General Contractor") and Miami-Dade County, as multiple obligees, in the sum of _____ (U.S. dollars) $ _____, for payment of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if Principal:

    1.    Performs all the work under the Trade Contract, including but not limited to guarantees, warranties and the curing of latent defects, said Trade Contract being made a part of this bond by reference, and in the times and in the manner prescribed in the Trade Contract, including any and all damages for delay; and

    2.    Pays POJV and Miami-Dade County all losses, damages, including damages for delay, expenses, costs and attorney's fees, including appellate proceedings, that POJV and Miami-Dade County sustain because of a default by Principal under the Trade Contract, including but not limited to a failure to honor all guarantees and warranties or to cure latent defects in its work or materials within 5 years after completion of the work under the Trade Contract; and

    3.    Performs the guarantee of all work and materials furnished under the Trade Contract for the time specified in the Trade Contract, including all warranties and curing all latent defects within 5 years after completion of the work under the Trade Contract;

then this bond is void; otherwise it remains in full force.

If no specific periods of warranty are stated in the Trade Contract for any particular item or work, material or equipment, the warranty shall be deemed to be a period of one (1) year from the date of final acceptance by POJV and the County. This Bond does not limit POJV's and the County's ability to pursue suits directly with the Principal seeking damages for latent defects in materials or workmanship, such actions being subject to the limitations found in Section 95.11(3)(c), Florida Statutes.

Any changes in or under the Trade Contract Documents and compliance or noncompliance with any formalities connected with the Trade Contract or the changes does not affect Surety's obligation under this Bond.

POJV – North Terminal Development Consolidation Program
Performance Bond & Payment Bond

June 5, 2007
Section 00005
Version 2.1

Page 2 of 5

## SURETY PERFORMANCE BOND (Cont'd)

IN WITNESS WHEREOF, the above bounden parties have caused this Bond to be executed by their appropriate officials as of the _____ day of _____ , 20___.

TRADE CONTRACTOR

_____
(Trade Contractor Name)

BY:

_____
(President) (Managing partner or Joint Venturer)

(SEAL)

COUNTERSIGNED BY RESIDENT
FLORIDA AGENT OF SURETY:                    SURETY:

_____          _____

(Copy of Agent's current
Identification Card as issued by
State of Florida Insurance Commission must be attached)  By: _____

Attorney-in-Fact

(CORPORATE SEAL)

(Power of Attorney must be attached)

POJV – North Terminal Development Consolidation Program
Performance Bond & Payment Bond

June 5, 2007
Section 00005
Version 2.1

Page 3 of 5

# SURETY PAYMENT BOND

By this Bond, We _____, as Principal, whose principal business address is _____, as Trade Contractor under the Trade Contract dated _____, 20__ between Principal and the Managing General Contractor for the construction of _____, Project No _____ (herein after referred to as "Trade Contract") the terms of which Trade Contract are incorporated by reference in its entirety into this Bond and _____, a corporation, whose principal business address is _____ as Surety, are bound to Parsons-Odebrecht, J.V., ("POJV" or "Managing General Contractor") and Miami-Dade County, as multiple obligees, in the sum of _____ (U.S. dollars) $_____ for payment of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if Principal:

1. Promptly makes payments to all claimants, as defined in Section 255.05(1), Florida Statutes, supplying Principal with labor, materials, or supplies, used directly or indirectly by Principal in the prosecution of the work provided for in the Trade Contract, which is made a part of this bond by reference, and in the times and in the manner prescribed in the Trade Contract; and

2. Pays POJV and Miami-Dade County all losses, damages, expenses, costs and attorney's fees, including appellate proceedings, that POJV and Miami-Dade County sustain because of a failure by Principal to make any such payments;

then this bond is void; otherwise it remains in full force.

A claimant shall have a right of action against the Principal and the Surety for the amount due it. Such action shall not involve POJV and Miami-Dade County in any expense.

A claimant, except a laborer, who is not in privity with the Principal and who has not received payment for its labor, materials, or supplies shall, within 45 days after beginning to furnish labor, materials, or supplies for the prosecution of the work, furnish the Principal with a notice that it intends to look to the bond for protection. A claimant who is not in privity with the Principal and who has not received payment for its labor, materials, or supplies shall, within 90 days after performance of the labor or after complete delivery of the materials or supplies, deliver to the Principal and to the Surety written notice of the performance of the labor or delivery of the materials or supplies and of the nonpayment.

No action for labor, materials or supplies may be instituted against the Principal or the Surety unless both notices have been given. No action shall be instituted against the Principal or the Surety on the bond after one (1) year from the performance of the labor or completion of delivery of the materials or supplies. A claimant may not waive in advance its right to bring an action under the bond against the surety.

Any changes in or under the Trade Contract Documents and compliance or non-compliance with any formalities connected with the Trade Contract or the changes does not affect Surety's obligation under this Bond.

POJV – North Terminal Development Consolidation Program
Performance Bond & Payment Bond

June 5, 2007
Section 00005
Version 2.1

Page 4 of 5

**SURETY PAYMENT BOND (Cont'd)**

IN WITNESS WHEREOF, the above bounden parties have caused this Bond to be executed by their appropriate officials as of the _____ day of _____ , 20____.

TRADE CONTRACTOR

_____
(Trade Contractor Name)

BY: _____
(President) (Managing partner or Joint Venturer)

(SEAL)

COUNTERSIGNED BY RESIDENT
FLORIDA AGENT OF SURETY:                    SURETY:

_____          _____

(Copy of Agent's current
Identification Card as issued by
State of Florida Insurance Commission must be attached)  By: _____

Attorney-in-Fact

(CORPORATE SEAL)

(Power of Attorney must be attached)

# SECTION 00006

# Clarifications and Definitions

1.0 **CLARIFICATION OF RELATIONSHIPS OF MANAGING GENERAL CONTRACTOR WITH TRADE CONTRACTOR, ESTABLISHING LINE OF COMMUNICATION**

1.1 Wherever Trade Contractor is required to or, in the exercise of prudent construction practice, should make a submittal to, or obtain approval from the Architect/Engineer or MDAD, the Trade Contractor shall not make any submittal to or request approval directly from the A/E or MDAD, but, instead, shall make such submittal to or request of the Managing General Contractor, who, in turn, shall interact with the Architect/Engineer, MDAD or others as Managing General Contractor deems appropriate. The line of communication mandated by this paragraph is solely in recognition of the lines of communication in the Prime Contract and shall not be construed to create, waive, expand or alter any rights or obligations otherwise prevailing between Managing General Contractor and Trade Contractor.

1.2 "Submittal" shall mean the provision of any and all sketches, drawings, shop drawings, cut-sheets, samples, questions, inquiries, requests for information, requests for clarification, requests for measurement, requests for inspection, proposals, changes, schedules, analyses, correspondence or communications pertaining to Trade Contractor's scope of work or obligations under the Trade Contract Documents that are incorporated by reference into the Trade Contract.

2.0 **References in the Technical Specifications, including Division 1 and on the Plans to the terms "Allowance Account", "Change Order", "Contractor", "General Contractor", and "Work Order" shall be revised as follows:**

A. <u>ALLOWANCE ACCOUNT:</u> Delete all references to the terms "General Allowance Account", or "Allowance Account" without substitution therefor.

B. <u>CHANGE ORDER or WORK ORDER:</u> Whenever in the Trade Contract Documents, the terms "Change Order" or "Work Order" are used, they shall be modified to read "Change Authorization."

C. <u>CONTRACTOR or GENERAL CONTRACTOR OR MANAGING GENERAL CONTRACTOR OR CONSTRUCTION MANAGER:</u> Whenever on the Plans and Specifications, excluding Division 0 and 1 Sections, the terms "Contractor" or "General Contractor" or "Managing General Contractor" or "Construction Manager" are used; they shall be modified to read "Trade Contractor."

POJV – North Terminal Development Consolidation Program
Clarifications & Definitions
Project No. 747B

Page 1 of 1

May 19, 2006
Section 00006
Version 2

# SECTION 00010

# Trade Contractor's Safety and Security Requirements

These Safety Requirements establish the Trade Contractor's duties and responsibilities related to their Safety Plan at the North Terminal Development Consolidation Program (NTDCP). As part of the overall safety program for the North Terminal Development Consolidation Program, when needs arise based upon identified trends, this program will be updated to reflect the needs of the program and may require subsequent updates to the TCSSSP.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
September 22, 2006
Section 00010
Version 1
Page 1 of 105

# Table of Contents

| Section | Description | Page |
|---------|-------------|------|
|  | Introduction | 4 |
|  | Purpose | 4 |
|  | Objective | 4 |
| 1.0 | Definitions | 5 |
| 2.0 | Safety Program Overview and Policies | 8 |
| 3.0 | Administration of the Safety Program | 8 |
| 4.0 | Safety Orientation and Training | 11 |
| 5.0 | Site Regulatory Inspections | 12 |
| 6.0 | Additional MDAD & POJV Safety Requirements | 12 |
| 7.0 | Non-Compliance of Safety Policy and/or Instructions | 17 |
| 8.0 | Substance Abuse Program | 18 |
| 9.0 | Receivables, Required Meetings and Reporting | 20 |
|  | Attachment "A" – Model TCSSSP | 22 |
|  | Attachment "B" – Emergency Contact Phone Numbers | 30 |
|  | Appendix 1 – Preconstruction Site-Specific Risk Analysis Checklist | 31 |
|  | Appendix 2 – Pre-Bid Meeting Safety Review | 32 |
|  | Appendix 3 – Preconstruction Conference | 33 |
|  | Appendix 4 – Trade Contractor Competent Person Checklist and Form | 34 |
|  | Appendix 5 – Trade Contractor Site Specific Safety Plan Review | 36 |
|  | Appendix 6 – Job Hazard Analysis Form | 38 |
|  | Appendix 7 – Monthly Trade Contractor Safety Report | 41 |
|  | Appendix 8 – Hazard Assessment Checklist | 42 |
|  | Appendix 9 – Notice of Trade Contractor Non-Compliance of Safety Regulations | 66 |
|  | Appendix 10 – Project Incident Report Form | 67 |
|  | Appendix 11 – Trade Contractor Security Specifications Section 00012 | 69 |
|  | Appendix 12 – POJV's Prime Contract References to Safety and Security | 101 |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 2 of 105

| | Appendix 13 – Trade Contractor Drug Testing Certification | 104 |
|---|---|---|
| | Appendix 14 – Trade Contractor Supervisor Daily audit Checklist | 105 |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 3 of 105

## INTRODUCTION

This section sets out the minimum safety information required to be submitted by the Trade Contactor, in whole, to Parsons-Odebrecht, J.V. (hereinafter referred to as POJV) prior to the start of the Work.

Trade Contractors, including their subcontractors, vendors, and suppliers at all tiers are charged with the responsibility for conducting their operations in a manner that will ensure safe and secure working conditions at all times for all employees, and for the protection of the public and all others who may come in contact with, or be exposed to, this Project. Nothing contained in this section shall relieve any Trade Contractor, their subcontractor, vendor, or supplier of the obligations assumed by the Trade Contractor under their contract with POJV or required by law. If the safety portion of these requirements is in conflict with or less stringent than, any applicable Trade Contractor, federal, state or local statutory safety regulations, the more stringent requirement shall apply. The guidelines contained within this document shall not be considered all inclusive.

## PURPOSE

The purpose of this section is to identify to the Trade Contractor the minimal requirements needed to promote safety, and to control hazards and risks associated with the construction of the NTDCP.

## OBJECTIVE

Within 10 days of the Trade Contractor's Notice To Proceed, The Trade Contractor shall develop a unique Trade Contractor's Site Specific Safety PLAN (hereinafter referred to as the TCSSSP) that combines the Trade Contractor's company safety program with the work hazard elements that can be expected to be encountered on this Project such as:

- the scope of Work to be performed;

- the location and conditions where the Work is to be performed or will take place (Miami International Airport, etc.); and

- the condition that this Work will be performed in the immediate area of other Trade Contractor's work, airport operations, and the traveling public.

The POJV's Safety Program requires that the Trade Contractor provide a TCSSSP that shall include, but not be limited to the following:

1. At a minimum, the requirements of the guidelines contained herein as well as all local, state, and federal agency rules and regulations pertaining to the Trade Contractor's Work. (Note that the guidelines contained herein serve as a guide for the Trade Contractor to develop its TCSSSP but shall not be considered an all inclusive document. The Trade Contractor is responsible to address any and all potential or known hazards and mitigating safety precautions that must be utilized in connection with the Work performed under the Contract and must diligently identify and control these hazards.)

2. Provisions requiring that all subcontractors, vendors, suppliers and service providers assisting in the Work either adopt the Trade Contractor's TCSSSP or establish their own TCSSSP's that meet or exceed the TCSSSP of the Trade Contractor.

3. A clear indication that the Trade Contractor has the ultimate responsibility to establish, enforce

and maintain the TCSSSP with its own employees as well as the employees of all of its subcontractors at all tiers.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 4 of 105

4. Provisions to necessitate changes to the TCSSSP as required for any conditions that occur during the course of the Work that are not adequately covered by the original TCSSSP.

*The Trade Contractor is reminded that the Work to be performed is part of a highly complex construction program located within an operating airport. These conditions should be taken into consideration as the Trade Contractor selects its personnel for the Work including Competent Person(s), Jobsite Safety Manager(s), safety consultant(s), employees, etc.*

## 1.0   DEFINITIONS

The following definitions apply for the purpose of the NTDCP Safety Program:

**Approved** – A method, equipment, procedure, practice, tool, etc., which is sanctioned, consented to, confirmed, or accepted as satisfactory for a particular use or purpose by a person or organization authorized to render such approval or judgment.

**Authorized Person** – A person approved or assigned by the employer to perform a specific type of duty or to assume a specific responsibility.

**CCO** – Certified Crane Operator as certified by the guidelines set forth by the National Commission for the Certification of Crane Operators (NCCCO)

**Certified** – One who possesses a license or certificate issued by a recognized authority, attesting that he has been trained and/or tested in and is competent and qualified in a specific field or endeavor.

**Clearance** - A statement, with documentation from an authorized person, declaring that specific electrical, hydraulic, pneumatic, mechanical equipment and/or facilities has been de-energized and/or isolated from hazardous sources of energy.

**Competent Person** - A person who by training and/or experience is capable of performing specifically assigned duties and responsibilities, recognizing existing and potential hazards or conditions which are unsanitary, hazardous, or dangerous, and who is *authorized* to initiate prompt corrective action.

**Contaminant** – Any material which by nature of its composition or reaction with other materials is potentially capable of causing injury, death, illness, damage, or loss.

**Coordinated Safety Committee** – A committee established for each MDAD project number consisting of the following:

- The POJV Safety Manager.
- The POJV Project Manager for each construction contract active in that MDAD Project number (Chairperson)
- The Trade Contractor's Project Manager and Primary Jobsite Safety Manager for each Trade Contractor active in that MDAD Project number.
- The POJV Superintendent directly associated with the TC Package
- The OCIP Administrator's Safety Representative.
- The OCIP Carrier's Safety Representatives.

**Danger** – A term denoting liability or potential cause to injury, death, illness, damage, or loss.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 5 of 105

**Defect** – Refers to any characteristic or condition, which tends to weaken or reduce the strength of a material or object of which it is a part.

**Designated Person** – Synonymous with "authorized person".

**Equipment** – Any machine, device, or apparatus—electrical, mechanical, or hydraulic—including transmission lines, piping systems, and waterways used in the Contract.

**Emergencies**- Emergencies are classified as follows:

- Any serious incident involving one or more workers.
- Any serious incident involving a member of the public.
- Any other occurrence which would require immediate protection of life or property.
- Collapse of a substantial part of any permanent structure upon the Work site.
- Collapse of equipment used in the course of construction.
- A fire requiring the response of the local fire department.

**Evacuation Area** – The area predetermined by the Trade Contractor, that all employees will be made aware for the purpose of accounting for individuals. In the event of an emergency, no employee will be authorized to leave the jobsite until he or she has been accounted for by the Trade Contractor's designated representative for this matter... Evacuations may be called for weather emergencies, governmental shut downs, security issues, life safety, etc.

**Hazard** – A dangerous condition, potential or inherent, which may result in an incident.

**Hazardous Substance Or Material** – Refers to any substance which, by reason of being explosive, flammable, poisonous, corrosive, oxidizing, irritating, or otherwise harmful, is likely to cause illness or injury.

**Imminent Danger** – A condition, practice or act which could reasonably be expected to cause immediate death or serious physical harm.

**Incident** – Any unexpected event that interrupts or interferes with the orderly progress of the production activity or process that results in bodily injury, property damage, security breach, process interruption, motor vehicle incident, equipment related incidents, business interruption or near miss that could have potentially caused any of the aforementioned items.

**Insurance Administrators** - MDAD Project authorized agents for insurance coverage and the administration of the Owner Controlled Insurance Program (OCIP), i.e. AON/AIG.

**Jobsite – Any area within the NTDCP where work is being performed.**

**Jobsite Safety Manager** – This is the Trade Contractor's safety resource for the project. This person will be fully charged with duties of a job site safety manager as for a project of this size and type and be responsible for assisting TC project supervision in the planning, development and implementation of a proactive, supervision driven safety program. Generally, this person will have dotted line reporting responsibility to the highest ranking TC manager on site and direct line reporting off site to a corporate safety director or company senior executive.

**Managing General Contractor** - The Parsons-Odebrecht Joint Venture (POJV) has been awarded the contract for Managing General Contractor (MGC) of the NTDCP.

**Master Hazard Communication Book** – Book maintained at the POJV office trailer that contains all Trade Contractor submitted Material Safety Data Sheets. The Trade Contractor has the responsibility

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 6 of 105

of providing the appropriate MSDS sheets to POJV before bringing hazardous materials onto the jobsite.

**MDAD** - The Miami-Dade Aviation Department or the "Owner".

**NTDCP** – The North Terminal Development Consolidation Program.

**Project** – A specific area for redevelopment that has been assigned a reference number by MDAD.

**Qualified** – Refers to one who is certified or who by extensive knowledge, training, and experience has successfully demonstrated ability to solve or resolve problems relating to the subject matter, the work, or the Contract.

**POJV Project Manager / POJV Project Superintendent** – authorized POJV representative charged with the professional administration of this construction Contract.

**POJV Safety and Security Manager** – authorized POJV representative charged with the professional administration of the Safety and Security Requirements of the Project.

**Safe** – Means free from recognized dangers or hazards, which could cause or result in injury, illness, damage, process or business disruption, equipment failure, security breach or motor vehicle accident.

**Safety Advisory Committee** – This committee will review overall safety progress for the NTDCP Project and consists of:

- POJV Safety Manager (Chairperson)
- POJV Project Director
- Owner Risk Specialist
- Owner Insurance Administrator's Loss Control Representative
- Owner Insurer's Loss Control Representative

**Threshold Limit Values** – The permissible limits of personal exposure to a specific chemical or physical agent.

**Toolbox Talk** – A mandatory internal meeting held by the Trade Contractor to discuss pertinent safety, security and loss control issues. Attendance by all Trade Contractor employees is mandatory. Meeting minutes and sign in log shall be kept and be available for review. The meeting shall be held on the jobsite and not be less than weekly.

**Trade Contractor** – An individual, firm, partnership, joint venture or corporation who enters into a Trade Contract with the Managing General Contractor, including all subcontractors, vendors and suppliers at all tiers.

**Trade Contractor Site Specific Safety Plan (TCSSSP)** – The Trade Contractor's Site Specific Safety Plan is produced and submitted to POJV, in accordance with the minimum requirement guidelines of Section 00010 Trade Contractor Safety Requirements and Attachment "A". All employees affected by the TCSSSP must be made aware and strictly adhere to contents of the document.

**Unsafe Condition** – Same as "Hazard" and "Danger".

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 7 of 105

## 2.0    SAFETY & SECURITY PROGRAM OVERVIEW AND POLICIES

The Contract Documents require the Trade Contractor to conduct its operations with due regard for all Federal, State and Local statutory requirements, and any nationally recognized standards of safety as well as all safety and loss control standards contained herein.

The Trade Contractor including subcontractors at all tiers shall implement measures which will create management driven safety program that will promote safe work practices at the jobsites and pursue the Trade Contract Document objectives in the safest possible manner. These measures shall be set forth in a TCSSSP that will set forth the minimum standards.

Notwithstanding these minimum standards, each Trade Contractor shall bear sole and exclusive responsibility for safety in all phases of the Work. Nothing contained herein shall relieve the Trade Contractor from such responsibility.

All incidents that occur on the project will be investigated vigorously by the Trade Contractor with the end result being an appropriate root cause analysis determination.


## 3.0    ADMINISTRATION OF SAFETY PROGRAM

A.    POJV's Responsibilities

1.    POJV Project Director

The POJV Project Director has the primary responsibility for ensuring implementation of and compliance with the NTDCP Safety Program. The Project Director, with assistance from POJV's Safety Department, monitors activities to ensure that work is performed safely and the Project's safety, security, and health requirements are maintained.

2.    POJV Safety Department

POJV's Safety Department coordinates and assists management in implementing and managing the NTDCP Safety Program. It maintains regular communication with all parties involved in the safety and loss control efforts provided by NTDCP. The Safety Department or POJV's Project Superintendents shall have the authority to issue orders, to any Trade Contractor to take prompt, corrective action when given notice of noncompliance with any of the applicable safety requirements. In cases of imminent danger, the Safety Department and/or POJV's Project Superintendent shall have the authority to direct the immediate suspension of work.

3.    POJV Project Superintendents

The POJV Project Superintendent shall ensure the Trade Contractor's implementation of the safety and incident prevention procedures for all activities and personnel on the construction sites, including visitors, and material or equipment suppliers. The duties, responsibilities, and authority of the POJV Project Superintendents as related to non-compliance with safety requirements are stated in Section 8 – Non-Compliance of Safety Policy and/or Instructions.

B.    Trade Contractor Responsibilities

The Trade Contractor has direct responsibility for the safety and health of all persons on and around the Jobsite. This ultimate safety responsibility cannot be delegated or deferred. The Trade Contractor, as a minimum level of safety performance, shall coordinate implementation of the Safety Program requirements and require all tiers of subcontractors to comply with the TCSSSP and provisions of the POJV's Safety Program.

The TCSSSP shall provide for a pre-job orientation meeting with the Trade Contractor's subcontractors at all tiers to discuss contractual obligations for safety, the TCSSSP, any special conditions, the schedule of safety meetings, safety equipment that must be used and work practices to minimize the possibility of a loss Incident. POJV shall be notified of the pre-job orientation meeting not less than 24 hours in advance and be provided an opportunity to attend the meeting and ask questions.

The Trade Contractor shall designate certified First Aid and CPR personnel to assist in initial response in an emergency situation. These personnel shall be identified appropriately to other personnel on the project by some acceptable means of visual control.

1)  Trade Contractor's Project Manager

The Trade Contractor's Project Manager shall:

- Ensure that the Trade Contractor's responsibilities set forth in the TCSSSP are fully complied with;

- Ensuring that all project management, field supervisor, and lead personnel have obtained a 10 hour OSHA training course as conducted by the MDAD OCIP administrator prior to beginning work on the project.

- Ensure cooperation with POJV Project Superintendent, POJV Safety Department, the Insurance Administrators, the insurance carriers, and POJV Project consultants;

- Take immediate action or ensure immediate action is taken to correct unsafe or unhealthy work practices or conditions;

- Review and implement administrative actions required to maintain complete and accurate safety records as specified by the Safety Program;

- Attend safety meetings as directed by POJV's Project Superintendent and the Safety Program;

- Ensure that appropriate medical treatment and first aid plans and facilities are established and implemented as required by the Safety Program;

- Plan and execute all work in accordance with the stated objectives of the Safety Program and all published safety standards as required by law;

- Ensure that all subcontractors at all tiers comply with the TCSSSP, all local, state and federal regulations, standards, ordinances or rules relating to the safety of persons or property;

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 9 of 105

- In the event of an extraordinary event requiring a Safety Stand-down of all Project personnel; the Trade Contractor shall provide immediate remedial training, meetings, etc. as required by POJV at no additional cost to POJV.

2) Jobsite Safety Manager

    A. The Jobsite Safety Manager shall meet the following minimum qualifications:

- Shall have 5 verifiable years of construction safety management experience, must have completed at a minimum an OSHA 30 hour class within the last 2 years, and be knowledgeable in construction occupational safety, health and security by virtue of education, training and/or experience;

- The TC shall submit a formal resume to POJV Safety and Security Manager for review prior to the Trade Contractor beginning on site. POJV reserves the right to not accept candidates.

- The Job Site Safety Manager's position will be a stand alone position with no other assigned responsibilities other than safety, security and possibly environmental.

- Have full authority to identify unsafe conditions and practices and shall have the authority to suspend work until such unsafe condition or practice is corrected by supervision.

- Will be required for any Trade Contractor that will have manpower levels exceeding 15 persons or more including any subcontractors at any time during the duration of the project.

3) Trade Contractor's Construction Supervisors

The TCSSSP shall define the safety duties and responsibilities of Construction Supervisors. These shall include:

- Requiring the use of proper personal protective equipment and suitable tools and equipment;

- Ensure that his/her assigned crew is instructed in safe work practices for each assignment;

- Ensure adequate personnel and other required resources are assigned to safely perform tasks;

- Pre-qualify employees for the safe operation of any heavy equipment;

- Perform a documented audit of their work areas on a daily basis and take immediate corrective action for unsafe work conditions or practices;

- Be the primary person for the enforcement of safety rules and delivery mechanism of the Trade Contractor's progressive disciplinary action program within a specified crew or area of responsibility;

- Attend and conduct toolbox talks and safety meetings as required

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 10 of 105

- Prepare, implement and train employees in Job Hazard Analysis' (JHA's) for all work within his/her specified area of responsibility. If delegated then the supervisor delegating shall review and approve as necessary. In addition, the job site safety manager may be used as a resource in the preparation of the JHA but will not be responsible for preparation, implementation and training;

- Attend safety meetings as directed by the POJV's Project Superintendent or POJV Safety and Security Manager;

- Ensure that any employee injured on the jobsite receives prompt medical attention and the incident is reported immediately to the appropriate POJV Supervisor and safety personnel.

- Report incidents to management including the Job Site Safety Manager and investigate all incidents and take necessary corrective action. OCIP reporting requirements shall also be strictly followed.

- Manage any subcontractors under their control to the aforementioned standards and contents of the TCSSSP

4) Worker Responsibilities

The TCSSSP shall indicate specific worker responsibilities, which shall address but not necessarily be limited to:

- Following all Project safety rules and work in conformance with OSHA, Federal, State, and Local regulations.

- Reading and complying with the contents of the TCSSSP.

- Requesting help or instruction when unsure how to perform any task safely.

- Complying with the Drug and Alcohol Free Jobsite policy.

- Carrying out activities in a safe manner and with due regard to the health and safety of both themselves and others.

- Using appropriate protective equipment correctly and reporting any defects associated with the equipment to the supervisor.

- Immediately informing their supervisor or onsite Jobsite Safety Manager of any potential hazards to health, safety, or other loss prevention concerns.

- Reporting all incidents, injuries, unsafe actions by others, or unsafe conditions immediately to their supervisor.

- Informing supervisor immediately if any doubt exists as to the ability to perform a particular task without taking unnecessary risk.

## 4.0    SAFETY ORIENTATION / TRAINING

The TCSSSP shall detail procedures made to orient and train each employee prior to performing work in the Project. Trade Contractors and subcontractors of all tiers shall plan adequately for

employer obligated training and instruction as required by federal, state and local regulations and recognized national consensus standards.

The safety orientation will not consist of handing out a booklet and obtaining a signature, but will be a comprehensive review both written and verbal, of the work to be done, safe means to accomplish the work, and any jobsite conditions that may impact the worker in his/her ability to perform the job task. Documentation of said training will be completed and available for POJV review upon request.

The Trade Contractor and subcontractors shall plan for, provide and deploy adequate resources to ensure proper communication in whatever language is necessary with their employees.

## 5.0 SITE REGULATORY INSPECTIONS

The Trade Contractor's Project Manager or Jobsite Safety Manager must immediately notify the POJV Project Superintendent and POJV Safety and Security Manager of inspections to be conducted by OSHA or any other federal, state, or county safety/health or environmental organization/agency at the Jobsite. The Trade Contractor shall immediately furnish POJV's Project Director and POJV's Safety Manager with copies of all citations and/or warnings of safety violations.

## 6.0 ADDITIONAL MDAD & POJV SAFETY REQUIREMENTS

The TCSSSP shall include the following provisions:

A.    Fall Protection

There is a one-hundred percent (100%) fall protection requirement on this Project for all personnel working at heights of six (6) feet or more. Determination of appropriate systems to be used are at the discretion of the Trade Contractor. Safety Monitoring systems and safety net systems will not be allowed. This requirement is mandatory for all personnel, all trades, and all tiers.

B.    Personal Protective Equipment

This job will require 100% compliance with the following mandatory personal protective equipment requirements whether visiting or working, at all times, for the duration of the job:

- ANSI Z89.1 approved hardhats with company logo. They must be in good condition free from defects. All persons shall wear the hard hat with the brim forward.
- ANSI Z87.1 approved eye protection with approved side shields or equivalent for all tasks whether prescription or non-prescription.
- Proper clothing will be worn for all work. Shirts with at least 3" sleeves, as well as long trousers, must be worn at all times to protect the skin from burns, abrasions, and cuts.
- At all times, a reflective safety vest must be worn in compliance with Federal, State, and Local regulatory requirements.
- Protective work boots – Sturdy leather work boots are required footwear -- no casual, tennis, or opened toed shoes are to be worn at any time. Steel toed boots or equivalent, preferably with metatarsal guards, shall be worn on all work where a crushing or impact hazard to the feet exists, as in operations of jack hammers or air tampers, or when working with steel.
- Contractors shall keep in ample supply all required PPE to perform work tasks on the project.

C.    Protection of Property and Public at Large:

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
September 22, 2006
Section 00010
Version 1
Page 12 of 105

- All necessary precautions are to be taken to prevent injury to the public or damage to property of others.
- Work shall not be performed adjacent to any area occupied by the public unless specifically permitted.
- Appropriate warning and instructional safety signs will be posted where necessary, in English and Spanish.
- Substantial lighting will be placed at, near, and around construction sites to prevent pedestrian or vehicular traffic from entering the area.
- A substantial temporary fence will be provided around the perimeter of above ground operations adjacent to public areas.
- Temporary sidewalks and guardrails are to be provided when a permanent sidewalk is obstructed by any operations. As necessary, a bridge or alternate means of access shall be provided.
- Warning signs, arrow boards, and cautionary signage are required per Department of Transportation Maintenance of Traffic guidelines. Site signage to control vehicle and pedestrian movements, marking controlled access areas, hazardous material storage areas, etc., shall be posted in both English and Spanish.

D.  Vehicle Operations on Airside Operating Area

- All vehicles operated on Airport Grounds are to follow safety guidelines as established in the Miami-Dade County Codes Chapter 25.

E.  Hurricane Preparedness

- The TCSSSP shall include a Hurricane Preparedness Section with procedures to protect employees and secure the worksite prior to the arrival of Tropical Storm or Hurricane force winds.

F.  Job Hazard Analysis
- Prepare and maintain written job hazard analyses for all operations prior to their commencement and for training of employees involved is to be included in the TCSSSP.
- Job Hazard Analysis, or JHA, is an effective and simple tool for preventing injury or property damage during potentially high risk jobs.
- To produce an JHA , List the steps needed to complete the job, Identify the possible hazards at each step, indicate how to manage or eliminate those hazards, and specify who will inspect each listed preventive action
- Jobs that require and JHA are generally unusual or infrequently performed high risk jobs. An example of some high risk jobs include but are not limited to, heavy or oversized material movement, excavations and trenches, high voltage electrical work, underground utilities and traffic control.
- When analyzing the safety aspects of a job that require an JHA, there are 5 measures, given in priority, that need to be considered in order to mitigate risk:
  o  The first and best measure is to design a plan to minimize the hazard
  o  The second is to guard the hazard
  o  The third is to provide warnings
  o  The fourth is to provide special procedures or training
  o  The fifth is to provide the necessary personal protective equipment to do the job safely
- These measures, in conjunction with a thorough TCSSSP , will help provide a safe working environment
- A JHA should be submitted for review by the Trade Contractor's management designee at least two weeks prior to the scheduled task.

- Trade Contractors shall not perform a job unless they can do it safely. Producing a JHA to perform a task safely supports Trade Contractor employees, subcontractors and clients.

H. Annual Orientation Program

- Develop and implement annual orientation programs for employees as per the original orientation requirements

I. Establish a written Trade Contractor's Security Plan.

- "Security" refers to the protection of both NTDCP property and the property of the Trade Contractor. It is the Trade Contractor's responsibility to provide protection for any property, including equipment or supplies, under his care, custody, and control.

- The Trade Contractor shall develop, as part of the TCSSSP, a Security Plan which describes the methods of protection from:

  o Fire
  o Explosion
  o Hurricane
  o Civil Disturbance
  o Strike
  o Power failure in any area of responsibility
  o Incidents
  o Bomb or other terrorist threats
  o Theft of equipment, materials, and explosives
  o Vandalism
  o Unauthorized entry

  It shall be the responsibility of the Trade Contractor to provide the protection until final completion of the Project and acceptance by POJV.

- The Trade Contractor shall address and provide physical perimeter barriers or fencing and adequate lighting, and will reasonably prevent unauthorized access into hazardous areas of the jobsite.

- The Trade Contractor shall indicate how security is to be maintained when there are no regularly scheduled shifts.

J. General Work Safety Rules

- All scaffolds shall be erected by competent and trained personnel. All users of scaffolds shall be trained in the proper use of scaffold and the contractor shall develop and implement a recognized scaffold tagging program and train all of their employees in such a program.
- Personnel utilizing powder actuated tools on the project shall be trained and certified by a manufacturer's authorized trainer prior to using the tool. All shot casing shall be maintained as per the manufacturer's and current regulatory guidelines.
- All scissor lifts will have a manufacturer's approved anchorage point in the lift prior to the lift being brought on the project. Approved personal fall protection equipment will be required to be used in scissor lifts.
- Cranes
  o All cranes shall come to the site with a current annual inspection.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
September 22, 2006
Section 00010
Version 1
Page 14 of 105

- o Any crane erected on site shall have a documented post erection inspection by an authorized manufacturer's representative.
- o All lifts shall be preplanned by the Trade Contractor and reviewed with POJV Superintendent specific to that Trade Contractor's package prior to beginning the lift.
- o Critical lifts shall be defined as 75% of the lifting devices capacity and will require a written plan prepared by a qualified person and presented for review to the POJV Project Specific Superintendent and the POJV Safety and Security Manager 1 week prior to the lift taking place.
- o The swing radius of all cranes shall be adequately barricaded in all directions. At a minimum, danger tape, maintained at all times, is to be used for this activity.
- o Cranes shall not swing loads over tug roads or active concourses.
- o All MDAD AOA for cranes are the responsibility of the Trade Contractor unless otherwise specified by POJV project supervision.
- o All crane operators shall be CCO certified for the category of crane they are operating.
- No metal ladders are allowed on the project. All ladders will be of a Type 1A rating or above. All ladders shall be secured from movement when in use and be stored properly when not in use.
- All job made ladders shall conform to current regulatory requirements.
- All construction equipment including general use vehicles greater than 6000 pound GVW shall have back up alarms in compliance with current regulatory requirements.
- Vehicles
  - o Vehicles shall not be parked in and/or under any building unless delivering materials or equipment. Once deliveries are made then the vehicles must be removed from the building
  - o Vehicles are prohibiting from blocking any doorway, dumpster, portable toilet facilities, fire appliances/fire department connections, and other vehicles or equipment. Vehicles violating this policy, if the owner cannot be located in an adequate time frame will be towed at the Trade Contractor's expense.
  - o Mechanics trucks, called to perform repairs on broken equipment, will be allowed to park inside buildings with the POJV Project Specific Superintendent's permission.
  - o Seatbelts, where supplied and recommended by the manufacturer, are required to be used by all personnel on all construction related equipment and vehicles.
- All tools and equipment shall be maintained properly and in good repair.
- All Contractors shall utilize a Ground Fault Circuit Interrupter (GFCI) for electrical protection on the construction site. All employees shall be trained in the use, inspection and proper placement of GFCI equipment.
- All rigging shall be inspected on a daily basis and tagged in accordance with manufacturer's recommendations and current regulatory standards.
- All electrical cords shall be in good repair and routed so as to not be damaged by traffic and present entanglement or tripping hazards.
- All powered construction equipment in use shall be subject to a documented daily inspection performed by the user prior to being placed in service for the shift.
- Hazard Energy Control Programs shall consist of the use of locks for isolation with an identification tag attached. All personnel shall be trained in the element of this program and any current regulatory and/or recognized consensus standards that apply.
- Daily housekeeping shall be maintained for all work areas as to comply with FOD (Foreign Object Debris) guidelines as addressed in FAA Circulars.
- Documented general work area safety audits shall be conducted by the Trade Contractor supervisors on a daily basis.
- Any guard rails or equivalent systems removed by a Trade Contractor shall be replaced immediately by that Trade Contractor immediately with equivalent or better materials and/or equipment.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
September 22. 2006
Section 00010
Version 1
Page 15 of 105

- Horseplay is not allowed.
- Cellular type phones and text messaging devices are not to be used in any construction site work areas or while operating any equipment or vehicle. Exception: Supervisors may utilize these devices in regards job related duties providing they are not driving, operating or engaged in any construction site tasked based activity.
- Dry cutting of any masonry type block or concrete is prohibited unless the Trade Contractor can demonstrate to the POJV Project Specific Superintendent and POJV Safety and Security Manager that there is no other reasonable means or method to accomplish the task; otherwise wet cutting will be the only acceptable means.
- Bus drivers entering onto or driving on any public roadway are required to have the appropriate CDL license for that activity.
- Tar kettles are not allowed on the roof without permission of MIA Life Safety Bureau/Aviation Fire Division.
- Smoking is prohibited on the project.
- Excavations
  - Shall be inspected by a competent person prior to employees making entry.
  - Shall be barricaded with, at a minimum with danger tape, between 2 feet in depth and 6 feet in depth at least 4 feet from the edge of the excavation in all directions. Over 6 feet in depth the minimum will be orange fencing placed at least 6 feet from the edge of the excavation in all directions.
  - The Trade Contractor is responsible to verify, prior to excavation, locations of all underground utilities. Timely notifications, to any agency including POJV, prior to excavating are required and are the responsibility of the Trade Contractor.
  - All excavations created by the Trade Contractor shall remain barricaded and maintained by the Trade Contractor creating the excavation until the excavation is backfilled completely.

K.    Emergency Action Plan.

- An Emergency Action Plan (EAP) to safely and expeditiously address possible emergency situations such as pipe breaks or leakage, power outages, incidental chemical release, weather related incidents and emergencies which endanger contractor personnel, airport personnel or the public and/or may cause damage to contractor and airport property. Such planning shall take into consideration the nature of operations, site conditions, the degree of exposure of persons and property, fire fighting equipment, rescue procedures, evacuation plans (to include evacuation to the inside of the building during severe weather such as thunderstorms), and communications. Severe weather plans shall include the ceasing of outdoor operations of equipment and work activities and moving to the inside of safe building structures.

- The EAP shall designate and assign onsite responsibility for handling such situations. Training shall be provided for supervisors and personnel designated to handle these situations and general training for employees on general duties and responsibilities under the plan.

- Emergency Contacts - The EAP shall identify not less than one (1) emergency contact personnel and one (1) alternate person with pertinent data to enable contact for each Trade Contractor and sub-tier Trade Contractor who shall be available on a 24 hour basis in the event of an emergency. The identified personnel shall be aware of the jobsite layout, safety and security issues, quantity, and type of personnel regularly reporting to the site, and any other pertinent information needed to account for employees in the event of an emergency. Additionally, said personnel shall have the means to take corrective action or act in a capacity to manage, eliminate, control, or otherwise be responsible for the jobsite emergency to make such repairs to mitigate any further damages to the airport's property or danger to airport personnel or the public.

- The Trade Contractor shall provide and keep in readiness adequate equipment and supplies designated to handle such situations that might arise.

- The Trade Contractor shall coordinate the plan with all affected response agencies and the POJV Project Superintendent and POJV Safety and Security Manager.

- The safety of employees, the public, or property shall not be jeopardized in resuming operations or restoring service.

- A listing of MDAD and POJV Emergency Contact Phone Numbers can be found in Attachment "B".

- The EAP procedures shall be provided for emergency response at all times, including non-work periods. It is essential that the response be on a 24-hour basis. In the event that work is not conducted on 24-hour, 7-day basis, provision for notification of responsible Trade Contractor's personnel shall be included in the procedure.

- The Trade Contractor shall document any requests for such Emergency Action responses, indicating name of the organization and person requesting the action, the date and time of the situation, the nature of the situation and the resulting corrective action taken. Copies of such documentation shall be forwarded to the POJV Safety and Security Manager, POJV Project Superintendent and POJV General Superintendent.

## 7.0 NON-COMPLIANCE OF SAFETY POLICY and/or INSTRUCTIONS

If POJV's Project Field Supervision notes any non-compliance with these safety requirements, or is advised of such non-compliance by POJV's Project Staff or by a governmental agency with the authority to enforce safety regulations, POJV's Safety and Security Manager or his/her designee may perform the following:

(a) Notify the Trade Contractor of the non-compliance and of the corrective action required. This notice, when delivered to the Trade Contractor or the Trade Contractor's representative at the site of the work, shall be deemed sufficient notice of the non-compliance to immediately implement corrective action.

(b) Exercise the right to issue a Stop Work Order stopping all or part of the Work, if the Trade Contractor fails or refuses to take corrective action within the time specified in the notice, or

in case of imminent danger. The work shall be immediately suspended upon the receipt of such an order. The order will remain in effect until satisfactory corrective action has been taken by the Trade Contractor and has been approved by the POJV's Project Superintendent and POJV Safety and Security Manager or their designees.

(c) Require the immediate removal from Project property of: 1) any Trade Contractor or subcontractor employee including supervisors and managers who, in the POJV's Project Superintendent's or POJV's Safety and Security Manager's opinion, is willfully and/or repeatedly non-compliant with safety requirements; or 2) any piece of equipment that is deemed unsafe by the POJV Project Superintendent or POJV Safety and Security Manager.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
September 22, 2006
Section 00010
Version 1
Page 17 of 105

If the Trade Contractor fails to correct any safety provision, defect, or damage within the time specified on a notice of non-compliance or Stop Work Order issued by POJV's Project Superintendents or POJV's Safety and Security Manager, or governmental agency with the authority to enforce safety regulations, NTDCP Project shall have the right to replace, remove or otherwise remedy the failure, defect, or damage at the Trade Contractor's expense.

The Trade Contractor shall not be entitled to additional compensation or time resulting from any notice, direction, or order given, or other action taken by POJV Project representatives or any governmental agency with jurisdiction, pursuant to non-compliance with the safety requirements of this Contract and/or of applicable laws and regulations.

## 8.0    SUBSTANCE ABUSE PROGRAM

### Introduction
The NTDCP is committed to the establishment of a drug-free, alcohol free, and safe and healthy work environment for the construction of the NTDCP.

### Policy
The use, possession, distribution, or sale of alcoholic substances or beverages, intoxicants, illegal drugs, controlled substances not medically authorized, related drug paraphernalia, or other substances including prescription drugs which impair job performance, or being under the influence of such substances or drugs on a NTDCP Project Construction job site is strictly prohibited. "Under the influence" is defined as testing positive for drugs or alcohol under this policy.

All Trade Contractors shall establish and implement a substance abuse program that complies with the requirements of this Section. The Trade Contractor is not limited by the requirements set forth in this Section and may adopt additional requirements, including more extensive urinalysis testing, and expanding the definition of Safety Sensitive employees, where the Trade Contractor determines that such additional testing is in the best interests of the Trade Contractor and the safety of its employees, other on the Jobsite, or the public.

### Prohibited Substances
Prohibited drugs are any illegal controlled substances including, but not limited to, marijuana, amphetamines, opiates, phencyclidine (PCP), and cocaine, as well as any drug not approved for medical use. Illegal use includes use of or impairment by, any illegal drug, misuse of legally prescribed or over-the-counter drugs, or illegally obtained prescription drugs.

The use of any beverage, alcoholic substance, or mixture, including any medication, containing alcohol during or prior to performing work functions is prohibited.

### Alcohol / Drug Testing
In addition to pre-employment testing the Trade Contractor shall establish a program, which provides for alcohol/drug testing in the following circumstances:

a)    Post-incident and random testing of employees;

b)    Testing of employees where reasonable suspicion exists;

c)    Testing if an employee is returned to the Project after previously testing positive.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 18 of 105

When administering an alcohol/drug test, at a minimum, the Trade Contractor shall ensure that at a minimum the following are tested for:

1) Marijuana
2) Cocaine
3) Opiates
4) Amphetamines
5) Phencyclidine
6) Ethyl Alcohol

The Trade Contractor shall provide training for supervisory employees in identifying the physical, behavioral, and performance indicators of probable drug use to determine when an employee is subject to alcohol/drug testing based on reasonable suspicion.

## Employee Acknowledgements

The program must require each employee, prior to working under a Project contract, to:

a) Acknowledge in writing both the receipt of a copy of Trade Contractor's substance abuse program, and an understanding of the implications of the program for the employee;

b) Give advance written consent to any alcohol/drug testing that may be conducted under the Trade Contractor's program and the use of test results for decisions related to continued employment on the Project.

c) If applicable, disclose in writing, the circumstances under which the employee has been denied employment on this Project or has been previously removed from any Project for violating any substance abuse program. The employee may provide evidence of professional evaluation and rehabilitation at this time.

d) Certify in writing that the employee is not presently using illegal drugs.

## Reasonable Suspicion Testing

The Trade Contractor shall require an employee to submit to an alcohol/drug test when there is a reasonable suspicion that the employee may be under the influence of a prohibited drug or alcohol by virtue of signs or symptoms exhibited by the employee. A negative test result must be obtained before permitting the employee to return to a Project Jobsite.

## Removal from the Jobsite

Any employee who violates any provision of the substance abuse program shall be subject to removal from site. The Trade Contractor shall develop appropriate standards for return of employees found in violation of the Trade Contractor's substance abuse program. At a minimum the requirements of this section shall be imposed.

## Post-incident Testing

An employee who has a direct involvement or a possible involvement in a work-related incident shall be tested for drugs and alcohol. An employee who has a direct involvement or a possible involvement in a work-related incident shall be tested for drugs and alcohol if there is a reasonable suspicion that the employee is impaired or affected by a prohibited drug or alcohol. Testing shall occur as soon as practical after the incident. A negative test result must be obtained before returning the employee to the Jobsite.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 19 of 105

If an employee leaves the scene of the incident without a valid reason before submission to testing or cannot be located for testing following the incident, the Trade Contractor shall treat such action as a refusal to submit to testing.

Nothing in this section shall be construed to require the delay of necessary medical attention for injured persons following an incident or to prohibit an employee from leaving the scene of an incident to obtain assistance in responding to the incident or to obtain necessary emergency medical care.

### Return-to-Duty Testing and Follow-up Testing
The Trade Contractor shall ensure that each employee, who returns to work after having tested positive for alcohol/drugs, must test negative for alcohol/drugs and complete a recognized substance abuse rehabilitation program before returning to work on this Project. If recommended by the treating substance abuse professional, such employee will be subject to unannounced follow-up drug testing. The frequency of such testing shall be determined by the testing substance abuse professional and shall be transmitted in writing to the employer.

### Submission of Substance Abuse Program to NTDCP Project
The Trade Contractor shall, within ten (10) days following notice of award, submit to POJV for approval its Substance Abuse Program. Prior to beginning work at the Jobsite, the Trade Contractor shall secure NTDCP approval of the Substances Abuse Program. The Trade Contractor's program shall comply with the requirements of this Section.

### Compliance
Once accepted and approved by POJV, the Trade Contractor's Substance Abuse Program shall become a Contract requirement. Trade Contractor's failure to fully implement or enforce the program shall be considered a breach of Contract. POJV may hold all or any portion of any payment due the Trade Contractor, until compliance can be demonstrated.

## 9.0 RECEIVABLES, REQUIRED MEETINGS AND REPORTING

- Trade Contractor Monthly Man hour and incident statistics report is due by the 5th of each month for the prior month. This report shall be completed and submitted to the POJV Safety and Security Manager in electronic format. Handwritten copies will not be accepted.
- TCSSSP shall be submitted shall be submitted 10 days following their Notice to Proceed. This shall be submitted to the POJV Safety and Security Manager.

- Incident reports with root cause analysis are due within 48 hours of the incident. All reports are to be completed and submitted electronically with all required information. Handwritten copies will not be accepted.
- The Trade Contractor Job Site Safety Managers will meet with the POJV Safety and Security staff on a weekly basis. This meeting will occur on Mondays at 3:30 PM at a site to be communicated once the Trade Contractor begins work on site.
- The Trade Contractor shall submit a resume for their Job Site Safety Manager 10 days prior to the individual beginning work on the site.
- Completed Risk Mitigation Two Week Look Ahead forms are to be delivered to the POJV Project Specific Superintendent at each Trade Contractor Coordination Meeting.
- Updated contact lists are due within 24 hours of any change.
- Trade Contractors shall request and notify POJV 5 days prior to any proposed changes of any Job Site Safety Manager personnel. POJV will evaluate this situation and will approve or deny this request based on current Trade Contractor status.
- All regulatory agency inspection results are due to POJV with in 5 days of receipt by the contractor.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 20 of 105

- Contractors shall submit the following items for cranes 48 hours prior to the crane's arrival on site-current annual inspection, approved insurance certificate as per contract guidelines, and the CCO certification for the operator of the crane. POJV shall be notified.
- A written plan prepared by a qualified person and presented for review to the POJV Project Specific Superintendent and the POJV Safety and Security Manager 1 week prior to the lift taking place.
- Drug Free Certifications are due when the Trade Contractor's employees arrive for orientation.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 21 of 105

# MODEL TRADE CONTRACTOR SITE SPECIFIC SAFETY PLAN (TCSSSP)

## ABOUT THIS MODEL PROGRAM

Every POJV Trade Contractor must establish, implement and maintain a written Trade Contractor Safety Plan (TCSSSP) and a copy must be maintained at each work site. The minimum requirements for establishing, implementing and maintaining an effective written Trade Contractor safety plan are contained in the contract. The Trade Contractor shall comply with the contract and shall complete the model program to detail specific issues relating to the following elements:

- Accountability/Responsibility/Key Line Personnel
- Statement of Trade Contractor's Safety and Health Policy
- Identification of Competent/Qualified Persons
- Scope of Work Evaluation
- Hazard/Risk/Exposure Assessment
- Control Measures/Job Hazard Analysis
- Trade Contractor Periodic Safety Audits/Inspections
- Trade Contractor's Weekly Safety Planning – Weekly Look Ahead Plan
- Compliance Requirements and Policy
- Written Progressive Disciplinary Program
- Hazard Correction System
- Training and Instruction
- Project Site Orientation
- Communication System
- Recordkeeping
- Incident/Exposure Investigation
- Emergency Action Plan
- Site-Specific Medical Emergency Plan
- Written Hazard Communication Program
- Written Trenching and Shoring Plan (if applicable)
- Written 100% Fall Protection Plan (if applicable)
- Subcontractor Management Plan
- Other written programs as specified by regulatory agency or contract Requirements
- List of Attachments

This model program has been prepared as an aid only for use by Trade Contractors. Trade Contractors are solely responsible for the content of their own TCSSSPs. This model program was written for a broad spectrum of Trade Contractor employers and it should be modified as appropriate to provide the essential framework required for a Trade Contractor Safety Plan on any POJV project.

Proper use of this model program requires the Project Manager/Superintendent of your firm to carefully review the requirements for each of the TCSSSP elements found in this model. Complete the appropriate blank spaces and check those items that are applicable to your workplace. Sample forms for hazard assessment and correction, incident/exposure investigation, and worker training and instruction are provided with this model program.

This model program must be maintained by the Trade Contractor's Project Manager in order to be effective.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 22 of 105

## 1. Responsibility/Identification of Key Line Personnel

| Trade Contractor: | | |
|---|---|---|
| Address: | | |
| Telephone | Fax | Email |
| Company Executive responsible for project: | | Contact No. |
| | | |
| Manager/Superintendent: | | Contact No. |
| | | |
| Safety Representative/Manager: | | Contact No. |
| | | |
| Key Foreperson or forepersons: | | Contact No. |
| | | |
| | | |
| Client Project Management POC: | | Contact No. |

These personnel have the authority and responsibility for implementing the provisions of this program for:

| Project Site Location | On-site Contact No. |
|---|---|
| | |
| | |

All managers and supervisors are responsible for implementing and maintaining the TCSSSP in their work areas and for answering worker questions about the TCSSSP. A copy of this TCSSSP is available from each manager and supervisor.

## 2. Statement of Trade Contractor's Safety and Health Policy

*Include your company statement here*

## 3. Identification of Competent/Qualified Persons

List/Submit Certificate

## 4. Scope of Work Evaluation

*List Major Activities*

## 5. Hazard/Risk/Exposure Assessment

*List Hazards and Explosives here*

Major hazards or risks and exposures associated with the scope of work evaluation shall be listed here. Each major activity shall be evaluated and a Job Hazard Analysis developed.

## 6. Control Measures/Job Hazard Analysis

*(Provide an Appendix to include Hazard Control Measures and Job Analysis for Risks Listed in #5)*

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 23 of 105

## 7.    Trade Contractor Periodic Safety Inspections/Audits

In addition, periodic inspections to identify and evaluate on-going workplace hazards shall be performed by the following competent persons or observers in the following areas of our workplace:

| Competent Person/Observer | Area of Expertise/Responsibility |
|---|---|
|  |  |
|  |  |

Periodic inspections are performed according to the following schedule:

- Weekly
- When we initially established our TCSSSP;
- When new substances, processes, procedures or equipment which present potential new hazards are introduced into our workplace;
- When new, previously unidentified hazards are recognized;
- When occupational injuries and illnesses occur;
- When we hire and/or reassign permanent or intermittent workers to processes, operations, or tasks for which a hazard evaluation has not been previously conducted; and
- Whenever workplace conditions warrant an inspection.

Periodic inspections consist of identification and evaluation of workplace hazards utilizing applicable sections of POJV Construction Site Audit Guide or other effective methods to identify and evaluate workplace hazards.

## 8.    Trade Contractor Risk Mitigation Two-Week Look-Ahead Planning Submission

The form on the following page can be used to plan risk mitigation strategies at weekly progress meetings.

## 9.    Compliance Requirements Policy

Management is responsible for ensuring that all safety and health policies and procedures are clearly communicated and understood by all employees. Managers and supervisors are expected to enforce the rules fairly and uniformly.

All employees are responsible for using safe work practices, for following all directives, policies and procedures, and for assisting in maintaining a safe work environment.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 24 of 105

## MIA-NTDCP Trade Contractor
# Risk Mitigation Two-Week Look-Ahead Form

**Safety plan for week ending:** _____  **Trade Contractor:** _____

**Project/ Location:** _____  **Meeting date:** _____

**Plan Prepared by:** _____  **Dated:** _____

**Next Two Weeks Scope of Work:**

**Identified Risks/Exposures/Hazards:**

**Control Measures:**

**Additional Activity Hazards Analysis Required:**

**Trade Contractors Mobilizing/Demobilizing:**

**Audit/Inspections Scheduled:**

**Competent Person Changes:**

**Planned Orientation/Training :**

**Recommendations/Comments/Concerns:**

**Note:** This information should be incorporated into the meeting minutes.

Our system of ensuring that all workers comply with the rules and maintain a safe work environment includes:
POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
September 22, 2006
Section 00010
Version 1
Page 25 of 105

- Informing workers of the provisions of our TCSSSP;
- Evaluating the safety performance of all workers;
- Recognizing employees who perform safe and healthful work practices;
- Providing training to workers whose safety performance is deficient;
- Disciplining workers for failure to comply with safe and healthful work practices; and
- The following practices:

_____

_____

_____

## 10. Written Progressive Disciplinary Program

*(Explain or attach written program)*

## 11. Hazard Correction Policy

Unsafe or unhealthy work conditions; practices or procedures shall be corrected in a timely manner based on the severity of the hazards. Hazards shall be corrected according to the following procedures:

- When observed or discovered;
- When an imminent hazard exists which cannot be immediately abated without endangering employees or property,
- we will remove all exposed workers from the area except those necessary to correct the existing condition.
- Workers necessary to correct the hazardous condition shall be provided with the necessary protection; and
- All such actions taken and dates they are completed shall be documented on the appropriate forms.

## 12. Training and Instruction Policy

All workers, including managers and supervisors, shall have training and instruction on general and job-specific safety and health practices. Training and instruction shall be provided as follows:

- When the TCSSSP is first established;
- To all new workers;
- To all workers given new job assignments for which training has not previously provided;
- Whenever new substances, processes, procedures or equipment are introduced to the workplace and represent a new hazard;
- Whenever the employer is made aware of a new or previously unrecognized hazard;
- To supervisors to familiarize them with the safety and health hazards to which workers under their immediate direction and control may be exposed; and
- To all workers with respect to hazards specific to each employee's job assignment.

Workplace safety and health practices for all locations include, but are not limited to, the following:

- Explanation of the employer's TCSSSP, POJV Safety Program, emergency action plan and fire

  prevention plan, and measures for reporting any unsafe conditions, work practices, injuries and when additional instruction is needed.
- Use of appropriate clothing, including gloves, footwear, and personal protective equipment.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 26 of 105

- Information about chemical hazards to which employees could be exposed and other hazard communication program information.
- Availability of toilet, hand-washing, and drinking water facilities.
- Provisions for medical services and first aid including emergency procedures.

In addition, we provide specific instructions to all workers regarding hazards unique to their job assignment, to the extent that such information was not already covered in other training.

## 13. Project Site Employees Orientation Program Subjects

The Trade Contractor will orient their workers about the following checked subjects:

- Client safety requirements
- The employer's code of safe practices.
- Road and highway safety practices
- Flagging
- Traffic control
- Confined spaces.
- Safe practices for operating of all types of equipment.
- Good housekeeping, fire prevention, safe practices for operating any construction equipment.
- Safe procedures for cleaning, repairing, servicing and adjusting equipment and machinery.
- Safe access to working areas.
- Protection from falls.
- Electrical hazards, including working around high voltage line.
- Crane operations.
- Trenching and excavation work.
- Proper use of powered tools.
- Guarding of belts and pulleys, gears and sprockets, and conveyor nip points.
- Machine, machine parts, and prime movers guarding.
- Lockout/tagout procedures.
- Materials handling.
- Chainsaw and other power tool operation.
- Unsafe weather conditions/Hurricane Preparedness Plan.
- Yarding operations, including skidding, running lines, rigging and communication.
- Landing and loading areas, including release of rigging, landing layout, moving vehicles and equipment, truck locating, loading and shipping.
- Fall protection from elevated locations.
- Use of elevated platforms and scaffolds, including boom and scissor lifts.
- Driver safety.
- Traffic safety
- Slips, falls, and back injuries.
- Ergonomic hazards, including proper lifting techniques and working on ladders or in a stooped posture for prolonged periods at one time.
- Personal protective equipment.
- Respiratory Equipment.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 27 of 105

- Hazardous chemical exposures.
- Hazard communication.
- Physical hazards, such as heat stress, noise, and ionizing and non-ionizing radiation.
- Security Plan Requirements
- Emergency/Incident Reporting requirements/OCIP Requirements
- Bloodborne pathogens and other biological hazards.
- Other job-specific hazards, such as working around airside operations and any pertinent items related to aviation construction

## 14. Employee Communication System and Policy

We recognize that open, two-way communication between management and staff on health and safety issues is essential to an injury-free, productive workplace. The following system of communication is designed to facilitate a continuous flow of safety and health information between management and staff in a form that is readily understandable and consists of one or more of the following checked items:

- New worker orientation including a discussion of safety and health policies and procedures.
- Review of our TCSSSP and POJV Trade Contract Safety Requirements.
- Workplace safety and health training programs.
- Regular weekly and daily safety meetings.
- Effective communication of safety and health concerns between workers and supervisors, including translation where appropriate.
- Posted or distributed safety information.
- A system for workers to anonymously inform management about workplace hazards.
- A labor/management safety and health committee that meets regularly, prepares written records of the safety and health committees meetings, reviews results of the periodic scheduled inspections, reviews investigations of incidents and exposures and makes suggestions to management for the prevention of future incidents, reviews investigations of alleged hazardous conditions, and submits recommendations to assist in the evaluation of employee safety suggestion.
- Other: _____

## 15. Recordkeeping Policy

We have taken the following steps to document implementation of our TCSSSP:

- Records of hazard assessment inspections, including the persons conducting the inspection, the unsafe conditions and work practices that have been identified and the action taken to correct the identified unsafe conditions and work practices, are recorded on a hazard assessment and correction form
- Documentation of safety and health training for each worker, including the worker's name or other identifier, training dates, types of training, and training providers are recorded on a worker training and instruction form.
- Other records are retained as required by contract specifications or by local, state or federal OSHA regulations. Where regulations do not specify the length of records retention, a period of three years after project completion will be used.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 28 of 105

## 16.    Incident/Exposure Investigations Policy

Procedures for investigating workplace incidents and hazardous substance exposures include:

- Responding to the incident scene as soon as possible;
- Reporting immediately to the appropriate POJV point-of-contact
- Interviewing injured workers and witnesses;
- Examining the workplace for factors associated with the incident/exposure;
- Determining the cause of the incident/exposure;
- Taking corrective action to prevent the incident/exposure from reoccurring;
- Recording the findings and corrective actions taken; and
- Post-incident substance abuse testing.

## 17.    Emergency Action Plan

*(Define assembly areas, head count procedure, hurricane preparedness, severe weather including thunder and lightning storms etc.)*

## 18.    Site Specific Medical Emergency Plan

*(Define/ provide emergency contact numbers, competent first-aider, provider locations, etc.)*

## 19.    Return to Work/Light Duty/Injury Management Plan

*(Attach written program for the site only)*

## 20.    Subcontractor Management Plan

*(Attach written program for the site only, how will the contractor manage safety as it relates to its subcontractors)*

## 21.    Site-Specific Hazard Communication Program

*(Attach written program and MSDS for the site only)*

## 22.    Written Trenching and Shoring Plan

*(Attach if applicable)*

## 23.    Written 100% Fall Protection Plan

*(Attach if applicable)*

## 24.    Attach other written programs as required by regulation, contract and applicable to this project.

## 23.    List of Attachments

- Trade Contractor Periodic Safety Audit Inspection Record
- Trade Contractor Sample Training Record
- Trade Contractors Weekly Safety Planning Submission
- Site-Specific Safety Plan – Self Assessment Checklist

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 29 of 105

## EMERGENCY CONTACT PHONE NUMBERS

**MDAD**

| | |
|---|---|
| MIA EMT / Fire | (305) 876-7070 |
| MIA Police | (305) 876-7373 |
| MIA Landside Control Room Operations | (305) 876-7447 |
| MIA Airside Operations | (305) 876-7359 / 7486 |
| MIA Command Post / Administration Dept | (305) 876-0300 |
| MIA Safety & Security | (305) 876-4028 |
| MIA Facilities | (305) 876-0651 |

**POJV**

| | |
|---|---|
| General Superintendent- Jim Eldridge | (305)869-3314 |
| | (305)986-3478 |
| Project Director – David Brown | (305) 869-4006 |
| | (305) 986-3484 |
| Deputy Project Director – Lucas Prado | (305) 869-5912 |
| | (305) 216-4393 |
| Safety and Security Manager – TBD | (305) 869-5985 |

**OTHER**

| | |
|---|---|
| Florida Power & Light – Miami Dade | (800) 468-8243 |
| Emergency Management Office - Miami Dade | (305) 468-5400 |
| American Red Cross – Miami Dade | (305) 644-1200 |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 30 of 105

APPENDIX 1

## PRE-CONSTRUCTION SITE-SPECIFIC RISK ANALYSIS CHECKLIST

DATE: _____          PROJECT/LOCATION: _____

| YES | NO | HAZARD ASSESMENT: |
|-----|-----|------------------|
| | | Environmental hazards: Lead, Asbestos, etc. |
| | | List types; estimated quantities & (soil, air other): |
| | | **ELECTRICAL HAZARDS: OVERHEAD/UNDERGROUND** |
| | | List types: |
| | | **WATER/LEVEE HAZARDS:** |
| | | List types: |
| | | **CONFINED SPACES:PERMITTED/NON-PERMITTED/TUNNEL** |
| | | List Types: |
| | | **EXCAVATION/TRENCHING:** |
| | | Soil classification: |
| | | Proximity of Runway/Roadway(s) (approximate distance): |
| | | Vibration sources (types): |
| | | **ADDITIONAL SAFETY CONCERNS:** |
| | | Proximity of general/traveling public (approximate distance): |
| | | Security: |
| | | Proximity to Air Operations Area |
| | | Other potential Hazards (underground lines, flood zone, noise): |

Reviewed by:

_____  _____  _____
Signature                  Name               Title

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 31 of 105

APPENDIX 2

**Pre-Bid Meeting Safety Review**

Date: _____ Project/Location: _____

Trade Contractor Representative: _____

**The following Safety/Security/Medical items were identified and reviewed with prospective bidders.**

| SAFETY | | SECURITY/MEDICAL | |
|---|---|---|---|
| Project Safety Philosophy & Guiding Principles | | Site Entrance Requirements | |
| Strong Enforcement | | Badging | |
| Safety Audits/Inspections | | Site Security | |
| Subcontractor Responsibilities | | Airport Security | |
| Traveling Public | | Medical Services Requirements | |
| Site Specific Safety Plans/Model Program | | Other | |
| Competent/Qualified Person Documentation | | | |
| FAA Requirements | | | |
| Other | | | |
| Additional Notes/Comments: | | | |
| | | | |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 32 of 105

# MIA – NTDCP PRE-CONSTRUCTION CONFERENCE

| | | |
|---|---|---|
| _ate: | _____ | Project/Location: _____ |
| Trade Contractor Representative: | _____ | POJV Representative: _____ |
| Trade Contractor Safety Representative: | _____ | POJV Safety Representative: _____ |

**The following Safety/Security/Medical items were identified and reviewed with the Trade Contractor.**

| SAFETY | |
|---|---|
| Site Specific Safety Plans/Model Program | _____ |
| Competent/Qualified Person Documentation | _____ |
| Safety Audits/Inspections | _____ |
| Subcontractor Responsibilities | _____ |
| Site Orientation Requirements | _____ |
| Pre-Mobilization Safety Meeting/Date | _____ |
| Crane Inspection Certification | _____ |
| Personal Protective Equipment (PPE) | _____ |
| Safety Reports   Date: _____ | _____ |
| Other | |

| SECURITY/MEDICAL | |
|---|---|
| Site Entrance Requirements | _____ |
| Badging | _____ |
| Site Security | _____ |
| Airport Security | _____ |
| Smoking Policy | _____ |
| Medical Services Requirements | _____ |
| Treatment Locations/Addresses/Phone List | _____ |
| Other | _____ |

| | | |
|---|---|---|
| Safety Contact: Phone: | _____ | Safety Alternate: Phone: _____ |
| Trade Contractor Contact: | _____ | Trade Contractor Admin.: _____ |
| Phone: | _____ | Phone: _____ |

Additional Notes/Comments:

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 33 of 105

## TRADE CONTRACTOR COMPETENT PERSON CHECKLIST & FORM

**Definition**
A competent person is a person who has the ability to recognize existing and predictable hazards and has the authority to correct them.

**Responsibility**
The designated Trade Contractor competent person is responsible for recognizing and correcting safety risks/hazards. This person has the authority to stop work in the event of any potential safety concern on the job site. This Trade Contractor Manager and competent person representative are considered the contact person for the Miami International Airport Projects.

This form must be completed by the Trade Contractor's manager and the Trade Contractor's☐ designated competent person(s). *Where a Trade Contractor is responsible for multiple crafts, it will be necessary to maintain additional designated competent persons and forms.* Each Trade Contractor on a Miami International Airport construction site must submit this completed form to the POJV Safety Manager prior to beginning work and updated any time there is a change in the designated representative(s).

Acknowledgment

I,_____ representing, _____
       Trade Contractor Manager                                 Trade Contractor Company Name

have assigned _____to be the competent person in the areas

indicated and I, _____, Trade Contractor

Competent Person, acknowledge that this individual has been thoroughly trained and is experienced in hazard recognition and has the authority to stop work and correct hazards in the event of a potential hazardous or imminent danger situation.

_____       _____

Trade Contractor Manager (Signature)                              Date

I, _____ acknowledge that I have been thoroughly trained and have
   Trade Contractor Competent Person (Signature)

the experience to perform the duties as the _____competent
                                    Trade Contractor Company Name
person in the areas marked below and I understand that I have the responsibility and authority to identify existing and predictable hazards and to correct or stop work in the event of a potential hazardous or imminent danger situation.

POJV – North Terminal Development Consolidation Program           September 22, 2006
Trade Contractor's Safety and Security Requirements                  Section 00010
                                                      Version 1

Page 34 of 105

| | | | | | |
|---|---|---|---|---|---|
| _____ | Asbestos | _____ | Hearing Protection | _____ | Welding/Cutting |
| _____ | Respiratory Protection | _____ | Scaffolding | _____ | Rigging |
| _____ | Cranes/Derricks | _____ | Electrical/Lo-To | _____ | Lead |
| _____ | Fall Protection | _____ | Ladders | _____ | Excavations/Trenches |
| _____ | Demolition | _____ | Forklifts/Trucks | _____ | First Aid/CPR |
| _____ | HazMat/Waste | _____ | Material/Personnel Hoists | _____ | Concrete/Forms/Shoring |
| _____ | Other: | _____ | Bolting/Riveting/Fitting | _____ | Mechanical Demolition |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 35 of 105

## Trade Contractor Site Specific Safety Plan (TCSSSP) Review

Date: _____ Project/Location: _____

Trade Contractor: _____

POJV Safety Manager: _____

The information provided below is based on a review of the Trade Contractor's Site-Specific Safety Plan. Areas identified as incomplete shall be reevaluated/modified based on the standards outlined in the Trade Contract Documents. The corrected sections of the TCSSSP shall be resubmitted to the POJV Safety Manager within one week of receipt of review documentation.

☐ Copy of All Forms Proposed to be Used and Submitted (Equipment daily circle check, Investigation Reports, Injury Forms, Welding Permits, Confined Space Entry Permits, Scaffolding Daily Inspection, Trenching Daily Inspection Form, etc.)

☐ Material Safety Data Sheets for all regulated chemicals with chemical inventory list (2 copies of each) – one in Trade Contractor safety booklet, one for POJV Master Hazard Communication Book.

☐ Chemical and Gas Storage Stipulations and Safety Requirements

☐ Crane Annual Inspection Certification – **Mandatory for Any and All Cranes on Site**.

☐ Safety and Security Plan Completeness based on TCSSSP requirements

☐ Electrical Safety Program (Include in Electrical Safety / GFCI Program).

☐ Respiratory Protection Program and identification of potential use for this program

☐ Vehicle / Equipment Use List (Authorized / Competent/Qualified Operators)

☐ Vehicle / Equipment Description List (Certifications and Inspections as Applicable).

☐ First Aid / CPR Certification Cards (1 currently certified person required for each 10 employees).

☐ 10 Hour OSHA Training Documentation for supervisors

☐ Incident Report Forms & Investigation Documentation Samples

☐ List of On Site Management – Individual Areas of Control

☐ List of Competent Persons – Designate Area of Competence (i.e. Forklift, Trenching, Scaffolding, etc.).

☐ List of First Aid / CPR Trained Personnel (at least 1 First Aid/CPR Trained person is required for every 10 Trade Contractor employees on site) – print list in addition to providing current copy of training certification card on the back of the individual employee's data sheets.

☐ Emergency Contact List – Minimum of one with alternate identified by: Name, Title, Home Phone, Cell Phone, Office Phone, Area of Control.

Additional Comments:

_____

_____

_____

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
Page 36 of 105

September 22, 2006
Section 00010
Version 1

Accepted_____          Rejected_____


Reviewed by:


_____    _____    _____
Signature                      Name                   Title

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 37 of 105

## Jon Hazard Analysis Form

| | | | | |
|---|---|---|---|---|
| Project Number: _____ | Approved by: | Title: | Date: | New: _____ |
| Page: _____ of _____ | _____ | _____ | _____ | Amended: _____ |
| Job Title: _____ | _____ | _____ | _____ | |
| Job Location: _____ | _____ | _____ | _____ | Date of Analysis: |
| | _____ | _____ | _____ | |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | |

| Sequence of Job Steps | Potential Hazards | Procedure/ Protection | Action Required by | Approved By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____  _____  _____

TRADE CONTRACTOR APPROVAL - Name     Title     Date

_____  _____  _____

TRADE CONTRACTOR SAFETY REVIEW - Name     Title     Date

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 38 of 105

## Job Hazard Analysis Form (Continued)

| SEQUENCE OF JOB STEPS | POTENTIAL HAZARDS/EXPOSURE | PROCEDURE/ PROTECTION/CONTROLS | ACTION REQUIRED BY | APPROVED BY |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 39 of 105

## Job Hazard Analysis Training Record

PROJECT NUMBER_____

JOB TITLE_____

JOB LOCATION_____

DATE:_____

NAME OF TRAINER:_____

SUBJECT(S) COVERED:_____

_____

_____

_____

_____

TRAINING AIDS USED:_____

_____

_____

ATTENDEES (PLEASE SIGN NAME LEGIBLY):

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**(Use additional sheets if necessary)**

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
Page 40 of 105

September 22, 2006
Section 00010
Version 1

## Monthly Trade Contractor Safety Report

| | | Hours | | | Incidents other than Recordables and Lost Times | | | Recordables | | | Lost Times | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Monthly | Year | Project | Monthly | Year | Project | Monthly | Year | Project | Monthly | Year | Project |
| Trade Contractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |
| Subcontractor Name: | | | | | | | | | | | | | |

**Description of all incidents that occurred during the month:**

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 41 of 105

## HAZARD ASSESSMENT CHECKLIST

### GENERAL WORK ENVIRONMENT

- ☐ Are all worksites clean and orderly?
- ☐ Are work surfaces kept dry or appropriate means taken to assure the surfaces are slip-resistant?
- ☐ Are all spilled materials or liquids cleaned up immediately?
- ☐ Is combustible scrap, debris and waste stored safely and removed from the worksite promptly?
- ☐ Is accumulated combustible dust routinely removed from elevated surfaces, including the overhead structure of buildings?
- ☐ Is combustible dust cleaned up with a vacuum system to prevent the dust going into suspension?
- ☐ Is metallic or conductive dust prevented from entering or accumulation on or around electrical enclosures or equipment?
- ☐ Are covered metal waste cans used for oily and paint-soaked waste?
- ☐ Are all oil and gas fired devices equipped with flame failure controls that will prevent flow of fuel if pilots or main burners are not working?
- ☐ Are paint spray booths, dip tanks and the like cleaned regularly?
- ☐ Are the minimum number of toilets and washing facilities provided?
- ☐ Are all toilets and washing facilities clean and sanitary?
- ☐ Are all work areas adequately illuminated?
- ☐ Are pits and floor openings covered or otherwise guarded?

### AIRPORT SAFETY

- ☐ Is work being conducted in Air Operations area?
- ☐ What are the airport operator's rules and regulations for vehicle marking, lighting, and operation?
- ☐ Do vehicles comply with requirements for marking and identifying in accordance with AC 150/5210-5, *Painting, Marking, and Lighting of Vehicles Used on an Airport?*
- ☐ What is the procedure for proper vehicle operation on movement and non-movement areas under normal, lost communications, and emergency conditions?
- ☐ What are the penalties for non-compliance with driving rules and regulations?
- ☐ What are the training requirements for vehicle drivers?
- ☐ What are the provisions for radio communication training for personnel engaged in construction around aircraft movement areas? Some drivers, such as construction drivers under escort, may not require training.
- ☐ What are escort procedures for construction vehicles in aircraft movement areas?
- ☐ Safety area encroachments, Construction must be no closer than 200 feet from runway centerline unless the runway is close or restricted aircraft operation with equivalent RSA to the available construction zone offset.
- ☐ Unauthorized and improper ground vehicle operations.
- ☐ Unmarked or uncovered holes and trenches near aircraft operating surfaces Excavation adjacent to runways, taxiways, and aprons.
- ☐ Mounds of earth, construction materials, temporary structures, and other obstacles near any open runway, taxiway, or taxi-lane; in the related object-free area and aircraft approach or departure areas/zones; or obstructing any sign or marking.
- ☐ Runway resurfacing projects resulting in lips exceeding 3 inches (7.6cm) from pavement edges and ends.
- ☐ Heavy equipment (stationary or mobile) operating or idle near AOAs, in runway approaches and departures areas, or in OFZs.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 42 of 105

- ☐ Equipment or material near NAVAIDs that may degrade or impair radiated signals and/or the monitoring of navigational and visual aids. Unauthorized or improper vehicle operations in localizer or glide slope critical areas, resulting in electronic interference and/or facility shutdown.
- ☐ Tall and especially relatively low-visibility units (i.e., equipment with slim profiles)—cranes, drills, and similar objects—located in critical areas, such as OFZs and approach zones.
- ☐ Improperly positioned or malfunctioning lights or unlighted airport hazards, such as holes or excavations, on any apron, open taxiway, or open taxi-lane or in a related safety, approach, or departure area.
- ☐ Obstacles, loose pavement, trash, and other debris on or near AOAs. Construction debris (gravel, may result in aircraft propeller, turbine engine, or tire damage. Also, loose materials may blow about, potentially causing personal injury or equipment damage.
- ☐ Inappropriate or poorly maintained fencing during construction intended to deter human and animal intrusions into the AOA. Fencing and other markings that are inadequate to separate construction areas from open AOAs create aviation hazards.
- ☐ Improper or inadequate marking or lighting of runways (especially thresholds that have been displaced or runways that have been closed) and taxiways that could cause pilot confusion and provide a potential for a runway incursion. Inadequate or improper methods of marking, barricading, and lighting of temporarily closed portions of AOAs create aviation hazards.
- ☐ Wildlife attractants—such as trash (food scraps not collected from construction personnel activity), grass seeds, or ponded water—on or near airports.
- ☐ Obliterated or faded markings on active operational areas.
- ☐ Misleading or malfunctioning obstruction lights. Unlighted or unmarked obstructions in the approach to any open runway pose aviation hazards.
- ☐ Failures to issue, update, or cancel NOTAMs about airport or runway closures or other construction-related airport conditions.
- ☐ Failure to mark and identify utilities or power cables. Damage to utilities and power cables during construction activity can result in the loss of runway/taxiway lighting; loss of navigational, visual, or approach aids; disruption of weather reporting services; and/or loss of communications.
- ☐ Restrictions on ARFF access from fire stations to the runway-taxiway system or airport buildings.
- ☐ Lack of radio communications with construction vehicles in airport movement areas.
- ☐ Objects, regardless of whether they are marked or flagged, or activities anywhere on or near an airport that could be distracting, confusing, or alarming to pilots during aircraft operations.
- ☐ Water, snow, dirt, debris, or other contaminants that temporarily obscure or derogate the visibility of runway/taxiway marking, lighting, and pavement edges. Any condition or factor that obscures or diminishes the visibility of areas under construction.
- ☐ Spillage from vehicles (gasoline, diesel fuel, oil, etc.) on active pavement areas, such as runways, taxiways, ramps, and airport roadways.
- ☐ Failure to maintain drainage system integrity during construction (e.g., no temporary drainage provided when working on a drainage system).
- ☐ Failure to provide for proper electrical lockout and tagging procedures. At larger airports with multiple maintenance shifts/workers, construction contractors should make provisions for coordinating work on circuits.
- ☐ Failure to control dust. Consider limiting the amount of area from which the contractor is allowed to strip turf.
- ☐ Exposed wiring that creates an electrocution or fire ignition hazard. Identify and secure wiring, and place it in conduit or bury it.
- ☐ Site burning, which can cause possible obscuration.
- ☐ Construction work taking place outside of designated work areas and out of phase.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 43 of 105

## PERSONAL PROTECTIVE EQUIPMENT & CLOTHING

- ☐ Are protective goggles or face shields provided and worn where there is any danger of flying particles or corrosive materials?
- ☐ Are approved safety glasses required to be worn at all times in areas where there is a risk of eye injuries such as punctures, abrasions, contusions, or burns?
- ☐ Are employees who need corrective lenses (glasses or contacts lenses) in working environments with harmful exposures, required to wear only approved safety glasses, protective goggles, or use other medically approved precautionary procedures?
- ☐ Are protective gloves, aprons, shields, or other means provided against cuts, corrosive liquids, and chemicals?
- ☐ Are hard hats provided and worn where danger of falling objects exists?
- ☐ Are hard hats inspected periodically for damage to the shell and suspension system?
- ☐ Is appropriate foot protection required where there is the risk of foot injuries from hot, corrosive, poisonous substances, falling objects, crushing or penetrating actions?
- ☐ Are approved respirators provided for regular or emergency use where needed?
- ☐ Is all protective equipment maintained in a sanitary condition and ready for use?
- ☐ Do you have eye wash facilities and a quick drench shower within the work area where employees are exposed to injurious corrosive materials?
- ☐ Where special equipment is needed for electrical workers, is it available?
- ☐ When lunches are eaten on the premises, are they eaten in areas where there is no exposure to toxic materials or other health hazards?
- ☐ Is protection against the effects of occupational noise exposure provided when sound levels exceed those of the OSHA noise standard?

## WALKWAYS

- ☐ Are aisles and passageways kept clear?
- ☐ Are aisles and walkways marked as appropriate?
- ☐ Are wet surfaces covered with non-slip materials?
- ☐ Are holes in the floor, sidewalk, or other walking surface repaired properly, covered, or otherwise made safe?
- ☐ Is there safe clearance for walking in aisles where motorized or mechanical handling equipment is operating?
- ☐ Are spilled materials cleaned up immediately?
- ☐ Are materials or equipment stored in such a way that sharp projectiles will not interfere with the walkway?
- ☐ Are changes of direction or elevations readily identifiable?
- ☐ Are aisles or walkways that pass near moving or operating machinery, welding operations or similar operations arranged so employees will not be subjected to potential hazards?
- ☐ Is adequate headroom provided for the entire length of any aisle or walkway?
- ☐ Are standard guardrails provided wherever aisle or walkway surfaces are elevated more than 30 inches above any adjacent floor or the ground?
- ☐ Are bridges provided over conveyors and similar hazards?

## FLOOR & WALL OPENINGS

- ☐ Are floor openings guarded by a cover, guardrail, or equivalent on all sides (except at entrance to stairways or ladders)?
- ☐ Are toe boards installed around the edges of a permanent floor opening (where persons may pass below the opening)?
- ☐ Are skylight screens of such construction and mounting that they will withstand a load of at least 200 pounds?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 44 of 105