☐ Is the glass in windows, doors, glass walls that are subject to human impact, of sufficient thickness and type for the condition of use?

☐ Are grates or similar type covers over floor openings such as floor drains, of such design that foot traffic or rolling equipment will not be affected by the grate spacing?

☐ Are unused portions of service pits and pits not actually in use either covered or protected by guardrails or equivalent?

☐ Are manhole covers, trench covers and similar covers, plus their supports, designed to carry a truck rear axle load of at least 20,000 pounds when located in roadways and subject to vehicle traffic?

☐ Are floor or wall openings in fire resistive construction provided with doors or covers compatible with the fire rating of the structure and provided with self-closing feature when appropriate?

## STAIRS & STAIRWAYS

☐ Are standard stair rails or handrails on all stairways having four or more risers?

☐ Are all stairways at least 22 inches wide?

☐ Do stairs have at least a 6'6" overhead clearance?

☐ Do stairs angle no more than 50 and no less than 30 degrees?

☐ Are stairs of hollow-pan type treads and landings filled to noising level with solid material?

☐ Are step risers on stairs uniform from top to bottom, with no riser spacing greater than 7-1/2 inches?

☐ Are steps on stairs and stairways designed or provided with a surface that renders them slip resistant?

☐ Are stairway handrails located between 30 and 34 inches above the leading edge of stair treads?

☐ Do stairway handrails have a least 1-1/2 inches of clearance between the handrails and the wall or surface they are mounted on?

☐ Are stairway handrails capable of withstanding a load of 200 pounds, applied in any direction?

☐ Where stairs or stairways exit directly into any area where vehicles may be operated, are adequate barriers and warnings provided to prevent employees stepping into the path of traffic?

☐ Do stairway landings have a dimension measured in the direction of travel, at least equal to width of the stairway?

☐ Is the vertical distance between stairway landings limited to 12 feet or less?

## ELEVATED SURFACES

☐ Are signs posted, when appropriate, showing the elevated surface load capacity?

☐ Are surfaces elevated more than 30 inches above the floor or ground provided with standard guardrails?

☐ Are all elevated surfaces (beneath which people or machinery could be exposed to falling objects) provided with standard 4-inch toe boards?

☐ Is a permanent means of access and egress provided to elevated storage and work surfaces?

☐ Is required headroom provided where necessary?

☐ Is material on elevated surfaces piled, stacked, or racked in a manner to prevent it from tipping, falling, collapsing, rolling or spreading?

☐ Are dock boards or bridge plates used when transferring materials between docks and trucks or rail cars?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 45 of 105

## EXITING OR EGRESS

- ☐ Are all exits marked with an exit sign and illuminated by a reliable light source?
- ☐ Are the directions to exits, when not immediately apparent, marked with visible signs?
- ☐ Are doors, passageways or stairways, that are neither exits nor access to exits and which could be mistaken for exits, appropriately marked **"NOT AN EXIT"**, **"TO BASEMENT"**, **"STOREROOM"**, and the like?
- ☐ Are exit signs provided with the word **"EXIT"** in lettering at least 5 inches high and the stroke of the lettering at least 1/2 inch wide?
- ☐ Are exit doors side-hinged?
- ☐ Are all exits kept free of obstructions?
- ☐ Are at least two means of egress provided from elevated platforms, pits or rooms where the absence of a second exit would increase the risk of injury from hot, poisonous, corrosive, suffocating, flammable, or explosive substances?
- ☐ Are there sufficient exits to permit prompt escape in case of emergency?
- ☐ Are special precautions taken to protect employees during construction and repair operations?
- ☐ Is the number of exits from each floor of a building, and the number of exits from the building itself, appropriate for the building occupancy load?
- ☐ Are exit stairways which are required to be separated from other parts of a building enclosed by at least two hour fire-resistive construction in buildings more than four stories in height, and not less than one-hour fire resistive construction elsewhere?
- ☐ When ramps are used as part of required exiting from a building, is the ramp slope limited to 1- foot vertical and 12 feet horizontal?
- ☐ Where exiting will be through frameless glass doors, glass exit doors, storm doors, and such are the doors fully tempered and meet the safety requirements for human impact?

## EXIT DOORS

- ☐ Are doors that are required to serve as exits designed and constructed so that the way of exit travel is obvious and direct?
- ☐ Are windows that could be mistaken for exit doors, made inaccessible by means of barriers or railings?
- ☐ Are exit doors operable from the direction of exit travel without the use of a key or any special knowledge or effort, when the building is occupied?
- ☐ Is a revolving, sliding, or overhead door prohibited from serving as a required exit door?
- ☐ Where panic hardware is installed on a required exit door, will it allow the door to open by applying a force of 15 pounds or less in the direction of the exit traffic?
- ☐ Are doors on cold storage rooms provided with an inside release mechanism that will release the latch and open the door even if it's padlocked or otherwise locked on the outside?
- ☐ Where exit doors open directly onto any street, alley or other area where vehicles may be operated, are adequate barriers and warnings provided to prevent employees stepping into the path of traffic?
- ☐ Are doors that swing in both directions and are located between rooms where there is frequent traffic, provided with viewing panels in each door?

## PORTABLE LADDERS

- ☐ Are all ladders maintained in good condition, joints between steps and side rails tight, all hardware and fittings securely attached, and moveable parts operating freely without binding or undue play?
- ☐ Are non-slip safety feet provided on each ladder?
- ☐ Are non-slip safety feet provided on each metal or rung ladder?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 46 of 105

- ☐ Are ladder rungs and steps free of grease and oil?
- ☐ Is it prohibited to place a ladder in front of doors opening toward the ladder except when the door is blocked open, locked, or guarded?
- ☐ Is it prohibited to place ladders on boxes, barrels, or other unstable bases to obtain additional height?
- ☐ Are employees instructed to face the ladder when ascending or descending?
- ☐ Are employees prohibited from using ladders that are broken, missing steps, rungs, or cleats, broken side rails or other faulty equipment?
- ☐ Are employees instructed not to use the top 2 steps of ordinary stepladders as a step?
- ☐ When portable rung ladders are used to gain access to elevated platforms, roofs, and the like does the ladder always extend at least 3 feet above the elevated surface?
- ☐ Is it required that when portable rung or cleat type ladders are used the base is so placed that slipping will not occur, or it is lashed or otherwise held in place?
- ☐ Are portable metal ladders legibly marked with signs reading **"CAUTION" "Do Not Use Around Electrical Equipment"** or equivalent wording?
- ☐ Are employees prohibited from using ladders as guys, braces, skids, gin poles, or for other than their intended purposes?
- ☐ Are employees instructed to only adjust extension ladders while standing at a base (not while standing on the ladder or from a position above the ladder)?
- ☐ Are metal ladders inspected for damage?
- ☐ Are the rungs of ladders uniformly spaced at 12 inches, center to center?

## HAND TOOLS & EQUIPMENT

- ☐ Are all tools and equipment (both, company and employee-owned) used by employees at their workplace in good condition?
- ☐ Are hand tools such as chisels, punches, which develop mushroomed heads during use, reconditioned or replaced as necessary?
- ☐ Are broken or fractured handles on hammers, axes, and similar equipment replaced promptly?
- ☐ Are worn or bent wrenches replaced regularly?
- ☐ Are appropriate handles used on files and similar tools?
- ☐ Are employees made aware of the hazards caused by faulty or improperly used hand tools? Are appropriate safety glasses, face shields, and similar equipment used while using hand tools or equipment that might produce flying materials or be subject to breakage?
- ☐ Are jacks checked periodically to assure they are in good operating condition?
- ☐ Are tool handles wedged tightly in the head of all tools?
- ☐ Are tool cutting edges kept sharp so the tool will move smoothly without binding or skipping?
- ☐ Are tools stored in dry, secure location where they won't be tampered with?
- ☐ Is eye and face protection used when driving hardened or tempered spuds or nails?

## PORTABLE (POWER OPERATED) TOOLS & EQUIPMENT

- ☐ Are grinders, saws, and similar equipment provided with appropriate safety guards?
- ☐ Are power tools used with the correct shield, guard or attachment recommended by the manufacturer?
- ☐ Are portable circular saws equipped with guards above and below the base shoe?
- ☐ Are circular saw guards checked to assure they are not wedged up, thus leaving the lower portion of the blade unguarded?
- ☐ Are rotating or moving parts of equipment guarded to prevent physical contact?
- ☐ Are all cord-connected, electrically operated tools and equipment effectively grounded or of the approved double insulated type?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 47 of 105

- ☐ Are effective guards in place over belts, pulleys, chains, and sprockets, on equipment such as concrete mixers, air compressors, and the like?
- ☐ Are portable fans provided with full guards or screens having openings 1/2 inch or less?
- ☐ Is hoisting equipment available and used for lifting heavy objects, and are hoist ratings and characteristics appropriate for the task?
- ☐ Are ground-fault circuit interrupters provided on all temporary electrical 15 and 20 ampere circuits, used during periods of construction?
- ☐ Are pneumatic and hydraulic hoses on power-operated tools checked regularly for deterioration or damage?

## ABRASIVE WHEEL EQUIPMENT GRINDERS

- ☐ Is the work rest used and kept adjusted to within 1/8 inch of the wheel?
- ☐ Is the adjustable tongue on the top side of the grinder used and kept adjusted to within 1/4 inch of the wheel?
- ☐ Do side guards cover the spindle, nut, and flange and 75 percent of the wheel diameter?
- ☐ Are bench and pedestal grinders permanently mounted?
- ☐ Are goggles or face shields always worn when grinding?
- ☐ Is the maximum RPM rating of each abrasive wheel compatible with the RPM rating of the grinder motor?
- ☐ Are fixed or permanently mounted grinders connected to their electrical supply system with metallic conduit or other permanent wiring method?
- ☐ Does each grinder have an individual on and off control switch?
- ☐ Is each electrically operated grinder effectively grounded?
- ☐ Before new abrasive wheels are mounted, are they visually inspected and ring tested?
- ☐ Are dust collectors and powered exhausts provided on grinders used in operations that produce large amounts of dust?
- ☐ Are splashguards mounted on grinders that use coolant, to prevent the coolant reaching employees?
- ☐ Is cleanliness maintained around grinder?

## POWDER ACTUATED TOOLS

- ☐ Are employees who operate powder-actuated tools trained in their use and carry a valid operator's card?
- ☐ Do the powder-actuated tools being used have written approval of the Division of Occupational Safety and Health?
- ☐ Is each powder-actuated tool stored in its own locked container when not being used?
- ☐ Is a sign at least 7" by 10" with bold type reading "**POWDER-ACTUATED TOOL IN USE**" conspicuously posted when the tool is being used?
- ☐ Are powder-actuated tools left unloaded until they are actually ready to be used?
- ☐ Are powder-actuated tools inspected for obstructions or defects each day before use?
- ☐ Do powder-actuated tools operators have and use appropriate personal protective equipment such as hard hats, safety goggles, safety shoes and ear protectors?

## MACHINE GUARDING

- ☐ Is there a training program to instruct employees on safe methods of machine operation?
- ☐ Is there adequate supervision to ensure that employees are following safe machine operating procedures?
- ☐ Is there a regular program of safety inspection of machinery and equipment?
- ☐ Is all machinery and equipment kept clean and properly maintained?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 48 of 105

- ☐ Is sufficient clearance provided around and between machines to allow for safe operations, set up and servicing, material handling and waste removal?
- ☐ Is equipment and machinery securely placed and anchored, when necessary to prevent tipping or other movement that could result in personal injury?
- ☐ Is there a power shut-off switch within reach of the operator's position at each machine?
- ☐ Can electric power to each machine be locked out for maintenance, repair, or security?
- ☐ Are the non-current-carrying metal parts of electrically operated machines bonded and grounded?
- ☐ Are foot-operated switches guarded or arranged to prevent accidental actuation by personnel or falling objects?
- ☐ Are manually operated valves and switches controlling the operation of equipment and machines clearly identified and readily accessible?
- ☐ Are all emergency stop buttons colored red?
- ☐ Are all pulleys and belts that are within 7 feet of the floor or working level properly guarded?
- ☐ Are all moving chains and gears properly guarded?
- ☐ Are splashguards mounted on machines that use coolant, to prevent the coolant from reaching employees?
- ☐ Are methods provided to protect the operator and other employees in the machine area from hazards created at the point of operation, ingoing nip points, rotating parts, flying chips, and sparks?
- ☐ Are machinery guards secure and so arranged that they do not offer a hazard in their use?
- ☐ If special hand tools are used for placing and removing material, do they protect the operator's hands?
- ☐ Are revolving drums, barrels, and containers required to be guarded by an enclosure that is interlocked with the drive mechanism, so that revolution cannot occur unless the guard enclosure is in place, so guarded?
- ☐ Do arbors and mandrels have firm and secure bearings and are they free from play?
- ☐ Are provisions made to prevent machines from automatically starting when power is restored after a power failure or shutdown?
- ☐ Are machines constructed so as to be free from excessive vibration when the largest size tool is mounted and run at full speed?
- ☐ If machinery is cleaned with compressed air, is air pressure controlled and personal protective equipment or other safeguards used to protect operators and other workers from eye and body injury?
- ☐ Are fan blades protected with a guard having openings no larger than 1/2 inch, when operating within 7 feet of the floor?
- ☐ Are saws used for ripping, equipped with anti-kick back devices and spreaders?
- ☐ Are radial arm saws so arranged that the cutting head will gently return to the back of the table when released?

## LOCKOUT BLOCKOUT PROCEDURES

- ☐ Is all machinery or equipment capable of movement, required to be de-energized or disengaged and blocked or locked out during cleaning, servicing, adjusting, or setting up operations, whenever required?
- ☐ Is the locking-out of control circuits in lieu of locking-out main power disconnects prohibited?
- ☐ Are all equipment control valve handles provided with a means for locking-out?
- ☐ Does the lockout procedure require that stored energy (i.e. mechanical, hydraulic, air,) be released or blocked before equipment is locked-out for repairs?
- ☐ Are appropriate employees provided with individually keyed personal safety locks?
- ☐ Are employees required to keep personal control of their key(s) while they have safety locks in use?
- ☐ Is it required that employees check the safety of the lock out by attempting a start up after making sure no one is exposed?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 49 of 105

☐ Where the power disconnecting means for equipment does not also disconnect the electrical control circuit:
☐ Are the appropriate electrical enclosures identified?
☐ Is a mean provide to assure the control circuit can also be disconnected and locked out?

## WELDING, CUTTING & BRAZING

☐ Are only authorized and trained personnel permitted to use welding, cutting or brazing equipment?
☐ Do all operators have a copy of the appropriate operating instructions and are they directed to follow them?
☐ Are compressed gas cylinders regularly examined for obvious signs of defects, deep rusting, or leakage?
☐ Is care used in handling and storage of cylinders, safety valves, relief valves, and the like, to prevent damage?
☐ Are precautions taken to prevent the mixture of air or oxygen with flammable gases, except at a burner or in a standard torch?
☐ Are only approved apparatus (torches, regulators, pressure-reducing valves, acetylene generators, manifolds) used?
☐ Are cylinders kept away from sources of heat?
☐ Is it prohibited to use cylinders as rollers or supports?
☐ Are empty cylinders appropriately marked their valves closed and valve-protection caps on?
☐ Are signs reading: **DANGER NO-SMOKING, MATCHES, OR OPEN LIGHTS**, or the equivalent posted?
☐ Are cylinders, cylinder valves, couplings, regulators, hoses, and apparatus kept free of oily or greasy substances?
☐ Is care taken not to drop or strike cylinders?
☐ Unless secured on special trucks, are regulators removed and valve-protection caps put in place before moving cylinders?
☐ Do cylinders without fixed hand wheels have keys, handles, or non-adjustable wrenches on stem valves when in service?
☐ Are liquefied gases stored and shipped valve-end up with valve covers in place?
☐ Are employees instructed to never crack a fuel-gas cylinder valve near sources of ignition?
☐ Before a regulator is removed, is the valve closed and gas released form the regulator?
☐ Is red used to identify the acetylene (and other fuel-gas) hose, green for oxygen hose, and black for inert gas and air hose?
☐ Are pressure-reducing regulators used only for the gas and pressures for which they are intended?
☐ Is open circuit (No Load) voltage of arc welding and cutting machines as low as possible and not in excess of the recommended limits?
☐ Under wet conditions, are automatic controls for reducing no-load voltage used?
☐ Is grounding of the machine frame and safety ground connections of portable machines checked periodically?
☐ Are electrodes removed from the holders when not in use?
☐ Is it required that electric power to the welder be shut off when no one is in attendance?
☐ Is suitable fire extinguishing equipment available for immediate use?
☐ Is the welder forbidden to coil or loop welding electrode cable around his body?
☐ Are wet machines thoroughly dried and tested before being used?
☐ Are work and electrode lead cables frequently inspected for wear and damage, and replaced when needed?
☐ Do means for connecting cables' lengths have adequate insulation?
☐ When the object to be welded cannot be moved and fire hazards cannot be removed, are shields used to confine heat, sparks, and slag?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 50 of 105

☐ Are firewatchers assigned when welding or cutting is performed, in locations where a serious fire might develop?

☐ Are combustible floors kept wet, covered by damp sand, or protected by fire-resistant shields?

☐ When floors are wet down, are personnel protected from possible electrical shock?

☐ When welding is done on metal walls, are precautions taken to protect combustibles on the other side?

☐ Before hot work is begun, are used drums, barrels, tanks, and other containers so thoroughly cleaned that no substances remain that could explode, ignite, or produce toxic vapors?

☐ Is it required that eye protection helmets, hand shields, and goggles meet appropriate standards?

☐ Are employees exposed to the hazards created by welding, cutting, or bracing operations protected with personal protective equipment and clothing?

☐ Is a check made for adequate ventilation in and where welding or cutting is preformed?

☐ When working in confined places are environmental monitoring tests taken and means provided for quick removal of welders in case of an emergency?

## COMPRESSORS & COMPRESSED AIR

☐ Are compressors equipped with pressure relief valves, and pressure gauges?

☐ Are compressor air intakes installed and equipped to ensure that only clean uncontaminated air enters the compressor?

☐ Are air filters installed on the compressor intake?

☐ Are compressors operated and lubricated in accordance with the manufacturer's recommendations?

☐ Are safety devices on compressed air systems checked frequently?

☐ Before any repair work is done on the pressure system of a compressor, is the pressure bled off and the system locked-out?

☐ Are signs posted to warn of the automatic starting feature of the compressors?

☐ Is the belt drive system totally enclosed to provide protection for the front, back, top, and sides?

☐ Is it strictly prohibited to direct compressed air towards a person?

☐ Are employees prohibited from using highly compressed air for cleaning purposes?

☐ If compressed air is used for cleaning off clothing, is the pressure reduced to less than 10 psi?

☐ When using compressed air for cleaning, do employees use personal protective equipment?

☐ Are safety chains or other suitable locking devices used at couplings of high pressure hose lines where a connection failure would create a hazard?

☐ Before compressed air is used to empty containers of liquid, is the safe working pressure of the container checked?

☐ When compressed air is used with abrasive blast cleaning equipment, is the operating valve a type that must be held open manually?

☐ When compressed air is used to inflate auto tires, is a clip-on chuck and an inline regulator preset to 40 psi required?

☐ Is it prohibited to use compressed air to clean up or move combustible dust if such action could cause the dust to be suspended in the air and cause a fire or explosion hazard?

## COMPRESSED AIR RECEIVERS

☐ Is every receiver equipped with a pressure gauge and with one or more automatic, spring-loaded safety valves?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 51 of 105

☐ Is the total relieving capacity of the safety valve capable of preventing pressure in the receiver from exceeding the maximum allowable working pressure of the receiver by more than 10 percent?

☐ Is every air receiver provided with a drainpipe and valve at the lowest point for the removal of accumulated oil and water?

☐ Are compressed air receivers periodically drained of moisture and oil?

☐ Are all safety valves tested frequently and at regular intervals to determine whether they are in good operating condition?

☐ Is there a current operating permit issued by the Division of Occupational Safety and Health?

☐ Is the inlet of air receivers and piping systems kept free of accumulated oil and carbonaceous materials?

## COMPRESSED GAS & CYLINDERS

☐ Are cylinders with a water weight capacity over 30 pounds equipped with means for connecting a valve protector device, or with a collar or recess to protect the valve?

☐ Are cylinders legibly marked to clearly identify the gas contained?

☐ Are compressed gas cylinders stored in areas which are protected from external heat sources such as flame impingement, intense radiant heat, electric arcs, or high temperature lines?

☐ Are cylinders located or stored in areas where they will not be damaged by passing or falling objects or subject to tampering by unauthorized persons?

☐ Are cylinders stored or transported in a manner to prevent them creating a hazard by tipping, falling, or rolling?

☐ Are cylinders containing liquefied fuel gas, stored or transported in a position so that the safety relief device is always in direct contact with the vapor space in the cylinder?

☐ Are valve protectors always placed on cylinders when the cylinders are not in use or connected for use?

☐ Are all valves closed off before a cylinder is moved, when the cylinder is empty, and at the completion of each job?

☐ Are low pressure fuel-gas cylinders checked periodically for corrosion, general distortion, cracks, or any other defect that might indicate a weakness or render it unfit for service?

☐ Does the periodic check of low pressure fuel-gas cylinders include a close inspection of the cylinders' bottom?

## HOIST & AUXILIARY EQUIPMENT

☐ Is each overhead electric hoist equipped with a limit device to stop the hook travel at its highest and lowest point of safe travel?

☐ Will each hoist automatically stop and hold any load up to 125 percent of its rated load, if its actuating force is removed?

☐ Is the rated load of each hoist legibly marked and visible to the operator?

☐ Are stops provided at the safe limits of travel for trolley hoist?

☐ Are the controls of hoists plainly marked to indicate the direction of travel or motion?

☐ Is each cage-controlled hoist equipped with an effective warning device?

☐ Are close-fitting guards or other suitable devices installed on hoist to assure hoist ropes will be maintained in the sheave groves?

☐ Are all hoist chains or ropes of sufficient length to handle the full range of movement for the application while still maintaining two full wraps on the drum at all times?

☐ Are nip points or contact points between hoist ropes and sheaves which are permanently located within 7 feet of the floor, ground or working platform, guarded?

☐ Is it prohibited to use chains or rope slings that are kinked or twisted?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 52 of 105

- ☐ Is it prohibited to use the hoist rope or chain wrapped around the load as a substitute, for a sling?
- ☐ Is the operator instructed to avoid carrying loads over people?
- ☐ Are only employees who have been trained in the proper use of hoists allowed to operate them?

## INDUSTRIAL TRUCKS - FORKLIFTS

- ☐ Are only trained personnel allowed to operate industrial trucks?
- ☐ Is substantial overhead protective equipment provided on high lift rider equipment?
- ☐ Are the required lift truck operating rules posted and enforced?
- ☐ Is directional lighting provided on each industrial truck that operates in an area with less than 2 foot candles per square foot of general lighting?
- ☐ Does each industrial truck have a warning horn, whistle, gong or other device which can be clearly heard above the normal noise in the areas where operated?
- ☐ Are the brakes on each industrial truck capable of bringing the vehicle to a complete and safe stop when fully loaded?
- ☐ Will the industrial truck's parking brake effectively prevent the vehicle from moving when unattended?
- ☐ Are industrial trucks operating in areas where flammable gases or vapors, or combustible dust or ignitable fibers may be present in the atmosphere, approved for such locations?
- ☐ Are motorized hand and hand/rider trucks so designed that the brakes are applied, and power to the drive motor shuts off when the operator releases his/her grip on the device that controls the travel?
- ☐ Are industrial trucks with internal combustion engine operated in buildings or enclosed areas, carefully checked to ensure such operations do not cause harmful concentration of dangerous gases or fumes?

## SPRAYING OPERATIONS

- ☐ Is adequate ventilation assured before spray operations are started?
- ☐ Is mechanical ventilation provided when spraying operation is done in enclosed areas?
- ☐ When mechanical ventilation is provided during spraying operations, is it so arranged that it will not circulate the contaminated air?
- ☐ Is the spray area free of hot surfaces?
- ☐ Is the spray area at least 20 feet from flames, sparks, operating electrical motors, and other ignition sources?
- ☐ Are portable lamps used to illuminate spray areas suitable for use in a hazardous location?
- ☐ Is approved respiratory equipment provided and used when appropriate during spraying operations?
- ☐ Do solvents used for cleaning have a flash point of 100E F or more?
- ☐ Are fire control sprinkler heads kept clean?
- ☐ Are **"NO SMOKING"** signs posted in spray areas, paint rooms, paint booths, and paint storage areas?
- ☐ Is the spray area kept clean of combustible residue?
- ☐ Are spray booths constructed of metal, masonry, or other substantial noncombustible material?
- ☐ Are spray booth floors and baffles noncombustible and easily cleaned?
- ☐ Is infrared drying apparatus kept out of the spray area during spraying operations?
- ☐ Is the spray booth completely ventilated before using the drying apparatus?
- ☐ Is the electric drying apparatus properly grounded?
- ☐ Are lighting fixtures for spray booths located outside of the booth and the interior lighted through sealed clear panels?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 53 of 105

☐ Are the electric motors for exhaust fans placed outside booths or ducts?
☐ Are belts and pulleys inside the booth fully enclosed?
☐ Do ducts have access doors to allow cleaning?
☐ Do all drying spaces have adequate ventilation?

## ENTERING CONFINED SPACES

☐ Are confined spaces thoroughly emptied of any corrosive or hazardous substances, such as acids or caustics, before entry?
☐ Before entry, are all lines to a confined space, containing inert, toxic, flammable, or corrosive materials valved off and blanked or disconnected and separated?
☐ Is it required that all impellers, agitators, or other moving equipment inside confined spaces be locked-out if they present a hazard?
☐ Is either natural or mechanical ventilation provided prior to confined space entry?
☐ Before entry, are appropriate atmospheric tests performed to check for oxygen deficiency, toxic substance, and explosive concentrations in the confined space before entry?
☐ Is adequate illumination provided for the work to be performed in the confined space?
☐ Is the atmosphere inside the confined space frequently tested or continuously monitor during conduct of work?
☐ Is there an assigned safety standby employee outside of the confined space, whose sole responsibility is to watch the work in progress, sound an alarm if necessary, and render assistance?
☐ Is the standby employee or other employees prohibited from entering the confined space without lifelines and respiratory equipment if there are any questions as to the cause of an emergency?
☐ In addition to the standby employee, is there at least one other trained rescuer in the vicinity?
☐ Are all rescuers appropriately trained and using approved, recently inspected equipment?
☐ Does all rescue equipment allow for lifting employees vertically from a top opening?
☐ Are there trained personnel in First Aid and CPR immediately available?
☐ Is there an effective communication system in place whenever respiratory equipment is used and the employee in the confined space is out of sight of the standby person?
☐ Is approved respiratory equipment required if the atmosphere inside the confined space cannot be made acceptable?
☐ Is all portable electrical equipment used inside confined spaces either grounded and insulated, or equipped with ground fault protection?
☐ Before gas welding or burning is started in a confined space, are hoses checked for leaks, compressed gas bottles forbidden inside of the confined space, torches lighted only outside of the confined area and the confined area tested for an explosive atmosphere each time before a lighted torch is to be taken into the confined space?
☐ If employees will be using oxygen-consuming equipment such as salamanders, torches, furnaces, in a confined space, is sufficient air provided to assure combustion without reducing the oxygen concentration of the atmosphere below 19.5 percent by volume?
☐ Whenever combustion-type equipment is used in confined space, are provisions made to ensure the exhaust gases are vented outside of the enclosure?
☐ Is each confined space checked for decaying vegetation or animal matter, which may produce methane?
☐ Is the confined space checked for possible industrial waste, which could contain toxic properties?
☐ If the confined space is below the ground and near areas where motor vehicles will be operating, is it possible for vehicle exhaust or carbon monoxide to enter the space?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 54 of 105

## ENVIRONMENTAL CONTROLS

☐ Are all work areas properly illuminated?
☐ Are employees instructed in proper first aid and other emergency procedures?
☐ Are hazardous substances identified which may cause harm by inhalation, ingestion, skin absorption or contact?
☐ Are employees aware of the hazards involved with the various chemicals they may be exposed to in their work environment, such as ammonia, chlorine, epoxies, and caustics?
☐ Is employee exposure to chemicals in the workplace kept within acceptable levels?
☐ Can a less harmful method or product be used?
☐ Is the work area's ventilation system appropriate for the work being performed?
☐ Are spray painting operations done in spray rooms or booths equipped with an appropriate exhaust system?
☐ Is employee exposure to welding fumes controlled by ventilation, use of respirators, exposure time, or other means?
☐ Are welders and other workers nearby provided with flash shields during welding operations?
☐ If forklifts and other vehicles are used in buildings or other enclosed areas, are the carbon monoxide levels kept below maximum acceptable concentration?
☐ Has there been a determination that noise levels in the facilities are within acceptable levels?
☐ Are steps being taken to use engineering controls to reduce excessive noise levels?
☐ Are proper precautions being taken when handling asbestos and other fibrous materials?
☐ Are caution labels and signs used to warn of asbestos?
☐ Are wet methods used, when practicable, to prevent the emission of airborne asbestos fibers, silica dust and similar hazardous materials?
☐ Is vacuuming with appropriate equipment used whenever possible rather than blowing or sweeping dust?
☐ Are grinders, saws, and other machines that produce reparable dusts vented to an industrial collector or central exhaust system?
☐ Are all local exhaust ventilation systems designed and operating properly such as airflow and volume necessary for the application? Are the ducts free of obstructions or the belts slipping?
☐ Is personal protective equipment provided, used and maintained wherever required?
☐ Are there written standard operating procedures for the selection and use of respirators where needed?
☐ Are restrooms and washrooms kept clean and sanitary?
☐ Is all water provided for drinking, washing, and cooking potable?
☐ Are all outlets for water not suitable for drinking clearly identified?
☐ Are employees' physical capacities assessed before being assigned to jobs requiring heavy work?
☐ Are employees instructed in the proper manner of lifting heavy objects?
☐ Where heat is a problem, have all fixed work areas been provided with spot cooling or air conditioning?
☐ Are employees screened before assignment to areas of high heat to determine if their health condition might make them more susceptible to having an adverse reaction?
☐ Are employees working on streets and roadways where they are exposed to the hazards of traffic, required to wear bright colored (traffic orange) warning vest?
☐ Are exhaust stacks and air intakes located that contaminated air will not be re-circulated within a building or other enclosed area?
☐ Is equipment producing ultra-violet radiation properly shielded?

## FLAMMABLE & COMBUSTIBLE MATERIALS

☐ Are combustible scrap, debris, and waste materials (i.e. oily rags) stored in covered metal receptacles and removed from the worksite promptly?
☐ Is proper storage practiced to minimize the risk of fire including spontaneous combustion?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 55 of 105

- ☐ Are approved containers and tanks used for the storage and handling of flammable and combustible liquids?
- ☐ Are all connections on drums and combustible liquid piping, vapor and liquid tight?
- ☐ Are all flammable liquids kept in closed containers when not in use (e.g. parts cleaning tanks, pans)?
- ☐ Are bulk drums of flammable liquids grounded and bonded to containers during dispensing?
- ☐ Do storage rooms for flammable and combustible liquids have explosion-proof lights?
- ☐ Do storage rooms for flammable and combustible liquids have mechanical or gravity ventilation?
- ☐ Is liquefied petroleum gas stored, handled, and used in accordance with safe practices and standards?
- ☐ Are liquefied petroleum storage tanks guarded to prevent damage from vehicles?
- ☐ Are all solvent wastes and flammable liquids kept in fire-resistant covered containers until they are removed from the worksite?
- ☐ Is vacuuming used whenever possible rather than blowing or sweeping combustible dust?
- ☐ Are fire separators placed between containers of combustibles or flammables, when stacked one upon another, to assure their support and stability?
- ☐ Are fuel gas cylinders and oxygen cylinders separated by distance, fire resistant barriers, or other means while in storage?
- ☐ Are fire extinguishers selected and provided for the types of materials in areas where they are to be used?
- ☐ Class A: Ordinary combustible material fires.
- ☐ Class B: Flammable liquid, gas or grease fires.
- ☐ Class C: Energized-electrical equipment fires.
- ☐ If a Halon 1301 fire extinguisher is used, can employees evacuate within the specified time for that extinguisher?
- ☐ Are appropriate fire extinguishers mounted within 75 feet of outside areas containing flammable liquids, and within 10 feet of any inside storage area for such materials?
- ☐ Is the transfer/withdrawal of flammable or combustible liquids performed by trained personnel?
- ☐ Are fire extinguishers mounted so that employees do not have to travel more than 75 feet for a class "A" fire or 50 feet for a class "B" fire?
- ☐ Are employees trained in the use of fire extinguishers?
- ☐ Are extinguishers free from obstructions or blockage?
- ☐ Are all extinguishers serviced, maintained, and tagged at intervals not to exceed one year?
- ☐ Are all extinguishers fully charged and in their designated places?
- ☐ Is a record maintained of required monthly checks of extinguishers?
- ☐ Where sprinkler systems are permanently installed, are the nozzle heads directed or arranged so that water will not be sprayed into operating electrical switchboards and equipment?
- ☐ Are "NO SMOKING" signs posted where appropriate in areas where flammable or combustible materials are used or stored?
- ☐ Are "NO SMOKING" signs posted on liquefied petroleum gas tanks?
- ☐ Are "NO SMOKING" rules enforced in areas involving storage and use of flammable materials?
- ☐ Are safety cans used for dispensing flammable or combustible liquids at a point of use?
- ☐ Are all spills of flammable or combustible liquids cleaned up promptly?
- ☐ Are storage tanks adequately vented to prevent the development of excessive vacuum or pressure as a result of filling, emptying, or atmosphere temperature changes?
- ☐ Are storage tanks equipped with emergency venting that will relieve excessive internal pressure caused by fire exposure?
- ☐ Are spare portable or butane tanks, which are sued by industrial trucks, stored in accord with regulations?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 56 of 105

## FIRE PROTECTION

- ☐ Do you have a fire prevention plan?
- ☐ Does your plan describe the type of fire protection equipment and/or systems?
- ☐ Have you established practices and procedures to control potential fire hazards and ignition sources?
- ☐ Are employees aware of the fire hazards of the material and processes to which they are exposed?
- ☐ Is your local fire department well acquainted with your facilities, location and specific hazards?
- ☐ If you have a fire alarm system, is it tested at least annually?
- ☐ If you have a fire alarm system, is it certified as required?
- ☐ If you have interior standpipes and valves, are they inspected regularly?
- ☐ If you have outside private fire hydrants, are they flushed at least once a year and on a routine preventive maintenance schedule?
- ☐ Are fire doors and shutters in good operating condition?
- ☐ Are fire doors and shutters unobstructed and protected against obstructions, including their counterweights?
- ☐ Are fire doors and shutter fusible links in place?
- ☐ Are automatic sprinkler system water control valves, air and water pressures checked weekly/periodically as required?
- ☐ Is maintenance of automatic sprinkler system assigned to responsible persons or to a sprinkler contractor?
- ☐ Are sprinkler heads protected by metal guards, when exposed to physical damage?
- ☐ Is proper clearance maintained below sprinkler heads?
- ☐ Are portable fire extinguishers provided in adequate number and type?
- ☐ Are fire extinguishers mounted in readily accessible locations?
- ☐ Are fire extinguishers recharged regularly and noted on the inspection tag?
- ☐ Are employees periodically instructed in the use of extinguishers and fire protection procedures?

## HAZARDOUS CHEMICAL EXPOSURES

- ☐ Are employees trained in the safe handling practices of hazardous chemicals such as acids, caustics, and the like?
- ☐ Are employees aware of the potential hazards involving various chemicals stored or used in the workplace--such as acids, bases, caustics, epoxies, and phenols?
- ☐ Is employee exposure to chemicals kept within acceptable levels?
- ☐ Are eye wash fountains and safety showers provided in areas where corrosive chemicals are handled?
- ☐ Are all containers, such as vats and storage tanks labeled as to their contents--e.g. "CAUSTICS"?
- ☐ Are all employees required to use personal protective clothing and equipment when handling chemicals (i.e. gloves, eye protection, and respirators)?
- ☐ Are flammable or toxic chemicals kept in closed containers when not in use?
- ☐ Are chemical piping systems clearly marked as to their content?
- ☐ Where corrosive liquids are frequently handled in open containers or drawn from storage vessels or pipelines, are adequate means readily available for neutralizing or disposing of spills or overflows properly and safely?
- ☐ Have standard operating procedures been established and are they being followed when cleaning up chemical spills?
- ☐ Where needed for emergency use, are respirators stored in a convenient, clean, and sanitary location?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 57 of 105

☐ Are respirators intended for emergency use adequate for the various uses for which they may be needed?

☐ Are employees prohibited from eating in areas where hazardous chemicals are present?

☐ Is personal protective equipment provided, used and maintained whenever necessary?

☐ Are there written standard operating procedures for the selection and use of respirators where needed?

☐ If you have a respirator protection program, are your employees instructed on the correct usage and limitations of the respirators?

☐ Are the respirators NIOSH approved for this particular application?

☐ Are they regularly inspected and cleaned sanitized and maintained?

☐ If hazardous substances are used in your processes, do you have a medical or biological monitoring system in operation?

☐ Are you familiar with the Threshold Limit Values or Permissible Exposure Limits of airborne contaminants and physical agents used in your workplace?

☐ Have control procedures been instituted for hazardous materials, where appropriate, such as respirators, ventilation systems, handling practices, and the like?

☐ Whenever possible, are hazardous substances handled in properly designed and exhausted booths or similar locations?

☐ Do you use general dilution or local exhaust ventilation systems to control dusts, vapors, gases, fumes, smoke, solvents or mists which may be generated in your workplace?

☐ Is ventilation equipment provided for removal of contaminants from such operations as production grinding, buffing, spray painting, and/or vapor decreasing, and is it operating properly?

☐ Do employees complain about dizziness, headaches, nausea, irritation, or other factors of discomfort when they use solvents or other chemicals?

☐ Is there a dermatitis problem--do employees complain about skin dryness, irritation, or sensitization?

☐ Have you considered the use of an industrial hygienist or environmental health specialist to evaluate your operation?

☐ If internal combustion engines are used, is carbon monoxide kept within acceptable levels?

☐ Is vacuuming used, rather than blowing or sweeping dusts whenever possible for clean up?

☐ Are materials, which give off toxic asphyxiates, suffocating or anesthetic fumes, stored in remote or isolated locations when not in use?

## HAZARDOUS SUBSTANCES COMMUNICATION

☐ Is there a list of hazardous substances used in your workplace?

☐ Is there a written hazard communication program dealing with Material Safety Data Sheets (MSDS) labeling, and employee training?

☐ Who is responsible for MSDS's, container labeling, employee training?

☐ Is each container for a hazardous substance (i.e. vats, bottles, storage tanks,) labeled with product identity and a hazard warning (communication of the specific health hazards and physical hazards)?

☐ Is there a Material Safety Data Sheet readily available for each hazardous substance used?

☐ How will you inform other employers whose employees share the same work area where the hazardous substances are used?

☐ Is there an employee training program for hazardous substances?

☐ Does this program include:

☐ An explanation of what an MSDS is and how to use and obtain one?

☐ MSDS contents for each hazardous substance or class of substances?

☐ Explanation of "Right to Know"?

☐ Identification of where employees can see the employer's written hazard communication program and where hazardous substances are present in their work area?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 58 of 105

☐ The physical and health hazards of substances in the work area, how to detect their presence, and specific protective measures to be used?

☐ Details of the hazard communication program, including how to use the labeling system and MSDS's?

☐ How employees will be informed of hazards of non-routine tasks, and hazards of unlabeled pipes?

## ELECTRICAL

☐ Are your workplace electricians familiar with the OSHA Electrical Safety Orders?

☐ Do you specify compliance with OSHA for all contract electrical work?

☐ Are all employees required to report as soon as practicable any obvious hazard to life or property observed in connection with electrical equipment or lines?

☐ Are employees instructed to make preliminary inspections and/or appropriate tests to determine what conditions exist before starting work on electrical equipment or lines?

☐ When electrical equipment or lines are to be serviced, maintained or adjusted, are necessary switches opened, locked-out and tagged whenever possible?

☐ Are portable electrical tools and equipment grounded or of the double insulated type?

☐ Are electrical appliances such as vacuum cleaners, polishers, vending machines grounded?

☐ Do extension cords being used have a grounding conductor?

☐ Are multiple plug adapters prohibited?

☐ Are ground-fault circuit interrupters installed on each temporary 15 or 20 ampere, 120 volt AC circuit at locations where construction, demolition, modifications, alterations, or excavations are being performed?

☐ Are all temporary circuits protected by suitable disconnecting switches or plug connectors at the junction with permanent wiring?

☐ Is exposed wiring and cords with frayed or deteriorated insulation repaired or replaced promptly?

☐ Are flexible cords and cables free of splices or taps?

☐ Are clamps or other securing means provided on flexible cords or cables at plugs, receptacles, tools, and equipment and is the cord jacket securely held in place?

☐ Are all cord, cable, and raceway connections intact and secure?

☐ In wet or damp locations, are electrical tools and equipment appropriate for the use or location or otherwise protected?

☐ Is the location of electrical power lines and cables (overhead, underground, under floor, other side of walls) determined before digging, drilling or similar work is begun?

☐ Are metal measuring tapes, ropes, hand lines or similar devices with metallic thread woven into the fabric prohibited where they could come in contact with energized parts of equipment or circuit conductors?

☐ Is the use of metal ladders prohibited in area where the ladder or the person using the ladder could come in contact with energized parts of equipment, fixtures or circuit conductors?

☐ Are all disconnecting switches and circuit breakers labeled to indicate their use or equipment served?

☐ Are disconnecting means always opened before fuses are replaced?

☐ Do all interior wiring systems include provisions for grounding metal parts of electrical raceways, equipment, and enclosures?

☐ Are all electrical raceways and enclosures securely fastened in place?

☐ Are all energized parts of electrical circuits and equipment guarded against accidental contact by approved cabinets or enclosures?

☐ Is sufficient access and working space provided and maintained about all electrical equipment to permit ready and safe operations and maintenance?

☐ Are all unused openings (including conduit knockouts) in electrical enclosures and fittings closed with appropriate covers, plugs or plates?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 59 of 105

☐ Are electrical enclosures such as switches, receptacles, junction boxes, etc., provided with tight-fitting covers or plates?

☐ Are disconnecting switches for electrical motors in excess of two horsepower, capable of opening the circuit when the motor is in a stalled condition, without exploding? (Switches must be horsepower rated equal to or in excess of the motor hp rating).

☐ Is low voltage protection provided in the control device of motors driving machines or equipment, which could cause probably injury from inadvertent starting?

☐ Is each motor disconnecting switch or circuit breaker located within sight of the motor control device?

☐ Is each motor located within sight of its controller or the controller disconnecting means capable of being locked in the open position or is a separate disconnecting means installed in the circuit within sight of the motor?

☐ Is the controller for each motor in excess of two horsepower, rated in horsepower equal to or in excess of the rating of the motor is serves?

☐ Are employees who regularly work on or around energized electrical equipment or lines instructed in the cardiopulmonary resuscitation (CPR) methods?

☐ Are employees prohibited from working alone on energized lines or equipment over 600 volts?

## NOISE

☐ Are there areas in the workplace where continuous noise levels exceed 85 dBA? (To determine maximum allowable levels for intermittent or impact noise, see Title 8, Section 5097.)

☐ Are noise levels being measured using a sound level meter or an octave band analyzer and records being kept?

☐ Have you tried isolating noisy machinery from the rest of your operation?

☐ Have engineering controls been used to reduce excessive noise levels?

☐ Where engineering controls are determined not feasible, are administrative controls (i.e. worker rotation) being used to minimize individual employee exposure to noise?

☐ Is there an ongoing preventive health program to educate employees in safe levels of noise and exposure, effects of noise on their health, and use of personal protection?

☐ Is the training repeated annually for employees exposed to continuous noise above 85 dBA?

☐ Have work areas where noise levels make voice communication between employees difficult been identified and posted?

☐ Is approved hearing protective equipment (noise attenuating devices) available to every employee working in areas where continuous noise levels exceed 85 dBA?

☐ If you use ear protectors, are employees properly fitted and instructed in their use and care?

☐ Are employees exposed to continuous noise above 85 dBA given periodic audiometric testing to ensure that you have an effective hearing protection system?

## FUELING

☐ Is it prohibited to fuel an internal combustion engine with a flammable liquid while the engine is running?

☐ Are fueling operations done in such a manner that likelihood of spillage will be minimal?

☐ When spillage occurs during fueling operations, is the spilled fuel cleaned up completely, evaporated, or other measures taken to control vapors before restarting the engine?

☐ Are fuel tank caps replaced and secured before starting the engine?

☐ In fueling operations is there always metal contact between the container and fuel tank?

☐ Are fueling hoses of a type designed to handle the specific type of fuel?

☐ Is it prohibited to handle or transfer gasoline in open containers?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 60 of 105

☐ Are open lights, open flames, or sparking or arcing equipment prohibited near fueling or transfer of fuel operations?
☐ Is smoking prohibited in the vicinity of fueling operations?
☐ Are fueling operations prohibited in building or other enclosed areas that are not specifically ventilated for this purpose?
☐ Where fueling or transfer of fuel is done through a gravity flow system, are the nozzles of the self-closing type?

## IDENTIFICATION OF PIPING SYSTEMS

☐ When non-potable water is piped through a facility, are outlets or taps posted to alert employees that it is unsafe and not to be used for drinking, washing or other personal use?
☐ When hazardous substances are transported through above ground piping, is each pipeline identified at points where confusion could introduce hazards to employees?
☐ When pipelines are identified by color painting, are all visible parts of the line so identified?
☐ When pipelines are identified by color painted bands or tapes, are the bands or tapes located at reasonable intervals and at each outlet, valve or connection?
☐ When pipelines are identified by color, is the color code posted at all locations where confusion could introduce hazards to employees?
☐ When the contents of pipelines are identified by name or name abbreviation, is the information readily visible on the pipe near each valve or outlet?
☐ When pipelines carrying hazardous substances are identified by tags, are the tags constructed of durable materials, the message carried clearly ad permanently distinguishable and are tags installed at each valve or outlet?
☐ When pipelines are heated by electricity, steam or other external source, are suitable warning signs or tags placed at unions, valves, or other serviceable parts of the system?

## MATERIAL HANDLING

☐ Is there safe clearance for equipment through aisles and doorways?
☐ Are aisle ways designated, permanently marked, and kept clear to allow unhindered passage?
☐ Are motorized vehicles and mechanized equipment inspected daily or prior to use?
☐ Are vehicles shut off and brakes set prior to loading or unloading?
☐ Are containers or combustibles or flammables, when stacked while being moved, always separated by dunnage sufficient to provide stability?
☐ Are dock boards (bridge plates) used when loading or unloading operations are taking place between vehicles and docks?
☐ Are trucks and trailers secured from movement during loading and unloading operations?
☐ Are dock plates and loading ramps constructed and maintained with sufficient strength to support imposed loading?
☐ Are hand trucks maintained in safe operating condition?
☐ Are chutes equipped with sideboards of sufficient height to prevent the materials being handled from falling off?
☐ Are chutes and gravity roller sections firmly placed or secured to prevent displacement?
☐ At the delivery end of rollers or chutes, are provisions made to brake the movement of the handled materials.
☐ Are pallets usually inspected before being loaded or moved?
☐ Are hooks with safety latches or other arrangements used when hoisting materials so that slings or load attachments won't accidentally slip off the hoist hooks?
☐ Are securing chains, ropes, chockers or slings adequate for the job to be performed?
☐ When hoisting material or equipment, are provisions made to assure no one will be passing under the suspended loads?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 61 of 105

☐ Are Material Safety Data Sheets available to employees handling hazardous substances?

## TRANSPORTING EMPLOYEES & MATERIALS

☐ Do employees who operate vehicles on public thoroughfares have valid operator's licenses?

☐ When seven or more employees are regularly transported in a van, bus or truck, is the operator's license appropriate for the class of vehicle being driven?

☐ Is each van, bus, or truck used regularly to transport employees, equipped with an adequate number of seats?

☐ When employees are transported by truck, are provision provided to prevent their falling from the vehicle?

☐ Are vehicles used to transport employees, equipped with lamps, brakes, horns, mirrors, windshields and turn signals in good repair?

☐ Are transport vehicles provided with handrails, steps, stirrups or similar devices, so placed and arranged that employees can safely mount or dismount?

☐ Are employee transport vehicles equipped at all times with at least two reflective type flares?

☐ Is a full charged fire extinguisher, in good condition, with at least 4 B:C rating maintained in each employee transport vehicle?

☐ When cutting tools with sharp edges are carried in passenger compartments of employee transport vehicles, are they placed in closed boxes or containers which are secured in place?

☐ Are employees prohibited from riding on top of any load, which can shift, topple, or otherwise become unstable?

## CONTROL OF HARMFUL SUBSTANCES BY VENTILATION

☐ Is the volume and velocity of air in each exhaust system sufficient to gather the dusts, fumes, mists, vapors, or gases to be controlled, and to convey them to a suitable point of disposal?

☐ Are exhaust inlets, ducts and plenums designed, constructed, and supported to prevent collapse or failure of any part of the system?

☐ Are clean-out ports or doors provided at intervals not to exceed 12 feet in all horizontal runs of exhaust ducts?

☐ Where two or more different types of operations are being controlled through the same exhaust system, will the combination of substances being controlled, constitute a fire, explosion or chemical reaction hazard in the duct?

☐ Is adequate makeup air provided to areas where exhaust systems are operating?

☐ Is the intake for makeup air located so that only clean, fresh air, which is free of contaminates, will enter the work environment?

☐ Where two or more ventilation systems are serving a work area, is their operation such that one will not offset the functions of the other?

## SANITIZING EQUIPMENT & CLOTHING

☐ Is personal protective clothing or equipment, that employees are required to wear or use, of a type capable of being easily cleaned and disinfected?

☐ Are employees prohibited from interchanging personal protective clothing or equipment, unless it has been properly cleaned?

☐ Are machines and equipment, which processes, handle or apply materials that could be injurious to employees, cleaned and/or decontaminated before being overhauled or placed in storage?

☐ Are employees prohibited from smoking or eating in any area where contaminates are present that could be injurious if ingested?

☐ When employees are required to change from street clothing into protective clothing, is a clean change room with separate storage facility for street and protective clothing provided?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
September 22, 2006
Section 00010
Version 1
Page 62 of 105

☐ Are employees required to shower and wash their hair as soon as possible after a known contact has occurred with a carcinogen?

☐ When equipment, materials, or other items are taken into or removed from a carcinogen regulated area, is it done in a manner that will not contaminate non-regulated areas or the external environment?

## TIRE INFLATION

☐ Where tires are mounted and/or inflated on drop center wheels is a safe practice procedure posted and enforced?

☐ Where tires are mounted and/or inflated on wheels with split rims and/or retainer rings is a safe practice procedure posted and enforced?

☐ Does each tire inflation hose have a clip-on chuck with at least 24 inches of hose between the chuck and an in-line hand valve and gauge?

☐ Does the tire inflation control valve automatically shut off the airflow when the valve is released?

☐ Is a tire restraining device such as a cage, rack or other effective means used while inflating tires mounted on split rims, or rims using retainer rings?

☐ Are employees strictly forbidden from taking a position directly over or in front of a tire while it's being inflated?

## EMERGENCY RESPONSE PLAN

☐ Are you required to have an emergency response plan?

☐ Does the emergency response plan comply with OSHA, FAA, and LANIOA requirements?

☐ Have emergency escape procedures and routes been developed and communicated to all employers?

☐ Do employees, who remain to operate critical plant operations before they evacuate, know the proper procedures?

☐ Is the employee alarm system that provides a warning for emergency action recognizable and perceptible above ambient conditions?

☐ Are alarm systems properly maintained and tested regularly?

☐ Is the emergency response plan reviewed and revised periodically?

☐ Do employees now their responsibilities:

☐ For reporting emergencies?

☐ During an emergency?

☐ For conducting rescue and medical duties?

## INFECTION CONTROL

☐ Are employees potentially exposed to infectious agents in body fluids?

☐ Have occasions of potential occupational exposure been identified and documented?

☐ Has a training and information program been provided for employees exposed to or potentially exposed to blood and/or body fluids?

☐ Have infection control procedures been instituted where appropriate, such as ventilation, universal precautions, workplace practices, and personal protective equipment?

☐ Are employees aware of specific workplace practices to follow when appropriate? (Hand washing, handling sharp instruments, handling of laundry, disposal of contaminated materials, reusable equipment.)

☐ Is personal protective equipment provided to employees, and in all appropriate locations?

☐ Is the necessary equipment (i.e. mouthpieces, resuscitation bags, and other ventilation devices) provided for administering mouth-to-mouth resuscitation on potentially infected patients?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 63 of 105

☐ Are facilities/equipment to comply with workplace practices available, such as hand-washing sinks, biohazard tags and labels, needle containers, detergents/disinfectants to clean up spills?

☐ Are all equipment and environmental and working surfaces cleaned and disinfected after contact with blood or potentially infectious materials?

☐ Is infectious waste placed in closable, leak proof containers, bags or puncture-resistant holders with proper labels?

☐ Has medical surveillance including HBV evaluation, antibody testing and vaccination been made available to potentially exposed employees?

☐ Training on universal precautions?

☐ Training on personal protective equipment?

☐ Training on workplace practices, which should include blood drawing, room cleaning, laundry handling, clean up of blood spills?

☐ Training on needle stick exposure/management?

☐ Hepatitis B vaccinations?

## ERGONOMICS

☐ Can the work be performed without eyestrain or glare to the employees?

☐ Does the task require prolonged raising of the arms?

☐ Do the neck and shoulders have to be stooped to view the task?

☐ Are there pressure points on any parts of the body (wrists, forearms, back of thighs)?

☐ Can the work be done using the larger muscles of the body?

☐ Can the work be done without twisting or overly bending the lower back?

☐ Are there sufficient rest breaks, in addition to the regular rest breaks, to relieve stress from repetitive-motion tasks?

☐ Are tools, instruments, and machinery shaped, positioned and handled so that tasks can be performed comfortably?

☐ Are all pieces of furniture adjusted, positioned, and arranged to minimize strain on all parts of the body?

## CRANE CHECKLIST

☐ Are the cranes visually inspected for defective components prior to the beginning of any work shift?

☐ Are all electrically operated cranes effectively grounded?

☐ Is a crane preventive maintenance program established?

☐ Is the load chart clearly visible to the operator?

☐ Are operating controls clearly identified?

☐ Is a fire extinguisher provided at the operator's station?

☐ Is the rated capacity visibly marked on each crane?

☐ Is an audible warning device mounted on each crane?

☐ Is sufficient illumination provided for the operator to perform the work safely?

☐ Are cranes of such design, that the boom could fall over backward, equipped with boom stops?

☐ Does each crane have a certificate indicating that required testing and examinations have been performed?

☐ Are crane inspection and maintenance records maintained and available for inspection?

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 64 of 105

## HAZARD ASSESSMENT AND CORRECTION RECORD

| Date of Inspection: | Person Conducting Inspection: |
|---|---|
| | |

**Unsafe Condition or Work Practice:**



**Corrective Action Taken:**



| Date of Inspection: | Person Conducting Inspection: |
|---|---|
| | |

**Unsafe Condition or Work Practice:**



**Corrective Action Taken:**

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 65 of 105

## NOTICE OF TRADE CONTRACTOR NON-COMPLIANCE OF SAFETY REGULATIONS

ade Contractor                                          Date:
Name: _____        _____
Attention:

_____

## I. DESCRIPTION OF NON-COMPLIANCE

This letter officially notifies you that you have been found to be in non-compliance with the following Safety regulations:
_____ on (date) _____, by
_____.

Confined Space Entry _____ Lockout/Blockout _____ Hot Work _____ Personal Protective Equipment _____
Knowledge of the environment _____ Awareness of warning alarms _____ Evacuation routes _____
Assembly locations _____ Fall Protection _____ Scaffolding _____ Back-up Alarms _____ Trenching _____
Safework Practices _____ Security Practices _____ Environmental/Hazardous Material Storage _____
Other:_____
_____
_____

This/These violation(s) occurred at the following location(s):
_____
_____

at the following time(s)_____and date(s)_____
The name of the person(s) was/were_____ under
the supervision of_____.

## ACTIONS REQUIRED BY TRADE CONTRACTOR

You are being notified of this violation and should take corrective action immediately to prevent a reoccurrence.

Under conditions of this non-compliance, you are also required to do the following (check all items that apply). The corrective action shall be documented to the POJV Safety Manager and Project Specific Superintendent.

_____ 1.    You must submit a plan for compliance to the POJV Safety Manager and Project Specific Superintendent within two days of receipt of this notice. The compliance plan must include the means and/or methods of compliance and the date that the requirements for compliance will be completed. Once compliance has been achieved, a follow up letter must be sent to the POJV Safety Manager.

_____ 2.    You are required to review the stated procedure(s) with the POJV Safety Manager and Project Specific Superintendent. Work may not commence at the area of non-compliance until the review is complete and the Trade Contractor responds formally that the procedure is understood and will comply.

| FOR POJV USE ONLY | |
|---|---|
| III.  VERIFICATION OF CORRECTIVE ACTION | COMMENTS:_____ |
| | _____ |
| | _____ |
| | _____ |
| _____      _____ | |
| Name                              Date | |

Appendix 10

## Project Incident Report Form

**Attach all supplemental documentation, including photos, diagrams, witness statements, field reports, ~HA's, root cause analysis documentation and specific training documentation. This form shall be ~mpleted and submitted electronically along with all supplemental information.**

<table>
<tr>
<td rowspan="6"><strong>Project Information</strong></td>
<td>Project Title</td>
<td colspan="2"></td>
<td>Location</td>
<td></td>
</tr>
<tr>
<td>Trade Contractor</td>
<td colspan="4"></td>
</tr>
<tr>
<td>Address</td>
<td colspan="4"></td>
</tr>
<tr>
<td>City, State, Zip</td>
<td colspan="4"></td>
</tr>
<tr>
<td>Contact Name</td>
<td colspan="2"></td>
<td>Phone Number</td>
<td></td>
</tr>
</table>

<table>
<tr>
<td rowspan="1"><strong>Incident Type</strong></td>
<td>
☐ <strong>Worker's Compensation</strong><br>
☐ Emergency Response Notified (Police, Fire, Medic, etc.)<br>
☐ First-Aid Only<br>
☐ Recordable Injury<br>
☐ Restricted Duty<br>
☐ Days Away From Work<br>
☐ Near Miss
</td>
<td>
☐ <strong>General Liability</strong><br>
☐ Bodily Injury/Illness<br>
☐ Real Property Damage<br>
☐ Personal Property Damage<br>
☐ Utility Property Damage<br>
☐ Business Interruption<br>
☐ Process Interruption<br>
☐ Motor Vehicle/Equipment Incident<br>
☐ Near Miss
</td>
<td>
☐ <strong>Builder's Risk</strong><br>
☐ Equipment<br>
☐ Supplies<br>
☐ Machinery<br>
☐ Work<br>
☐ Near Miss
</td>
</tr>
</table>

<table>
<tr>
<td rowspan="2"><strong>Incident Location</strong></td>
<td>Date of Loss</td>
<td></td>
<td>Time of Loss</td>
<td></td>
</tr>
<tr>
<td colspan="4">Place (exact location)</td>
</tr>
</table>

<table>
<tr>
<td rowspan="1"><strong>Incident Description</strong></td>
<td>Detailed Description of Accident</td>
</tr>
</table>

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 67 of 105

| Worker's Comp Or Personal Injury (circle one) | Injured Name | | |
| | Address | | |
| | City, State, Zip | | |
| | Home Phone | Date of Birth | |
| | Nature of Injury | | |
| | Medical Facility | Work Status | |
| | Treatment Received | | |
| | | | |

| Property Damage Or Builder's Risk (circle one) | Owner's Name | | |
| | Address | | |
| | City, State, Zip | | |
| | Home Phone | Work Phone | |
| | Damage Type | Estimated Cost | |
| | Utility Type | Marked or Unmarked | |
| | Description of Damage | | |
| | | | |

| Witness Information | Name | | |
| | Address | | |
| | City, State, Zip | | |
| | Home Phone | Work Phone | |
| | Where to contact | Time to contact | |

| Trade Contractor Corrective Action | Describe actions taken |
| | |

Signature _____    Employer _____

Print Name _____    Date _____

Phone No. _____    Fax Number _____

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 68 of 105

## Trade Contractor Security Requirements

The Security Requirements establishes the Trade Contractor's duties and responsibilities related to security. Be advised as Security concerns arise it may be necessary to update and change this plan to comply with new MDAD and TSA Security Policies and Procedures. Communications pertinent to the NTDCP will be communicated to the Trade Contractor in a timely fashion.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 69 of 105

## Table of Contents

| Section | Description | Page |
|---------|-------------|------|
| 1.0 | Reference Documentation | 71 |
| 2.0 | Definitions | 71 |
| 3.0 | Requirement for the Security Program | 72 |
| 4.0 | Inadvertent or Unauthorized Entry | 72 |
| 5.0 | Evaluation | 73 |
| 6.0 | Compliance / Noncompliance | 73 |
| 7.0 | Training | 74 |
| 8.0 | Security Breaches | 74 |
| 9.0 | Disqualification | 74 |
| 10.0 | Airfield Operations Area (AOA) Security | 76 |
| 11.0 | Badges | 76 |
| 12.0 | Vehicles | 77 |
| 13.0 | Vehicle / Pedestrian Deviations (VPD) | 78 |
| 14.0 | Driver Training | 79 |
| 15.0 | SIDA Training | 79 |
| 16.0 | Maintenance of Operations | 79 |
| | ATTACHMENT "A" – NTD Program Wide Security Operations | 81 |
| | ATTACHMENT "B" - MIA Security & Safety Division – Identification Section – Airport Identification Badge Application Forms | 88 |
| | ATTACHMENT "C" – Security Directive # 02-16 | 95 |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 70 of 105

## 1.0 Reference Documentation

**1.01** **The latest information regarding MDAD Identification Badges can be obtained from the Miami Dade County Aviation Department, as well as other MDAD Security Regulations including:**

- Contract Verification Form for Construction Identification Badges
- Employee Badge Application Authorization Application
- Background, Capabilities and Description of the Services
- Airport Identification Badge Request Form
- Background Status Verification Form
- TSA Unescorted Access Privilege Employment History / Verification
- Non-Photo Construction Identification Request Form
- Sample Written Consent to Search Form
- Employee Parking Decal Documentation
- Airside Operations Driver's Training Class Sign Up Sheet
- Access Control Advance Notification Request
- Airport Customs Security Area Bond
- TSA Guide to Airport Ground Vehicle Operations
- MDAD Safety & Security Directives

## 2.0 Definitions

**2.01** **Air Operations Area (AOA) -** the area of an airport designated for landing, take-off, or surface maneuvering of aircraft.

**2.02** **Airport TSA Approved Security Programs** – procedures to control access to and movement of individuals within the Air Operations Area and the secured area, and for prompt detection and action to control each penetration, or attempted penetration, of an AOA by an unauthorized person. The program must :

- Ensure that only authorized individuals gain access to secured areas;

- Immediately deny access to individuals whose authority changes;

- Differentiate between persons with unlimited access to the secured area and persons with only partial access; and

- Limit an individual's access by time and date.

**2.03** **Escort** – to accompany or supervise an individual who does not have unescorted access authority to areas restricted for security purposes, as identified in the airport security program, in a manner sufficient to take action should the individual engage in activities other than those for which the escorted access is granted. The responsive actions can be taken by the escort or other authorized individual(s). Escorting requires the authorized person to be within 20 feet of the person(s) being escorted, and further that the escorted person must remain within sight or sound of the authorized person, all in accordance with the requirements of section 10.0 hereinafter.

**2.04** **Identification Badge** – a form of recognition issued or approved by an airport operator who provides a person unescorted access to secured / restricted areas of an airport as designated in a TSA approved security program.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 71 of 105

**2.05**      **Non-Sterile Area** – an area to which access is not controlled by the inspection of people and property in accordance with a TSA approved security program, i.e. the area before passenger screening.

**2.06**      **Penetration** – the act of gaining unauthorized access to a sterile or secure area of an airport.

**2.07**      **Piggybacking** – illegal following of a person who is authorized for unescorted access into secure airport areas.

**2.08**      **Security Identification Display Area (SIDA)** – an area that requires each person to continuously display on their outermost garment, an airport approved identification badge unless under airport approved escort. Airport specific training is required for access into this area without an approved escort.

**2.09**      **Sterile Area** – an area to which access is controlled by the inspection of persons and property in accordance with an approved security program.

**2.10**      **Vehicle / Pedestrian Deviations** - a serious and increasing incursion problem on airports. Includes airport ground operations / service personnel, airport construction crews, police and other law enforcement personnel, mechanics operating aircraft on the ground, and pilots operating to and from hangars, repair facilities, and tie down areas.

**2.11**      **Transportation Security Administration (TSA)** – The organization within the Department of Homeland Security that is responsible for establishment of requirements related to airport security and the traveling public.

**3.0**      **Requirement for the Trade Contractor's Security Plan**

Trade Contractors shall be required to develop and implement a Trade Contractor's Security Plan (TCSP) that will be enforced by the Trade Contractor at all times while working on the project. There is an absolute criticality of maintaining sound access control in and around the perimeters of the airport to minimize and / or mitigate unauthorized penetration of the secure areas. All persons working on this Trade Contract shall be responsible for airport access control. People are the primary reason for access control system weaknesses. Access control systems can only be effective with adequate personnel training and enforcement, and when personnel assume their responsibilities for airport security.

Access to controlled areas of the airport must be secured and the physical security of the entryways must be ensured at all times. Trade Contractors must develop comprehensive and effective means to secure all controlled areas and access points from unauthorized access and intrusion. Construction activities shall be arranged to permit personnel to perform their work and meet access control system requirements. When the Trade Contractor finds conflicts with this, POJV and MDAD shall be notified immediately in writing. MDAD shall have final authority in the resolution of conflicting activities and means in order to control security.

**4.0**      **Inadvertent or Unauthorized Entry**

Public protection is paramount to airport safety. Access to the aircraft operating areas (AOA) must be controlled. Gates, signs, and fencing inform the general public about the entry points, restricted access, etc. Those persons who are authorized to have access to airside shall understand the nature of operating airside, and shall be trained initially, and continuously during toolbox talk discussions to conduct airside activities safely, and to ensure

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements
September 22, 2006
Section 00010
Version 1
Page 72 of 105

that they comply with AOA requirements and challenge any unauthorized people immediately. Access to the airside of the airport is a privilege which can and shall be revoked for failure to comply. Only those whose jobs are essential on airside shall be assigned by the Trade Contractor to apply for AOA access.

The majority of unauthorized penetrations into secure areas are avoidable provided personnel:

3. Use issued access identification each time s/he enters airport secured areas;

4. Ensure the door, gate, etc., adequately closes behind them as they enter the secure area;

5. Challenge intruders attempting to piggyback into the secure area;

6. Report any person(s) attempting to circumvent the system to airport operations / security as soon as possible; and

7. Take any other steps that will restrict unauthorized entry into secure areas.

Personnel and visitors must comply with any request to submit to a screening of his or her person and/or property to enter a sterile area, or at the discretion of security personnel, a non-sterile area.

## 5.0    Evaluation

MDAD will make random attempts to gain unauthorized access into the AOA. Actions and responses of the affected Trade Contractor personnel will be recorded. Failure of Trade Contractor personnel to challenge MDAD personnel may result in loss of airside privileges and perhaps banishment from the project, without opportunity for reinstatement, regardless of the position held.

## 6.0    Compliance / Noncompliance

Continued or severe infractions of the MDAD security requirements may result in removal of Trade Contractor personnel, management, or the Trade Contractor in whole from the project depending on the occasion/severity of the infractions.

There is a fine line between security and maintaining a functioning business environment. Trade Contractor personnel must be able to perform their job tasks with limited inconveniences. However, the security of the flying public's safety is paramount, therefore, all workforce personnel must maintain on a continuing basis awareness and vigilance in the protection of secured access at all times while working at the airport.

Trade Contractors must ensure at least the following:

• Monitor and maintain existing controls and access points in and around the work area under their respective control to identify, control, and eliminate any weaknesses; and

• Develop and implement a continuous comprehensive training for personnel ensuring that all personnel are aware of the role in airport security, the importance of their vigilance in keeping unauthorized persons out, how their performance will be evaluated, and the resulting action of failure to perform.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 73 of 105

## 7.0    Training

Trade Contractors shall develop and implement comprehensive training that will ensure their personnel are aware of their role in airport security, the importance and requirement of their individual participation, how performance will be evaluated, and what action will be taken if they fail to perform. Training must be ongoing and quantified. Plans must foster and reward compliance with access control requirements, and discourage and penalize noncompliance.

At orientation, prior to gaining access to the worksite, all personnel, escorted persons, and service personnel of the Trade Contractor shall be instructed on the requirements of the TCSP. If the learner does not have adequate understanding of the requirements of the TCSP, the trainer shall review the items until the learner accurately identifies the requirements of personnel to monitor and maintain the security of the worksite. In the event that the learner cannot or will not accurately identify said requirements, she/he shall not be permitted to proceed to the worksite.

Training shall be ongoing after the initial orientation training. This training may be incorporated into the Weekly Safety Toolbox Talks provided the security issues discussed are adequately documented. All personnel must attend the Weekly Safety Toolbox Talks placing their signature following discussion, and must also attend and sign attendance sheets for any security briefings held by the Trade Contractor, POJV, or MDAD.

Training must inform personnel of the access control responsibilities. All personnel must realize that their individual or joint failure to assume responsibility for security may result in terminating their employment at the project.

## 8.0    Security Breaches

A security breach is an actual event / action or potential for an event /action to permit a person, vehicle, or animal to penetrate the perimeter of an airport secure aircraft operation area. Vigilance is demanded of all persons working in or around perimeter fencing of the airport to be aware of the attempts to encroach on the AOA. Security shall be a condition of continued employment at the project; continual failure to monitor the AOA perimeter will result in the removing the offending person(s) from the project.

Any security breaches observed by the Trade Contractor shall be: immediately called to the attention of POJV's Safety Manager and MDAD, and shall be documented by the Trade Contractor in writing to the POJV Safety Manager. The breach will be identified as either a violation or an observation. Violations are acts that occur, observations are conditions that exist or are discovered. Either must be corrected or eliminated upon discovery, or referred to POJV and MDAD for action whenever it is beyond the Trade Contractor's control.

## 9.0    Disqualification

The TCSP must include provisions for individuals to be disqualified from SIDA access in conjunction with Federal, State, and Local airport regulations. Individuals must be compelled to report immediately when they are convicted of certain crimes in order to restrict their unescorted access privileges to a Security Identification Display Area (SIDA). The purpose is to control and eliminate unreasonable risk to the security of the aviation system.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 74 of 105

At a minimum, the TCSP must provide for any person who has SIDA access privileges and has been convicted of any of the following to be required to report the conviction and surrender the SIDA identification badge within 24 hours to the issuing airport authority:

- Forgery of certificates, false making of an aircraft, and other aircraft registration violations;

- Interference with air navigation;

- Improper transportation of a hazardous material;

- Aircraft piracy – US or abroad;

- Interference with flight crew members or flight attendants;

- Commission of certain crimes aboard aircraft in flight;

- Carrying a weapon or explosive aboard and aircraft;

- Conveying false information and threats;

- Violations involving transporting controlled substances;

- Unlawful entry into an aircraft or airport area that serves air carriers or foreign air carriers contrary to established security requirements;

- Destruction of an aircraft or aircraft facility;

- Murder;

- Assault with intent to murder;

- Espionage;

- Kidnapping or hostage taking;

- Treason;

- Rape or aggravated sexual abuse;

- Unlawful possession, use, sale, distribution, or manufacture of an explosive or weapon;

- Extortion;

- Armed robbery and/or felony unarmed robbery

- Distribution of, or intent to distribute, a controlled substance;

- Any acts of sedition;

- Felony arson; or

- Conspiracy or attempt to commit any of the aforementioned criminal acts.

- Treason

- Aircraft piracy outside the special aircraft jurisdiction of the United States.

- Felony involving a threat

- Felony involving:

  o Willful destruction of property
  o Importation or manufacture of a controlled substance
  o Burglary
  o Theft
  o Dishonesty, fraud, or misrepresentation
  o Possession or distribution of stolen property
  o Aggravated assault
  o Bribery; or
  o Illegal possession of a controlled substance punishable by a maximum term of imprisonment of more than (1) year.

- Violence at International airports

At a minimum, the Trade Contractor shall provide provisions for the following items in the TCSP and assure that all personnel have an understanding of each in order to provide for the security of the work area perimeter and at any location of the airport that unauthorized persons may attempt to penetrate.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 75 of 105

- Identify threats and vulnerabilities

- Establish standards and ensure screening of personnel including subcontractor personnel at all tiers

- Provide for the testing, measuring and improvement of security

- Establish an evacuation location for all personnel including personnel of subcontractors and suppliers, at all tiers

- Establish means of accounting for personnel in the event of an emergency

- Require personnel to challenge questionable / unauthorized persons at or near secure area perimeters, in secure areas, etc.

- AOA personnel must be processed with a background check as required by MDAD

- Trade Contractor shall disallow personnel who failed to gain an AOA access badge to work on airside

- Educate workforce on how to handle classified and sensitive security information

- Eliminate prohibited personnel practices

- Hold management accountable for subordinates and for all subcontractor personnel at all tiers

## 10.0    Airfield Operations Area (AOA) Security

MDAD will authorize the appropriate identification badges for all Trade Contractor employees wishing to work on MDAD property.  Requirements are identified in Article 6.4 of the General Conditions Provision.

All persons entering the MDAD secured areas must obtain MDAD identification badges as specified above.  The badge must be displayed by the holder above the waist, not on the belt, but above it, at all times while in the AOA.  Badges shall be worn on outer garments so as to be clearly visible in order to distinguish on sight, employees assigned to a particular Trade Contractor.  Badges shall be identified numerically and be issued individually.  Trade Contractors shall maintain a permanent record showing to whom each badge is issued.  Responsibility for supply, issuance, and control of identification badges shall be that of the Trade Contractor.  Badges shall be provided by the Operations Division (Landside Operations) of the Miami-Dade County Aviation Department.  All identification badges issued to the Trade Contractor or their subcontractors, at any tier, must be returned to the Landside Operations Division when the employee has completed their work and is no longer on site, or  when any employee has been terminated, transferred, access has changed, or any other similar circumstance or when the project is complete.

## 11.0    Badges

Badges shall be applied for by the Trade Contractor for all of its employees and all other persons intended to be used for any and all airside work.  The MDAD identification badge application packet is available from MDAD.  The following data is provided as a reference to accompany the MDAD document.

11.1    Application:

As soon as possible, prior to first anticipated day of work, the Trade Contractor shall submit an application for the intended workforce requiring AOA access.  During the interim, the Trade Contractor shall not permit, request exception, or otherwise allow persons without the proper badges to access, enter, or otherwise be escorted into the AOA.  The Trade Contractor shall

designate no more than three persons to authorize by signature issuance of Security Badges, Parking Permits, Vehicle Access Permits, Non-Photo Construction Badges, and Customs Area Access Permits.

11.2    Procedure for Photo Identification Badges:

The Trade Contractor shall submit to MDAD the following documents:

1. Contract Verification Form for Construction Identification Badges with appropriate signatures and complete information.

2. On Trade Contractor company letterhead, identify the proposed persons for authorization of subsequent employee badge application.

3. On Trade Contractor company letterhead, describe the Trade Contractor company's background, capabilities and description of the services to be performed at the Program include the project number and the scope of work. Repeat the same for each subcontractor by using the Trade Contractor's company letterhead.

4. Trade Contractors must identify the anticipated start date, anticipated completion date, and area, section, or other defining data to identify the intended work area and work tasks.

5. Airport Identification Badge Request Form will be completed by the individual for whom the badge is requested. The original hard copy must be submitted; the Trade Contractor shall retain a copy in the individual's personnel file that shall be made available for TSA inspection.

6. Background Status Verification Form.

Applicant or Company Representative shall submit the above to MDAD to begin the application process.

Individuals requesting access and badging shall attend the Security Identification Display Area (SIDA) training class once the badge is authorized. The badge shall be presented to the instructor at the beginning of the course.

The Trade Contractor is responsible for the badges issued under their recommendation. In the event of any change in employee work status, transfer, termination, access zone change, etc., the Trade Contractor shall reclaim the identification badge and return it immediately to MDAD Security and Safety Division. In the event a badge is lost, stolen, or otherwise irretrievable, at any time a badge or badges are unaccounted for during the Trade Contractor's routine verification the Trade Contractor must notify the MDAD Security and Safety Division immediately in order to deactivate the badge. Fines and penalties apply for missing, lost, stolen, or irretrievable badges. Removal from site or cancellation of contract may result from failure to properly account for badges or to notify MDAD Security and Safety Division immediately upon discovery of missing badges.

***REFER TO ATTACHMENT "A", "B" AND "C" FOR APPLICABLE FORMS AND DIRECTIVES***

## 12.0    Vehicles

12.1    Ramp Driving Permits

Trade Contractors shall request Ramp Driving Permits for vehicles requiring access to the worksite during the performance of work. These permits will only be issued to Company owned or Company commercially leased vehicles. AOA decals, passes, or permits will not be issued to privately owned or privately leased vehicles. Proof of minimum Automobile Liability Insurance

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 77 of 105

shall be provided to MDAD Airside Operations Division upon request. Ramp permits allow for the authorized vehicle to enter the airfield operations area through specified MDAD guarded gates.

12.2   Escort Vehicles

Delivery or service vehicles will be given a temporary pass at the appropriate guard gate. Such vehicles shall not be permitted to operate within the AOA without MDAD escort that shall be provided by MDAD Operations Division. Trade Contractors shall provide MDAD at least 24 hours prior notification in advance of needed escort vehicle. Escorted delivery or service vehicles must surrender their gate pass upon departure from the property to the guard at the gate initially entered.

12.3   Vehicle Identification

All vehicles shall be marked with company name to ensure positive identification at all times while in the AOA. Identification letters and numbers shall be requested by the Trade Contractor and shall be applied to vehicles and equipment either permanently or by means of magnetized placard.

12.4   Searches

It must be clearly understood that MDAD has a strong interest in maintaining good airport security and intends to implement increased security measures for companies having access to the AOA. The Trade Contractor shall agree that its vehicles, cargo, goods, and other personal property are subject to being searched when attempting to enter, leave, or while on the AOA. The Trade Contractor shall further agree that it shall not authorize any employee requiring access to the AOA as part of his / her duties, to enter the AOA, unless and until such employee has executed a written consent to search form acceptable to MDAD. Those people failing to complete the mandatory consent to search form shall not be employed by the Trade Contractor for any project on the airport properties. The Trade Contractor shall compel its subcontractors at all tiers to comply with this section and all portions of its TCSP or shall remove any and all persons for failure to comply with these requirements.

12.5   Right of Refusal

MDAD has the right to prohibit an individual, agent, employee, or visitor from entering the AOA. Any person denied access to the AOA or whose prior authorization has been revoked or suspended shall be entitled to a hearing, but shall not be granted temporary access in the interim.

*REFER TO ATTACHMENT "A", "B" AND "C" FOR APPLICABLE FORMS AND DIRECTIVES*

## 13.0   Vehicle / Pedestrian Deviations (VPD)

Vehicle / Pedestrian Deviation (VPD) are a serious and increasing incursion problem on airports resulting in near misses and head on collisions involving aircraft. Trade Contractors shall limit access requests in AOA areas only to those ground vehicles absolutely necessary for construction activities. Whenever possible, ride sharing shall be instituted to minimize the number of vehicles having airside exposures. Traveling on the AOA for any service provider, such as a concrete truck delivery, requires the pre-arranged escorting of the service truck by an MDAD vehicle. The Trade Contractor shall give at least 24 hours advance notice of the possible delivery / service scheduled. No exceptions shall be made. Non-compliance will result in elimination of the vehicle driver having AOA access and possible cancellation of the contract held by the Trade Contractor.

The Trade Contractor shall ensure all persons operating vehicles on the AOA have attended the SIDA training and the vehicle operations training. Vehicles may also be required to have in their cab for use by the driver a functional two way radio with air traffic control settings pre-programmed. The driver shall have the two way radio on and audible during movement on the AOA at all times. Trade Contractors

POJV – North Terminal Development Consolidation Program          September 22, 2006
Trade Contractor's Safety and Security Requirements                               Section 00010
                                                                                                    Version 1

Page 78 of 105

shall provide each permitted vehicle with a laminated AOA map indicating routes to the worksite in a highlighted fashion. Deviation from the highlighted area shall not be permitted. Changes or alterations in the worksite access route shall compel the Trade Contractor to remove the outdated map and replace with current data. As required, the driver shall have available at all times instructions for communicating with the air traffic controller and meanings for directions issued by the controller to the driver. The driver must also be able to read, speak, and understand English clearly.

Conditions on AOA will be unique to newly authorized drivers. The Trade Contractor must ensure that the authorized driver understand or have access to information pertaining to communication with the air traffic controller, will be made aware of unique hazards of working by or near aircraft such as jet blast, prop wash, and the necessity of restricted vehicle speed on airside. Incentives and disincentives shall be incorporated by the Trade Contractor into their TCSP to ensure compliance and training with these requirements. Penalties must be enforced. Rules and regulations stipulated by the Trade Contractor shall be clear and concise, and easily understandable by the person or persons they intend to authorize to have AOA access. Prior to assignment, AOA vehicle operators shall know and be tested by the Trade Contractor on the airport rules and regulations prior to operating airside. Disincentives shall be placed to keep those who jeopardize safety, risk incursion, etc. off the AOA. The Trade Contractor has the responsibility for ensuring competency of all drivers on the AOA and for removal of those who fail to comply or understand the requirements.

Any loss event, near miss, or incursion, occurring on an airport subjects the airport to extensive scrutiny. This may or may not result in a full investigation of the airport where the full activity, including construction, comes under intense examination. Anything out of compliance may be halted or scheduled for immediate corrective action, up to and including replacement of personnel for non-compliance.

## 14.0    Driver Training

Prior to the Trade Contractor authorizing any person with a photo identification badge to operate a motor vehicle on the AOA without MDAD escort, the Trade Contractor shall compel such employee to have a current, valid, appropriate Florida driver's license and to attend and successfully complete the AOA Driver Training Course conducted by MDAD. The privilege of a person to operate a motor vehicle on the AOA may be withdrawn or revoked by MDAD because of AOA driving violations or loss of the individual's Florida driver's license. Trade Contractors shall require all personnel with AOA privilege to notify them immediately upon loss or revocation of their personal license / right to operate a motor vehicle whether the cause of driving privilege loss was work related or not.

## 15.0    SIDA Training

Prior to being issued a photo identification badge, the individual requesting the badge must attend the Security Identification Display Area Training course provided by MDAD Operations Division.

## 16.0    Maintenance of Operations

The Trade Contractor shall control its operations and the operations of subcontractors and suppliers, at all tiers so as not to compromise the airport's security, interfere with airport operations, with aircraft, vehicle or pedestrian traffic, except as provided for in the Trade Contract Documents for the execution of their scope of work. The Trade Contract is explicitly intended to provide for the maximum degree of safety and security to aircraft, the general public, airport personnel, equipment and associated facilities, and to the Trade Contractor's personnel, equipment and suppliers, etc., but shall also provide for the minimum interference to the free and unobstructed movement of vehicles and / or personnel engaged in the day to day operation of the Airport and the general public.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 79 of 105

The Trade Contractor will comply and shall observe all MDAD rules and regulations, all other operational limitations that may be imposed from time to time by MDAD, and shall provide whatever markings, lighting and / or various types of barricades, or other measures required to properly identify Trade Contractor personnel, equipment, vehicles, storage areas and any Trade Contractor's work areas or conditions that may be hazardous to the uninterrupted operation of aircraft, airport equipment, including but not limited to maintenance vehicles and fire rescue vehicles, other vehicles, or personnel or vehicles from any source operating on the Airport. In order to provide the maximum degree of safety on airports during construction, the Trade Contractor shall comply with the provisions of FAA Advisory Circular 150/5370-2C.

When the Trade Contract Documents require the maintenance of vehicular traffic on an existing road, street, or highway during the Trade Contractor's performance of work, the Trade Contractor shall keep such road, street, or highway open to all traffic and shall provide such maintenance of traffic as may be required to accommodate traffic. The Trade Contractor shall furnish, erect, and maintain barricades, warning signs, qualified flaggers, and other traffic control devices to protect the public and the work in conformity with the Manual of Uniform Traffic Control Devices published by the Florida Department of Transportation. When used at dusk or dark, such barricades, warning signs, and hazard markings shall be suitably illuminated.

The Trade Contractor shall be in possession and shall comply with the requirements of the documents referenced in herein.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 80 of 105

Attachment "A"

## NTD (North Terminal Development) Program Wide Security Operations
### (Including Operations of the NTD Construction Gate)

1.  NTD Gate Hours of Operations:
     0600 hours local - 2200 hours local (Mon - Fri)
     0600 hours local - 1400 hours local (Saturday)
     Closed - Sundays and Holidays

2.  All contractors that need to work on the NTD project must enter through this gate during hours of operations.

3.  Should after hours access be required Airside NOTICE #34-01 must be followed (see attached)

4.  All material Delivers will follow Airside NOTICE #34-01

5.  All vehicles requiring CDL licenses will be escorted by an MDAD vehicle in accordance with Airside Construction NOTICE #03-02

6.  NTD Construction Employees may park at the lot at 12th Street and Milam Dairy Road. Security Screening will be provided by MDAD Security and bussing will be provided through an MDAD Contract. Bussing will only be available in the morning and in the afternoon. All personal belonging and tools will be inspected prior to boarding the busses.

7.  Knives will only be allowed in the AOA if they are required for the work to be performed.

8.  No firearms are allowed at anytime in the AOA.

9.  Hilti Guns and Ram Sets (Powder actuated fasteners) will only be allowed in the AOA with prior authorization and documentation.

10. All construction vehicles and personnel not screened at the 12th Street Parking Lot and entering through the sealed MDAD provided bus will be searched at the North Terminal Gate.

### Customs and Border Protection (CBP) SECURITY REQUIREMENTS

All Contractors working around international baggage or Customs controlled area are required to follow the Customs and Border Protection CBP Access Program
(see below).

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 81 of 105

**Airside NOTICE #34-01**
October 3 1, 2001

**Advance Notification for Construction**
Delivery **and After Hours Work**

**Standard Operating Procedure**

In order to facilitate the need for construction companies working on the AOA/SIDA at Miami International Airport to receive deliveries, the following Advance Notification Procedure has been developed. This procedure also dictates a process for construction companies working after hours (6:00 p.m. through 7:00 a.m., as well as weekends and holidays).

Any construction company that requires the delivery of materials to a job site on the AOA/SIDA at Miami International Airport must submit the attached Advance Notification request in person to the Airside Operations Office 24 hours (1 day) prior to the expected delivery day. This Advance Notification will only be accepted for a delivery-taking place the following day and must be submitted no later that 4:00 p.m. the day prior to delivery. Emergency requests will be considered on a case by case basis. This is for delivery only.

The following information is required on each form:
1. Day of week the delivery will take place
2. Date
3. Specific time frame the delivery is expected
4. Access gate
5. Check appropriate box for weekday delivery
6. Company Name (company making delivery)
7. Vehicle Type (semi-truck, pick-up truck, etc)
8. Location (AOA Location for delivery)
9. Receiving company
10. Receiving Person and contact phone number (must be local number)
11. Sub-contractor name and local contact phone number
12. Requested by (persons name, MDAD ID# and company) and local contact phone number

Once properly submitted, Airside Operations approval is required.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 82 of 105

## SECURITY OPERATIONS
### (Including Operations of the NTD Construction Gate)

1.  NTD Gate Hours of Operations:
    0600 hours local - 2200 hours focal (Mon - Fri)
    0600 hours local - 1400 hours local (Saturday)
    Closed - Sundays and Holidays

2.  All contractors that need to work on the NTD project must enter through this gate during hours of operations.

3.  Should after hours access be required Airside NOTICE #34-01 must be followed (see attached)

4.  All material Delivers will follow Airside NOTICE #34-01

5.  All vehicles requiring CDL licenses will be escorted by an MDAD vehicle in accordance with Airside Construction NOTICE #03-02

6.  NTD Construction Employees may park at the lot at 12th Street and Milan Dairy Road. Security Screening will be provided by MDAD Security and bussing will be provided through an MDAD Contract. Bussing will only be available in the morning and in the afternoon. All personal belonging and tools will be inspected prior to boarding the busses.

7.  Knives will only be allowed in the AOA if they are required for the work to be performed.

8.  No firearms are allowed at anytime in the AOA.

9.  Hilti Guns and Ram Sets (Powder actuated fasteners) will only be allowed in the AOA with prior authorization and documentation.

10. All construction vehicles and personnel not screened at the 12th Street Parking Lot and entering through the sealed MDAD provided bus will be searched at the North Terminal Gate.

### Customs and Border Protection (CBP) SECURITY REQUIREMENTS

All Contractors working around international baggage or Customs controlled area are required to follow the Customs and Border Protection CBP Access Program (see below).

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 83 of 105

## Airside Construction
### NOTICE # 03-02

**DATE:** May 13, 2003

**TO:**    All Contractors at Miami International Airport

**SUBJECT:**  Escorting of vehicles

Please be advised that effective August 1, 2003 the following will be required by all construction companies operating vehicles and equipment on the SIDAIAOA at Miami International Airport.

1. MDAD Airside Operations Units must escort all construction company vehicles while driving on the SIDA/AOA that require the operator to have a Commercial Drivers License (CDL). This requirement does not apply when operating a vehicle in an approved and contained MOT.
2. MDAD Airside Operations Units must escort all construction related equipment (e.g., backhoe, front end loader) that can be driven on the **SIDNAOA.** This requirement does not apply when operating the equipment in an approved and contained MOT.

**The above escort requirements do not apply to sweeper trucks or watering trucks.**

Construction company vehicles and construction related equipment that can be driven on the SIDA/AOA must also have a valid Miami-Dade Aviation Department Airside Vehicle Access Permit. All companies requesting to operate vehicles or equipment on the SIDA/AOA at MIA must be in full compliance with the requirements in Operational Directive No. 01-02.

Should you require additional information, please feel free to contact me at:
(305) 876-7359.

Sincerely:
**MIAMI-DADE AVIATION DEPARTMENT**


Ronald Smith
Manager, Airfield Operations

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 84 of 105

## After Hours, Weekend or Holiday Work

Contractors needing access to the AOA/SIDA after hours (between the hours of 6:00 p.m. and 7:00 a.m. Monday through Friday), weekends (6:00 p.m. on Friday through 7:00 a.m. Monday) and holidays must submit a Advance Notification (request) in writing to the Airside Operations Office 24 hours in advance (one day) prior to the requested day of work.

The following information is required on each request:

1. Day (day of week the work will take place)
2. Date
3. Time (time the work is expected to start and finish)
4. Check appropriate box for after hours, weekend, or holiday working
5. Company Name (company working)
6. Vehicle Type (semi-truck, pick-up truck, etc)
7. Location (AOA Location for work)
8. Sub-contractor name and local contact phone number
9. Requested by (persons name and company) and local contact phone number

Once properly submitted, Airside Operations approval is required.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 85 of 105

 **AIRSIDE OPERATIONS**

# DELIVERIES

MIAMI-DADE AVIATION DEPARTMEN
P.O. BOX 692075 AW
MIAMI, FLORIDA 331
AIRSIDE OPERATIONS DIVISION 305 876-7)

## ADVANCED GATE ACCESS REQUEST

| ACCESS TYPE | ACCESS GATE | ARRIVAL DATE AND TIME |
|---|---|---|
| **DELIVERIES** | ☐ NW<br>☐ SE<br>☐ SW<br>☐ CB<br>☐ NTD | DAY ☐ M ☐ T ☐ W ☐ T ☐ F ☐ S<br>DATE<br>TIME |

### DELIVERY COMPANY INFORMATION.

| COMPANY NAME(S) | VEHICLE TYPE(S) | LOCATION(S) |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |
| 9) | | |
| 10) | | |

RECEIVING COMPANY.    **PHONE:**

LOCAL NUMBERS ONLY

CONTACT PERSON    PHONE

LOCAL NUMBERS ONLY

REQUESTOR NAME    PHONE

LOCAL NUMBERS ONLY

REQUESTOR ID #.    DATE/TIME.    AM / PM

| AIRSIDE OPERATIONS USE ONLY | |
|---|---|
| APPROVED BY | |
| DATE | / / |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 86 of 105



**MIA**
MIAMI INTERNATIONAL AIRPORT
AIRSIDE OPERATIONS

# AFTER HOURS

MIAMI-DADE AVIATION DEPARTMENT
P O BOX 592075 AMF
MIAMI, FLORIDA 33159
AIRSIDE OPERATIONS DIVISION 305 876-7359

## ADVANCED GATE ACCESS REQUEST

| ACCESS TYPE (CIRCLE ONE) | ACCESS GATE | ARRIVAL DATE AND TIME |
|---|---|---|
| AFTER HOURS<br><br>WEEKENDS<br><br>HOLIDAYS | ☐ NTD<br>☐ SE<br>☐ OTHER ___ Airside supervisor<br>approval needed | DAY ☐M ☐M ☐T ☐W ☐TH ☐F ☐S<br><br>DATE<br><br>TIME |

### COMPANY INFORMATION

| COMPANY NAME(S) | VEHICLE TYPE(S) | LOCATION(S) |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |
| 9) | | |
| 10) | | |

CONTRACTOR _____ PHONE _____
LOCAL NUMBERS ONLY

REQUESTOR NAME _____ PHONE _____
LOCAL NUMBERS ONLY

REQUESTOR ID # _____ DATE/TIME _____ AM / PM

NOTE  This form is for authorized contractors and sub-contractors requesting access to the A O A  for after hours work  Contractors and sub-contractors utilizing this form must have proper M D A D  picture ID's and valid A O A  vehicle decals

| AIRSIDE OPERATIONS USE ONLY | |
|---|---|
| APPROVED BY | |
| DATE | / / |

POJV -- North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 87 of 105

Appendix 11

## Attachment "B"

## <u>MIA SECURITY & SAFETY DIVISION – IDENTIFICATION SECTION</u>
<u>AIRPORT IDENTIFICATION BADGE APPLICATION FORMS</u>



**MIAMI INTERNATIONAL AIRPORT**

## SECURITY & SAFETY DIVISION - IDENTIFICATION SECTION
Heliport, Dolphin Garage 6th Level
Miami-Dade Aviation Department
Post Office Box 592075 AMF, Miami, Florida
(305) 876-7188

## AIRPORT IDENTIFICATION BADGE APPLICATION

All areas must be completed, typed or printed in ink (black or blue). This form will not be accepted by the Miami-Dade Aviation Department (MDAD) if it is altered (including use of correction fluid), torn, or otherwise defaced. The application must be processed within two weeks of the date it is signed by the authorized company representative (s).

### Section I-Applicant

| Social Security Number | | First Name | Middle Name | Last Name | |
|---|---|---|---|---|---|
| Date of Birth (MM/DD/YYYY) | | Place of Birth | | Title | |
| Gender | Race | Height | Weight | Hair Color | Eye Color |
| Home Address: | | City | State/Zip | | Telephone Number |
| Driver License Number or Official ID | | | State Issued | Expiration Date | |
| Other Names Used, Including Alias or Nick names | | | | | |

| | | Yes ( ) ID # | | |
|---|---|---|---|---|
| Us Citizen: | | No ( ) | Alien Registration Number | |
| | | | Work Permit Number | Valid Until |
| | | | Visa Type | Month    Day    Year |

| INS Inspector Only. | |
|---|---|
| INS Inspector approval Signature | Comments: |

MIA ACCESS CONTROL FORM                                    Aug 2005

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 89 of 105

## Section II- Criminal History

Persons seeking unescorted access to secured areas of an airport and individuals performing security checkpoint screening functions at an airport and their supervisors are subject to the requirements of Title 49 of the Code of Federal Regulations, Parts 1542.209 or 1544.229. These requirements include a criminal history records checks. Indicate below if you have ever pleaded guilty or nolo contendere ("no contest"), had adjudication withheld, been convicted or found not guilty by reason of insanity to any of the following:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| • Forgery of certificates, false marking of aircraft, and other aircraft registration violations. | | | • Rape or aggravated sexual abuse. | | |
| • Interference with air navigation. | | | • Unlawful possession, use, sale, distribution or manufacture of an explosive or weapon. | | |
| • Improper transportation of a hazardous material. | | | • Extortion. | | |
| • Aircraft piracy. | | | • Armed or felony unarmed robbery. | | |
| • Interference with flight crew members or flight attendants. | | | • Distribution of, or intent to distribute, a controlled substance. | | |
| • Commission of certain crimes aboard aircraft in flight. | | | • Felony arson | | |
| • Carrying a weapon or explosive aboard an aircraft. | | | • Felony involving a threat. | | |
| • Conveying false information and threats. | | | • Felony involving willful destruction of property. | | |
| • Aircraft piracy outside the special aircraft jurisdiction of the United States. | | | • Felony involving importation or manufacture of a controlled substance. | | |
| • Lighting violations involving transporting controlled substances. | | | • Felony involving burglary. | | |
| • Unlawful entry into an aircraft or airport area that serves air carriers or foreign air carriers contrary to established security requirements. | | | • Felony involving theft. | | |
| • Destruction of an aircraft or aircraft facility. | | | • Felony involving dishonesty, fraud or misrepresentation. | | |
| • Murder. | | | • Felony involving possession or distribution of stolen property. | | |
| • Assault with intent to murder. | | | • Felony involving aggravated assault. | | |
| • Espionage. | | | • Felony involving bribery. | | |
| • Sedition. | | | • Felony involving the illegal possession of a controlled substance punishable by a maximum term of imprisonment of more than 1 year. | | |
| • Kidnapping or hostage taking. | | | • Felony involving violence at international airports. | | |
| • Treason | | | • Conspiracy or attempt to commit any of the criminal acts listed on this table | | |

The MDAD Airport Security Coordinator keeps confidential the criminal history record obtained from the FBI and uses it only for determining whether to issue an Airport Identification Badge (ID Badge). You may get a copy of your criminal history record sent by the FBI to the Airport Security Coordinator by submitting a written request within 30 days after being advised that your criminal history shows you are disqualified from being issued an ID Badge. If you believe that any information is inaccurate, you may directly contact the agency that reported the disqualifying conviction to correct your record.

I understand that I have a continuing obligation under Title 49, CFR, Parts 1542.209 and 1544.229 to disclose to the airport operator within 24 hours if I **plead guilty or nolo contendere ("no contest") to, have an adjudication withheld, been convicted or found not guilty by reason of insanity** to any of the disqualifying crimes listed on this application or the federal security regulations.

MIA ACCESS CONTROL FORM                                     Aug 2005

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 90 of 105

Section III - Applicant's Certification

I hereby submit to MDAD Identification Section (ID Section) this application for an ID Badge and agree to the following:

1. By submitting this application for an ID Badge, I agree to comply at all times with the security rules and policies of MDAD and the Transportation Security Administration (TSA), an agency of the United States, including the provisions of Title 49, CFR, Parts 1540,1542, and 1544.

2. All ID Badges remain the property of MDAD.

3. My ID Badge cannot be transferred to another individual or used for any purpose by another individual.

4. I will visibly display my ID Badge outside my garments on my upper body whenever I am in any area of the airport.

5. Use of the ID Badge constitutes consent to search and monitoring at any area of the airport.

6. MDAD reserves the right to revoke authorization for an ID Badge where such action is determined to be in the best interest of airport security. You must immediately return the ID Badge to MDAD ID Section or your employer upon notification that your authorization has been revoked.

7. In the event of any change in my employee status (i.e. transfer, job title), I will obtain a new ID Badge noting the change and return the original ID Badge.

8. I will not aid nor participate in "piggy-backing" (allowing unauthorized access to secure or restricted areas) nor will I otherwise breach, disobey or disregard any security directive, plan or program at the airport.

9. I will challenge any person who enters a secured/restricted area if the person does not properly display an ID Badge. If the person I challenge cannot produce a valid ID Badge, I will immediately notify the Miami-Dade Police Department or the MDAD at (305) 876-0385.

10. Contractor Identification Badges are valid only within the construction site to which I am assigned by my employer, within those areas authorized by MDAD and only until the contract is closed out and/or terminated, suspended.

11. I will immediately notify my employer if my ID Badge is lost or stolen. A non-refundable fee of $75.00 will be assessed for the first replacement within 12 months of original issuance, and $100.00 for the second replacement within 12 months of original issuance. The Security & Safety ID Section will collect the fee before a replacement ID Badge is issued.

12. A replacement ID Badge may only be issued if I declare in writing that the ID Badge has been lost, stolen, or destroyed.

13. The ID Badge must be returned to the employer at the end of my employment. (The Identification Badge may also be returned to the ID Section located at the Heliport 6th floor during regular business or office hours. The ID Section will issue a receipt to me as proof that the ID Badge was returned).

I understand and agree to comply with the terms and conditions provided for in this application and agree to comply with any changes or amendments to the terms and conditions that may be imposed by MDAD. The information that I have provided on this application is true, complete, and correct to the best of my knowledge and belief and is provided in good faith. I understand that a knowing and willful false statement on this application can be punished by fine or imprisonment or both. (See Section 1001, of Title 18 United States Code); (See also: Title 49 of the Code of Federal Regulations, Sections 1540.103 and 1542.209)

Applicant's Name _____
(PRINT)

Applicant's Signature _____Date_____

MIA ACCESS CONTROL FORM                                                    Aug 2005

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 91 of 105

## Section IV – Access Requirements (to be completed by the employer)

Company Name: _____ Company Code: _____

Mailing Address: _____ _ _____

Telephone Number: (_____)_____ Fax Number (_____)_____

Authorized Representative: _____ Title: _____

Authorized Representative's Signature: _____ Date: _____

**Check the following that apply:**

_____ New Applicant      _____ Renewal-No Fingerprint Required      _____ Renewal-Fingerprint Required

_____ Lost Badge      _____ Damaged Badge      _____ Renewal of White Escort
(Pending Fingerprint Results)

_____ Fingerprint Only      _____ Federal & Local Law Enforcement
(No ID Badge Required)

## Badge Type

_____ Green & Brown      _____ Brown & Green      _____ Brown (only)      _____ Green (only)
(Ramp & Cargo Access)      (Cargo & Ramp Access)      (Cargo Access)      (Ramp Access)

_____ White      _____ White Escort Required      _____ White with Concourse Access
(Terminal Access)      (Airfield access with Escort)      (Security Checkpoint Concourse Access)

_____ Blue      _____ Yellow      _____ Yellow Anti-Passback
(MDAD Employee)      (Contractor)      (Contractor with Limited Access)

If applicant's employer is a construction contractor of MDAD, TSA or of an airport tenant, please complete the following:

| General Contractor/ Consultant: | Subcontractor: | Project Number: |
|---|---|---|
| Authorized Representative: | Project Commencement Date: | Project Location: |
| Authorized Representative's Signature: | Project Completion Date: | |

## Special Certifications:

_____ Emergency Access (EM)   _____ AOA Driver's Training (DT)   _____ Movement Training (MT)
(Letter Required)

_____ Loading Bridge (LB)   _____ Special Access (SA)   _____ FIS Customs Access   _____ Extended Ajar
(Letter Required)                                                                                  (Letter Required)

MIA ACCESS CONTROL FORM                                      Aug 2005

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 92 of 105

Appendix 11

## Section V - Employer's Certification

I certify that all information provided by or on behalf of the Employer is true, accurate, and complete. I certify that: (1) I have verified the applicant's identify by reviewing at least two forms of Identification (one of which bears the applicant's photograph); (2) the applicant has presented to the representative signed below that he or she has not been convicted of a crime identified in 49 CFR 1542.209 and 1544.229; (3) The Employer will immediately report to MDAD ID Section any information that becomes available to us indicating that the applicant may have been convicted of one of the crimes identified in 49 CFR 1542.209 and 1544.229; (4) The Employer will immediately notify MDAD ID Section if the applicant's employment is terminated or contract work at the airport is completed, and the Employer will promptly return his or her ID Badge to MDAD ID Section; (5) The Employer will immediately notify MDAD ID Section if the applicant's ID Badge is reported as being lost or stolen and (6) I certify that the Employer has complied with, and will continue to comply with the provisions of Title 49, CFR, Parts 1540, 1542, and 1544. I also certify that the Employer will inform MDAD ID Section if either of the following applies:

(i)    the applicant was unable to support statements made on the application form;
(ii)   there are significant inconsistencies in the information provided on the application; or
(iii)  information has become available to us indicating a possible conviction of the crime(s) listed in 49 CFR 1542. 209 and 1544.229

I have read and understand the potential penalties described in this application for providing false, or misleading information or failing to report as required.

Employer Name _____
(PRINT)

Authorized Representative: _____Title_____
(PRINT)                                         (PRINT)

Authorized Representative's Signature _____Date_____

## Section VI - Employer's Certification - Carrier

1. The U.S Air Carrier _____

   I certify that a fingerprint-based Criminal History Record Check (CHRC) has been conducted

   for_____ on _____

   In accordance with 49 CFR 1544.229. The CHRC Case Number is_____

   received _____.

2. I hereby request the Identification Badge Office to submit fingerprints on behalf of

   _____ for _____
        (Name of the U.S. Air Carrier)                    (Applicant's Name)

I certify that all information provided by or on behalf of the U.S. Air Carrier is true, accurate, and complete. I certify that I have complied with, and will continue to comply with the provisions of Title 49, CFR, Parts 1540, 1542, and 1544. The U.S. Air Carrier will immediately notify MDAD ID Section if the U.S. Air Carrier learns that the applicant's ID Badge has been lost or stolen, and the U.S. Air Carrier will promptly return to MDAD ID Section the applicant's ID Badge upon termination of his or her employment or completion of his or her contract at the airport.

I have read and understand the potential penalties described in this application for providing false or misleading information on this application.

Authorized Representative: _____Title_____

Authorized Representative's Signature _____Date_____

MIA ACCESS CONTROL FORM                                        Aug 2005

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 93 of 105

**\*\*\*\*FOR MDAD ACCESS CONTROL OFFICE USE ONLY\*\*\*\***

| SIDA Training Date: | Badge Number: | Badge Access Level: | Date Issued: | Expiration Date: |
|---|---|---|---|---|
| Reason for GU: | Reason for Reprint: | **Fingerprint Department**<br><br>Date_____<br><br>Money Order_____<br><br>Check # _____ | | **ID Section Payment**<br><br>Cash_____<br><br>Billed_____<br><br>No Charge _____ |
| Given By: | Supervisor Signature: | Charge _____<br><br>MIA # _____<br><br>U.S. Carrier _____ | | Replacement _____<br><br>Damage _____<br><br>Lost _____ |

**\*\*\*\*FOR MDAD ACCESS CONTROL OFFICE USE ONLY\*\*\*\***
**FRONT DESK**

| Company Fingerprinted By: | Date Sent: | Fingerprint Case Number: | Date Results Received: |
|---|---|---|---|
| | | | |

**Rejected Airport Identification Badge Application**

Processor: _____ Date: _____

Reason:

MIA ACCESS CONTROL FORM                                    Aug 2005

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 94 of 105

## Attachment "C"

## MIA SECURITY DIRECTIVE #02-16
## NEW ID FEES, FINES, AND CHARGES

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 95 of 105



**MIAMI INTERNATIONAL AIRPORT**

# DIRECTIVE
## SECURITY DIRECTIVE #02-16

DATE.      October 30, 2002

TO·        Airport Tenants & Users

SUBJECT    New ID Fees, Fines and Charges – EFFECTIVE October 1, 2002

The following information is being disseminated to advise you of the newly approved fees, fines and charges for the acquisition or replacement of Security Identification Badges (ID Badges) at Miami International Airport.

The Board of County Commissioners has approved the fees, fines and charges outlined herein regarding Identification Badges and the following rate schedule, effective October 1, 2002.

IDENTIFICATION BADGE FEES.

| | |
|---|---|
| Initial Issuance and Renewal | $20.00 |
| Fingerprint ($29) and Administrative ($9) Fees | $38.00 |
| First Replacement *(within 12 months of original issuance)* (This includes lost, stolen, or destroyed badges and will be charged without exception) | $75.00 |
| Second Replacement *(within 12 months of original issuance)* (There will NOT be an ID issued a third time within ONE year) | $100.00 |
| Company Charge for failure to NOTIFY and RETURN a terminated employee ID Badge | $100.00 (No Change) |
| Company Charge for violating the TSA 5% Rule | $125.00 (No Change) |

The aforementioned fees, fines and charges will apply to all users, effective immediately

Thank you,

*[signature]*

Mark S Forare
Assistant Aviation Director
for Security

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 96 of 105

EXHIBIT 4

# MDAD TRAINING CLASSES

**Office Hours: Monday – Friday 8:30am to 4:00pm**
**Location: Dolphin Garage 6th Floor, Heliport**
**SIDA Schedules**

|  | English | Spanish |
|---|---|---|
| Monday & Friday | 9 00am | 2 00pm |
| Wednesday | 1 00pm | 10 00am |

**Fingerprint Schedule: By Appointment Only**
**Office Hours: Monday – Friday 8:30am to 4:00pm**
**Location: Aviation Safety & Security Office**
**Ground Floor, Flamingo Garage**

For Appointments call (305) 876-8409
Monday-Friday 8 30am-5 00pm
Payment: Cash, Company Check or Money Order only
Pay To: Miami-Dade Aviation Department (MDAD)
Amount: $38 00

### Passenger Loading Bridge

Morning appointments only Monday-Friday
Call Mr Dickens Fils-Aime, Airside at (305) 876-7475

### AOA Drivers Training

Concourse-E, 4th Floor, Satellite Building
Call Airside at (305) 876-7359 or fax to (305) 876-7535
$10 00 charge per person

### Movement Area Driver Training

Call Airside at (305) 876-7359 or fax to (305) 876-7535
$10 00 charge per person

### Confiscation Appointment

Call ID Section at (305) 876-7188 to schedule an
appointment with your supervisor

8/16/2005 3 43 PM

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 97 of 105



MIAMI INTERNATIONAL AIRPORT

## NOTICE

## SECURITY NOTICE #05-06

DATE            July 20, 2005

TO              Airport Employees, Tenant and Users

SUBJECT         New Schedule for SIDA Classes and New Hours of
                Operation for the Fingerprint and ID Section

During the past month we have been evaluating the ID badging process, the S LD A class schedule and the Fingerprinting process at Miami International Airport in order to determine how to better accommodate our business partners. Based on the decrease in applicants, we have determined that **effective Monday, August 1, 2005, the ID and Fingerprint Section hours of operation will change to the following**

### *ID AND FINGERPRINT PROCESSING OFFICE HOURS*

*Open from 8:30 AM to 4:00 PM*

### *SIDA TRAINING CLASSES*

*Monday and Friday: 9:00 am (English) and 2:00 pm (Spanish)*
*Wednesday: 10:00 am (Spanish) and 1:00 pm (English)*

Please note the above changes and ensure that your employees are advised. Also, remember that appointments must be made in advance for Fingerprinting. Please call 305-876-8409 for appointments

Thank you for your attention and ensuring that your employees are advised

If there are any questions please call our staff at the ID Section/305-876-7188 or the Fingerprint Section/305-869-1337

Thank you

Mark S Forare
Assistant Aviation Director
For Security

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

Page 98 of 105

September 22, 2006
Section 00010
Version 1

## EXHIBIT 5

### LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| Documents that Establish Both Identity and Employment Eligibility | **OR** | Documents that Establish Identity | **AND** | Documents that Establish Employment Eligibility |
| 1 U.S. Passport (unexpired or expired) | | 1 Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address | | 1 U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment) |
| 2 Certificate of U.S. Citizenship (INS Form N-560 or N-561) | | 2 ID card issued by federal, state or local government agencies or entities provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address | | 2 Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS 1350) |
| 3 Certificate of Naturalization (INS Form N-550 or N-570) | | 3 School ID card with a photograph | | 3 Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal |
| 4 Unexpired foreign passport with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization | | | | |
| 5 Alien Registration Receipt Card with photograph (INS Form I-151 or I-551) | | 5 U.S. Military card or draft record | | |
| 6 Unexpired Temporary Resident Card (INS Form I-688) | | 6 Military dependent's ID card | | 4 Native American tribal document |
| | | 7 U.S. Coast Guard Merchant Mariner Card | | |
| 7 Unexpired Employment Authorization Card (INS Form I-688A) | | 8 Native American tribal document | | 5 U.S. Citizen ID Card (INS Form I-197) |
| 8 Unexpired Reentry Permit (INS Form I-327) | | 9 Driver's license issued by a Canadian government authority | | 6 ID Card for use of Resident Citizen in the United States (INS Form I-179) |
| 9 Unexpired Refugee Travel Document (INS Form I-571) | | **For persons under age 18 who are unable to present a document listed above** | | |
| 10 Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B) | | 10 School record or report card | | 7 Unexpired employment authorization document issued by the INS (other than those listed under List A) |
| | | 11 Clinic, doctor, or hospital record | | |
| | | 12 Day-care or nursery school record | | |

Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)

Form I 9 (Rev. 11-21-91) N

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 99 of 105

## EXHIBIT 5

### LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| Documents that Establish Both Identity and Employment Eligibility | **OR** | Documents that Establish Identity | **AND** | Documents that Establish Employment Eligibility |

**LIST A** — Documents that Establish Both Identity and Employment Eligibility

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport with I 551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I 688)

7. Unexpired Employment Authorization Card (INS Form I-688A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**LIST B** — Documents that Establish Identity

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, sex height, eye color, and address

2. ID card issued by federal, state or local government agencies or entities provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

3. School ID card with a photograph

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

For persons under age 18 who are unable to present a document listed above

10. School record or report card

11. Clinic, doctor, or hospital record

12. Day-care or nursery school record

**LIST C** — Documents that Establish Employment Eligibility

1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment)

2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS 1350)

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (INS Form I-197)

6. ID Card for use of Resident Citizen in the United States (INS Form I-179)

7. Unexpired employment authorization document issued by the INS (other than those listed under List A)

Illustrations of many of these documents appear in Part B of the Handbook for Employers (M-274)

Form I 9 (Rev 11-21 91) N

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 100 of 105

**3.16    Safety Programs** - The Managing General Contractor and all Trade Contractors shall have written safety programs, which meet, at a minimum, the Safety and Loss Control Minimum Standards of the Owner. Such written program shall be submitted to the Owner prior to the commencement of any physical construction activity.

**3.16.1** The Managing General Contractor shall designate a member of its organization as the Program site safety manager who shall review the job site safety written program of the Trade Contractors.

**3.16.2** The Managing General Contractor's designated safety manager shall perform regular oversight inspections to monitor safety precautions and programs in place in connection with the Program. The performance of such services by the Managing General Contractor shall not relieve the Trade Contractors of their responsibilities for the safety of persons and property, and for compliance with all federal, state and local statutes, rules, regulations and orders applicable to the conduct of the work. The Managing General Contractor's responsibility for safety shall be limited to advising the Trade Contractor's of non-compliance with the applicable safety program and the safety of the Managing General Contractor's employees.

**4.17   Airfield Operations Area (AOA) Security**

**4.17.1** Managing General Contractor acknowledges and accepts full responsibility for its compliance with all applicable laws, rules and regulations including those of the Transportation Security Administration (TSA), Homeland Security, FAA and MDAD as set forth from time to time relating to the Managing General Contractor's services at the Miami International Airport (MIA).

**4.17.2** In order to maintain high levels of security at MIA, Managing General Contractor must obtain MDAD authorized identification badges for all Managing General Contractor employees working in the Security Identification Display Area (SIDA) or any other secured area of the Airport. MDAD issues two types of identification badges: photo identification and non-photo identification badges. All management level staff, superintendents, and foremen will be required to obtain photo identification badges and will be subject to Federal Bureau of Investigation (FBI) fingerprint-based criminal background investigation. All mechanics, apprentices, laborers, etc., will be issued non-photo identification badges. At no time will an employee bearing a non-photo identification badge be authorized in a secured MIA location without direct supervision of a photo identification badge employee, nor may a photo identification badge employee supervise more than ten employees bearing a non-photo identification badge.

**4.17.3** The Managing General Contractor shall be responsible for requesting MDAD to issue identification badges to all Managing General Contractor and Trade Contractor employees who Managing General Contractor requests be authorized access to the SIDA and shall be further responsible for the immediate reporting of all lost or stolen ID badges and the immediate return of the ID badges of all personnel transferred from Airport assignment or terminated from the employ of the Managing General Contractor or upon final acceptance of the work or termination of this Contract. Managing General Contractor will be responsible for fees associated with lost and unaccounted for badges as well as the fee(s) for fingerprinting and ID issuance.

**4.17.4** All employees of the Managing General Contractor and Subcontractors who must work within MDAD secured areas at Miami International Airport shall be supplied with MDAD identification badges as specified above, which must be worn at all times while within the secured area. Badges shall be worn on outer garments above the waist so as to be clearly visible in order to distinguish, on sight, employees assigned to a particular contractor. Non-photo identification badges shall be identified numerically and issued individually. Employers shall maintain a permanent record showing to whom each badge is issued. Responsibility for supply, issuance, and control of non-photo identification badges shall be that of the Contractor. The Security and Safety Division of MDAD shall provide the identification badges to the Contractor. Each employee must complete the SIDA training program conducted by MDAD and comply with all other TSA, Homeland Security, FAA or MDAD requirements as specified by the MDAD at the time of application for the ID badge before an ID badge is issued. At the present time, MDAD Security and Safety ID Section regularly provides SIDA Training.

**4.17.5** Managing General Contractor Ramp Permits will be issued to the Managing General Contractor authorizing its vehicle entrance to the Airfield Operations Area (AOA) through specified Miami-Dade Aviation Department guard gates for the term of any Annex. These permits will be issued only for those vehicles (including vehicles belonging to the Subcontractor) that must have access to the site during the performance of the work. These permits will be only issued to company owned vehicles or to company leased vehicles (leased from a commercial leasing company). AOA decals, passes, or permits to operate within the AOA will not be issued to privately owned or privately leased vehicles. All vehicles operating within the AOA must have conspicuous company identification signs (minimum of three inch lettering) displayed on both sides of the vehicle.

**All vehicles operating within the AOA must be provided with the Automobile Liability Insurance required elsewhere in these Contract Documents. Proof of such insurance shall be provided to MDAD Airside Operations Division upon request.**

**4.17.6** Vehicles delivering materials to the site will be given temporary passes at the appropriate guard gate. Such vehicles shall not be permitted to operate within the AOA without MDAD escort to be provided by MDAD's Operations Division. To obtain an escort, the Managing General Contractor shall notify MDAD Airside Operations Division 24 hours in advance of such need. These passes shall be surrendered upon leaving the AOA. All vehicles shall be marked with company name to ensure positive identification at all times while in the AOA.

**4.17.7** Only Managing General Contractor management level staff, supervisors and foremen with pictured I.D. shall be allowed to operate a motor vehicle on the AOA without MDAD escort. The Managing General Contractor shall require such employee to have a current, valid, appropriate Florida driver's license and to attend and successfully complete the AOA Driver Training Course conducted periodically by the Department. The privilege of a person to operate a motor vehicle on the AOA may be withdrawn by the Department because of violation of AOA driving rules or loss of Florida driver's license.

**4.17.8** The Managing General Contractor agrees that its personnel, vehicles, cargo, goods, and other personal property are subject to being searched when attempting to enter, leave or while on the AOA. It is further agreed that the MDAD has the right to prohibit an individual, agent, or employee of the Managing General Contractor or Subcontractor from entering the AOA, based upon facts which would lead a person of reasonable prudence to believe that such individual might be inclined to engage in theft, cargo tampering, aircraft sabotage, or other unlawful activities, including repeated failure to comply with TSA, Homeland Security, FAA and MDAD SIDA/access control policies, rules and regulations. Any person denied access to the AOA or whose prior authorization has been revoked or suspended on such grounds shall be entitled to a review hearing before the Director or his/her authorized designee within a reasonable time. Prior to such hearing, the person denied access to the AOA shall be advised, in writing, of the reasons for such denial.

The Managing General Contractor acknowledges and understands that these provisions are for the protection of all users of the AOA and are intended to reduce the incidence of thefts, cargo tampering, aircraft sabotage, and other unlawful activities at the Airport and to maximize compliance with TSA, Homeland Security, FAA, and MDAD access control policies and procedures.

**4.17.9** The Managing General Contractor understands and agrees that vehicle and equipment shall not be parked/stored on the AOA in areas not designated or authorized by MDAD nor in any manner contrary to any posted regulatory signs, traffic control devices, or pavement markings.

**4.17.10** The Managing General Contractor understands and agrees that all of its personnel entering and working in or around arriving international aircraft and facilities used by the various Federal Inspection Services agencies may be subject to the consent and approval of such agencies. Persons not approved or consented to by the Federal Inspection Services agencies shall not be employed by the Managing General Contractor in areas under the jurisdiction or control of such agencies. Persons not approved or consented to by the Federal Inspection Services agencies who enter such areas are subject to fines, which shall be borne entirely by the persons and/or the Managing General Contractor.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 102 of 105

**4.17.11** Prior to Substantial Completion or Beneficial Occupancy of any facility that will permit access to the AOA via doors or gates, the Managing General Contractor shall either (a) keep all such doors and/or gates locked at all times or (b) position a security guard or designated employee to monitor any door and/or gate that must remain open. Keys to such doors and gates shall be limited and issued only to company employees with a current MDAD picture ID. Door/gate keys shall be numbered and stamped "Do Not Duplicate." The Managing General Contractor shall keep a log of all keys issued and to whom. The log is subject to audit by the Owner. Employees must have their assigned key in their possession at the time of audit. Failure to comply with these requirements can result in monetary fines, loss of access to the AOA, and/or termination of this Contract.

**4.17.12** Notwithstanding the specific provisions of this Article, the Owner shall have the right to add to, amend, or delete any portion hereof in order to meet reasonable security requirement of TSA, Homeland Security, FAA and MDAD. In the event such addition, amendment or deletion increases or decreases the Managing General Contractor's costs, an adjustment shall be made in accordance with "CHANGES", Section 9 this Contract

**4.17.13** The Managing General Contractor shall ensure that all its employees so required participate in such safety, security, and other training and instructional programs, as MDAD or appropriate Federal agencies may from time to time require.

**4.17.14** Managing General Contractor agrees that it will include in all Trade Contract and subcontracts, service providers, and suppliers an obligation by such parties to comply with all security requirements provided by the Owner and applicable to their operations at the Airport. Managing General Contractor agrees that in addition to all remedies, penalties, and sanctions that may be imposed by TSA, Homeland Security, FAA or the MDAD upon Managing General Contractor's subcontractors, suppliers, and their individual employees for a violation of applicable security provisions, Managing General Contractor shall be responsible to the Owner for all such violations that are a result of the Managing General Contractor's gross negligence and shall indemnify and hold the Owner harmless for all costs, fines and penalties arising therefrom, such costs to include reasonable attorneys' fees.

**4.17.15** In addition to the foregoing, the Managing General Contractor shall be required to comply with the U.S. Federal Immigration Service (FIS) (Customs) requirements for obtaining badges for those Vendor employees that will be involved with the installation and maintenance of the AOIS system within the FIS environment at MIA. The Vendor shall be responsible for all related fees for required bonding, fingerprinting and background investigations of Vendor personnel.

**4.17.16** The employee(s) of the Managing General Contractor shall be considered to be at all times its employee(s), and not an employee(s) or agent(s) of the County or any of its departments. The Managing General Contractor shall provide competent and physically employee(s) capable of performing the work as required. The County may require the Managing General Contractor to remove any employee it deems unacceptable. All employees of the Managing General Contractor shall wear proper identification.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 103 of 105

**Company Letterhead**

**DRAFT Trade Contractor Drug Testing Certification**

**Instructions: Please reproduce this document with information below on the Trade Contractors Letterhead. No other documents will be accepted.**

Date: Today's date

TO:   Parsons-Odebrecht, J.V.
        Miami International Airport – NTDCP

Trade Contractor Name_____

Project Number(s) _____

Today's Date      _____

This will serve to certify that the following individuals employed by this company have met the Drug Free Certification Requirements within 30 days of the above date as required by contract and are authorized to attend POJV-NTD Safety Orientation and receive the required badge(s) upon completion of the orientation.

| Employee Name | Social Security Number |
|---------------|------------------------|
|               |                        |
|               |                        |
|               |                        |

Signed by:_____
              Print Name and Title*
              (Sr. Project Manager or above)

**\*Original signatures only**

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

September 22, 2006
Section 00010
Version 1

Page 104 of 105

## Trade Contractor Supervisor Daily Audit Checklist

Project: _____     Date: _____

Name: _____     Time: _____

Any items that have been found deficient must be corrected before work or use.
This checklist includes, but is not limited to, the following:

|  | Yes | No |
|---|---|---|
| *Safe Access and Workspace* | | |
| Are safe access and adequate space for movement available for: | | |
|     Emergencies | ____ | ____ |
|     Work area | ____ | ____ |
|     Walkways and passageways | ____ | ____ |
| Are ladders, stairways, and elevators properly located and functioning? | ____ | ____ |
| Is protection provided for floor and roof openings? | ____ | ____ |
| Is overhead protection provided for all areas of exposure? | ____ | ____ |
| Is lighting adequate? | ____ | ____ |
| *Planning Work for Safety* | | |
| Are employees provided with all required protective equipment? | ____ | ____ |
| Have other contractors and trades been coordinated with to prevent congestion and avoid hazards? | ____ | ____ |
| Is all temporary flooring, safety nets, and scaffolding provided where required? | ____ | ____ |
| *Utilities and Services Identification* | | |
| High voltage lines | ____ | ____ |
| Have all been identified by signs? | ____ | ____ |
| Have high voltage lines been moved or de-energized or barriers erected to prevent employee contact? | ____ | ____ |
| *Sanitary Facilities* | | |
| Drinking water | ____ | ____ |
| Are toilet facilities adequate? | ____ | ____ |
| *Work Procedures – Materials Handling* | | |
| Is material handling space adequate? | ____ | ____ |
| Is material handling equipment adequate and proper? | ____ | ____ |
| Is material handling equipment in good condition? | ____ | ____ |
| *Other (e.g., tunnels, excavations, shafts)* | ____ | ____ |

Comments:
_____

POJV – North Terminal Development Consolidation Program
Trade Contractor's Safety and Security Requirements

Page 105 of 105

September 22, 2006
Section 00010
Version 1

# SECTION 00011

# Trade Contractor's Hurricane Preparedness Plan Requirements

This specification section establishes the Trade Contractor's duties and responsibilities related to preparation of their Hurricane Preparedness Plan.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 1 of 40

# TABLE OF CONTENTS

| Section | Description | Page |
|---------|-------------|------|
| 1 | Introduction | 3 |
| 2 | Purpose | 3 |
| 3 | Definitions | 4 |
| 4 | Communications | 7 |
| 5 | Action Plan and Responsibilities | 9 |
| 6 | Protection of Facilities and Equipment | 10 |
| 7 | Contact Phone Numbers | 14 |
| Appendix "A" | Hurricane and Tropical Storm Hazards Information | 15 |
| Appendix "B" | Worldwide Tropical Cyclone Names | 17 |
| Appendix "C" | MIA North Terminal Development Hurricane Preparedness Plan-2005 | 18 |
| Appendix "D" | MDAD Hurricane Procedures Manual – 2005 | 35 |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 2 of 40

1. **Introduction**

   This specification section provides a methodology and establishes the minimum requirements for the Trade Contractor to follow to develop a plan to prepare for the yearly hurricane season or other significant weather event. The Trade Contractor's Hurricane Preparedness Plan (TCHPP) must specify the sequence of actions that should be taken prior to a hurricane or other significant weather event to ensure that project operations are shut down and secured in an orderly fashion ahead of the impending storm. The plan must comply with the statutes of Section 8-16 of the Miami-Dade County Code and complement the MIA North Terminal Development Hurricane Preparedness Plan-2005 (See Appendix C attached hereto) the MDAD Hurricane Procedures Manual 2005 (See Appendix D attached hereto).
   The purpose of hurricane preparation planning is to reduce, as practical as possible, losses to property and equipment and to assure that, after a hurricane has passed, that work can continue in a safe and timely manner.

   Trade Contractors will be required to develop a Trade Contractor's Hurricane Preparedness Plan (TCHPP) that should comply with, at a minimum, the requirements of these guidelines and shall also include all other means and methods to prepare a Trade Contractor's Work for a Hurricane, tropical storm, or other.

2. **Purpose**

   The guidelines included herein provide the minimum requirements that each Trade Contractor must incorporate into their TCHPP. These guidelines identify the points in time at which actions will be taken on the North Terminal Development Consolidation Program jobsite(s). These guidelines define the time frame, which minimum actions that must take place and will be used in conjunction with each Trade Contractor's TCHPP which will addresses specific tasks identified in their plan.

   These guidelines establish resources and delineate responsibilities to ensure all possible protection is provided in the event airport property, the construction site, construction equipment and most importantly employee / pedestrian lives are threatened by a hurricane or tropical storm. General information on hurricane and tropical storm hazards can be found in Appendix A attached hereto.

   These guidelines provide criteria to be used in determining when actions will be taken in the event of possible exposure to hurricane or tropical storms and further delineate those advanced preparations that are necessary to maintain a 24 hour state of readiness for all areas of the jobsite during hurricane season.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 3 of 40

The TCHPP shall identify activities that provide for the following:

- Identification of principle "point of contact" to work with POJV's Safety Manager

- Assessing buildings, equipment, and jobsite prior to significant weather events;

- Assessing buildings, equipment, and jobsite following a significant weather event;

- Preparing emergency evacuation data (including but not limited to – shelter, phone numbers, escape routes, means of accounting for personnel);

- Initiating jobsite preparation events (including but not limited to – anchoring objects, securing equipment, boarding windows and doors);

- Following evacuation orders issued by the local or state agency;

- Providing employees ample time after departing the site to arrive at their final destination prior to the anticipated time of storm strike;

- Arranging for backup generators to be on site after the event;

- Providing for employee notification sequence for return to jobsite information (example: superintendent will notify foreman who will notify workers; main office will contact sub-tier trade contractors, etc.); and

- Providing for the clearing of debris and obstructions from drainage structures.

3.    **Definitions**

**Flash Flood Warning** – flash flooding is actually occurring or imminent in the warning area, is issued as a result of torrential rains or weather event.

**Flash Flood Watch** – flash flooding is possible in or close to the watch area. Watches are generally issued for anticipated flooding at least 6 hours after heavy rains have ended.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 4 of 40

**Flood Warning** – flooding conditions are actually occurring or are imminent in the warning area.

**Flood Watch** – high flow or overflow of water from a body of water is possible in the given time period. Watches are generally issued for anticipated flooding at least 6 hours after heavy rains have ended.

**Hurricane** - An intense tropical weather system with well defined circulation and sustained wind speeds of 74 miles per hour (63 knots) or higher at the surface. These winds, in the northern hemisphere, blow in a counterclockwise manner about the center of the storm. The storms are usually formed in the Atlantic Ocean north of the equator or in the Caribbean. They move northwards up through the West Indies or through the Gulf of Mexico to the United States. The storms vary in physical characteristics ranging from 100 to 500 miles in diameter, with wind velocities of 64 to 132 knots, decreasing in intensity from the center outward. They normally move along their paths at a rate of 6 to 18 knots.

**Hurricane Alert**: An alert given by the National Weather Service or MIA of impending weather that could develop into a hurricane.

**Hurricane Categories**

Hurricane categories are established for each hurricane, based upon the severity of the forecasted maximum sustained winds and storm surge above Mean Sea Level (MSL). The following are the Saffir/Simpson's Scale of Hurricane Categories:

| Hurricane Category | Maximum Sustained Winds | | Storm Surge Above Mean Sea Level – MSL* |
|---|---|---|---|
| | MPH | Knots | |
| 1 | 74-95 | 64-82 | 4-5 Feet |
| 2 | 96-110 | 83-95 | 6-8 Feet |
| 3 | 111-130 | 96-112 | 9-12 Feet |
| 4 | 131-155 | 113-134 | 13-18 Feet |
| 5 | Over 155 | Over 134 | Over 18 Feet |
| | | | * Add 2-3 Feet for High Tide |

**Hurricane Conditions (HURCON)** – The HURCON System is established to maintain continuity of "Hurricane Conditions". This system is based on the forecast arrival of 50 knot (58 MPH) or higher winds associated with a tropical

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 5 of 40

cyclone. Hurricane precautions at the Miami Airport Project will be gauged by the time/distance of the storm from Miami. The duration of these conditions is contingent upon the forward speed of the hurricane, which can vary from time to time. These conditions (listed below) are expressed in terms of the <u>number of hours prior</u> to forecast arrival of 50 knots (58 MPH) or higher winds in Miami.

| | |
|---|---|
| **Condition V** | **May 1st** |
| **Condition IV** | **72 Hours** |
| **Condition III** | **48 Hours** |
| **Condition II** | **24 Hours** |
| **Condition I** | **12 Hours** |

**Hurricane Warning** – hurricane conditions are expected in the specified area of the warning within 24 hours. Complete all storm preparations according to the procedures established in this plan.

**Hurricane Watch** – hurricane conditions (sustained winds greater than 73 mph) are possible in the respective area of the watch, usually within 36 hours. During a hurricane watch, prepare to take immediate action according to the procedure established in this plan.

**POJV Hurricane Action Team:** A team of Parsons-Odebrecht, JV's (POJV) management personal, under the direction of the POJV Safety Manager, will oversee the Trade Contractors to ensure the construction site is prepared for a hurricane event and to ensure restoration of the site post event.

**Severe Thunderstorm Warning** – a severe thunderstorm has actually been observed by spotters or indicated on radar, and is occurring or imminent in the warning area.

**Severe Thunderstorm Watch** - conditions are conducive to the development of severe thunderstorms in and close to the watch area.

**Storm Surge** – a dome of sea water up to about 20 feet high that arrives with a hurricane, and can affect more than 100 miles of coastline. Evacuation zones are identified by their likelihood of being flooded by this rising water, which is responsible for most hurricane deaths.

**The "Eye"** – In the center of the storm is the "eye" of the hurricane, usually with little or no winds. Immediately surrounding the eye is a circular belt of high – velocity winds. Seen from above, a hurricane looks like a doughnut;

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 6 of 40

the doughnut representing the circular winds and the hole representing the eye. If the eye of a hurricane just misses an area that area will have continuous winds in one direction until the storm passes. On the other hand, if the eye passes over, there will be a period of calm, lasting anywhere from a few minutes to several hours. When the calm passes, the area will suddenly be hit by extremely strong winds blowing from the opposite direction.

**Tornado** – the most violent weather phenomenon on Earth. Tornadoes occur usually in severe thunderstorms when wind changes direction and height causing rotation. Wind speeds range from 40 mph to 318 mph. Land falling hurricanes may spawn tornadoes.

**Tornado Warning** – a tornado has actually been sighted by spotters or indicated on radar and is occurring or imminent in the warning area.

**Tornado Watch** – conditions are conducive to the development of tornadoes in and close to the watch area.

**Tropical Depression** – an organized system of clouds and thunderstorms with a defined circulation and top winds of less than 39 miles per hour.

**Tropical Storm** – an organized system of clouds and thunderstorms with a defined circulation and top winds of 39 to 74 miles per hour. Tropical storms can quickly develop into hurricanes suddenly. Storms are named when they reach tropical storm status. Names are assigned to tropical storms when they reach or are forecast to reach 34 to 63 knots. (See Appendix "B" – Worldwide Tropical Cyclone Names)

**Tropical Storm Warning** – tropical storm conditions are expected in the warning area within the next 24 hours.

**Tropical Storm Watch** – tropical storm conditions with sustained winds from 39 to 73 mph are possible in the warning area within the next 36 hours.

**Tropical Wave** – a cluster of clouds and / or thunderstorms without a significant circulation and generally moving from east to west through the Tropics.

4.    **Communications**

The POJV Safety Manager, upon receiving notification from MDAD, will forward written notifications and special warnings regarding the weather conditions that may affect the jobsite to the attention of one or more of the emergency personnel identified in the Trade Contractor's TCHPP. The Trade

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 7 of 40

Contractor then has the responsibility to notify their personnel and all subcontractors and suppliers at all tiers. The POJV office will serve as the Command Center for communication of the information relating to weather events that may affect the jobsite. The POJV Command Center will be under the direction of the POJV Safety Manager. Contact numbers for the POJV Command Center and the Safety Manager are identified in Section 7.

All TCHPPs must identify at least five (5) persons, with the authority to stop work, direct work, or evacuate personnel on the jobsite, along with phone numbers that provide a 24 hour means of communication (cell phones, home phones, and facsimiles).

In the event a hurricane or other significant weather event threatens the Program, a meeting will be held on the jobsite between the POJV Safety Manager and all Trade Contractor Jobsite Safety Managers to discuss the action plan and to coordinate responsibilities. During this meeting, the Trade Contractor's Safety Managers will provide to the POJV Safety Manager information on the person(s) from their company that will report to the jobsite after the event has passed (and the National Hurricane Center and Local MDAD Officials made notification that the danger is over). This person(s) will be responsible to come to the project to evaluate the site, the damages, and record losses that have occurred.

During an impending weather event, the following information will be communicated to the Trade Contractor by POJV:

- Notification of any weather condition that could represent danger of a hurricane;
- Wind speed and storm classification – Tropical Depression or Hurricane;
- Status of the storm (Alert, Watch, Warning); and
- Additional information and special precautions to be taken.

POJV may also provide reminders to the Trade Contractors to maintain safe construction work conditions relative to tropical storms:

- At the pre-construction meeting
- At the start of hurricane season
- When a tropical storm / hurricane is projected to near South Florida

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 8 of 40

- When a tropical / hurricane watch is announced
- When a tropical / hurricane warning is announced

When a tropical / hurricane watch is announced, POJV will notify the Trade Contractors reminding them of their responsibilities and will visit the construction sites for compliance.

When a tropical / hurricane warning is announced, POJV will notify the Trade Contractor(s) and will visit the construction sites to ensure that the Trade Contractor(s) have secured their sites in accordance with their TCHPPs.

## 5.     Action Plan and Responsibilities

POJV will have oversight responsibility to ensure that the significant weather event preparations are executed in a safe, timely, and orderly fashion. The preparations will increase as the storm approaches and its path is reasonably plotted on the hurricane tracking chart to be heading toward the jobsite. Once an alert is given, all Trade Contractors must keep in touch with the POJV Safety Manager or the POJV Command Center for the storm progress.

POJV will ensure the proper hurricane precautions are taken by all Trade Contractors to properly prepare and respond during hurricane season. POJV will ensure each Trade Contractor is in a 24 hour state of readiness in the event of an evacuation. HURCON Condition Level will be monitored and communicated by the POJV Safety Manager.

The Hurricane season begins the 1st day of June, and continuing until the 30th of November of the same calendar year. POJV's HURCON Condition V, in any given year begins the 1st of May, at which time the following activities should be in progress and carried out by not later than the 1st of June of each year. Submittal of Trade Contractors' TCHPPs are required to be provided to POJV no later than the first of May following their Notice to Proceed:

TCHPPs shall also address the following:
- Best Management Practices (BMP) and Storm Water Pollution Prevention Plan (SWPPP) environmental, flood control, and drainage
- Removal or securing storage containers and job trailers
- Removing, securing, and or covering on-site petroleum tanks
- Removal of green tennis fabric on fencing
- Removal or securing of MOT barrels and barricades
- Removals of construction debris from all building areas and material lay down areas on daily basis
- Removal or securing other potentially mobile construction materials

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 9 of 40

- Covering or preparations of stockpiled soil
- Securing or removal of portable toilet facilities
- Weekly site inspection for hurricane readiness
- Storage or Securing of Vehicles and Equipment

- Trade Contractors will cooperate with the POJV Safety Manager in reviewing: SWPPPs, drainage plans, environmental considerations, (i.e., stock piled soil management, flooding, petroleum tank management, and adjacent site water intrusion), safety, MOT signage changes, security, badging procedures, demobilization, and post-hurricane recovery.

- TCHPP's are to be reviewed and revised as needed each year. All changes are to be submitted to the POJV.

6. **Protection of Facilities and Equipment**

**Building/Trailer Protection** – In general, protective action should be taken with respect to each building to prevent damage from water, wind, and flying debris. All loose construction materials surrounding the trailers/buildings will be stored inside (trailers, buildings, storage containers, etc.), lashed down to heavier non movable structures, and moved to a room within the building or under the building. Plans should be made to lash down all portable buildings at the earliest opportunity after notification of an approaching hurricane. Apertures that might admit water from the outside should be plugged.

**Equipment Protection** – Equipment is subject to the same hazard as buildings. If practical, equipment should be brought inside a building and, if sensitive to water damage, raised off the floor to a height sufficient to protect it from rising water. Equipment left outside should be protected as much as possible. To prevent damage from the wind and wind-driven rain, tarpaulins or other suitable covers should be used to cover permanent machinery installations. Items that might be carried away by strong winds should be firmly lashed down and in some instances, be ballasted or weighted down. Trailers and storage containers should be moved inside of a building or lashed down.

The following is a guideline for preparatory action:

A. Hurricanes and Tropical Storms:

1) 36 – 48 Hours prior to possible onset. Trade Contractor shall

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 10 of 40

a. Notify all project supervision, employees, subcontractors, and suppliers at all tiers of the storm watch.

b. Attend the POJV's Safety Manager's storm watch meeting.

c. Hold a meeting with subordinate employees to distribute responsibilities and to identify any special conditions that may be present that may require more or different attention to minimize losses.

d. Replenish first aid kits.

e. Bring to the site and store at a secure location all emergency equipment including, at a minimum, flashlights with extra batteries; portable generators; weather band battery operated radios; fire extinguishers; personal protective equipment such as rain coats, rubber boots, gloves, and reflective vests.

f. Ensure that emergency contact lists are current and accurate and the POJV Safety Manager is provided a copy.

2) Warning – 24 to 36 hours to possible onset. Trade Contractors shall:

a. Attend the POJV Safety Managers hurricane warning meeting.

b. Meet with subordinate employees to verify tasks completed and any preparation responsibilities that still need attention.

c. Take down all scaffolding unless express written permission is given by the POJV Safety Manager to keep it erect. In that event, the scaffolding must be secured to stable structures and extraneous materials must be removed.

d. All outdoor floor and / or ground surfaces in the Trade Contractor's area of control will be broom swept and all wastes shall be properly disposed.

e. All mobile equipment booms shall be laid down and secured.

f. Photographs shall be taken both inside and out to aid in documentation of preparatory actions taken prior to the storm event.

g. Refuel all company vehicles and equipment and park them indoors or in a protected area to minimize damage from windblown objects.

h. Shut down all non-essential electric motors and cut off power at the main breakers.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 11 of 40

i.    Fill all safety cans with gasoline or diesel with the contents of the safety can clearly labeled on the exterior. Secure them in a safe place.

j.    Remove and secure all compressed gas cylinders being certain that at a minimum they are stored in an upright position and securely chained in a substantial safety cage.

k.    Materials, tools, and equipment stored in areas susceptible to flooding shall be placed in high locations as much as practical.

l.    Prepare an accurate inventory list of all equipment, materials, tool, etc. at the site including digital pictures for verification of pre-storm presence and condition.

m.    Fill drinking water cans with water and place them in a secure location.

n.    Secure all hazardous materials to prevent spills and water contamination. Diesel, gasoline, oils, etc. and any other materials on jobsite that have an associated material safety data sheet shall be stored in an appropriate manner. Locate hazardous materials spill response kits in a dry and secure location.

3)    Following the Storm (Recovery Operations)

Designated emergency personnel will return to the site to ascertain the damage, and to identify action items to restore the project to functioning capacity. The following are minimum guidelines for first responders during the initial walkthrough:

a.    Avoiding areas where power lines may be down visually scan the area for downed power lines reporting them immediately to MDAD's Operations Office and to Florida Power and Light Company (800) 468-8243.

b.    Walk in such a manner as to avoid piles of debris, stacked pipe or pallets and the like as snakes, insects, and small animals may have taken refuge there during the storm.

c.    Be aware that on site structures may have been damaged and may currently be unstable. Seemingly secure structures may fail. Do not walk under or around any structures under construction during this walkthrough.

d.    Do not use water from the city mains until it has been declared safe from contamination.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 12 of 40

e.  Take digital photographs of all areas and equipment to document damage and conditions after the storm.

f.  Carry a fully charged fire extinguisher while looking for fires or smoldering in the debris and in buildings. Lowered water pressures in city mains and debris may prevent or impede fire fighting following a hurricane.

g.  Do not turn on any electronic equipment until the electric power is verified from low voltage and / or fluctuations.

h.  Prepare an accurate inventory of all equipment and current condition to identify loss and / or damages.

i.  The POJV Safety Manager and the Trade Contractor's Project Manager and / or Project Superintendent will walk through the project prior to permitting employees to return to the project facilities.

j.  All barriers and SWPPP environmental controls are to be reinstalled.

k.  All MOT to be re-established for traffic control.

l.  Commence clean-up of site.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 13 of 40

7.  **Emergency Contact Phone Numbers**

**MDAD**
| | |
|---|---|
| MIA EMT / Fire | (305) 876-7070 |
| MIA Police | (305) 876-7373 |
| MIA Landside Control Room Operations | (305) 876-7447 |
| MIA Airside Operations | (305) 876-7359 / 7486 |
| MIA Command Post / Administration Dept | (305) 876-0300 |
| MIA Safety & Security | (305) 876-4028 |
| MIA Facilities | (305) 876-0651 |

**POJV**
| | |
|---|---|
| Project Director – David Brown | (305) 869-4006 |
| | (305) 986-3484 |
| Construction Manager – Lucas Prado | (305) 869-5912 |
| | (305) 216-4393 |
| Safety Manager –Dee Woodson | (305) 869-5985 |
| | (305) 986-3496 |
| Command Center | (305) 869-4200 |

**OTHER**

Florida Power & Light – Miami Dade     (800) 468-8243

Emergency Management Office - Miami Dade
(305) 468-5400

American Red Cross – Miami Dade     (305) 644-1200

Rumor Control Answer Center – Miami Dade
(305) 468-5900

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page  14 of 40

# APPENDIX "A"

# Hurricane and Tropical Storm Hazards Information

Each tropical storm and hurricane has its own characteristics and is accompanied by features that provide distinctly different types of damage. These tropical storms contain several hazards that are dangerous to life and property including storm surge, strong winds, heavy rain, and tornadoes.

## Storm Surge:

The combination of very low pressure and strong winds can create the deadliest part of a hurricane: storm surge. Storm surge is a dome of high water, sometimes 50 to 100 miles wide, that sweeps across the coastline when hurricanes make landfall. The stronger the hurricane, the higher the storm surge.

Combine a normal high tide with the storm surge of a hurricane, and the water height will be even greater. The highest storm surges will occur in the right front quadrant of a land-falling hurricane.

## Strong Winds:

Arguably, the most awesome and dangerous force at work during a hurricane is the wind. At the onset of a hurricane the wind can be deceiving. A wind of 25 mph with gusts to 40 mph can steadily but rapidly increase to hurricane force (74 mph) with little warning.

Winds of hurricane strength create a strong force (pressure) against any object they strike. For example: a 25 mph wind creates 1.6 pounds of pressure per square foot. Increase the wind to 75 mph and the pressure becomes 14.4 pounds per square foot. Winds of 125 mph produce 40 pounds of pressure per square foot. Structures fail with the pressures produced with 125 mph winds. Those who have never experienced a hurricane should consider the following from the Saffir/Simpson Hurricane scale relative to wind speeds and possible damage:

**Category 1**: 74 to 95 mph – Minimal damage to building structures. Damage primarily to unanchored mobile homes, shrubbery, and trees. In addition, there may be some coastal road flooding and minor pier damage.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 15 of 40

**Category 2**: 96 to 110 mph – Some roofing material, door and window damage to buildings. Considerable damage to vegetation, mobile homes, and piers. Small craft in unprotected anchorages break moorings.

**Category 3**: 111 to 130 mph – Structural damage to small residences and utility buildings with a minor amount of curtain wall failures. Mobile homes are destroyed. Flooding near the coast destroys smaller structures with larger structures damaged by floating debris.

**Category 4**: 131 to 155 mph – More extensive curtain wall failures with some complete roof structure failure on small residences. Major erosion of beach area. Major damage to lower floors of structures near the shore.

**Category 5**: Over 155 mph – Complete roof failure on many residences and industrial buildings. Some complete building failures with small utility buildings blown over or away. Major damage to lower floors of all structures located less than 15 feet above sea level.

The above information does not take into consideration damage or losses to marinas and boats at anchor or afloat on open waters, nor are wind-driven tides considered.

## Heavy Rain:

Rainfall is always associated with the arrival of a hurricane, although the amount can vary widely. The heaviest rainfall amounts generally occur near the eye and the spiral rain bands. However, the heaviest rainfall may occur up to 200 miles away from the center and usually is concentrated in the right front quadrant of the storm.

Though the rainfall may well cause flooding at landfall, the greatest danger is often associated with the flash floods or river flooding which can occur days after the hurricane has passed. Some of these extremely heavy rains can occur during the night.

A good rule to use to approximate the average amount of rainfall expected from a hurricane is to divide the forward speed of the storm into 100 to yield the approximate number of inches that the storm will produce. For example, a hurricane with a forward speed of 10 mph would yield an average rainfall amount of 10 inches. A slower speed of 5 mph will yield an average rainfall amount of 20 inches.

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 16 of 40

# APPENDIX "B"

## Worldwide Tropical Cyclone Names

### Atlantic Names

| 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|
| Alberto | Andrea | Arthur | Ana | Alex |
| Beryl | Barry | Bertha | Bill | Bonnie |
| Chris | Chantal | Cristobal | Claudette | Colin |
| Debby | Dean | Dolly | Danny | Danielle |
| Ernesto | Erin | Edouard | Erika | Earl |
| Florence | Felix | Fay | Fred | Fiona |
| Gordon | Gabrielle | Gustav | Grace | Gaston |
| Helene | Humberto | Hanna | Henri | Hermine |
| Isaac | Ingrid | Ike | Ida | Igor |
| Joyce | Jerry | Josephine | Joaquin | Julia |
| Kirk | Karen | Kyle | Kate | Karl |
| Leslie | Lorenzo | Laura | Larry | Lisa |
| Michael | Melissa | Marco | Mindy | Matthew |
| Nadine | Noel | Nana | Nicholas | Nicole |
| Oscar | Olga | Omar | Odette | Otto |
| Patty | Pablo | Paloma | Peter | Paula |
| Rafael | Rebekah | Rene | Rose | Richard |
| Sandy | Sebastien | Sally | Sam | Shary |
| Tony | Tanya | Teddy | Teresa | Tomas |
| Valerie | Van | Vicky | Victor | Virginie |
| William | Wendy | Wilfred | Wanda | Walter |

POJV -- North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page  17 of 40

# APPENDIX "C"

# MIA North Terminal Development Hurricane Preparedness Plan 2005

# (Note – This plan will be updated on a yearly basis)

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 18 of 40



# NORTH TERMINAL
# DEVELOPMENT

# HURRICANE
# PREPAREDNESS
# PLAN
## 2005



MIAMI DADE AVIATION DEPARTMENT ♦ P.O. BOX 592075 AMF ♦ MIAMI, FLORIDA ♦
PHONE: 305 876 7000
www.miami-airport.com

POJV – North Terminal Development Consolidation Program          January 23, 2006
Trade Contractor's Hurricane Preparedness Plan Requirements                Section 00011
Project No. 747B                                                                          Version 0

Page  19 of 40

| | | check when completed | | Management | | Staff | Field Mgr | Mario | | | | SnC Project Managers | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date 5-27-2005 | | NDAD Chief Felix Pereira | DAC Area Manager John Reynolds | Staff Support Barbara Scott / Ace Myerns | QA/QC PM Mike Matzke | FEL Project Manager Sergio Nogreda | TYI Project Manager Ray Garcia | Project Manager Enrique Perez | Site Construction Tolanda Junior | A-B Infill & CFS Javier Cisterna | B-G Infill William Davis | C-D Infill Dwarkia Nath | D-Remodel James Houton | D-Extension & APR, Jacob Kim |
| **A** | 1 | PRE-CONSTRUCTION MEETING — Notify Contractor of responsibility for hurricane preparedness and requirement to keep site clean, free of flying debris and waste | | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **B** | 1 | Update Hurricane Preparedness plan | | x | x | x | x | x | | | | | | | | |
| | 2 | WEEKLY CONSTRUCTION MEETINGS — Review Hurricane Preparedness Plan, PRE and POST Hurricane with Program Managers | | x | x | x | x | x | x | x | x | x | x | x | x | x |
| | 3 | START OF HURRICANE SEASON (June 1) — Review Hurricane Preparedness Plan, PRE and POST Hurricane with NTD personnel | | x | x | x | x | x | | | | | | | | |
| | 4 | Update and distribute telephone directory/contact list to all hurricane season. Send changes to Staff support | | x | x | x | x | x | | | | | | | | |
| | 5 | Confirm responsibilities have been assigned to PM | | x | x | x | x | x | | | | | | | | |
| | 6 | Establish hierarchy of out-of-office communications Dir between Management, Hurricane Field Manager and other personnel | | x | x | x | x | x | | | | | | | | |

check when completed

Date 5-27-2006

| | Management | | Staff | Field Mgmt | NDAD | | | | DAC Project Managers | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NDAD Chief Felix Paniza | DAC Area Manager John Reynolds | Staff Support Barbara Salis / Ana Meyers | QA/QC PM Mike Mahler | PB Project Manager Sergio Negrete | TMI Project Manager Roy Gumin | Project Manager Enrique Perez | Site Construction Yolanda Junior | A-F Infill & CFR Javier Cardozo | B-C Infill William Davis | C-D Infill Owendo Kath | D-Remount James Fowler | D-Extension & APM Jacob Kim |
| 7 On a regular basis number project sites to insure they are clean and free of debris. If any, send written notification of observed condition to Program Manager and to Contractor. Document with pictures | | | | x | x | x | x | x | x | x | x | x | x |
| 6 HURRICANE ADVISORY Letter to subcontra and to be prepared in set if a hurricane Watch or Warning is issued | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 5 HURRICANE WATCH (Hurricane Conditions are a real possibility) | | | | | | | | | | | | | |
| 4 If a Hurricane Watch is issued send instructions from Hurricane Manager or Management | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 3 If a Hurricane Watch is issued send notice SECURE 2) THIS JOB (attached) to all contractors. Request signed copy from contractor as proof of delivery | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 3 Management select location of NTD personnel Coordination room | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 4 Charge/check personal mobile phones | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 5 Carry a copy of the emergency contact list with you | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 6 Fuel your vehicle (vehicles will assign which ones will fuel and secure DAC vehicles) | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 7 Make cameras available to field personnel | x | x | x | x | | | | | | | | | |

2

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 21 of 40

**check when completed**

**Date 5-27-2005**

| | Management | | Staff | Field Mgr | MDIS | | | | D-C Project Managers | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MDAD Chief Felix Pereira | DAC Area Manager John Reynolds | Staff Support Barbara Doto / Ana Miyares | QA/QC PM Mike Berkike | FTS Project Manager Sergio Negrete | TVL Project Manager Ray Curcio | Project Manager Enrique Perez | Site Construction Yolanda Junior | A-B Instl & Cf/S Javier Ordiarne | B-C Instl William Davis | C-D Instl Owisiskia Nieth | D-Ferrocial Janna Hereira | D-Betancourt & APM Jacob Kim |
| a Walk construction site to check if superintendent have secured the site for alarm and (see below) | | | X | X | X | X | X | X | X | X | X | X | X |
| b Check with site superintendent on plans to store and anchor construction materials/equipment | | X | X | X | X | X | X | X | X | X | X | X | X |
| c Check with the superintendent on plans to secure, and/or ambient remove cranes | | | | X | X | X | X | X | X | X | X | X | X |
| d Check integrity of roofs, open floors under construction and any in place shoring | | | | X | X | X | X | X | X | X | X | X | X |
| e TAKE PHOTOS of existing conditions, show potentially hazardous conditions | | | | X | X | X | X | X | X | X | X | X | X |
| **HURRICANE WARNING (Hurricane Conditions expected within 24 hours)** | | | | | | | | | | | | | |
| 1 Walk the site to insure contractor has secured equipment' and secure Trash, & Make Program Manager and Contractor out of document with pictures | | | | X | X | X | X | X | X | X | X | X | X |
| 2 Check if trash has been removed from site | | | | X | X | X | X | X | X | X | X | X | X |
| 3 If possible verify construction power is off before leaving site | | | | X | X | X | X | X | X | X | X | X | X |
| 4 TAKE PHOTOS of existing conditions, show potentially hazardous conditions | | | | X | X | X | X | X | X | X | X | X | X |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 22 of 40

| | | Management | | Staff | FIELD MGMT | MGMT | | | DAC Project Managers | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **check when completed** | Date 5-27-2005 | MDAD Chief Felix Pereira | DAC Area Manager John Reynolds | Staff Support Barbara Bottle / Ana Myerse | QA/QC PM Mike Mateko | FIS Project Manager Sergio Nogreiro | TML Project Manager Ray Garcia | Project Manager Enrique Perez | Site Construction Yolanda Junior | A-E Int'l & CFIS Javier Ordnance | DAC Int'l William Oliver | C/O Int'l Onwraka Nath | D-Remodel James Hawkins | D-Extension & APM Jacob Kim |
| 5. Plan to report on the beginning of each workday | | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 6. Park County and DAC ... to secure location | | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 7. All staff should secure their office work area before leaving home | | | | x | x | | | | | | | | | |
| 8. Office District Coordinator (Ana) to verify office work area is secured | | | | x | x | | | | | | | | | |
| 9. After completion of preparations, release all field personnel from duty | | x | x | | x | x | x | x | x | x | x | x | x | x |
| **AFTER STORM:** | | | | | | | | | | | | | | |
| 1. All Facilities Division personnel are considered essential staff and must report to work after storm. Call Management or Hurricane Mgr for instructions on reporting to work | | | | | | | | | | | | | | |
| 2. Notify personnel to return to work | | x | x | x | x | x | x | x | x | x | x | x | x | x |
| 3. Survey construction site for damage and report to Hurricane Manager | | | | | x | | | | | | | | | |
| 4. TAKE PHOTOS of existing conditions | | | | | x | | | | | | | | | |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 23 of 40

## North Terminal Development Program
### Emergency Contact List

| Name | Title | Work Cell | Work Radio | Home Phone | Persona |
|---|---|---|---|---|---|

NTD PERSONNEL INCLUDED IN THE HURRICANE PREPAREDNESS PLAN

| Name | Title | Work Cell | Work Radio | Home Phone | Persona |
|---|---|---|---|---|---|
| Davis Bill | Project Manager B/C Infill | 786 229-4249 | 158 30 36237 | 305 358-1070 | 305 766 35 |
| Garcia Reynaldo | Construction Manager | 786 229-4184 | 158 30 36172 | 305 558 5753 | |
| Hewins James | Project Manager D Remodel / D Connector | 786 229-4158 | 158 30 36162 | 786 331 8165 | 305 781 1300 |
| | | 305 229-4116 | 158 30 36118 | 954 223-0931 | 954 551 7731 |
| Kim Jacob | Project Manager D Extension / APM | 786 229 3504 | 158 30 35974 | 305 599 8015 | |
| | | 786 229-3510 | 35977 | 305 264-8589 | |
| Meyares Ana | Administrative Assistant | 786 229-4211 | 158 30 36215 | 305 268-5615 | |
| | | 786 229-4232 | 158 30 36228 | 305 515-8179 | |
| Noguera Sergio | Construction Manager | 786 232 2146 | 159 5027 632 | 305 382 1344 | 786 200-9963 |
| Oliveira Javier | Construction Manager | 786 229-4267 | 158 30 36296 | 305 380-0447 | 305 904 3039 |
| Pereira Felix | Chief of NTD | 786 229-3518 | 158 30 35981 | 954-989-0480 | 305 331-4933 |
| Rantz Enrique | Construction Manager | 786-229-4228 | 158 30 36224 | | |
| Reynolds John | Area Manager NTD | 786 229-3518 | 158 30 35984 | 305-865 7874 | |
| Ro Barbara | Administrative Assistant | 786-229-4192 | 158 30 36194 | 305-684-4022 | 786-285-2820 |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 24 of 40

ADDITIONAL NTD PERSONNEL

| Name | Title | Work Cell | Work Radio | Home Phone | Personal Cell |
|------|-------|-----------|------------|------------|---------------|
| Borbolla Roberto | Construction Manager | | | 305-445-5703 | |
| Wilcox Glenn | Change Orders / Cost Controls | 305-753-3036 | | 305-692 2039 | 305-753 3036 |
| Zukley John | DAC Program Services Manager | | | 955-517-0126 | 786-402 5007 |
| Bacquer Rafael | Project Manager | 786-586 5052 | 159*37*16753 | 305-541-2138 | 786 586-5052 |
| Gabay Frances | Administrative Assistant | | | | |
| Gosine Rash | Change Orders / Cost Controls | | | 561 795-8865 | 561 762 1462 |
| Horly Virginia | Office Manager / DAC | 305-876-0781 | | 561-652-1692 | 561 212 5381 |
| Neal Ed | Program Scheduler | 786-229-4150 | 158*30*36149 | | 954-684-0238 |
| ville Miriam | Change Orders / Cost Controls | | | 305 232-2386 | 703-470 1432 |
| Padigo Patrick | Change Orders / Cost Controls | | | 305-443-1755 | 305-610 3733 |
| Perez Mansela | Billing Coordinator / Budgets | 786-229-3526 | 35891 | 305 258-8936 | |
| Pratt, Gary | Quality Controls / Quality Assurance | 786-295-2849 | | 954-499-8289 | 954-232 5977 |
| Rodriquez Bill | Construction Manager | 786-229-3524 | 35987 | | |

*Last updated 8/27/2005*

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 25 of 40



## IN THE EVENT OF A HURRICANE WATCH
### BY THE NATIONAL WEATHER SERVICE

# S E C U R E   T H I S   J O B
### IN ACCORDANCE WITH SECTION 8-16 OF THE MIAMI-DADE COUNTY CODE

Hurricane Season is again upon us, and special attention must be paid to "housekeeping" in your job sites
During this dangerous season, materials must be kept available for anchoring of items stored out in the
weather  You must keep in mind the requirements of the General Conditions of your Contract
Specifications, especially the below-listed items of concern

- **FASTEN DOWN OR REMOVE ALL HAZARDOUS OBJECTS**, such as
    1. Construction Shacks, Temporary Toilets
    2. Temporary Electric Service Poles
    3. Roofing Tiles and Insulation Boards
    4. Other Stored Building Materials
    5. Construction equipment
    6. Structures that are not secure, Forms, etc
- **Sites cannot drain outside of their boundaries**
- **Trash piles shall be kept small and removed**
- **Protect all glass areas with storm shutters**
- **Turn off all construction electrical power**
- **Plastic jersey curbs need to be properly filled**
- **Secure tower cranes and be prepared to remove others from site**

Juan A. Gonzalez, P E , C G C
Chief of Construction
May 25, 2005

Received by _____

Project Name
& Number _____

MIAMI-DADE AVIATION DEPARTMENT ♦ P O  BOX 592075 AMF ♦ MIAMI, FLORIDA 33159
PHONE 305 876 7000
www.miami-airport.com

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page  26 of 40

| NAME | TITLE | HOME PHONE | CELLULAR | RADIO | BEEPER | CUSTOMS SEAL? | Team |
|---|---|---|---|---|---|---|---|
| Bill Rodriguez | Architect II | 305 308 2487 | 305 308 2487 | N/A | N/A | Hialeah; Gables | NE |
| Jose Ramos | Chief of Planning | 954 649 4245 | N/A | N/A | 305 837 5135 | NO | NW |
| Franklin Sitrup | Project Manager | 305-442 2955 | N/A | N/A | 305 839 7449 | S | NW |
| Pedro Hernandez | Manager | 305-226 3125 | 305 815 7096 | N/A | 305 729 9374 | sn | SE |
| Rod Buxstomayo | Engineer II | 305 754 7257 | N/A | N/A | 305 880-6882 | n | SE |
| Juan Guzmalez | Chief of Construction | 305 666 5034 | N/A | N/A | 305 736-9038 | as | SW |
| Jesus Moses | Engineer III | 305 554 8920 | N/A | N/A | 305 841 6654 | s | SW |
| Ron Hume | Project Manager | 305 871 3661 | N/A | N/A | 305-839 0658 | s | T1 |
| Lakhman Kamaruddin | Architect II | 305-476 1093 | 305 812 2666 | N/A | 305-813-2666 | s | T2 |
| Aida Bisio Garrido | Interiors Coordinator | 305 254 9581 | 305 323-4809 | N/A | 305 750 6174 | n | T2, T3 |
| Jorge Delgado | Architect II | 305-448-0482 | N/A | N/A | 305-996 2009 | a | T3 |
| Gionel Polmer | Project Manager | 305 561 6388 | N/A | N/A | 305 880-3734 | az | T4 |
| William Murphy | Construction Manager II | 305-662 4647 | N/A | N/A | 305 785 7681 | a | T5 |
| Ricardo Baterzano | Construction Manager II | 305 226-2729 | N/A | N/A | 305 841 1899 | a | T5 |
| Douglas Jorge | Engineer III | 305 933 3066 | N/A | N/A | 305-966 1634 | m | T5 |
| Roberto Garcia | Engineer II | 305 821-6575 | N/A | N/A | 305 541-4412 | n | TMB |
| Enrique Perez | Project Manager | 305 852 2184 | 786 229-4228 | N/A | 305 835 2265 | s | T3 |
| Tyrone Browne | Chief of Design | 305 662 2070 | N/A | N/A | 305-750 6177 | n | TMB |
| Neil Maura | Special Projects Coord | 305 778 3128 | N/A | N/A | 305 778 3128 | s | NE |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 27 of 40

| HNTB EMERGENCY ASSESSMENT TEAM | | | | | | |
| June-05 | | | | | | |
| NAME | DISCIPLINE | HOME | CELLULAR | CUST BADGE | RESIDENCE | Team |
|---|---|---|---|---|---|---|
| Kurt Dobbrunz | Building/Civil | 954 983-2025 | 954 815-4402 | ✔ | North | NW |
| Jeff Webb | Building | 305 388 0516 | 305 510 2459 | ✔ | South | OPF |
| Manuel Vega | Civil | 954 389 5916 | 954 536 6775 | ✔ ✔ | North | OPF |
| William Struenkel | Building | 954 885-1534 | 305-318 2343 | ✔ | North | SE |
| Alberto Perex | Electrical | (305) 220 2873 | (786) 271-8940 | ✔ | Southwest | SW |
| Luis Acevedo | Building | 305-251 0122 | 786 229 3115 | ✔ | South | SW |
| Frank Moreno | Electrical | 305 752 4758 | 305 401 8842 | ✔ | South | T1 |
| Sergio Gonzalez | Mechanical | 305 643 4529 | 305 832 4309 | ✔ | North | T2 |
| Pedro J Gordo | Building | 305 686 5778 | 305 299-8970 | ✔ | South | T3 |
| Al Cornelison | Civil | 305 225 6560 | N/A | ✔ | South | TMB |
| Teri Newsome | Building | 305 242 7551 | 305 283 0297 | ✔ | South | TMB |

\* Custom clearance in progress

\* \* Not Badged

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page  28 of 40

| Damage Assessment Team Leaders | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name | Title | Home | Team | HNTB | DAC | Fac | MTC | Total |
| Tom Hart | CM2 | 305-235-3673 | NE | 1 | 2 | 1 | 2 | 6 |
| Jose Ramos | Chief of Planning | 954 649-4245 | NW | 1 | 2 | 1 | 2 | 6 |
| Byron Dowell | CM 3 | 305-388-3262 | OPF | 2 | 1 | 0 | 2 | 5 |
| Pedro Hernandez | Manager | 305-226-3125 | SE | 1 | 2 | 1 | 2 | 6 |
| Juan Gonzalez | Chief of Construction | 305-666-5034 | SW | 2 | 2 | 1 | 1 | 6 |
| Walter Sadelsky | CM1 | 954-854-1557 | T1 | 1 | 2 | 1 | 1 | 5 |
| Aida Boo Garciga | Interiors Coordinator | 305-254-9581 | T2 T3 | 1,1 | 2,1 | 1,1 | 0,1 | 4,5 |
| Antolin Carbonell | Interim Chief of Planning and Programming | 305-757-8557 | T4,T6 | | 2,1 | 1,3 | 1,1 | 4,5 |
| Godo Lara | Engineer | 305-253-8282 | T6 | Vacation | | | 1 | 5 |
| Tyrone Browne | Chief of Design | 305-662-2070 | TMB | 1 | 2 | 1 | 2 | 6 |
| Hans Wahl | Engineer | 305-382-0456 | T6 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 29 of 40

# DAC 2005 DAMAGE ASSESSMENT TEAM
## CONTACT LIST

| NAME/TEAM | TITLE | HOME PHONE | CELLULAR | Beeper | LOCATION |
|---|---|---|---|---|---|
| Bassel, Chuck<br><br>Team SE | Project Manager Perimeter Road Re Routing Program | 305 378 6999 | | 305 272 0158 | Miami Dade Southwest |
| Cockfield, Milford<br><br>Team NE | Safety Engineering Mgr | 561 357 0557 | 786 299 6320 | 305 287 8149 | South Palm Beach |
| Davis, William<br><br>Team T3 | Project Manager B C Infill North Terminal Development | 305 358 1070 | 786 229 4249 | | Miami Dade Central |
| Dormoy, Marc<br><br>Team OPF | Program Manager IT | 305 994 7894 | 786 201 1672 | | Miami Dade Southwest |
| Francis, Paul<br><br>Team T1 | Program Manager | 954 306 0755 | 786 299 7330 | | South Broward |
| Gerov, Miriam<br><br>Team T4 | Project Manager Runway Project | 305-667 3484 | 786 295 1271 | | Miami Dade Southwest |
| Garcia, George<br><br>Team T5 | Project Manager South Terminal Development | 954 475-0746 | 786 299 6322 | | South Broward |
| Houram, Nazim<br><br>Team HGA | Mechanical Engineer | 305 888 3518 | 786 299 6315 | | Miami Dade Central |
| Imam, Shahi<br><br>Team TMB | Program Estimator | 305 408 0765 | | | Miami Dade Southwest |
| Kautz, Rick<br><br>Team T2 | Business Systems Manager | 954 659 3210 | 786 586 7040 | | South Broward |
| Lopez Blazquez, Luis<br>Team T1 | Civil Environmental Manager | 305 274-2601 | 305 962 0572 | 305 287 8152 | Miami Dade Southwest |
| McMahon, Patricia<br>Team T3 | Claims Manager | 305 513 3042 | 305 606 8377 | | Miami Dade Central |
| McCoy, Mike<br>Team NE | Commissioning/ Engineer | 305 365-6390 | | 305 272-0828 | Miami Dade Southwest |
| Sanders, Rodney<br><br>Team T4 | Program Estimator | 305 235 2322 | | 305 277-6245 | Miami Dade Southwest |
| Turner, Marty<br>Team T6 | Project Manager South Terminal | 954 922 3992 | 786 299 6316 | 305-272 0195 | South Broward |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 30 of 40

| NAME/TEAM | TITLE | HOME PHONE | CELLULAR | Beeper | LOCATION |
|---|---|---|---|---|---|
| Bob Williams<br><br>Team T2 | Project Manager South Terminal | 305 652 2222 | 786 255 4223 | 305 287-7315 | Miami Dade Central |
| Williams, Joe<br><br>Team OPF | Program Estimator | 305 829 8733 | 305 332 4510 | | Miami Dade Northwest |
| * Koshetz, San<br><br>Team SE | Public Relations Manager | 305 534 7212 | 786 586 4818 | | Miami Dade Central |

* Indicate Alternate          Revised Damage Assessment List September 22, 2005 (REV 3)

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 31 of 40

## Facilities Maintenance & Engineering

| NAME | TITLE | HOME PHONE | CELLULAR | OFFICE | BEEPER | CUST SEAL | Team |
|------|-------|-----------|----------|--------|--------|-----------|------|
| Melvin Payne | Manager | 954-443 5383 | 954-443 5383 | 876 7531 | 305 838-6719 | | Base |
| Jorge Marin | Chief | 305 971-4546 | 786 897 1486 | 876 1484 | 305 839 0657 | y | Base |
| Jose Pepe Gutierrez | CCS | 305 541 3356 | N/A | 876-0237 | 305 729 0389 | y | HQA |
| Titan Crisan | CM1 | 954-430 6082 | N/A | 876 7898 | N/A | y | NE |
| Alex Moetzive | Contracts Supervisor | 305 821 7780 | N/A | 876 7513 | 305 843 9701 | y | NE |
| Jeff Dawson | LA3 | 954 568-1718 | 954 383 3696 | 876 7380 | 305 886-9473 | y | NW |
| Michael Hoole | LA3 | 305-795 1789 | 954 557 8168 | 876 0281 | 305 841-4737 | y | NW |
| Antonin Carbonell | Architect | 305 757 8557 | N/A | 876 7316 | 305 729 0680 | n | T4,T5 |
| Mike Aphania | Planner | 954-472 6562 | 954-465 9968 | 876-7919 | N/A | y | T6 |
| Alice Arguelles | CM2 | 305 805-4699 | N/A | 876 8164 | 305 276 1712 | y | OFF |
| Joe Rodriquez | Manager | 954-389-8395 | | 876 7127 | | y | SE |
| Tim Wright | Estimator | 305-238-0832 | 305-479 1800 | 869-4935 | N/A | n | SE |
| Tom Han | CM2 | 305 225-3673 | 305-546 8957 | 869 1628 | 305 881 5367 | y | SW |
| Hal Sites | Electrical | 305 891-3282 | N/A | 876 7477 | | y | SW |
| Boni Lenaves | Planner | 305 883 7310 | 786-553-5900 | 876-3144 | 305-291 1101 | y | T1 |
| Walter Sadovsky | CM2 | 954 854-1557 | 954-854 1557 | 876 7840 | 305 750 9666 | y | T1 |
| Alma Garay | Planner | 305 233-0157 | N/A | 876-8392 | 305-886-0034 | y | T3, T4 |
| Dawn Joiner | Planner | 954-764-3865 | 954-806-7786 | 869-3651 | N/A | y | T4,T5 |
| Elizabeth Ogden | Chief | 305-866-6654 | 305-439-6559 | 869-3850 | N/A | y | T4,T5 |
| Byron Dowell | CM3 | 305-388-3262 | N/A | 869-4016 | 305 275-4299 | y | OFF |
| Gogo Lara | Engineer | 305-253-8282 | NEW Vacation | 876-0849 | 305-841-0980 | y | T6 |
| Hans Wahl | Engineer | 305 382-0456 | N/A | 876 7948 | | y | T6 |
| Mike Bedel | LAS | 305-448 3855 | 305-322 6392 | 876-7879 | 305 841 3296 | y | TMB |
| Elyvn Abulbon | AO3 | 305-582-0847 | N/A | 876-7350 | 305-881-3682 | y | TMB |
| Lynda Ramsey | AO1 | 305-388-6339 | | 869-4783 | | | TMB |
| Angel Hidalgo | Planner | 305-834-6833 | | 869-4859 | | | T3, T4 |
| Tommye Weatherspoon | Planner | 954 538 9190 | N/A | 876 047 | | | T4 T5 |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 32 of 40

**Terminal- Hurricane Assessment Zones**

| Walter | Ada | | Antoln | | Godo |
|---|---|---|---|---|---|
| Zone 1 | Zone 2 | Zone 3 | Zone 4 | Zone 5 | Zone 6 |
| Baggage Claim, Tug Alley Exterior jetways Remote satellite | Lobby Hotel Office Tower | Skyride Pedestrian Bridges Heliport Bus station | Concourse A B C | Concourse D E | Concourse FGH |
| A1 1 | A2 1 | A3 1 | A1 3 | D1 3 | F1 3 |
| A1 2 | A2 2 | A3 2 | A1 4 | D1 4 | F1 4 |
| B1 1 | B2 1 | B3 1 | A1 5 | D1 5 | F1 5 |
| B1 2 | B2 2 | B3 2 | A1 6 | D1 6 | F1 6 |
| B1 3 | B2 3 | B3 3 | A1 7 | D1 7 | F1 7 |
| B1 4 | B2 4 | B3 4 | A2 3 | D2 3 | F2 3 |
| B1 5 | B2 5 | B3 5 | A2 4 | D2 4 | F2 4 |
| B1 6 | B2 6 | B3 8 | A2 5 | D2 5 | F2 5 |
| C1 1 | C2 1 | C3 1 | A2 6 | D2 6 | F2 6 |
| C1 2 | C2 2 | C3 2 | A2 7 | D2 7 | F2 7 |
| C1 3 | C2 3 | C3 3 | A3 3 | D3 3 | F3 3 |
| D1 1 | D2 1 | D3 1 | A3 4 | D3 4 | F3 4 |
| D1 2 | D2 2 | D3 2 | A3 6 | D3 5 | F3 5 |
| E1 1 | E2 1 | E3 1 | A3 7 | D3 6 | F3 6 |
| E1 2 | E2 2 | E3 2 | A3 8 | D3 7 | F3 7 |
| E1 3 | E2 3 | E3 3 | A4 3 | D4 3 | F4 3 |
| E1 4 | E2 4 | E3 4 | A4 4 | D4 4 | F4 4 |
| E1 5 | E2 5 | E3 5 | A4 5 | D4 5 | F4 5 |
| F1 1 | E3 3 | F3 1 | A4 6 | D4 6 | F4 6 |
| F1 2 | E4 2 | F3 2 | A4 7 | D4 7 | F4 7 |
| G1 1 | E5 1 | G3 1 | B1 7 | E1 6 | G1 2 |
| G1 2 | E5 2 | G3 2 | B1 8 | E1 7 | G1 3 |
| H1 1 | E5 3 | H3 1 | B1 9 | E1 8 | G1 4 |
| H1 2 | E5 6 | H3 2 | B1 10 | E1 9 | G1 5 |
|  | E6 1 | E1 2A | B2 7 | E2 6 | G1 6 |
|  | E6 2 | E3 2A | B2 8 | E2 7 | G2 3 |
|  | E6 3 | E5 2A | B2 9 | E2 8 | G2 4 |
|  | E6 6 | E6 2A | B2 10 | E2 9 | G2 5 |
|  | E7 1 | S1 1 | B3 7 | E3 7 | G2 6 |
|  | E7 2 | S1 2 | B3 8 | E3 8 | G3 3 |
|  | E7 3 | S1 3 | B3 9 | E3 9 | G3 4 |
|  | E8 1 | S1 4 | B3 10 | E4 7 | G3 5 |
|  | E8 2 | S2 1 | B4 7 | E4 8 | G3 6 |
|  | E8 3 | S2 2 | B4 8 |  | G4 3 |
|  | F2 1 | S2 3 | B4 9 |  | H1 3 |
|  | F2 2 | S2 4 | B4 10 |  | H1 4 |
|  | F3 1 | S3 1 | C1 4 |  | H1 5 |
|  | F4 1 | S3 2 | C1 5 |  | H1 6 |
|  | F5 1 | S3 3 | C1 6 |  | H2 3 |
|  | F6 1 | S3 4 | C2 4 |  | H2 4 |
|  | F7 1 | S4 1 | C2 5 |  | H2 5 |
|  | F8 1 | S4 2 | C2 6 |  | H2 6 |
|  | G2 1 | S4 3 | C3 4 |  | H3 3 |
|  | G2 2 | S4 4 | C3 6 |  | H3 4 |
|  | H2 1 |  | C4 4 |  | H3 5 |
|  | H2 2 |  |  |  | H3 6 |
|  |  |  |  |  | H4 3 |
|  |  |  |  |  | H4 4 |
|  |  |  |  |  | H4 5 |
|  |  |  |  |  | H4 6 |

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 33 of 40

**IV. HURRICANE WARNING:**
When a Hurricane Warning is declared, Project Managers will visit each construction site to ensure that the contractor has secured the site, removed all debris and loose stored construction material on the site in accordance with the applicable requirements.

All construction electrical power must be turned off before leaving the site. Secure cranes and equipment.

    The tower cranes have been designed to withstand 110 MPH wind loads (a category 3 hurricane.) Manufacturer's procedures will be followed for preparation of the cranes for the storm. It is not required to bring the cranes down. The time between the Hurricane Warning and when the winds arrive is not sufficient to disassemble or bring the cranes down.

    (The tower crane manufacturer has a procedure to lash down the tower crane mast and allow the jib section to weathervane in event of a category 4 or 5 hurricane, therefore no need to anticipate a crane collapse.)

All staff should also secure their office work areas before going home. Managers and Chiefs must ensure that County vehicles assigned to the Division are filled with fuel and parked in a safe location as directed by Landside Operations Division for post-storm use.

**V. DURING HURRICANE:**
N/A

**VI. POST-HURRICANE:**
All Facilities Division personnel are considered "essential staff" and must report to work after the storm.

After a storm, all Facilities staff and consultants (if needed) are available to assist with damage assessment and restoration efforts.

Facilities Division personnel will assist M-DAD Maintenance and Engineering Division to form damage assessment teams to evaluate the damage to airport facilities, bringing about normal construction operations, and will assist as required with re-construction, clean-up and logistic efforts.

Page 42

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 34 of 40

APPENDIX "D"

## Miami-Dade County Aviation Department Hurricane Procedures Manual 2005

**(Note – This Procedures Manual will be revised on a yearly basis)**

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 35 of 40

# Miami-Dade County Aviation Department Hurricane Procedures Manual 2005

Updated and revised by•
Ted D. Davis, A.S.C.
Safety Officer
MDAD Facilities.
Management Division

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 36 of 40

## IV HURRICANE-WARNING

When a Hurricane Warning is declared Project Managers will visit each construction site to ensure that the contractor has secured the site removed ~~all debris and secured all construction material~~ on the site in accordance with the applicable requirements

All construction electrical power must be turned off before leaving the site   Secure cranes and equipment

> The tower cranes have been designed to withstand 110 MPH wind loads (a category 3 hurricane )  Manufacturer s procedures will be followed for preparation of the cranes for the storm  It is not required to bring the cranes down  The time between the Hurricane Warning  and when the  winds arrive is not sufficient to disassemble or bring the cranes down
> (The tower crane manufacturer has a procedure to lash down the tower crane mast and allow the jib section to weathervane in event of a category 4 or 5 hurricane  There is no need to anticipate a crane collapse )

All staff should also secure their office work areas before going home   Managers and Chiefs must ensure that County vehicles assigned to the Division are filled with fuel and parked in a safe location as directed by Landside Operations Division for post storm use

## V  DURING HURRICANE
N/A

## VI  POST HURRICANE
All Facilities Division personnel are considered  essential staff  and must report to work after the storm

After a storm  all Facilities staff and consultants (if needed)  are available to assist with damage assessment and restoration efforts

Facilities Division personnel will assist M DAD Maintenance and Engineering Division to form damage assessment teams to evaluate the damage to airport facilities, bringing about normal construction operations  and will assist as required with re construction  clean up and logistic efforts

Page 42

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page  37 of 40

Within a reasonable time a check will be made by the Properties Division in collaboration with the Airport Fire Division and Airside Operations as a follow up on the above mentioned directive

## TENANT RESPONSIBILITIES

All tenants are responsible for protecting and securing property on their leaseholds including aircraft vehicles and aircraft service equipment which may be located at various places on the airport public and parking areas terminal ramps etc

1  Cooperate with Aviation Department personnel including Fire and Police in the completion of necessary actions for the greatest possible protection for all

2  Private executive or other aircraft parked on non leased Aviation Department property will be the responsibility of the individual owner or operator

3  Secure the exteriors of airport buildings including windows doors light fixtures and other breakable items

4  Report to M DAD Properties when leaseholds have been secured  If it becomes necessary for M-DAD emergency crews to tie down or otherwise secure property on a leased portion of the airport due to the negligence inability or refusal of a lessee to take proper actions the responsible parties will be billed for the costs incurred by the Department  The Aviation Department will not assume responsibility for damage caused to aircraft or other effects

## FACILITIES AND CONSTRUCTION

At the start of the hurricane season the Construction Section will send a memo to all Contractors working at Miami International Airport and / or General Aviation Airports to advise them that the hurricane season is again upon us and that for the next six (6) months special attention must be paid to  Housekeeping  on the job sites and that the site has to be kept clean and free of debris  Project sites can never drain to areas outside of their boundaries  Plastic jersey curbs , need to be properly filled  If they leak they need to be patched and filled with sand or water or replaced

## ENVIRONMENTAL ENGINEERING

Make a survey of the remediation site to assess the conditions and any potential dangers which may occur in a hurricane  Use the Checklist and make a plan of execution to be used in a Hurricane Advisory  Make a list of the structures which need to be secured or removed during a Hurricane Watch  Make sure you have a list of potential crews and equipment which could help in the clean up after a hurricane

## PUBLIC AFFAIRS

Videotape all interiors of the Terminal and major M DAD office buildings if requested by Risk Management

## TECHNICAL SUPPORT

Make staffing assignments

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page  38 of 40

Command Post Cc E, 5th floor set up

The following are the procedures to be followed when opening and/or staffing the Command Post during a hurricane

    A  Upon Hurricane Warning status Terminal One will immediately dispatch a unit to open the Command Post located on the 5th floor of Concourse E

    B  The Terminal unit will report to the Emergency Storage Room located on the 2nd floor of Concourse E next to the Lost and Found overflow room to obtain the Command Post key A red tag labeled **#80** will identify this key The unit will also retrieve the supply box labeled **Command Post**

    C  The Terminal unit will report to the Command Post and unlock the doors set up the supplies and confirm that the air conditioning is on The thermostat is located towards the back of the room on the left wall

*(Several lines redacted/blacked out)*

**PROPERTIES**

Coordinate with M DAD command post as needed

**FACILITIES AND CONSTRUCTION**

When a Hurricane Warning is declared Project Managers will visit each construction site to ensure that the contractor has secured the site removed all debris and safety stored loose material on the site in accordance with the applicable requirements

    All construction electrical power must be turned off before leaving the site Secure cranes and equipment

    The tower cranes have been designed to withstand 110 MPH wind loads (a category 3 hurricane ) Manufacturer's procedures will be followed for preparation of the cranes for the storm It is not required to bring the cranes down The time between the Hurricane Warning and when the winds arrive is not sufficient to disassemble or bring the cranes down

    (The tower crane manufacturer has a procedure to lash down the tower crane mast and allow the jib section to weathervane in event of a category 4 or 5 hurricane There is no need to anticipate a crane collapse )

    All staff should also secure their office work areas before going home Managers and Chiefs must ensure that County vehicles assigned to the Division are filled with fuel and parked in a safe location as directed by Landside Operations Division for post storm use

**ENVIRONMENTAL ENGINEERING**

Work with the contractors to ensure that their sites are as secure as possible
    Make sure power is off on remediation systems holding tanks are empty
    Removal of turbidity curtains and absorption booms from drainage ways
    Ensure that all vehicles are fueled

Page 94

POJV – North Terminal Development Consolidation Program      January 23, 2006
Trade Contractor's Hurricane Preparedness Plan Requirements      Section 00011
Project No. 747B      Version 0

Page  39 of 40