# FACILITIES AND CONSTRUCTION

## FACILITIES AND CONSTRUCTION

Facilities Chiefs and DAC Program Managers are to insure that each Project Manager makes sure that safety responsibilities per the Building Codes and our contracts are a topic of discussion during weekly field meetings and also to walk the construction sites to assure that the debris and waste materials are removed on a regular basis. Project sites can never drain to areas outside their boundaries. Sites are to be kept clean and free of debris

Contractors are to be reminded and ready to safe up construction sites for tropical systems
- 1 At the pre construction meeting
- 2 At the start of hurricane season
- 3 When a tropical storm shows up on a radar screen
- 4 When a tropical storm nears South Florida
- 5 When a tropical storm watch is announced
- 6 When a hurricane warning is announced

## I PRE HURRICANE
At the start of the hurricane season the Construction Section will send a memo to all Contractors working at Miami International Airport and / or General Aviation Airports to advise them that the hurricane season is again upon us and that for the next six (6) months special attention must be paid to Housekeeping on the job sites and that the site has to be kept clean and free of debris. Project sites can never drain to areas outside of their boundaries. Plastic jersey curbs need to be p operly f lled. If they leak they need to be patched and filled with sand or water or replaced

## II HURRICANE ADVISORY
When the first Tropical Advisory is issued contractors are requested to listen for future messages regarding the issuance of Watches and Warnings

## III HURRICANE WATCH
When a Hurricane Watch is issued the Construction Section will send a Notice to all contractors working for M DAD reminding them of their responsibilities enumerated in the Building Codes and M DAD construction contracts. Project Managers will visit their construction sites to check for compliance

Page 41

POJV – North Terminal Development Consolidation Program
Trade Contractor's Hurricane Preparedness Plan Requirements
Project No. 747B

January 23, 2006
Section 00011
Version 0

Page 40 of 40

# SECTION 00013

# Trade Contractor's Environmental Requirements

The Environmental Program establishes the Trade Contractor's duties and responsibilities related to the North Terminal Development Consolidation Program Environmental requirements.

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 1 of 12

## TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| 1.0 | Introduction and Project Overview | | 3 |
| | 1.1 | Introduction | 3 |
| | 1.2 | Project Overview | 3 |
| 2.0 | Environmental Policy | | 3 |
| | 2.2 | POJV's Environmental Policy | 4 |
| 3.0 | Organizational Structure, Responsibilities and Oversight | | 4 |
| 4.0 | Accountability, Performance Incentives and Noncompliance Consequences | | 5 |
| | 4.1 | Accountability | 5 |
| | 4.2 | Consequences for Failure to Comply with the Requirements of this EMP | 5 |
| 5.0 | Environmental Requirements | | 5 |
| 6.0 | Operational Assessment, Prevention and Control | | 5 |
| | 6.1 | Identification of Environmental Procedures | 6 |
| 7.0 | Project Compliance and Management Audits | | 6 |
| 8.0 | Investigating and Corrective Action of Environmental Incidents and Noncompliance | | 6 |
| | 8.1 | Incident Investigation and Reporting | 6 |
| | 8.2 | Preventive and Corrective Action | 7 |
| 9.0 | Environmental Training, Awareness, and Competence | | 7 |
| 10.0 | Document Control and Records Management | | 7 |
| | 10.1 | Document Control | 7 |
| | 10.2 | Records Management | 7 |
| 11.0 | Special Provisions | | 7 |
| | 11.1 | Aboveground Storage Tank (AST) Management | 8 |
| | 11.2 | Chemical and Material Management | 8 |
| | 11.3 | Waste Management | 9 |
| | 11.4 | Stormwater Management | 10 |
| | 11.5 | Dewatering | 11 |
| | 11.6 | Concrete Truck Washing | 12 |
| | 11.7 | Contaminated Soil Management | 12 |
| | 11.8 | Vehicle and Equipment Washing | 13 |

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 2 of 12

# 1.0 INTRODUCTION AND PROJECT OVERVIEW

## 1.1 Introduction

Parsons-Odebrecht, J.V. (POJV) has developed a Project-specific Environmental Management Plan (EMP) that includes the following key elements:

- Establishes an environmental policy appropriate to the organization's practices and responsibilities;
- Clearly articulates POJV's commitment to environmental protection and management;
- Provide roles and responsibilities to personnel designated for implementing and managing the EMP;
- Identifies legal, regulatory and other environmental requirements applicable to the organization and properly communicates them to staff;
- Identifies the potential environmental impacts arising from Project activities to determine those which may cause harm to human health or the environment;
- Develops written procedures that address identified legal requirements and potentially significant environmental impacts in order to manage them consistently and appropriately;
- Establishes performance measures to evaluate the effectiveness of the initiatives;
- Implements internal audits that ensure environmental requirements are being met and provide for a foundation for program evaluation and continual improvement;
- Establishes procedures to investigate and provide corrective action of environmental incidents;
- Develops environmental training programs; and
- Establishes a system for controlling documents and maintaining records generated as a result of these initiatives.

## 1.2 Project Overview

POJV is contracted to perform Managing General Contractor (MGC) services on behalf of the Miami-Dade Aviation Department and its Program Manager, Dade Aviation Consultants.

The North Terminal Development Consolidation Program (NTDCP or "Project") at Miami International Airport consists of ten (10) Project packages consisting primarily of remodeling existing buildings and construction of new buildings in Concourses A, B, C, and D, and terminal wide improvements in Concourses A, D, and E.

**Attachment 1** provides location and site maps of the NTDCP for reference.

# 2.0 ENVIRONMENTAL POLICY

Trade Contractors shall comply, at a minimum, with their own Environmental Policy and POJV's Environmental Policy outlined below:

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 3 of 12

## POJV ENVIRONMENTAL POLICY

As part of continuing efforts to ensure compliance with all applicable environmental requirements in order to prevent negative, preventable impacts to human health and the environment, POJV has developed an Environmental Policy that clearly defines the environmental goals and values of our organization. Insofar as they are concerned, these same goals and values apply to the Projects we participate in. Therefore, the following statements of environmental policy are hereby incorporated into this Project-specific EMP for the North Terminal Development Consolidation Program at Miami International Airport.:

The POJV Project management and all other POJV staff, sub-consultants, Trade Contractors, and suppliers are committed to environmental protection and compliance and will:

1. Comply fully with both the spirit and the letter of all applicable environmental laws and regulations;

2. Support, implement and improve all applicable initiatives outlined in this EMP;

3. Use environmentally sound practices to manage and dispose of waste materials;

4. Promote the conservation of resources through waste minimization;

5. Develop employee awareness of environmental responsibilities and encourage adherence to sound environmental practices;

6. Develop and implement a self-monitoring program to assure the POJV and its Trade Contractors operations adhere to this environment policy;

7. Cooperate fully with federal, state, and local governmental officials charged with environmental protection responsibilities;

8. Never knowingly participate in illegal environmental practices nor allow or permit any environmental violations;

9. Require any Trade contractor to conduct themselves in accordance with our environmental policy and this EMP; and

10. Provide a safe and healthy working environment for all staff.


## 3.0 Organizational Structure, Responsibilities and Oversight

Trade Contractors are required to follow all applicable environmental rules and regulations, instruct their employees in applicable environmentally sound work practices, develop, implement and maintain their own EMPs that, at a minimum, meet the requirements of this Project specific EMP and when the scope of work requires it, identify an Environmental Compliance Representative (ECR). These requirements are included in the bid packages issued to potential Trade Contractors.

POJV may provide appropriate assistance, if necessary, on a case by case basis to any Trade Contractor who does not have his own corporate EMP or environmental guidelines. Alternatively, a Trade Contractor may also elect to utilize this Project-specific EMP to meet the EMP requirement. Nevertheless, all Trade Contractors are responsible for compliance with all applicable federal, state, and local environmental compliance requirements, as

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 4 of 12

outlined in this EMP, the Trade Contractor's agreement with POJV and the Project contract documents, including all permit requirements, during the performance of their duties throughout the duration of this Project. All Trade Contractors shall be responsible for monitoring their own employees, equipment and materials, their subcontractors (any tier) and suppliers, in order to guarantee that the Project will be free of any environmental impacts.

## 4.0 Accountability and Consequences for Non-Compliance

### 4.1. Accountability

It is the responsibility of each Trade Contractor to fully understand the environmental compliance requirements that are applicable to their scope of services. Failure to properly implement the requirements provided in the Trade Contractors' EMP and this Project-specific EMP will result in appropriate disciplinary actions taken against the Trade Contractor, including the possibility of civil and/or criminal penalties.

### 4.2. Consequences for Failure to Comply with the Requirements of this EMP

The Trade Contractor shall be responsible for paying any penalties assessed by a regulatory agency (local, state or federal), as a result for failing to comply with environmental laws and regulations.

## 5.0 ENVIRONMENTAL REQUIREMENTS

In order to ensure that the Project complies with all applicable environmental requirements (i.e., rules, regulations, laws, etc.), they must first be identified. Trade Contractors are responsible for identifying, interpreting, and effectively communicating the applicable environmental requirements to their Project personnel, Subcontractors, suppliers, and other entities, including regulatory agencies, to ensure that the Project's activities conform to these requirements.

## 6.0 OPERATIONAL ASSESSMENT, PREVENTION, AND CONTROL

The Trade Contractor is responsible for assessing the Project's operations in order to prevent and control releases, ensure environmental protection and worker health and safety, and maintain compliance with applicable environmental regulatory requirements. These items include monitoring and measuring of key compliance indicators, identification of operations and potential waste streams which may lead to releases of pollutants or threaten human health or the environment, and the performance of "root-cause" analysis of identified problems in order to develop remedies and prevent recurrence.

The Trade Contractor is responsible for identifying those operations and activities which could result in adverse environmental impacts, threats to human health or safety, and/or noncompliance with environmental requirements. Efforts shall be made to minimize:

- A release or emission of pollutants to the air, land, or water;
- The production of solid or hazardous waste;
- Contamination of the land;
- Noncompliance with permit conditions or regulatory requirements;
- Adverse impacts to habitat, wildlife, human health, or quality of life; and
- Depletion of natural resources.

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 5 of 12

6.1 Identification of Environmental Procedures

POJV has developed Environmental Procedures based on the Environmental Policy, environmental objectives, and identified potential environmental impacts associated with this Project, for those activities and services that have potentially **significant** environmental impacts. These procedures are available to the Trade Contractors upon request.

## 7.0 PROJECT COMPLIANCE AND MANAGEMENT AUDITS

The Trade Contractor shall establish procedures to ensure that all applicable environmental rules and regulations are being followed. The Trade Contractor shall implement an auditing mechanism to determine the effectiveness of the Trade Contractor's environmental performance.

## 8.0 INVESTIGATING AND CORRECTIVE ACTION OF ENVIRONMENTAL INCIDENTS AND NONCOMPLIANCE

The Trade Contractor shall identify any non-conformities with this Project-specific EMP or any environmental compliance requirement(s) through compliance audits, measurement or other activity. When deficiencies are encountered, the Trade Contractor shall analyze them to identify any trends that allow for the anticipation and prevention of future problems.

8.1 Incident Investigation and Reporting

Any incidents of nonconformance with the elements of this Project-specific EMP or non-compliance with any environmental requirement that are identified through a compliance audit, management audit, regulatory inspection, public notification, observation during routine day-to-day activities, or other means must be immediately investigated by the Trade Contractor and appropriate notification and reporting must be made. Based on the type of incident, immediate corrective and/or preventive actions must be implemented to ensure that damage to the environment and/or human health is limited or prevented.

8.2 Preventive and Corrective Action

The Trade Contractor shall implement timely corrective actions once a problem is documented. The preventive and corrective actions taken must be documented and an analysis of the problem and associated preventive and/or corrective action should be performed to prevent the reoccurrence of the problem.

## 9.0 ENVIRONMENTAL TRAINING, AWARENESS, AND COMPETENCE

The Trade Contractor shall provide environmental awareness training to relevant personnel and/or, Subcontractors, suppliers, and service providers. Additionally, an environmental toolbox topic may be introduced and discussed during the Trade Contractor's required weekly

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 6 of 12

field safety meetings. Topics may range from basic environmental awareness issues to specific compliance and conformance requirements.

## 10.0  DOCUMENT CONTROL AND RECORDS MANAGEMENT

### 10.1  Document Control

The Trade Contractor shall have procedures to ensure that any documents related to environmental compliance, i.e. permits, waste manifests, etc. are properly maintained. The procedure shall ensure that:

- The Documents can be easily located;
- The documents are periodically reviewed for validity and correctness;
- The current versions are available;
- Obsolete documents are removed; and
- The responsibility and authority for preparing, modifying and updating the documents is identified.

### 10.2 Records Management

The Trade Contractor shall establish a procedure to maintain all environmental records and:

- Identify what records are required to be maintained;
- Focus on the records that will add value to the efforts of environmental compliance
- Identify any forms that need to be created such as training logs, inspection forms, etc.; and
- Establish a records retention policy that meets legal retention requirements

## 11.0  SPECIAL PROVISIONS

In addition to the provision set in this Program, the following Special Provisions also apply.

### 11.1  Aboveground Storage Tank (AST) Management

The Trade Contractor shall not be allowed to bring on-site fuel storage tanks, but if circumstances dictate the need for ful storage tanks the following guidelines will be followed:

1. The Trade Contractor shall require POJV approval to bring fuel storage tanks to the Project.

2. The Trade Contractor shall be allowed to bring on the Project mobile tanks to store petroleum products. A mobile tank shall be defined as "an AST that is moved to a different location at least once every 180 days, and ... is used for on-site construction activities, provided that the on-site construction activities do not exceed 12 months, or the life of the construction Project as long as construction is continuous, and the tanks are removed from the site when construction is complete." By definition, mobile tanks are exempt from the requirements of Chapter 62-761 of the Florida Administrative Code.

3. Regardless of whether the AST is considered a mobile tank or not, all AST at the NTDCP shall comply with the following POJV guidelines:

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 7 of 12

- Establish AST staging areas that will be utilized throughout the Project. ASTs should be located away from waterways or other stormwater drainage structures.
- ASTs should be secondarily contained to hold 110% of the volume of the tank. If the tank does not come with a secondary containment structure integral to the tank, an impervious berm should be created that surrounds the entire tank and is capable of containing 110% of the tanks capacity.
- ASTs should be equipped with overfill/spill protection.
- ASTs should be clearly labeled with the contents and capacity of the tank.
- ASTs and their secondary containment structures should be covered to prevent accumulation of stormwater. If not covered, more frequent inspection of the ASTs may be required to properly drain stormwater from the secondary containment areas.
- Ensure that spill cleanup materials and equipment are readily accessible for use and that personnel are properly trained and in the event of a discharge.
- ASTs containing combustible material shall have a fire extinguisher within 10 ft.

## 11.2 Chemical and Material Management

The Trade Contractor shall comply with the following POJV requirements regarding chemical and material management:

1. Provide POJV a list of all materials that they will be bringing, using, and storing on site. The list is to include the product name, main chemical component, container size and the approximate number of containers on site.

2. Provide POJV with Material Safety Data Sheets (MSDS) as required by the federal Hazardous Communications requirements and the contractual agreement for all materials they will be using and storing at the Project.

3. The on-site storage of large quantities of chemicals or products containing regulated materials should be minimized. However, all chemicals that are used and stored at the Project must be stored on an impervious surface and either within secondary containment, under an overhang, or within a covered structure.

4. All containers must meet local Fire Department regulations and applicable NFPA regulations.

5. The chemical/materials storage area should be located away from any surface water bodies and stormwater drains.

6. Incompatible materials must be stored separately from each other (e.g., utilizing fire rated cabinets).

7. In large storage areas, adequate isle space between containers must be maintained to enable thorough inspection of all sides of the containers.

8. All chemicals and/or materials must be stored in appropriate containers and must be appropriately labeled upon arrival at the Project. The labeling information shall include name of the Trade Contractor, contents of the container, hazard information, and date the material was received.

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 8 of 12

11.3   Waste Management

The Trade Contractor shall comply with the following POJV requirements regarding waste management:

1.   Every effort should be made to limit the generation of hazardous waste at the Project. If, however, hazardous waste or used oil is generated, the material must be properly stored in appropriate containers, labeled, and disposed pursuant to all applicable rules and regulations.

2.   General waste roll-offs shall be used only for non-hazardous waste. Empty containers that previously contained hazardous materials but are considered "RCRA empty" or empty per the RCRA Subtitle C regulation may be disposed in the general waste roll-offs with POJV approval.

3.   The Trade Contractor shall not dispose of any 55 gallon drums in the general waste roll-off.

11.4   Stormwater Management

The Trade Contractor maybe required to implement a stormwater management plan. If so, the Trade Contractor shall comply with the following POJV requirements regarding stormwater management:

1.   If the Trade Contractor's construction activities (grading, clearing, grubbing or other) at the NTDCP disturb an open area and there is discharge to surface waters; these activities may be subject to the requirement of an FDEP NPDES permit. The Trade Contractor will be responsible for determining if the permit is required and will provide POJV with copies of the permit.

2.   If the Trade Contractor obtains an NPDES permit, the Trade Contractor shall be responsible for complying with the applicable requirements of the Construction General Permit, the Storm Water Pollution Prevention Plan and the requirements for termination of permit coverage. These are:

   • Submission of a Notice of Intent (NOI) that includes general operator and site information, and a certification that the activity will not impact endangered or threatened species. This certification is unique to EPA's NOI and is not a requirement of most NPDES-delegated State's NOIs;

   • The implementation of the SWPPP (developed by the Owner) with appropriate Best Management Practices to minimize the discharge of pollutants from the site;

   • Conduct weekly inspections at least once a week and within 24 hours of the end of a storm event that is 0.50 inches or greater; and

   • Submission of a Notice of Termination (NOT) when final stabilization of the site has been achieved as defined in the permit, or storm water runoff is no longer being discharged, or when another operator has assumed control of the site.

POJV - North Terminal Development Consolidation Program          January 23, 2006
Trade Contractor's Environmental Requirements                          Section 00013
Project No. 747B                                                              Version 0

Page 9 of 12

The Trade Contractor shall also comply with the following requirements set forth by the Owner:

1.  Pursuant to MDAD Environmental Engineering, all construction Projects that will cause land disturbance at MIA are required to include a SWPPP that is in accordance with the MIA Stormwater Master Plan, approved by MDAD Environmental Engineering and implemented by the Trade Contractor(s).

2.  All Project construction plans and specifications should be thoroughly reviewed to determine if the owner has included, or the Project requires the procurement of stormwater permit pursuant to Florida and federal requirements. As outlined above, any discharge of stormwater to surface waters of the United States (including catch basins that discharge to canals) requires the issuance of a General Permit for Stormwater Discharge from Construction Activities (NPDES) from the FDEP.

3.  In most cases, stormwater will be contained on site throughout the construction phase through natural percolation from disturbed areas or through percolation from design structures such as French drains or sedimentation basins. It will be necessary, however, to thoroughly review the plans to ensure that stormwater runoff is maintained on site and that appropriate erosion control measures are utilized to ensure that any runoff that inadvertently leaves the site is free from any contaminants such as suspended solids. This is generally done through the use of silt fences, hay bales, etc.

4.  The Owner and/or his/her designee are required to ensure that the SWPPP that is implemented at the Project (including any specific/additional permit conditions) is inspected for compliance with this procedure and to ensure that any incidents are immediately addressed.

11.5  Dewatering

The Trade Contractor shall comply with the following POJV requirements regarding dewatering:

1.  Comply with applicable federal, state and local regulatory requirements.

2.  Thoroughly review the construction plans and specifications to determine if the Owner has included, or the Project requires the procurement of dewatering permits pursuant to Florida and federal requirements. The Trade Contractor shall develop a site-specific Dewatering Plan for DERM's approval in order to obtain a dewatering permit. Copies of all dewatering permits shall be forwarded to POJV.

3.  The Trade Contractor shall be responsible for the design of all temporary dewatering systems for dewater of excavation. The Trade Contractor is also required to identify the permit requirements for the approved disposal methods, obtain the necessary permits, and approval from the applicable regulatory agencies.

4.  If a determination is made that dewatering effluent must be treated prior to being discharged, the appropriate design calculations must be performed as part of the dewatering plan and submitted for regulatory approval prior to receiving applicable permits.

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 10 of 12

5. If contaminated groundwater, visible stains in the soil, free floating product, sheen on groundwater, or odor in the soil or groundwater is detected; the Trade Contractor shall follow the guidelines set forth in MDAD's Standard Technical Specification Section P-160 Contaminated Soil/Groundwater.

6. Once the approval(s) is granted from the appropriate regulatory agencies, dewatering may commence pursuant to the permit(s) and all specific conditions. Appropriate monitoring and reporting must be maintained throughout the dewater activities.

11.6    Concrete Truck Washing

The Trade Contractor shall comply with the following POJV requirements regarding concrete truck washing:

1. The Trade Contractor shall not be allowed to wash concrete trucks at the Project.

2. If, concrete trucks must be washed at the Project, the Trade contractor shall receive prior approval from POJV. The Trade Contractor shall comply with the following POJV requirements:

3. An area should be set up that is dedicated for washout of the trucks. The area should be located away from any storm drains, natural waterways, repair areas, or chemical storage areas.

4. The concrete washout area should be located to provide easy ingress and egress for the truck operators and for the maintenance of the area.

5. The washout area should provide a minimum of 6 cubic feet of containment area volume for every 10 cubic yards of concrete poured. The concrete washout area should be designed such that all wash material is contained within the designated area so that no wash material is able to enter a storm drain or leave the site.

6. Trade contractors and concrete suppliers must be made aware of the procedure if they are to utilize the wash area.

11.7    Contaminated Soil Management

The Trade Contractor shall comply with the following POJV requirements regarding contaminated soil management:

1. In the event that contaminated soil is encountered, it shall be handled following MDAD Specification P-160. The Trade Contractor shall cease activities and immediately notify POJV. The Trade Contractor shall communicate these requirements to Subcontractors.

2. If previously <u>unidentified</u> contaminated media (i.e., visible soil staining, strong hydrocarbon odor, free floating product on the groundwater, etc.) is detected during the performance of construction activities, MDAD Specification P-160 procedures must be implemented. Work shall immediately stop and POJV shall be notified.

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 11 of 12

3.     The Owner and DERM will provide direction as to how to proceed with excavating of suspected and/or previously <u>unidentified</u> contaminated soil.

## 11.8    Vehicle and Equipment Maintenance

The Trade Contractor shall comply with the following POJV requirements regarding vehicle and equipment maintenance:

1.     Washing of vehicles and equipment shall not be performed at the Project site. Trade Contractors shall communicate this requirement to their concrete suppliers and Subcontractors.

2.     Vehicles and equipment shall be reasonable clean and free of loose dirt, mud, and debris.

3.     The Trade Contractor shall conduct daily inspections of all vehicles and equipment as required by OSHA 1926.601(b) (14). Upon discovery of any leaks that could impact open ground, stormwater drainage systems, surface water, etc., the Trade Contractor shall have 24 hours to correct the problem or remove the vehicle/equipment from the Project.

4.     The Trade Contractor shall follow the guidelines set forth in MDAD's Section P-160 and MDAD's Section 01563 Handling of Incidental Fuel Spillage during Construction:

   a.  Find the source of the spill/leak and stop it to prevent further contamination
   b.  Notify MDAD and POJV
   c.  Place absorbent material to collect spill
   d.  Collect absorbent material in 55 gallon drums and properly dispose via an approved waste hauler.

POJV - North Terminal Development Consolidation Program
Trade Contractor's Environmental Requirements
Project No. 747B

January 23, 2006
Section 00013
Version 0

Page 12 of 12

# SECTION 00015

# OWNER CONTROLLED INSURANCE PROGRAM

**Attached hereto is the Miami-Dade Aviation Department Owner Controlled Insurance Program (OCIP) Insurance Manual.**

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 1 of 37



MIAMI INTERNATIONAL AIRPORT

MIAMI-DADE AVIATION DEPARTMENT
Owner Controlled Insurance Program

Miami International Airport
North Terminal Development Consolidation
Program

Insurance
Manual

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 2 of 37

OWNER CONTROLLED INSURANCE PROGRAM

# Insurance Manual



## Miami-Dade Aviation Department
PO Box 592075
Building 5A, 1st Floor
Miami International Airport
Miami, Florida 33159
Phone (305) 876-7777 • Fax (305) 876-7162

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 3 of 37

# Table of Contents

PROGRAM DEFINITIONS ..................................................................................... 2

Section 1.
OVERVIEW ................................................................................................... 4
ABOUT THIS MANUAL .................................................................................. 4

Section 2.
OCIP PROJECT DIRECTORY .......................................................................... 6

Section 3.
OCIP INSURANCE COVERAGE ........................................................................ 7
COVERED PARTIES ...................................................................................... 7
PARTIES NOT COVERED ............................................................................... 7
EVIDENCE OF COVERAGE ............................................................................. 8
DESCRIPTION OF OCIP COVERAGES ............................................................ 8
OCIP TERMINATION OR MODIFICATION ........................................................ 9

Section 4.
TRADE CONTRACTOR AND SUBCONTRACTORS MAINTAINED COVERAGE ....... 10
COVERAGES TO BE PROVIDED BY TRADE CONTRACTORS AND
SUBCONTRACTORS ..................................................................................... 11

Section 5.
TRADE CONTRACTORS' AND SUBCONTRACTORS' RESPONSIBILITIES ............ 14
CONTRACTOR BIDS ..................................................................................... 15
ENROLLMENT ............................................................................................. 15
ASSIGNMENT OF RETURN PREMIUMS .......................................................... 15
PAYROLL REPORTS ..................................................................................... 16
INSURANCE COMPANY PAYROLL AUDIT ........................................................ 16
COMPLETION OF WORK ............................................................................... 16
SAFETY PROCEDURES ................................................................................. 17
CHANGE ORDER PROCEDURES .................................................................... 17
CLOSE OUT AND AUDIT PROCEDURES ......................................................... 17

Section 6.
CLAIM PROCEDURES ................................................................................... 18
WORKER'S COMPENSATION CLAIMS ............................................................ 18
LIABILITY CLAIMS ...................................................................................... 19
AUTOMOBILE CLAIMS ................................................................................. 19
POLLUTION CLAIMS .................................................................................... 19

Section 7.
FORMS ...................................................................................................... 20
OCIP ENROLLMENT FORM (AON-3) ............................................................. 21
MONTHLY ON-SITE PAYROLL REPORT (AON-4) ............................................ 25
NOTICE OF WORK COMPLETION (AON-5) .................................................... 27
SAMPLE CERTIFICATES OF INSURANCE ................................................. 29,30
INITIAL OCIP CLAIM INFORMATION FORM ................................................... 31

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 4 of 37

# Program Definitions

*The following definitions apply to this program and to the descriptions of the OCIP used in this manual.*

| | |
|---|---|
| **Certificate of Insurance:** | A document providing evidence of the existence of coverage for a particular insurance policy or policies. |
| **Confirmation Letter:** | A letter issued by the OCIP Administrator that confirms acceptance of the applicant into the MDAD OCIP. |
| **Contract:** | A written agreement for specific Work between MDAD and the Managing General Contractor; the Managing General Contractor and any Trade Contractor; a Trade Contractor and any Subcontractor; and any Subcontractor and any lower tier Subcontractor. |
| **Employer:** | Any individual, firm, or corporation that provides direct construction labor for Work performed at the Project Site. |
| **Enrolled:** | Those eligible Trade Contractors and Subcontractors of any tier that have submitted all necessary enrollment forms and have been accepted into the OCIP as evidenced by a Confirmation Letter or Certificate of Insurance. |
| **Ineligible:** | Those Trade Contractors or Subcontractors excluded from participation in the OCIP, including those involved in soil testing, loading, transporting and unloading materials, personnel, parts or equipment or any other items to, from or within the Site. Suppliers, Trade Contractors and Subcontractors performing hazardous waste remediation Work are not eligible for OCIP coverage. |
| **Insured:** | Miami-Dade County, Managing General Contractor, enrolled Trade Contractors and Subcontractors of any tier, and any other party so named in the insurance policies. |
| **Insurer:** | The insurance companies named on a policy or certificate of insurance that provide coverage for the OCIP. |
| **Managing General Contractor:** | The person, firm, joint venture, corporation or other party that has entered into a Contract with MDAD to perform Work at the Project Site. |

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 5 of 37

| **OCIP:** | Owner Controlled Insurance Program - a coordinated insurance program providing certain insurance coverages as generally described in this Manual for Work at the Project. |
|---|---|
| **OCIP Administrator:** | Aon Risk Services, Inc. |
| **On-Site Activities:** | Those activities "at or emanating from" the Project Site |
| **Owner:** | Miami-Dade County Board of County Commissioners or the Aviation Department, referred to in this document as "MDAD". |
| **Project Site:** | That certain location(s) generally described as the Miami International Airport North Terminal Development Consolidation Program. The Project Site also includes areas adjacent to or nearby the above location(s) where incidental operations are performed, excluding permanent locations of any insured party other than the Owner. |
| **Subcontractor:** | Any individual, firm, partnership, joint venture or corporation contracting with the Managing General Contractor, a Trade Contractor or a Subcontractor of a higher tier for labor, material, supplies or equipment used directly or indirectly in the prosecution of the Work. |
| **Trade Contractor:** | Any individual, firm, partnership, joint venture or corporation contracting with the Managing General Contractor to supply labor, materials, services, supplies or equipment used directly in the Work for the Program. |
| **Work:** | Operations as fully described in the Contract, performed at or emanating directly from the Project Site. Also, the entire completed construction or the various separately identifiable parts required to be furnished under the Contract documents. |

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 6 of 37



Section 1

# Overview

*Welcome to the Miami-Dade Aviation Department North Terminal Development Consolidation Program - Owner Controlled Insurance Program.*

Miami-Dade Aviation Department (MDAD) has arranged for this construction project to be insured under an Owner Controlled Insurance Program (OCIP). An OCIP is a single insurance program that insures Miami-Dade County, the Managing General Contractor, all enrolled Trade Contractors and Subcontractors of any tier, and other designated parties for Work performed at the Project Site. Certain Trade Contractors and Subcontractors are ineligible for this program. These parties are identified in Section 4 of this Manual.

Coverage under the OCIP includes Worker's Compensation and Primary General Liability insurance.

MDAD will pay insurance premiums for the OCIP coverages described in this manual. You must notify your insurer(s) to delete from your insurance program charges for the on-site activities of the Work covered under this Program.

**NOTE:**
Insurance coverages and limits provided under the OCIP are limited in scope and are specific to Work performed after the inception date of this program. Your insurance representative should review this information. Any additional coverage you may wish to purchase will be at your option and expense.

# About This Manual

The Insurance Manual was prepared by Aon Risk Services (Aon), which is the insurance broker and OCIP Administrator for this program. The Manual is designed to identify, define, and assign responsibilities for the administration of the OCIP for the MDAD North Terminal Development Consolidation Program at Miami International Airport.

What This Manual Does

This Manual:

- Generally describes the structure of the MDAD OCIP
- Identifies responsibilities of the various parties involved in the program
- Provides a basic description of the OCIP operation
- Describes administrative procedures
- Provides answers to basic questions about the OCIP
- Will be updated as necessary

## What this Manual Does NOT Do

This Manual does not:

- Provide coverage interpretations
- Provide complete information about coverages
- Provide answers to specific claims questions

Specific questions about the OCIP, its administration, or the coverages provided should be referred to the appropriate party identified in the Program Directory section immediately following this introduction.

> **DISCLAIMER:**
> The information in this Manual is intended to outline the OCIP Program. If any conflict exists between this manual and the OCIP insurance policies, or Contracts between MDAD and the Managing General Contractor, the policies or Contracts will govern.

MDAD - OCIP Insurance Manual –12/31/2005

5

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 8 of 37



# OCIP Program Directory

*The following list includes key insurance personnel involved in the project.*

## OCIP Administration – North Terminal Development Consolidation Program

### Owner

MDAD
PO Box 592075
Building 5A, 1st Floor
Miami, FL 33159
Phone: (305) 876-7777
Fax: (305) 876-7162

### OCIP Administrator

**On-site Office:**
Aon Risk Services, Inc.
P.O. Box 996610
Miami FL 33299
Phone: (305) 869-3566
Fax (305) 869-5990

**Program Office:**
Aon Risk Services, Inc.
605 Crescent Executive Court, Suite 144
Lake Mary FL 32746
Phone: (407) 804-2404
Fax (407) 804-1792

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 9 of 37



# OCIP Insurance Coverage

*This chapter provides a brief description of OCIP coverages. You should refer to
the actual policies for details concerning coverage, exclusions and limitations.*

## Covered Parties

Parties covered as named insureds include, Miami-Dade County, the Managing
General Contractor, enrolled Trade Contractors and Subcontractors of any tier. Parties
included as additional insureds include any other parties that MDAD is required under
contract to add as additional insureds.

## Parties Not Covered

Parties ineligible for coverage are described as soil testing engineers, hazardous waste
removal and/or transport companies, vendors, suppliers, fabricators, material dealers,
truckers, haulers, drivers and others who merely transport, pickup, deliver, or carry
materials, personnel, parts or equipment or other items or persons to or from the
Project Site. Trade Contractors and their Subcontractors who do not perform any
actual on-site labor are not eligible for coverage under the OCIP.

## Evidence of Coverage

Upon enrollment into the program, the OCIP Administrator will provide a Certificate
of Insurance evidencing Worker's Compensation and Primary General Liability
insurance to the enrolled Trade Contractors or Subcontractors, each of whom will be a
named insured on the policies. Other documentation including forms, posting notices,
etc., will be furnished to each enrolled Trade Contractor and Subcontractor.
Subsequent to enrollment, each enrolled Trade Contractor and Subcontractor will be
issued an individual Worker's Compensation policy. Complete copies of policies will be
furnished to an authorized representative of each enrolled Trade Contractor and
Subcontractor on request.

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 10 of 37

# Description of OCIP Coverages

The following sections describe the policies that MDAD has arranged for this project.

## Worker's Compensation and Employers Liability

**Each enrolled** Trade Contractor and Subcontractor will be issued a separate Worker's

| Part One - Worker's Compensation: | Statutory Limit |
|---|---|

| Part Two - Employer's Liability: | Annual Limits Per Insured |
|---|---|
| Bodily Injury by Accident, each Accident | $ 2,000,000 |
| Bodily Injury by Disease, each employee | $ 2,000,000 |
| Bodily Injury by Disease, policy limit | $ 2,000,000 |

- Other States Endorsement
- Designated Premises Endorsement
- Waiver of Subrogation
- Alternate Employer Endorsement
- Voluntary Compensation Including Athletic Events Endorsement
- USL&H, Maritime/Jones Act and FELA on "if any" basis

## Commercial General Liability

**A single policy** will be issued for all insureds for all liability and property coverages.

| | Limits of Liability Shared by All Insureds |
|---|---|
| General Aggregate | $ 4,000,000 |
| Products/Completed Operations Aggregate | $ 4,000,000 |
| Personal/Advertising Injury Aggregate | $ 2,000,000 |
| Each Occurrence Limit | $ 2,000,000 |
| Fire Damage Legal Liability (Any one fire) | $ 1,000,000 |
| Medical Expense Limit (Any one person) | $ 10,000 |

- Insurance Services Office Occurrence Form 1996 or equivalent
- Broad named insured
- Amend contractual liability to include "other easements"
- Amend Bodily injury definition
- Delete 50' railroad limitation
- Time element pollution coverage
- Worldwide coverage for suits brought in USA, its territories & Canada
- Delete Personal Injury/Advertising Injury contractual liability exclusion
- Fellow employee coverage -- supervisory personnel only
- Designated Premises endorsement
- Incidental medical malpractice
- Worldwide coverage
- Damage to "your product" coverage
- Silent on subsidence and punitive damages
- Annual Reinstatement of aggregates as defined in policies (except Products/Completed Operations)
- Five (5) Year Products & Completed Operations Extension (single aggregate)

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 11 of 37

**Excess Liability**

Excess Liability Insurance coverage in the amount of $150,000,000 is also provided by MDAD. All inquiries regarding such coverage should be directed to MDAD Risk Management at Fax # 305-876-7162

> **Note**
>
> Trade Contractors and Subcontractors are advised to arrange their own insurance for Trade Contractor-owned or Subcontractor-owned equipment and materials not intended for inclusion in the project. The OCIP will not cover Trade Contractor or Subcontractor property.

**The descriptions on these pages provide a summary of coverages ONLY. Trade Contractors and Subcontractors should refer to the policies for actual terms and conditions.**

# OCIP Termination or Modification

MDAD reserves the right to terminate or modify the OCIP or any portion thereof. If MDAD exercises this right, Trade Contractors and Subcontractors will be provided notice as required by the terms of their individual contracts. At its option, MDAD may procure alternate coverage or may require the Trade Contractors and Subcontractors to procure and maintain alternate insurance coverage.

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 12 of 37



# Trade Contractor and Subcontractor Maintained Coverage

*Trade Contractors and Subcontractors are required to maintain coverage to protect against losses that occur away from the Site or that are otherwise not covered under the OCIP.*

Trade Contractors and Subcontractors are required to maintain insurance coverage that protects Miami-Dade County from liabilities arising from the Trade Contractor's and Subcontractor's operations performed away from the Project Site for types of coverage not provided by the OCIP, and for operations performed in connection with this contract by excluded parties. There are two types of Trade Contractors and Subcontractors: those eligible for the program and those ineligible.

An eligible Trade Contractor or Subcontractor is one who has completed the OCIP application process and meets the requirements for OCIP enrollment. The eligible Trade Contractor and Subcontractor shall provide evidence of Worker's Compensation and General Liability insurance *for off-site activities,* and of Automobile Liability *for both on-site and off-site activities,* as per the insurance specifications in the contract.

An ineligible Trade Contractor and Subcontractor is one who is involved solely as a soil testing engineer, hazardous waste removal and/or transport company, vendor, supplier, fabricator, material dealer, driver and any other who merely transports, picks-up, delivers or carry materials, personnel, parts or equipment or any other items or persons to or from the Project Site. This Trade Contractor or Subcontractor must provide evidence of Worker's Compensation, General Liability and Automobile Liability insurance *for all activities, both on-site and off-site,* as per the insurance specifications in the contract.

**See Section 7**
for sample certificate of insurance forms

Verification of insurance may be submitted in the form of a Certificate of Insurance on a standard ACORD Form 25-S. A sample of an acceptable Certificate of Insurance is provided in Section 7. Please note the requirements for thirty (30) days notice of cancellation and additional insured status.

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 13 of 37

Trade Contractors and Subcontractors are responsible for monitoring their subcontractors' and excluded parties' Certificates of Insurance. Certificates evidencing compliance shall be made available to MDAD, the Managing General Contractor or the OCIP Administrator upon request.

> **Note**
>
> Prior to mobilization, and within three (3) days of any renewal, change or replacement of coverage, Trade Contractors and Subcontractors shall submit a Certificate of Insurance evidencing the coverage and limits as specified in this section to the OCIP Administrator. The Certificate shall evidence a 30-day notice of cancellation provision.

The limits of liability shown for the insurance required of the Trade Contractors and Subcontractors are minimum limits only and are not intended to restrict the liability imposed on the Trade Contractors and Subcontractors for Work performed under their contracts.

# Coverages to be Provided by Trade Contractors and Subcontractors

**Eligible** Trade Contractors and Subcontractors shall provide evidence of Worker's Compensation insurance for off-site activities.

**Ineligible** Trade Contractors and Subcontractors shall provide evidence of on-site and off-site Worker's Compensation insurance applicable to these projects.

## Worker's Compensation and Employer's Liability

| | |
|---|---|
| Part One - Worker's Compensation: | **Statutory Limit** |
| | |
| Part Two - Employer's Liability: | **Annual Limits:** |
| Bodily Injury by Accident, each Accident: | $ 1,000,000 |
| Bodily Injury by Disease, each employee | $ 1,000,000 |
| Bodily Injury by Disease, policy limit: | $ 1,000,000 |

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 14 of 37

## Commercial General Liability/Umbrella Liability

| | Limits of Liability |
|---|---|
| General Aggregate | $ 1,000,000 |
| Products/Completed Operations Aggregate | $ 1,000,000 |
| Personal/Advertising Injury Aggregate | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |

**Eligible** Trade Contractors and Subcontractors shall provide evidence of General Liability insurance for off-site activities.

**Ineligible** Trade Contractors and Subcontractors shall provide evidence of on-site and off-site General Liability insurance applicable to these projects and must add MDAD and other parties as additional insureds to their policy.

Coverage shall be on an Occurrence form and apply to bodily injury and property damage for operations (including explosion, collapse and underground coverage), independent contractors, products and completed operations. Limits can be provided by a combination of a primary Commercial General Liability policy and Excess or Umbrella Liability policy. Limits are subject to change as dictated by MDAD.

## Automobile Liability

**All Trade Contractors** and Subcontractors shall provide evidence of on-site and off-site Automobile Liability insurance. The OCIP does not provide Automobile Liability insurance coverage.

Commercial Business Auto Policy covering all owned, hired and non-owned automobiles, trucks and trailers with coverage limits not less than **$1,000,000 Combined Single Limit** each accident for Bodily Injury and Property Damage. Coverage shall apply both on and away from the Project Site. Limits are subject to change as dictated by MDAD.

## Watercraft and Aircraft Liability

Should watercraft or aircraft of any kind be used by Trade Contractor or its Subcontractors of any tier, or by anyone else on its behalf, Trade Contractor or Subcontractor shall maintain or cause the operator of the watercraft or aircraft to maintain liability insurance naming the Owner and others as an additional insured with primary and non-contributing wording, with limits of liability satisfactory to MDAD. Such insurance requirements shall be determined as the need arises.

## Professional Liability

MDAD does not provide Professional Liability for Trade Contractors and Subcontractors.

All professional service firms must provide Professional Liability insurance appropriate to their profession. Architects and engineering firms must provide insurance covering liability arising out of design errors and omissions with a limit of not less than $1,000,000 per claim for design prime contractors. Limits are subject to change as dictated by MDAD.

## Pollution Liability

Hazard remediation and demolition Trade Contractors and Subcontractors whose Work involves removal or treatment of hazardous materials shall provide and maintain Contractors Pollution Liability insurance that specifically schedules the type of Work

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 15 of 37

to be done under contract. Limits shall be determined by MDAD based on the nature of the contract and the risk involved.

**Note: Waivers Required**

Contractors' General Liability, Automobile, Umbrella or Excess Liability and Property insurers shall provide Waivers of Subrogation in favor of MDAD and other designated parties. General and Excess Liability Policies shall name MDAD, its officials, employees and agents and any wholly owned subsidiaries or parent organizations as additional insureds and shall state that coverage is primary and non-contributory.

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 16 of 37



# Trade Contractors' and Subcontractors' Responsibilities

*Throughout the course of the project, Trade Contractors and Subcontractors will be responsible for reporting and maintaining certain records as outlined in this section.*

The Managing General Contractor, Trade Contractors and Subcontractors are required to cooperate with MDAD and the OCIP Administrator in all aspects of OCIP operation and administration.

With respect to the Managing General Contractor and all Trade Contractors and Subcontractors, each is <u>individually</u> responsible for:

- Providing each of their subcontractors with a copy of the Insurance Manual and Project Safety Standards

- Enrolling in the OCIP and providing each of their subcontractors with a copy of the Insurance Manual, which states that contractors at any tier must enroll unless specifically excluded

- Including OCIP provisions in all of their subcontracts

- Providing timely evidence of their insurance to the OCIP Administrator

- Notifying MDAD and the OCIP Administrator of all subcontracts they have awarded and/or terminated

- Maintaining and reporting their payroll to the OCIP Administrator monthly

- Cooperating with MDAD and OCIP Administrator requests for information as it pertains to their Work and subcontracts

- Complying with insurance, claim, and safety procedures as required in the Insurance Manual and Project Safety Standards

- Notifying the OCIP Administrator immediately of any insurance cancellation or non renewal of any of its contractor-maintained insurance

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 17 of 37

## Contractor Bids

MDAD provides insurance for all eligible, enrolled Trade Contractors and Subcontractors under the OCIP for Work performed at the Project Site. Contractor bids and change orders should <u>exclude</u> insurance costs for these coverages.

**Note:** Before contacting your insurance representative about excluding this Project from regular coverage, you should read this Manual in its entirety.

## Enrollment

**See Section 7 for sample OCIP forms.**

Each Trade Contractor and Subcontractor shall provide details about its subcontracts as necessary to enroll them in the OCIP. MDAD will need all of the information requested on the Enrollment Form (Aon-3) in Section 7. This form must be completed and submitted to the OCIP Administrator prior to mobilization to obtain coverage under the OCIP.

A separate Enrollment Form (Aon-3) is required for each subcontract under which a Subcontractor is performing Work; however, only one Worker's Compensation policy will be issued to the enrolled firm.

Each Trade Contractor or Subcontractor who is accepted into the OCIP will receive a Certificate of Insurance from Aon Risk Services and a confirmation letter acknowledging that they have been enrolled into the OCIP.

### Enrollment is not automatic

Enrollment into the OCIP is required, but not automatic. Eligible Trade Contractors and Subcontractors MUST complete the enrollment forms and participate in the enrollment process for OCIP coverages to apply. Access to the Project Site will not be permitted until enrollment is completed.

## Assignment of Return Premiums

The cost of the OCIP insurance coverages will be paid by MDAD. MDAD will be the sole recipient of any return OCIP premiums or dividends. All enrolled Trade Contractors and Subcontractors shall assign to MDAD all adjustments, refunds, premium discounts, dividends, credits or any other monies due from the OCIP

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 18 of 37

insurers. Trade Contractors and Subcontractors shall assure that each enrolled subcontractor shall execute such an assignment. The Enrollment Form (Aon-3) supplied in Section 7 is used for this purpose.

## Payroll Reports

Each Trade Contractor and Subcontractor of every tier must submit monthly payroll reports identifying man-hours and payroll for all Work performed at the Project Site. This information will be used to provide the insurance carriers with information required for determining MDADs' OCIP insurance premiums.

The payroll report shall be submitted to the OCIP Administrator by the 10th of the month following the month for which payroll is being reported. The report Monthly On-Site Payroll Report form (Aon-4), an example of which is provided in Section 7, shall be used to report payroll. The monthly man-hour and payroll reports should include all on-site supervisory and clerical personnel and shall cover all Work performed at the Project Site. **Note:** Failure to submit the payroll reports as required may result in the withholding of payments until required documentation is received.

## Insurance Company Payroll Audit

Each enrolled Trade Contractor and Subcontractor is required to maintain payroll records for Work at the Project Site. Such records shall allocate the payroll by Worker's Compensation classification(s) and shall exclude the excess or premium paid for overtime (i.e., only the straight time rate shall apply to overtime hours Worked). Furthermore, such records shall limit the payroll for Executive Officers and Partners/Sole Proprietors to the limitations as stated in the State Manual Rules.

It is important to properly classify payrolls as these will be reported to the Rating Bureau for promulgation of future Experience Modifiers for your firm. All enrolled Trade Contractors and Subcontractors shall make available their books, vouchers, contracts, documents, and records, of any and all kinds, to the auditors of the OCIP insurance carriers or MDAD's representatives at any reasonable time during the policy period, any extension, or during a final audit period as required by the insurance policies.

## Completion of Work

When an enrolled Trade Contractor or Subcontractor has completed its Work, the enrolled Trade Contractor and Subcontractor shall complete a Notice of Work Completion Form (Aon-5) and submit it to the OCIP Administrator. The form is included in Section 7 of this Manual. Final Payment will not be released by MDAD until all necessary forms have been submitted to the OCIP Administrator.

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 19 of 37

## Safety Procedures

**Safety Standards** establishing minimum standards or guidelines for contractor safety programs will be provided to all contractors.

All Contractors and Subcontractors are required to follow the North Terminal Development Program Safety, Health, and Environmental Program and to provide a designated safety representative who shall be on-site when any Work is in progress. Minimum standards for contractor programs are outlined in the North Terminal Development Program Safety, Health, and Environmental Program.

## Change Order Procedures

Change orders should be priced by the Trade Contractor and Subcontractor to EXCLUDE any costs of insurance for the coverages that are provided by the OCIP.

## Close Out and Audit Procedures

When a Trade Contractor or Subcontractor has completed its Work at the Project Site and will no longer have on-site Workers, the Trade Contractor or Subcontractor submits a Notice of Work Completion Form (Aon-5), which initiates the final reporting and audit of payroll and man-hours.

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 20 of 37



Section **6**

# Claim Procedures

*This section describes basic procedures for reporting various types of claims: Worker's Compensation, General Liability, and damage to the project.*

## Worker's Compensation Claims

**A claims kit** will be provided to all enrolled Trade Contractors and Subcontractors, which is intended for use at the job site and will include details about claims reporting.

The primary responsibility for each Trade Contractor and Subcontractor is to first see that any injured Worker receives immediate medical care, and to notify the Worker's Compensation insurer, AIG, and the OCIP Administrator immediately in the event of a serious injury or accident. All injuries or accidents must be reported to the carrier, AIG, within 24 hours using the 1-877-399-6442 claim reporting number. A Supervisor's First Report of Injury Form must also be completed and submitted to the Worker's Compensation insurance carrier.

Upon enrollment into the OCIP, the OCIP Administrator will provide each Trade Contractor and Subcontractor with a claims kit, which includes all necessary claim forms and posting notices required by State law. Additional claims kits or claim forms can be obtained from the OCIP Administrator.

Enrolled Trade Contractors and Subcontractors must designate a representative at the Site to take injured employees to a medical facility and to report the claim. This individual should remain with the injured employee at the facility while he/she is being treated. The treating physician should provide a written description of whether or not the injured employee can return to Work, a list of restrictions if any, and the estimated length of time he/she will stay on modified duty. MDAD supports transitional modified Work to keep injured Workers gainfully employed during recovery.

Local 911 emergency ambulance services should be used for response to any serious traumatic life threatening injuries.

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 21 of 37

## Liability Claims

Accidents at or around the Site resulting in damage to the property of others (other than your own property, rented or leased property, or your own Work product), or personal injury or death to other than an employee, must be reported immediately to the General Liability insurer, AIG, by the OCIP Administrator. Therefore, all such incidents and accidents must be reported to the OCIP Administrator within 24 hours of occurrence, by fax or e-mail, using the **Initial OCIP Claim Information Form** found in section 7 of this manual.

Trade Contractors and Subcontractors shall not voluntarily admit liability and shall cooperate with MDAD and its insurer representatives in the accident investigation process.

## Automobile Claims

*No coverage is provided for automobile accidents/claims under the OCIP. It is the sole responsibility of each Trade Contractor and Subcontractor to report accidents/claims involving their automobiles to their own insurers.*

HOWEVER, all accidents occurring in or around the job site must be reported to the OCIP Administrator. These accidents will be investigated with regard to any liability arising out of Project construction activities that could result in future claims (i.e. due to the conditions of the roads, etc.). Each Trade Contractor and Subcontractor shall cooperate in the investigation of all automobile accidents.

## Pollution Claims

MDAD's OCIP General Liability insurance policy may provide some coverage for sudden and accidental pollution, *but only if the incidents are discovered and reported promptly in writing.* Contractors should immediately notify the OCIP Administrator of any known or suspected pollution incidents.

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 22 of 37

FORMS



# Forms

*This section contains the forms needed for administration of the OCIP.*

This section contains the following forms:

| | |
|---|---|
| Aon 3 | OCIP Enrollment Form |
| Aon 4 | Monthly On-Site Payroll Form |
| Aon 5 | Notice of Work Completion Form |
| Exhibit 1 | Sample Certificate of Insurance |
| Exhibit 2 | Sample Certificate of Insurance |

Initial OCIP Claim Information Form



Note

For assistance in completing these forms, please contact the OCIP Administrator. (305) 869-3566.

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 23 of 37

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 24 of 37

| Aon-3
Page 1 of 2 | OCIP ENROLLMENT FORM |  |

It is suggested that you examine your current Worker's Compensation and General Liability Policies or contact your Insurance Agent to assist you with completing the following form. Include a current certificate of insurance evidencing G/L, Auto and W/C coverages.

Forward the completed form to:  **Maria A. Cruz, OCIP Administrator, Aon Risk Services,**
**Phone: (305) 869-3566 / Fax: (305) 869-5990**

1. Trade Contractor/Subcontractor Legal Name:_____

2. Address:_____

3. City:_____ State:_____ · Zip:_____

4. Name & Title of Person(s) to Contact:_____

5. Phone Number:_____ Fax Number:_____ Federal ID #_____

6. Location of Payroll/Accounting Records (if other than #2 above):_____

7. Entity: Sole Proprietorship_____ Partnership_____ Corporation_____ Other_____
(list name of proprietor or partners as d/b/a. in #1 above)

8. Contract #:_____ 9. Contract Amount $_____

10. Contract Award Date: _____ 11. Amount of Self-Performed Work: $_____

12. Estimated Start Date: _____ 13. Estimated Completion Date: _____
(This date is also the effective date of your OCIP coverage)

Brief Description of Work to be Performed _____

_____

15. Your Status on this Project:  (a) Trade Contractor _____  (b) Subcontractor _____
(c) Sub-subcontractor _____  (d) Other (Explain) _____

16. If you have checked (b) or (c), indicate the name of the contractor for whom you are working:

_____

17. List any Subcontractors that will be working for you on this Project (including location, phone, person to contact, and amount to be sublet included in #8 above). Use additional paper if necessary:

| Subcontractor | Location | Phone | Contact Person | Subcontract Amt. |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

MDAD - OCIP Insurance Manual –12/31/2005

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 25 of 37

| Aon-3<br>Page 2 of 2 | OCIP ENROLLMENT FORM |  |
|---|---|---|

18. Provide your current Worker's Compensation:

| Insurance Company | Policy Number | Policy Effective. Date | Policy Expiration. Date |
|---|---|---|---|
|  |  |  |  |

| Experience Modification. | Anniversary Rating Date | WC Bureau File Number |
|---|---|---|
|  |  |  |

19. Worker's Compensation Insurance Information

| 20a<br>Description of Work | 20b<br>WC Class Code | 20c<br>Man-hours | 20d<br>Payroll |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

20. Will any aircraft be used in conjunction with your work?    Yes _____    No _____

21. For this project, will you be doing off-site work?    Yes _____    No _____

22. If yes, will off-site Work be 100% dedicated to this project    Yes _____    No _____

Please provide off-site location: _____

23. Are you involved in an Alternative Dispute Resolution program with a union?   Yes_____    No_____

---

## WARRANTY

Regarding Worker's Compensation, General Liability, and Excess Liability insurance: These coverages, as stated in the Insurance Manual are provided by MDAD. The undersigned agrees and warrants:

1. It is my/our responsibility to notify my/our own insurance carrier to delete charges for all Work to be done under this Contract from my/our regular insurance policies.

2. The statements in this insurance application are true to the best of my knowledge.

3. The cost of the premiums for the non-OCIP insurance specified in the Contract will be paid for by the Trade Contractor and Subcontractors.

4. Any and all returns of premium, dividends, discounts or other adjustments to any OCIP policy is assigned, transferred and set over absolutely to MDAD. This assignment pertains to the policies as now written and as subsequently modified, rewritten or replaced in the OCIP, including any additional amounts or coverages. Rights of cancellation of all insurance policies provided to the Trade Contractor and Subcontractor by MDAD are also assigned to MDAD. This assignment is only valid for insurance policies whose premiums have been paid by MDAD on behalf of such Trade Contractor and Subcontractors.

The signature below represents my/our authority to the State Worker's Compensation Insurance Rating Bureau to release my/our current and renewal experience rating data to Aon Risk Services.

Date: _____    Name (please print): _____

Title: _____    Signature: _____

MDAD - OCIP Insurance Manual –12/31/2005                                                                                              22

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 26 of 37

## Aon- 3: OCIP ENROLLMENT FORM

This form must be completed and submitted by each Trade Contractor and Subcontractor of any tier prior to Site mobilization **for each contract awarded**. The Trade Contractor and Subcontractor will submit the completed form to Aon Risk Services. Upon receipt of this form, Aon will issue, to the - 23 -Trade Contractor or Subcontractor, a Certificate of Insurance evidencing coverage in the OCIP. A Worker's Compensation insurance policy will be mailed to the Trade Contractor or Subcontractor when issued by the insurer.

### COMPLETION INSTRUCTIONS

| | | |
|---|---|---|
| 1. | Trade Contractor/Subcontractor Legal Name: | Fill in your company's legal name. |
| 2. | Address: | Fill in the complete field and home office addresses, city, state and zip code. |
| 3. | Name & Title of the Person(s) to Contact: | Fill in the Name and Title of the field and home office representative for this project. |
| 4. | Telephone Number: | Fill in the phone number and fax number for the field (if available) and home offices including area codes. |
| 5. | Federal ID. Number: | Fill in the Federal Tax Identification # . |
| 6. | Location of Payroll/Accounting Records: | Actual street address of your payroll/accounting records if they are maintained at a location different from the address in #2 above, such as the home office location, if applicable. This information is essential to the insurer for physical audits. |
| 7. | Entity: | "X" the appropriate field describing the type of company. |
| 8. | Contract No.: | Fill in the MDAD contract number assigned. If you are a Subcontractor, contact your contractor for this number. |
| 9. | Contract Amount: | Fill in (numerically) the dollar amount of your Contract. |
| 10. | Contract Award Date: | Fill in the date of your Contract award. |
| 11. | Self-Performed Amount | Amount of total Contract award that will be self-performed. |

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 27 of 37

| 12. | Estimated Start Date: | Fill in the date you anticipate starting Work at the Project Site. |
|-----|----------------------|-------------------------------------------------------------------|
| 13. | Estimated Completion Date: | Fill in the date on which you expect to finish all Work at the Project Site. |
| 14. | Brief Description of Work to be Performed: | Fill in the type of services your firm will be doing at the project. |
| 15. | Your Status at this Project: | "X" the appropriate blank depending upon whether or not your firm is a Trade Contractor, Subcontractor, sub-subcontractor, or other. Explain any entry marked "other" |
| 16. | Name of Subcontractor for whom you are Working: | Fill in the name of the Subcontractor you are Working for. |
| 17. | List the name, address, contact, value for your Subcontractor's and Tier-subcontractor's Work: | As completely as possible list all your subcontractors and their information. |
| 18. | Your current Worker's Compensation Experience Modification, Anniversary Date and Bureau File #: | Can be obtained from you Worker's Compensation policy or from your insurance agent. Fill in the modification factor, anniversary date (your WC policy expiration date) and Bureau file number (Risk ID Number). |
| 19. | Worker's Compensation Information | Please supply the most updated information about Worker's Compensation class codes and associated payroll and man-hours. |
| 20. | Aircraft | Please indicate if any aircraft will be used in conjunction with your Work. |
| 21.-22. | Off-site Work | Please answer questions about off site Work and identify the location of any related off-site Work. |
| 23. | Alternative Dispute Resolution | Indicate if your company participates in Alternative Dispute Resolution with the Union. |

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 28 of 37

| Aon-4 | MONTHLY ON-SITE PAYROLL REPORT | |
|---|---|---|

**THIS REPORT MUST BE SUBMITTED TO AON RISK SERVICES AT (305) 869-5990 BY THE 10th OF THE MONTH FOLLOWING THE MONTH FOR WHICH PAYROLL IS BEING REPORTED**

1. Report #: _____     Month Ending _____ 20____

2. Name _____ 3. Contract No: _____

4. If a Subcontractor, under contract with: _____

*(Complete a Separate Form for Each Contract)*

| 5. Work Comp Class Code | 6. Work Description | 6. No. of Employees | 7. Straight Time Payroll* | 8. Total Man-hours |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | | |

I CERTIFY THAT THE INFORMATION SHOWN ABOVE IS CORRECT:

9. Signed _____ Title _____

   (Must be signed by an Officer of the Company)   Date _____

*\*Do not include premium (excess) overtime wages - use straight time wage rates only*

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 29 of 37

| Aon-4: MONTHLY ON-SITE PAYROLL REPORT |
|---|

This form must be completed each month by the Trade Contractor and every Subcontractor of any tier on the Site for *each* Contract awarded and submitted to Aon Risk Services. Upon request, Aon Risk Services will forward a supply of these forms to you.

## COMPLETION INSTRUCTIONS

| | | |
|---|---|---|
| 1. | Report # and Month Ending | Fill in the sequential number of the report (e.g. the first report submitted is #1), and the month ending date for the report. |
| 2. | Name | Your firm's name |
| 3. | Contract Number | Contract number of the Work you are performing |
| 4. | If a Subcontractor, Under Contract With | The Contractor if you are a Subcontractor; your Subcontractor if you are sub-subcontractor |
| 5. | Worker's Compensation Classification Code and Work Description | This information can be obtained from your Worker's Compensation policy, your insurance agent or the information you provided on the Aon-1 form. |
| 6. | Number of Employees | Total of all your employees on-site during the month for each job classification. |
| 7. | Payroll | List the payroll for each class code. NOTE: List only straight time/unburdened payroll (overtime as straight time). List one cumulative monthly figure for all employees under each class code. |
| 8. | Man-hours | List the cumulative man-hours for each class code. |
| 9. | Signed | An appropriate officer of the company must sign and date the completed form. |

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 30 of 37

---

| Aon-5 | NOTICE OF WORK COMPLETION OCIP INSURANCE PROGRAM |  |

**(Complete a Separate Form for Each Contract)**

1. Contract No. _____

2. Trade Contractor/Subcontractor _____

3. Work Performed _____

4. The following has/have completed work at the Site and is/are being processed for final payment:

   Contractor Name: _____

   Date this Contract Completed: _____

   Date Total Work Completed: _____

5. Subcontractors, if any, which are included in this work (*add an attachment if more space is needed*):

   Name 1: _____

   Name 2: _____

   Name 3: _____

   Name 4: _____

6. Final Insurance Audits may be made from payroll and other records located at:

   Contractor: _____

   Subcontractor 1: _____

   Subcontractor 2: _____

   Subcontractor 3: _____

   Subcontractor 4: _____

I CERTIFY THAT THE INFORMATION SHOWN ABOVE IS CORRECT:

7. Signed_____    Title _____

   (Must be signed by an Officer of the Company)   Date _____

---

MDAD - OCIP Insurance Manual —12/31/2005

**27**

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 31 of 37

| Aon-5: NOTICE OF WORK COMPLETION |
| --- |

This form will be completed and returned to the OCIP Administrator by the Trade Contractor or Subcontractor whenever Work is completed for each Contract. The contractor will request the final payment and upon verification by MDAD that all requirements necessary to receive the final payment, have been met.

## COMPLETION INSTRUCTIONS

| | | |
| --- | --- | --- |
| 1. | Contract No. | The Contract or Specification number(s) relating to the Work at the job-site. |
| 2. | Trade Contractor/Subcontractor | If you are a Subcontractor, the name of your Contractor; if you are a sub-subcontractor, the name of your Subcontractor. |
| 3. | Work Performed | Type of work performed by Subcontractor. Example: Concrete, Excavation, Supervisory, etc. |
| 4. | Date Contract Completed and Date Total Work Completed | Fill in the appropriate dates. |
| 5. | Subcontractors included in the work | Names of all Subcontractors and sub-subcontractors associated with this work. |
| 6. | Final Audits Payroll Records: | List the names of the terminating contractors and all applicable Subcontractors. |
| 7. | Signed | An appropriate officer of the company must sign and date the completed form. |

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 32 of 37

Exhibit 1 – Sample ACORD Form from Contractor

**ACORD®  CERTIFICATE OF LIABILITY INSURANCE**          DATE (MM/DD/YY)

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Broker Name | |
| Broker Address | |
| | **COMPANIES AFFORDING** |
| | COMPANY A  Insurance Carrier Name |
| INSURED | COMPANY B  Insurance Carrier Name |
| Contractor Name | COMPANY C  Insurance Carrier Name |
| Contractor Address | |
| City/State/Zip code | COMPANY D |

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOT WITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENTS WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| Co Ltr | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | GENERAL AGGREGATE | $1,000,000 |
| A | [X] COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS-COMP/OP AGG | $1,000,000 |
| | [X] OCCURRENCE | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | OWNER'S & CONTRACTOR'S PROT | | | | EACH OCCURRENCE | $1,000,000 |
| | [X] GENERAL AGGREGATE PER PROJ | | | | FIRE DAMAGE (Any one Fire) | $100,000 |
| | | | | | MED EXP (Any one Person) | $5,000 |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT | $1,000,000 |
| | ANY AUTO | | | | | |
| A | [X] ALL OWNED AUTOS | | | | BODILY INJURY (Per Person) | |
| | SCHEDULED | | | | BODILY INJURY (Per Accident) | |
| | [X] HIRED AUTOS | | | | | |
| | [X] NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE | |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | |
| | UMBRELLA FORM | | | | AGGREGATE | |
| | OTHER THAN UMBRELLA FORM | | | | | |
| | **WORKERS' COMPENSATION AND** | | | | [X] STATUTORY LIMITS | |
| | **EMPLOYERS' LIABILITY** | | | | EACH ACCIDENT | $ 1,000,000 |
| B | THE PROPRIETOR/ | | | | DISEASE - POLICY LIMIT | $ 1,000,000 |
| | PARTNERS/EXECUTIVE | | | | DISEASE - EACH EMPLOYEE | $ 1,000,000 |
| | OFFICERS ARE: | | | | | |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS

The Owner and POJV are added as additional insureds per endorsement application to ISO form 2010 (11/85). Coverage is primary and non-contributory. Waiver of Subrogation is included for General Liability and Automobile Liability per endorsement attached.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| MDAD | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT. |
| c/o Aon Risk Services Inc. | |
| 605 Crescent Executive Court – Suite 144 | |
| Lake Mary FL 32746 | AUTHORIZED REPRESENTATIVE              009250000 |

ACORD 25-S (3/93)                                      ©ACORD CORPORATION 1993

MDAD - OCIP Insurance Manual –12/31/2005

**29**

POJV - North Terminal Development Consolidation Program          January 23, 2006
Owner Controlled Insurance Program                              Section 00015
Project No. 747B                                                Version 0

Page 33 of 37

| **ACORD®** | **CERTIFICATE OF LIABILITY INSURANCE** | DATE (MM/DD/YY) |
|---|---|---|

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

Broker Name
Broker Address

| | COMPANIES AFFORDING |
|---|---|
| | COMPANY A   Insurance Carrier Name |
| INSURED | COMPANY B   Insurance Carrier Name |
| Subcontractor Name | COMPANY C   Insurance Carrier Name |
| Subcontractor Address | COMPANY D |
| City/State/Zip code | |

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENTS WITH RESPECT TO WHICH CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID

| Co Ltr | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | | GENERAL AGGREGATE | $1,000,000 |
| | X COMMERICAL GENERAL LIABILITY | | | | PRODUCTS-COMP/OP AGG | $1,000,000 |
| | CLAIMS X | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | OWNER'S & CONTRACTORS | | | | EACH OCCURRENCE | $1,000,000 |
| | X GENERAL AGGREGATE PER PROJECT | | | | FIRE DAMAGE (Any one Fire) | $100,000 |
| | | | | | MED EXP (Any one Person) | $5,000 |
| A | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT | $1,000,000 |
| | ANY AUTO | | | | | |
| | X ALL OWNED | | | | BODILY INJURY (Per Person) | |
| | SCHEDULED | | | | | |
| | X HIRED | | | | BODILY INJURY (Per Accident) | |
| | X NON-OWNED | | | | | |
| | | | | | PROPERTY DAMAGE | |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | |
| | UMBRELLA FORM | | | | AGGREGATE | |
| | OTHER THAN UMBRELLA FORM | | | | | |
| B | **WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY** | | | | X STATUTORY LIMITS | |
| | | | | | EACH ACCIDENT | $ 1,000,000 |
| | THE PROPRIETOR PARTNERS/EXECUTIVE OFFICERS ARE: | | | | DISEASE - POLICY LIMIT | $ 1,000,000 |
| | | | | | DISEASE - EACH EMPLOYEE | $ 1,000,000 |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS

The Owner and POJV are added as additional insureds per endorsement equivalent to ISO form 2010 (1193). Coverage is primary and non-contributory. Waiver of Subrogation is included for General Liability and Automobile Liability per endorsement attached.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Contractor [with whom Subcontractor has contract] Street Address City State/Zip | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT. |
| | AUTHORIZED REPRESENTATIVE                     209250000 |

| ACORD 25-S (3/93) | ©ACORD CORPORATION 1993 |
|---|---|

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 34 of 37

## NORTH TERMINAL DEVELOPMENT CONSOLIDATION PROGRAM

## INITIAL OCIP CLAIM INFORMATION FORM

The purpose of this form is to provide information to the insurance company that will facilitate the processing of a claim as quickly as possible. In order to accomplish this, the insurance company needs to know the *"Who, What, When, Why, Where, and How"* of the claim. Please keep this in mind as you fill out the form.

### IT IS VERY IMPORTANT TO PROVIDE THE COMPLETED FORM
### WITHIN 24 HOURS OF INCIDENT TO:

OCIP Administrator
NTD Safety Trailer - Miami International Airport
Phone:  305-869-3566   Fax:  305-869-5990
**maria_cruz@ars.aon.com**

1.  *When:* Date of Incident:_____ Time of Incident:_____

2.  *Who:* Print the names of all Contractors and personnel involved in the incident:

Contractor: _____Circle one:   Trade      Sub

Address: _____

_____

Contact Person: _____

Office Phone: _____ Cell Phone:_____


Contractor: _____Circle one:   Trade      Sub

Address: _____

_____

Contact Person: _____

Office Phone: _____ Cell Phone:_____


Contractor: _____Circle one:   Trade      Sub

Address: _____

_____

Contact Person: _____

Office Phone: _____ Cell Phone:_____

POJV - North Terminal Development Consolidation Program                    January 23, 2006
Owner Controlled Insurance Program                                                        Section 00015
Project No. 747B                                                                                      Version 0

Page 35 of 37

Personnel directly involved and their employers:

| | |
|---|---|
| Name: _____ | Company: _____ |
| Name: _____ | Company: _____ |
| Name: _____ | Company: _____ |
| Name: _____ | Company: _____ |
| Name: _____ | Company: _____ |

Superintendents/Supervisors of the work involved in the incident:

| | |
|---|---|
| Supervisor: _____ | Company: _____ |
| Supervisor: _____ | Company: _____ |
| Supervisor: _____ | Company: _____ |

3.  *Where.* Provide the specific location of the incident: _____

_____

4.  *What, How and Why.* Describe the events of the incident in detail, i.e. what was damaged, how it was damaged, and why the damage occurred. Include whether the damage was to existing facilities, new work, materials/equipment awaiting installation, etc. *Attach additional pages, if necessary*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

5.  Weather: Clear_____ Partly Cloudy_____ Cloudy_____ Rain_____ Foggy_____ Other_____

6.  Names of any Witness(es) – attach statements and photographs if available):

| | |
|---|---|
| Name: _____ | Company: _____ |
| Name: _____ | Company: _____ |
| Name: _____ | Company: _____ |

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 36 of 37

**FORMS**

POJV - North Terminal Development Consolidation Program
Owner Controlled Insurance Program
Project No. 747B

January 23, 2006
Section 00015
Version 0

Page 37 of 37

# SECTION 00020

# DISADVANTAGED BUSINESS ENTERPRISES (DBE) PARTICIPATION PROVISIONS

**Attached are the Disadvantaged Business Enterprises (DBE) Participation Provisions. Trade Contractor shall comply with these provisions.**

North Terminal Development Consolidation Program
DBE Participation Provisions
Project No. 747B

January 23, 2006
Section 00020
Version 0

Page 1 of 12

1) <u>**UTILIZATION OF DBE CONTRACTORS**</u>

   (a)  *The Contractor or sub-contractors shall not discriminate on the basis of race, color, national origin, or sex in the award and performance of any DOT assisted contract or in the administration of its DBE Program or the requirements of 49 CFR Part 26. The Contractor shall take all necessary and reasonable steps under 49 CFR Part 26 to ensure nondiscrimination in the award and administration of DOT assisted contract. The MDAD DBE Program, as required by 49 CFR Part 26 and as approved by DOT, is incorporated by reference in this agreement. Implementation of this Program is a legal obligation and failure to carry out its terms shall be treated as a violation of this agreement. The MDAD may impose sanctions to contractors who fail to carry out the terms of this Provision as provided under Part 26*

   (b)  Each sub-contract the prime contractor signs with a sub-contractor must include the following assurance:

   "The contractor shall not discriminate on the basis of race, color, national origin, or sex in the performance of this contract. The contractor shall carry out applicable requirements of 49 CFR part 26 in the award and administration of this contract. Failure by the contractor to carry out these requirements is a material breach of this contract, which may result in the termination of this contract or as the MDAD deems appropriate."

   (c)  Award of this contract will be conditioned upon satisfying the requirements of these bid specifications. These requirements apply to all Contractors, including those who qualify as a DBE. A DBE contract goal of **(See Bid Form)** participation has been established for this contract. The Contractor shall make good faith efforts, as defined in Appendix A, 49 CFR of Part 26, Section 26.55, to meet the contract goal for DBE participation in the performance of this contract.

   (d)  The Contractor will be required to submit the following information with its bid in order to be deemed responsive:

        1)  The Disadvantaged Business Enterprises (DBE) Utilization Form (Form No. DBE-MA-1 Attached).

        2)  If the contract DBE goal is not met, documentation demonstrating good faith efforts must be included with the bid.

Provided the Contractor shall have submitted completed forms and information required by these Provisions, and its bid is otherwise responsive to the solicitation, a Contractor shall be provided an opportunity to participate in the proceedings set out in this Provision. The Contractor's failure to submit completed forms and information required by these Provisions can neither be cured by supplementary submittals and testimony at hearings nor shall the non-responsiveness of the bid on account thereof be waived, negotiated or compromised.

   (e)  The Contractor will be required to submit the following information by 4:00 p.m. on the second business day following bid opening in order to be deemed responsible.

        1)  The Schedule of Participation: which constitutes a written representation by the Contractor that to the best of the Contractor's knowledge the DBEs listed are available and have agreed to perform as specified (Form No.

North Terminal Development Consolidation Program          January 23, 2006
DBE Participation Provisions                              Section 00020
Project No. 747B                                         Version 0

Page 2 of 12

DBE-MA-2 Attached).

2) Letter (s) of Intent: all Contractors must submit signed Letter(s) of Intent completed by the participating certified DBE sub-contractor. Be sure to include their respective dollar value and percentage of work. Expenditures to DBEs on a Schedule of participation that are not confirmed by a Letter(s) of Intent shall not count toward the goal (Form No. DBEMA-3 Attached).

(f) Determination of Compliance: The total price for work to be performed by DBE firms as indicated in the Contractor's Schedule of Participation by DBE firms is required to be sufficient to fulfill the stated goal, unless the Contractor shall demonstrate to the satisfaction of MDAD that:

1) it has made every reasonable effort to contact and negotiate with DBE firms in an attempt to sub-contract work, including every reasonable effort to select the portions of the work proposed to be sub-contracted, in order to achieve the stated goal.

2) it was unable, notwithstanding such efforts, to achieve the stated goal because DBE firms were not Qualified or were Unavailable; and

3) it included in its Schedule of Participation, all such proposed agreements it was able to make.

MDAD shall not award a Contract to any Contractor which it determines fails to comply with the applicable requirements of these Provisions. Nothing herein shall relieve any Contractor or any Contractor performing any work under the Contract from any of the terms, conditions, or requirements of the Contract or modify Owner's rights as reserved in the Contract Documents.

Attendance at pre-construction conferences is encouraged to ensure that the contractor and their sub-contractors are aware of the reporting requirements and their responsibilities as they relate to the DBE Program. MDAD staff makes itself available to both the contractor and their sub-contractors during the course of the contract if any dispute arises concerning the DBE requirements.

2) **INVESTIGATIONS AND RECOMMENDATION BY COMPLIANCE OFFICER:**

In the event that the Contractor has not met the stated goals, and has submitted the good faith efforts extended by the Contractor to meet the stated goals, the Compliance Officer may, require that the Contractor meet with the Compliance Officer at Miami-Dade County Aviation Department, Minority Affairs Division Building 5A, 3rd Floor, Miami, Florida 33159, or such other place as the Compliance Officer may designate. The purpose of this meeting shall be for the Compliance Officer to determine, if necessary, whether the good faith efforts of the Contractor to meet the stated goals are sufficient. At this meeting the Contractor shall have an opportunity to present information pertinent to its compliance with the applicable requirements.

The Compliance Officer may require the Contractor to produce such additional information as the Compliance Officer deems appropriate.

No later than fifteen (15) days after the initial meeting with the Contractor, the Compliance Officer shall make a written recommendation to the Aviation Director or his/her designee (hereinafter referred to as "Director") which shall include a statement of the facts and reasons upon which the recommendation is based.

a) Determination by MDAD - Following receipt of the recommendation, the Director shall, at

North Terminal Development Consolidation Program
DBE Participation Provisions
Project No. 747B

January 23, 2006
Section 00020
Version 0

Page 3 of 12

his discretion, request such further information from the Contractor as he deems appropriate, and may rely upon any factual conclusion reported by the Compliance Officer which is not contradicted by the Contractor, relevant to the issues on which his recommendation to the Board will be based. As soon as practicable, the Director shall make a determination, in writing and setting forth the facts and reasons upon which it is based, whether the bid of such Contractor complies with the requirements of these Provisions or recommending to the Board that the Contract not be awarded to the Contractor. A copy of such determination shall be sent to the Contractor. Such determination shall not affect the power of the Board of County Commissioners to reject the Contractor's bid for any other reason or to take action on the recommendation of the Director as it deems appropriate.

b)  Consideration of Other Bids - If MDAD deems it advisable in the interest of expediting the award of the Contract, the procedures set forth in these Provisions may be carried out with respect to the bids of one or more additional Contractors at the same or different times with each such proceeding to be separately conducted.

  Failure of Contractor to Participate - The Contractor will be bound by proceedings under these Provisions to which it has been given required notice without regard to its participation or lack of participation in them. Its lack of participation, upon receiving notices and requests pursuant to these Provisions, shall not be grounds for reconsideration of any actions taken in the proceedings under these Provisions.

c)  Substitution of DBE Firms for those listed in the Schedule of Participation by DBE Firms and Letter (s) of Intent Prior to Contract Award - A Contractor must submit in writing any substitution of another firm from that provided in its Schedule of Participation. Such authorization may be given upon a determination that:

  1)  although listed by a Contractor in good faith, a sub-contractor appearing on the Contractor's Schedule of participation is not a DBE sub-contractor, is not qualified or is unavailable and that,

  2)  if the work scheduled to be performed by the said contractor is not performed by a DBE sub-contractor, the Contractor will not achieve the level of participation listed on its schedule. Upon receiving such authorization, the Contractor shall make every reasonable effort to replace a sub-contractor listed in its Schedule of Participation with another qualified DBE sub-contractor to perform, for not less than the same price or the price necessary to achieve the level of participation listed on its schedule, the same work or other work not appearing on the Schedule included with its bid submission. Failure on the part of the Contractor to comply with all of the requirements of these Provisions shall be grounds for the recommendation of the Director to the Board of County Commissioners that the Contract not be awarded to the Contractor.

3)  **ADMINISTRATIVE RECONSIDERATION**

  1)  Within 5 days of being informed by MDAD that its bid is not responsive/responsible, because it has not documented sufficient good faith efforts, a Contractor may request administrative reconsideration. Contractor should make this request in writing to the Contracting Officer: Aviation Director, P.O. Box 592075, Miami, Florida 33159-2075, telephone number (305) 876-7077. The reconsideration official will not have played any role in the original determination that the Contractor did not make to document sufficient good faith efforts.

North Terminal Development Consolidation Program
DBE Participation Provisions
Project No. 747B

January 23, 2006
Section 00020
Version 0

Page 4 of 12

2) As part of this reconsideration, the Contractor will have the opportunity to provide written documentation or argument concerning the issue of whether it met the goal or made adequate good faith efforts to do so. The Contractor will have the opportunity to meet in person with the reconsideration official to discuss the issue of whether it met the goal_ or made adequate good faith efforts to do so. MDAD will send the Contractor a written decision on reconsideration, explaining the basis for finding that Contractor did not meet the goal or make adequate good faith efforts to do so. The result of the reconsideration process is not administratively appealable to the Department of Transportation.

3) In a "design-build" or "turnkey" contracting situation, in which the recipient lets a master contract to a contractor, who in turn lets subsequent sub-contracts for the work of the project, MDAD may establish a goal for the project. The master contractor will then establish contract goals, as appropriate for the sub-contracts it lets. MDAD will maintain oversight of the master contractor's activities to ensure that they are conducted consistent with the requirements of the DBE plan.

4) MDAD will require that a prime contractor not terminate for convenience a DBE sub-contractor (or an approved substitute DBE firm) and then perform the work of the terminated sub-contractor with its own forces or those of an affiliate, without prior written consent by the Aviation Director or designee.

5) When a DBE sub-contractor is terminated, or fails to complete its work on the contract for any reason, MDAD will require the prime contractor to make good faith efforts to find another DBE sub-contractor to substitute for the original DBE. These good faith efforts shall be directed at finding another DBE to perform at least the same amount of work under the contract as the DBE that was terminated, to the extent needed to meet the contract goal established.

6) MDAD will include in each prime contract a provision for appropriate administrative remedies that it will invoke if the prime contractor fails to comply with the DBE requirements of the contract.

4) **REQUIREMENTS AND PROCEDURES SUBSEQUENT TO CONTRACT AWARD:**

   A. **Schedule of Participation** - The Contractor shall sub-contract with those sub-contractors listed on the Schedule of Participation by DBE, with substitutions authorized under these Provisions, and shall thereafter neither terminate such sub-contract(s) nor reduce the scope of the work to be performed by, or decrease the price to be paid to, the DBE sub-contractor(s) thereunder without the prior written authorization of the Director.

   B. **Substitution of Sub-contractors:**

   1) **Excuse from Entering Sub-contracts.** If prior to execution of a sub-contract required by these Provisions, the Contractor submits a written request to the Director and demonstrates to the satisfaction of the Director that, as a result of a change in circumstances beyond its control of which it was not aware and could not reasonably have been aware until subsequent to the date of award of the Contract, a DBE Contractor which is to enter into such sub-contract has become not qualified, or that the DBE Contractor has unreasonably refused to execute the sub-contract, the Successful Contractor shall be excused from executing such sub-contract.

North Terminal Development Consolidation Program
DBE Participation Provisions
Project No. 747B

January 23, 2006
Section 00020
Version 0

Page 5 of 12

2) **Rightful Termination of Sub-contracts.** If after execution of a sub-contract required by these provisions, the Contractor submits a written request to the Director and demonstrates to the satisfaction of the Director that, as a result of a change in circumstance beyond its control of which it was not aware and could not reasonably have been aware until subsequent to the date of execution of such sub-contract, a DBE Contractor which entered into such sub-contract has become not qualified or has committed and failed to remedy a material breach of the sub-contract, the Contractor shall be entitled to exercise such rights as may be available to it to terminate the sub-contract.

3) **Determination of Excuse of Rightful Termination.** If the Contractor at any time submits a written request under these Provisions, the Director, as soon as practicable, shall determine whether the Contractor has made the requisite demonstration, and shall not determine that such a demonstration has not been made without first providing the Contractor an opportunity to present pertinent information and arguments.

4) **Alternative Sub-contracts.** If the Contractor is excused from entering a sub-contract under this Regulation or rightfully terminates a sub-contract under this Regulation and without such sub-contract the Contractor will not achieve the level of DBE Participation upon which the contract was awarded, the Contractor shall make every reasonable effort to enter into an alternative sub-contract or sub-contracts for the same work to be performed by another Qualified DBE sub-contractor or sub-contractors for a contract price or prices totaling not less than the contract price under the excused or terminated sub-contract, less all amounts previously paid thereunder. The Contractor shall be deemed to satisfy the requirements of this Regulation if:

    a) it shall enter each such alternative sub-contract(s) for the same work;

    b) it demonstrates to the satisfaction of the Director that it has made every reasonable effort to negotiate with a DBE Contractor in an attempt to sub-contract such work, but that it was unable to sub-contract the work because the DBE Contractors were (i) not Qualified; (ii) Unavailable; or (iii) although Qualified and not Unavailable, were unwilling or unable to propose a price for such work equal to or less than the price originally scheduled for such work (less all amount previously paid thereof);

    c) when situations covered by these Regulations arises, the Compliance Officer shall promptly meet with the Contractor and provide him an opportunity to demonstrate compliance with these Provisions. The Compliance Officer shall, as promptly as practicable, recommend to the Director whether the Contractor should be determined to be in continued compliance with these Provisions.

The Compliance Officer may require the Contractor to produce such information as the Compliance Officer deems appropriate and may obtain whatever other and further information from whatever source the Compliance Officer deems appropriate. A copy of the Compliance Officer's recommendation shall be promptly hand delivered or sent by registered mail to the Contractor. The Compliance Officer shall not make his/her recommendation under this paragraph without giving the Contractor notice and an opportunity to present pertinent information and arguments.

The Director will consider objections to the Compliance Officer's recommendation only if such written objections are received by the Director within five (5) calendar days from the Contractor's receipt of the Compliance Officer's recommendation. The Director will reply to the Contractor's written objection within (10) days of receipt of these objections.

North Terminal Development Consolidation Program      January 23, 2006
DBE Participation Provisions      Section 00020
Project No. 747B      Version 0

Page 6 of 12

5)   **PROMPT PAYMENT**

Miami-Dade Aviation Department (MDAD) has, as part of its DBE Program, a contract clause which implements the Miami-Dade County (MDC) ordinance required by State of Florida law on prompt payment of contractors and sub-contractors. The ordinance requires MDAD/MDC to pay small businesses, and for prime contractors to pay sub-contractors for satisfactory performance of their contracts no later than 30 days after a proper invoice has been received. This clause also requires the prompt return of retainage payments from the prime contractor to the sub-contractor within a specific number of days after the sub-contractor work is satisfactorily completed. The prompt payment ordinance and MDAD contracting procedures provide for appropriate penalties for failure to comply with the terms and conditions of MDAD contracts. Any delay or postponement of payments among the parties may take place only for good cause, with MDAD's prior written approval.

MDAD has established, as part of its DBE Program, the following additional mechanisms that may be applied to ensure prompt payment:

1)   A contract clause that requires prime contractors to include in their sub-contracts, language providing that prime contractors and sub-contractors will use appropriate alternative dispute resolution mechanisms to resolve payment disputes. MDAD will specify the nature of such mechanisms as appropriate;

2)   A contract clause providing that the prime contractor will not be reimbursed for work performed by sub-contractors unless and until the prime contractor ensures that the sub-contractors are promptly paid for the work they have performed; and,

3)   Other mechanisms, consistent with this part and applicable state and local law, to ensure that DBEs and other contractors are fully and promptly paid.

6)   **PROCEDURES FOR POST MONITORING**

MDAD shall monitor the compliance of the Contractor with the requirements of these Provisions during the course of the work to be performed under the Contract. MDAD shall have access to the necessary records to examine such information as may be appropriate for the purpose of investigating and determining compliance with these Provisions, including, but not limited to, manpower tables, records of expenditures, observations at the job site, and contracts between the Contractor and his sub-contractors, suppliers and material men entered into during the life of the Contract.

The MDAD's DBE Program also includes a monitoring and enforcement mechanism to verify that the work committed to DBEs at contract award is actually performed by the DBEs. This mechanism provides for a running tally of actual DBE attainments (i.e., payments actually made to DBE firms); includes a provision ensuring that DBE participation is credited toward overall or contract goals when payments are actually made to DBE firms; and requires the following elements:

1)   Site inspections are conducted to verify that the DBE contractors identified as performing work on our contracts are actually doing the work. Inspections may include desktop audits where invoices are examined as well as payments. Sub-contracts may be reviewed and employees interviewed to verify information that has been submitted.

2)   A notarized Monthly Utilization Report (MUR), as found in Form DBE-MA-4 (Attached), is required from all contractors in which a DBE goal has been set. The reports provide the dollars paid to the prime contractor and what the prime contractor has paid each to their sub-contractors. This data is entered into a database to be monitored for compliance with goals.

3)   Prime contractor must include with their MUR, proof of payment to the DBE sub-contractors. This is achieved by providing copies of checks or written statements from the sub-contractors in which they acknowledge payment.

North Terminal Development Consolidation Program                              January 23, 2006
DBE Participation Provisions                                                              Section 00020
Project No. 747B                                                                              Version 0

Page 7 of 12

7) **SANCTIONS FOR VIOLATIONS**

If at any time MDAD has reason to believe that the Contractor is in violation of its obligation under these Provisions, or has otherwise failed to comply with these Provisions, MDAD may, in addition to pursuing any other legal remedy, commence proceeding to impose sanctions on the Contractor. Such sanctions may include, but are not limited to, one or more of the following:

1) The suspension of any payment or part thereof due the Contractor until such time as the issues concerning the Contractor's Compliance are resolved.

2) The termination or cancellation of the Contract in whole or in part, unless the Contractor demonstrates within a reasonable time its compliance with the terms of these Provisions.

The denial to the Contractor of the right to participate in any further contracts awarded by MDAD for a period no longer than three years. No such sanction shall be imposed by MDAD upon the Contractor except pursuant to a hearing conducted by the Director.

North Terminal Development Consolidation Program
DBE Participation Provisions
Project No. 747B

January 23, 2006
Section 00020
Version 0

Page 8 of 12

# DISADVANTAGED BUSINESS ENTERPRISE (DBE) UTILIZATION

The undersigned bidder/offeror has satisfied the requirements of the bid specification in the following manner (please check the appropriate space).

_____    The bidder/offeror is committed to a minimum of _____% DBE utilization in this Contract.

_____    The bidder/offeror (if unable to meet the DBE goal of _____% is committed to a minimum of _____% DBE utilization on this contract and submits documentation demonstrating good faith efforts.

Name of bidder/offeror's firm: _____

State Registration No. _____

By: _____        Title: _____
      (Signature)

_____        Date:_____
      (Print Name)

**FORM DBE-MA-1** – Revised May 15, 2002

North Terminal Development Consolidation Program
DBE Participation Provisions
Project No. 747B

January 23, 2006
Section 00020
Version 0

Page 9 of 12

# SCHEDULE OF PARTICIPATION BY DBE FIRMS

Listed below is the information pertaining to "certified" DBE firms who will be participating in this contract.

| NAME OF DBE FIRMS | DESCRIPTION OF SERVICES | $ & % OF BID/PROPOSAL |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Form to be completed and signed by the Bidder/Proposer.  I certify that the representation contained in this Schedule of Participation are to the best of my knowledge true and accurate.

Signature                       Date

Print Name            Title            Company Name

**Form DBE-MA-2**  Revised May 15, 2002

North Terminal Development Consolidation Program
DBE Participation Provisions
Project No. 747B

January 23, 2006
Section 00020
Version 0

# LETTER OF INTENT
## DISADVANTAGED BUSINESS ENTERPRISE PARTICIPATION

To: _____

Project: _____

Contract Number:_____ Total $ value & % of Bidder/Proposal: _____

The undersigned holds DBD Certificate No. _____expiring on, _____ 20_____

The undersigned intends to perform the following work in connection with the above Bid/ Proposal (Describe):_____

| Description of Services | $ value & % of Bid/Proposal |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total%_____

Signature _____    Date _____

Print Name _____    Title _____

DBE Firm _____

**Form DBE-MA-3**
Revised May 15, 2002

North Terminal Development Consolidation Program
DBE Participation Provisions
Project No. 747B

January 23, 2006
Section 00020
Version 0

Page 11 of 12

**MONTHLY DISADVANTAGED BUSINESS UTILIZATION REPORT**
**FOR CONSTRUCTION & A/E PROJECTS**

| 1) Miami-Dade County Disadvantaged Business Utilization, DBE Goal _____ % | 2) Reporting Period:<br>From: _____<br>To: _____ |
|---|---|

This report is required by Miami-Dade County (MDC). Failure to comply may result in MDC commencing proceedings to impose sanctions on this Contractor. In addition to pursuing any other available legal remedy. Sanctions may include the suspension of any payment or part thereof, termination or cancellation of the Contract, and the denial to participate in any future contracts awarded by MDC.

**5) CONTRACTOR INFORMATION**

| 3) Name of Contractor & Address | 5a) Date of Pre-bid Confer. | 5b) Date of Pre-Cost. Conf. | 5c) Contract Amount | 5d) Change Order Amount | 5e) DBE % Goal Attained | 5f) Date of NT Proceed | 5g) Schedule Completion | 5h) % Project Completed |
|---|---|---|---|---|---|---|---|---|
| | | | | | 0.000% | | | 0.0% |
| | | | | | | | | $ - |

| 4) Name of Contract & No. | Amount of Requisition this Period $ _____<br>Total Amount Requisitioned to Date $ _____ |
|---|---|

**7) DBE UTILIZATION**

| 6) Name of Subcontractor (s) | 7a) Subcontractor Amount | 7b) Description of Work | 7c) Amount Drawn | 7d) Amount Paid to Date | 7e) Actual Starting (Proposed) Date | 7f) Scheduled Completion Date | 7g) Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | $ | Total | $ | $ | | | |

8) Company Official's Signature and Title _____   9) Date _____   10) Telephone _____

Please Print or Type Name _____

11) Sworn before me: This _____ day of _____ 20___

Notary Public: _____

Please note: this form has to be automated (on a spread sheet)

FORM DBE-MA-4          Revised 1/12/2005

# SECTION 00021

# Minimum Wage Rates (Davis Bacon & Related Acts)

Trade Contractor, including its subcontractors at all tiers of its subcontractors, is required to pay wages and fringe benefits at rates not less than the Minimum Wage Rates as set forth in this Section. Any questions regarding labor rates shall be determined in accordance with the Department of Labor and Davis Bacon Act and related provisions. Trade Contractor shall be required to furnish weekly certified payrolls for the entire duration of the Trade Contract on the applicable Department of Labor forms. For additional information, please contact the United States Department of Labor or visit their website at www.dol.gov.

Attached herein is:

1. Wage Determinations for Miami-Dade County, Florida. Construction Type: Building.

POJV – North Terminal Development Consolidation Program
Minimum Wage Rates (Davis Bacon & Related Acts)
Project No. 747B

February 3, 2006
Section 00021
Version 0

Page 1 of 6

GENERAL DECISION: **FL20030001** 04/08/2005 FL1

Date: April 8, 2005

General Decision Number: **FL20030001 04/08/2005**

Superseded General Decision Number: FLO20001

State: Florida

Construction Type: Building

County: Miami-Dade County in Florida.

BUILDING CONSTRUCTION PROJECTS (does not include single family

homes and apartments up to and including four (4) stories)

Modification Number Publication Date

| | |
|---|---|
| 0 | 06/13/2003 |
| 1 | 01/23/2004 |
| 2 | 04/09/2004 |
| 3 | 05/28/2004 |
| 4 | 08/27/2004 |
| 5 | 01 /28/2005 |
| 6 | 04/08/2005 |

ASBE0060-001 09/01/2003

| | Rates | Fringes |
|---|---|---|
| Asbestos Worker/Heat and Frost Insulator ................. | $ 23.65 | 8.79 |

---------------------------------------------------------------

ELECO349-001 06/01/2002

Including Fire Alarm Installation

| | Rates | Fringes |
|---|---|---|
| Electrician (Including Fire Alarm Installation) | | |
| Electrical contracts including materials that are less than $2,000,000... | $20.50 | 4.30 + 8% |
| Electrical contracts including materials that are over $2,000,000 ............ | $22.96 | 4.30 + 8% |

---------------------------------------------------------------

* ELEV0071-001 01 /01 /2005

| | Rates | Fringes |
|---|---|---|
| Elevator Mechanic ............... | $ 29.805 | 12.115 |

POJV – North Terminal Development Consolidation Program
Minimum Wage Rates (Davis Bacon & Related Acts)
Project No. 747B

February 3, 2006
Section 00021
Version 0

Page 2 of 6

FOOTNOTE FOR ELEVATOR CONSTRUCTORS:

A: Employer contributes 8% basic hourly rate for 5 years or more of service or 6% basic hourly rate for 6 months to 5 years of service as Vacation Pay Credit; Paid Holidays: New Year's Day; Memorial Day; Independence Day; Thanksgiving Day; Christmas Day, plus the Friday after Thanksgiving.

----------------------------------------------------------

ENG 10487-001 01/02/2005

|  | Rates | Fringes |
|---|---|---|
| Power equipment operators: | | |
| Crane Oiler (Including Truck Crane) ................. | $ 16.50 | 5.70 |

----------------------------------------------------------

IRON0272-001 04/01/2003

|  | Rates | Fringes |
|---|---|---|
| Ironworkers: | | |
| Ornamental ................... | $ 19.75 | 4.70 |
| Reinforcing ................... | $ 19.75 | 4.70 |
| Structural ..................... | $ 19.75 | 4.70 |

----------------------------------------------------------

PLUM0519-001 03/16/2005

|  | Rates | Fringes |
|---|---|---|
| Plumber .......................... | $23.42 | 6.63 |

----------------------------------------------------------

PLUM0725-001 07/16/2003

|  | Rates | Fringes |
|---|---|---|
| Pipefitter (including HVAC) | $25.05 | 6.50 |

----------------------------------------------------------

SFFL0821-001 01 /01 /2003

|  | Rates | Fringes |
|---|---|---|
| Sprinkler Fitter ................. | $22.40 | 6.27 |

----------------------------------------------------------

SHEE0032-001 08/12/2003

|  | Rates | Fringes |
|---|---|---|

POJV – North Terminal Development Consolidation Program
Minimum Wage Rates (Davis Bacon & Related Acts)
Project No. 747B

Page 3 of 6

February 3, 2006
Section 00021
Version 0

Sheet metal worker (including

HVAC duct work) ……….….....    $24.24        8.97

-------------------------------------------------------

S U F L 1999-001 03/0411999

|  | Rates | Fringes |
|---|---|---|
| Acoustical Tile Installer……………… | $ 10.00 | 0.62 |
| Bricklayer/Blocklayer………………… | $ 15.36 | |
| Carpenter (Including Drywall Hanging and Batt Installation)……… | $ 12.90 | 2.40 |
| Carpet Layer ……………………… | $ 14.25 | |
| Cement Mason/Concrete Finisher…. | $ 14.50 | 3.15 |
| Drywall Finisher ………………….... | $ 12.50 | |
| Glazier …………………………… | $ 13.05 | 2.42 |
| Laborers: | | |
| Pipelayers ………………………… | $ 13.81 | |
| Plasterer Tenders…………………… | $ 10.09 | |
| Unskilled (Including Mason Tending) …………………………… | $ 8.70 | |
| Painter, Brush ………………………… | $ 9.61 | |
| Plasterer ……………………………... | $ 15.05 | |
| Power equipment operators: | | |
| Backhoe …………………………… | $ 15.71 | 2.85 |
| Bulldozer ………………………… | $ 14.58 | 2.85 |
| Concrete Pump Operator………… | $ 14.78 | |
| Grader …………………………… | $ 15.93 | 2.85 |
| Loader …………………………… | $ 15.04 | 2.85 |
| Roller …………………………… | $ 12.84 | 2.85 |
| Roofer (including Built-up Composition and Single Ply) ……. | $9.99 | |
| Tile Setter ………………………… | $12.50 | 0.87 |
| Truck Driver ……………………….. | $10.95 | 1.83 |

-------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing

operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within

the scope of the classifications listed may be added after

award only as provided in the labor standards contract clauses

(29CFR 5.5 (a) (1) (ii)).

-------------------------------------------------------------------

In the listing above, the "SU" designation means that rates
listed under the identifier do not reflect collectively
bargained wage and fringe benefit rates. Other designations
indicate unions whose rates have been determined to be
prevailing.

-------------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination

* a survey underlying a wage determination

* a Wage and Hour Division letter setting forth a position on
  a wage determination matter

* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations. Write to:

      Branch of Construction Wage Determinations

      Wage and Hour Division

      U.S. Department of Labor

      200 Constitution Avenue, N.W.

      Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

      Wage and Hour Administrator

      U.S. Department of Labor

      200 Constitution Avenue, N.W.

      Washington, DC 20210

POJV – North Terminal Development Consolidation Program
Minimum Wage Rates (Davis Bacon & Related Acts)
Project No. 747B

Page 5 of 6

February 3, 2006
Section 00021
Version 0

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

===========================================================

END OF GENERAL DECISION

POJV – North Terminal Development Consolidation Program
Minimum Wage Rates (Davis Bacon & Related Acts)
Project No. 747B

February 3, 2006
Section 00021
Version 0

Page 6 of 6

# SECTION 00022

# COMMUNITY WORKFORCE PROGRAM

**Attached are the Community Workforce Program Participation Provisions. Trade Contractor shall comply with these provisions.**

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 1 of 17

# MIAMI-DADE COUNTY
# FLORIDA


## Department of Business Development


# COMMUNITY WORKFORCE PROGRAM
# (CWP)
## PARTICIPATION PROVISIONS


**This Contract/Work Order has a <u>29%</u> Community Workforce Goal**


**Department of Business Development (DBD)**
**175 N.W. 1ST Avenue, 28t Floor**
**Miami, Florida 33128**
**Phone: (305) 349-5960 Fax: (305) 349-5915**


A copy of the governing Ordinance 03-237 (formerly 03-1) and Administrative Order 3-37 as amended under resolution R-1248-03, can be obtained from the Clerk of the Courts at the Stephen P. Clark Building, 111 NW I s t Street, Suite 17-202, Miami, Florida or via the Internet at www.co.miami-dade.fl.us/govaction/searchleg.asp


**Revised**
**November 2003**

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 2 of 17

# Table of Contents

I.      Definitions ................................................................................................................... 4

II.     General Information ................................... ................................................................... 6

III.    Program Objective ................................... ................................................................... 6

IV.     Goal Compliance ................................... ................................................................... 6

V.      Workforce Plan ................................... ................................................................... 7

VI.     WDO and WRO Registration ................................... ................................................................... 8

VII.    Compensation to WDO or WRO ................................... ................................................................... 8

VIII.   Monitoring     ................................... ................................................................... 8

IX.     Accessing Incentives ................................... ................................................................... 9

X.      Sanctions for Contractual Violations ................................... ................................................................... 9

XI.     Appeal Process ................................... ................................................................... 10

XII.    Forms

        Workforce Plan ................................................................................................CWP-01

        Workforce Plan Monthly Report ................................................................................CWP-02

        Payroll ................................................................................................CWP-03

        Clearinghouse ................................................................................................ A and B

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 3 of 17

## DEFINITIONS:

A.   *Capital Construction Contract* means the building and or improvement of a specific fixed asset as approved in the Capital Budget or, open contract infrastructure work where the individual work orders are distributed throughout the County.

B.   *Construction Trade Work* means skilled laborers.

C.   *Contract* means a contract for Capital Construction.

D.   *Department* means department or agency administering a Capital Construction Contract to which a local workforce goal has been applied.

E.   *Designated Target Area (DTA)* means any geographic area of Miami-Dade County designated as an Empowerment/Enterprise Zone, any geographic area of Miami-Dade County designated by the Board of County Commissioners as a Targeted Urban Area (TUA), Community Development Block Grant (CDBG) Eligible Block Group or Focus Area.

F.   *Enterprise Zone* means a geographic area of Miami-Dade County designated as an Enterprise Zone or a Satellite Enterprise Zone pursuant to the Florida Enterprise Zone Act of 1994, as amended.

G.   *Empowerment Zone* means a geographical area of Miami-Dade County designated by the federal government as an empowerment zone.

H.   *CDBG Eligible Block Group* means a geographical area whose residents are lower to moderate income.

I.   *Focus Area* means a geographical area slated for economic revitalization.

J.   *Job* means a specific trade such as painting, electrical, plumbing, etc., in which a person hired by the contractor or subcontractor as part of the workforce used towards a workforce goal compliance and which the length of the job may aggregate to less than 120 days due to the nature of the job. Jobs that will be less than 30 days for completion may not be considered towards compliance with a workforce goal.

K.   *Labor Force* means individuals (the workforce) that may count towards compliance to a workforce goal.

L.   *Labor Work* means unskilled construction work.

M.   *Local Workforce Goal* means a requirement that a percentage of the workforce performing construction trades work and labor under a Capital Construction Contract/Work Orders be residents of a Designated Target Area.

N.   *New Hire* means any individual meeting the requirement of resident as defined below, employed by the contractor or subcontractor and on the contractor's or subcontractor's payroll, pursuant to the County's approval of the Workforce Plan by the contractor or subcontractor to perform any

North Terminal Development Consolidation Program                                        January 23, 2006
Community Workforce Program                                                                      Section 00022
Project No. 747B                                                                                            Version 0

Page 4 of 17

construction trades work or labor under a contract to which a local workforce goal has been applied, and who remains employed by the contractor or subcontractor and performs the job as listed and approved on the contractor's or subcontractor's workforce plan to include any approved revisions to the workforce plan, for a minimum duration of one hundred twenty (120) days or the length of the job whichever is less.

O.  *Resident* means a person who has resided in Miami-Dade County in any designated target area the past year (12 months).

P.  *Review Committee or RC* means the committee established by the County Manager to review proposed contracts for the application of local workforce goals.

Q.  *Scope of Services or Scope of Work* means the work to be performed under a Contract.

R.  *Subcontractor* means any person, firm, entity, or organization at any tier, other than the employees of the contractor, performing construction trade work or labor under a Contract to which a local workforce goal has been applied pursuant to the governing ordinance. This teen shall include employment agency furnishing personnel to a contractor or subcontractor.

S.  *Targeted Urban Area* means a geographical area of Miami-Dade County that has been designated by the County Commission as a Targeted Urban Area under Section 30A-129 of the Code.

T.  *Work* means the construction and services required by the contract including all labor, materials, equipment and services to be provided by the contractor to fulfill the contractor's obligations. The work may constitute the whole or a part of the contract.

U.  *Workforce Plan or Plan* means a plan delineating the number and category of administrative, construction trades and labor personnel necessary to perform the work under a Capital Construction Contract to which a local workforce goal has been applied, and the proposed steps that will be taken to meet the goal. The Plan shall be organized by trade and indicate the number and category of positions already filled and the number and category of positions that require recruitment; the anticipated date that the hiring process will be initiated; the deadline for referrals; the anticipated position commencement date; and the duration of the position.

V.  *Workforce Development Organization or WDO* means an organization providing construction trades skills training or providing skills training that is recognized and accepted by all federation members of the respective trade, who are instrumental in its design and provides certification after participation, or apprenticeship training or any construction related training. The firm must be registered with the Department of Business Development (DBD).

W.  *Workforce Recruitment/Referral Organization or WRO* means an organization providing qualified construction employment recruitment/referral services and employability skills training, including application process, interviewing, and appropriate attire. The organization must be registered with the Department of Business Development (DBD).

X.  *Worker Training Program or WTP* is a certified training program, technical school, apprenticeship program or other such construction industry related training program.

Y.  *Work Order* means issuance of specific work based on an open work contract with fixed unit prices.

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 5 of 17

## II. GENERAL INFORMATION

Except where state, or federal laws or regulations mandate to the contrary, these provisions shall apply to all such Capital Construction Contracts/Work Orders entered into and issued by Miami-Dade County, its departments and agencies including the Public Health Trust or funded in whole or in part by County funds or with private funds on County property, for public improvements located in Designated Target Areas.

## III. PROGRAM OBJECTIVE:

The Community Workforce Program objective is to ensure the utilization of workers living in Designated Target Areas (DTAs) in which a capital construction project is located. It is an attempt to improve the economic condition of all traditionally underserved communities, within employment figures exceeding the national average. Additionally, it is an effort to ensure that public dollars for capital improvement projects benefit residents of the affected communities.

A percentage of the workforce performing construction trades and labor work under this contract must be residents of Designated Target Areas for a minimum period of twelve months (one (1) year) in accordance with Miami-Dade County's Community Workforce Program governing ordinance and administrative order.

These provisions are subject to changes and corrections. The awarded contractor agrees to comply with any changes to this document and any amendments to the governing Ordinance and respective Administrative Order during the life of this contract.

## IV. GOAL COMPLIANCE:

It shall be the responsibility of the Contractor to maintain compliance with the Local Workforce Goal utilizing direct employment or utilizing employment through the subcontractor's workforce.

If the primary contractor and the subcontractor, through written mutual agreement, agree that any portion of the workforce goal will be achieved through the subcontractor, then the subcontractor shall have the right to self recruit or select and utilize qualified WDOs or WROs. The primary contractor, however, retains full responsibility for meeting the established Workforce Goal.

ii. Persons designated in the approved Workforce Plan as already on the contractor's (or on any proposed subcontractor's) payroll at the time of approval who reside in the Designated Target Area in which the public improvement is located and who perform any construction trades or labor work of the awarded contract shall count towards meeting the local workforce goal. If additional workforce is needed to meet the goal, the contractor or any proposed subcontractors must recruit the required workforce from the DTA in which the public improvement is located. If the contractor or proposed subcontractors are unable to locate the remaining required workforce in part or in whole and provide sufficient written documentation to DBD that the required labor force was not available in the DTA in which the project is located, the contractor and any proposed subcontractors may count persons on their payroll that reside in another DTA or recruit from the nearest DTA to the location of the public improvement. Failure to submit said documentation may result in the contractor not meeting the Workforce Goal. Penalties and sanctions will apply and shall be enforced for all violations to the CWP.

iii. Each New Hire residing in a Designated Target Area who is hired to a position designated in the approved Workforce Plan and who performs construction trades work or labor work of the

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 6 of 17

contract for a minimum duration of one hundred twenty days or the duration of the job may also count towards meeting the goal, provided the first priority in hiring for such position was given to persons residing in the Designated Target Area in which the public improvement is located.

iv.  Notwithstanding anything to the contrary above, the contractor may in whole or in part, be relieved of the requirements of the Community Workforce Ordinance and the respective Administrative Order if such contractor can demonstrate to DBD that it has utilized its best efforts to achieve a goal, including but not limited to, documented evidence (i.e. telephone/fax logs, etc.) of attempted recruitment through all DBD registered WDOs and WROs, Miami-Dade County's Clearinghouse and other DBD available workforce databases .

The following shall count towards compliance with a local workforce goal.

- o   Submit Workforce Plan to the issuing/user department within fifteen (15) days of Notice of Award.
- o   Obtain approval of the Workforce Plan from the Department of Business Development (DBD) within 10 days of receipt from the issuing/ user department.
- o   Commenced work on the contract/project/work order after receipt of an approved Workforce Plan and issuance of Notice to Proceed.
- o   Received approval from DBD of any and all changes made to the Workforce Plan.
- o   Compliance with the established Workforce Goal in accordance with the established governing legislation.
- o   Submit Monthly Employee Report to DBD

## V.   WORKFORCE PLAN:

The Contractor/Subcontractor, or its qualified WDO or WRO shall submit to DBD through the issuing department, a Workforce Plan outlining how the goal will be met within fifteen (15) days of notification of award

### *The Plan shall specify at a minimum:*

1.   The total number of persons that will be used by the contractor (as well as by all Subcontractors) to perform all of the construction trades and labor work of the contract, broken down by trade and labor category.
2.   Minimum qualifications for each category.
3.   Number of persons to be utilized in each category.
4.   Identify by name, address and trade category of all persons proposed to perform work under the contract currently on the contractor's (or on any proposed Subcontractor's) payroll who reside in any Designated Target Area. Two (2) forms of proof or residency are required one of which must be a picture ID. Acceptable forms of proof includes: Voters register, Driver's license, State of Florida ID, Evidence of receipt of unemployment benefits, utility bill.
5.   The total number of positions required by the Contractor (or by any proposed Subcontractors) to perform the construction trades and labor work under the contract and shall indicate the trade categories and minimum qualifications therefore of all such positions.

The Workforce Plan must be submitted to DBD by the issuing/user department. The plan must be reviewed and approved by DBD. The issuance of a Notice to Proceed does not indicate an acceptance of the Workforce Plan. The issuance of a Notice to Proceed prior to DBD's approval

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 7 of 17

of any Workforce Plan submitted shall not be deemed a waiver of the requirements that a Plan be submitted and be approved.

A Contractor who does not have a plan for such contract approved by DBD at twenty-five percent (25%) completion of the contract may be subject to sanctions including, but not limited to, stop payment. In the event that at the contract completion the contractor does not achieve the established local workforce goal, liquidated damages equal to a minimum of $1,500.00 per position or the wages that would have been payable for such a position had the person(s) been hired for the position as listed on the approved workforce plan or any revisions to the workforce plan, which is greater, shall be assessed in accordance with the governing ordinance. Funds so obtained by the County shall be applied to the cost of the Community Workforce Program.

An updated Plan shall be submitted to DBD on a monthly basis. In the event that during the contract time a New Hire or a person identified in the Plan as already on the contractor(s) or subcontractor(s) payroll to meet the local workforce goal is replaced, the Contractor/Subcontractor is required to immediately contact DBD and notify DBD of the replacement. Notwithstanding anything to the contrary above, the contractor may in whole or in part be relieved from the requirements of the governing ordinance and respective A.O. if such Contractor can demonstrate to DBD that it has utilized its best efforts to achieve the goal in accordance with the prescribed Administrative Order

## VI.   WDO and WRO REGISTRATION:

Contractors/Subcontractors may self-recruit, or recruit through MDC Clearinghouse utilize a WDO or WRO to locate workforce to meet their CWP goal. DBD shall register WDOs and WROs, and shall maintain and publish an updated list of WDOs and WROs, identifying areas of expertise and services. DBD shall collect, assemble, and verify information needed to establish eligibility for such registration. To register as a WDO or WRO contact DBD at (305) 349-5960 or visit DBD's website at www.miamidade.gov/DBD.

## VII.   COMPENSATION TO WDO or WRO FOR PLACEMENT OF NEW HIRE:

The following applies to all contracts to which a local workforce goal has been applied.

i.     WDOs may be eligible to receive a fee of $750 for the collective training, referral and placement, of each New Hire from a Designated Target Area on such contracts.
ii.    WDO/WROs may be eligible to receive a fee of $500 for the collective referral and placement of each New Hire from a Designated Target Area on such contracts
iii.   These fees are contingent on the New Hire remaining employed for a minimum of one hundred twenty (120) days or the duration of the project, whichever is less.

## VIII.   MONITORING:

The County shall maintain staff for the purpose of monitoring compliance with the Community Workforce Goal. Assigned individuals will be on site quarterly to review the progress towards meeting the local workforce goal. The contractor, WDO, WRO, and all subcontractors performing work on a contract to which a local workforce goal has been applied shall maintain, and make readily available, all records pertaining to employment by the contractor and Subcontractors on the contract. The contractor shall submit monthly reports itemizing, by trade, all New Hires performing work under the contract including, but not limited to the trade, the time period the work was performed and the permanent residence. DBD shall conduct payroll audits of the contractor's monthly certified payrolls itemizing, by respective trades, all New Hires performing

North Terminal Development Consolidation Program                    January 23, 2006
Community Workforce Program                                         Section 00022
Project No. 747B                                                    Version 0

Page 8 of 17

work under the contract, time periods during which work was performed, and permanent residence addresses.

## IX.   ACCESSING INCENTIVES:

It is the County's plan to encourage contractors to access incentives available in Designated Target Areas. Included are incentives established for Enterprise/Empowerment Zones, and Targeted Urban Areas such as the Work Opportunity Tax Credit, Business Registry Incentives, and Qualified Targeted Industries Incentives (QTI), and other applicable incentives. A contractor, WDO or WRO, is responsible for applying for any incentive for which they may be eligible. The contractor may utilize economic and business development organizations such as the Beacon Council, Empowerment Trust, Miami-Dade County's Office of Community and Economic Development (OCED), WDOs, WROs as well as other related organizations to access such incentives.

## X.   SANCTIONS FOR CONTRACTUAL VIOLATIONS:

Not withstanding any other penalties or sanctions provided by law, a contractor's violation of or failure to comply with this ordinance or this Administrative Order may result in the imposition of one or more of the following sanctions:

i.    The suspension of any payment of part thereof until such time as the issues concerning compliance are resolved; and/or

ii.   Work stoppage; and/or

iii.  Termination, suspension, or cancellation of the contract in whole or part; and

iv.   In the event that at contract completion the contractor does not achieve the established local workforce goal, liquidated damages not less than $1,500.00 per position, or by the wages that would have been payable commiserate with such a position had the person(s) been employed by the contractor as listed on the approved workforce plan to include all approved revisions to the workforce plan, whichever is greater, shall be assessed in accordance with the governing ordinance. Funds so retained by the County shall be applied to the costs of the Community Workforce Program.

v.    In the event contractor attempts to comply with the provisions of the governing ordinance through fraud, misrepresentation, or material misstatement, or is found after a hearing to have discriminated in violation of Article VII of Chapter 11A of the Code of Miami-Dade County, the County shall, whenever practicable, terminate the contract or require the termination or cancellation of the subcontract for the project on which the contractor committed such acts. In addition, and as a further sanction, the County Manager or his or her designee may impose any of the above-stated sanctions on any other contracts or subcontracts the contractor has on County projects. In each instance, the contractor shall be responsible for all direct and indirect costs associated with such termination or cancellation including attorney's fees and costs. The contractor may also be subject to debarment.

vi.   The County Manager or his or her designee may issue a Stop Payment against current and future payments on a contract where the contractor who has not submitted

North Terminal Development Consolidation Program                                    January 23, 2006
Community Workforce Program                                                          Section 00022
Project No. 747B                                                                     Version 0

Page 9 of 17

or does not have a DBD approved Workforce Plan at contract commencement, or at the 25 percent (25%) completion point for such contract.

## XI.  APPEALS PROCESS

A.  Upon a determination of non-compliance with the requirements of Ordinance 03-237, Administrative Order 3-37 as amended under resolution R-1248-03, or implementing bid documents, which decision will be final unless appealed, DBD shall notify the affected party, in writing, setting forth the reasons for the determination and advising of this appeals process.

B.  The affected party may appeal the determination by filing a written appeal with the Director of DBD within fifteen (15) days of receipt of the notice.

C.  DBD shall forward all written appeals to the RC. The RC or a committee thereof appointed by the chairperson shall hear all appeals and forward recommendations regarding the appeal to the County Manager.

D.  Decisions by the County Manager shall be final unless the County Commission agrees in its sole discretion upon request by the affected party to review the County Manager's decision.

E.  This appeals process does not apply to appeals of decisions made pursuant to contract documents implementing the Community Workforce program when such contract documents provide procedures for appeals of such decisions

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 10 of 17

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 11 of 17

**Workforce Plan**
**Monthly Employee Report (MER)**

Reporting Project From: _____ to _____

CONTRACT NO.: _____

Workforce Goal: _____ %

Reporting Period: _____
Percentage of Workforce Goal met ____ %

| Classification Title | Last Name | First Name | Address | Cty | Zip Code | Date of Reduction / Layoff / Term | Classification that is | Total hours worked this period | Gross Salaries this period | Hourly | Overtime | Straight time | OJT Class | LMI/Other route (if FTE) | MDC Direct Hires (if FTE) | Apprentice | OJT | New Hire (for period) this or |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prime/Contractor | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Subcontractor | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Subcontractor | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Subcontractor | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Subcontractor | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

Executed by: _____

Signature of Affiant _____

Printed Name of Affiant _____

Sworn before me: _____ Day of _____ 200_

Notary Public _____

OJT is available to employee or transferee:
1 = Recruited from OJT is in which project is located
2 = Recruited from nearest OJT is in which Participate
3 = Recruited from nearest OJT where hours 1 or 2.

Legend:
MDC= Minority Development Organization
WBE= Minority / Female Owned Business Organization
O= Owner/operator

Form CWP42
Revised 11/03

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 12 of 17

**Workforce Plan**
**Monthly Employee Report (MER)**

Reporting Period: From: _____ to _____



CONTRACT NO.: _____
Workforce Goal: ____ %

,s is located

Legend:
WDO= Workforce Development Organization
HRDO=Workforce Recruitment/General Objective
OJT= Other On-the-Job

Form Check2
Revised 01/01

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 13 of 17

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 14 of 17

Contract/Work Order No.: _____
WORKFORCE GOAL: _____%

## Workforce Plan

MDC/DBD

| (A) COMPANY NAME: (Primary Contractor (PC) must be listed on the first line then list the Subcontractors(SB)) | (B) Trade | (C) Total positions anticipated on project | (D) # of positions on PC's listed currently on payroll | (E) # of positions to be filled to meet CWP goal | (F) GENERAL LABOR (GL) OR TRADE SKILLED (TL) # Trade unlicensed, specify level of training and license required if applicable) | (G) Anticipated start date | (H) Duration of position | (I) Recruitment for position to begin: (date) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* The following must be submitted as part of the Workforce Plan:

List of all Workforce (Employees) already on payroll that will be used towards compliance with the Workforce Goal

Proof of existing Workforce residency for the past year (12 months: Address, Social Security Number, Photo I.D (Drivers license, State issued I.D)

Proposition Query will be performing and the duration of that job.

Notes: Workforce is required to be on the job for a minimum of 120 days or the length of the job whichever is less, in order to qualify toward compliance with a Workforce Goal in accordance with Ordinance 05-207 (formerly 03-1).

Workforce must meet the requirements as outlined in the governing legislation.

You may make copies of this form or attach additional sheets if needed.
Revised 11/05

Form: CWP-01

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 15 of 17

Workforce Plan

Contract/Work Order No.: _____
WORKFORCE GOAL: _____ %

Revised 11/03

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 16 of 17

(For Contractor's Optional Use; See Instructions, Form WH - 347 Inst.)

| NAME OF CONTRACTOR | OR | SUBCONTRACTOR | ADDRESS | | PROJECT OR CONTRACT NO. |
|---|---|---|---|---|---|

PAYROLL NO. _____ FOR WEEK ENDING _____ PROJECT AND LOCATION

A blank payroll ledger form follows with the following column headings:

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITH-HOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | (4) DAY AND DATE / HOURS WORKED EACH DAY | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS | | | | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | FICA | WITH-HOLDING TAX | | OTHER / TOTAL DEDUCTIONS | |

Form CWPL-03

North Terminal Development Consolidation Program
Community Workforce Program
Project No. 747B

January 23, 2006
Section 00022
Version 0

Page 17 of 17

# SECTION 00023

# Security Sensitive Information Requirements

In addition to other security related provisions included elsewhere in the Bid Documents and Trade Contract Documents, Bidders and Trade Contractor shall comply with the Security Sensitive Information Requirements attached hereto during bidding and non-bidding phases.

POJV – North Terminal Development Consolidation Program
Security Sensitive Information Requirements
Project No. 747B

March 16, 2006
Section 00023
Version 2

Page 1 of 5

## PART I.   AUTHORITY

A.   <u>Florida Statute 119.07</u>, Section 1, Subsection (3), Paragraph (b), Inspection, Examination, and Duplication of Records; Exemptions, as amended.

"This exemption applies to building plans, blueprints, schematic drawings, and diagrams, including draft, preliminary and final formats that depict the internal layout and structural elements of specified facilities and structures owned or operated by an agency on or after the effective date of the Act. Information made exempt by this paragraph may be disclosed to another governmental entity if disclosure is necessary for the receiving entity to perform its duties and responsibilities; to a licensed architect, engineer or contractor, who is performing work on or related to the building, related area or other structure owned or operated by an agency; or upon a showing of good cause before a court of competent jurisdiction. The entities or persons receiving such information shall maintain the exempt status of the information."

## PART II.   CONSTRUCTION-RELATED RECORDS

According to federal and state laws, construction related documents of governmental facilities are vulnerable to unlawful interference. In order to comply with the requirements of these laws, MDAD has created two main categories to handle requests for copies of Aviation records that might be exempt from the public records laws.

A. New Construction-Related Records During Bid Phases:

1.   The licensed architect, engineer, or contractor authorized to represent a Bidder must sign a confidentiality affidavit, copy attached, stating that they are cognizant of the exempt status of the Proposal Documents and that they will be held responsible for maintaining that status.

2. Firms purchasing Proposal Documents will be charged for those documents as set forth in the Advertisement for Proposals.

3. For all other requests for construction-related records *(During bid phases)*, a Bidder must obtain a Request for Copies of MDAD New Construction-Related Records Form and have it signed by the Project Manager. The licensed architect, engineer, or contractor authorized to represent a Bidder must also sign a confidentiality affidavit stating that they are cognizant of the exempt status of the requested documents and that they will be held responsible for maintaining that status. Firms will be charged the actual reproduction cost to MDAD of producing any such requested documents.

B. As Built, Existing, and New Construction-Related Records During Non-Bid Phases:

1. A licensed architect, engineer or contractor under contract with MDAD must obtain a Request for Copies of MDAD Construction-Related Records *(During non-bid phases)* Form and have it signed by the Project Manager.

POJV – North Terminal Development Consolidation Program
Security Sensitive Information Procedures
Project No. 747B

March 16, 2006
Section 00023
Version 2

Page 2 of 5

2. A licensed architect, engineer, or contractor under contract with MDAD must also sign a confidentiality affidavit stating that they are cognizant of the exempt status of the records they have been given access to and that they will be held responsible for maintaining that status.

3. Firms requesting construction-related records *(During non-bid phases)* will be charged in accordance with section II. A. 3. above

## PART III.    CONTROL OF CONSTRUCTION-RELATED RECORDS

A.. In addition to the above requirements, the Contractor agrees to abide by all federal, state, and County procedures, as may be amended from time to time, by which the documents are handled, copied, and distributed which include but is not limited to:

1. Each subcontractor that will be involved in the project shall sign an agreement stating that they will not copy, duplicate, or distribute the documents unless authorized by the Owner.

2. The contractor and subcontractors agree in writing that the project documents are to be kept and maintained in a secure location.

3. Each set of the project documents are to be numbered and the whereabouts of the documents shall be tracked at all times.

4. A log is developed to track each set of documents logging in the date, time, and name of the individual(s) that work on or view the documents.

POJV – North Terminal Development Consolidation Program
Security Sensitive Information Procedures
Project No. 747B

March 16, 2006
Section 00023
Version 2

Page 3 of 5

# MDAD NON-DISCLOSURE AGREEMENT
## (SSI & FLORIDA PUBLIC RECORDS LAWS)

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

Before me, the undersigned authority appeared, _____
Who stated

1    This agreement is completed for (project title)

_____

2    Records requested

_____

3    I am the duly authorized representative for

_____

<div align="center">Name and Title</div>

_____

<div align="center">Authorized Entity</div>

_____

<div align="center">Address</div>

4    I have the express authority to sign this agreement and hereby consent to all of the conditions stated herein, in consideration of my being granted conditional access to certain information, specified in paragraph (1) above, that is owned by, produced by, or in the possession of the Miami-Dade County Aviation Department.

5    **Sensitive Security Information.** I attest that I am familiar with, and I will comply with the standards for access, dissemination, handling, and safeguarding of SSI information as cited in this Agreement and in accordance with 49 CFR Part 1520, "Protection of Sensitive Security Information," "Policies and Procedures for Safeguarding and Control of SSI," as amended, and any supplementary guidance issued by an authorized official of the Department of Homeland Security.

6    By being granted conditional access to the information in paragraph (1), indicated above, I am obligated to protect this information from unauthorized disclosure. I will not disclose or release any information provided to me pursuant to this Agreement without proper authority or authorization. Only those persons in my company who have a need to know may handle this information, and I will ensure that they will comply with all maintenance, safeguarding, dissemination and handling requirements provided in 49 CFR Part 1520.

7    **Florida Public Records Laws (Security Systems)** I attest that I am familiar with Florida Statutes § 119 071 and § 281 301, which provides in relevant part that "information relating to the security systems for any property owned by or leased to the state or any of its political subdivisions, and information relating to the security systems for any privately owned or leased property which is in the possession of any agency, is confidential and exempt from the provisions of § 119 01(1) and section 24(a), Article 1 of the [Florida] Constitution.

8    By signing this affidavit, I am certifying that I understand and acknowledge that the records indicated in paragraph(1) above contains information related to airport security systems and I agree to retain

POJV – North Terminal Development Consolidation Program        March 16, 2006
Security Sensitive Information Procedures        Section 00023
Project No. 747B        Version 2

Page 4 of 5

the confidential and exempt status of the records in accordance with Florida Statutes § 119 071 and § 281 301.

9    **Florida Public Records Laws (Building Plans)**  I attest that I am familiar with Florida Statutes § 119 07(3)(ee), which provides in relevant part that "building plans, blueprints, schematic drawings, and diagrams, including draft, preliminary, and final formats, which depict the internal layout and structural elements of a building, or other structure owned and operated by an agency as defined in Florida Statutes § 119 011 are exempt" from public records to ensure the safety of government infrastructures and to ensure public safety.

10   By signing this affidavit, I am certifying that I am a licensed architect, engineer or contractor, who may perform work on or related to this project, that I understand that the records indicated in paragraph (1) above contain information related to airport facilities, and I agree to maintain the confidential and exempt status of that information in accordance with Florida Statues § 119 07(3)(ee).

11   Neither the execution of this affidavit nor the release of the records indicated in paragraph (1) above operates as a waiver of the confidential and exempt status of the records.

_____
Signature

_____
Title

The above instrument was sworn to and subscribed before me this _____ day of

_____, 2006, by

_____
Printed Name

( )  who is personally known to me,

( )  who has produced _____ as identification: and who ( ) did ( ) did not take an oath.

_____
Signature of Notary Public

_____
Print, type or stamp name of notary public

Notary Commission Number: _____ My Commission Expires: _____ Notary Stamp or Seal

POJV – North Terminal Development Consolidation Program                    March 16, 2006
Security Sensitive Information Procedures                                  Section 00023
Project No. 747B                                                          Version 2

Page 5 of 5

# SECTION 00024

# LOBBYIST RULES

Attached are the Miami-Dade County Lobbyist Rules. Trade Contractor shall comply with these rules.

POJV – North Terminal Development Consolidation Program
Lobbyist Rules
Project No. 747B

January 23, 2006
Section 00024
Version 0

Page 1 of 6

## 1.1 Purpose and Scope of Lobbying Rules

a) The following rules delineate the responsibilities of lobbyists and County personnel in implementing the requirements of the lobbying section of the Conflict of Interest and Code of Ethics ordinance.

## 1.2 Definition of "Lobbyist"

a) A lobbyist is any person, firm or corporation employed or retained by a principal that seeks to encourage the passage, defeat or modification of

1) any ordinance, resolution, action or decision of the County Commission;

2) any action, decision, or recommendation of the County Manager or any County board or committee; or

3) any action, decision, or recommendation of County personnel during the time period of the entire decision-making process on such action, decision or recommendation which foreseeably will be heard or reviewed by the County Commission or a County board or committee. "Lobbyist" specifically includes the principal as well as any employee whose normal scope of employment includes lobbying activities.

## 1.3 Exclusions

a) Attorneys or other representatives retained or employed solely for the purpose of representing individuals, corporations or other entities during publicly noticed quasi-judicial proceedings where the law prohibits ex-parte communication. A quasi-judicial proceeding is a hearing before a County or municipal commission or board where the rights of particular persons or entities are determined and for which prior notice, the opportunity to be heard and the introduction and evaluation of evidence are required (e.g. Value Adjustment Board, Community Zoning Appeals Board, Equal Opportunity Board).

b) Expert witnesses who provide only scientific, technical or other specialized information or testimony in public meetings. An expert witness is a person duly and regularly engaged in the practice of a profession who holds a professional degree from a university or college and special training or experience, or a person who is possessed of special knowledge or skill about the subject.

c) A representative of a neighborhood association who appears without compensation or reimbursement, whether direct, indirect or contingent, to express support of or opposition to any item. A neighborhood association is an organization of residential homeowners and tenants created to address quality of life issues in a defined neighborhood or community.

d) A representative of a not-for-profit community based organization for the purpose of requesting a grant, without special compensation or reimbursement for the appearance. A community based organization is a not-for-profit association or corporation organized under state or local law to engage in community development activities (including, but not limited to, housing and economic development activities) and has as its primary purpose the improvement of the physical, economic or social environment by addressing one or more of the critical needs of the area, with particular attention to the needs of people with low or moderate incomes.

e) Employees of a principal whose normal scope of employment does not include lobbying activities.

## 1.4 Examples of Lobbying Activities

POJV – North Terminal Development Consolidation Program
Lobbyist Rules
Project No. 747B

February 20, 2006
Section 00024
Version 1

Page 2 of 6

a) Lobbying activities include but are not limited to:

1) Meetings or communication with elected officials or staff regarding a particular solicitation or product (i.e. time frames for the solicitation, specifications, qualifications, etc.).

2) Meetings or communication with elected officials or staff to discuss issues regarding a prior or ongoing solicitation or contract when a resolution of the matter may require approval of the Board of County Commissioners, the County Manager and his or her designee or a County board or committee.

3) Meetings or communication with elected officials or staff regarding any matter where the lobbyist is seeking to influence a decision or recommendation of staff on any matter that will require action or decision by the Board of County Commissioners, the County Manager or any County board or committee.

4) Meetings or communication with elected officials or staff regarding policy matters that may forseeably before the Board of County Commissioners, the County Manager or any County board or committee.

## 1.5  Examples of Activities Not Constituting Lobbying

a) Activities that do not constitute lobbying include but are not limited to the following:

1) Requests for information about procedures, forms, budgets or other requirements on behalf of another

2) Appearances at meetings or communications with staff or an elected official at the department or elected official are request or a description of materials or services available in response to a departmental request.

3) Advices or services communicated to a department or an elected official which arise out of an existing contractual obligation to the county or municipality.

4) Meetings or communication to provide staff or elected officials with general information regarding a firm's background or expertise.

## 1.6  General Registration Requirements

a) Every lobbyist must file an annual registration form with the Clerk at the time of initial registration and on or before January 15th of each year thereafter, along with an annual registration fee of four hundred and ninety dollars ($490.00).

b) Every lobbyist must file a registration form with the Clerk of the Board for each client within five days of being retained by a principal or before conducting any lobbying activities, whichever comes first.

c) The principal must also submit a principal authorization form prior to any lobbying. The principal must identify whether the lobbyist is retained for a particular matter or may lobby on any matter regarding the principal.

d) Every lobbyist must file a Notice of Withdrawal when the representation ends. The lobbyist must file an expenditure statement for the preceding year.

## 1.7  Selection Committee Registration Requirements

POJV -- North Terminal Development Consolidation Program
Lobbyist Rules
Project No. 747B

February 20, 2006
Section 00024
Version 1

Page 3 of 6

a) Any person who appears as a representative for an individual or firm for an oral presentation before a County certification, evaluation, selection n, technical review or similar committee shall list on an affidavit provided by the County, all individuals who may make a presentation. The affidavit shall be filed with the Clerk of Board at the time the response is submitted.

b) The individual or firm must submit a revised affidavit for any additional team members with the Clerk of the Board at least 2 days prior to the oral presentation. Any person not listed on the revised affidavit or who is not a registered lobbyist will not be permitted to participate in the oral presentation.

c) All additional team members, who are lobbyists, as defined herein, must file a principal authorization form (for the individual or entity) with the Clerk of the Board of County Commissioners prior to the oral presentation.

## 1.8    Not for Profit Registration Requirements

a) A lobbyist for a not-for-profit organization (unless lobbying for a community-based organization seeking grant funds) must register and file the required expenditure form. Upon request, the Clerk of the Board may waive the applicable registration fees.

## 1.9    Expenditure Reports

a) All registered lobbyists must file an expenditure report with the Clerk of the Board by July 1st of each year. The date of filing is the date that the report is received by the Clerk's office.

b) A lobbyist must file a report for every principal and must list all expenditures in excess of twenty-five dollars ($25.00) for the preceding calendar year. The form must be filed even if the lobbyist did not make any expenditures during the prior year.

## 1.10    Expenditure Categories

a) The lobbyist must report expenditures in the following categories: communications, entertainment, food and beverages, lodging, media advertising, publications and other. The information covered in each category is:

1) "Communications" means dissemination of information, including but not limited to the following means: audio-visual materials, signs, placards, buttons, promotional materials, or other display materials; together with any associated production services. This category does not include media advertising, publications or research.

2) "Entertainment" means amusement or recreation including but not limited to sporting, hunting, fishing, theatrical, artistic, cultural and musical activities or events.

3) "Food and Beverages" means meals, snacks or edible substances or liquids for drinking including services associated therewith.

4) "Lodging" means sleeping or living accommodations for an individual for one or more nights.

5) "Media advertising" means newspaper and magazine advertising, radio and television advertising and outdoor advertising including production services and copyrighting services.

6) "Other" means any item or service which is not included in one of the specified categories; this category does not include any item or service which is not required by law to be reported.

POJV – North Terminal Development Consolidation Program
Lobbyist Rules
Project No. 747B

February 20, 2006
Section 00024
Version 1

Page 4 of 6

7) "Publications" means mass-produced, printed materials including but not limited to magazines, newsletters, brochures or pamphlets, which expressly encourage to communicate with agency officials or employees or to influence an agency with respect to a decision of the agency in the area of policy or procurement or which are designed to communicate with agency officials or employees.

8) "Research" means obtaining information relating to a specific policy issue or procurement matter regardless of the form or medium in which such information is provided including, but not limited to, surveys, information services, periodicals and consultants or consultant services to gather data or statistics.

9) "Special Events" means large scale functions, including but not limited to receptions, banquets, dinners or fairs to which more than 250 persons are invited and for which the expenditures associated with hosting the function are negotiated with a catering service or facility at a single, set price or which include multiple expenditure categories.

10) "Travel" means transporting an individual from, one place to another, regardless of the means used.

b) Certain items such as communications, publications and research are office expenses if performed by the lobbyist or principal or their employees. If those functions are performed by independent contractors, other than the lobbyist or principal or an affiliate controlled by the principal, they are reportable under the appropriate expenditure category.

c) If an expense is incurred for a business purpose unrelated to lobbying and the product of that expense is later used for a lobbying purpose, the expenditure does not have to be reported.

## 1.11 Penalties for Late Filing

a) A late fee of fifty dollars per day per report will automatically be assessed for any report filed after the due date. All fines must be paid to the Clerk of the Board of County Commissioners.

b) The Clerk of the Board of County Commissioners will notify all lobbyists who have failed to file by July 15th of each year that they are not in compliance with the ordinance and of the current fines assessed against the lobbyist.

c) A lobbyist is automatically suspended and may not lobby any employee, elected official or before any County board (including the Board of County Commissioners) if the lobbyist has not filed an expenditure report by September 1st of each year.

d) The Clerk of the Board of County Commissioners must provide the Ethics Commission with a report listing all lobbyists who have either failed to file disclosure reports or pay assessed fines by October 1st of each calendar year. The Ethics Commission will provide the list to the Commission Advocate who may initiate complaint proceedings against any lobbyist for failure to file an expenditure report and/or pay assessed fines.

## 1.12 Appeals

a) Any lobbyist may appeal a fine and request a hearing before the Ethics Commission by filing an appeal with the Ethics Commission within fifteen days receipt of the Notice of Violation. Late fees will continue to accrue after an appeal unless the required forms are filed.

b) The lobbyist must mail or fax a letter to the Executive Director of the Ethics Commission stating the reasons for the appeal. The lobbyist must include in his or her notice of appeal any request for a hearing before the Ethics Commission. The lobbyist must attach any documentation or evidence for consideration by the Ethics Commission in making a determination on the appeal at the time the notice of appeal is filed.

POJV – North Terminal Development Consolidation Program
Lobbyist Rules
Project No. 747B

February 20, 2006
Section 00024
Version 1

Page 5 of 6

c) The Ethics Commission may delegate determinations of appeals without a request for hearing to Commission staff The staff may have the authority to waive fines in whole or part for good cause shown. Any determinations by staff must be ratified by the Ethics Commission or a committee appointed by the Chair.

d) A hearing on an appeal under this ordinance may be heard by a committee appointed by the Chair or the Ethics Commission as a whole. The Ethics Commission may waive any fines, in whole or part, for good cause shown.

## 1.13 Contingency Fees

a) After May 16, 2003, no person may, in whole or in part, pay, give or agree to pay or give a contingency fee to another person. No person may, in whole or in part, receive or agree to receive a contingency fee.

b) A contingency fee is a fee, bonus, commission or non-monetary benefit as compensation which is dependent on or in any way contingent upon the passage, defeat, or modification of: 1) any ordinance, resolution, action or decision of the County Commission; 2) any action, decision or recommendation of the County Manager or any County board or committee; or 3) any action, decision or recommendation of any County personnel during the time period of the entire decision-making process regarding such action, decision or recommendation which forseeably will be heard or reviewed by the County Commission or a County board or committee.

## 1.14 Departmental Responsibilities

a) All departments and agencies must maintain a visitor log for anyone seeking to do business with the department or agency or seeking administrative action from the department or agency. The log should include information regarding the name of the visitor, the staff person or persons visited and the purpose of the visit (i.e. name of matter or agenda item number).

b) All elected officials, board members and employees shall be diligent to ascertain whether persons appearing before them have registered as lobbyists. County personnel may check on a lobbyist's status through the Lobbyist Registration section of the Metronet or by calling the Clerk of the Board of County Commissioners. Elected officials, board members and employees may not knowingly permit a person who is not registered to lobby them regarding an issue.

## 1.15 Penalties for Lobbying Violations

a) The Ethics Commission may prohibit any lobbyist who commits a lobbying violation from lobbying before the Board of County Commissioners or any committee, board or personnel of the Miami-Dade County for a period of: 1) ninety days following determination of the first violation; 2) one year following determination of the second violation and 3) five years from determination of the third violation.

b) Any lobbyist who commits a lobbying violation is also subject to a two hundred and fifty-dollar fine for the first violation and a five hundred-dollar fine for the second violation.

c) The County Manager or the Board of County Commissioners may void any contract where a lobbying violation has occurred.

POJV – North Terminal Development Consolidation Program
Lobbyist Rules
Project No. 747B

February 20, 2006
Section 00024
Version 1

Page 6 of 6

# SECTION 00030

# GENERAL CONDITIONS PROVISIONS

Attached are the General Conditions Provisions. Trade Contractor shall comply with these provisions.

POJV -- North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 1 of 95

ARTICLE 1

DEFINITIONS

1.1 **DEFINITIONS**

When used in these Trade Contract Documents (defined below), or in related documents, the following terms, or pronouns are used in place of them, shall have the meanings given below:

**1.1.01 Addendum:** A modification of the Plans, Specifications or other Trade Contract Documents distributed to prospective Bidders prior to the opening of Bids.

**1.1.02 Advertisement for Bids:** The public notice inviting the submission of Bids for the work.

**1.1.03 AIP:** The Airport Improvement Program, a grant-in-aid program, administrated by the Federal Aviation Administration. No requirement of the AIP Act, the rules and regulations implementing the Act, or this Contract shall be construed as making the Federal Government a party to the Contract, nor will any such requirement interfere, in any way, with the right of either party to the Contract.

**1.1.04 Air Operations Area:** The Air Operations Area (AOA) shall mean any area of the airport used or intended to be used for landing, taking off or surface maneuvering of aircraft. An air operation area shall include paved or unpaved areas that are used or intended to be used for the unobstructed movement of aircraft in addition to its associated runway, taxiway or apron.

**1.1.05 Not Used**

**1.1.06 Architect/Engineer:** Any of the Architectural or Engineering or Design Professional firms that prepared any portion of the Plans, Technical Specifications or Contract Documents for any part of the North Terminal Development Consolidation Program (NTDCP) or which assist the Owner in administration of the Contract.

**1.1.07 Beneficial Occupancy:** The County may, in its sole discretion, occupy any portion of the Work prior to Substantial Completion of the work. This will not relieve the Trade Contractor of its obligation to fully complete the work in accordance with the Trade Contract Documents.

**1.1.08 Bid:** The written offer of a Bidder to perform the work.

**1.1.09 Bid Bond:** A bond executed by a Bidder and its Surety in the attached form guaranteeing that the Bidder, if awarded the Trade Contract, will execute the same and will timely furnish the required Performance Bond, Payment Bond, and evidence of Insurance.

**1.1.10 Bidder:** Any individual, firm, partnership or corporation submitting a Bid in accordance with the Instructions to Bidders.

**1.1.11 Bid Documents:** The Advertisement for Bids, Instructions to Bidders, Bid Form, Bid Bond, Trade Contract, Performance Bond, Payment Bond, General Conditions Provisions, Division 0 and 1 Specifications, Special Provisions, Technical Specifications and Plans, together with all Addenda.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 2 of 95

**1.1.12 Bid Form:** The form on which Bids are submitted.

**1.1.13 Bulletin:** Any written document initiated by the Architect/Engineer or the Owner, advising of proposed alterations, revisions, additions and deletions in the work and requesting itemized price quotations for such proposed changes.

**1.1.14 Calendar Day:** Every day shown on the calendar.

**1.1.15 Change Authorization:** A written agreement executed by the MGC and the Trade Contractor covering modifications to the Trade Contract. A Change Authorization will contain a description of the scope of the changed work, the agreed amount to be paid for the work, the agreed duration to perform the changed work, and may contain a reservation of rights by the Trade Contractor to claim additional compensation and time, provided that such reservation contains a description of the affected work, the maximum amount and maximum time for which it reserves its claim.

**1.1.16 Consulting Engineers:** HNTB Corporation, Consulting Engineers/Supervising Architects to the Miami-Dade Aviation Department in accordance with the Trust Agreement of 1954, as amended.

**1.1.17 Trade Contract:** Contract between the MGC and the Trade Contractor for performance of the Work in accordance with the requirements of the Trade Contract Documents and for the payment of the agreed consideration.

**1.1.18 Trade Contract Documents:** The Instructions to Bidders, Bid Form, Bid Bond, Condition of Award Requirements, Trade Contract, Performance Bond, Payment Bond, General Conditions Provisions, Special Provisions, Supplementary Provisions, Division 0 and 1 Specifications, Technical Specifications and Plans, together with all Addenda, Change Authorizations, Phasing Plans, Schedules and shop drawings.

**1.1.19 Trade Contractor:** Any individual, firm, partnership, corporation or joint venture who enters into a Trade Contract with the MGC and who is liable for the acceptable performance of the work and for the payment of all legal debts pertaining to the Work, including any subcontractor, individual, firm, partnership, joint venture or corporation, at any tier, supplying the Trade Contractor with labor, materials, supplies and equipment used directly or indirectly by the Trade Contractor in the prosecution of the Work.

**1.1.20 Milestone:** There are two types of milestones, Liquidated Damage Milestones ("LDM") and Liquidated Indirect Cost Milestones ("LICM"). The Milestones are the dates set forth in Attachment E of the Trade Contract which may be amended in accordance with the Trade Contract Documents and which identify the scheduled Substantial Completions of the portions of the described Work.**1.1.20A Contract Time: :** Contract Time ends on June 28, 2011. The Contract Time may be changed as provided for in the Prime Contract.

**1.1.21 County:** Miami-Dade County, Florida.

**1.1.22 County Manager:** The County Manager of Miami-Dade County, Florida.

**1.1.23 Days:** Reference made to Days shall mean consecutive calendar days.

**1.1.24 Delays:** May be Excusable or Non-Excusable. Excusable Delays may be Compensable or Non-Compensable, as further defined within the text of these General Conditions Provisions.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

Page 3 of 95

June 5, 2007
Section 00030
Version 4

**1.24A Defect(s):** Refers to any part of the Work that does not substantially follow the Trade Contract Documents, does not meet the requirements of a reference standard, test or inspection specified in the Trade Contract Documents, does not properly function, is broken, damaged, is of inferior quality, or is incomplete. The adjective "defective" when it modifies the word "Work" shall have the same connotation as defect.

**1.1.25 Direct Costs:** Direct Costs recoverable by the Trade Contractor as a result of changes in the Work shall be limited to the actual additional costs of labor and materials installed as part of the Work and for the reasonable additional cost of rental for any Special Equipment or Machinery. Labor shall be limited to site labor costs, including Employer's Payroll Burden. Specifically excluded from labor are the costs of general foremen and site office personnel. Materials are limited to permanent materials required by the drawings and specifications and materials approved by the Architect/Engineer or the Owner as necessary to install the permanent materials in an efficient and workmanlike manner. Rental for Special Equipment and Machinery, not already mobilized on the airport, shall be an amount equal to the appropriate daily, weekly, or monthly rental rate for such equipment, in accordance with the current issue of Associated Equipment Distributor (AED) "Compilation of Nationally Averaged Rental Rates and Model Specifications for Construction Equipment" (not withstanding the caveats contained therein that such rental rates are not for use by government agencies) for each and every rental period (in weeks, days, or months as applicable) that the Special Equipment or Machinery is in use on the work plus any required mobilization. Payment for Special Equipment and Machinery already mobilized on the airport, shall not exceed the monthly rate stated in the AED divided by 176 per hour that the Special Equipment and Machinery is in use on the work, plus any required re-mobilization. For Special Equipment or Machinery not listed in said document the Trade Contractor shall be paid a rental rate corresponding to the average prevailing rental rate for such equipment or machinery in Miami-Dade County, Florida, subject to approval by the Architect/Engineer. No additional payment shall be made to the Trade Contractor for fuel, lubricants, fair wear and tear, transportation, insurance or depreciation. Any equipment or machinery not designated by the Architect/Engineer or the Owner as Special Equipment and Machinery shall be considered Overhead.

**1.1.26 Director:** The Director of the Miami-Dade Aviation Department, or his/her Designee.

**1.26A Disadvantaged Business Enterprise (DBE) Program:** A County Program further described in the DBE Program Provisions.

**1.1.27 Employer's Payroll Burden:** The term "employer's payroll burden" shall include, but is not limited to, the following items: costs of workers' compensation insurance, applicable fringe benefits and liability insurance, employer social security contribution, employer pension contributions, unemployment insurance and health insurance.

**1.1.28 Extra Work:** An item of work not provided for in the awarded Trade Contract Documents as previously modified by Change Authorization, but which is found by the MGC to be necessary to complete the work within the intended scope of the Trade Contract.

**1.1.29 Field Representative:** An authorized representative of the Owner.

**1.1.30 Lessee:** Any individual, partnership or corporation having a tenant relationship with the County.

**1.1.31 Liquidated Damages:** The amount that the Trade Contractor accepts, as stipulated in the Attachment E of the Trade Contract, that will be deducted from the Trade Contract Price for each Calendar day of delay to each Liquidated Damage Milestone due to a Non- excusable Delay.

**1.1.32 Liquidated Indirect Costs:** The amount stipulated in Attachment E of the Trade Contract, that will be added to the Trade Contract Price for each calendar Day of delay to a Liquidated Indirect Cost Milestone due to a Compensable Delay. The Trade Contractor accepts this sum as full compensation for

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 4 of 95

all of the Indirect Costs of the Trade Contractor, including all subcontractors and suppliers at any tier, for each day of Excusable Compensable Delays.

**1.1.32A Managing General Contractor (MGC):** Parsons-Odebrecht, Joint Venture (POJV).

**1.1.33 Miami-Dade Aviation Department (MDAD):** A department of Miami-Dade County government.

**1.1.34 Notice To Proceed (NTP):** Final execution of the Trade Contract shall be deemed as the Notice to Proceed, which directs the Trade Contractor to begin contract work.

**1.1.35 Overhead (Indirect Costs):** Overhead includes any costs other than Trade Contractor's Direct Costs, as defined herein, incurred by the Trade Contractor and all its subcontractors and suppliers, of any tier, in the performance of the Trade Contract. Overhead includes, but is not limited to all costs associated with: bond premiums, insurance premiums, costs of supervision, coordination, superintendents, general foremen, consultants, schedulers, cost controllers, accountants, office administrative personnel, time keepers, clerks, secretaries, watch persons, small tools, equipment or machinery not designated by the Architect/Engineer as Special Equipment or Machinery, utilities, rent, telephones, facsimile machines, computers, word processors, printers, plotters, computer software, all expendable items, job site and general office expenses, profit, extended jobsite general conditions, interest on monies retained, escalated costs of materials and labor, decreased productivity, home office expenses or any cost incurred that may be allocated from the headquarters of the Trade Contractor or any of its subcontractors or suppliers, at any tier, loss of any anticipated profits, loss of bonding capacity or capability losses, loss of business opportunities, loss of productivity on this or any other project, loss of interest income on funds not paid, costs to prepare a bid, cost to prepare a quote for a Change in the Work, costs to prepare, negotiate or prosecute claims, costs of legal and accounting work, costs spent to achieve compliance with applicable laws and ordinances, loss of projects not bid upon, loss of productivity or inefficiencies in the Work from any cause.

**1.1.35A MGC Construction Schedule:** A schedule provided to the Owner by MGC that indicates the completion date of the Program and sets forth the Milestones.

**1.1.36 Owner:** The term Owner as used in this Trade Contract shall mean the Miami-Dade County Board of County Commissioners or the Aviation Department, but it excludes the regulatory departments of Planning, Development and Regulation (Building and Zoning); Department of Environmental Resources Management (DERM); Public Works, Fire Rescue and Water & Sewer or their successors.

**1.1.36A Owner's Representative:** An authorized representative of the Owner, who is an employee of the County.

**1.1.37 Performance and Payment Bonds:** Dual obligee bonds executed by the Trade Contractor and his Surety, on the attached forms, assuring that the Trade Contractor will, in good faith, perform and guarantee the work in full conformity with the terms of the Trade Contract Documents and will promptly pay all persons supplying the Trade Contractor with labor, materials, or supplies, used directly or indirectly by the Trade Contractor in the prosecution of the Work.

**1.1.38 Plans:** The drawings, or reproductions thereof, prepared by the Architect/Engineer, which show the locations, character, dimensions and details of the work to be done and which are part of the Trade Contract Documents.

**1.1.38A Phase:** A physical portion of the work as defined by the Phasing Plan.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 5 of 95

**1.1.38B Phasing Plan:** An established sequence of each portion (Phase) of the work included within the overall Program, which is provided to MGC by the Architect/Engineer and the Owner to ensure continued maintenance of operation and traffic routes.

**1.1.39 Project:** The individual Projects within the Program, as reflected in Exhibit F of the Prime Contract.

**1.1.40 Not Used**

**1.1.41 Project Testing Laboratory:** The laboratory(ies) employed by the County to perform under the direction of the Architect/Engineer all quality assurance testing.

**1.1.41A Program:** The construction of the North Terminal Development Consolidation Program (NTDCP), which generally consists of the work at Design Projects 739A (C-D Infill Interior Finish-out Construction), 739C&I (D Remodel Construction), 740A (C-D Federal Inspection Services), 746A (B-C Interior Finishes), 746I (B-C 3rd Floor American Airlines Interior Finishes), 747B (A-B Infill Shell and Interior Finishes), 756E (Terminal Wide Improvements Construction) and 775C (Premise Distribution System) as may be amended by the Owner.

**1.1.41B Program Team:** Collective term referring to the Owner, Owner's Representative, Architect/Engineers, prospective tenants, Consulting Engineer and the MGC.

**1.1.41C As-Built Record Drawings (As-Built Drawings):** Reproducible drawings by the Architect/Engineers showing the final completed work, including any changes to the work performed by the Trade Contractor which the Architect/Engineers consider significant, based on marked-up as-built prints, drawings and other data furnished by the Trade Contractor.

**1,1.41D Risk Management Division:** A Division of Miami-Dade County Aviation Department, with offices in Building 5A Miami International Airport, 4200 NW 36 Street, Miami, Florida 33122.

**1.1.42 Runway:** The area on the airport prepared for the landing and takeoff of aircraft.

**1.1.43 Site, Project Site, Work Site, Construction Site, Job Site:** The location(s) at which the work under this Trade Contract is to be accomplished, as shown on the Plans.

**1.1.44 Special Equipment or Machinery:** Equipment or machinery such as power driven rollers, tractors, backhoes, bulldozers, excavators, trucks (excluding "pickup" trucks), cranes, industrial railroad equipment, or any other such equipment approved by the Architect/Engineer or the Owner as necessary to complete the Work in an efficient and workmanlike manner. This equipment or machinery must be a requirement for the economical performance of the work to be accomplished by the Trade Contractor or by a subcontractor or supplier (of any tier). Special Equipment or Machinery shall not include small tools +or pieces of equipment considered to be standard equipment included in the basic inventory of a General Contractor or Trade Contractor or a subcontractor or supplier(of any tier).

**1.1.46 Substantial Completion:** The stage in which the progress of the Work or designated portion thereof is sufficiently complete in accordance with the Trade Contract Documents so the Owner can occupy or utilize the Program, Project, or portion thereof for its intended use and for which a Temporary Certificate of Occupancy or Certificate of Occupancy has been received if such Certificate is applicable or is Beneficially Occupied by the Owner.

**1.1.47 Surety:** The bonding company furnishing the Bonds required of a Bidder and of the Trade Contractor.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 6 of 95

**1.1.48 Taxiway:** For the purpose of this document, the term taxiway means the portion of the air operations area of an airport that has been designated by MDAD for movement of aircraft to and from the airport's runways or aircraft parking areas.

**1.1.49 Technical Specifications:** The general term comprising all the written directions, provisions and requirements contained herein, entitled "Technical Specifications", those portions of Standard Specifications to which reference is specifically made in the Technical Specifications, and any Addenda and Change Authorizations that may be issued , all describing the work required to be performed, including detailed technical requirements as to labor, materials, supplies and equipment and standards to which such work is to be performed.

**1.1.50 Unit Prices:** There are two types of unit price items; "Major Unit Price Item" and "Minor Unit Price Item". The term "Major Unit Price Item" shall refer to any single item of work on the Bid Form for which the extended price on the Bid Form (quantity times unit price) is at least 20% of the Total Amount Bid in the Bid Form. The term "Minor Unit Price Item" shall refer to those item(s) of work not meeting the criteria for "Major Unit Price Item".

**1.1.51 Work:** The construction and services required by the Trade Contract Documents, which includes all labor, materials, equipment and services to be provided by the Trade Contractor to fulfill the Trade Contractor's duties and obligations imposed by the Trade Contract Documents.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 7 of 95

## ARTICLE 2

## ADMINISTRATION OF THE TRADE CONTRACT

### 2.1 INTENT OF TRADE CONTRACT

**2.1.01** The intent of the Trade Contract is to include all necessary items for the proper completion of the Work by the Trade Contractor so the Owner may have a functioning facility which it may use as intended. The Trade Contractor shall perform, without additional compensation, such incidental work as necessary to complete the Work, so that it will meet the requirements for which the Program was intended, in a satisfactory and workmanlike manner.

**2.1.02** It is specifically agreed between the parties executing the Trade Contract that it is not intended by any of the provisions of any part of the Trade Contract to create the public or any member thereof a third party beneficiary or to authorize anyone not a party to the Trade Contract to maintain a suit for personal injuries or property damage pursuant to the terms or provisions of the Trade Contract.

**2.1.03** No acceptance, order, measurement, payment, or certificate of or by the MGC or its employees or agents shall either bar the MGC from asserting any rights or operate as a waiver of any provision hereof or of any power or right herein reserved to the MGC or of any rights to damages herein provided.

### 2.2 OTHER CONTRACTS

**2.2.01** The Owner and the MGC may award other contracts for other work on the Site. The Trade Contractor shall fully cooperate with such other contractors and shall carefully fit his own work to that provided under other contracts as may be directed by the Owner's Representative or the MGC. The Trade Contractor shall not commit or permit any act, which will interfere with the performance of work by any other contractors, or fail to perform such acts as required to avoid interference with the performance of work by any other contractor.

**2.2.02** In the event of interference between the work of the Trade Contractor and other contractor(s) working concurrently at the Site, the MGC will instruct the Trade Contractor as to which Work has priority in performance and such instructions shall be binding upon the Trade Contractor. The Trade Contractor shall not have any claim against the Owner, the Consulting Engineers, the Architect/Engineer, the MGC or the Owner's Representative for any additional compensation whatsoever in connection therewith.

**2.2.03** The Trade Contractor shall conduct its operations so as not to interfere with or hinder the progress of completion of the work being performed by other contractors and tenant operations.

### 2.3 PLANS, SPECIFICATIONS AND OTHER TRADE CONTRACT DOCUMENTS

**2.3.01** Plans showing general outlines and details necessary for a comprehensive understanding of the work, form a part of the Trade Contract Documents. The total number and the titles of the drawings constituting the Plans are given in the Trade Contract Documents. All work under the Trade Contract shall be performed in all respects in compliance with the requirements of the Trade Contract Documents. In the event that the plans substantially change, the Architect/Engineers shall produce updated accurate and complete conformed plans that incorporate all changes, clarifications, field conditions, etc and MGC shall deliver such plans to the Trade Contractor. Thereafter, the Trade Contractor shall be responsible for ensuring that all of its employees and subcontractor and suppliers, at any tier, are supplied with such

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 8 of 95

updated plans and the Trade Contractor is responsible for work performed not in accordance with such updated plans.

**2.3.02** The Trade Contract Documents provide for a complete work, and may have been prepared in divisions of various crafts, trades and other categories of work. The Trade Contractor is responsible for the performance of all work under the Trade Contract regardless of any such divisions, and shall ensure that all of the work is performed and completed.

**2.3.03** Not Used

**2.3.04** The Trade Contractor shall maintain at a location at the Site acceptable to the MGC at all times at least one (1) copy of Plans, Technical Specifications and all other Trade Contract Documents, together with at least one (1) complete set of approved Shop Drawings and approved samples.

**2.3.05** The Trade Contractor shall make available at the job site one copy of each referenced standards and/or specifications for the Trade Contractor's, the MGC's and the Owner's Representative's use during the time that work covered by the standards and/or specifications is underway.

**2.3.06** The Trade Contract, Plans, Specifications, and all referenced standards cited are essential parts of the Trade Contract requirements. A requirement occurring in one is as binding as though occurring in all. They are intended to be complementary and to describe and provide for a complete work.

**2.3.07** In the event of any conflicts, ambiguities, or discrepancies among the Trade Contract Documents, the precedence in resolving such conflicts, ambiguities, or discrepancies shall be as follows:

    A.    Trade Contract shall govern over General Conditions Provisions, Division 0 Specifications (excluding the General Conditions Provisions), Division 1 Specifications, Technical Specifications and Plans.

    B.    General Conditions Provisions shall govern over Division 0 Specifications, Division 1 Specifications, Technical Specifications and Plans.

    C.    Division 0 Specifications (excluding the Trade Contract and the General Conditions Provisions) shall govern over Division 1 Specifications which shall govern over Technical Specifications and Plans.

    D.    Technical Specifications shall govern over Plans and over Standard Specifications and over standards for testing and materials and over cited FAA Advisory Circulars.

    E.    Plans shall govern over Standard Specifications and over standards for testing and materials and over cited FAA Advisory Circulars.

    F.    On the Plans, calculated or figured dimensions shall govern over scaled dimensions.

**2.3.08** The Trade Contractor shall not take advantage of any apparent error, omission, discrepancy or ambiguity in the Trade Contract Documents. If any error, omission, discrepancy or ambiguity is found by the Trade Contractor in the Trade Contract Documents, the Trade Contractor shall refer the same to the MGC for an interpretation and decision by the MGC or the Architect Engineer as appropriate, and such decision shall be final.

POJV – North Terminal Development Consolidation Program           June 5, 2007
General Conditions Provisions           Section 00030
           Version 4

Page 9 of 95

**2.3.09** The MGC and/or the Architect/Engineer shall have the right to correct apparent errors or omissions in the Trade Contract Documents and to make such interpretations as he or they may deem necessary for the proper fulfillment of the Trade Contract Documents. During the course of the work, should any conflicts, ambiguities, or discrepancies be found that are not addressed or any discrepancies between the Trade Contract Documents to which the Trade Contractor has failed to call attention before executing the Trade Contract, then the MGC and/or the Architect/Engineer will interpret the intent of the Trade Contract Documents and the Trade Contractor hereby agrees to abide by the MGC and/or the Architect/Engineer's interpretation and agrees to carry out the work in accordance with the decision of the MGC and/or Architect/Engineer. In such event the Trade Contractor will be held to have included in the Trade Contract Price the most expensive material and/or method of construction.

**2.3.10** When a material, article, or equipment is designated by a brand name, and more than one brand name is listed, it will be understood that the design is based on one of the brand name listed products. The Trade Contractor will be responsible for all coordination necessary to accommodate the material, article or equipment actually being provided without additional cost to the Owner or the MGC.

**2.3.11** The organization of the Trade Contract Documents into divisions, sections and articles, and the arrangement of Drawings does not restrict or limit the Trade Contractor in dividing the Work among subcontractors or suppliers or in establishing the extent of work to be performed by any trade.

**2.3.12** Product and Reference Standards:

    A.    When descriptive catalog designations including manufacturers name, product brand name, or model number are referred to in the Trade Contract Documents, such designations shall be considered as being those found in industry publications of current issue on the date of the first advertisement for bids.

    B.    When standards of the Federal Government, Florida Department of Transportation, Standards Organization such as ASTM, AASHTO, AWS or ANSI, trade societies, or trade associations are referred in the Trade Contract Documents by specific date of issue, these shall be considered a part of this Trade Contract. When such references do not bear a date of issue, the current published edition on the date of the first advertisement for bids shall be considered as part of the Trade Contract.

**2.3.13** Where in the Trade Contract Documents an item is identified by a particular manufacturer's name, model or other code it shall be interpreted to include other manufacturers' product of like and equal quality whether the words "or equal" are included or not.

**2.3.14** Wherever a particular manufacturer's product is required, to the exclusion of all others, appropriate language is included in the Trade Contract Documents.

**2.3.15** Wherever the terms, "as directed", "ordered", "permitted", "designated", "as approved", "approved equal", "or equal", "acceptable" and other words of similar meaning which authorize an exercise of judgment are used in the Trade Contract Documents, such judgment shall be vested only in the Architect/Engineer and/or the Owner and/or the MGC.

2.4    <u>CONFORMITY WITH PLANS AND SPECIFICATIONS</u>

    **2.4.01** The entire work and each part thereof shall be constructed at the location, elevation, grade and gradient specified, and in proper alignment and adjustment. The Trade Contractor shall provide all frames, forms, falsework, shoring, guides, anchors and temporary structures required to ensure these results.

POJV – North Terminal Development Consolidation Program    June 5, 2007
General Conditions Provisions    Section 00030
Version 4

Page 10 of 95

**2.4.02** No deviation from the approved Plans, Technical Specifications and other Trade Contract Documents shall be permitted without the prior written approval of the Architect/Engineer or the MGC, which approved deviation(s) shall be documented to the extent required by the Trade Contract Documents.

## 2.5 AUTHORITY OF THE ARCHITECT/ENGINEER

**2.5.01** The Architect/Engineer shall, through the MGC, respond to questions which may arise as to the quality and acceptability of materials furnished, work performed, and as to the manner of performance and rate of progress of the work. The Architect/Engineer shall decide all questions which may arise as to the interpretation of the Specifications or Plans relating to the work and the fulfillment of the Trade Contract on the part of the Trade Contractor. Trade Contractor shall advise the MGC when timely response is not occurring on any of the above. The Owner will effect a four (4) working days response from the Architect/Engineer to the MGC in written form when necessary.

**2.5.02** The Architect/Engineer is not authorized to revoke, alter, or waive any requirement of the Trade Contract.

**2.5.03** Where the Trade Contract Documents provide for decisions or other actions by the Architect/Engineer, the same shall be final and binding upon the Trade Contractor.

**2.5.04** The Architect/Engineer shall have free access to the work and materials at all times to facilitate the performance of his duties.

**2.5.05** The Architect/Engineer shall have the right to reject any material or work performed which does not meet the requirements of the Trade Contract Documents. When the Architect/Engineer discovers any work in progress that does not meet the requirements of the Trade Contract Documents, the Architect/Engineer shall reject that portion of the work affected and shall confirm such rejection in writing, as soon as practical, detailing the reasons for the rejection. Work rejected by the Architect/Engineer will not be paid for.

**2.5.06** The fact that the Architect/Engineer has not made early discovery of materials furnished or work performed which does not meet the requirements of the Trade Contract Documents, shall not bar the Architect/Engineer from subsequently rejecting said materials or work.

**2.5.07** The observation of the work and actions by the Architect/Engineer, as herein provided, shall not be construed as undertaking supervisory control of the construction work or of means and methods employed by the Trade Contractor or his subcontractors or suppliers, at any tier, and shall not relieve the Trade Contractor from any of his responsibilities or obligations under the Trade Contract; the Trade Contractor shall not request or attempt to require the Architect/Engineer to undertake such supervisory control or to administer, to supervise, to inspect, to assist, or to act in any manner so as to relieve the Trade Contractor from such responsibilities or obligations.

## 2.6 AUTHORITY AND DUTIES OF THE OWNER'S REPRESENTATIVE

**2.6.01** The orders of the Owner are to be given through the Owner's Representative via the MGC. The Owner's Representative shall determine the amount and quality of the several kinds of work performed and materials furnished which are to be paid for under the Trade Contract.

**2.6.02** The Owner's Representative will observe the Trade Contractor's work for compliance with the Trade Contract Documents. Such observation shall extend to all or any part of the work done and to the preparation, fabrication, or manufacture of the material to be used.

POJV -- North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 11 of 95

**2.6.03** The Owner's Representative shall, through the MGC, call the Trade Contractors attention to faulty workmanship or defective materials and shall reject work and materials not conforming to the requirements of the Trade Contract Documents.

**2.6.04** When any work in progress does not meet the requirements of the Trade Contract Documents, the Owner's Representative shall have the authority to order, through the MGC, the Trade Contractor to shut down that portion of the work affected and shall confirm this order in writing as soon as practicable, detailing the reasons for the shutdown. Work performed in violation of the Owner's Representative's order to shutdown will not be accepted or paid for.

**2.6.05** The Owner's Representative is not authorized to revoke, alter, or waive any requirements of the Trade Contract.

**2.6.06** When any portion of the work is to be performed away from the site, the Trade Contractor shall notify the Owner's Representative through the MGC, in reasonable time, where and when such work is to be done, and shall make arrangements for access thereto by the Owner's Representative in order that same may be inspected by him.

**2.6.07** The Owner's Representative shall have the right to reject any material or work performed which does not meet the requirements of the Trade Contract Documents. When the Owner's Representative discovers any work in progress that does not meet the requirements of the Trade Contract Documents, the Owner's Representative shall reject that portion of the work affected and shall confirm such rejection in writing, as soon as practical, detailing the reasons for the rejection. Work rejected by the Owner's Representative will not be paid for.

**2.6.08** The fact that the Owner's Representative has not made early discovery of materials furnished or work performed which does not meet the requirements of the Trade Contract Documents, shall not bar the Owner's Representative from subsequently rejecting said materials or work.

**2.6.09** The Owner's Representative shall not act as a foreman or perform other duties for the Trade Contractor, nor interfere with the management of the work by the Trade Contractor.

**2.6.10** The administration, observation of the work, and actions by the Owner's Representative, as herein provided, shall not be construed as undertaking supervisory control of the construction work or of means and methods employed by the Trade Contractor or his subcontractors, at any tier, and shall not relieve the Trade Contractor from any of his responsibilities or obligations under the Trade Contract; the Trade Contractor shall not request or attempt to require the Owner's Representative to undertake such supervisory control or to administer, to supervise, to inspect, to assist, or to act in any manner so as to relieve the Trade Contractor from such responsibilities or obligations.

## 2.7 OBSERVATION OF THE WORK

**2.7.01** All materials and each part or detail of the work shall be subject to observation by the MGC, the Owner's Representative and/or the Architect/Engineer. The MGC, the Architect/Engineer and the Owner's Representative shall be allowed access to all parts of the work and shall be furnished with such information and assistance by the Trade Contractor as is required.

**2.7.02** If either the MGC, the Architect/Engineer or the Owner's Representative requests it, the Trade Contractor, at any time before acceptance of the work, shall remove or uncover such portions of the finished work as may be directed. After examination, the Trade Contractor shall restore said portions of the work to the standard required by the Trade Contract Documents. Should the work thus exposed or examined prove acceptable, the uncovering, or removing, and the replacing of the covering or making

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 12 of 95

good of the parts removed will be paid for as Extra Work; but should the work so exposed or examined prove unacceptable, the uncovering, or removing, and the replacing of the covering or making good of the parts removed will be at no additional cost to the Owner or the MGC.

**2.7.03** Any work done or materials used without observation by the Owner's Representative may be ordered removed and replaced at the Trade Contractor's expense unless the Owner's Representative failed to observe the work after having been given reasonable notice in writing.

## 2.8 OTHER AUTHORIZED INSPECTION

**2.8.01** The Owner, the Lessee(s) and other agencies having jurisdiction over the work hereunder shall be afforded free access to the site to perform such inspections and tests as may be required to determine conformance of the Work with the Trade Contract Documents.

**2.8.02** For AIP Projects, the work may be subject to inspection and approval by the FAA.

POJV -- North Terminal Development Consolidation Program
General Conditions Provisions

Page 13 of 95

June 5, 2007
Section 00030
Version 4

3.1 **OWNER PROVIDED INFORMATION**

**3.1.01** The records of borings, test excavations and other subsurface investigations, if any, are offered as information only and solely for the convenience of the Trade Contractor. The Owner does not warrant or guarantee either that said records are complete or that the said records will disclose the actual subsurface conditions. The interpretation of the records and the conclusions drawn therefrom as to the actual existing subsurface conditions are the sole responsibility of the Trade Contractor.

**3.1.02** Any estimates of quantities of work or materials, based on said borings, test excavations and other subsurface investigations are not warranted to indicate the true quantities or distribution of quantities.

3.2 **INTEREST OF PUBLIC OFFICIALS**

**3.2.01** No officer or employee of Miami-Dade County during his tenure or for two years thereafter shall have any interest, direct or indirect, in this Trade Contract or the proceeds thereof.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 14 of 95

<div align="center">

**ARTICLE 4**

**TRADE CONTRACTOR**

</div>

**4.1**    **PRE-CONSTRUCTION CONFERENCE**

     **4.1.01** A Pre-construction Conference may be held to discuss the work to be performed under this Trade Contract. The Trade Contractor and his major subcontractors and suppliers shall be required to attend this meeting. The Trade Contractor will be advised of the time, date and location of the meeting.

**4.2**    **COMMENCEMENT AND PROSECUTION OF WORK**

     **4.2.01** Execution of the Trade Contract will be deemed the notice to the Trade Contractor to proceed with the work.

     **4.2.02** The Trade Contractor shall commence the work on the day it receives the Notice to Proceed and shall prosecute the work in a manner that will insure completion within the specified time.

     **4.2.03** The Trade Contractor shall prosecute the work so as not to interfere with normal airport operations or as may be further detailed in the Division 0 and 1 Specifications. If the Trade Contractor desires to prosecute the work at other than the days and times set forth herein, it shall, through the MGC, notify the Architect/Engineer at least 48 hours in advance, so that the Architect/Engineer may make arrangements for access to the job site and to be present. Any work performed without such advance notice having been given to the Architect/Engineer or without having the Architect/Engineer being present may be rejected, if in the sole judgment of the Architect/Engineer, such work is not susceptible to its observation after the fact to determine compliance with the Trade Contract Documents.

     **4.2.04** The Trade Contractor shall, at all times, employ sufficient labor and equipment for prosecuting the work to full completion in the manner and time required by the Trade Contract Documents. All workers shall have sufficient skill and experience to properly perform the work assigned to them. Workers engaged in special work or skilled work shall have sufficient experience in such work and in the operation of the equipment required to perform the work satisfactorily.

     **4.2.05** All proposed equipment shall be of sufficient size and in such mechanical condition as to meet requirements of the work, producing a satisfactory quality of work. Equipment used on any portion of the work shall be such that no injury to previously completed work, adjacent property, or existing airport facilities will result from its use.

     **4.2.06** When the Trade Contract Documents specify the use of certain methods and equipment, such methods and equipment shall be used unless others are authorized in writing by the Architect/Engineer. If the Trade Contractor desires to use a method or type of equipment other than specified in the Trade Contract, he may request, through the MGC, permission from the Architect/Engineer to do so. The request shall be in writing and shall include a full description of the methods and equipment proposed and of the reasons for desiring to make the change. If approval is given, it will be on the condition that the Trade Contractor will be fully responsible for producing work in conformity with Trade Contract requirements. If, after trial use of the substituted methods or equipment, the Architect/Engineer determines that the work produced does not meet contract requirements, the Trade Contractor shall discontinue the use of the substitute method or equipment and shall complete the remaining work with the specified methods and equipment. The Trade Contractor shall remove any deficient work and replace it with work of specified quality, or take such other corrective action as the Architect/Engineer may direct, at no additional cost to the Owner. No change will be made to the Trade Contract Price nor a Milestone as a result of authorizing a change in methods or equipment under this Article.

POJV -- North Terminal Development Consolidation Program      June 5, 2007
General Conditions Provisions      Section 00030
     Version 4
Page 15 of 95

## 4.3 TRADE CONTRACTOR'S RESPONSIBILITY FOR THE WORK

**4.3.01** The Trade Contractor shall be responsible for the complete performance for all of the work under the Trade Contract, and for the methods, means, and equipment used in performing the Trade Contract and for all materials, tools, apparatus and property of every description used in connection therewith.

**4.3.02** The Trade Contractor shall give constant attention to the work to facilitate the progress thereof, and he shall cooperate with the Architect/Engineer and its Owner's Representatives and with other contractors in every way possible.

**4.3.03** The Trade Contractor shall maintain the work during construction and until the work is accepted.

**4.3.04** Until Substantial Completion or Beneficial Occupancy by the Owner of any part or all of the work as provided in these Trade Contract Documents, the Work shall be under the charge and care of the Trade Contractor, and he shall take every necessary precaution to protect against loss or damage to any part of the Work by the action of the elements or from any other cause whatsoever, whether arising from execution or from the non-execution of the work. The Trade Contractor shall rebuild, repair, restore, and make good at his own expense all loss or damage to any portion of the work occasioned by any of the foregoing causes before its completion and acceptance.

**Examination of Existing Work** – The Trade Contractor shall examine the existing and ongoing work adjacent to the site. The Trade Contractor shall be responsible for taking reasonable precautions to reasonably protect, as appropriate, work in place. Trade Contractor shall be responsible for the repair or replacement of work damaged by it or its subcontractors and suppliers, at any tier, that could have been prevented with reasonable precautions. Trade Contractor shall be responsible for the Work it actually performs; however, Owner shall remain responsible for an existing condition on which Trade Contractor subsequently performs work, including responsibility for all remedial work to Trade Contractor resulting from the existing condition.

**Existing Conditions** – Owner shall be responsible for all work in place and all existing conditions and defective work as of the issuance of the NTP and Owner, through MGC, shall provide a compensable extension of time for and compensate Trade Contractor for damages and additional costs resulting from the work in place, the existing conditions or defective work.

**4.3.05** The Trade Contractor shall be responsible for scheduling and coordinating the work of all crafts and trades required to perform the Work and to complete the Work within the prescribed time. Any inefficiency or loss of productivity in the labor, materials, or Special Equipment of the Trade Contractor or his subcontractors or suppliers of any tier, from any cause, shall be the responsibility of the Trade Contractor. No reimbursement of these or any Direct Costs can be requested by or granted to the Trade Contractor or any of his subcontractors or suppliers of any tier for inefficiency or loss of productivity in labor, materials, or Special Equipment. Additional Direct Costs may only be paid to the Trade Contractor as a result of additional Work added to the Trade Contract scope of work.

**4.3.06** The Trade Contractor shall comply with all legal load restrictions in the hauling of materials on public roads beyond the limits of the work. A special permit will not relieve the Trade Contractor of liability for damage that may result from the moving of material or equipment. The operation of equipment of such weight or so loaded to cause damage to structures or to any other type of construction will not be permitted. Hauling of materials over the base course or surface course under construction shall be limited as directed or as specified in the Technical Specifications. The Trade Contractor shall be responsible for all damage done by its hauling equipment and shall correct such damage at its own expense.

## 4.4 TRADE CONTRACTOR'S SUPERINTENDENT AND EQUIPMENT

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 16 of 95

**4.4.01** The Trade Contractor shall provide a competent English-speaking Superintendent on the work at all times, who shall be fully authorized as the Trade Contractor's agent on the work. The Superintendent shall be capable of reading and thoroughly understanding the Plans, Technical Specifications and other Trade Contract Documents.

**4.4.02** The Trade Contractor shall furnish all labor, materials, services and equipment sufficient for the prosecution of the work in an acceptable manner and at a satisfactory rate of progress.

**4.4.03** All equipment, tools, and machinery used in the prosecution of the work shall be maintained in a safe working condition and shall be appropriate for the work to be performed.

**4.4.04** The Trade Contractor shall submit to the Architect/Engineer through the MGC the daily manpower count, by trade and position, no later than noon of the day following the day covered.

## 4.5    ENVIRONMENTAL PROTECTION

**4.5.01** The Trade Contractor shall comply with all Federal, state, and local laws and regulations controlling pollution of the environment. It shall take necessary precautions to prevent pollution of streams, lakes, ponds, underground waters, aquifers and reservoirs with fuels, oils, bitumens, chemicals, or other harmful materials and to prevent pollution of the atmosphere from particulate and gaseous matter. For the sole purpose of signing manifests, Owner will be designated as the "generator" of hazardous material found or existing on the site, except to those materials brought to the site by the Trade Contractor and as to those existing hazardous materials that Trade Contractors have scattered or co-mingled with non-hazardous material.

## 4.6    CONSTRUCTION COORDINATION MEETINGS

**4.6.01** The Trade Contractor shall attend Construction Coordination Meetings at a time and place to be designated by the MGC or the Architect/Engineer. These meetings are intended to determine job progress, identify job problems, assist in solving and preventing job problems, and promote coordination with all entities involved in the Trade Contract and with other Owner and MGC contractors. The Trade Contractor shall cause subcontractors and suppliers to attend as he deems advisable, or as requested by the MGC or the Architect/Engineer.

## 4.7    SHOP DRAWINGS

**4.7.01** The Trade Contractor is responsible for the preparation of detailed shop drawings necessary for the fabrication, erection and construction of all parts of the work in conformity with the Trade Contract Documents. Trade Contractor shall ensure that shop drawings are received in accordance with the approved MGC Construction Schedule and shall further take reasonable steps to ensure that there is adequate time to review drawings by managing how drawings are submitted (i.e. drawings shall not be received all at one time). Architect/Engineers and consultants are to review, approve and return shop drawings and samples as expeditiously as possible under the circumstances, but in no event later than 15 calendar days from the date of submission by MGC. Architect/Engineers shall not be allowed to introduce modifications to the work of the Program utilizing the shop drawings process and any changes to the work of the Program are to be incorporated into the Architect/Engineers' plans and specifications.

## 4.8    SUBSTITUTION

**4.8.01** For convenience in designation in the Trade Contract Documents, certain materials, articles, or equipment may be designated by a brand or a trade name or the name of the manufacturer, together with catalog designation or other identifying information. When Trade Contract Documents specifically disallow

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 17 of 95

substitution, the specified product shall be provided. Alternative material, article, or equipment which is of equal quality and of the required characteristics for the purpose intended may be proposed for use. The Trade Contractor shall submit a substitution request within 45 calendar days from the Notice to Proceed or sooner as required by the job progress, in order not to impair the MGC Construction Schedule.

**4.8.02** No request for substitution will be considered unless accompanied by complete information and descriptive data necessary to determine the quality of the proposed materials, articles or equipment. Samples shall be provided when requested by the Architect/Engineer. The burden of proof as to the comparative quality or suitability of the proposed materials, articles or equipment shall be upon the Trade Contractor. The Architect/Engineer and the Owner's decision in such matters shall be final. In the event that the Architect/Engineer rejects the use of such substitute materials, articles or equipment, then one of the particular products designated by brand name shall be provided.

**4.8.03** The Architect/Engineer will examine and review the Substitution request with the Owner and return it, within 21 calendar days from the date of its receipt at the Architect/Engineer's office, through the MGC, to the Trade Contractor noted with the final decision. If the final decision approves either an equal or a substitution, the approval must also contain the Owner's written approval. When requested by the Architect/Engineer, the Trade Contractor shall resubmit such Shop Drawings, descriptive data and samples as may be required.

**4.8.04** If any mechanical, electrical, structural, or other changes are required for the proper installation and fit of alternative materials, articles, or equipment, or because of deviations from the Trade Contract Documents, such changes shall be shown in the substitution request and such changes shall be made without additional cost to the Owner or the MGC.

**4.8.05** Acceptance on another project, by the Owner, of a product other than that specified for this Trade Contractor's Work does not constitute evidence of its equality with the product specified, nor its suitability for this Program.

**4.9    APPROVAL OF SOURCES OF SUPPLY OF MATERIALS**

**4.9.01** The Trade Contractor shall submit a complete list of the sources of supply and the manufacturers of all items of materials, equipment and machinery requested by the Architect/Engineer for approval prior to the commencement of any work.

**4.10    APPROVAL AND ACCEPTANCE OF MATERIALS AND SALVAGE OF MATERIALS**

**4.10.01** The materials used on the work shall conform to the requirements of the Trade Contract Documents and may be subject to inspection, testing and approval by the Architect/Engineer before incorporation in the work. Unless otherwise specified, such materials that are manufactured or processed shall be new (as compared to used or reprocessed).

**4.10.02** In order to expedite the acceptance of materials, the Architect/Engineer may require the Trade Contractor to furnish complete statements as to the origin, composition, and manufacture of all materials to be used in the work. Such statements shall be furnished sufficiently in advance of the delivery of such materials.

**4.10.03** At the Architect/Engineer's option, materials may be approved at the source of supply before delivery is slated. If it is found after trial that sources of supply for previously approved materials do not produce specified products, the Trade Contractor shall furnish materials from other sources.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 18 of 95

**4.10.04** Any work in which untested materials are used without approval or written permission of the Architect/Engineer shall be performed at the Trade Contractor's risk. Materials found to be unacceptable and unauthorized will not be paid for and, if directed by the Architect/Engineer, shall be removed at the Trade Contractor's expense. Unless otherwise designated, Quality Assurance tests performed in accordance with the requirements of Trade Contract Documents will be made by the Architect/Engineer or the Project Testing Laboratory at the expense of the Owner. Samples will be taken by the Architect/Engineer or the Project Testing Laboratory. All materials being used are subject to inspection, test, or rejection at any time prior to or during incorporation into the work and until Final Acceptance of the Work. Copies of all tests will be furnished to the Trade Contractor's representative at his/her request.

**4.10.5** The Trade Contractor shall furnish airport lighting equipment that conforms to the requirements of cited specifications. In addition, where an FAA specification for airport lighting equipment is cited in the Plans or Specifications, the Trade Contractor shall furnish such equipment that is produced in accordance with FAA Advisory Circular (AC) 150/5345-53B by a manufacturer qualified (by FAA) to produce such specified and listed equipment.

**4.10.06** Samples of all materials to be tested, upon which the acceptance or rejection thereof is to be based, shall be taken by the Architect/Engineer or the Project Testing Laboratory. Materials may be sampled either prior to shipment or after being received at the Site.

**4.10.07** The Trade Contractor shall provide such facilities as the Architect/ Engineer or the Project Testing Laboratory may require for conducting field tests and for collecting and forwarding samples. The Trade Contractor shall not use or incorporate into the work any materials represented by the samples until tests have been made and the materials found to be acceptable. Only materials conforming to the requirements of the Trade Contract Documents shall be used in the work.

**4.10.08** Materials or assemblies not conforming to the requirements of the Trade Contract Documents shall be considered unacceptable and shall be rejected. The Trade Contractor shall remove any rejected material or assembly from the site of the work, unless otherwise instructed by the Architect/Engineer Rejected material or assemblies, the defects of which have been corrected by the Trade Contractor, shall not be returned to the site of the work until such time as the Architect/Engineer has approved its use, in writing, in the work.

**4.10.09** Ownership of all salvaged equipment and materials, surplus excavation, etc., shall remain with the Trade Contractor, unless stated otherwise in the Trade Contract Documents, who shall legally dispose of such equipment, materials and surplus excavation, etc. at a legal disposal site(s) provided by and at the expense of the Trade Contractor, away from the airport site. All equipment and materials to be salvaged for the Owner's use, shall be transported by the Trade Contractor and delivered to the location called for in the Trade Contract Documents.

**4.10.10** The Trade Contractor shall exercise due caution in the removal, dismantling and handling of equipment and materials to be salvaged for the Owner's use. The Trade Contractor shall prepare inventory lists for all such salvaged equipment and materials before removal and such lists shall be receipted by the Architect/Engineer and the Owner at the time such equipment and materials are delivered to the Owner.

**4.10.11** The Trade Contractor shall be liable for losses or damage resulting from the Trade Contractor's handling of equipment and materials to be salvaged for the Owner's use.

**4.10.12** The Architect/Engineer through the MGC may direct the Trade Contractor to dispose of all or any class of salvage material to a fill or storage site on or adjacent to the work area, at no additional cost to the Owner.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 19 of 95

## 4.11 CERTIFICATES OF COMPLIANCE

**4.11.01** The Architect/Engineer may permit the use, prior to sampling and testing, of certain materials or assemblies when accompanied by manufacturer's certificates of compliance stating that such materials or assemblies fully comply with the requirements of the Trade Contract Documents. The certificate shall be signed by the manufacturer. Each lot of such materials or assemblies delivered to the work must be accompanied by a certificate of compliance in which the lot is clearly identified.

**4.11.02** Materials or assemblies used on the basis of certificates of compliance may be sampled and tested at any time and if found not to be in conformity with the requirements of the Trade Contract Documents will be subject to rejection whether in place or not.

**4.11.03** When a material or assembly is specified by "brand name or equal" and the Trade Contractor elects to furnish the specified "brand name", the Trade Contractor shall be required to furnish the manufacturer's certificate of compliance for each lot of such material or assembly delivered to the work. Such certificate of compliance shall clearly identify each lot delivered and shall certify as to:

    A.    Conformance to the specified performance, testing, quality or dimensional requirements; and,

    B.    Suitability of the material or assembly for the use intended in the Work.

**4.11.04** If the Trade Contractor proposes to furnish an "or equal" material or assembly, he shall furnish the manufacturer's certificates of compliance as hereinbefore described for the specified brand name material or assembly. However, the Architect/Engineer shall be the sole judge as to whether the proposed "or equal" is suitable for use in the work.

**4.11.05** The Architect/Engineer reserves the right to refuse permission for use of materials or assemblies on the basis of certificates of compliance.

## 4.12 STORAGE OF MATERIALS AND EQUIPMENT

**4.12.01** The on-airport staging areas that are available for temporary storage of materials, location of temporary structures, equipment and other property are shown on the Owner's On-site Parking, Staging and Storage Areas in Exhibit H of the Prime Contract included in the Trade Contract Documents. Locations set forth for such storage of materials, temporary structures, equipment and other property shall be temporary, and the Trade Contractor shall relocate the same as directed by the Owner's Representative or the MGC to avoid interference with operations of the Owner, the MGC or with the work of other contractors and trade contractors on the job site. Temporary structures shall be neat in appearance, shall not constitute a fire hazard and shall be properly maintained.

**4.12.02** Any space that the Trade Contractor may require for plant, equipment, storage or other purposes, in addition to that set forth above, shall be procured by the Trade Contractor and the cost thereof shall be included in the Trade Contract Price. For stored materials, structures, equipment and other property, Trade Contractor shall be solely responsible for the protection of such property from theft, and damage of any sort. To this end, the Trade Contractor shall provide at no additional cost to the Owner or the MGC all secured enclosures, security personnel, material inventory programs and any other means necessary for the protection of his property. The granting of rights of storage on Owner property shall in no way obligate the Owner or the MGC for protection or replacement of loss of such stored property.

**4.12.03** Materials shall be so stored as to assure the preservation of their quality and fitness for the work. Stored materials, even though approved before storage, may again be inspected prior to their use in the

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 20 of 95

work. Stored materials shall be located so as to facilitate their prompt inspection. The Trade Contractor shall coordinate the storage of all materials with the MGC and the Owner's Representative. Materials shall be stored on Owner property or in approved bonded warehouse(s); materials stored within the airport limits shall not create an obstruction to air navigation nor shall they interfere with the free and unobstructed movement of aircraft, vehicles, or airport operations. Unless otherwise shown on the Plans, the storage of materials and the location of the Trade Contractor's plant and parked equipment or vehicles shall be as directed by the Architect/Engineer and the MGC.  Payment for stored materials will be in accordance with Section 10.2.12 of the General Conditions Provisions.

**4.12.04** Unless otherwise specified or directed by the Architect/Engineer or Owner, all storage sites shall be restored to their original condition by the Trade Contractor at no additional cost to the Owner or the MGC.

## 4.13  MGC **CONSTRUCTION SCHEDULES**

**4.13.01** The construction will be planned and recorded with Computerized Project Planning software as specified in Division 1 and other provisions cited elsewhere in the Trade Contract Documents. The MGC Construction Schedule shall be used for coordination, monitoring, and payment of all work under the Trade Contract including all activities of subcontractors, vendors, and suppliers of any tier. The Trade Contractor shall be responsible for the preparation, revisions and updating its portions of the MGC Construction Schedule in accordance with the Division 1 requirements and other provisions cited elsewhere in the Trade Contract Documents.

## 4.14  **SAFETY, FIRE PREVENTION, AND ENVIRONMENTAL CONSIDERATIONS**

**4.14.01** The Trade Contractor shall comply with the rules and regulations of the Florida Department of Commerce regarding Industrial Safety under Section 440.56 Florida Statutes, Safety Rules - Workers Compensation Laws and with United States Williams - Steiger Occupational Safety and Health Act of 1970 commonly referred to as "OSHA", as applicable, and other national consensus standards of safety pertaining to particular trades.

**4.14.02** The Trade Contractor shall not endanger, by cutting, digging, loading or otherwise, the structural integrity or overall safety of any structure, installation, facility, work in progress or work completed.

**4.14.03** Materials stored upon the Site or along the route of the work shall be so placed and the work shall be so conducted as to cause no obstruction to traffic other than as provided in these Trade Contract Documents.

**4.14.04** The Trade Contractor shall mark all equipment with three foot square orange and white flags whenever such equipment is operating on the Air Operations Area (AOA) or in proximity to flight zones. Equipment employed on the AOA shall be withdrawn from work areas at the close of the work day. Equipment shall not be parked in any location where it will constitute a hazard to aircraft or aircraft operations. Equipment shall be night marked and lighted as required by the Specifications and FAA Advisory Circular 150/5210-5 "Painting, Marking and Lighting of Vehicles Used on an Airport" latest edition.

**4.14.05** Equipment will not be allowed on the airfield which is not properly equipped to contain all material, debris, etc. Constant inspections will be performed by the Trade Contractor to insure a continuous, clean and safe aircraft operating area at all times.

**4.14.06** The Trade Contractor, through the MGC, shall obtain from MDAD Airside Operations, for work at Miami International Airport, or from the airport manager for work at other MDAD General Aviation Airports,

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 21 of 95

all equipment height limitations. Approval for use of cranes and other high equipment may be given, provided that the Trade Contractor submits full data and scheduling to MDAD for approval by the FAA. Contractors are cautioned that the FAA processing of this request may take eight (8) weeks from the time of application.

**4.14.07** Trade Contactor is cautioned to allow for such conditions as having to drop crane boom(s) at times required by the FAA (nighttime and inclement weather), providing 2-way radio communications with the FAA control tower, and possible disruption of crane use to accommodate special airport operations requirements.

**4.14.08** The Trade Contractor shall furnish and erect signs, barricades, lights, flags and other protective devices as may be required, to protect aircraft, pedestrian and vehicular traffic and the work. All such signs, barricades, lights, flags and other protective devices shall be in accordance with the requirements of the Trade Contract Documents

**4.14.09** The Trade Contractor shall furnish flaggers in sufficient numbers to protect and divert vehicular and pedestrian traffic from working areas closed to traffic, or to protect any new work. Such flaggers shall be furnished on a 24 hour basis when conditions and/or airport operations require.

**4.14.10** The Trade Contractor and all subcontractors and suppliers, at any tier, shall be governed by the provisions of the Miami -Dade County, Florida, Fire Prevention and Safety Code, and shall take all necessary precautions to guard against and eliminate all possible fire hazards and to prevent injury to persons or fire damage to any construction, building materials, equipment, temporary field offices, storage sheds, and all other property, both public and private, particularly when gas or arc welding and torch cutting is taking place. Open flames (except approved torch cutting equipment), including the use of flambeaux, are strictly prohibited.

**4.14.11** The Trade Contractor shall not use explosives on the Site, nor allow explosives of any type or nature to be brought upon the Site of the construction, without the prior express written approval of the Miami-Dade Aviation Department. Any such authorized use of explosives shall be governed by the provisions of Chapter 13, Code of Miami- Dade County, and other governing agencies in their use or storage. Subject to conditions outlined below, the Owner will permit the use of powder actuated fasteners and tools in connection with airport construction:

    A.    Permission to use powder actuated fasteners and tools will in no way relieve the Trade Contractor or his subcontractors or suppliers, at any tier, from responsibilities under his Trade Contract relating to liability for damages arising out of the use of such equipment.

    B.    Architect/Engineer or Owner's Representative approval must be given specifically, and in writing, for the use of such fasteners for each and every application for which the Trade Contractor desires to use this type of fastener. The Trade Contractor shall, through the MGC, submit to the Architect/Engineer or the Owner's Representative for approval all structural and operational data pertinent to each and every application, such data to include, but not be limited to the following:

        (1)    Make and model number of the powder actuated tool(s).

        (2)    Manufacturer's brochure completely describing the proposed fastening system.

        (3)    Sufficient drawings, cross-sections, and/or descriptive specification data to fully define the location(s) where powder actuated fasteners are intended for use. This information shall include the type and thickness of material into which the fasteners are to be driven, and the penetration of the proposed fasteners.

POJV – North Terminal Development Consolidation Program        June 5, 2007
General Conditions Provisions        Section 00030
Version 4

Page 22 of 95

(4)     The name, address and social security number of each operator of the powder actuated tool(s) who has been certified by the manufacturer as a qualified operator of the equipment. The Trade Contractor's submittal shall include an affidavit stating that only the certified operator(s) named shall be permitted to use the powder-actuated tool(s).

C.     Only powder actuated tools of a safe, low-velocity, piston type which comply with all the requirements of OSHA regulations shall be allowed.

D.     An operator of powder-actuated tools shall have on his person at all times the manufacturer's card certifying that he is a qualified operator. The Architect/Engineer, through the MGC, shall immediately suspend any work being conducted by operators not having such certification on his person.

E.     The Architect/Engineer, the County or the Owner or the MGC may suspend any work in progress using powder actuated fasteners and tools, if such powder actuated work is deemed to be unsafe, or is considered to be detrimental to the operation of the airport. Failure of the Architect/Engineer or the Owner or the MGC to suspend any such work shall not impose any liability on the Architect/Engineer or the Owner or the MGC.

F.     Powder actuated fasteners are specifically prohibited from use in prestressed concrete structural members. The Architect/Engineer may approve same after reviewing submittal data and after being satisfied as to procedures to be used to locate prestressed tendons.

G.     Powder actuated fasteners will be disallowed when, in the opinion of the Architect/Engineer, or the Owner, or the MGC, the noise from the powder-actuated tool would create disruption of airport operations.

H.     This specification is intended to encourage the use of economical, efficient, structurally sound fastening systems, and to use them in a manner that is safe for the operators, other workmen, the public, and the structure.

## 4.14.12 Environmental Considerations:

A.     Air pollution: The Trade Contractor shall use emissions control devices on gasoline or diesel powered construction equipment and minimize idling and unnecessary operation of equipment to prevent and control air pollution in accordance with criteria issued by Federal, State and local agencies having relevant jurisdiction.

B.     Dust Control: The Trade Contractor shall employ appropriate measures to control the generation and accumulation of dust at the site. Sprinkling with water or other suitable means shall be used to prevent the dispersal of substantial amounts of dust produced by demolition and other work generating dust. Collection and removal measures shall be employed to prevent accumulation of dust deposits.

C.     Asbestos: When asbestos materials are encountered or are suspected to be present in the area of the work, the Trade Contractor shall immediately shut down all work in the area and notify, through the MGC, the Architect/ Engineer of the asbestos discovery. The Trade Contractor may be required to prepare and execute a program for asbestos disposal, abatement or encapsulation with the guidance and approval of the County's asbestos consultant. The program shall meet all applicable Federal, State and County regulations relating to asbestos removal, encapsulation, protection of workers and public

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

Page 23 of 95

June 5, 2007
Section 00030
Version 4

and any other relevant procedures. Unless otherwise provided in the Trade Contract Documents, all such work will be authorized by an appropriate Change Authorization.

D.  Flammable Materials: The Trade Contractor shall store petroleum products, paint and other flammable materials in designated locations and in compliance with fire safety regulations. Spillages shall be collected and legally disposed of promptly and in a manner consistent with fire safety regulations and environmental protection regulations issued by Federal, State and local agencies having relevant jurisdiction.

E.  Noise Controls: The Trade Contractor shall minimize noise caused by work operations. The Trade Contractor shall provide machinery and equipment fitted with efficient noise-suppression devices for protection of employees and public and he shall schedule working hours and operations to minimize public disturbance in vicinity of work. The Trade Contractor shall employ sound barriers as directed by the Architect/Engineer or the MGC.

F.  Fumes: The Trade Contractor shall not conduct operations that will result in the production of noxious, flammable, explosive or odoriferous fumes in locations or in quantities that constitute a hazard to health or safety or an objectionable environment for workers or public.

G.  Hydrocarbons: The Trade Contractor is hereby forewarned of a potential hazard peculiar to the working conditions on airport property consisting of the presence of hydrocarbon gas and its fumes in, on, or about the ground water table when exposed by open trench or pit excavation. Should the Trade Contractor encounter the presence of hydrocarbon liquid or gas in an open excavation, he shall immediately cease all work in and about the excavation, notify, through the MGC, the Architect/ Engineer of the presence of the hydrocarbon and await further instructions before proceeding with his operations in the affected area. The Trade Contractor shall not perform any open-flame operations (such as torch-cutting, or electric welding, etc.) in or about any such open excavation without first having received approval of the Airport Fire Division, which shall have the authority to require the Trade Contractor to provide, on a standby basis, such fire extinguishing apparatus and personnel as it deems appropriate. The Airport Fire Division shall have the authority to direct the Trade Contractor to cease such operations and take whatever remedial actions are deemed appropriate and necessary, when, in its representative's opinion, continuing the work would jeopardize airport property, facilities, equipment or personnel.

H.  Clean Air and Water Pollution Control Requirements for all Construction Contracts and Subcontracts exceeding $100,000.00:

The Trade Contractor and all his subcontractors and suppliers, at any tier, agree:

(1)  That any facility to be used in the performance of the Trade Contract or subcontract or to benefit from the Trade Contract is not listed on the Environmental Protection Agency (EPA) list of violating facilities;

(2)  To comply with all the requirements of Section 114 of the Clean Air Act, as amended, 42 U.S.C. 1857 et seq. and Section 308 of the Federal Water Pollution Control Act, as amended, 33 U.S.C. 1251 et seq. relating to inspection, monitoring, entry, reports, and information, as well as all other requirements specified in Section 114 and Section 308 of the Acts, respectively, and all other regulations and guidelines issued thereunder.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 24 of 95

(3)     That, as a condition for the award of this Trade Contract, the Trade Contractor or subcontractor or supplier, at any tier, will notify the MGC and the Owner of the receipt of any communication from the EPA indicating that a facility to be used for the performance of or benefit from the Trade Contract is under consideration to be listed on the EPA List of Violating Facilities;

(4)     To include or cause to be included in any construction contract or subcontract which exceeds $100,000 the aforementioned criteria and requirements.

**4.14.13** Unless otherwise provided for in Division 0 and 1 or in the Technical Specifications, no additional payment will be made to the Trade Contractor for signs, barricades, lights, flags, watch persons, flaggers, fire extinguishing apparatus and personnel, and other protective devices.

**4.14.14** Florida Trench Act: The Trade Contractor and all his subcontractors, at any tier, performing trench excavation on this Trade Contract shall comply with the Florida Trench Safety Act (Sections 553.60-553.64, Florida Statutes) and the Occupational Safety and Health Administrations' (OSHA) trench excavation safety standards, 29 C.F.R., s.1926.650, Subpart P, including all subsequent revisions or updates to these standards as adopted by the Department of Labor and Employment Security (DLES). The Trade Contractor shall consider all available geotechnical information in his design of the trench excavation safety system. Inspections required by OSHA trench excavation safety standards shall be provided by the Trade Contractor.

## 4.15     AS-BUILT INFORMATION

**4.15.01** A complete set of Trade Contract Documents will be made available to the Trade Contractor as necessary for recording As-Built information. These Trade Contract Documents shall be kept on the job site or in the MGC offices at all times at a location to be determined by the MGC and all changes marked in red as the work progresses. The Owner's Representative will coordinate the review of As-Built Drawings/Specifications at least weekly by the responsible architectural or engineering discipline(s). An As-Built Drawings/Specifications Review Log will be signed by each architectural or engineering discipline representative attesting to its review of the As-Built Drawings/Specifications. A copy of the log will be attached to the Minutes of the Weekly Construction Meeting. The Owner's Representative shall report on the status of As-Built Drawings/Specifications at the Weekly Construction Meeting. Upon completion of the work and prior to approval of the Trade Contractor's Application for Final Payment, the complete set of As-Built Drawings/Specifications will be delivered to the MGC. .

**4.15.02** Unless the Architect/Engineer certifies that the status of the As-Built Drawings/Specifications is current as of the date of the Trade Contractor's Monthly Requisition for Payment, an amount equal to the Architect/Engineer's estimated cost to the Owner to make them current will be deducted from the Trade Contractor's Monthly Requisition for Payment. Certification by the Architect/Engineer of the current status does not certify that the information contained in the As- Built Drawings/Specifications is accurate.

**4.15.03** The Trade Contractor shall provide complete and accurate As-Built information to the same degree of detail as the Trade Contract Documents. Dimensioned features shall be re-dimensioned as necessary in As-Built submittals and unaltered design dimensions clearly verified. Work requiring survey layout will be recorded by submission of a Florida Registered Land Surveyor's certified survey.

**4.15.04** Incomplete or incorrect As-Built information shall constitute "faulty workmanship" subject to the remedies set forth in the Trade Contract Documents including those provided under the Performance Bond.

**4.15.05** The Trade Contractor shall submit, as a part of his monthly pay request, his certification that As-Built drawings/Specifications have been brought up to date as specified in this Article, that supplemental

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 25 of 95

data, surveys, etc. have been recorded and that records are transmitted to the Architect/Engineer or available for review. The maintenance and updating of As-Built records shall constitute an essential step in the completion of the various items of work under the Trade Contract which shall be reflected in the payment to be made for such items of work.

## 4.16    QUALITY OF WORK AND MATERIALS

**4.16.01** The Trade Contractor warrants to the Owner, and the Architect/Engineer that all materials and equipment furnished under this Trade Contract will be new unless otherwise specified, and that the work will be of good quality, free from faults and defects in materials and workmanship for a period of one year from the date of Substantial Completion, unless otherwise required under this Trade Contract. Work not conforming to these standards may be considered defective. If required by the Architect/Engineer, or the Owner, the Trade Contractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment. Trade Contractor's shall make corrections in a timely manner so as to not affect the progress of the Work or the Program. Should disagreement occur over acceptability of the Work and its conformance with the requirements of the Trade Contract Documents, the Owner shall be the final judge of performance and acceptability.

## 4.17    SIGNS

**4.17.01** No Trade Contractor sign or other advertising matter shall be permitted on the airport.

**4.17.02** The Trade Contractor will provide a construction sign as called for in the Trade Contract Documents.

## 4.18    EMPLOYEE FOOD SERVICE

**4.18.01** The Trade Contractor and his subcontractors or suppliers, at any tier, shall not bring on to the airport any food or beverage catering trucks, vending machines, or other serving facilities.

## 4.19    PAYMENT OF WAGE RATES AND BENEFITS

**4.19.01** The Trade Contractor and each subcontractor at any tier under him shall pay or cause to be paid, to all employees under them, the wages and benefits as reflected in the Davis–Bacon Act provisions referenced and incorporated in the Trade Contract Documents. The Trade Contractor and each subcontractor at any tier under him shall comply with all of these requirements.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 26 of 95

## ARTICLE 5

## SUBCONTRACTING

**5.1   ASSIGNMENT OF CONTRACT - SUBCONTRACTING PORTIONS OF THE WORK**

**5.1.01** The Trade Contractor shall not assign this Trade Contract, nor any part thereof.

**5.1.02** The Trade Contractor will be permitted to subcontract portions of the work to competent subcontractors. Such subcontractors shall hold valid current certificate(s) of competency for the type of work to be performed, in accordance with the qualifications requirements as set forth in Chapter 489 of the Florida Statutes and Chapter 10 of the Code of Miami-Dade County.

**5.1.03** Nothing contained herein shall create any contractual relationship between the Owner or the MGC and any level of subcontractor, materialman or supplier.

**5.1.04** All work performed for the Trade Contractor or by a subcontractor or supplier, at any tier, shall be pursuant to an appropriate agreement between the Trade Contractor and such entities which shall contain provisions that:

    A.    Preserve and protect the rights of the MGC, the Owner, the Architect/Engineer and the Owner's Representative under the Trade Contract with respect to the Work to be performed under the subcontract so that the subcontracting thereof will not prejudice such rights;

    B.    Require that such Work be performed in accordance with the requirements of the Trade Contract Documents;

    C.    Require submission to the Trade Contractor of applications for payment under each subcontract to which the Trade Contractor is a part, in reasonable time to enable the Trade Contractor to apply for payment;

    D.    Require that all claims for additional costs, extensions of time, damages for delays or otherwise with respect to subcontracted portions of the Work shall be submitted to the Trade Contractor (via any subcontractor or sub-subcontractor or supplier, at any tier, where appropriate) in sufficient time so that the Trade Contractor may comply in the manner provided in the Trade Contract Documents for like claims by the Trade Contractor upon the MGC or the Owner; and

    E.    Require specific consent to the provisions of the Trade Contract Document.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 27 of 95

**MISCELLANEOUS PROVISIONS**

6.1    **METHOD OF SAMPLING AND TESTING**

**6.1.01** Sampling and testing of all materials shall be as set forth in the Trade Contract Documents. Except for quality control testing and any other testing that may be the direct responsibility of the Trade Contractor as set forth in the Trade Contract Documents, the testing of samples and materials will be made at the expense of the Owner by the Project Testing Laboratory. The Trade Contractor shall furnish the required samples without charge.   The Trade Contractor shall give sufficient notification to the Owner's Representative through the MGC of the placing of orders for or receipt of materials to permit testing.

**6.1.02** The Owner's Representative may inspect, at its source, any specified material or assembly to be used in the work. Manufacturing plants may be inspected from time to time for the purpose of determining compliance with specified manufacturing methods or materials to be used in the work and to obtain samples required for its acceptance of the material or assembly.

Should the Owner's Representative conduct plant inspections, the following shall exist:

A.    The Owner's Representative shall have the cooperation and assistance of the Trade Contractor and the producer with whom he has contracted for materials.

B.    The Owner's Representative shall have full entry at all reasonable times to such parts of the plant that concern the manufacture or production of materials being furnished.

C.    If required by the Owner's Representative, the Trade Contractor shall arrange for adequate office or working space that may be reasonably needed for conducting plant inspections. Office or working space should be conveniently located with respect to the plant.

**6.1.03** It is understood and agreed that the Owner shall have the right to retest any material which has been tested and approved at the source of supply after it has been delivered to the site. The Owner's Representative shall have the right to reject only material which, when retested, does not meet the requirements of the Trade Contract Documents.

**6.1.04** All inspections and testing of materials, assemblies and equipment will be performed in Miami-Dade County. If the Trade Contractor's material or manufacturing sources are such that inspections or tests cannot be made in Miami-Dade County, all traveling and lodging expenses in connections with such inspections and testing shall be borne by the Trade Contractor.

6.2    **INTERFERENCE WITH EXISTING UTILITIES, CONTROLS, FAA NAVAIDS AND  NOAA (WEATHER BUREAU) FACILITIES**

**6.2.01** Trade Contractor shall carefully control all aspects of his work to prevent damage to cables, ducts, water mains, sewers, fire mains, telephone cables, fuel lines, radar cables, and any other underground utilities and structures.

**6.2.02** Before commencing work in any given area, the Trade Contractor shall carefully review the Plans, survey and search the site for utility locations, and determine possible utility conflicts. All known above and

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 28 of 95

underground utilities, including, but not limited to, electrical, telephone, communications, lighting cables, fuel lines, sewer, drainage and water pipes, and other existing structures, etc., are shown on the Plans, but no guarantee is implied that the information is accurate. It shall be the responsibility of the Trade Contractor to verify the location of all such utilities, structures, etc., using magnetic and electronic detectors and by hand excavation or other appropriate measures before performing any work that could result in damage to such utilities or structures. The Trade Contractor shall, in conjunction with the Owner's Representative, make a thorough search of the particular location for underground utilities, structures, etc., whether or not shown on the drawings, before excavation work is commenced in any particular location. To this end the Trade Contractor shall provide and maintain throughout the term of the Trade Contract, electronic and magnetic detecting devices capable of locating underground utilities, etc. The Trade Contractor shall, after locating primary and critical existing utilities, mark their location with indelible material or other means satisfactory to the Owner's Representative and maintain above ground physical identification during the work.

**6.2.03** In the event of damage to, or accidental disruption of utilities or other facilities as a result of the Trade Contractor's operations, the Trade Contractor shall take immediate steps to repair or replace all damage and to restore all services. Further, the Trade Contractor shall engage any additional outside services which may be necessary to prosecute repairs on a continuous "around the clock" basis until services are restored. The Trade Contractor shall also provide and operate any supplemental temporary services to maintain uninterrupted use of the facilities. All costs involved in making repairs and restoring disrupted service resulting from the Trade Contractor's work shall be borne by the Trade Contractor and the Trade Contractor shall be fully responsible for any and all claims resulting from the damage.

**6.2.04** The Trade Contractor is hereby informed that there are installed on the Airport, and within the site, FAA NAVAIDS, including without limitations, FAA NAVAIDS such as ASR, IHF, and VHF receivers and transmitters, U.S. Weather Bureau Facilities, and electronic cables and controls relating to such NAVAIDS and facilities. Such NAVAIDS, Weather Bureau, and other facilities and electric cables are vital to the operation of the Airport and must be fully protected during the entire duration of the Trade Contractor's Work. Work under this Trade Contract can be accomplished in the vicinity of these facilities and cables only at approved periods of time. Approval is subject to withdrawal at any time because of changes in the weather, emergency conditions, and for any other reason determined by the MGC or the Owner's Representative. Any instructions to the Trade Contractor to clear any given area, at any time, given by the MGC or the Owner's Representative or by any authority designated by the Owner's Representative such as the Federal Aviation Administration by any means including radio, shall be immediately executed. Construction work will resume in the cleared area only when such instructions are issued by the MGC or the Owner's Representative.

**6.2.05** Power and control cables leading to and from any FAA NAVAIDS, Weather Bureau, or other facilities will be protected from any possible damage from the elements or due to any crossing of these facilities by equipment.

**6.2.06** The Trade Contractor is hereby notified that he shall be required to immediately repair, at his own expense, with identical material by skilled workers, any underground cables serving FAA NAVAIDS, Weather Bureau and other existing FAA facilities which are damaged by his workers, equipment or work, and that prior approval of the FAA must be obtained for materials, workers, time of day or night, method of repairs, and for any temporary or permanent repairs the Trade Contractor proposes to make to any FAA NAVAIDS and facilities damaged by the Trade Contractor.

**6.2.07** Damaged FAA cables (controls, NAVAIDS and NOAA) shall be repaired in accordance with the requirements of FAA-SO-STD-71 Specifications "Installation and Splicing of Underground Cables". Prior approval of the Owner's Representative must be obtained for the materials, workers, time of day or night, and for the method of repairs for any temporary or permanent repairs the Trade Contractor proposes to make to any Airport facilities, cables, or existing utilities damaged by the Trade Contractor. The FAA Airways Facilities Sector Field Office (AFSFO) Manager shall have the discretion of determining who shall perform repairs of damaged cables.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 29 of 95