**6.2.08** NAVAIDS shall be removed from service when construction activities occur within any NAVAIDS critical area, when the runways are closed or when the runway threshold is displaced. If a NAVAID must be removed from service for more than eight hours or for any period of time for three consecutive days, a minimum of 50-day advance notice is required for coordinating the extended facility shutdown with the FAA. Facility shutdown coordination shall be initiated by the Trade Contractor, through the MGC, with the Owner's Representative; the Owner and the Owner's Representative will coordinate the facility shutdown with the FAA AFSFO Manager responsible for this facility.

## 6.3    EXISTING UTILITIES AND STRUCTURES

**6.3.01** The Trade Contractor shall not purposefully disrupt or disconnect any type of utility whatsoever without first obtaining, through the MGC, the written permission of the Owner's Representative. If a suitable bypass of such utility cannot be provided, then the Owner's Representative may, throught the MGC, direct the Trade Contractor to proceed with the work on a 24-hour per day basis until such interrupted utility services are completely restored. Requests for disconnection shall be submitted on a fully completed copy of the MDAD "Shut Down Form" delivered to the Owner, through the Owner's Representative, through the MGC, for processing and approval at least five (5) working days prior to the time of the requested interruption, and shall state:

     A.     The identity of the utility involved.

     B.     Justification of the requested disconnect.

     C.     The location of the requested disconnect.

     D.     The exact date and time at which the disconnect is requested.

     E.     The duration of the proposed disconnect.

**6.3.02** The Trade Contractor shall take all necessary precautions when using steel treaded equipment or vehicles to protect the pavement surface from damage. Rubber tires or treads shall be used whenever possible. Any damage to pavement caused by Trade Contractor's or its subcontractor's or supplier's, at any tier, equipment or vehicles shall be repaired by the Trade contractor in a manner acceptable to the Owner's Representative, at no additional cost to the Owner or the MGC.

**6.3.03** The Trade Contractor shall provide protective shoring and sheet piling, as required, at all existing structures, etc., where they may be affected by installation of new work.

**6.3.04** During the construction of new structures, and other foundation work, conflicts may occur with existing underground utilities or structures. The Trade Contractor shall, through the MGC, call these conflicts to the attention of the Owner's Representative, in writing, immediately. The Owner's Representative will issue instructions regarding a solution to the conflict. The Trade Contractor shall be responsible for all methods, means, materials, and processes necessary to protect all existing facilities, property, structures, equipment or finishes damaged in any manner through its negligence during execution of the work.

**6.3.05** In the event of damage to existing facilities or structures, proposed to remain, be relocated or otherwise reused by the Owner as a result of the Trade Contractor's operations, the Trade Contractor shall take immediate steps to repair or replace all damage and to restore all services. Further, the Trade Contractor shall, when directed by the MGC, engage any additional outside services which may be necessary to prosecute repairs on a continuous "around the clock" basis until facilities or structures are restored. All costs involved in making repairs and restoring disrupted service resulting from the Trade

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 30 of 95

Contractor's work shall be borne by the Trade Contractor and the Trade Contractor shall be fully responsible for any and all claims resulting from the damage.

## 6.4 AIRFIELD OPERATIONS AREA (AOA) SECURITY

**6.4.01** Trade Contractor acknowledges and accepts full responsibility for compliance with all applicable laws, rules and regulations including those of the Transportation Security Administration (TSA), Department of Homeland Security (DHS), Federal Aviation Administration (FAA), Customs and Border Protection (CBP) and MDAD as set forth from time to time relating to Trade Contractor's activities at the Miami International Airport (MIA).

**6.4.02** In order to maintain high levels of security at MIA, Trade Contractor must obtain MDAD photo identification badges for all Trade Contractor employees working in the Secured/AOA/Security Identification Display Area (SIDA)/Sterile Areas or any other restricted areas of the Airport. MDAD issues two types of identification badges: photo identification badges and non-photo passes. All employees, except temporary workers ( working less than two weeks ), will be required to obtain photo identification badges and will be subject to Federal Bureau of Investigation (FBI) fingerprint-based Criminal History Records Check (CHRC). Temporary workers (working less than two weeks) will be issued non-photo passes.. At no time will an employee bearing a non-photo identification badge be authorized in a secured MIA location without direct supervision of a photo identification badge employee, nor may a photo identification badge employee supervise more than five employees. Photo identification badge employee must have escorted employees within line of sight and be able to respond to any challenges.

**6.4.03** The Trade Contractor shall be responsible for requesting MDAD to issue identification badges to all employees who Trade Contractor requests be authorized access to the Secured/AOA/SIDA/Sterile Areas or any other restricted areas of the Airport and shall be further responsible for the immediate reporting of all lost or stolen ID badges and the immediate return of the ID badges of all personnel transferred from Airport assignment or terminated from the employ of the Trade Contractor or upon final acceptance of the work or termination of this Trade Contract. Trade Contractor will be responsible for fees associated with lost and unaccounted for badges or passes as well as the fee(s) for fingerprinting and ID issuance.

**6.4.04** All employees of the Trade Contractor including employees of its subcontractors or suppliers, at any tier, who must work within MDAD Secured/AOA/SIDA/Sterile Areas or any other restricted areas at Miami International Airport shall be supplied with MDAD identification badges as specified above, which must be worn at all times while within the referenced areas. Badges shall be worn on outer garments above the waist so as to be clearly visible in order to distinguish, on sight, employees assigned to a particular contractor. MDAD issues the non-photo passes on a daily basis, not to exceed two weeks. In order to obtain a non-photo pass the Trade Contractor must submit a 48 Hour Advance Notification form with required information to the MDAD Security Division, ID Section for all temporary workers requiring access to the MDAD Secured/AOA/SIDA/Sterile Areas or other restricted areas of the airport. Non-photo passes will not be issued to temporary workers who have failed a criminal history records check, are in possession of an expired work permit and/or have an expired MDAD ID badge. Each employee must complete the SIDA training program conducted by MDAD and comply with all other TSA, DHS, CBP,, FAA or MDAD requirements as specified by the MDAD at the time of application for the ID badge before an ID badge is issued. At the present time, MDAD Security and Safety ID Section regularly provides SIDA Training.

**6.4.05** Contractor Ramp Permits will be issued to the Trade Contractor authorizing vehicle entrance to the Airfield Operations Area (AOA) through specified Miami-Dade Aviation Department guard gates for the term of any Project. These permits will be issued only for those vehicles (including vehicles belonging to a subcontractor) that must have access to the site during the performance of the work. These permits will be only issued to company owned vehicles or to company leased vehicles (leased from a commercial leasing company). AOA decals, passes, or permits to operate within the Secured/AOA/SIDA will not be issued to privately owned or privately leased vehicles. All vehicles operating within the Secured/AOA/SIDA must have conspicuous company identification signs (minimum of three inch lettering) displayed on both sides of the vehicle.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 31 of 95

All vehicles operating within the Secured/AOA/SIDA must be provided with the Automobile Liability Insurance required elsewhere in these General Conditions Provisions and the Trade Contract Documents. Proof of such insurance shall be provided to MDAD Airside Operations Division upon request.

**6.4.06** Vehicles delivering materials to the site will be given temporary passes at the appropriate guard gate. Such vehicles shall not be permitted to operate within the Secured/AOA/SIDA without MDAD escort to be provided by MDAD's Operations Division. To obtain an escort, the Trade Contractor shall notify MDAD Airside Operations Division in writing 24 hours in advance of such need. These passes shall be surrendered upon leaving the Secured/AOA/SIDA. All vehicles shall be marked with company name to ensure positive identification at all times while in the Secured/AOASIDA.

**6.4.07** Only Trade Contractor management level staff, supervisors and foremen with pictured MDAD I.D. badges shall be allowed to operate a motor vehicle on the Secured/AOA/SIDA without MDAD escort except when operating a vehicle that requires a specialized license to operate (CDL). Such vehicles must be under MDAD Airside Operations escort when moving on the AOA unless said vehicle is operating in an approved MOT. The Trade Contractor shall require such employee to have a current, valid, appropriate Florida driver's license and to attend and successfully complete the AOA Driver Training Course conducted periodically by the Department. The privilege of a person to operate a motor vehicle on the Secured/AOA/SIDA may be withdrawn by the Department because of violation of AOA driving rules or loss of Florida driver's license.

**6.4.08** The Trade Contractor agrees that its personnel, vehicles, cargo, goods, and other personal property are subject to being searched when attempting to enter, leave or while on the Secured/AOA/SIDA/Sterile Areas or other restricted areas of the airport. It is further agreed that the MDAD has the right to prohibit an individual, agent, or employee of the Trade Contractor or subcontractor or supplier, at any tier, from entering the Secured/AOA/SIDA/Sterile Areas or other restricted areas, based upon facts which would lead a person of reasonable prudence to believe that such individual might be inclined to engage in theft, cargo tampering, aircraft sabotage, or other unlawful activities, including repeated failure to comply with TSA, DHS,, FAA, CBP and MDAD SIDA/access control policies, rules and regulations. Any person denied access to the Secured/AOA/SIDA/Sterile areas or other restricted areas of the airport or whose prior authorization has been revoked or suspended on such grounds shall be entitled to a review hearing before the Director or his/her authorized designee within a reasonable time. Prior to such hearing, the person denied access to the Secured/AOA/SIDA/Sterile Areas or other restricted areas of the airport shall be advised, in writing, of the reasons for such denial.

The Trade Contractor acknowledges and understands that these provisions are for the protection of all users of the Secured/AOA/SIDA/Sterile Areas and are intended to reduce the incidence of thefts, cargo tampering, aircraft sabotage, and other unlawful activities at the Airport and to maximize compliance with TSA, DHS, CBP, FAA, and MDAD access control policies and procedures.

**6.4.09** The Trade Contractor understands and agrees that vehicle and equipment shall not be parked/stored on the Secured/AOA/SIDA in areas not designated or authorized by MDAD nor in any manner contrary to any posted regulatory signs, traffic control devices, or pavement markings.

**6.4.10** The Trade Contractor understands and agrees that all persons entering and working in or around arriving international aircraft and facilities used by the various Federal Inspection Services agencies may be subject to the consent and approval of such agencies. Persons not approved or consented to by the Federal Inspection Services agencies shall not be employed by the Trade Contractor in areas under the jurisdiction or control of such agencies. Persons not approved or consented to by the Federal Inspection Services agencies who enter such areas are subject to fines, which shall be borne entirely by the persons and/or the Trade Contractor.

**6.4.11** Prior to Substantial Completion or Beneficial Occupancy of any facility that will permit access to the Secured/AOA/SIDA/Sterile Areas via doors or gates, the Trade Contractor shall either (a) keep all such doors and/or gates locked at all times or (b) position a security guard or designated employee to monitor any door and/or gate that must remain open. Keys to such doors and gates shall be limited and issued only to company employees with a current MDAD picture ID. Door/gate keys shall be numbered and stamped "Do Not Duplicate." The Trade Contractor shall keep a log of all keys issued and to whom. The

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 32 of 95

log is subject to audit by the Owner. Employees must have their assigned key in their possession at the time of audit. Failure to comply with these requirements can result in monetary fines, loss of access to the Secured/AOA/SIDA/Sterile Areas, and/or termination of this Trade Contract.

**6.4.12** Notwithstanding the specific provisions of this Article, the Owner shall have the right to add to, amend, or delete any portion hereof in order to meet reasonable security requirements of MDAD or of the TSA/DHS/ CBP/y/FAA.

**6.4.13** The Trade Contractor shall ensure that all employees so required participate in such safety, security, and other training and instructional programs, as MDAD or appropriate Federal agencies may from time to time require.

**6.4.14** Trade Contractor agrees that it will include in all contracts and subcontracts with its MIA subcontractors, service providers, and suppliers, at any tier, an obligation by such parties to comply with all security requirements applicable to their operations at the Airport. Trade Contractor agrees that in addition to all remedies, penalties, and sanctions that may be imposed by TSA, DHS, CBP, FAA or the MDAD upon Trade Contractor's subcontractors, suppliers, at any tier, and their individual employees for a violation of applicable security provisions, Trade Contractor shall be responsible to the Owner and the MGC for all such violations and shall indemnify and hold the Owner and the MGC harmless for all costs, fines and penalties arising therefrom, such costs to include reasonable attorneys' fees.

**6.4.15** In addition to the foregoing, the Trade Contractor shall be required to comply with the U.S. Customs and Border Protection (CBP) requirements for obtaining CBP seals for those Trade Contractor employees that will be involved within the CBP/FIS environment at MIA. The Vendor shall be responsible for all related fees for required bonding, fingerprinting and background investigations of Trade Contractor personnel.

**6.4.16** The employee(s) of the successful Trade Contractor shall be considered to be at all times its employee(s), and not an employee(s) or agent(s) of the MGC, the County or any of its departments. The successful Trade Contractor shall provide employee(s) competent and physically capable of performing the work as required. The County or the MGC may require the Trade Contractor to remove any employee it deems unacceptable.

## 6.5    MAINTENANCE OF AIRPORT OPERATIONS

**6.5.01** The Trade Contractor shall control its operations and the operations of its subcontractors and suppliers, at any tier, so as not to compromise the airport's security, interfere with airport operations or with aircraft, vehicular or pedestrian traffic, except as may be provided for in the Trade Contract Documents.

**6.5.02** The Trade Contract is explicitly intended to provide for the maximum degree of safety to aircraft, the general public, airport personnel, equipment and associated facilities, and to the Trade Contractor's personnel and equipment and suppliers, etc., but shall also provide for the minimum interference to the free and unobstructed movement of vehicles and/or personnel engaged in the day to day operation of the Airport and the general public. To this end the Trade Contractor, its subcontractors and suppliers, at any tier, shall observe all Airport rules and regulations, all other operational limitations which may be imposed from time to time by the MDAD, and shall provide whatever markings, lighting and/or various types of barricades, or other measures which are required to properly identify Trade Contractor personnel, equipment, vehicles, storage areas and any Trade Contractor's work areas or conditions which may be hazardous to the uninterrupted operation of aircraft, airport equipment, including but not limited to maintenance vehicles and fire rescue vehicles, other vehicles, or personnel or vehicles from any source operating on the Airport. In order to provide the maximum degree of safety on airports during construction, the Trade Contractor shall comply with the provisions of FAA Advisory Circular AC 150/5370-2.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 33 of 95

**6.5.03** The Trade Contractor shall protect, and shall not interfere with, the operation of visual and electronic signals (including power supplies thereto) used in the guidance of aircraft while operating to, from, and within the AOA.

**6.5.04** When the work requires the Trade Contractor to work within the AOA, the Trade Contractor shall coordinate its work with IVIDAD (through the MGC and the Owner's Representative) at least 48 hours prior to the commencement of such work. The Trade Contractor shall not close an AOA until so authorized, through the MGC, by the Owner's Representative and until all necessary temporary markings and associated lighting are in place, as specified hereinafter.

**6.5.05** When the Work requires the Trade Contractor to work within the AOA on an intermittent basis (intermittent opening and closing of the AOA), the Trade Contractor shall maintain constant communications with the MGC and the Owner's Representative and MDAD; obey all instructions to vacate the AOA; obey all instructions to resume work in such AOA. Failure to maintain the specified communications or to obey instructions shall be cause for suspension of the Trade Contractor's operations within the AOA until the satisfactory conditions are provided.

**6.5.06** When the Trade Contract requires the maintenance of vehicular traffic on an existing road, street, or highway during the Trade Contractor's performance of work, the Trade Contractor shall keep such road, street, or highway open to all traffic and shall provide such maintenance of traffic as may be required to accommodate traffic. The Trade Contractor shall furnish, erect, and maintain barricades, warning signs, flaggers, and other traffic control devices (to protect the public and the work) in reasonable conformity with the Manual of Uniform Traffic Control Devices for Streets and Highways (MUTCD) published by the Florida Department of Transportation. When used during periods of darkness, such barricades, warning signs, and hazard markings shall be suitably illuminated.

**6.5.07** When the work requires closing an air operations area of the airport or portion of such area, the Trade Contractor shall furnish, erect, and maintain temporary markings and associated lighting conforming to the requirements of AC 150/5340-1, Standards for Airport Markings.

**6.5.08** The Trade Contractor shall furnish, erect, and maintain markings and associated lighting of open trenches, excavations, temporary stockpiles, and its parked construction equipment that may be hazardous to the operation of emergency fire-rescue or maintenance vehicles on the airport in reasonable conformance to AC 150/5370-2, Operational Safety on Airports During Construction, current edition.

**6.5.09** The Trade Contractor shall identify each motorized vehicle or piece of construction in reasonable conformance to AC 150/5370-2, current edition.

**6.5.10** The Trade Contractor shall furnish and erect all barricades, warnings signs, and markings for hazards prior to commencing work which requires such erection and shall maintain the barricades, warning signs, and markings for hazards until their dismantling is directed, through the MGC, by the Owner's Representative, all as specified in Divisions 0 and 1.

**6.5.11** Open-flame type lights are not permitted.

**6.5.12** If the Trade Contractor fails to maintain the markings, lighting and barricades as required above, the Owner and/or the MGC shall cause such safety measures to be installed by others. The cost for such service by others in this regard shall be borne by the Trade Contractor.

**6.5.13** The Trade Contractor's responsibility for Maintenance of Traffic shall begin on the day the Trade Contractor starts work, or on the effective date of the Notice to Proceed, whichever comes first.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 34 of 95

## 6.6    TEMPORARY UTILITIES, DRAINAGE, ETC.

**6.6.01** Any temporary utilities, drainage, etc., which maybe required to maintain operations of the Owner's or County's facilities, other affected facilities, or the work of the Program in progress during the construction period, shall be furnished, installed and maintained by the Trade Contractor. No such utilities, drainage, etc., shall be installed or operated without the prior approval of the Owner's Representative. At the completion of the Work or portions thereof as directed by the MGC, all temporary utilities, drainage, etc., shall be removed by the Trade Contractor.

**6.6.02** All fees, charges, and cost for labor and materials, including the furnishing of temporary equipment and the connection(s) thereof, required for the maintenance of temporary utility services in lieu of existing utilities services disrupted by the work shall be furnished by the Trade Contractor at his expense, except where otherwise specified. When such temporary services are no longer required, the Trade Contractor shall remove all temporary equipment and connections and leave the facilities and existing permanent apparatus in as good condition as existed prior to making such temporary connections.

**6.6.03** The Trade Contractor shall furnish temporary heat or air-conditioning wherever required to prevent injury to work and materials through dampness and cold. Use of open salamanders or any temporary heating devices which may be fire hazards or may cause smoke damage to finished work will not be permitted. Minimum and maximum temperature requirements specified for various materials shall be strictly observed by the Trade Contractor.

**6.6.04** Unless otherwise specified in the Trade Contract Documents, the Trade Contractor shall provide all utility services (e.g. telephone, power, lighting, water, sewer), necessary for the performance of its work, in accordance with the requirements of Trade Contract Documents.

## 6.7    PERMITS, LAWS, TAXES, ROYALTIES AND REGULATIONS

**6.7.01** The Trade Contractor shall apply for and procure all permits, certificates, inspections and licenses. The Owner shall directly pay all charges, taxes, royalties and fees, and give all notices necessary and incidental to the due and lawful prosecution of the work including the actual costs of permit fees including the Planning, Development, and Regulation Permit Fees, DERM, WASA, EPA, DEP, SFWMD and USACE Permit Fees, License Fees, Impact Fees, and Inspection Fees paid to any governmental entity in connection with the construction of the Program.

**6.7.02** The Owner will not pay or reimburse the Trade Contractor for any penalty(ies) relating to permits or fees as a result of the Trade Contractor's failure to timely obtain all permits, inspections, approvals, etc.

**6.7.03** The Trade Contractor shall observe and comply with all applicable Federal, State, County and other laws, codes, ordinances, rules and regulations of the Federal, State and County governments, and any and all programs developed in compliance therewith, in any manner affecting the conduct of the Work.

**6.7.04** Dewatering of excavation shall be performed in accordance with the applicable provisions of DERM, Florida DEP, and SFWMD Dewatering Permits and the requirements of the Trade Contract Documents.

**6.7.05** All construction activities shall be subject to the pollution prevention requirements established under the National Pollutant Discharge Elimination System (NPDES) program under the Clean Water Act regulating storm water discharges from construction sites.

**6.7.06** If the Trade Contractor is required or desires to use any design, device, material, or process covered by letters of patent or copyright, he shall provide for such use by suitable legal agreement with the

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 35 of 95

patentee or owner. The Trade Contractor and the surety shall indemnify and save harmless the MGC, the Owner, the County, the Owner's Representative, and the Consulting Engineers from any and all claims for infringement by reason of the use of any such patented design, device, material or process, or any trademark or copyright, and shall indemnify the MGC and Owner for any costs, expenses, and damages which it may be obliged to pay by reason of an infringement, at any time during the prosecution or after the completion of the work.

**6.7.07** Unless otherwise specified in this subsection, the Trade Contractor is advised that the site of the work is not within any property, district, or site, and does not contain any building, structure, or object listed in the current National Register of Historic Places published by the United States Department of Interior.

Should the Trade Contractor encounter, during its operations, any building, part of a building, structure, or object that is incongruous with its surroundings, he shall immediately cease operations in that location and notify, through the MGC, the Owner's Representative. The Owner's Representative will immediately investigate the Trade Contractor's finding and will direct, through the MGC, the Trade Contractor to either resume its operations or to suspend operations as directed.

Should the Owner's Representative, through the MGC, order suspension of the Trade Contractor's operations in order to protect an archaeological or historical finding, or order the Trade Contractor to perform extra work, such extra work shall be covered by an appropriate Change Authorization. If appropriate, the delay shall be considered a Compensable Excusable Delay.

**6.7.08** Upon completion of all of the work contemplated under the Trade Contract Documents, the Trade Contractor shall obtain and deliver, through the MGC, to the Owner's Representative such Certificate(s) of Occupancy or Certificate of Completion as required by the Florida Building Code.

**6.7.09** The Trade Contractor shall be subject to and comply with all the provisions of Miami-Dade County Code Sections 2-8.4.1 and 10-38. A breach of the clauses contained in the contract adversely affecting the performance of the Trade Contractor on this Program may be grounds for the initiation of debarment proceedings.

**6.7.10** The Trade Contractor shall protect the manatees whenever work is being performed within waterways. Manatees are on the endangered list and are protected under the Marine Mammal Protection Act of 1972, the Endangered Species Act of 1973 and the Florida Manatee Sanctuary Act of 1978 and that any harming, harassing or killing manatees will subject the Trade Contractor and his personnel to civil and criminal penalties established under the above listed acts. The following are some of the provisions to be undertaken by the Trade Contractor during the work in waterways:

A. Turbidity curtains shall be made of material in which manatees cannot become entangled. Said curtains shall be properly secured, and shall be regularly monitored to avoid manatee entrapment. Curtains shall not block manatee entry to or exit from essential habitat.

B. All vessels associated with the Work shall operate at "no wake/idle" speeds at all times while in water adjacent to the property where the draft of the vessel provides less than a four foot clearance from the bottom. All vessels will follow routes of deep water whenever possible.

C. All in-water construction activities shall cease upon the sighting of a manatee(s) within one hundred (100) yards of the project area. Construction activities will not resume until the manatee(s) has departed the project area.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 36 of 95

D. Any collision with and/or injury to a manatee shall be reported immediately to the "Manatee Hotline" (1-800-DIAL FMP) and to the U.S. Fish and Wildlife Service, Vero Beach Office (561-562-3909), and to DERM (305-375-3324).

E. The Trade Contractor shall maintain a log detailing sightings, collisions, or injuries to manatees should they occur during the contract period.

F. Following project completion, a report summarizing the above incidents and sightings shall be submitted to the Florida Department of Natural Resources (FDNR), Marine Research Institute Office of Protected Species Research, 100 Eighth Avenue, Southeast, St. Petersburg, Florida 33701-5095, to the U.S. Fish and Wildlife Service, 3100 University Blvd., Jacksonville, Florida 32216, and to DERM within sixty (60) days of Project completion.

G. Prior to commencement of construction within a waterway, each vessel involved in the construction shall display in a prominent location, visible to the operator an 8 ½" x 11" temporary placard reading, "MANATEE HABITAT/IDLE SPEED IN CONSTRUCTION AREA". In the absence of a vessel the placard will be located prominently adjacent to the issued construction permit. A second temporary 8 ½" x 11" placard reading, "WARNING MANATEE AREA", shall be posted in a location prominently visible to water related construction crews. Temporary notices shall be removed upon completion of construction work.

**6.7.11** The Owner may, at its option and through the MGC, issue the Trade Contractor Authorization to Pull a Planning, Development, and Regulation Permit prior to the Notice to Proceed. Authorization to Pull a Planning, Development, and Regulation Permit is not a Notice to Proceed.

## 6.8 AUDIT RIGHTS AND REVIEW OF RECORD

**6.8.01** The Trade Contractor shall, during the term of this Trade Contract and for a period of five years thereafter, allow the MGC, the Owner and its duly authorized representatives to inspect all payroll records, invoices for materials, books of account, Program correspondence and Program-related files and all relevant records pertinent to the Trade Contract.

**6.8.02** The MGC and the Owner retain the right to audit accounts and access all files, correspondence and documents in reference to all work performed under this Trade Contract. The MGC and the Owner shall be provided full access upon request to all documents, including those in possession of subcontractors or suppliers, at any tier, during the work and for a period of five years after the completion of the Work. In case of any litigation regarding this Program, such rights shall extend until final settlement of such litigation. Failure to allow the MGC and the Owner access shall be deemed a waiver of Trade Contractor's claims.

**6.8.03** The Trade Contractor shall maintain a banking account within Miami-Dade County for all payments to laborers, subcontractors, suppliers and vendors, at any tier, furnishing labor and materials under this Trade Contract. All records shall be maintained in Miami-Dade County for the term of this Trade Contract.

**6.8.04** Pursuant to Miami-Dade County Code Section 2-1076(6) and County Administrative Order No. 3-20, audit accounts have been established to pay for the services and administrative requirements of the County's Inspector General and for IPSIG services, respectively. The amount of these audit accounts is shown in the Prime Contract. The Trade Contractor shall have no entitlement to any of these funds contained in the Inspector General or the IPSIG audit accounts. The Owner retains all rights to these funds, may expend these funds at its sole discretion, and any funds not expended from these audit accounts remain the property of the Owner.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 37 of 95

Pursuant to Miami-Dade County Code Section 2-1076(6), Miami-Dade County has established the Office of Inspector General which may perform audits on any County contract throughout the duration of each contract, and may perform reviews and investigations, and require the production of records, and other functions as provided in the ordinance.

The Miami-Dade Office of Inspector General is authorized and empowered to review past, present and proposed programs, contracts, transactions, accounts, records and programs. In addition, the Inspector General has the power to subpoena witnesses, administer oaths, require the production of witnesses and monitor existing projects and programs. Monitoring of an existing project or program may include a report concerning whether the project is on time, within budget and in conformance with plans, specifications and applicable law. The Inspector General is empowered to retain the services of independent private sector inspectors general to audit, investigate, monitor, oversee, inspect and review operations, activities, performance and procurement process including but not limited to project design, bid specifications, (bid/proposal) submittals, activities of the (Trade Contractor/Vendor/Consultant), its officers, agents and employees, lobbyists, County staff and elected officials to ensure compliance with contract specifications and to detect fraud and corruption.

The Inspector General shall have the right to inspect and copy all documents and records in the (Trade Contractor/Vendor/Consultant's) possession, custody or control which in the Inspector General's sole judgment, pertain to performance of the contract, including, but not limited to original estimate files, change order estimate files, worksheets, proposals and agreements from and with successful and unsuccessful subcontractors and suppliers, all project-related correspondence, memoranda, instructions, financial documents, construction documents, (bid/proposal) and contract documents, back-change documents, all documents and records which involve cash, trade or volume discounts, insurance proceeds, rebates, or dividends received, payroll and personnel records and supporting documentation for the aforesaid documents and records.

The provisions in this section shall apply to the Trade Contractor, its officers, agents, employees and its subcontractors and suppliers, at any tier. The Trade Contractor shall incorporate the provisions in this section in all subcontracts and all other agreements executed by the Trade Contractor in connection with the performance of this Trade Contract.

Nothing in this section shall impair any independent right to the County to conduct audits or investigative activities. The provisions of this section are neither intended nor shall they be construed to impose any liability on the County by the Trade Contractor or third parties.

## 6.9    GOVERNING LAWS

**6.9.01** The Trade Contractor shall, during the term of this Trade Contract, be governed by the statutes, regulatory orders, ordinances and procedures of the United States of America, the State of Florida, Miami-Dade County, and MDAD. In addition the Trade Contractor agrees to abide by all federal, state, and County procedures, as may be amended from time to time, regarding how documents to which the Trade Contractor has access are handled, copied, and distributed, particularly documents that contain sensitive security information that are controlled under the provisions of 49 CFR PART 1520 et al. Trade Contractor shall be entitled to an equitable adjustment from the Owner due to any change to applicable law that affects the Work.

## 6.10   NOT USED

**6.10.01** Not Used.

## 6.11   WRITTEN NOTICE

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 38 of 95

**6.11.01** Written notice to the Trade Contractor shall be deemed to have been duly served if delivered in person to the individual or member of the firm or to any officer of the corporation for whom it was intended or if delivered at or sent by registered or certified mail to the last business address known to those who give the notice.

**6.11.02** Written notice to the MGC shall be deemed to have been duly served if delivered in person, delivered at or sent by registered or certified mail to the MGC at the location identified in the Section 20 of Attachment B of the Trade Contract.

## 6.12    NON-DISCRIMINATION - EQUAL EMPLOYMENT OPPORTUNITY

**6.12.01** The Trade Contractor shall not discriminate against any employee or applicant for employment because of race, creed, color, sex or national origin. The Trade Contractor shall take affirmative action to ensure that Applicants are employed, and that employees are treated during employment without regard to their race, creed, color, sex or national origin. Such action shall include, but not be limited to the following: employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; lay-off or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The Trade Contractor shall post notices setting forth the provisions of this nondiscrimination clause in conspicuous places, available to employees and applicants for employment.

**6.12.02** The Trade Contractor shall in all solicitations or advertisements for employees placed by or on behalf of the Trade Contractor, state that all qualified applicants will receive consideration for employment without regard to race, creed, color, sex or national origin.

**6.12.03** The Trade Contractor shall send to each labor union or representative of workers with which he has a collective bargaining agreement or other contract or understanding, a notice, advising the labor union or workers' representative of the Trade Contractor's commitments under Section 202 of Executive Order No. 11246 of September 24, 1965, as amended and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

**6.12.04** The Trade Contractor shall comply with all provisions of Executive Order No. 11246 of September 24, 1965, as amended and with the rules, regulations and relevant orders of the Secretary of Labor.

**6.12.05** The Trade Contractor shall furnish all information and reports required by Executive Order No. 11246 of September 24, 1965, as amended and the rules, regulations and orders of the Secretary of Labor, or pursuant thereto, and shall permit access to his books, records and accounts by the County, the Federal Aviation Administration and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations and orders.

**6.12.06** In the event of the Trade Contractor's non-compliance with the non-discrimination clauses of this Trade Contract or with any of the said rules, regulations, or orders, this contract may be canceled, terminated or suspended in whole or in part and the Trade Contractor may be declared ineligible for further contracts in accordance with procedures authorized in Executive Order No. 11246 of September 24, 1965, as amended and such other sanctions maybe imposed and remedies invoked as provided in the said Executive Order, as amended or by rules, regulations or orders of the Secretary of Labor, or as otherwise provided by law.

**6.12.07** The Trade Contractor shall include the provision of Paragraphs 6.12.01 through 6.12.08 in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order No. 11246 of September 24, 1965, as amended so that such provisions will be binding upon each subcontractor, supplier or vendor, at any tier. The Trade Contractor shall take such action with respect to any subcontract or purchase order as the United States may direct as a means of enforcing such provisions including sanctions for non-compliance; provided,

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 39 of 95

however, that in the event the Trade Contractor becomes involved in, or is threatened with, litigation with a subcontractor, supplier or vendor as a result of such direction by the United States, the Contractor may request the United States to enter into such litigation to protect the interests of the United States.

**6.12.08** Standard Federal Equal Employment Opportunity Construction Contract Specifications (Executive Order 11246 as amended by Executive Order 11375):

A.    As used in this Article:

    (1)    "Covered Area": means the geographical area described in the solicitation from which this Contract resulted;

    (2)    "Director": means Director, Office of Federal Contract Compliance Programs, United States Department of Labor, or any person to whom the Director delegates authority;

    (3)    "Employer Identification Number": means the Federal Social Security number used on the Employer's Quarterly Federal Tax Return, U.S. Treasury Department Form 941.

    (4)    For the purposes of this Part, "Minority" includes:

        (a)    Black (all persons having origins in any of the Black African racial groups not of Hispanic origin);

        (b)    Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish Culture or origin, regardless of race);

        (c)    Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands); and

        (d)    American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification).

B.    Whenever the Trade Contractor, or any subcontractor or supplier at any tier, subcontracts a portion of the work involving any construction trade, it shall physically include in each subcontract in excess of $10,000 the provision of these specifications and the Notice which contains the applicable goals for minority and female participation and which is set forth in the solicitations from which this Trade Contract resulted.

C.    If the Trade Contractor is participating (pursuant to 41 CFR 60-4.5) in a Hometown Plan approved by the U.S. Department of Labor in the covered area either individually or through an association, its affirmative action obligations on all work in the Plan area (including goals and timetables) shall be in accordance with that Plan for those trades which have unions participating in the Plan. Trade Contractors must be able to demonstrate their participation in and compliance with the provisions of any such Hometown Plan. Each Trade Contractor, subcontractor or supplier, at any tier, participating in an approved Plan is individually required to comply with its obligations under the EEO clause, and to make a good faith effort to achieve each goal under the

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 40 of 95

Plan in each trade in which it has employees. The overall good faith performance by other contractors or subcontractors toward a goal in an approved Plan does not excuse any covered Trade Contractor's or subcontractor's failure to take good faith efforts to achieve the Plan goals and timetables.

D.    The Trade Contractor shall implement the specific affirmative action standards provided in Paragraphs 6.12.08.G.l through 6.12.08.G.16 of this Article. The goals set forth in the solicitation from which this Trade Contract resulted are expressed as percentages of the total hours of employment and training of minority and female utilization the Trade Contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. Covered Construction Contractors performing construction work in geographical areas where they do not have a Federal or Federally assisted construction contract shall apply the minority and female goals established for the geographical area where the work is being performed. Goals are published periodically in the Federal Register in Notice form, and such notices may be obtained from any office of Federal Contract Compliance Programs Office or from Federal Procurement Contracting. The Trade Contractor is expected to make substantially uniform progress toward its goals in each craft during the period specified.

E.    Neither the provisions of any collective bargaining agreement, nor the failure by a union with whom the Trade Contractor has a collective bargaining agreement to refer either minorities or women shall excuse the Trade Contractor's obligations under these specifications, Executive Order 11246 as amended, or the regulations promulgated pursuant thereto.

F.    In order for the non-working training hours of apprentices and trainees to be counted in meeting the goals, such apprentices and trainees must be employed by the Trade Contractor during the training period, and the Trade Contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

G.    The Trade Contractor shall take specific affirmative actions to ensure equal employment opportunity. The evaluation of the Trade Contractor's compliance with these specifications shall be based upon its effort to achieve maximum results from its actions. The Trade Contractor shall document these efforts fully, and shall implement affirmative action steps at least as extensive as the following:

(1)    Ensure and maintain a working environment free of harassment, intimidation, and coercion at all sites, and in all facilities at which the Trade Contractor's employees are assigned to work. The Trade Contractor, where possible, will assign two or more women to each construction project. The Trade Contractor shall specifically ensure that all foremen, superintendents, and other on-site supervisory personnel are aware of and carry out the Trade Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at such sites or in such facilities.

(2)    Establish and maintain a current list of minority and female recruitment sources, provide written notification to minority and female recruitment sources and to community organizations when the Trade Contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 41 of 95

(3)     Maintain a current file of the names, addresses and telephone numbers of each minority and female off-the-street applicant and minority or female referral from a union, a recruitment source or community organization and of what action was taken with respect to each such individual. If such individual was sent to the union hiring hall for referral and was not referred back to the Trade Contractor by the union, or, if referred, not employed by the Trade Contractor, this shall be documented with the file with the reason therefore along with whatever additional actions the Trade Contractor may have taken.

(4)     Provide immediate written notification to the Director when the union or unions with which the Trade Contractor has a collective bargaining agreement has not referred to the Trade Contractor any minority person or woman sent by the Trade Contractor, or when the Trade Contractor has other information that the union referral process has impeded the Trade Contractor's efforts to meet its obligations.

(5)     Develop on-the-job training opportunities and/or participate in training programs for the area which expressly include minorities and women, including upgrading progress and apprenticeship and trainee programs relevant to the Trade Contractor's employment needs, especially those programs funded or approved by the Department of Labor. The Trade Contractor shall provide notice of these programs to the sources compiled under 6.12.08.G.(2) above.

(6)     Disseminate the Trade Contractor's EEO policy by providing notice of the policy to unions and training programs and requesting their cooperation in assisting the Trade Contractor in meeting its EEO obligations; by including it in any policy manual and collective bargaining agreement; by publicizing it in the company newspaper, annual report, etc.; by specific review of the policy with all management personnel and with all minority and female employees at least once a year; and by posting the company EEO policy on bulletin boards accessible to all employees at each location where construction work is performed.

(7)     Review, at least annually, the company's EEO policy and affirmative action obligations under these specifications with all employees having any responsibility for hiring, assignment, layoff, termination or other employment decisions, including specific review of these items with on-site supervisory personnel, such as Superintendents, General Foremen, etc., prior to the initiation of construction work at any jobsite. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

(8)     Disseminate the Trade Contractor's EEO policy externally by including it in any advertising in the news media, specifically including minority and female news media, and providing written notification to and discussing the Trade Contractor's EEO policy with other contractors and subcontractors with whom the Trade Contractor does or anticipates doing business.

(9)     Direct its recruitment efforts, both oral and written, to minority, female and community organizations, to schools with minority and female students and to minority and female recruitment and training organizations serving the Trade Contractor's recruitment area and employment needs. Not later than one month prior to the date for the acceptance of applications for apprenticeship or other training by any recruitment source, the Trade Contractor shall send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

(10)     Encourage present minority and female employees to recruit other minority persons and women and, where reasonable, provide after school, summer and vacation employment to minority and female youth, both on the site and in other areas of a Trade Contractor's workforce.

(11)     Validate all test and other selection requirements where there is an obligation to do so under 41 CFR Part 60-3.

(12)     Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel for promotional opportunities and encourage these employees to seek or to prepare for, through appropriate training, etc., such opportunities.

(13)     Ensure that seniority practices, job classifications, work assignments and other personnel practices do not have a discriminatory effect by continually monitoring all personnel and employment related activities to ensure that the EEO policy and the Trade Contractor's obligation under these specifications are being carried out.

(14)     Ensure that all facilities and company activities are non-segregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

(15)     Document and maintain a record of all solicitations of offers for subcontracts from minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

(16)     Conduct a review, at least annually, of all supervisors' adherence to and performance under the Trade Contractor's EEO policies and affirmative action obligations.

H.     Trade Contractors are encouraged to participate in voluntary associations which assist in fulfilling one or more of their affirmative action obligations [6.12.08.G.(1) through 6.12.08.G.(16)].    The efforts of a Contractor association, joint contractor contract-community, or other similar group of which the Trade Contractor is a member and participant, may be asserted as fulfilling any one or more of its obligations under 6.12.08.G.(1) through 6.12.08G.(16) of these specifications, provided that the Trade Contractor actively participates in the group, makes every effort to assure that the group has a positive impact on the employment of minorities and women in the industry, ensures that the concrete benefits of the program are reflected in the Trade Contractor's minority and female workforce participation, makes a good faith effort to meet its individual goals and timetables, and can provide access to documentation which demonstrates the effectiveness of actions taken on behalf of the Trade Contractor. The obligation to comply, however, is the Trade Contractor's and failure of such a group to fulfill an obligation shall not be a defense for the Trade Contractor's noncompliance.

I.     A single goal for minorities and a separate single goal for women have been established. The Trade Contractor, however, is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and non- minority.  Consequently, the Trade Contractor may be in violation of the Executive Order, if a particular group is employed in a substantially disparate manner (for example, even though the Trade Contractor has achieved its goals for women generally, the Trade Contractor may be in violation of the Executive Order if a specific minority group of women is underutilized).

J.    The Trade Contractor shall not use the goals and timetables or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

K.    The Trade Contractor shall not enter into any subcontract with any person or firm debarred from Government contracts pursuant to Executive Order 11246 as amended.

L.    The Trade Contractor shall carry out such sanctions and penalties for violation of these specifications and of the Equal Opportunity Clause, including suspension, termination and cancellation of existing subcontracts as may be imposed or ordered pursuant to Executive Order 11246, as amended, and its implementing regulations, by the Office of Federal Contract Compliance Programs. Any Trade Contractor who fails to carry out such sanctions and penalties shall be in violation of these specifications and Executive Order 11246, as amended.

M.    The Trade Contractor, in fulfilling its obligations under these specifications, shall implement specific affirmative action steps, at least as extensive as those standards prescribed in Paragraph 6.12.08.G of these specifications, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the Trade Contractor fails to comply with the requirements of the Executive Order, the implementing regulations, or these specifications, the Director shall proceed in accordance with 41 CFR 60-4.8.

N.    The Trade Contractor shall designate a responsible official to monitor all employment related activity to ensure that the company EEO policy is being carried out, to submit reports relating to the provisions hereof as may be required by the Government and to keep records. Records shall at least include for each employee the name, address, telephone number, construction trade, union affiliation if any, employee's identification number when assigned, social security number, race, sex, status (e.g., mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records shall be maintained, in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, Trade Contractors shall not be required to maintain separate records.

O.    Nothing herein provided shall be construed as limitation upon the application of other laws which establish different standards of compliance or upon the application of requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

## 6.13    NON-DISCRIMINATION – EMPLOYMENT

**6.13.01** The Trade Contractor shall not discriminate against any employee or applicant for employment with respect to hire, tenure, terms, conditions, or privileges of employment, or any matter directly or indirectly related to employment because of age, sex, race, color, religion, national origin, ancestry or disability.

**6.13.02** The Trade Contractor shall comply with applicable provisions of the Americans with Disabilities Act, including, but not limited to, provisions pertaining to employment.

**6.13.03** The Trade Contractor shall in all solicitations or advertisements for employees placed by or on behalf of the Trade Contractor, state that all qualified applicants will receive consideration for employment without regard to age, race, color, religion, sex, national origin, ancestry or disability.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions
June 5, 2007
Section 00030
Version 4

Page 44 of 95

**6.13.04** The Trade Contractor shall include the provision of the above articles in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor so that such provisions will be binding upon each subcontractor or vendor.

## 6.14    DISADVANTAGED BUSINESS ENTERPRISES PROGRAM

**6.14.01** The Trade Contractor agrees to ensure that disadvantaged business enterprises as defined in 49 CFR Part 26 have the maximum opportunity to participate in the performance of contracts whenever the work under this contract is financed in whole or in part with Federal funds. In this regard the Trade Contractor shall take all necessary and reasonable steps in accordance with 49 CFR Part 26 to ensure that disadvantaged business enterprises have the maximum opportunity to compete for and perform contracts. The Trade Contractor shall not discriminate on the basis of race, color, national origin, or sex in the award and performance of federally assisted contracts.

The Trade Contract Documents, including but not limited to Specification Sections 00020 (DBE Participation Provisions), 00001 (Instruction to Bidders) and 00002 (Bid Form), contain additional Trade Contractor obligations regarding Disadvantaged Business Enterprises.

## 6.15    ADDITIONAL FEDERAL REQUIREMENTS

**6.15.01** The Trade Contractor shall comply with the following federal requirements:

- Buy American Preference – Title 49 U.S.C. Chapter 501
- Civil Rights Act of 1964, Title VI – Contractor Contractual Requirements – 49 CFR part 21
- Airport and Airway Improvement Act of 1982, Section 520 – Title 49 U.S.C. 47123
- Lobbying and Influencing Federal Employees – 49 CFR part 20
- Access to Records and Reports – 49 CFR part 18.36
- Disadvantaged Business Enterprise – 49 CFR part 26
- Energy Conservation – 49 CFR part 18.36
- Breach of Contract Terms – 49 CFR part 18.36
- Rights to Inventions - 49 CFR part 18.36
- Clean Air and Water Pollution Control - 49 CFR part 18.36(i)(12)
- Trade Restrictions Clause - 49 CFR part 30
- Veteran's Preference – Title 49 U.S.C. 47112
- Davis Bacon Labor Provisions – 29 CFR part 5
- Equal Opportunity Clause – 41 CFR part 60-1.4
- Certification of non-Segregated Facilities – 41 CFR part 60-1.8
- Notice of Requirement Affirmative Action – 41 CFR part 60-4.2
- Equal Employment Opportunity Specification – 41 CFR part 60-4.3
- Termination of Contract – 49 CFR part 18.36
- Certification regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion – 49 CFR part 29

Excerpts of these requirements are contained in Specification Section 00040. Trade Contractors shall be responsible for full compliance of these requirements in their entirety which shall control in the event of a conflict with the excerpts.

**6.15.02** Should any provisions in this Trade Contract be contrary to or in conflict with federal statues, codes, regulations or circulars for which compliance is necessary to achieve or maintain funding eligibility, the federal statues, codes, regulations or circulars shall prevail. Such conflicts and impacts shall be resolved through the Changes process described elsewhere herein.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

Page 45 of 95

June 5, 2007
Section 00030
Version 4

**6.15.03** The Owner will provide design documents (plans or technical specifications) that comply with federal procurement requirements. The Trade Contractor is not required to verify that the design documents comply with the requirements of federal procurement regulations. In the event of any cost or schedule impacts to the Trade Contractor arising as a result of such conflicts between the design documents and federal eligibility criteria, such conflicts shall be resolved through the Changes process set forth elsewhere in the Trade Contract.

POJV -- North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 46 of 95

## CHANGES

7.1 **CHANGES IN THE WORK**

**7.1.01** The Owner and/or the MGC reserve the right to delete work from this Trade Contract, to add work to this Trade Contract, and to change work to be accomplished under this Trade Contract without invalidating the Trade Contract, regardless of where the work is located or which Project the work is located within at the Program.

**7.1.02** In the event the Owner and/or the MGC exercises its right to change, delete or add work under the Trade Contract, such work will be ordered and paid for as provided for in the Trade Contract Documents.

**7.1.03** Changes in the work may be initiated by the issuance of a Bulletin by the Architect/Engineer and/or the Owner. Trade Contractor will be provided with a reasonable number of copies of each Bulletin, at the MGC's and the Owner's sole discretion. The Trade Contractor shall submit a price quote through the MGC for review by the Owner and the Owner's Representatives, within 21 calendar days of receipt of a Bulletin. Trade Contractor may also receive requests for a change from the Owner or the MGC, or may itself initiate a change request. Procedures are as follows:

A. Owner shall cause its design professionals to timely incorporate into the Plans and Technical Specifications any change to the work, perform permit dry runs, and obtain product approvals necessitated by the changed work.

B. When Trade Contractor presents a proposal for work to be performed, the proposal shall include the scope of work, the cost to perform the work, the time to perform the work, and shall also include an expiration date for the proposal. Expiration dates shall be at least 15 working days from the date the Owner receives said Trade Contractor's proposal. Trade Contractors shall maintain their price for acceptance by the Owner for the number of calendar days after submittal as stipulated in their price submittal. Upon agreement by the Owner of the price and any change to a Milestone, the Owner will issue a Change Order or Work Order to the MGC, as appropriate, who will subsequently issue a Change Authorization to the Trade Contactor.

C. If Owner does not accept the proposal prior to its expiration date, Trade Contractor shall not be required to perform the work at the price or within the time proposed. Owner may request the Trade Contractor to submit a new proposal for the scope of work at issue. If Owner accepts the proposal after its expiration date and thereafter authorizes the work to be performed, Trade Contractor shall be entitled to submit a supplemental request for the additional cost or time necessitated by Owner's late acceptance and authorization.

D. The cost or credit to the MGC and/or the Owner for any change in the work shall be determined in accordance with the provisions of the Trade Contract Documents.

E. The Trade Contractor shall not be compensated for effort expended in preparing and submitting price quotes except as follows: where, upon Owner's written request, Trade Contractor provides reasonable estimates and schedule impacts for a proposal that is not approved, Trade Contractor may be compensated for the efforts expended as Extra Work at the Owner's discretion.

F. All change requests from the Trade Contractor and any resulting Change Authorizations shall clearly indicate their impact on a Milestone. If the extent of the impact is not known or agreed to

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 47 of 95

as of the date of change requests from the Trade Contractor or as of the execution of the Change Authorization, the change request from the Trade Contractor or the Change Authorization, respectively, shall clearly state the Trade Contractor's estimated maximum potential claim for both cost and the number of days.

G. The MGC may not authorize any Trade Contractor to proceed with changed work until the Owner has executed the Change Order/Work Order with the MGC.

**7.1.04** Changes in the work covered by Unit Prices, as stated in the Trade Contract Documents shall be all inclusive. In addition to the items referenced in Article 17.6 of Attachment B of the Trade Contract, these prices will include all Direct and Indirect Costs, remobilization and demobilization associated with the change, means and methods of execution, engineering and any associated work necessary. To be compensable, units must be measured daily by the Trade Contractor and approved in writing by the Architect/Engineer.

## 7.2    OWNER'S ALLOWANCE ACCOUNTS

**7.2.01** Certain portions of work which may be required to be performed by the Trade Contractor under this Trade Contract are either unforeseeable or have not yet been designed, and the value of such work, if any, is included in the Prime Contract as a specific line item(s) entitled "Owner's Allowance Account(s)". (No change – please advise if you have a substantive disagreement)

A.    The Owner's Allowance Account(s) shall be used to reimburse the Trade Contractor, through the MGC, for the actual costs of permit fees, license fees, impact fees and inspection fees paid to any governmental entity in connection with the construction of the Program. The Owner's Allowance Account shall also be used for compensation for Extra Work, for time extensions that are authorized by Change Authorization; for furnishing all labor, materials, equipment and services necessary for modifications or Extra Work required to complete the work because of unforeseeable conditions; for performing construction changes required to resolve: oversight in design, Owner oversight, unforeseen conditions, revised regulations, technological and product development, operational changes, schedule requirements, program interface, emergencies and delays; for making final adjustment to estimated quantities shown on the Schedule of Prices Bid in the Bid Form to conform to actual quantities installed, and for any other increase in price to the Trade Contracts pursuant to the Trade Contract Documents.

B.    Other allowance account(s) may be used as specified in the Trade Contract Documents.

**7.2.02** At such time as work is to be performed under the Owner's Allowance Account(s), if any, the work shall be incorporated into the construction schedule and the Trade Contractor's Schedule of Values, and shall in all respects be integrated into the construction as a part of the Trade Contract as awarded.

**7.2.03** Change Authorization for the required work will be issued by MGC upon receipt from the Trade Contractor of a satisfactory proposal for performance of the work, and the acceptance thereof by the Architect/Engineer and the Owner. If the nature of the work is such that a Unit Price or Lump Sum price is not economically practical, the Change Authorization may be issued to perform the work on a Cost Plus Basis.

**7.2.04** The Trade Contractor shall solicit not less than three (3) competitive bids from appropriate subcontractors and materials suppliers when so directed by the MGC or the Architect/Engineer through the MGC, for performance of the work in accordance with such Plans and Specifications as may be required and as may be furnished by the MGC or the Architect/Engineer. The Trade Contractor shall

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 48 of 95

submit the solicited bids to the MGC for approval or rejection. If the bids are rejected by the MGC or the Architect/Engineer, the Trade Contractor shall solicit additional bids for submittal.

**7.2.05** Not Used

**7.2.06** Not Used.

## 7.3    DELETION OR ADDITION OF WORK

**7.3.01** All final measurement for unit price work shall be performed by the Architect/Engineer who shall afford the Trade Contractor an opportunity to witness or to participate in the measurements and to review all calculations relating to final measurement.

**7.3.02** In the event the Owner or the MGC exercises its right to delete any portion(s) of the work contemplated herein, such deletion will be ordered and the Trade Contract Amount and Time will be adjusted as provided for in the Trade Contract Documents by Change Authorization.

   A.    **Deleted Work - Lump Sum Item(s)**

   The Trade Contractor shall credit the MGC for the reasonable value of the deleted work determined from the approved Schedule of Values, subject to approval by the Architect/Engineer. If the reasonable value of the deleted work cannot be readily ascertained from the Schedule of Values submitted in accordance with these General Conditions Provisions, or if requested by the MGC or the Architect/Engineer, through the MGC, the Trade Contractor shall supply all data required to the MGC to substantiate the amount of the credit to be given the MGC.

   B.    **Deleted Work - Major Unit Price Item(s)**

   1)    If 100% of the work under any major unit price item is deleted, then the Trade Contractor will not receive any payment for the value of the deleted work.

   2)    If a quantity not greater than 25% of the work under a major unit price item is deleted, the Trade Contractor shall be paid only for the quantity of such items completed times the Trade Contract Unit Price.

   3)    If less than 100%, but more than 25% of the work under any major unit price item is deleted, then the Trade Contractor and the MGC may negotiate a new equitable unit price for such item and the Trade Contractor shall be paid for the actual quantity of such item of work performed at such negotiated unit price. If an agreement with the Trade Contractor cannot be reached for an equitable Unit Price, for any item, then the entire work shall be performed as Work not covered by Unit Prices.

   C.    **Deleted Work - Minor Unit Price Item(s)**

   If work under any minor unit price item is deleted, then the Trade Contractor shall be paid only for the quantity of the work completed times the original Trade Contract Unit Price. The Trade Contractor shall not be entitled to any additional compensation if actual quantities of work performed are less than the estimated quantities shown on the Schedule of Prices Bid in the Bid Form.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 49 of 95

**7.3.03** The Trade Contractor shall be reimbursed for any actual reasonable expenses incurred prior to the notice of deletion of work as a result of preparing to perform the work deleted. The Trade Contractor shall submit, through the MGC, to the Architect/Engineer all data required to substantiate the amount of compensation requested therefore. In no event shall the Trade Contractor be entitled to compensation greater than the aggregate amount of the Unit Price times the original bid quantity of Work shown on the Schedule of Prices Bid in the Bid Form.

**7.3.04** No payment(s) shall be made to the Trade Contractor for loss of anticipated profit(s) from any deleted work.

**7.3.05** In the event the Owner or the MGC exercises its right to add to any portion of the work contemplated herein, such addition will be ordered and the Trade Contract Amount and Time will be adjusted as provided for in the Trade Contract Documents, by Change Authorizations. In the event of a dispute between Owner and/or the MGC and the Trade Contractor as to the adjustment to the Amount or the Time, the dispute shall be handled in accordance with Article 8 of these General Conditions Provisions and the applicable provisions of the Trade Contract.

    A.    **Additional Major Unit Price Work**

        (1)    If any additional unit price work is ordered which does not change the original Trade Contract quantity of any major unit price item(s) by more than 25%, the Trade Contractor shall perform the work as ordered and shall be paid for the actual quantity of such item of work performed at the appropriate original Trade Contract Unit Price.

        (2)    If additional unit price work is ordered which changes the original Trade Contract quantity of any major unit price item by more than 25% then the MGC and the Trade Contractor shall negotiate a new equitable unit price for such item, and the Trade Contractor shall be paid for the actual quantity of such item of work performed at such negotiated unit price.

        (3)    If the Owner and/or the MGC and the Trade Contractor cannot reach agreement on an equitable Unit Price for any such item, then the entire work to be performed under such item shall be paid as Extra Work not Covered by Trade Contract Prices as specified in 7.4.

    B.    **Additional Minor Unit Price Work**

        If additional unit price work is ordered under any minor unit price item(s), then the Trade Contractor shall perform the work as directed and shall be paid for the actual quantity of such item(s) of work performed at the appropriate original Trade Contract Unit Price(s).

**7.3.06** For AIP contracts, all Change Authorizations shall be subject to approval by the FAA and shall include valid wage determination of the U.S. Secretary of Labor when the Change Authorization exceeds $2,000.00. However, if the Trade Contractor elects to waive the limitations on work that increases or decreases the originally awarded Trade Contract or any Major Unit Price Item by more than 25 percent, the Change Authorization shall be subject to the same U.S. Secretary of Labor Wage determinations as was in the originally awarded contract.

## 7.4    <u>EXTRA WORK NOT COVERED BY TRADE CONTRACT PRICES</u>

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 50 of 95

**7.4.01** All additional work ordered, work changed or deleted shall be authorized by Change Authorizations. All changed or added work so authorized shall be performed by the Trade Contractor at the time and in the manner specified.

**7.4.02** If Work is ordered, changed, or deleted which is not covered by Unit Prices, then the Owner and the MGC and the Trade Contractor shall negotiate an equitable adjustment to the Trade Contract Price for the Direct and Indirect Costs for the performance of such work. Direct Costs, as described in Article 1, are limited to site labor costs, permanent materials costs and Special Equipment Costs. Indirect Costs for Work ordered, changed or deleted may be reimbursed for Excusable and Compensable Delay as defined in these General Conditions Provisions.

In order to reimburse the Trade Contractor for additional Direct Costs, either by Change Authorization or any other means, the Trade Contractor must have additional work added to the Trade Contract Scope of Work. The additional cost of idle or inefficient labor, from any cause, or the additional cost of labor made idle or inefficient from any cause will not be considered a reimbursable additional Direct Cost. Special Equipment or Machinery, which is made idle or inefficient by the Work ordered, changed or deleted, may be reimbursable if approved by the MGC and the Owner's Representative as an unavoidable cost to the Trade Contractor, caused by the Owner.

Costs of Special Equipment or Machinery, not already mobilized on the airport, approved by the Architect/Engineer, shall be calculated using the current issue of the AED Manual plus any required mobilization. The selection of which of the AED rates (daily, weekly, monthly) to be used to calculate these costs shall be as follows:

> Between one day and seven days, use the daily rate.

> Between seven days and thirty days, use the weekly rate.

> Greater than thirty days, use the monthly rate.

For less than one day hourly rates use the daily rate divided by 8.

For overtime hourly rates use the daily rate divided by 8, the weekly rate divided by 40, or the monthly rate divided by 176 as appropriate.

Costs for Special Equipment and Machinery already mobilized on the airport, shall not exceed the monthly rate stated in the AED Manual, divided by 176, per hour that the Special Equipment and Machinery is in use on the work plus any required re-mobilization.

The cost calculation shall not combine rates within the range of the time extension. It shall use decimals of the time extension rate that the extension falls under. For example, the cost calculation for a piece of Special Equipment with an approved delay of forty five days shall be 1.5 months times the monthly rate, not one month at the monthly rate, plus two weeks at the weekly rate, plus one day at the daily rate.

**7.4.03** If the Owner and/or the MGC and the Trade Contractor cannot reach agreement on an equitable adjustment to the Trade Contract Price as prescribed above or cannot reach agreement on an equitable adjustment to the Trade Contract Price for work not covered by Unit Price Items, or cannot reach an agreement on an equitable Unit Price for Additional Major Unit Price work as specified above, then the Extra Work may be performed on a force account basis if so directed by the MGC pursuant to Article 17.3 of Attachment B of the Trade Contract and paid for as specified below.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 51 of 95

**7.4.04** The following percentages will be allowed as mark-ups over Trade Contractor's Direct Costs for all negotiated adjustments to the Trade Contract Amount or for work performed on either a negotiated lump sum basis or a force account basis (time and materials work):

A.   **Extra Work Performed by Trade Contractor's Own Forces**

The Trade Contractor shall be paid 15% times the actual Trade Contractor's Direct Cost as direct compensation for Trade Contractor's Overhead, profit and all other costs associated with the Work.

B.   **Extra Work Performed by a Trade Contractor's subcontractor or sub-tier subcontractor**

The Trade Contractor shall be paid 25% times the Trade Contractor's subcontractor's or sub-tier subcontractor's actual Direct Cost as direct compensation for the Trade Contractor and subcontractors' Overhead, profit and all other costs associated with the Work at all tiers.

C.   **Extra Work Involving Compensable Time Extensions**

If a compensable time extension is approved, the Trade Contractor will be paid the daily rate stipulated for Liquidated Indirect Costs listed in Attachment E of the Trade Contract.

**7.4.05** In the event extra work is performed on a force account basis, then the Trade Contractor and the subcontractor(s) of all tiers, as appropriate, shall maintain itemized daily records of costs, quantities, labor and the use of authorized Special Equipment or Machinery. Copies of such records, maintained as follows, shall be furnished to the MGC and the Architect/Engineer daily for approval, subject to audit.

A.   **Comparison of Record**

The Trade Contractor, including his subcontractor(s) of any tier performing the work, and the Architect/Engineer shall compare records of the cost of force account work at the end of each day. Agreement shall be indicated by signature of the Trade Contractor, the subcontractor(s) performing the work, and the Architect/Engineer or their duly authorized representatives.

B.   **Statement**

No payment will be made for work performed on a force account basis until the Trade Contractor has furnished the MGC and the Architect/Engineer with duplicate itemized statements of the cost of such force account work detailed as follows:

(1)   Name, classification, date, daily hours, total hours, rate and extension for each laborer, tradesman, and foreman.

(2)   Designation, dates, daily hours, total hours, rental rate, and extension of each unit of special machinery and equipment.

(3)   Quantities of materials, prices, and extensions.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 52 of 95

(4)     Transportation of materials.

The statements shall be accompanied and supported by a receipted invoice of all materials used and transportation charges. However, if materials used on the force account work are not specifically purchased for such work but are taken from the Trade Contractor's stock, then in lieu of the invoices the Trade Contractor shall furnish an affidavit certifying that such materials were taken from its stock, that the quantity claimed was actually used, and that the price and transportation claimed represent the actual cost to the Trade Contractor.

C.     **Authorization of Special Equipment and Machinery**

No compensation for Special Equipment or Machinery shall be made without written authorization from the MGC. The Architect/Engineer shall review and evaluate any Special Equipment or Machinery proposed by the Trade Contractor for use on a force account basis. As part of its evaluation, the Architect/Engineer shall determine whether any of the Special Equipment or Machinery being proposed by the Trade Contractor will be concurrently used on the Work, including approved changes, or on other force account work under the Trade Contract. If the Architect/Engineer determines that such a concurrent use of Special Equipment or Machinery is being proposed by the Trade Contractor, prior to the authorization of such Special Equipment or Machinery, the Architect/Engineer and thereto Trade Contractor shall establish a straight-line prorated billing mechanism based on the actual percentage of time that the equipment or machinery is required to be used on the force account work(s).

Special Equipment or Machinery which is approved for use by the Architect/Engineer shall be reviewed and accounted for on a daily basis as provided in the Comparison of Record and Statement paragraphs of this Section of the General Conditions Provisions.

**7.4.06** Increases to the Trade Contract Amount shall be authorized by a Change Authorization executed by the MGC and the Trade Contractor, and if appropriate the Trade Contractor's Surety. Decreases to the Trade Contract amount shall be by Change Authorization.

**7.4.07** Any claim for payment of Extra Work that is not covered by a Change Authorization will be rejected by the MGC.

7.5     **TRADE CONTRACTOR NON-EXCUSABLE AND EXCUSABLE DELAYS**

**7.5.01** A Non-Excusable Delay is any delay which extends the completion of the Program or Milestone and which is caused by the act, fault or omission of the Trade Contractor or any subcontractor, materialman, supplier or vendor, at any tier, to the Trade Contractor. Delays in obtaining permits caused by the Trade Contractor's actions or lack of actions are Non-Excusable Delays. A Non-Excusable Delay shall not be cause for granting a time extension and shall subject the Trade Contractor to Owner's Liquidated Damages and other damages as set forth in Article 15.1 of Attachment B of the Trade Contract.

**7.5.02** An Excusable Delay is any delay which extends a Milestone and which is caused by circumstances beyond the control of the Trade Contractor or its subcontractors, materialmen, suppliers or vendors, at any tier. The Trade Contractor may be entitled to a time extension for each day the Work within a Milestone is delayed beyond the Milestone due to an Excusable Delay.

**7.5.03** The Trade Contractor shall document its claim for any time extension in accordance with the requirements of Article 8 "CLAIMS FOR ADDITIONAL COMPENSATION" of these General Conditions Provisions and other provisions set forth in the Trade Contract. Failure of the Trade Contractor to comply

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 53 of 95

with all requirements as to any particular event of delay shall be deemed conclusively to constitute a waiver, abandonment or relinquishment of any and all claims resulting from that particular event of delay.

**7.5.04** An Excusable Delay may be Compensable or Non-Compensable. The Trade Contractor shall be entitled to Liquidated Indirect Costs for Compensable Excusable Delay, in accordance with the Trade Contract Documents.

**7.5.05** Subject to Articles 7.5.07, 7.5.08 and 7.5.09 of the General Conditions Provisions, an Excusable Delay is Compensable when;

> A.   The delay causes the Work within a Liquidated Indirect Cost Milestone to extend beyond the Milestone, and

> B.   The delay is caused by circumstances beyond the control of the Trade Contractor or its subcontractors, materialmen, suppliers or vendors, at any tier, and

> C.   The delay is caused by an act or omission of the Owner, or of the Architect/Engineer or a delay as described in Articles 4.3.04 (Existing Conditions) or 6.7.07 of the General Conditions Provisions, or a delay as described in Section 15.6 of the Prime Contract Provisions, provided however, delays caused by permitting agencies, whether or not part of Miami-Dade County, are non-compensable excusable delays to the extent that such delays were not caused by the Trade Contractor; permitting delays caused by the Trade Contractor are non-excusable delays.

**7.5.06** An Excusable Delay is Non-Compensable when:

> A.   It is caused by circumstances beyond the control of the Trade Contractor, its subcontractors, materialmen, suppliers and vendors, at any tier, and is also caused by circumstances beyond the control of the Owner and the Architect/Engineer, such as delay(s) caused by the permitting agencies, whether or not part of Miami-Dade County, to the extent that such delays were not caused by the Trade Contractor, or

> B.   It is caused jointly or concurrently by the Trade Contractor or its subcontractors, materialmen, suppliers or vendors, at any tier, and by the Owner, or the Architect/Engineer, or the MGC, then the Trade Contractor shall be entitled only to a time extension and no further compensation for the delay, or

> C.   The delay does not cause the Work within a Milestone to extend beyond a Milestone.

**7.5.07** Weather may be grounds for Non-Compensable Excusable Delay if the inclement weather is unusually frequent or unusually severe, occurs when no inside work is being performed, and delays the completion of the Work.

**7.5.08** In no event shall the Trade Contractor be compensated for interim delays which do not extend a Liquidated Indirect Cost Milestone.

**7.5.09** In no event shall Trade Contractor be compensated for delays except for delays exceeding the Liquidated Indirect Cost Milestones stipulated in Attachment E of the Trade Contract.

7.6   **LIQUIDATED DAMAGES AND LIQUIDATED INDIRECT COSTS**

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 54 of 95

**7.6.01** The parties to the Trade Contract agree that time, in the completion of the Work so as not to extend the completion of the Program Work beyond Contract Time and Milestones is of the essence. The Owner, the MGC and the Trade Contractor recognize and agree that the precise amount of Owner's actual damages for delay in the performance and Completion of the Work is impossible to determine as of the date of execution of the Trade Contract and that proof of the precise amount will be difficult. Therefore, the Trade Contractor shall be assessed Owner's Liquidated Damages on a daily basis for each Day the Trade Contract Work is delayed beyond the Liquidated Damage Milestone by the Trade Contractor due to a Non-Excusable Delay. These Liquidated Damages shall be assessed, not as a penalty, but as compensation through the MGC to the Owner for Owner expenses which are difficult to quantify with any certainty and which were incurred by the Owner due to the delay. The amount of Liquidated Damages assessed shall be an amount, as stipulated in Attachment E of the Trade Contract, unless modified by mutual written agreement of Owner, MGC and Trade Contractor.

**7.6.02** The MGC, will pay an amount of Liquidated Indirect Costs, as stipulated in Attachment E of the Trade Contract for each day of Excusable Compensable Delay, as set forth in Article 7.5.05 of the General Contract Provisions, to the Liquidated Indirect Cost Milestone(s) indicated in Attachment E of the Trade Contract, which cannot be reasonably and economically mitigated pursuant to the terms of Article 4 of Attachment B of the Trade Contract Agreement. The Owner, the MGC and the Trade Contractor recognize and agree that the precise amount of the Trade Contractor's Indirect Costs for delay in the performance and completion of the Work is impossible to determine as of the date of execution of the Trade Contract, and that proof of the precise amount will be difficult. Therefore, Liquidated Indirect Costs recoverable by the Trade Contractor shall be assessed on a daily basis for each Day a Liquidated Indirect Cost Milestone is delayed due to Compensable Delay. These Liquidated Indirect Costs shall be paid to compensate the Trade Contractor for all indirect expenses caused by the Compensable Excusable Delay and shall include, but not be limited to, all profit, interest, home office overhead, field office overhead, acceleration, loss of earnings, loss of productivity, loss of bonding capacity, loss of opportunity and all other indirect costs incurred by Trade Contractor or its subcontractors, materialmen, suppliers and vendors, at any tier. Payment by MGC of Liquidated Indirect Costs required under this Trade Contact constitutes a full accord and satisfaction of time related damages. The amount of Liquidated Indirect Costs recoverable shall be an amount, as stipulated in Attachment E of the Trade Contract, per day for each day the Liquidated Indirect Costs Milestone(s) is delayed due to a Compensable Excusable Delay. Payment of Trade Contractor's Liquidated Indirect Costs to MGC from Owner is a CONDITION PRECEDENT to payment of Liquidated Indirect Costs to Trade Contractor from MGC.

**7.6.03** In the event the Trade Contractor fails to perform any other covenant or condition of this Trade Contract relating to the Work, the Trade Contractor shall become liable to the Owner and the MGC for any actual damages which the Owner and MGC may sustain as a result of such failure on the part of the Trade Contractor.

**7.6.04** Nothing in this Article shall be construed as limiting the right of the MGC to terminate the Trade Contract, to require the Trade Contractor's Surety to complete said Work, and to claim damages for the failure of the Trade Contractor to abide by each and every one of the terms of this Trade Contract as set forth and provided for in the Trade Contract Documents.

## 7.7    TEMPORARY SUSPENSION OF WORK

**7.7.01** The Owner's Representative, the Owner and the MGC shall have the authority to suspend the work wholly, or in part, for such period or periods as may be deemed necessary, because of unsuitable weather, for failure of surety, or other conditions unfavorable for the prosecution of the work, or for failure on the part of the Trade Contractor to carry out the instructions of the Architect/Engineer or the MGC as provided for in the Trade Contract Documents.

**7.7.02** If it should become necessary to suspend the work for an indefinite period, the Trade Contractor shall store all materials in such a manner that they will not become an obstruction, nor become damaged in any way, and it shall take every precaution to prevent damage or deterioration of the work performed.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 55 of 95

The Trade Contractor shall construct temporary structures where necessary to provide for traffic on, to, or from the airport. All Trade Contractor costs in connection with such directive shall be considered Extra Work.

**7.7.03** The Trade Contractor shall not suspend the work without written order from the Owner or the MGC. Such suspension shall be Compensable, Non-Compensable or Non-Excusable pursuant to the terms of the Trade Contract Documents.

**7.7.04** In the event that the Trade Contractor is ordered by the Owner or the MGC, in writing, to suspend work for some unforeseen cause not otherwise provided for in the Trade Contract Documents and over which the Trade Contractor, his subcontractors, suppliers or materialmen, at any tier, have no control, the period of such shutdown, if it causes delay in the completion time, may be considered Compensable Excusable delay as provided elsewhere in the Trade Contract Documents. The period of shutdown shall be computed from the effective date of the MGC's or the Owner's order to suspend work to the effective date of the MGC's or the Owner's order to resume the work. No provision of this article shall be construed as entitling the Trade Contractor to compensation for delays due to inclement weather, for suspensions made at the request of the Trade Contractor, or for any other delay provided for in the Trade Contract Documents.

**7.7.05** Nothing in this Trade Contract shall be construed as entitling the Trade Contractor to compensation for delays due to failure of Surety, suspensions ordered as a result of the Trade Contractor's nonconformance with the Trade Contract Documents, as a result of the Trade Contractor's failure to carry out the instructions of the MGC or the Architect/Engineer or for any other delays not specifically deemed to be Compensable Excusable Delay, as provided for elsewhere in the Trade Contract Documents.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 56 of 95

# ARTICLE 8

## CLAIMS FOR ADDITIONAL COMPENSATION

### 8.1  CLAIMS AND DAMAGES

**8.1.01** Should the Trade Contractor suffer injury or damage to person or property because of any act or omission of the MGC or the Owner or of any of their employees, agents or others for whose acts the MGC or Owner is legally liable, a notice of claim shall be made in writing to the MGC within 3 days after the first observance of such injury or damage.

**8.1.02** Each claim must be certified, and accompanied by certified final bid tabulation in accordance with Miami-Dade County Code Section 21-265 within 15 days after the completion of the work that gives rise to the claim.  All claims presented to Owner and/or the MGC on behalf of a Trade Contractor shall be certified by the Trade Contractor in conformance with the County's False Claims Ordinance.

**8.1.03** No claims for additional compensation, time extension or for any other relief under the Trade Contract shall be recognized, processed, or treated in any manner unless the same is presented in accordance with this Article and the applicable provisions of the Trade Contract. Failure to present and process any claim in accordance with this Article and the applicable provisions of the Trade Contract shall be conclusively deemed a waiver, abandonment or relinquishment of any such claim, it being expressly understood and agreed that the timely presentation of claims, in sufficient detail to allow proper investigation and prompt resolution thereof, is essential to the administration of this Trade Contract.

**8.1.04** Each and every notice of claim shall be made in writing and delivered to the MGC as soon as reasonably practicable after the event, occurrence or non-occurrence which gives rise to such claim, however, in no event later than 3 days after the event or occurrence, or in the case of nonoccurrence, within 3 days after the time when performance should have occurred.  Verbal, telephone or facsimile notice shall be given in those instances where delay in presenting the claim would result in the conditions causing the claim to change, thereby requiring an immediate need to examine the job site or other conditions to ascertain the nature of the claim before the condition(s) disappear or become unobservable.  Any such oral or facsimile notice shall be followed, at the earliest practicable time, but in no event more than 3 days after the event causing the claim, by written confirmation of the claim information.

**8.1.05** Each and every claim shall state:

A.    The date of the event or occurrence giving rise to the claim. In the case of a claim arising from a claimed nonperformance, the date when it is claimed that performance should have occurred shall be stated.

B.    The exact nature of the claim, including sufficient detail to identify the basis for the claim, including by way of example only, such detail as drawing numbers, specification sections, job site location, affected trades, contract clauses relied upon, schedule references, correspondence or any other details reasonably necessary to state the claim.

C.    The claim shall clearly state whether additional monies are part of the claim. If known, the dollar value associated with the claim shall be stated. If unknown, the notice shall indicate the types of expenses, costs or other monetary items that are reasonably expected to be part of the claim amount.

D.    The dollar value associated with the claim, along with all supporting documentation, shall be delivered within 15 days after completion of the work that is subject of the claim.  It

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 57 of 95

shall be broken down into Direct and Indirect Costs. The Direct Costs shall be calculated as Changes in the Work. Liquidated Indirect Costs shall be as stipulated in the Attachment E of the Trade Contract.

E.  Any claim for additional monies that also involve a request for an extension of a Liquidated Indirect Cost Milestone or any other type of time extension shall be submitted together with the amount of time being requested and the supporting data including applicable scheduling references supporting the claim. Scheduling references shall include a month-by-month time impact analysis (TIA) using the currently Owner approved MGC Construction Schedules and demonstrating the effect of the delay or change on the Trade Contract completion date for each monthly update period that the change or delay affects.

**8.1.06** The currently Owner approved MGC Construction Schedule shall be the basis for interpreting time extensions of Milestones. Proposed time extensions must include a time impact analysis (TIA), clearly showing the impact on the currently Owner approved MGC Construction Schedule, and conclusively proving the validity of the proposed extension.

In order to request additional time or compensation associated with changes or delays, the Trade Contractor shall submit a written request for time extension with his change request and a time impact analysis (TIA). The TIA shall demonstrate the time impact of each change or delay based on the date of the change or start of delay on the currently Owner approved MGC Construction Schedule. Each TIA shall include how the Trade Contractor proposes to incorporate the changes or delays into the MGC Construction Schedule. Trade Contractor's failure to submit the TIA in accordance with this paragraph shall constitute a waiver and abandonment by Trade Contractor of any claims for time related issues.

A.  The Trade Contractor shall submit the time impact proposal used in the TIA within fifteen (15) days after completion of the work that gives rise to the delay.

B.  Where the Trade Contractor does not submit a TIA for a specific change or delay within the period of time specified herein, then it is expressly understood that the particular change or delay has no time impact on the Milestones and no time extension is required or shall be subsequently granted.

C.  Payment for delays shall be in accordance with the Trade Contract Documents.

**8.1.07** The MGC, the Architect/Engineer and the Owner's Representative shall be allowed full and complete access to all personnel, documents, work sites or other information reasonably necessary to investigate any claim. Within 60 days after a claim has been received, the claim shall either be recognized or if the claim is not recognized within 60 days it shall be deemed denied. If the claim is recognized, the parties shall attempt to negotiate a satisfactory settlement of the claim, which settlement shall be included in a subsequent Change Authorization. If the parties fail to reach an agreement on a recognized claim, the Owner, through the MGC, shall pay to the Trade Contractor the amount of money the Owner and the MGC deem reasonable, less any appropriate retention, to compensate the Trade Contractor for the recognized claim.

Failure of the Trade Contractor to make a specific reservation of rights regarding any such disputed amounts in the body of the Change Authorization which contains the payment shall be construed as a waiver, abandonment, or relinquishment of all claims for additional monies resulting from the claims embodied in said Change Authorization, however, once the Trade Contractor has properly reserved rights to any claim, no further reservations of rights shall be required until the final payment under the Trade

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 58 of 95

Contract. At such time the Trade Contractor shall specify all claims which have been denied and all claims for which rights have been reserved in accordance with this section. Failure to so specify any particular claim shall be constructed as a waiver, abandonment, or relinquishment of such claim.

**8.1.08** No reservation of rights will be effective to preserve any claims that are not fully documented and submitted in accordance with requirements of the Trade Contract Documents. Failure of the Trade Contractor to make a specific reservation of rights regarding any such disputed amounts on the Trade Contractors Affidavit and Release of All Claims, within the Trade Contractor's Request for Partial Payment or the Trade Contractor's Request for Final Payment, shall be construed as a waiver, abandonment and relinquishment of all claims for additional monies resulting from the claim.

**8.1.09** The Trade Contractor shall not cease work on account of any denied claim or any recognized claim upon which an agreement cannot be reached.

**8.1.10** With regard to any and all claims for additional compensation resulting from delays to the Work, it is expressly understood and agreed as follows:

A.   The claimed delay shall not result from a cause specified in the Trade Contract Documents as a Non-excusable Delay.

B.   Notice of the claim shall have been provided in accordance with and within the time specified in this Article.

C.   The Trade Contractor assumes all risk for the following items, none of which shall be the subject of any claim and none of which shall be compensated for except as they may have been included in the compensation for indirect costs.

   (1)   Home office expenses or any direct costs incurred allocated from the headquarters of the Trade Contractor.

   (2)   Loss of anticipated profits on this or any other project.

   (3)   Loss of bonding capacity or capability.

   (4)   Losses due to other projects not bid upon.

   (5)   Loss of business opportunities.

   (6)   Loss of productivity on this or any other project.

   (7)   Loss of interest income on funds not paid.

   (8)   Costs to prepare, negotiate or prosecute claims.

   (9)   Costs spent to achieve compliance with applicable laws and ordinances (excepting only sales taxes paid shall be reimbursable expense subject to the provisions of the Trade Contract Documents).

D.   All claimed items of additional compensation shall be properly documented and supported with copies of invoices, time sheets, rental agreements, crew sheets and the like.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 59 of 95

E. No payment(s) shall be made to the Trade Contractor by the MGC and/or the Owner for loss of anticipated profit(s) from any deleted work.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 60 of 95

## ARTICLE 9

## CONFORMITY WITH TRADE CONTRACT DOCUMENTS

### 9.1 CONFORMITY WITH PLANS AND SPECIFICATIONS

**9.1.01** All work and all materials furnished shall be in reasonably close conformity with the lines, grades, grading sections, cross sections, dimensions, material requirements, and testing requirements that are specified (including specified tolerances) in the Trade Contract Documents.

**9.1.02** If the Architect/Engineer or the MGC find the materials furnished, work performed, or the finished product not within reasonably close conformity with the Trade Contract Documents but that the portion of the affected work will, in its opinion, result in a finished product having a level of safety, economy, durability, and workmanship acceptable to the Owner, it will advise the Owner of its determination that the affected work be accepted and remain in place. In this event, the Architect/Engineer will document its determination and recommend to the Owner a basis of acceptance which will provide for an adjustment in the Trade Contract Price for the affected portion of the work. The Architect/Engineer's determination and recommended Trade Contract Price adjustments will be based on the requirements of the Technical Specifications, good professional judgment and such tests or retests of the affected work as are, in its opinion, needed. Changes in the Trade Contract Price will be made in a Change Authorization.

If the Architect/Engineer finds the materials furnished, work performed, or the finished product are not in reasonably close conformity with the Trade Contract Documents and have resulted in an unacceptable finished product, the affected work or materials shall be removed and replaced or otherwise corrected by and at the expense of the Trade Contractor in accordance with the Architect/Engineer's written orders.

For the purpose of this Article, the term "reasonably close conformity" shall not be construed as waiving the Trade Contractor's responsibility to complete the work in accordance with the requirements of the Trade Contract Documents. The term "reasonably close conformity" shall not be construed as waiving the Architect/Engineer's or the Owner's right to insist on strict compliance with the requirements of the Trade Contract Documents during the Trade Contractor's prosecution of the work, when, in the Architect/Engineer's or the Owner's opinion, such compliance is essential to provide an acceptable finished portion of the work.

For the purpose of this Article, the term "reasonably close conformity" is also intended to provide the Architect/Engineer with the authority to use good professional judgment in his/her determinations as to acceptance of work that is not in strict conformity but will provide a finished product equal to or better than that intended by the requirements of the Trade Contract Documents.

### 9.2 REMOVAL OF DEFECTIVE OR UNAUTHORIZED WORK

**9.2.01** All work which has been rejected by either the MGC or the Architect/Engineer or the Owner's Representative shall be satisfactorily repaired or if it cannot be satisfactorily repaired, it shall be removed and replaced all at no additional cost to the Owner or the MGC. Materials not conforming to the requirements of the Trade Contract Documents shall be removed immediately from the site of the work and replaced with satisfactory material by the Trade Contractor at no additional cost to the Owner or the MGC.

**9.2.02** Work done without control lines and grades having been furnished by either the Architect/Engineer or the Owner's Representative, work done beyond the scope of the Trade Contract, work done without proper inspections, or any extra work done without written authority, will be at the Trade Contractor's risk, and such work shall not be paid for unless written authorization in the form of a Change Authorization is

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 61 of 95

obtained. In the event written authorization is not obtained, such work shall be removed or replaced by the Trade Contractor, at no additional cost to the Owner or the MGC, upon the directions of the Owner's Representative and/or the MGC.

**9.2.03** Work that is defective or Work that fails to conform with the Trade Contract Documents will be at the Trade Contractor's risk, and no payment shall be made for such work. As specified in the Technical Specifications or at the option of the Owner and/or the MGC, an agreed equitable amount may be deducted from the Trade Contract amount in lieu of replacement or repair of work not fully meeting the requirements of the Trade Contract Documents. Acceptance by the Owner and/or the MGC of such deduction shall not modify the requirements of any guarantees called for by the Trade Contract Documents. Written authorization for such work must be obtained in the form of a Change Authorization with the appropriate credit to the Owner and/or the MGC. In the event written authorization is not obtained, and upon the directions of the Owner's Representative, such work shall be removed or replaced by the Trade Contractor at no additional cost to the Owner or the MGC.

**9.2.04** If either the Architect/Engineer or the Owner's Representative or the MGC so request, the Trade Contractor shall at any time before final acceptance of the work, remove or uncover such portions of the finished work as may be directed. After examinations, the Trade Contractor shall restore said portions of the work to the standard required by the Trade Contract Documents. If the work thus exposed or examined proves acceptable, the uncovering or removing and the replacing of the covering or making good of parts removed shall be at the Owner's expense; but if the work so exposed or examined proves unacceptable, the uncovering or removing and the replacing of the covering or making good of the defective work shall be at the Trade Contractor's expense.

**9.2.05** No extension of time will be allowed the Trade Contractor in connection with the correction of work that fails to conform with the Trade Contract Documents.

## 9.3    CORRECTION OF WORK

**9.3.01** The Trade Contractor shall promptly correct all Work rejected by either the Architect/Engineer or the Owner's Representative or the MGC as defective or as failing to conform to the Trade Contract Documents whether observed before or after Substantial Completion and whether or not fabricated, installed or completed. The Trade Contractor shall bear all cost of correcting rejected Work, including the cost of the Architect/Engineer's services, the MGC's services, the Owner's Representative and the Owner's additional services.

**9.3.02** After being notified in writing by the Owner's Representative, or the Owner, or the MGC, of work that is not in accordance with the requirements of the Trade Contract Documents, or of any defects in the Work, the Trade Contractor shall promptly commence and prosecute with due diligence all work necessary to fulfill the terms of the Trade Contract, and to complete the Work within a reasonable period of time.

**9.3.03** In the event of an emergency, constituting an immediate hazard to the health or safety of personnel and/or property, the Owner or the MGC, without prior notice, has the right but not the obligation to undertake at the Trade Contractor's expense, all work necessary to correct such hazardous condition when it was caused by work of the Trade Contractor not being in accordance with the requirements of the Trade Contract Documents.

**9.3.04** If, within one year after the date of Substantial Completion or within such longer period of time as may be prescribed by law or by the terms of any applicable special warranty required by the Trade Contract Documents, any of the Work is found to be defective or not in accordance with the Trade Contract Documents, the Trade Contractor shall correct such work within ten days after receipt of a written notice from the Owner or the MGC to do so. In the event the Trade Contractor fails to comply, the Owner

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 62 of 95

or the MGC may proceed to have such work done at the Trade Contractor's expense and the Trade Contractor and/or its surety will pay the cost thereof upon demand. The Owner and the MGC shall be entitled to all costs, including reasonable attorney's fees, necessarily incurred upon the Trade Contractor's refusal to pay the above costs.

**9.3.05** All such defective or non-conforming work shall be removed from the site if necessary, and the work shall be corrected to comply with the Trade Contract Documents without cost to the Owner or the MGC.

**9.3.06** The Trade Contractor shall bear the cost of making good all work of separate contractors destroyed or damaged by such removal or correction.

**9.3.07** Upon failure on the part of the Trade Contractor to comply forthwith with any order of the Owner's Representative or the MGC made under the provisions of this Article, the Owner and the MGC will have authority to cause unacceptable work to be remedied or removed and replaced and unauthorized work to be removed and to deduct the costs (incurred by the Owner and the MGC) from any monies due or to become due the Trade Contractor.

**9.3.08** Nothing contained herein shall be construed to establish a period of limitation with respect to any other obligation which the Trade Contractor might have under the Trade Contract Documents.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 63 of 95

**ARTICLE 10**

**PAYMENTS**

10.1    **SCOPE OF PAYMENT**

The Trade Contractor shall receive and accept compensation provided for in the Trade Contract as full payment for furnishing all materials, for performing all work under the contract in a complete and acceptable manner, and for all risk, loss, damage, or expense of whatever character arising out of the nature of the work or the prosecution thereof, to the provisions of the Trade Contract Documents.

When the "Basis of Payment" Article of a Technical Specification requires that the Trade Contract Price includes compensation for certain work or material essential to the item, this same work or material will not also be measured for payment under any other contract item which may appear elsewhere in the Trade Contract Documents.

When the accepted quantities of work vary from the quantities in the Bid Form, the Trade Contractor shall accept as payment in full, so far as contract items are concerned, payment at the original contract bid price for the accepted quantities of work actually completed and accepted. No allowance, except as provided for in subsection titled "Deletion or Addition of Work" will be made for any increased expense, loss of expected reimbursement, or loss of anticipated profits suffered or claimed by the Trade Contractor which results directly from such alterations or indirectly from its unbalanced allocation of overhead and profit among the Trade Contract items, or from any other cause.

**Trade Contractor Payments to subcontractors and suppliers** - The Trade Contractor's attention is directed to County Ordinance No. 94-40, providing for expedited payments to small businesses by County agencies; creating dispute resolution procedures for payment of County obligations; and requiring the Trade Contractor to issue prompt payments, and have the same dispute resolution procedures as the County, for all small businesses. Failure of the Trade Contractor to issue prompt payment to small businesses or to adhere to its dispute resolution procedures may be cause for suspension, termination, and debarment, in accordance with the terms of this Trade Contract and debarment procedures of the County.

10.2    **PARTIAL PAYMENTS TO THE TRADE CONTRACTOR**

**10.2.01** Within seven (7) days after the execution of the Trade Contract, the Trade Contractor shall prepare and submit to the MGC the following items for approval by the Owner:

      A.      Preliminary Schedule of Values;

      B.      Schedule of Estimated Monthly Partial Payments

**10.2.02** Submit the schedules within the time frames specified in Division 1.

**10.2.03** No payments will be made until the preliminary Schedule of Values, Schedule of Estimated Monthly Partial Payments and the schedules required as specified above are received and approved by the MGC, the Architect/Engineer and the Owner.

**10.2.04** Within ten (10) days from the approval of the schedule, as specified in Division 1, the Trade Contractor shall prepare and submit to the MGC the finalized Schedule of Values. No further Partial Payments will be made until the schedule and Schedule of Values are received and approved by the MGC and the Owner.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 64 of 95

**10.2.05** The Schedule of Values shall be prepared on the form provided by the MGC and shall relate to the activities and monetary values shown in the approved schedules as specified in Division 1. It will include a complete breakdown of all costs by the Specification Sections and Subsections for each of the major items of the work. It shall be revised when requested by the MGC or the Owner's Representative if any of the values of items of work in the Schedule of Values appear to be incorrect or unbalanced. No such revisions shall in any manner affect the Total Trade Contract Price. Supporting data acceptable to the MGC and/or Owner's Representative will be required to substantiate the Schedule of Values. The approved Schedule of Values shall be used in the preparation of the Partial Payments and shall be used in determining the equitable value of work to be deleted from a lump sum contract or a lump sum item.

**10.2.06** The Schedule of Estimated Monthly Partial Payments shall be realistic, and shall conform to the schedules. The Schedule of Estimated Monthly Partial Payments may be adjusted, from time to time, to reflect changes, if any, in the schedule(s) as specified in Division 1.

**10.2.07** The Trade Contractor may request payments, on a monthly basis, as the work progresses. Payments shall be based on prepared Applications for Payment showing the value of work performed each month including work completed and materials delivered and properly stored on the Site.

**10.2.08** The Trade Contractor shall prepare each Application for Payment and submit same, through the MGC, to the Owner's Representative for approval by the Owner.

**10.2.09** The Trade Contractor shall submit as attachments to each Application for Payment:

A. A currently updated and approved schedule;

B. three (3) copies of a properly executed Trade Contractor's affidavit(s) or releases of claims and all tiers of subcontractors' affidavits or releases of claim (as required by Section 10-35 of the Code of Miami-Dade County, such affidavits to be in the substantially the same form contained in the Trade Contract Documents) for the value of the work performed during the period covered by the Trade Contractor's Application for Payment (These documents are not required for the first Application for Payment). In the event such affidavits or releases of claim cannot be furnished by the Trade Contractors, subcontractors, or material suppliers, at any tier, the Trade Contractor may, at the sole option of the MGC, submit an executed Consent of Surety (in the form contained in the Trade Contract Documents) to requisition payment identifying the subcontractors and suppliers, at all tiers, and the amounts for which the Statement(s) of Satisfaction cannot be furnished. A fully executed, original Power of Attorney shall be included with the Surety's consent.

C. proof that As-Built Information is being maintained up to date;

D. DBE utilization reports for all Trade Contract Work, including all tiers of subcontractors and suppliers;

E. Certified payrolls of wages and labor in accordance with the Davis Bacon wage provisions contained in the Trade Contract Documents, including all tiers of subcontractors;

F. Monthly compliance reports in accordance with the provisions of the Community Workforce Program for all Trade Contract Work including all tiers of subcontractors and suppliers.

G. Any other information required by the Trade Contract Documents and deemed necessary by the MGC to ensure that the Trade Contractor has complied with its obligations as set forth in the Trade Contract Documents.

No monthly estimate will be approved for payment without certification from the Archtiect/Engineer that the Trade Contractor's As-Built drawings have been updated and are current as of the date of the monthly Application for Payment.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 65 of 95

**10.2.10** Payment for work: See Trade Contract Payment Provisions.

**10.2.11** The quantity of work performed and its value will be determined based on field measurement made by the MGC or the Owner's Representative and from the approved Schedule of Values, and any changes in the work as may be authorized by the MGC or the Owner.

**10.2.12** The value of materials on hand but not incorporated in the work will be determined by the MGC or the Owner's Representative, based on actual invoice costs to the Trade Contractor, and such value will be included in the monthly Applications for Payment only if the materials have been properly stored on the Site, provided that such materials meet the requirements of the Trade Contract Documents and are delivered to acceptable sites on the airport property or in bonded warehouses that are acceptable to the Owner. Such delivered costs of stored or stockpiled materials may be included in the next partial payment after the following conditions are met:

    A.    The material has been stored and stockpiled in a manner acceptable to the Owner's Representative at or on the approved site.

    B.    The Trade Contractor has furnished the Owner's Representative through the MGC with acceptable evidence of the quantity and quality of such stored or stockpiled materials.

    C.    The Trade Contractor has furnished the Owner's Representative through the MGC with satisfactory evidence that the material and transportation costs have been paid.

    D.    The Trade Contractor has furnished legal title (free of liens or encumbrances of any kind) to the material so stored and stockpiled.

    E.    The Trade Contractor has furnished the Owner and the MGC evidence that the material so stored or stockpiled is insured against loss by damage to or disappearance of such materials at anytime prior to use in the work. It is understood and agreed that the transfer of title and the MGC's and/or the Owner's payment for such stored or stockpiled materials shall in no way relieve the Trade Contractor of its responsibility for furnishing and placing such materials in accordance with the requirements of the Trade Contract Documents and does not waive MGC's and/or the Owner's claim to reject defective materials when it is delivered to the job site.

    F.    In no case will the amount of partial payments for materials on hand exceed the Trade Contract price for such materials or the Trade Contract price for the contract item in which the material is intended to be used, or the value for such materials established in the approved Schedule of Values.

    G.    No partial payment will be made for stored or stockpiled living or perishable plant materials.

    H.    The Trade Contractor shall bear all costs associated with the partial payment of stored or stockpiled materials in accordance with the provisions of this Article.

    I.    Such other constraints that may be established by the Owner or the MGC.

**10.2.13** Except as provided hereafter, the MGC shall retain ten percent (10%) of the value of such work and materials, including approved Change Authorizations, until Substantial Completion. With the next pay application after Substantial Completion of a Project, the MGC will, subject to Owner's release, release all retainage except for an amount equal to twice the estimated value of punch list items , as provided by the

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 66 of 95

Architect/Engineer and/or MGC plus all appropriate credits and backcharges plus any other amount estimated by the MGC necessary for the Trade Contractor to fulfill its remaining obligations under the Trade Contract Agreement. At Final Acceptance all remaining retainage due will be released with the Final Payment.

**10.2.13.1** Early Release of, and Substitution of Securities for, Retainage Amounts - The Trade Contactor agrees (i) that no substitution of securities for retainage amounts will be permitted under the Trade Contract, and (ii) that no early release of retainage amounts shall be permitted under the Trade Contract except for such early release permitted pursuant to the terms of the Amended and Restated Trust Agreement of 2002.

**10.2.13.2 Withholding of Payments:**

In addition to any other rights retained herein by the Owner or the MGC regarding payments to the Trade Contractor, the Owner and the MGC reserves the right to withhold payment from Trade, after furnishing Trade Contractor with 30 days prior written notice of deficient performance and an opportunity to cure the deficiencies, if:

    a)  any work or material is discovered which, in the opinion of the Owner's Representative and/or the Architect/Engineer and/or the MGC for that portion of the work, is deemed defective or which raises a reasonable doubt as to the integrity of any part of the work completed;

    b)  defective work is not remedied;

    c)  the Trade Contractor fails to make payments properly to its subcontractors and suppliers, at all tiers, for labor, materials, or equipment and/or affidavits or releases of claim from the Trade Contractor and all tiers of its subcontractors and suppliers have not been submitted;

    d)  there is damage to the Owner, the MGC, another separate contractor or trade contractor; or

    e)  the Trade Contractor persistently fails to carry out the work in accordance with the Trade Contract Documents.

For any of these conditions, the Owner and/or the MGC will deduct from the Trade Contractor's Application for Payment an amount equal in value to the work in question, and this work will not be included in any subsequent Application for Payment until such condition has been remedied.

The Owner and/or the MGC will withhold all payments if the Surety on the Performance and Payment Bonds becomes insolvent, or is placed in the hands of a receiver, or has its right to do business in the State of Florida suspended or revoked as provided by law. Payments will only be resumed when the Owner and the MGC receive a good and sufficient Bond(s) as required by the Trade Contract Documents, in lieu of the Bond(s) so executed by such Surety.

**10.2.14** The MGC shall pay the Trade Contractor the balance not retained as aforesaid, after deducting therefrom all previous payments. The estimates will be approximate only and all partial or monthly estimates and payments shall be subject to correction in the Application for Payment rendered following discovery of an error in any previous Application for Payment.

**10.2.15** In the event the Trade Contractor's monthly Pay Estimates vary substantially from the approved Schedule of Estimated Partial Monthly Payments, the Trade Contractor shall submit a revised Schedule of Estimated Monthly Partial Payments, through the MGC, to the Owner for approval.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions
June 5, 2007
Section 00030
Version 4
Page 67 of 95

**10.2.16** NOT USED

**10.2.17** If any work or material is discovered, which in the opinion of either the Architect/Engineer or the Owner's Representative is defective, or should a reasonable doubt arise on the part of the either the Architect/Engineer or the Owner's Representative as to the integrity of any part of the work completed previous to the final acceptance and payment, there will be deducted from the first Application for Payment rendered after the discovery of such work, an amount equal in value to the defective or questioned work, and this work will not be included in any subsequent Applications for Payment until the defects have been remedied or the causes for doubt removed.

**10.2.18** If the Trade Contractor fails to complete the Work prior to or on the Trade Contract completion date, no further Payments will be made after the Trade Contract completion date until the Trade Contractor delivers to the MGC a written consent of the Trade Contractor's Surety covering all payments to be made thereafter, without affecting the validity of the Performance and Payment Bonds.

**10.2.19 Payment Application Process with the Owner:**

A. Prior to the formal submittal of the Application for Payment, the MGC shall submit to the Owner's Representative in triplicate a draft of the Application for Payment for review at least five (5) working days in advance of the formal submittal. Copies of all attachments required for the formal application shall accompany the draft application. Trade Contractor's shall provide all information necessary to support this draft.

B. The Owner's Representative, A/E(s), and the MGC, shall meet within 5 days from submittal of the draft and reach a consensus on the status of the MGC's draft application relevant to non-conforming work quality, incipient faults, percentage complete, and status of the Record Drawings. Any disagreements with the MGC on the status of the work, insufficient substantiating data and summary/reporting inaccuracies should be resolved. Should any amounts remain in dispute, the MGC, without waiving its rights or the rights of the Trade Contractor for disputed amounts shall exclude them from its formal application.

C. Minutes of this meeting will be prepared as directed by the Owner's Representative. These minutes will confirm all determinations, disputed issues, decisions, and actions to be taken relevant to the MGC's draft Application for Payment and monthly update of the schedule. These minutes will be issued to the MGC, the Architect/Engineers, the Owner's Representative, the Owner and the Consulting Engineers by the Owner's Representative.

D. The MGC shall submit the formal Application for Payment in accordance with the consensus agreement reached with the Owner's Representative and the Architect/Engineer(s). The formal Application for Payment shall be subject to audit for errors in math, submittal of all required attachments and supporting documentation, and conformance with the consensus reached with the draft application. The Owner reserves the right to reject the Application for Payment, in whole or in part, if such audit uncovers discrepancies; provided, however, that math errors shall be corrected and payment made to the MGC based on the corrected figures. Except as otherwise provided for hereafter, payment on a correct(ed) and undisputed Application for Payment, as well as the undisputed portions of a partially disputed Application for Payment, will be made to the MGC in accordance with the County's prompt payment ordinance.

E. Trade Contractor agrees to support the MGC through this process as necessary. Trade Contractor shall abide by the decisions made on the Trade Contractor's behalf by the MGC during this Application for Payment review and approval process. Trade Contractor's compliance does not waive Trade Contractor's rights to pursue any disputed amounts in accordance with the terms of the Trade Contract Documents..

**10.3    TRADE CONTRACTOR'S AFFIDAVITS FOR PAYMENTS**

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 68 of 95

**10.3.01** Every request by the Trade Contractor for payment of work performed, except the first draw, shall be accompanied by affidavits as required by Section 10-3 5 of the Code of Miami-Dade County, such affidavits to be in substantially the form as bound herein.

## 10.4  FINAL PAYMENT

**10.4.01** After Final Acceptance of the Work, a request for Final Payment prepared by the Trade Contractor shall be submitted to the Owner's Representative through the MGC, for approval by the Owner and the MGC and subsequent payment to the Trade Contractor.

**10.4.02** Final payment constituting the unpaid balance of the retainage and the amounts due to the Trade Contractor shall be due and payable when all Punch List work is completed and all provisions of the Trade Contract Documents are met. Except as may be noted on the Trade Contractor's Affidavit and Release of All Claims, the Trade Contractor hereby agrees to accept Final Payment as full payment for performing and completing the Work, for furnishing all labor, materials, services, equipment and everything necessary for or incidental to, and for all incidental expenses in connection with, for all loss by damage to or destruction of the Work due to any cause whatsoever, for any additional expenses because of delays or unforeseen difficulties encountered, for settlement of claims, agreed upon deductions in lieu of removal and replacement of defective work, and for replacement of defective work and materials. Except as may be noted on the Trade Contractor's Affidavit and Release of All Claims, acceptance of the Final Payment shall constitute an accord and satisfaction between the Owner, the MGC and the Trade Contractor. In case of unresolved subcontractor or vendor claims, at any tier, against the Trade Contractor, the MGC and/or the Owner will withhold all disputed amounts unless the Trade Contractor provides a fully executed Consent of Surety in a form acceptable to the MGC and the Owner.

**10.4.03** Notwithstanding any other provisions of the Trade Contact Documents, before issuance of final payment, the Owner and the MGC shall require satisfactory evidence that all payrolls, materials bills and other indebtedness connected with the Trade Contractor's Work have been paid or otherwise satisfied. The Owner and the MGC shall have the right to verify such payments at any time. Some prerequisites for final payment are as follows:

   a) Certificates of Substantial Completion and Final Acceptance executed.
   b) Certificate of Occupancy received and copies transmitted to MCG and subsequently transmitted to MDAD Maintenance Engineering and Properties.
   c) Trade Contractor's Final Affidavit and release of all claims received.
   d) Release of all claims received from Trade Contractors and subcontractors and suppliers, at all tiers, and those entities issuing notices to Owner.
   e) All approved shop drawings provided to the MGC
   f) Transfer of all County-owned equipment to Owner.
   g) Held meeting/training session(s) with Maintenance Engineering (record of training attached).
   h) Maintenance manuals and operating instructions received and issued to MGC and subsequently issued to Maintenance Engineering.
   i) As-Built Drawings delivered the MGC and forwarded to the A/Es.
   j) Keys and extra materials delivered to the MGC and transmitted to Maintenance Engineering.
   k) Trade Contractor's and all tiers of subcontractors', and equipment manufacturers' guarantees received and transmitted to the MGC and subsequently forwarded to Maintenance Engineering
   l) Trade Contractor has removed all items from site and left it clean
   m) Maintenance Engineering of start/end dates of warranty periods

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 69 of 95

n) Permanent storage plan developed and implemented for design review sets of drawings, project manuals, contract documents, and addenda.

o) Trade Contract closeout adjustments for final payments executed.

p) Value Analysis/Partnering final evaluation completed.

**10.4.04** If there should remain minor items to be completed or corrected, the Owner's Representative and/or MGC shall list such items and their estimated cost to complete. The MGC, at its sole discretion, reserves the right to complete said items with other contractors. The MGC may retain from the Trade Contractor a sum equal to twice the estimated costs of completing such unfinished items. Upon completion, the MGC shall pay to the Trade Contractor any remaining amounts retained for incomplete items that were not expended to complete the unfinished items.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 70 of 95

# ARTICLE 11

## TRADE CONTRACT COMPLETION

**11.1    DETERMINATION AND EXTENSION OF MILESTONES**

**11.1.01** All work under this Trade Contract shall be completed in accordance with the Milestones in Attachment E of the Trade Contract. All calendar days elapsing between the effective dates of the Owner's Representative's orders to suspend and resume all work, due to causes not the fault of the Trade Contractor, its subcontractors or suppliers, at any tier, as specified in these General Conditions Provisions, shall be considered as Excusable Delays; request(s) for time extension shall be in accordance with the requirements of these General Conditions Provisions and all other provisions as set forth in the Trade Contract Documents.

**11.1.02** If the Trade Contractor finds it impossible for reasons beyond its control to complete the Work within the specified Milestones, as extended in accordance with the provisions of the Trade Contract Documents, it may, at any time prior to the expiration of the particular Milestone, as extended, make a written request to the MGC for an extension of time setting forth the reasons which it believes will justify the granting of its request. The Trade Contractor's plea that insufficient time was specified is not a valid reason for extension of time. If the Owner's Representative and/or MGC find that the work was delayed because of conditions beyond the control and without the fault of the Trade Contractor, the Owner and/or MGC may extend the time for completion in such amount as the conditions justify. The extended time for completion shall then be extended in the form of a Change Authorization that will be in full force and effect, the same as though it were the original time for completion. This Change Authorization may be executed prior to or after the expiration of the Milestone as extended.

**11.2    BENEFICIAL OCCUPANCY AND SUBSTANTIAL COMPLETION**

**11.2.01** Beneficial Occupancy shall occur when the Owner in its sole discretion determines that a portion of the Work may be occupied. The Owner may take Beneficial Occupancy in accordance with the provisions of the Trade Contract Documents. If known that the Owner intends to take Beneficial Occupancy of any portion of the Work, such will be stated in the Trade Contract Documents. If not known prior to the time of execution of the Trade Contract, the Owner will give written notice to the Trade Contractor through the Owner's Representative and the MGC, within a reasonable time of taking any such Beneficial Occupancy.

**11.2.02** Substantial Completion shall occur when the Architect/Engineer issues a certificate of Substantial Completion. The Trade Contractor is entitled to Substantial Completion when only minor Punch List items are pending, and when the Work can fully be used for the use for which it was intended.

When the MGC notifies the Architect/Engineers and the Owner's Representative that a Project or a portion of a Project is ready for Substantial Completion inspection, the Architect/Engineers, the Owner's Representative, any other Owner representatives as designated by the Owner, representatives of regulatory agencies as appropriate, MGC and the Trade Contractor, if requested by the MGC, shall inspect the work jointly to ascertain if that Project or portion of that Project is substantially complete. A Punch List of deficiencies shall be compiled by the MGC during the inspection. If that Project or portion of that Project is determined by the Architect/Engineers to be substantially complete (with input from the Owner's Representative and others) in accordance with the Contract Documents, and including equipment and systems testing, then MGC shall prepare a Certificate of Acceptance of Substantial Completion for that Project or portion of that Project to be executed by MGC, appropriate Architect/Engineer, Owner's Representative and the Owner. MGC shall provide to the Architect/Engineer and Owner's Representative a copy of the Punch List, which they shall review and provide comments as to the completeness of the list within 5 calendar days of receipt of the Punch List. Concurrently, Trade Contractor shall remedy the

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

Page 71 of 95

June 5, 2007
Section 00030
Version 4

deficiencies noted on the Punch List, as amended by the comments of the Owner's Representative. Trade Contractor shall have thirty (30) days from the date of issuance of each Certificate of Acceptance of Substantial Completion within which to complete the items of work on the Punch List. At the end of said thirty (30) day period, the Architect/Engineer and Owner's Representative shall conduct a final inspection and ascertain if the items of work on the Punch List have been remedied and the work is complete.

Unless the Owner has taken Beneficial Occupancy as defined in Article 1.1.07 of the General Conditions Provisions, if testing or commissioning of equipment and systems has not been completed, or MGC determines that the Punch List cannot be completed within thirty (30) days, a Certificate of Acceptance for Substantial Completion shall not be issued. MGC shall direct the Trade Contractor's to continue work, reducing the number of items on the initial Punch List that were not met. Additional inspections shall be scheduled as necessary until Substantial Completion is declared. However, costs incurred by the Owner and the MGC for any inspections beyond a second inspection will be charged back to the Trade Contractor and the Trade Contract Amount will be reduced accordingly. To the extent a Punch List is not closed out within 30 days after Substantial Completion, the MGC may withhold two times the cost of the items outstanding on the Punch List, and may at its sole discretion, following providing reasonable advanced written notice to the Trade Contractor, have that work performed by others.

Notwithstanding the above and if requested by the Trade Contractor, the MGC, the Owner's Representative, the Owner and the Architect/Engineer shall participate in interim Punch Lists for portions of the work as they are completed in advance of Substantial Completion.

**11.2.03** Beneficial Occupancy or issuance of a Certificate of Substantial Completion shall not constitute Final Acceptance of the Work, nor shall it relieve the Trade Contractor of any responsibility for the correction of work or for the performance of work not complete at the time of Beneficial Occupancy or Substantial Completion.

**11.2.04** Prior to Beneficial Occupancy or Substantial Completion, the Trade Contractor shall obtain, as applicable, a Temporary Certificate of Occupancy or a Certificate of Occupancy from the Building and Zoning Department.

**11.2.05** Prior to Beneficial Occupancy or Substantial Completion, the Trade Contractor shall deliver, through the MGC, to the Owner's Representative complete As Builts, all approved Shop Drawings, maintenance manuals, pamphlets, charts, parts lists and specified spare parts, operating instructions and other necessary documents required for all installed materials, equipment, or machinery, all applicable warranties and guarantees, and the appropriate Certificate of Occupancy.

**11.2.06** As provided in the Trade Contract Documents, prior to the anticipated date of Beneficial Occupancy or Substantial Completion, the Trade Contractor shall instruct Owner personnel as necessary for the proper operation and maintenance of all equipment and machinery that will serve the Work.

**11.2.07** As provided in the Trade Contract Documents, prior to the date of Beneficial Occupancy or Substantial Completion, the Architect/Engineer and the Owner's Representative will inspect the Work and begin the preparation of a Punch List covering those items of incomplete or defective work which the Trade Contractor shall complete and correct prior to Final Acceptance.

**11.2.08** The Trade Contractor shall not be responsible for normal wear resulting from the Owner's use of the Work after Beneficial Occupancy or Substantial Completion. However, any damage to the work not attributable to normal wear resulting from the Owner's use shall be repaired by the Trade Contractor at no additional cost to the Owner or the MGC.

Trade Contractor shall take reasonable steps to achieve a smooth occupancy of the work.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 72 of 95

MGC shall conduct the preliminary Punch List inspection for each portion of the Program and require the Trade Contractors to complete Punch List work for each with occupancy requirements in mind.

Trade Contractor shall perform its commissioning responsibilities as set forth in Specification Section 00014.

Trade Contractor shall secure the contractually required guarantees and warranties required by the Trade Contractor and assemble and deliver them to the MGC in a manner that will facilitate their maximum enforcement and meaningful implementation.

## 11.3    TRADE CONTRACTOR'S RESPONSIBILITY FOR WORK

**11.3.01** Until the final acceptance of the Work, excepting only those portions of the work declared Substantially Completed or Beneficially Occupied, the Trade Contractor shall have the charge and care thereof and shall take every precaution against injury or damage to any part due to the action of the elements or from any other cause, whether arising from the execution or from the non-execution of the work. The Trade Contractor shall rebuild, repair, restore, and make good all injuries or damages to any portion of the work occasioned by any of the above causes before Final Acceptance and shall bear the expense thereof unless reimbursement of such costs are covered by Insurances (e.g. Builder's Risk) or by any other provisions set forth in the Trade Contract.

**11.3.02** If the work is suspended for any cause whatever, the Trade Contractor shall be responsible for the work and shall take such precautions necessary to prevent damage to the work. The Trade Contractor shall protect the work from erosion, provide for normal drainage and shall erect necessary temporary structures, signs, or other facilities as necessary to protect the work.

## 11.4    GUARANTEES AND WARRANTIES

**11.4.01** The guaranty period for the entire Work covered by the Performance and Payment Bonds shall not begin until Substantial Completion of all work under the Trade Contract and will be for a period of one year unless otherwise stipulated in the Trade Contract Documents.

**11.4.02** The guaranty period for equipment covered by Trade Contractor's and its subcontractors' or supplier's or vendors', at any tier, guarantees shall start at the time of Beneficial Occupancy for any portion of the Work which is occupied by the Owner prior to Substantial Completion, or at Substantial Completion, whichever occurs first, and will be for a period of one year unless otherwise stipulated in the Trade Contract Documents.

**11.4.03** The Trade Contractor hereby warrants and guarantees that all work shall be in accordance with the Trade Contract Documents. The Trade Contractor will submit a written guarantee in the form found in the Trade Contract Documents prior to Substantial Completion. The Trade Contractor further agrees that it will correct all defects discovered within one year (or longer if a longer period is stipulated in the Trade Contract Documents,) of the date of Substantial Completion and that it will commence work on such repairs within (10) days after being notified by the MGC or the Owner of the need for this work.

**11.4.04** If the Trade Contractor fails to act within this time period, the MGC and the Owner reserve the right to have the work performed by others at the expense of the Trade Contractor, and the Trade Contractor agrees to pay the MGC and the Owner the cost thereof upon demand. The MGC and Owner shall also be entitled to reasonable attorney's fees, necessarily incurred upon the Trade Contractor's refusal to pay the above costs.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 73 of 95

**11.4.05** The Trade Contractor will correct all latent defects discovered within fifteen (15) years after Substantial Completion provided that the Owner or the MGC shall notify the Trade Contractor of each latent defect within the time specified by law. The Trade Contractor, without prejudice to the terms of the Trade Contract, shall be liable to the MGC and the Owner for all damages sustained by the MGC and the Owner resulting from latent defects, fraud, or such gross mistakes as may amount to fraud, discovered after the stated guarantee and warranty periods have expired. If the Trade Contractor fails to act within 10 days, the MGC and the Owner reserves the right to have the work performed by others at the expense of the Trade Contractor, and the Trade Contractor agrees to pay the MGC and the Owner the cost thereof upon demand. The MGC and the Owner shall also be entitled to reasonable attorney's fees, necessarily incurred upon the Trade Contractor's refusal to pay the above costs.

**11.4.06  Required Guarantees:**

    A.    **Trade Contractor's Guarantees**

        The Trade Contractor shall furnish a written guaranty from each subcontractor, at any tier, in the form found in the Trade Contract Documents.

    B.    **Manufacturer's Guarantees**

        The Trade Contractor shall furnish an original guaranty or warranty from each of the manufacturers of equipment or materials supplied and installed under this Trade Contract. Each guaranty or warranty shall be in accordance with the respective manufacturer's association Standard Guaranty and shall be in favor of the Trade Contractor, the MGC and the Owner.

    C.    **Special Guaranty and Warranty Requirements**

        The Trade Contractor shall also furnish any special guaranty or warranty called for in the Trade Contract Documents.

**11.4.07** All guarantees and warranties shall be delivered, through the MGC, to the Owner's Representative prior to Beneficial Occupancy or Substantial Completion, whichever is applicable.

**11.4.08** Notwithstanding the foregoing provisions, in the event of an emergency constituting an immediate hazard to the health or safety of employees, property, lessees, or the general public, the Owner and/or the MGC may undertake, at the Trade Contractor's expense without prior notice, all work necessary to correct such hazardous condition when it was caused by work of the Trade Contractor not being in accordance with the requirements of this Trade Contract.

**11.5  FINAL ACCEPTANCE**

**11.5.01** Upon due notice from the MGC of presumptive completion of the work of a Project, the Architect/Engineer, the Owner's Representative, the MGC and the Owner will make an inspection. If all construction provided for and contemplated by the Trade Contract Documents is found to be completed in accordance with the Trade Contract Documents, such inspection shall constitute the final inspection. The Owner's Representative, through the MGC, will notify the Trade Contractor in writing of Final Acceptance as of the date of final inspection.

**11.5.02** If, however, the inspection discloses any work, in whole or in part, as being unsatisfactory, the Owner's Representative, through the MGC, will give the Trade Contractor the instructions for correction of

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 74 of 95

same (punch list) and the Trade Contractor shall immediately comply with and execute the work listed in the punch list. Upon correction of the work, another inspection will be made which shall constitute the final inspection, provided that work has been satisfactorily completed. In such event, the Owner's Representative, through the MGC, will notify the Trade Contractor in writing of Final Acceptance as of the date of this final inspection.

**11.5.03** Upon notification of Final Acceptance, the Trade Contractor shall furnish, through the MGC, to the Owner's Representative the final Trade Contractor's Affidavit and Release of All Claims, including any noted exceptions.

**11.5.04** Final Acceptance of the work does not preclude or stop the Owner's Representative from correcting any measurement, estimate, or certificate made before or after completion of the work, nor shall the MGC or the Owner be precluded or stopped from recovering from the Trade Contractor or its Surety, or both, such overpayment as may be sustained, or by failure on the part of the Trade Contractor to fulfill its obligations under the Trade Contract. A waiver on the part of the MGC or the Owner of any breach of any part of the Trade Contract shall not be held to be a waiver of any other or subsequent breach.

**11.5.05** The Trade Contractor, without prejudice to the terms of the Trade Contract, shall be liable to the Owner and the MGC for latent defects, fraud, or such gross mistakes as may amount to fraud, or as regards the MGC's and/or the Owner's rights under any warranty or guaranty.

11.6    **TRADE CONTRACTOR'S AFFIDAVIT AND RELEASE OF ALL CLAIMS**

**11.6.01** Upon the completion of the work and before the final payment is made, the Trade Contractor shall execute a Trade Contractor's Affidavit and Release of All Claims. This is to be accompanied by a consent of the Surety, in favor of the Owner and the MGC, on the Form included in the Trade Contract Documents. An original Trade Contractor's Affidavit and Release of All Claims shall be submitted, through the MGC, to the Owner's Representative with the Trade Contractor's Request for Final Payment.

**11.6.02** The rights of all persons supplying labor, materials and supplies, used directly or indirectly in the prosecution of the Work covered by this Trade Contract are governed by the provisions of Section 255.05, Florida Statutes. Nothing in the Trade Contract Documents shall be construed to confer any benefits or rights upon or to create any relationships whatsoever with any subcontractor, supplier, laborer or any other party, at any tier, except as same may be granted, conferred or created by Section 255.05 of the Florida Statutes.

## ARTICLE 12

## INDEMNIFICATION AND HOLD HARMLESS

12.1    **INDEMNIFICATION AND HOLD HARMLESS**

**12.1.01** In consideration of the entry of this Agreement, and to the extent permitted by Chapter 725, Florida Statutes, as may be amended, the Trade Contractor agrees to indemnify, protect, defend, and hold harmless the MGC, the County, including their elected officials, officers, employees, consultants, and agents from liabilities, damages, losses, and costs including, but not limited to reasonable attorney's fees at both the trial and appellate levels to the extent caused by the negligence, recklessness, or intentionally wrongful conduct of the Trade Contractor and other persons employed or utilized by the Trade Contractor in the performance of the Work.

**12.1.02** The indemnification obligation under this clause shall not be limited in any way by any limitation on the amount or type of damages, compensation, or benefits payable by or for the Trade Contractor and/or any subcontractor or supplier, at any tier, under worker's compensation acts, disability benefit acts, or other employee benefit acts.

**12.1.03** In the event that any claims are brought or actions are filed against the MGC and/or the County with respect to the indemnity contained herein, the Trade Contractor agrees to defend against any such claims or actions regardless of whether such claims or actions are rightfully or wrongfully brought or filed. The Trade Contractor agrees that the MGC and the County may select the attorneys to appear and defend such claims or actions on behalf of the MGC and the County. The Trade Contractor further agrees to pay at the Trade Contractor's expense the attorneys' fees and costs incurred by those attorneys selected by the MGC and the County to appear and defend such claims or actions on behalf of the MGC and the County. The MGC and/or the County, at its sole option, shall have the sole authority for the direction of the defense, and shall be the sole judge of the acceptability of any compromise or settlement of any claims or actions against the MGC and/or the County.

**12.1.04** To the extent this indemnification clause or any other indemnification clause in this Agreement does not comply with Chapter 725, Florida Statutes, as may be amended, this provision and all aspects of the Trade Contract Documents shall hereby be interpreted as the parties' intention for the indemnification clauses and Trade Contract Documents to comply with Chapter 725, Florida Statutes, as may be amended.

**12.1.05** This Section shall survive expiration or termination of this Agreement.

12.2    **PERFORMANCE AND PAYMENT BONDS**

**12.2.01** Separate Performance and Payment Bonds satisfactory to the MGC and the Owner, on the forms included in Specification Section 00005, each in an amount not less than the Total Trade Contract Amount shall be required of the Trade Contractor.

A.    All bonds shall be written through surety insurers authorized to do business in the State of Florida as Surety, with the following qualifications as to management and financial strength according to the latest (1986 or later) edition of

Best's Insurance Guide, published by A.M. Best Company, Oldwick, New Jersey:

Bond (Total Contract) Amount          Best's Rating

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 76 of 95

|                          |        |
|--------------------------|--------|
| $ 500,001 to $1,500,000  | B V    |
| 1,500,001 to 2,500,000   | A VI   |
| 2,500,001 to 5,000,000   | A VII  |
| 5,000,000 to 10,000,000  | A VIII |
| Over $10,000,000         | A IX   |

B.     On Trade Contract Amounts of $500,000 or less, the bond provisions of Section 287.0935, Florida Statutes (1985) shall be in effect and surety companies not otherwise qualifying with this paragraph may optionally qualify by:

    1)     Providing evidence that the surety has twice the minimum surplus and capital required by the Florida Insurance Code at the time the Invitation to Bid is issued.

    2)     Certifying that the surety is otherwise in compliance with the Florida Insurance Code, and

    3)     Providing a copy of the currently valid Certificate of Authority issued by the United States Department of Treasury under ss. 31 U.S.C. 9304-9308.

Surety insurers shall be listed in the latest Circular 570 of the U.S. Department of the Treasury entitled "Surety Companies Acceptable on Federal Bonds", published annually. The bond amount shall not exceed the underwriting limitations as shown in this circular.

C.     For Trade Contracts in excess of $500,000 the provision of Subsection 12.2.01.B will be adhered to, plus the surety insurer must have been listed on the U.S. Treasury list for at least three consecutive years, or currently hold a valid Certificate of Authority of at least 1.5 million dollars and listed on the Treasury list.

D.     Surety bonds guaranteed through U.S. Government Small Business Administration or Contractors Training and Development Inc. will also be acceptable.

E.     The attorney-in-fact or other officer who signs a Performance Bond or Payment Bond for a surety company must file with such bond a certified copy of his/her power of attorney authorizing him/her to do so.

**12.2.02** The cost of the Bonds shall be included in the Trade Contract Price. No separate payment for the cost of the Performance and Payment Bonds shall be made by the MGC or the Owner.

**12.2.03** The required Bonds shall be written by or through and shall be countersigned by, a licensed Florida agent of the surety insurer, pursuant to Section 624.425 of the Florida Statutes.

**12.2.04** The Bonds shall be delivered to the MGC with the executed Trade Contract.

**12.2.05** In the event the Surety on the Performance or Payment Bonds given by the Trade Contractor becomes insolvent, or is placed in the hands of a receiver, or has its right to do business in its State of domicile or the State of Florida suspended or revoked as provided by law, the Owner and the MGC shall

POJV – North Terminal Development Consolidation Program                         June 5, 2007
General Conditions Provisions                                                     Section 00030
                                                                     Version 4
Page 77 of 95

withhold all payments under the provisions of these Trade Contract Documents until the Trade Contractor has given a good and sufficient Bond(s) in lieu of Bond(s) executed by such Surety.

**12.2.06** Cancellation of any bond, or non-payment by the Trade Contractor of any premium for any bond required by this Trade Contract shall constitute a breach of this Trade Contract. In addition to any other legal remedies, the MGC at its sole option may terminate this Trade Contract or pay such premiums, and deduct the costs thereof from any amounts that are or may be due to the Trade Contractor.

## 12.3 INSURANCE

**12.3.01** This Contract is under an Owner Controlled Insurance Program, hereafter referred to as OCIP. For Trade Contractors who qualify for participation in the OCIP (reference, Covered Parties, Section 3, OCIP Insurance Manual) certain insurance coverage's are provided as indicated on Attachment "C.1" of Trade Contract which also outlines the Trade Contractor's obligations for insurance coverage's not provided within the scope of the OCIP. All deductibles or penalties set forth in the insurance policies provided pursuant to the OCIP shall be the responsibility of the Owner. Certain trades may not qualify for participation within the OCIP (reference, Parties Not Covered, Section 3, OCIP Insurance Manual) Those parties which are not covered by the OCIP will need to provide insurance coverage's as indicated by Attachment "C.2" of the Trade Contract. As part of Trade Contractor's overall obligation to protect others and the obligation to indemnify and hold MGC and Owner harmless from liability as provided herein, Trade Contractor shall obtain, before commencement, and maintain throughout the performance of this Contract until final acceptance of the Trade Contract, full insurance coverage as may be specified herein and in Attachment "C.1" or Attachment "C.2" of the Trade Contract based on Trade Contractor's participation eligibility. Amounts of coverage shall not be less than those so specified. Prior to the start of the Work, Trade Contractor shall procure for the Work and maintain in force all insurances as specified within the Attachments "C.1' and "C.2" and as required elsewhere in the Trade Contract Documents. All insurance, which is not covered within the scope of the OCIP, shall be procured at Trade Contractor's expense and shall have MGC and Owner (MDAD) listed as additional insured on each of these policies except the Workers' Compensation insurance. All insurance shall be placed and maintained in the form and with a company with a current "A.M. Bests Rating" of no less than A - VII and satisfactory to MDAD and MGC. In no case, however, shall Trade Contractor procure and maintain less than the insurance coverage as required on Attachments "C.1" and "C.2."

The Eligible Trade Contractors shall maintain the following insurance throughout the performance of this Trade Contract until the Work has been completed by the Trade Contractor and accepted by the MGC and the Owner.

A. Worker's Compensation and Employers Liability, Part One, Workers' Compensation, Statutory Limit. Employers Liability with the following limits, Bodily Injury by Accident $1,000,000, Bodily Injury by Disease $1,000,000, Bodily Injury by Disease Policy Limit $1,000,000. Coverage shall apply for off-site activities only.

B. Commercial General Liability /Umbrella Insurance, Coverage shall be on an occurrence form and apply to bodily injury and property damage for operations (including explosion, collapse and underground coverage), independent contractors, products and completed operations. Limits can be provided by a combination primary Commercial general Liability policy and Excess or Umbrella Liability policy. MGC (POJV), MDAD, its officials, employee and agents and any wholly owned subsidiaries or parent organizations shall be named as an Additional Insured with respect to this coverage and shall state coverage is primary and non-contributory and coverage shall apply for off-site operations only.

C. Automobile Liability Insurance, covering all owned, non-owned and hired automobiles, trucks and trailers used in connection with the work, in an amount of not less than $1,000,000 combined single limit for bodily injury and property damage liability. Coverage shall apply for both on and off site activities.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 78 of 95

D.    Watercraft and Aircraft Liability, should watercraft or aircraft of any kind be used by Trade Contractor or its subcontractors or suppliers, at any tier, or by anyone else on its behalf, Trade Contractor or its subcontractor or suppliers, at any tier, shall maintain or cause the operator if the watercraft or aircraft to maintain liability insurance naming the MGC, MDAD and others as additional insured with primary and non-contributing wording, with limits of liability satisfactory to MDAD. Such insurance requirements shall be determined as the need arises.

E.    Professional Liability, All professional service firms must provide Professional Liability insurance appropriate to their profession. Architects and engineering firms must provide insurance covering liability arising out of design errors and omissions with a limit of not less than $1,000,000 per claim for design prime contractors. Limits are subject to change by MDAD.

F.    Pollution Liability, Hazard remediation and demolition Trade Contractors and its subcontractors or suppliers, at any tier, whose work involves removal or treatment of hazardous materials shall provide and maintain Contractors Pollution Liability insurance that specifically schedules the type of Work to be done under contract. Limits shall be determined by MDAD based on the nature of the contract and the risk involved.

Ineligible Trade Contractors shall maintain the following insurance throughout the performance of this Contract until the Work has been completed by the Trade Contractor and accepted by the MGC and the Owner.

A.    Worker's Compensation and Employers Liability, Part One, Workers' Compensation, Statutory Limit. Employers Liability with the following limits, Bodily Injury by Accident $1,000,000, Bodily Injury by Disease $1,000,000, Bodily Injury by Disease Policy Limit $1,000,000. Coverage shall apply for both on-site and off-site activities.

B.    Commercial General Liability /Umbrella Insurance, Coverage shall be on an occurrence form and apply to bodily injury and property damage for operations (including explosion, collapse and underground coverage), independent contractors, products and completed operations. Limits can be provided by a combination primary Commercial General Liability policy and Excess or Umbrella Liability policy. MGC (POJV), MDAD, its officials, employee and agents and any wholly owned subsidiaries or parent organizations shall be named as an Additional Insured with respect to this coverage and shall state coverage is primary and non-contributory and. coverage shall apply for both on-site and off-site operations.

E.    Automobile Liability Insurance, covering all owned, non-owned and hired automobiles, trucks and trailers used in connection with the work, in an amount of not less than $1,000,000 combined single limit for bodily injury and property damage liability. Coverage shall apply for both on and off site activities.

F.    Watercraft and Aircraft Liability, should watercraft or aircraft of any kind be used by Trade Contractor or its subcontractor and suppliers, at any tier, or by anyone else on its behalf, Trade Contractor or its subcontractor and suppliers, at any tier, shall maintain or cause the operator if the watercraft or aircraft to maintain liability insurance naming the MGC, MDAD and others as additional insured with primary and non-contributing wording, with limits of liability satisfactory to MDAD. Such insurance requirements shall be determined as the need arises.

E.    Professional Liability, All professional service firms must provide Professional Liability insurance appropriate to their profession. Architects and engineering firms must provide

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 79 of 95

insurance covering liability arising out of design errors and omissions with a limit of not less than $1,000,000 per claim for design prime contractors. Limits are subject to change by MDAD.

F.  Pollution Liability, Hazard remediation and demolition Trade Contractors and its subcontractors or suppliers, at any tier, whose work involves removal or treatment of hazardous materials shall provide and maintain Contractors Pollution Liability insurance that specifically schedules the type of work to be done under contract. Limits shall be determined by MDAD based on the nature of the contract and the risk involved.

**12.3.02** All insurance policies required herein shall be issued in companies authorized to do business under the laws of the State of Florida, with the following qualifications:

The company must be rated no less than "B" as to management, and no less than "V" as to strength in accordance with the latest edition of "Best's Insurance Guide", published by A.M. Best Company, Inc., or its equivalent, subject to approval of MDAD Risk Management.

**12.3.03** The Trade Contractor shall furnish certificates of insurance and insurance policies to the MGC, the Owner and the OCIP Administrator prior to mobilization or commencing any operations under this Trade Contract. Certificates and policies shall clearly indicate that the Trade Contractor has obtained insurance, in the type, amount, and classifications, as required for strict compliance with this Article. The certificates and policies must provide that, in the event of any material change in or cancellation of the policies reflecting the required coverages, thirty (30) days advance notice shall be given to the MGC and MDAD Risk Management.

**12.3.04** Compliance with the foregoing requirements as to the carrying of insurance shall not relieve the Trade Contractor from liability under any other portion of this Trade Contract.

**12.3.05** Cancellation of any insurance or bonds, or non-payment by the Trade Contractor of any premium for any insurance policies or bonds required by this Trade Contract shall constitute a breach of this Trade Contract. In addition to any other legal remedies, the MGC at its sole option may terminate this Trade Contract or pay such premiums, and deduct the costs thereof from any amounts that are or may be due to the Trade Contractor.

**12.3.06** Eligible Trade Contractors shall exclude from their Trade Contract Price premium costs for the coverage outlined in Article 12.3.07. Prior to mobilization and within three (3) days of any renewal, change or replacement of coverage, Trade Contractor shall submit a Certificate of Insurance evidencing coverage and limits as specified in this section to the OCIP Administrator. Certificate shall evidence a 30 day notice of cancellation provision. Trade Contractor's certificate of insurance must clearly indicate that coverage provided excludes any coverages provided by the Owner, as outlined in 12.3.07.

**12.3.07** MDAD maintains the following insurances.

I.  Workers' Compensation and Employers Liability

Part One- Workers' Compensation coverage provides for Statutory Limits.

Part Two – Employers Liability provides limits of:

$2,000,000   Bodily Injury by Accident, each Accident

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 80 of 95

$2,000,000   Bodily Injury by Disease, each Employee

$2,000,000   Bodily Injury by Disease, Policy Limit

II.   Commercial General Liability

ISO form 1996 or equivalent with endorsements. Reference Miami-Dade Aviation Department OCIP Insurance Manual for applicable endorsements.  Coverage limits are as follows:

$4,000,000 General Aggregate

$4,000,000 Products/Completed Operations Aggregate

$2,000,000 Personal/Advertising Injury Aggregate

$2,000,000 Each Occurrence Limit

$1,000,000 Fire Damage Legal Liability (Any One Fire)

$10,000 Medical Expense (any one person)

III.   Excess Liability Insurance

Excess Liability Insurance:

For Bodily Injury and Property Damage with limits of $ 150.000.000 each occurrence/aggregate

Excess Automobile Liability for owned, non-owned and hired vehicles used in connection with this Trade Contract while operating on MDAD premises, with a limit of $150,000,000 each occurrence/aggregate

IV.   Builder Risk Insurance and/or Installation Floater

Builders Risk Insurance, issued in the name of the Owner, MGC, its Trade Contractors and its subcontractors and suppliers, at any tier, as their interest may appear, in amount(s) to be determined by Owner on a Program wide basis covering all perils on an "All Risks" basis including windstorm. Builder's Risk premiums, deductibles and any perils shall be covered and paid by the Owner.  Builder's Risk Insurance or Installation Floater, shall be purchased at the sole discretion of the Owner.

**12.3.08** Detailed information including original policy(ies) relating to the terms and conditions of the insurance being provided by the Owner will be available to anyone making inquiry through the Owner Representative.  Except as specified above, policies and coverages may change and only the coverages and amounts noted above shall be included in this Trade Contract.

**12.3.09** If, at any time during the term of this Trade Contract the actual provisions of the insurance described herein, or any part thereof, cannot be obtained or is non-renewable or is otherwise not

POJV — North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 81 of 95

available, then Miami-Dade County shall attempt to meet, as closely as possible, the objective and purpose of the original insurance program as outlined herein. .

**12.3.10** Immediate notification must be given the Owner and its agent and the MGC in case of accident or occurrence which might give rise to a claim under any policy provided by the Owner, or any policy on which the Owner or MGC is a joint insured.

**12.3.11** The Trade Contractor and its subcontractors and suppliers, at any tier, shall cooperate to the fullest extent with the MGC and the Owner in all matters relating to the insurance provided and shall comply with all requirements of any insurance policy procured by the Owner. They shall also at their own expense furnish the MGC and County or its duly authorized representative with copies of all correspondence, papers, records and other items necessary or convenient for dealing with or defending against any claims and for administering the aforementioned insurance including furnishing the time of any of their employees, officers, or agents whose presence or testimony is necessary or convenient in any negotiations or proceedings involving such insurance.

**12.3.12** The provisions of these General Conditions Provisions are not intended to create any rights for the Trade Contractor and/or its subcontractors or suppliers, at any tier, other than rights which may be available to them under the policies themselves, whatever such rights might be. Moreover, the Owner and MGC make no representation or guaranty either by the provisions of this General Condition Provisions or otherwise as to the effect of or the coverage under said policies, and no employee or agent of the Owner or the MGC is authorized to make any such representation or guaranty, or to offer any interpretation of or information on said policies. Upon request of the Trade Contractor coverage forms will be made available by the Owner's Representative for examination.

**12.3.13 Owner's Election to Discontinue OCIP Coverage**. If Owner, for any reason, is unable to furnish coverage, elects to discontinue the OCIP, modifies the limits of liability provided in the OCIP, or requests that MGC, its Trade Contractors and subcontractors and suppliers, at any tier, withdraw from the OCIP, then, upon thirty (30) days written notice from Owner, MGC and/or its Trade Contractors and subcontractors and suppliers, at any tier, as specified by Owner in such notice, shall obtain at Owner's cost and thereafter maintain during the performance of the work all (or a portion thereof as specified by Owner) of the insurance required under the Trade Contract Documents, and Owner shall thereafter no longer be obligated to furnish all or a part of such insurance through the OCIP. The form, content, limits of liability and cost of such insurance and the insurer issuing such insurance secured by MGC, Trade Contractors and/or subcontractors and suppliers, at any tier, pursuant to the provisions of this Article shall be subject to the Owner's approval.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 82 of 95

## ARTICLE 13

## TERMINATION OF TRADE CONTRACT

**13.1    TERMINATION FOR CONVENIENCE BY MGC (SUPPLEMENT TO ARTICLE 10.5 OF ATTACHMENT B OF THE TRADE CONTRACT)**

**3.1.01 Not Used.**

**13.1.02 Not Used.**

**13.1.03 Not Used.**

**13.1.04** In the event of termination under Article 10.5 of Attachment B of the Trade Contract, the MGC does not waive or void any credits otherwise due to the MGC at the time of termination, including Liquidated Damages, and back charges for defective or deficient work.

**13.1.05** Upon cancellation as above, the MGC shall prepare a certificate for Final Payment to the Trade Contractor.

**13.2    TERMINATION BY DEFAULT OF TRADE CONTRACTOR – See Trade Contract**

**13.3    TERMINATION FOR NATIONAL EMERGENCIES**

**13.3.01** The MGC shall terminate the Trade Contract or portion thereof by written notice when the Trade Contractor is prevented from proceeding with the construction contract as a direct result of an Executive Order of the President of the United States with respect to the prosecution of war or in the interest of national defense.

**13.3.02** When the Trade Contract, or any portion thereof, is terminated before completion of all items of work in the Trade Contract, payment will be made for the actual number of units or items of work completed at the contract price or as mutually agreed for items of work partially completed or not started. No claims or loss of anticipated profits or for any other reason in connection with the termination of the Trade Contract shall be considered.

**13.4    IMPLEMENTATION OF TERMINATION FOR CONVENIENCE BY MGC UNDER ARTICLE 10.5 OF ATTACHMENT B OF THE TRADE CONTRACT OR FOR A NATIONAL EMERGENCY**

**13.4.01** If the MGC terminates, for convenience of for national emergency, the Trade Contract, the Trade Contractor shall the work as directed by MGC and shall, as and only to the extent directed by MGC:

A.    Cancel orders and subcontracts, which may be terminated without costs;

B.    Cancel and settle other orders and subcontracts where the cost of settlement will be less than costs which would be incurred were such orders and subcontracts to be completed, subject to prior approval of the MGC and the Owner's Representative,

C.    Transfer to the MGC, in accordance with directions of the MGC, all materials, supplies, work in progress, facilities, equipment, machinery or tools acquired by the Trade

POJV -- North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 83 of 95

Contractor in connection with the performance of the work and for which the Trade Contractor has been or is to be paid;

D.  Deliver to the MGC, As-Built Documents, complete as of the date of cancellation or termination, Plans, Shop Drawings, Sketches, Permits, Certificates, Warranties, Guarantees, Specifications, three complete sets of maintenance manuals, pamphlets, charts, parts lists, spare parts (if any), operating instructions required for all installed or finished equipment or machinery, and all data accumulated by the Trade Contractor for use in the performance of the work.

E.  The Trade Contractor shall perform all work as may be necessary to preserve the work then in progress and to protect materials, plant and equipment on the site or in transit thereto.

F.  Termination of the Trade Contract or a portion thereof shall neither relieve the Trade Contractor of its responsibilities for the completed work nor shall it relieve its Surety of its obligation for and concerning any just claim arising out of the work performed.

G.  Trade Contractor shall transfer all active Building Permits.

## 13.5  ASSIGNMENT TO OWNER

**13.5.01** In the event of a termination by default of MGC pursuant to Section 14.2 of the Contract Provisions in the Prime Contract and a determination by the Owner that this Trade Contract shall be assigned to the Owner, then upon the execution and delivery of the appropriate assumption agreements and releases necessary to effectuate such assignment and assumption, MGC's rights and obligations under this Trade Contract shall be assigned to the Owner. In the event of the foregoing, the Trade Contractor irrevocably consents to such assignment by MGC and assumption by the Owner of this Trade Contract. Such assignment by MGC and assumption by the Owner shall not release MGC from its payment obligations and liabilities hereunder to the extent that the Owner reimburses MGC for such payment obligations and liabilities. Such assignment by MGC and assumption by the Owner shall release MGC from all obligations and liabilities (other than payment of obligations and liabilities as noted in the preceding sentence), which arise or accrue subsequent to the date of such assignment or assumption; provided; however, MGC shall remain responsible for those obligations and liabilities (other than payment of obligations and liabilities as noted in the preceding sentence) whish arise or accrue prior to the date of such assignment and assumption.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 84 of 95

**ARTICLE 13A**

**MISCELLANEOUS PROVISIONS**

**13A.1   MISCELLANEOUS PROVISIONS**

1. **Solicitation Warrants** - The Trade Contractor represents and warrants to the MGC and the Owner that no officer, employee or agent of the County has any interest, either directly or indirectly, in the business of the Trade Contractor to be conducted herein. The Trade Contractor further represents and warrants that it has not employed or retained any company or person other than a bona fide employee working solely for the Trade Contractor to solicit or secure this Trade Contract.

2. **Publicity** - The Trade Contractor agrees that no press releases, articles for professional journals, speeches, or other kinds of publicity concerning the Program shall be released, made, or generated by the Trade Contractor or its employees or agents without the MGC's and the Owner's prior written consent. The Trade Contractor shall require all subcontractors and suppliers, at any tier, to agree in writing to be bound by the provisions of this paragraph.

3. **Public Records** – Trade Contractor acknowledges and fully understands that all Program records are considered by statute to be public records, except as set out in Specification Section 00023 (SSI Procedures). Owner and MGC may have complete access to any records.

4. **Warranty Inspections** - The Trade Contractor shall collect and deliver to the MGC for delivery to the Owner any specific written warranties given by others as required by the Trade Contract Documents. The MGC shall also conduct, jointly with the Owner and the Architect/Engineer, a warranty inspection nine (9) months after the date of the Acceptance of Substantial Completion for each Project or portion thereof. The Trade Contactor including all subcontractors and suppliers, at any tier, shall be required to participate in this warranty inspection.

5. **Environmental Assessment and Remediation** –The schedule does not include time associated with environmental assessment or remediation of existing conditions. The Trade Contract Documents are premised on those activities and scopes of work being performed by Owner's separate contractors without any interference with any activities of this Trade Contract. In the event Owner elects to require environmental assessment or remediation work to be performed by a Trade Contractor such activities shall be treated as Extra Work, and impacts to the Liquidated Indirect Cost Milestones shall be deemed as excusable, compensable delay.

6. **NOT USED**

7. **Successors and Assigns** - The Trade Contractor and the MGC each bind themselves, their partners, successors, assigns and legal representatives to the other party hereto and to the partners, successors, assigns and legal representatives of such other party in respect to all covenants, agreements and obligations contained in the Trade Contract Documents. The Trade Contractor shall not assign the contract or sublet it as a whole without the written consent of the MGC, nor shall the Trade Contractor assign any moneys due or to become due the Trade Contractor hereunder, without the previous written notice of the MGC.

8. **Hurricanes** – Hurricanes, named storms and tropical depressions preparation costs shall be considered Extra Work. Delays from hurricanes, named storms and tropical depressions shall not entitle the Trade Contractor to a Compensable Delay.

POJV – North Terminal Development Consolidation Program
General Conditions Provisions
Page 85 of 95

June 5, 2007
Section 00030
Version 4

# ARTICLE 14

## TRADE CONTRACTOR AND SUBCONTRACTORS GUARANTEE FORMS AND AFFIDAVITS

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 86 of 95

# TRADE CONTRACTOR'S GUARANTEE

STATE OF FLORIDA)
             ss
COUNTY OF MIAMI-DADE)

Before me, the undersigned authority, personally appeared

_____

who, being duly sworn, deposes and says as follows:

    That he is the duly authorized representative of

_____
(Name of Trade Contractor)

being its _____
(Partner) (President or other Officer)

and as such has full authority to execute this Trade Contractor's Guarantee.

    That the said Trade Contractor has performed certain work for the MGC and the Owner, under Trade Contract No._____ Entitled _____ which said Project has now been completed by the Trade Contractor in its entirety.

    That in consideration of the partial payments heretofore made by the MGC and the Owner to the Trade Contractor, and in consideration of the final payment yet to be made, the Trade Contractor does hereby warrant to the MGC and the Owner that all labor, work, materials and equipment furnished, supplied and performed under said Trade Contract, are in strict accordance with the Trade Contract Documents.

    That should any defects develop in the work, during the guarantee periods as required by the Trade Contract Documents, all from the date of final acceptance by the Owner, due to improper materials, workmanship or arrangement, or defective machinery and equipment, the Trade Contractor warrants and covenants that the defects shall be made good by the Trade Contractor, at the time specified by the MGC and the Owner and that any other work affected in correcting such defects shall also be made good, all at the Trade Contractor's sole cost and expense.

CONTRACTOR:

_____

Name of Trade Contractor

By: _____

(Signature of Authorized Representative)

_____

(Title)

_____

(Date)

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 87 of 95

## TRADE CONTRACTOR'S GUARANTEE (Cont'd)

STATE OF

COUNTY OF

The foregoing instrument was acknowledged before me this _____ day of 20__,

by _____,
                    (Authorized Representative)

of _____, who is personally known to me or
          (Corporation, Partnership, etc.)

who has produced _____ as identification and who did/did not take an oath.


_____
(Signature of Notary)


_____
(Print Name)

                                                          Notarial Stamp or Seal


Notary Commission Number: _____

My Commission Expires: _____

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 88 of 95

## SUBCONTRACTOR'S GUARANTEE (of the Trade Contractor at any tier)

STATE OF FLORIDA)

          ss

COUNTY OF MIAMI-DADE)

     Before me, the undersigned authority, personally appeared

_____

Who, being duly sworn, deposes and says as follows:

     That he is the duly authorized representative of:

_____

                   (Name of Subcontractor)

being its_____

         (Owner) (Partner) (President or other Officer)

and as such has full authority to execute this Subcontractor's Guarantee.

     That the said subcontractor has performed certain work for _____ the Trade Contractor for the MGC, under Trade Contract No. _____ which said work has now been completed by the Subcontractor in its entirety.

     That in consideration of the partial payments heretofore made by the Trade Contractor to the Subcontractor, and in consideration of the final payment yet to be made, the Subcontractor does hereby warrant to the Trade Contractor that all labor, work, materials and equipment furnished, supplied and performed under the said Subcontract, by this Subcontractor, are in strict accordance with the Trade Contract Documents.

     That should any defects develop in the work during the guarantee periods as required by the Trade Contract Documents, all from the date of final acceptance by the Owner, due to improper materials, workmanship or arrangement, or defective machinery and equipment, the Subcontractor warrants and covenants that promptly upon notice from the Trade Contractor, the defects shall be made good by the Subcontractor at the time specified by the Trade Contractor, and that any other work affected in correcting such defects shall also be made good, all at the subcontractor's sole cost and expense.

                    SUBCONTRACTOR:

                 _____

                    Name of Subcontractor

                 By: _____

                    (Signature of Authorized Representative)

                 _____

                           (Title)

                 _____

                         (Date)

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 89 of 95

## SUBCONTRACTOR'S GUARANTEE (Cont'd)

STATE OF

COUNTY OF

The foregoing instrument was acknowledged before me this _____day of 20_____,

by _____,
                         (Authorized Representative)

of _____,
                  (Corporation, Partnership, etc.)

 who is personally known to me or who has produced _____as identification and who did/did not take an oath.


_____
(Signature of Notary)


_____
(Print Name)


                                                                    Notarial Stamp or Seal


Notary Commission Number: _____

My Commission Expires: _____

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 90 of 95

**TRADE CONTRACTOR'S AFFIDAVIT AND RELEASE OF CLAIM – See Trade Contract**

POJV -- North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 91 of 95



**TRADE CONTRACTOR'S AFFIDAVIT AND RELEASE OF ALL CLAIMS – See Trade Contract**

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 92 of 95

## SUBCONTRACTOR'S AFFIDAVIT IN COMPLIANCE WITH
## SECTION NO. 10-35. MIAMI-DADE COUNTY CODE

NOTE:  The Trade Contractor shall attach this statement, completed by each First Tier subcontractor whose work appears on the prior requisition for payment, and by each direct supplier to the Trade Contractor who has furnished materials directly to the Trade Contractor which materials were included in the prior requisition for payment.

Project Name: _____ Project Number: _____ Date: _____

Name TradeContractor_____

Name - Subcontractor/Supplier _____

Signature of Authorized Representative of Subcontractor/Supplier:


_____

Title _____

Date _____

This Affidavit is an attachment to the Trade Contractor's Pay Requisition No. _____.

Total Subcontract/Supplier Amount $ _____.

Amount of work done by Subcontractor/Supplier under this pay requisition is $ _____.

STATE OF

COUNTY OF

The foregoing instrument was acknowledged before me this _____day of 20_____,

by _____,
                    (Authorized Representative)

of _____,
                    (Corporation, Partnership, etc.)

who is personally known to me or who has produced _____as identification and who did/did not take an oath, deposes and says that pursuant to the Trade Contract for said project, all money due under prior requisitions for payment have been paid by, the Prime (Trade) Contractor.


_____
(Signature of Notary)


_____
(Print Name)

Notary Commission Number: _____                    Notarial Stamp or Seal

My Commission Expires: _____

# RELEASES OF CLAIM BY SUBCONTRACTORS REQUIRED

Section 10-35, Miami-Dade County Code

Before any prime contractor can receive any draw, except the first draw, for moneys due it as a result of a percentage of the work completed, it must pay all first-tier subcontractors and all direct suppliers of the prime contractor who have performed any work or supplied any materials directly to the prime contractor for the Work as of that date their proportionate share of all previous draws and must provide the Owners project manager with duly executed affidavits (subcontractor's statement of satisfaction) or releases of claim from all first-tier subcontractors and direct suppliers to the prime contractor who have performed any work or supplied any materials for the Work as of that date, stating that said subcontractors and suppliers have been paid their proportionate share of all previous draws. In the event such affidavits cannot be furnished, the contractor may submit an executed consent of surety to requisition payment, identifying the subcontractors and suppliers, and the amounts for which the statement of satisfaction cannot be furnished. The Contractor's failure to provide a consent of surety to requisition payment will result in the amount in dispute being withheld until (1) the statement of satisfaction is furnished, or (2) consent of surety to requisition payment is furnished.

(Ord. No. 78-23, 4-4-78; Ord. No. 84-11, 2-7-84; Ord. No. 86-6, 2-4-86; Ord. No. 88-13, 3-1-88)

POJV – North Terminal Development Consolidation Program
General Conditions Provisions

June 5, 2007
Section 00030
Version 4

Page 94 of 95

## Consent of Surety to Pay Application for Payment

PROJECT NAME: _____ PROJECT NO.: _____

TRADE CONTRACTOR: _____

A/E CONSULTANT: _____

**Attachment to Requisition No. _____ dated _____ in the amount of $ _____**

TO: MIAMI-DADE BOARD OF COUNTY COMMISSIONERS

The Surety Company, _____

(insert full name or legal title and address of Surety)

on the bond of the Trade Contractor listed above, hereby approves this payment to the Trade Contractor. Said payment shall not relieve the Surety Company of any of its obligations to Miami-Dade County or the MGC, including the Security from any and all liens, claims, or demands whatsoever that may now exist or be made in the future by any subcontractor or material suppliers against this project and Trade Contract. This Consent of Surety recognizes that claims have been made by the following subcontractors and material suppliers against the Trade Contract in the amounts listed below:

| ( subcontractor/material supplier name and telephone number ) | ( amount of claim ) |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

( ) attached find additional listed names/amounts on pages 2 thru _____

The Surety recognizes that releases of lien or releases and assignment of claim have not been requested or received from all the subcontractors and material suppliers for this facility.

IN WITNESS WHEREOF, the Surety Company has hereunto set its hand this _____ day of _____, 20_____.

Attest:

Witnesses:

_____  Surety: _____

(Signature of Authorized Representative)

_____  Title: _____

(Seal)

Attachment: Surety Power of Attorney

# SECTION 00040

# EXCERPTS OF FEDERAL REQUIREMENTS

- **Buy American Preference – Title 49 U.S.C. Chapter 501**

(a) The Aviation Safety and Capacity Expansion Act of 1990 provides that preference be given to steel and manufactured products produced in the United States when funds are expended pursuant to a grant issued under the Airport Improvement Program. The following terms apply:

1. Steel and manufactured products. As used in this clause, steel and manufactured products include (1) steel produced in the United States or (2) a manufactured product produced in the United States, if the cost of its components mined, produced or manufactured in the United States exceeds 60 percent of the cost of all its components and final assembly has taken place in the United States. Components of foreign origin of the same class or kind as the products referred to in subparagraphs b. (1) or (2) shall be treated as domestic.

2. Components. As used in this clause, components means those articles, materials, and supplies incorporated directly into steel and manufactured products.

3. Cost of Components. This means the costs for production of the components, exclusive of final assembly labor costs.

(b) The successful bidder will be required to assure that only domestic steel and manufactured products will be used by the Contractor, subcontractors, materialmen and suppliers in the performance of this contract, except those:

1. that the US Department of Transportation has determined, under the Aviation Safety and Capacity Expansion Act of 1990, are not produced in the United States in sufficient and reasonably available quantities and of a satisfactory quality;

2. that the US Department of Transportation has determined, under the Aviation Safety and Capacity Expansion Act of 1990, that domestic preference would be inconsistent with the public interest; or

3. that inclusion of domestic material will increase the cost of the overall project contract by more than 25 percent.

- **Civil Rights Act of 1964, Title VI – Contractor Contractual Requirements – 49 CFR part 21**

During the performance of this contract, the contractor, for itself, its assignees and successors in interest (hereinafter referred to as the "contractor") agrees as follows:

1.1 **Compliance with Regulations.** The contractor shall comply with the Regulations relative to nondiscrimination in federally assisted programs of the Department of Transportation (hereinafter, "DOT") Title 49, Code of Federal Regulations, Part 21, as they may be amended from time to time (hereinafter referred to as the Regulations), which are herein incorporated by reference and made a part of this contract.

1.2 **Nondiscrimination.** The contractor, with regard to the work performed by it during the contract, shall not discriminate on the grounds of race, color, or national origin in the selection and retention of subcontractors, including procurements of materials and leases of equipment. The contractor shall not participate either directly or indirectly in the discrimination prohibited by section 21.5 of the Regulations, including employment practices when the contract covers a program set forth in Appendix B of the Regulations.

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 1 of 18

**1.3 Solicitations for Subcontracts,** Including Procurements of Materials and Equipment. The Regulations relative to nondiscrimination on the grounds of race, color, or national origin. In all solicitations either by competitive bidding or negotiation made by the contractor for work to be performed under a subcontract, including procurements of materials or leases of equipment, each potential subcontractor or supplier shall be notified by the contractor of the contractor's obligations under this contract and

1.4 **Information and Reports.** The contractor shall provide all information and reports required by the Regulations or directives issued pursuant thereto and shall permit access to its books, records, accounts, other sources of information, and its facilities as may be determined by the Sponsor or the Federal Aviation Administration (FAA) to be pertinent to ascertain compliance with such Regulations, orders, and instructions. Where any information required of a contractor is in the exclusive possession of another who fails or refuses to furnish this information, the contractor shall so certify to the sponsor or the FAA, as appropriate, and shall set forth what efforts it has made to obtain the information.

**1.5 Sanctions for Noncompliance.** In the event of the contractor's noncompliance with the nondiscrimination provisions of this contract, the sponsor shall impose such contract sanctions as it or the FAA may determine to be appropriate, including, but not limited to:

a. Withholding of payments to the contractor under the contract until the contractor complies, and/or
b. Cancellation, termination, or suspension of the contract, in whole or in part.

**1.6 Incorporation of Provisions.** The contractor shall include the provisions of paragraphs 1 through 5 in every subcontract, including procurements of materials and leases of equipment, unless exempt by the Regulations or directives issued pursuant thereto. The contractor shall take such action with respect to any subcontract or procurement as the sponsor or the FAA may direct as a means of enforcing such provisions including sanctions for noncompliance. Provided, however, that in the event a contractor becomes involved in, or is threatened with, litigation with a subcontractor or supplier as a result of such direction, the contractor may request the Sponsor to enter into such litigation to protect the interests of the sponsor and, in addition, the contractor may request the United States to enter into such litigation to protect the interests of the United States.

- **Airport and Airway Improvement Act of 1982, Section 520 – Title 49 U.S.C. 47123**

The contractor assures that it will comply with pertinent statutes, Executive orders and such rules as are promulgated to assure that no person shall, on the grounds of race, creed, color, national origin, sex, age, or handicap be excluded from participating in any activity conducted with or benefiting from Federal assistance. This provision obligates the tenant/concessionaire/lessee or its transferee for the period during which Federal assistance is extended to the airport a program, except where Federal assistance is to provide, or is in the form of personal property or real property or interest therein or structures or improvements thereon. In these cases the provision obligates the party or any transferee for the longer of the following periods: (a) the period during which the property is used by the airport sponsor or any transferee for a purpose for which Federal assistance is extended, or for another purpose involving the provision of similar services or benefits or (b) the period during which the airport sponsor or any transferee retains ownership or possession of the property. In the case of contractors, this provision binds the contractors from the bid solicitation period through the completion of the contract. This provision is in addition to that required of Title VI of the Civil Rights Act of 1964.

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 2 of 18

- **Lobbying and Influencing Federal Employees – 49 CFR part 20**

1) No Federal appropriated funds shall be paid, by or on behalf of the contractor, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the making of any Federal grant and the amendment or modification of any Federal grant.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any Federal grant, the contractor shall complete and submit Standard Form-LLL, "Disclosure of Lobby Activities," in accordance with its instructions.

- **Access to Records and Reports – 49 CFR part 18.36**

The Contractor shall maintain an acceptable cost accounting system. The Contractor agrees to provide the Sponsor, the Federal Aviation Administration and the Comptroller General of the United States or any of their duly authorized representatives access to any books, documents, papers, and records of the contractor which are directly pertinent to the specific contract for the purpose of making audit, examination, excerpts and transcriptions. The Contractor agrees to maintain all books, records and reports required under this contract for a period of not less than three years after final payment is made and all pending matters are closed.

- **Disadvantaged Business Enterprise – 49 CFR part 26**

Contract Assurance (§26.13) - The contractor or subcontractor shall not discriminate on the basis of race, color, national origin, or sex in the performance of this contract. The contractor shall carry out applicable requirements of 49 CFR Part 26 in the award and administration of DOT assisted contracts. Failure by the contractor to carry out these requirements is a material breach of this contract, which may result in the termination of this contract or such other remedy, as the recipient deems appropriate.

Prompt Payment (§26.29) - The prime (Trade) contractor agrees to pay each (Trade) subcontractor under this prime (Trade) contract for satisfactory performance of its contract no later than 5 business days from the receipt of each payment the prime (Trade) contractor receives from Managing General Contractor. The prime (Trade) contractor agrees further to return retainage payments to each (Trade) subcontractor within 5 business days after the (Trade) subcontractor's work is satisfactorily completed. Any delay or postponement of payment from the above referenced time frame may occur only for good cause following written approval of the Managing General Contractor. This clause applies to both DBE and non-DBE (Trade) subcontractors.

- **Energy Conservation – 49 CFR part 18.36**

The contractor agrees to comply with mandatory standards and policies relating to energy efficiency that are contained in the state energy conservation plan issued in compliance with the Energy Policy and Conservation Act (Public Law 94-163)

- **Breach of Contract Terms – 49 CFR part 18.36**

Any violation or breach of terms of this contract on the part of the contractor or their subcontractors may result in the suspension or termination of this contract or such other action that may be necessary to enforce the rights of the parties of this agreement. The duties and obligations imposed by the Contract Documents and the rights and remedies available thereunder shall be in addition to and not a limitation of any duties, obligations, rights and remedies otherwise imposed or available by law.

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 3 of 18

- **Rights to Inventions - 49 CFR part 18.36**

All rights to inventions and materials generated under this contract are subject to regulations issued by the FAA and the Sponsor of the Federal grant under which this contract is executed.

- **Clean Air and Water Pollution Control - 49 CFR part 18.36(i)(12)**

Contractors and subcontractors agree:

a. That any facility to be used in the performance of the contract or subcontract or to benefit from the contract is not listed on the Environmental Protection Agency (EPA) List of Violating Facilities;

b. To comply with all the requirements of Section 114 of the Clean Air Act, as amended, 42 U.S.C. 1857 et seq. and Section 308 of the Federal Water Pollution Control Act, as amended, 33 U.S.C. 1251 et seq. relating to inspection, monitoring, entry, reports, and information, as well as all other requirements specified in Section 114 and Section 308 of the Acts, respectively, and all other regulations and guidelines issued thereunder;

c. That, as a condition for the award of this contract, the contractor or subcontractor will notify the awarding official of the receipt of any communication from the EPA indicating that a facility to be used for the performance of or benefit from the contract is under consideration to be listed on the EPA List of Violating Facilities;

d. To include or cause to be included in any construction contract or subcontract which exceeds $ 100,000 the aforementioned criteria and requirements.

- **Trade Restrictions Clause - 49 CFR part 30**

CERTIFICATION REGARDING FOREIGN TRADE RESTRICTIONS

The contractor or subcontractor, by submission of an offer and/or execution of a contract, certifies that it:

a.    is not owned or controlled by one or more citizens or nationals of a foreign country included in the list of countries that discriminate against U.S. firms published by the Office of the United States Trade representative (USTR);

b.    has not knowingly entered into any contract or subcontract for this project with a contractor that is a citizen or national of a foreign country on said list, or is owned or controlled directly or indirectly by one or more citizens or nationals of a foreign country on said list.

c.    has not procured any product nor subcontracted for the supply of any product for use on the project that is produced in a foreign country on said list.

Unless the restrictions of this clause are waived by the Secretary of Transportation in accordance with 49 CFR 30.17, no contract shall be awarded to a contractor or subcontractor who is unable to certify to the above. If the contractor knowingly procures or subcontracts for the supply of any product or service of a foreign country on said list for use on the project; the Federal Aviation Administration may direct, through the sponsor, cancellation of the contract at no cost to the Government.

Further, the contractor agrees that, if awarded a contract resulting from this solicitation, it will incorporate this provision for certification without modification in each contract and in all lower tier subcontracts. The contractor may rely upon the certification of a prospective subcontractor unless it has knowledge that the certification is erroneous. The contractor shall provide immediate written notice to the sponsor if the contractor learns that its certification or that of a subcontractor was erroneous when submitted or has

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 4 of 18

become erroneous by reason of changed circumstances. The subcontractor agrees to provide immediate written notice to the contractor, if at any time it learns that its certification was erroneous by reason of changed circumstances.

This certification is a material representation of fact upon which reliance was placed when making the award. If it is later determined that the contractor or subcontractor knowingly rendered an erroneous certification, the Federal Aviation Administration may direct, through the sponsor, cancellation of the contract or subcontract for default at no cost to the Government.

Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by this provision. The knowledge and information of a contractor is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

This certification concerns a matter within the jurisdiction of an agency of the United States of America and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under Title 18, United States Code, Section 1001.

- **Veteran's Preference – Title 49 U.S.C. 47112**

In the employment of labor (except in executive, administrative, and supervisory positions), preference shall be given to Veterans of the Vietnam era and disabled veterans as defined in Section 515(c)(1) and (2) of the Airport and Airway Improvement Act of 1982. However, this preference shall apply only where the individuals are available and qualified to perform the work to which the employment relates.

- **Davis Bacon Labor Provisions – 29 CFR part 5**

1. Minimum Wages

(i)   All laborers and mechanics employed or working upon the site of the work will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by the Secretary of Labor under the Copeland Act (29 CFR Part 3)), the full amount of wages and bona fide fringe benefits (or cash equivalent thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the contractor and such laborers and mechanics.

Contributions made or costs reasonably anticipated for bona fide fringe benefits under section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph (1)(iv) of this section; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such weekly period. Such laborers and mechanics shall be paid the appropriate wage rate and fringe benefits on the wage determination for the classification of work actually performed, without regard to skill, except as provided in 29 CFR Part 5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein: *Provided*, That the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classification and wage rates conformed under (1)(ii) of this section) and the Davis-Bacon poster (WH-1321) shall be posted at all times by the contractor and its subcontractors at the site of the work in a prominent and accessible place where it can easily be seen by the workers.

POJV North Terminal Development Consolidation Program                    March 16, 2006
Excerpts of Federal Requirements                                                    Section 00040
Project No. 747B                                                                              Version 1

Page 5 of 18

(ii) (A) The contracting officer shall require that any class of laborers or mechanics, including helpers, which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. The contracting officer shall approve an additional classification and wage rate and fringe benefits therefore only when the following criteria have been met:

>(1) The work to be performed by the classification requested is not performed by a classification in the wage determination; and

>(2) The classification is utilized in the area by the construction industry; and

>(3) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(B) If the contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the contracting officer agree on the classification and wage rate (including the amount designated for fringe benefits where appropriate), a report of the action taken shall be sent by the contracting officer to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, D.C. 20210. The Administrator, or an authorized representative, will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise the contracting officer or will notify the contracting officer within the 30-day period that additional time is necessary.

(C) In the event the contractor, the laborers or mechanics to be employed in the classification or their representatives, and the contracting officer do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits where appropriate), the contracting officer shall refer the questions, including the views of all interested parties and the recommendation of the contracting officer, to the Administrator for determination. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise the contracting officer or will notify the contracting officer within the 30-day period that additional time is necessary.

(D) The wage rate (including fringe benefits where appropriate) determined pursuant to subparagraphs (1)(ii) (B) or (C) of this paragraph, shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

>(iii) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

>(iv) If the contractor does not make payments to a trustee or other third person, the contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program, *Provided*, That the Secretary of Labor has found, upon the written request of the contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

2. Withholding.

The Federal Aviation Administration or the Sponsor shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld from the contractor under this contract or any other Federal contract with the same prime contractor, or any other Federally-assisted contract subject to David-Bacon prevailing wage requirements, which is held by the

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 6 of 18

same prime contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of work, all or part of the wages required by the contract, the Federal Aviation Administration may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

3. Payrolls and basic records.

(i) Payrolls and basic records relating thereto shall be maintained by the contractor during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made and actual wages paid. Whenever the Secretary of Labor has found under 29 CFR 5.5(a)(1)(iv) that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual costs incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(ii) (A) The contractor shall submit weekly, for each week in which any contract work is performed, a copy of all payrolls to the applicant, sponsor, or owner, as the case may be, for transmission to the Federal Aviation Administration. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under paragraph 5.5(a)(3)(i) above. This information may be submitted in any form desired. Optional Form WH-347 is available for this purpose and may be purchased from the Superintendent of Documents (Federal Stock Number 029-005-00014-1), U.S. Government Printing Office, Washington, D.C. 20402. The prime contractor is responsible for the submission of copies of payrolls by all subcontractors.

(B) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify the following:

(1) That the payroll for the payroll period contains the information required to be maintained under paragraph (3)(i) above and that such information is correct and complete;

(2) That each laborer and mechanic (including each helper, apprentice and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in Regulations 29 CFR Part 3;

(3) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 7 of 18

performed, as specified in the applicable wage determination incorporated into the contract.

(C) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by paragraph (3)(ii)(B) of this section.

(D) The falsification of any of the above certifications may subject the contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 231 of Title 31 of the United States Code.

(iii) The contractor or subcontractor shall make the records required under paragraph (3)(i) of this section available for inspection, copying or transcription by authorized representatives of the Sponsor, the Federal Aviation Administration or the Department of Labor, and shall permit such representatives to interview employees during working hours on the job. If the contractor or subcontractor fails to submit the required records or to make them available, the Federal agency may, after written notice to the contractor, sponsor, applicant or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

4. Apprentices and Trainees.

(i) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a State Apprenticeship Agency recognized by the Bureau, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Bureau of Apprenticeship and Training or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeymen hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Bureau of Apprenticeship and Training, or a State Apprenticeship Agency recognized by the Bureau, withdraws approval of an apprenticeship program, the contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(ii) Trainees. Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 8 of 18

individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(iii)   Equal Employment Opportunity.  The utilization of apprentices, trainees and journeymen under this part shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR Part 30.

5. Compliance With Copeland Act Requirements.

The contractor shall comply with the requirements of 29 CFR Part 3, which are incorporated by reference in this contract.

6. Subcontracts.

The contractor or subcontractor shall insert in any subcontracts the clauses contained in 29 CFR Part 5.5(a)(1) through (10) and such other clauses as the Federal Aviation Administration may by appropriate instructions require, and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts.  The prime contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all the contract clauses in 29 CFR Part 5.5.

7. Contract Termination: Debarment.

A breach of the contract clauses in paragraph 1 through 10 of this section may be grounds for termination of the contract, and for debarment as a contractor and a subcontractor as provided in 29 CFR 5.12.

8. Compliance with Davis-Bacon and Related Act Requirements.

All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR Parts 1, 3, and 5 are herein incorporated by reference in this contract.

9. Disputes Concerning Labor Standards.

Disputes arising out of the labor standards provisions of this contract shall not be subject to the general disputes clause of this contract.  Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR Parts 5, 6 and 7. Disputes within the meaning of this clause

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 9 of 18