include disputes between the contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.

10. Certification of Eligibility.

(i) By entering into this contract, the contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(ii) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(iii) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

- Contract Workhours And Safety Standards Act Requirements 29 CFR Part 5.5

1. Overtime Requirements.

No contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics shall require or permit any such laborer or mechanic, including watchmen and guards, in any workweek in which he or she is employed on such work to work in excess of forty hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of forty hours in such workweek.

2. Violation; Liability for Unpaid Wages; Liquidated Damages.

In the event of any violation of the clause set forth in paragraph (1) above, the contractor and any subcontractor responsible therefore shall be liable for the unpaid wages. In addition, such contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic, including watchmen and guards, employed in violation of the clause set forth in paragraph 1 above, in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of forty hours without payment of the overtime wages required by the clause set forth in paragraph 1 above.

3. Withholding for Unpaid Wages and Liquidated Damages.

The Federal Aviation Administration or the Sponsor shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld, from any monies payable on account of work performed by the contractor or subcontractor under any such contract or any other Federal contract with the same prime contractor, or any other Federally-assisted contract subject to the Contract Work Hours and Safety Standards Act, which is held by the same prime contractor, such sums as may be determined to be necessary to satisfy any liabilities of such contractor or subcontractor for unpaid wages and liquidated damages as provided in the clause set forth in paragraph 2 above.

4. Subcontractors.

The contractor or subcontractor shall insert in any subcontracts the clauses set forth in paragraphs 1 through 4 and also a clause requiring the subcontractor to include these clauses in any lower tier

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 10 of 18

subcontracts. The prime contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the clauses set forth in paragraphs 1 through 4 of this section.

- **Equal Employment Opportunity Clause – 41 CFR part 60-1.4**

Incorporate in all construction contracts and subcontracts that exceed $10,000

During the performance of this contract, the contractor agrees as follows:

1. The contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. The contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex, or national origin. Such action shall include, but not be limited to the following: Employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided setting forth the provisions of this nondiscrimination clause.

2. The contractor will, in all solicitations or advertisements for employees placed by or on behalf of the contractor, state that all qualified applicants will receive considerations for employment without regard to race, color, religion, sex, or national origin.

3. The contractor will send to each labor union or representative of workers with which s/he has a collective bargaining agreement or other contract or understanding, a notice to be provided advising the said labor union or workers' representatives of the contractor's commitments under this section, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

4. The contractor will comply with all provisions of Executive Order 11246 of September 24, 1965, as amended, and of the rules, regulations, and relevant orders of the Secretary of Labor.

5. The contractor will furnish all information and reports required by Executive Order 11246 of September 24, 1965, and by rules, regulations, and orders of the Secretary of Labor, or pursuant thereto, and will permit access to his books, records, and accounts by the administering agency and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

6. In the event of the contractor's noncompliance with the nondiscrimination clauses of this contract or with any of the said rules, regulations, or orders, this contract may be canceled, terminated or suspended in whole or in part and the contractor may be declared ineligible for further Government contracts or federally assisted construction contracts in accordance with procedure authorized in Executive Order 11246 of September 24, 1965, and such other sanctions may be imposed and remedies invoked as provided in Executive Order 11246 of September 24, 1965, or by rule, regulation, or order of the Secretary of Labor, or as otherwise provided by law.

7. The contractor will include the portion of the sentence immediately preceding paragraph (1) and the provisions of paragraphs (1) through (7) in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to section 204 of Executive Order 11246 of September 24, 1965, so that such provisions will be binding upon each subcontractor or vendor. The contractor will take such action with respect to any subcontract or purchase order as the administering agency may direct as a means of enforcing such provision, including sanctions for noncompliance: *Provided, however,* that in the event a contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the administering agency the contractor may request the United States to enter into such litigation to protect the interests of the United States.

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 11 of 18

- **Certification of non-Segregated Facilities – 41 CFR part 60-1.8**

**Notice to Prospective Federally Assisted Construction Contractors**

1. A Certification of Non-segregated Facilities shall be submitted prior to the award of a federally-assisted construction contract exceeding $10,000 which is not exempt from the provisions of the Equal Opportunity Clause.

2. Contractors receiving federally-assisted construction contract awards exceeding $10,000 which are not exempt from the provisions of the Equal Opportunity Clause will be required to provide for the forwarding of the following notice to prospective subcontractors for supplies and construction contracts where the subcontracts exceed $10,000 and are not exempt from the provisions of the Equal Opportunity Clause. NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

**Notice to Prospective Subcontractors of Requirements for Certification of Non-Segregated Facilities**

1. A Certification of Non-segregated Facilities shall be submitted prior to the award of a subcontract exceeding $10,000, which is not exempt from the provisions of the Equal Opportunity Clause.

2. Contractors receiving subcontract awards exceeding $10,000 which are not exempt from the provisions of the Equal Opportunity Clause will be required to provide for the forwarding of this notice to prospective subcontractors for supplies and construction contracts where the subcontracts exceed $10,000 and are not exempt from the provisions of the Equal Opportunity Clause. NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

The federally-assisted construction contractor certifies that she or he does not maintain or provide, for his employees, any segregated facilities at any of his establishments and that she or he does not permit his employees to perform their services at any location, under his control, where segregated facilities are maintained. The federally-assisted construction contractor certifies that she or he will not maintain or provide, for his employees, segregated facilities at any of his establishments and that she or he will not permit his employees to perform their services at any location under his control where segregated facilities are maintained. The federally-assisted construction contractor agrees that a breach of this certification is a violation of the Equal Opportunity Clause in this contract.

As used in this certification, the term "segregated facilities" means any waiting rooms, work areas, restrooms, and washrooms, restaurants and other eating areas, timeclocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees which are segregated by explicit directives or are, in fact, segregated on the basis of race, color, religion, or national origin because of habit, local custom, or any other reason. The federally-assisted construction contractor agrees that (except where she or he has obtained identical certifications from proposed subcontractors for specific time periods) she or he will obtain identical certifications from proposed subcontractors prior to the award of subcontracts exceeding $10,000 which are not exempt from the provisions of the Equal Opportunity Clause and that she or he will retain such certifications in his files.

- **Notice of Requirement Affirmative Action – 41 CFR part 60-4.2**

1. The Offeror's or Bidder's attention is called to the "Equal Opportunity Clause" and the "Standard Federal Equal Employment Opportunity Construction Contract Specifications" set forth herein.

2. The goals and timetables for minority and female participation, expressed in percentage terms for the contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 12 of 18

Timetables:

| | |
|---|---|
| Goals for minority participation for each trade in Miami Dade County | (39.5%) |
| Goals for female participation in each trade | (6.9%) |

These goals are applicable to all the contractor's construction work (whether or not it is Federal or federally-assisted) performed in the covered area. If the contractor performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for such geographical area where the work is actually performed. With regard to this second area, the contractor also is subject to the goals for both its Federally involved and non-federally involved construction.

The contractor's compliance with the Executive Order and the regulations in 41 CFR Part 60-4 shall be based on its implementation of the Equal Opportunity Clause, specific affirmative action obligations required by the specifications set forth in 41 CFR 60-4.3(a), and its efforts to meet the goals. The hours of minority and female employment and training shall be substantially uniform throughout the length of the contract, and in each trade, and the contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from contractor to contractor or from project to project, for the sole purpose of meeting the contractor's goals, shall be a violation of the contract, the Executive Order, and the regulations in 41 CFR Part 60-4. Compliance with the goals will be measured against the total work hours performed.

3. The contractor shall provide written notification to the Director, Office of Federal Contract Compliance Programs (OFCCP), within 10 working days of award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the name, address, and telephone number of the subcontractor; employer identification number of the subcontractor; estimated dollar amount of the subcontract; estimated starting and completion dates of subcontract; and the geographical area in which the subcontract is to be performed.

4. As used in this notice and in the contract resulting from this solicitation, the "covered area" is the geographical area in which the contract is to be performed.

- **Equal Employment Opportunity Specification - 41 CFR Part 60.4.3**

Incorporate in all construction contracts and subcontracts that exceed $10,000. This provision shall be included in the solicitation and the contract agreement.

1. As used in these specifications:

a. "Covered area" means the geographical area described in the solicitation from which this contract resulted;

b. "Director" means Director, Office of Federal Contract Compliance Programs (OFCCP), U.S. Department of Labor, or any person to whom the Director delegates authority;

c. "Employer identification number" means the Federal social security number used on the Employer's Quarterly Federal Tax Return, U.S. Treasury Department Form 941;

d. "Minority" includes:

(1) Black (all) persons having origins in any of the Black African racial groups not of Hispanic origin);

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 13 of 18

(2) Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin regardless of race);

(3) Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands); and

(4) American Indian or Alaskan native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification).

2. Whenever the contractor, or any subcontractor at any tier, subcontracts a portion of the work involving any construction trade, it shall physically include in each subcontract in excess of $10,000 the provisions of these specifications and the Notice which contains the applicable goals for minority and female participation and which is set forth in the solicitations from which this contract resulted.

3. If the contractor is participating (pursuant to 41 CFR 60-4.5) in a Hometown Plan approved by the U.S. Department of Labor in the covered area either individually or through an association, its affirmative action obligations on all work in the Plan area (including goals and timetables) shall be in accordance with that Plan for those trades which have unions participating in the Plan. Contractors shall be able to demonstrate their participation in and compliance with the provisions of any such Hometown Plan. Each contractor or subcontractor participating in an approved plan is individually required to comply with its obligations under the EEO clause and to make a good faith effort to achieve each goal under the Plan in each trade in which it has employees. The overall good faith performance by other contractors or subcontractors toward a goal in an approved Plan does not excuse any covered contractor's or subcontractor's failure to take good faith efforts to achieve the Plan goals and timetables.

4. The contractor shall implement the specific affirmative action standards provided in paragraphs 18.7a through 18.7p of these specifications. The goals set forth in the solicitation from which this contract resulted are expressed as percentages of the total hours of employment and training of minority and female utilization the contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. Covered construction contractors performing construction work in a geographical area where they do not have a Federal or federally assisted construction contract shall apply the minority and female goals established for the geographical area where the work is being performed. Goals are published periodically in the Federal Register in notice form, and such notices may be obtained from any Office of Federal Contract Compliance Programs office or from Federal procurement contracting officers. The contractor is expected to make substantially uniform progress in meeting its goals in each craft during the period specified.

5. Neither the provisions of any collective bargaining agreement nor the failure by a union with whom the contractor has a collective bargaining agreement to refer either minorities or women shall excuse the contractor's obligations under these specifications, Executive Order 11246 or the regulations promulgated pursuant thereto.

6. In order for the non-working training hours of apprentices and trainees to be counted in meeting the goals, such apprentices and trainees shall be employed by the contractor during the training period and the contractor shall have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees shall be trained pursuant to training programs approved by the U.S. Department of Labor.

7. The contractor shall take specific affirmative actions to ensure equal employment opportunity. The evaluation of the contractor's compliance with these specifications shall be based upon its effort to achieve maximum results from its actions. The contractor shall document these efforts fully and shall implement affirmative action steps at least as extensive as the following:

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 14 of 18

a. Ensure and maintain a working environment free of harassment, intimidation, and coercion at all sites, and in all facilities at which the contractor's employees are assigned to work. The contractor, where possible, will assign two or more women to each construction project. The contractor shall specifically ensure that all foremen, superintendents, and other onsite supervisory personnel are aware of and carry out the contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at such sites or in such facilities.

b. Establish and maintain a current list of minority and female recruitment sources, provide written notification to minority and female recruitment sources and to community organizations when the contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

c. Maintain a current file of the names, addresses, and telephone numbers of each minority and female off-the-street applicant and minority or female referral from a union, a recruitment source, or community organization and of what action was taken with respect to each such individual. If such individual was sent to the union hiring hall for referral and was not referred back to the contractor by the union or, if referred, not employed by the contractor, this shall be documented in the file with the reason therefore along with whatever additional actions the contractor may have taken.

d. Provide immediate written notification to the Director when the union or unions with which the contractor has a collective bargaining agreement has not referred to the contractor a minority person or female sent by the contractor, or when the contractor has other information that the union referral process has impeded the contractor's efforts to meet its obligations.

e. Develop on-the-job training opportunities and/or participate in training programs for the area which expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the contractor's employment needs, especially those programs funded or approved by the Department of Labor. The contractor shall provide notice of these programs to the sources compiled under 7b above.

f. Disseminate the contractor's EEO policy by providing notice of the policy to unions and training programs and requesting their cooperation in assisting the contractor in meeting its EEO obligations; by including it in any policy manual and collective bargaining agreement; by publicizing it in the company newspaper, annual report, etc.; by specific review of the policy with all management personnel and with all minority and female employees at least once a year; and by posting the company EEO policy on bulletin boards accessible to all employees at each location where construction work is performed.

g. Review, at least annually, the company's EEO policy and affirmative action obligations under these specifications with all employees having any responsibility for hiring, assignment, layoff, termination, or other employment decisions including specific review of these items with onsite supervisory personnel such a superintendents, general foremen, etc., prior to the initiation of construction work at any job site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

h. Disseminate the contractor's EEO policy externally by including it in any advertising in the news media, specifically including minority and female news media, and providing written notification to and discussing the contractor's EEO policy with other contractors and subcontractors with whom the contractor does or anticipates doing business.

i. Direct its recruitment efforts, both oral and written, to minority, female, and community organizations, to schools with minority and female students; and to minority and female recruitment and training organizations serving the contractor's recruitment area and

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 15 of 18

employment needs. Not later than one month prior to the date for the acceptance of applications for apprenticeship or other training by any recruitment source, the contractor shall send written notification to organizations, such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

j. Encourage present minority and female employees to recruit other minority persons and women and, where reasonable provide after school, summer, and vacation employment to minority and female youth both on the site and in other areas of a contractor's workforce.

k. Validate all tests and other selection requirements where there is an obligation to do so under 41 CFR Part 60-3.

l. Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel, for promotional opportunities and encourage these employees to seek or to prepare for, through appropriate training, etc., such opportunities.

m. Ensure that seniority practices, job classifications, work assignments, and other personnel practices do not have a discriminatory effect by continually monitoring all personnel and employment related activities to ensure that the EEO policy and the contractor's obligations under these specifications are being carried out.

n. Ensure that all facilities and company activities are non-segregated except that separate or single user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

o. Document and maintain a record of all solicitations of offers for subcontracts from minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

p. Conduct a review, at least annually, of all supervisor's adherence to and performance under the contractor's EEO policies and affirmative action obligations.

8. Contractors are encouraged to participate in voluntary associations, which assist in fulfilling one or more of their affirmative action obligations (18.7a through 18.7p). The efforts of a contractor association, joint contractor union, contractor community, or other similar groups of which the contractor is a member and participant, may be asserted as fulfilling any one or more of its obligations under 18.7a through 18.7p of these specifications provided that the contractor actively participates in the group, makes every effort to assure that the group has a positive impact on the employment of minorities and women in the industry, ensures that the concrete benefits of the program are reflected in the contractor's minority and female workforce participation, makes a good faith effort to meet its individual goals and timetables, and can provide access to documentation which demonstrates the effectiveness of actions taken on behalf of the contractor. The obligation to comply, however, is the contractor's and failure of such a group to fulfill an obligation shall not be a defense for the contractor's noncompliance.

9. A single goal for minorities and a separate single goal for women have been established. The contractor, however, is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and non-minority. Consequently, if the particular group is employed in a substantially disparate manner (for example, even though the contractor has achieved its goals for women generally,) the contractor may be in violation of the Executive Order if a specific minority group of women is underutilized.

10. The contractor shall not use the goals and timetables or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 16 of 18

11. The contractor shall not enter into any subcontract with any person or firm debarred from Government contracts pursuant to Executive Order 11246.

12. The contractor shall carry out such sanctions and penalties for violation of these specifications and of the Equal Opportunity Clause, including suspension, termination, and cancellation of existing subcontracts as may be imposed or ordered pursuant to Executive Order 11246, as amended, and its implementing regulations, by the Office of Federal Contract Compliance Programs. Any contractor who fails to carry out such sanctions and penalties shall be in violation of these specifications and Executive Order 11246, as amended.

13. The contractor, in fulfilling its obligations under these specifications, shall implement specific affirmative action steps, at least as extensive as those standards prescribed in paragraph 18.7 of these specifications, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the contractor fails to comply with the requirements of the Executive Order, the implementing regulations, or these specifications, the Director shall proceed in accordance with 41 CFR 60-4.8.

14. The contractor shall designate a responsible official to monitor all employment related activity to ensure that the company EEO policy is being carried out, to submit reports relating to the provisions hereof as may be required by the Government, and to keep records. Records shall at least include for each employee, the name, address, telephone number, construction trade, union affiliation if any, employee identification number when assigned, social security number, race, sex, status (e.g., mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, contractors shall not be required to maintain separate records.

15. Nothing herein provided shall be construed as a limitation upon the application of other laws which establish different standards of compliance or upon the application of requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

- **Termination of Contract – 49 CFR part 18.36**

a. The Sponsor may, by written notice, terminate this contract in whole or in part at any time, either for the Sponsor's convenience or because of failure to fulfill the contract obligations. Upon receipt of such notice services shall be immediately discontinued (unless the notice directs otherwise) and all materials as may have been accumulated in performing this contract, whether completed or in progress, delivered to the Sponsor.

b. If the termination is for the convenience of the Sponsor, an equitable adjustment in the contract price shall be made, but no amount shall be allowed for anticipated profit on unperformed services.

c. If the termination is due to failure to fulfill the contractor's obligations, the Sponsor may take over the work and prosecute the same to completion by contract or otherwise. In such case, the contractor shall be liable to the Sponsor for any additional cost occasioned to the Sponsor thereby.

d. If, after notice of termination for failure to fulfill contract obligations, it is determined that the contractor had not so failed, the termination shall be deemed to have been effected for the convenience of the Sponsor. In such event, adjustment in the contract price shall be made as provided in paragraph b of this clause.

e. The rights and remedies of the sponsor provided in this clause are in addition to any other rights and remedies provided by law or under this contract.

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 17 of 18

- **Certification regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion – 49 CFR part 29**

The bidder/offeror certifies, by submission of this proposal or acceptance of this contract, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency. It further agrees by submitting this proposal that it will include this clause without modification in all lower tier transactions, solicitations, proposals, contracts, and subcontracts. Where the bidder/offeror/contractor or any lower tier participant is unable to certify to this statement, it shall attach an explanation to this solicitation/proposal.

POJV North Terminal Development Consolidation Program
Excerpts of Federal Requirements
Project No. 747B

March 16, 2006
Section 00040
Version 1

Page 18 of 18

MIAMI-DADE AVIATION DEPARTMENT

MIAMI INTERNATIONAL AIRPORT
NORTH TERMINAL DEVELOPMENT PROGRAM

# 747B
## Bid Package No. 11D

PROJECT MANUAL

DIVISION 1

**June 5, 2007**

# TABLE OF CONTENTS

| Section | Description | Date |
|---------|-------------|------|
| 01010 | Summary of Work | 05/31/06 |
| 01015 | Abbreviations, Definitions and Terminology | 03/31/06 |
| 01020 | Allowances | 03/31/06 |
| 01025 | Measurement and Payment | 03/31/06 |
| 01030 | Alternates | 03/31/06 |
| 01040 | Coordination | 03/31/06 |
| 01045 | Cutting and Patching | 03/31/06 |
| 01050 | Field Engineering | 03/31/06 |
| 01060 | Regulatory Requirements | 03/31/06 |
| 01100 | Existing Utilities | 03/31/06 |
| 01115 | South Florida Compliance | 03/31/06 |
| 01200 | Project Meetings | 03/31/06 |
| 01310 | Construction Schedules | 06/05/07 |
| 01340 | Shop Drawings, Product Data and Samples | 03/31/06 |
| 01370 | Schedule of Values | 03/31/06 |
| 01380 | Construction Photographs | 03/31/06 |
| 01410 | Testing Laboratory Services | 03/31/06 |
| 01440 | Trade Contractor's Quality Control | 03/31/06 |
| 01505 | Mobilization | 03/31/06 |
| 01510 | Temporary Utilities | 03/31/06 |
| 01510A | Hot Work Permit Form | 03/31/06 |
| 01525 | Construction Aids | 03/31/06 |
| 01530 | Barriers | 03/31/06 |
| 01550 | Access Roads and Parking Areas | 03/31/06 |
| 01560 | Temporary Controls | 03/31/06 |
| 01561 | Dewatering | 03/31/06 |
| 01562 | Temporary Air and Water Pollution, Soil Erosion etc. | 03/31/06 |
| 01563 | Handling of Incidental Fuel Spillage during Construct. | 03/31/06 |
| 01564 | Soil Excavation Procedures | 03/31/06 |
| 01570 | Traffic Regulation | 03/31/06 |
| 01571 | Maintenance of Air Operations Area Traffic | 03/31/06 |
| 01580 | Project Identification and Signs | 03/31/06 |
| 01590 | Field Offices and Sheds | 03/31/06 |
| 01600 | Materials and Equipment | 03/31/06 |
| 01620 | Storage and Protection | 03/31/06 |
| 01630 | Substitutions and Product Options | 03/31/06 |
| 01670 | Systems Demonstrations | 03/31/06 |
| 01700 | Project Closeout | 03/31/06 |
| 01710 | Final Cleaning | 03/31/06 |
| 01720 | Project Record Documents | 03/31/06 |
| 01730 | Operating and Maintenance Data | 03/31/06 |
| 01732 | Spare Parts and Maintenance Materials | 03/31/06 |
| 01740 | Warranties and Bonds | 03/31/06 |
| 01750 | Art in Public Places Coordination | 03/31/06 |

PART 1 - GENERAL

1.01    GENERAL DESCRIPTION OF THE PROJECT

**MIA 747B - AB Infill Shell and Interior Finishout:**

The A-B Shell and Finish Out project consists of the construction and finish-out of a three story terminal building, totaling approximately 280,000 square feet on the north side of the existing terminal building between the eastern limits of the BC Infill Project (MIA-745) eastward to Concourse 'A', including two APM Stations 'A' and 'B', and the elevated rail line between them. The renovation of existing Concourse A and Terminal A-B space totals approximately 230,000 square feet on the ground floor, approximately 87,000 square feet on the second floor and approximately 156,000 square feet on the third floor.

In general, this project will expand the existing building approximately 84 feet towards the airside. The ground floor will provide space for airline operations and the American Airlines Gate Delivery Baggage System. The second floor will accommodate new gate lounges, domestic concourse circulation spaces, airline support spaces and other public amenities for 5 wide body gates. The third floor will provide space for international inbound and in-transit passenger facilities and other airline/airport related functions.

The Automated People Mover system's guideway and two station platforms, Stations A and B, will also be constructed in this project and be located along the roof level on the new terminal expansion.

Also, minor modifications to existing Concourse A will be included to accommodate different mixes of airplanes, related passenger functions and the new baggage conveyor system.

The project will include construction of all foundations and structural frame work, exterior envelope including walls, curtainwall and roofing, stairs, elevators, escalators, interior partitions and finishes including flooring, walls, ceilings and other building components required to make the space functional for airline operations and open to the public. The project will also include complete mechanical, electrical, fire alarm, fire protection and security systems including electrical main switchgear, FPL vault, emergency generators and main electrical rooms. Water and sewer mains will be installed. All required underground and overhead utilities will also be provided under this package.

1.02    WORK COVERED BY TRADE CONTRACT DOCUMENTS

A.      The Drawings and Specifications do not necessarily indicate or describe all work, or the means and method of construction required for completion of the Project. The Trade Contractor is to provide and install all incidentals reasonably inferable from the Trade Contract Documents that are required for a complete Project.

B.      Provide all items required for complete operating systems including items not necessarily shown in these documents, but that can be reasonably inferred as being required for a complete operating system.

POJV North Terminal Development Consolidation Program
Summary of Work
Project No. 747B

May 31, 2006
Section 01010

Page 1 of 11

C. Document Review:

1. Before execution of any portion of the work, review all Drawings and Specifications and immediately report any suspected discrepancies discovered to Design Professional, in writing, with one set of Trade Contract Documents marked in red pencil clearly indicating discrepancies.

2. Omissions from Drawings and/or Specifications or misdescription of details of work that are manifestly necessary to carry out intent of Drawings and Specifications, or are customarily performed, shall not relieve Trade Contractor from performing such omitted or misdescribed details of work; but shall be performed as if fully and correctly set forth and described in Drawings and Specifications, using most appropriate method, with final approval issued by Design Professional to alleviate conflicts of scheduling, Drawings, Details, and/or Specifications.

3. Design Intent:

   a. Purpose of Drawings is to graphically depict characteristics and extent of construction.
   b. Specifications included as part of Project Manual are provided to state material type, function, and source of materials.

   c. Reference standards used in Specifications describe, by inference, specific materials and may include recommended methods of installation or application based on industry standards.

D. Provide all items required for complete operating systems including items not necessarily shown in these documents, but that can be reasonably inferred as being required for a complete operating system.

1.03 SPECIFICATION BASIS

A. The design of the project is based on various specific products, materials and or systems. The various specification sections for these products, materials and or systems are based on specific manufacturers, products, brand names and or model numbers and as such are the basis from which quality and performance shall be determined. Sometimes these various specification sections include other acceptable manufacturers and when this occurs it is understood that it is not implied that the other manufacturers have equal products, materials and or systems. Use of products, materials and or systems by other than those listed manufacturers are subject to review and acceptance following the requirements of Section 01630, Substitutions and Product Options.

1.04 PROJECT BREAKOUT IDENTIFICATION

A. The B-D Project consists of the various projects described in article 1.01 of this section. All costs and communications for the separate projects must be kept and maintained separately for the duration of the project regardless that one Trade Contractor is responsible for projects prepared by multiple Design Professionals. This includes submitting a bid breakout on the bid form for each project, and including, but not limited to separate submittals, RFI, Request

POJV North Terminal Development Consolidation Program
Summary of Work
Project No. 747B
May 31, 2006
Section 01010
Page 2 of 11

for Change Proposals, routine project communications, pay applications, permitting, etc. For submittals this will be required regardless of whether specification sections and or products of the different projects are identical. All communications for each NTD project shall include the project number and project name.

1.05    RELATED REQUIREMENTS

A.    Division 1 - General Requirements of Project Manual applies to all Specification Sections and drawings.

1.06    FORM OF TRADE CONTRACT

A.    Contract Form for this Project shall be the Trade Contract. See Section 00031.

1.07    TRADE CONTRACTOR'S USE OF PREMISES/ MAINTENANCE OF AIRPORT OPERATIONS

A.    The Trade Contractor shall control its operations and the operations of its subcontractors and suppliers so as not to compromise the Airport's security, interfere with Airport operations or with aircraft, vehicular or pedestrian traffic.

B.    The Trade Contractor is to provide for the maximum degree of safety to aircraft, the general public, airport personnel, equipment and associated facilities, and to the Trade Contractor's personnel and equipment and suppliers, etc., but shall also provide for the minimum interference to the free and unobstructed movement of vehicles and/or personnel engaged in the day to day operation of the Airport and the general public. The Trade Contractor, its Subcontractors and suppliers shall observe all Airport rules and regulations, all other operational limitations which may be imposed from time to time by MDAD, and shall provide whatever markings, lighting and/or various types of barricades, or other measures which are required to properly identify Trade Contractor personnel, equipment, vehicles, storage areas and any Trade Contractor's work areas or conditions which may be hazardous to the uninterrupted operation of aircraft, airport equipment, including but not limited to maintenance vehicles and fire rescue vehicles, other vehicles, or personnel or vehicles from any source operating on the Airport. In order to provide the maximum degree of safety on airports during construction.

C.    The Trade Contractor shall comply with the provisions of FAA Advisory Circular AC 150/5370-2, Operational Safety on Airports During Construction, current edition.

D.    The Trade Contractor shall protect, and shall not interfere with, the operation of visual and electronic signals (including power supplies thereto) used in the guidance of aircraft while operating to, from, and within the AOA.

E.    When the Work requires the Trade Contractor to work within the AOA, the Trade Contractor shall coordinate its work with MDAD (through the MGC) at least 48 hours prior to the commencement of such work. The Trade Contractor shall maintain constant communications with MDAD and the MGC; obey all instructions to vacate the AOA; obey all instructions to resume work in such AOA. Failure to maintain the specified communications or to obey instructions shall be cause for suspension of the Trade Contractor's operations within the AOA until the satisfactory conditions are provided.

F. The Trade Contractor shall furnish, erect, and maintain markings and associated lighting of open trenches, excavations, temporary stockpiles, and its parked construction equipment that may be hazardous to the operation of emergency fire-rescue or maintenance vehicles on Airport property.

G. The Trade Contractor shall furnish and erect all barricades, warnings signs, and markings for hazards prior to commencing work which requires such erection and shall maintain the barricades, warning signs, and markings for hazards until their dismantling is directed by the MGC. If the Trade Contractor fails to maintain the markings, lighting and barricades as required above, the MGC shall cause such safety measures to be installed by others. The cost for such service by others in this regard shall be borne by the Trade Contractor.

H. Use the Project Site as shown on the Site Plan and Maintenance of Traffic Drawings for execution of the Work of this Trade Contract, except as otherwise required or indicated by the requirements of Division 1 of this Project Manual and by the Trade Contract Documents.

I. Use access routes for delivery of materials and equipment as indicated in the Drawings. Do not use access routes other than those indicated.

J. Assume full responsibility for the protection and safekeeping of products under this Trade Contract, stored and/or installed on the Site. Store materials and products only in those areas indicated or allowed for staging. Move any stored products which interfere with operations of tenants, MDAD or separate contractor(s), or as required by MDAD or the MGC at no additional cost. Do not unnecessarily encumber Project Site with materials and equipment. Limit safe staging and material storage to the areas designated by the MGC. Obtain specific permission from the MGC for the use of other areas for storage and staging.

K. Protect sidewalks, pavements, curbs and utilities subject to damage by work under this Trade Contract. Repair or replace any existing work damaged by Trade Contractor personnel and/or equipment.

L. Limit parking and staging areas for Trade Contractor's personnel and equipment to areas designated by the MGC..

M. Obtain proper permits for concrete batch plants and rock crushing operations. Obtain written approval of MDAD and the MGC prior to set up. Obtain all permits required for construction.

N. Obtain necessary permits for operation of cranes on Site.

O. Provide temporary warning signage and obstruction lighting required by the FAA or MDAD Airside Operations.

1.08 WORK ON EASEMENTS, ROW AND ADJACENT PROPERTY

A. Obtain permission from the property owners, obtain and pay all fees required by applicable governing authorities, prior to commencing work on easements, right-of-ways, and adjacent property.

B. Post all notices and warning signs required by applicable governing authorities.

POJV North Terminal Development Consolidation Program
Summary of Work
Project No. 747B

May 31, 2006
Section 01010

Page 4 of 11

C. Perform work on easements, right-of-ways, and adjacent property in accordance with local codes and ordinances and utility company requirements.

D. Isolate all work from existing tenants by use of temporary walls and/or barricades.

1.09 WORK SEQUENCE

A. Execute work in orderly manner coordinated with the work of separate contracts at the tenant facilities and to all other facilities and operations at MIA impacted by the Work.

B. Minimum disruption of Airport operation and use of adjacent facilities and access to those facilities is required. Cooperation with tenants and MDAD to minimize inconvenience is required.

C. Construct Work in stages, if required, to minimize public inconvenience, to other contractors, airlines and tenants.

D. The MGC may require certain work to be performed after normal working hours or on holidays or weekends. Such work does not constitute a change of scope or additional cost.

E. Work in specific areas (i.e. electrical rooms, Passageways) may require Temporary Certificates of Occupancy (TCO), since the facilities require ongoing, uninterrupted activity through several phase construction sequences. The Trade Contractor shall identify areas to be complete and functional prior to final completion and whether these areas require a TCO. The Trade Contractor shall consult and coordinate all phased work TCO's with the Design Professional and Miami-Dade Building Department. The Trade Contractor is also responsible for the renewal of TCO's as stated in the SFBC (1994) 3.07.5(b) as may be necessary for uninterrupted use and/or occupation of portion of the work.

F. Schedule and coordinate work in all areas occupied by MDAD or tenants, and other areas used for MDAD or tenants representatives. Work required in occupied areas or other operational areas of the facility shall be performed after normal working hours. Such areas shall be restored to their original condition on a daily basis so as to minimize disruption of normal operations.

G. The Trade Contractor of this Project should assume the contractors of the other Projects will be on Site during a portion of, or all of, this Trade Contract duration. The Trade Contractor of this Project will be required to schedule his construction activities, mobilization, and material deliveries with the advance understanding that numerous other contractors will be active throughout the Project.

H. MDAD tenant contractors for concessions need to have access to begin the concessions construction. Before Substantial Completion occurs the concessions contractors will require 90 days for retail, 120 days for small food and 180 days for large food concessions. Access to concessions areas should be coordinated in the construction schedule.

1.10 WORK AFTER NORMAL WORKING HOURS AND RESTRICTED WORKING HOURS

A. A portion of the work for this project will be required to be done after normal working hours

POJV North Terminal Development Consolidation Program
Summary of Work
Project No. 747B
May 31, 2006
Section 01010
Page 5 of 11

or during restrictive working hours. The Trade Contract Documents, including the balance of this Section, identify what work shall be executed after normal working hours or restricted working hours. In addition to work identified in the Trade Contract Documents as being performed after normal working hours the following work shall also be restricted to after normal working hours:

1. All work which might interfere with existing MDAD or tenants operations by creating excessive noise, fumes, or dust or that would expose occupants to any hazards not normally encountered in their daily routine, such as, but not necessarily limited to, demolition of slabs, operation of gasoline or diesel engines greater than 5 horsepower, operation of jack-hammers, operation of pile driving equipment, and loading and hauling of debris and similar construction related activities.

2. All work within MDAD or tenants operational areas or within active tug drives.

B. In addition to the above mentioned requirements for work to be performed after normal working hours, MDAD or tenants may require certain work to be performed after normal working hours or during restricted working hours or on holidays or weekends, in order to avoid disruption to their current operations. Such work shall not constitute a change of scope or additional cost.

C. Work, which is required to be executed after normal working hours, shall be performed between the hours of 11:00 P.M. and 5:00 A.M., unless specifically noted otherwise. All restrictive working hours shall be as specified or as required by MDAD or tenants. All costs associated with such work – which is performed after normal working hours or during restricted working hours- shall be included in the base bid.

1.11   WORK IN OCCUPIED OR OPERATIONAL AREAS

A. When performing work in occupied or operational areas, including delivery of material and removal of debris, the Trade Contractor shall provide temporary movable barricades, tarps or visqueen and any other measures necessary to protect airport tenant's employees and the general public, as well as existing finishes, furnishing, equipment and supplies. Dust shall be prevented from migrating to adjacent areas outside the work area by the use of visqueen barriers tightly sealed at all floor, wall and ceiling surfaces and prior to commencement of each day's normal operations. At the end of each work shift, the Trade Contractor shall remove all tarps, barricades, construction materials, tools and debris and shall leave the premises ready for use with floors vacuum or mop clean, depending on the floor surface.

B. The Ramp Level area of the existing facility to remain is a functioning Baggage Handling and Sorting zone. Airline tenant personnel, baggage tugs, carts and an existing baggage conveyor system (that shall remain fully operational, without any interruption during the construction of this Project) occupy the sector.

C. A future automated outbound baggage conveyor system is being designed for installation in the Ramp Level area, under a separate contract (Project MIA 703A), and is included in the Trade Contract Documents for reference.

D. All utilities at Ramp Level shall be located to provide clearances as required for the existing conveyor system, the installation of the temporary and interim conveyor systems under

separate projects 745C and 703C and the future conveyor system under project 703A. The Trade Contractor and all Subcontractors, installing or modifying utilities at Ramp Level, shall be required to coordinate with the baggage systems right-of-way, prior of installation of any piping, conduits, ductwork or other utilities. A first come first serve design and installation mentality is not acceptable. Any cost necessary to remedy utility conflicts in the field that can be avoided with reasonable coordination by the Trade Contractor (including preparation of coordination drawings if necessary) is not to be considered justifiable as additional cost to MDAD or the MGC.

E.   In accordance with article 1.11 C and Section 01040, the Trade Contractor and Subcontractors shall hold a pre-installation meeting, attended by the baggage system Design-Build contractor and their site foreman, American Airlines and their baggage system Consultant, the MGC, the Program Manager and the Design Professional, to establish/confirm a clear baggage conveyor system ROW and installation sequences that will not conflict with the ability to install the conveyor system with the required clearances.

F.   No work shall proceed until all contractors agree on an installation sequence and routing paths, and all new work required to be replaced because of conflicts with stated baggage and headroom clearances shall be replaced or relocated at no additional expense to MDAD and or the MGC. The Trade Contractor is required to submit multi-trade coordination drawings wherever meticulous and critical coordination is required.

1.12   TEMPORARY SUSPENSION OF WORK

A.   MDAD and the MGC shall have the authority to suspend the work wholly, or in part, for such period or periods as may be deemed necessary, because of unsuitable weather, for failure of surety, or other conditions unfavorable for the prosecution of the work, or for failure on the part of the Trade Contractor to carry out the instructions of MDAD and/or the MGC as provided for in the Trade Contract Documents.

B.   If it should become necessary to suspend the work for an indefinite period, the Trade Contractor shall store all materials in such a manner that they will not become an obstruction, nor become damaged in any way, and it shall take every precaution to prevent damage or deterioration of the work performed. The Trade Contractor shall construct temporary structures where necessary to provide for traffic on, to, or from the airport.

C.   The Trade Contractor shall not suspend the work without written order from the MGC.

D.   In the event that the Trade Contractor is ordered by the MGC, in writing, to suspend work for some unforeseen cause not otherwise provided for in the Trade Contract Documents and over which the Trade Contractor, his Subcontractors, Suppliers or Materialmen have no control, the period of such shutdown, if it causes delay in the completion time, may be considered Compensable Excusable delay as provided elsewhere in the Trade Contract Documents. The period of shutdown shall be computed from the effective date of the MGC's order to suspend work to the effective date of the MGC's order to resume the work. No provision of this article shall be construed as entitling the Trade Contractor to compensation for delays due to inclement weather, for suspensions made at the request of the Trade Contractor, or for any other delay provided for in the Trade Contract Documents.

E.   Nothing in this Trade Contract shall be construed as entitling the Trade Contractor to

POJV North Terminal Development Consolidation Program
Summary of Work
Project No. 747B
May 31, 2006
Section 01010
Page 7 of 11

compensation for delays due to failure of Surety, suspensions ordered as a result of the Trade Contractor's nonconformance with the Trade Contract Documents, as a result of the Contractor's failure to carry out the instructions of the MGC or for any other delays not specifically deemed to be Compensable Excusable Delay, as provided for elsewhere in the Trade Contract Documents.

1.13    TERMINATION FOR NATIONAL EMERGENCIES

A.    See General Conditions Provisions, Article 13.

1.14    COMPLETION

A.    The Project shall be completed in accordance with the Trade Contract Documents.

1.15    ONGOING CONTRACTS

A.    The Trade Contractor accepts the in-place work of other contracts already awarded and under construction by others as existing conditions. The Trade Contractor agrees to coordinate and make tie-ins with the work of others. Coordination among Trade Contractors shall continue for the duration of the Contracts.

B.    Work of the Project which will be executed by others is designated "NIC" or "By Others" on the Plans.

C.    MDAD and/or the MGC have awarded contracts for construction in the vicinity of, as well as within the designated work areas of, this Trade Contract. MDAD and/or the MGC may award other contracts for other works in the vicinity of, as well as within the designated work areas of this Trade Contract, and this Trade Contractor shall fully cooperate with other contractors and carefully fit his own work to that provided by those other contractors as may be directed by the MGC and/or the Design Professional. The Trade Contractor shall establish regular working relations with all contractors working within the same area and in areas adjacent to the construction site. Cooperation and coordination requirements with those other contractors include, but are not limited to, the following:

1.    Attend coordination and their progress meetings (weekly or more frequently), which are in part described in Section 01200.
2.    Communicate weekly or more often, as circumstances may dictate, with other contractors whose work interfaces with the Trade Contractor's Work.
3.    Coordinate construction schedules, including the timely exchange of information with other contractors on schedule information that could affect the other contractors or this Trade Contractor.
4.    Provide staging areas within the Trade Contractor's work site and access to the work site for other contractors.
5.    Cooperate in the coordination for the scheduling of deliveries to other contractors.
6.    Arrange traffic control to minimize conflicts and allow a smooth flow of work.
7.    Cooperate in the coordination for on site storage areas for the material of other contractors that is close to their work.

POJV North Terminal Development Consolidation Program
Summary of Work
Project No. 747B
Page 8 of 11

May 31, 2006
Section 01010

8. Satisfy any other requirements for cooperation and coordination set forth in Trade Contract Documents.

9. Contracts which the MGC and/or MDAD either have awarded or may award during the life of this Trade Contract and which may require interface with this Trade Contract include, but are not limited to:

    a. MIA 701C - NTD Exterior Curtain Wall and Glazing.
    b. MIA 701E - Elevators, Escalators and Moving Walks.
    c. MIA 702A - APM System
    d. MIA 703A - Baggage System.
    e. MIA 703C - BEA Baggage System Modifications.
    f. MIA 737G - CD Infill Shell.
    g. MIA 737H - CD Infill Premise Distribution System.
    h. MIA 741E - D Extension Shell and Apron.
    i. MIA 745A - BC Utilities, Demolition, C-Throat Connection Corridor.
    j. MIA 745B - BC Infill Shell
    k. MIA 755R - FIS interim remodeling.
    l. MIA 756A - AC Remodel Airline Ticket and Baggage Claim.
    m. MIA 756B - AC Concessions, Restrooms

D. The Trade Contractor shall afford MDAD, the MGC and separate contractors reasonable and safe access to and across the Project site and reasonable opportunity for the introduction and storage of their materials and equipment and the execution of their work within or adjacent to the Project site and shall connect and coordinate the Trade Contractor's Work with their work as required by the Trade Contract Documents. MDAD and/or the MGC and the Design Professional may also require that the Trade Contractor and other contractors use certain facilities and areas concurrently.

E. If any part of the Trade Contractor's work depends for proper execution or results upon the work of MDAD and/or the MGC or of any other contractor, the Trade Contractor shall monitor and keep himself informed of the progress and details of such work, by attendance at job coordination meetings held by MDAD and/or the MGC, or the other contractor, observation of the work site and communication with other contractors. The Trade Contractor shall promptly report in writing to the Design Professional apparent discrepancies, or defects in such other work that render it unavailable, defective or unsuitable for the Trade Contractor to properly perform the Work. Failure by the Trade Contractor to so promptly report shall constitute an acceptance of the other work as fit, proper and ready for integration with the Trade Contractor's Work except for latent defects. Any costs caused by defective or ill-timed performance shall be borne by the party responsible.

If the Trade Contractor, through his acts or omissions, causes loss, damage or delay to the Work or property of any separate contractor or subcontractor, the Trade Contractor shall, upon due notice, promptly remedy such loss, damage or delay, or otherwise settle with such other contractor or subcontractor by agreement or otherwise

1.16 OWNER'S SURVEY:

A. The Trade Contractor shall verify all survey data indicated on the drawing and report any errors and inconsistencies in writing to the MGC before work is performed in the areas where errors and inconsistencies exist.

POJV North Terminal Development Consolidation Program
Summary of Work
Project No. 747B
Page 9 of 11

May 31, 2006
Section 01010

B.      Refer to Section 01050, Field Engineering.

## 1.17   STAGING AREA, ACCESS ROADS AND PARKING AREAS

A.      Additional access roads to the Project Site and parking areas shall be furnished and maintained by the MGC during all weather conditions as required by the Project. Prior approval by MDAD of proposed road(s), parking areas, and staging areas to be constructed by the MGC is required.

## 1.18   PARTIAL OCCUPANCY

A.      Trade Contractor agrees to the use and occupancy of portions of the Project by MDAD or its tenants prior to Substantial Completion of the entire Project or portions thereof.

B.      Trade Contractor provides:

     1.     Access for MDAD or tenant personnel.

     2.     Operation of heating, ventilating, air-conditioning and electrical systems.

C.      MDAD's right to perform work with "others" shall not constitute occupancy, partial occupancy or Substantial Completion.

## 1.19   SUBCONTRACTORS

A.      Subcontractors and suppliers shall be governed by the same requirements as those for the Trade Contractor in the Trade Contract Documents.

B.      Within 7 days after the Notice to Proceed is issued, submit to the Design Professional a complete list of all subcontractors and material suppliers to be employed. The list shall include company name and address, telephone number, contact, and scope of work to be performed, and dollar value of contract.

## 1.20   SAFETY AND SECURITY

A.      Safety and security of the work area of the Trade Contractor is the sole responsibility of the Trade Contractor. The Trade Contractor will comply with MDAD guidelines, FAA criteria and all other applicable safety requirements. Any safety concerns given to the Trade Contractor by the MGC, MDAD, and FAA will be addressed and corrected as required by the Trade Contractor the day presented.

B.      MDAD and/or the MGC can, at their option, correct the safety concerns noted to the Trade Contractor. The costs of the corrections will be deducted from the Trade Contract Price. The MGC can withhold the Trade Contractor's monthly application for payment should outstanding safety concerns go uncorrected by the Trade Contractor.

## 1.21   CLEANUP

A.      The Site, work area and entrance roads to the Site shall be maintained clean and free of debris

POJV North Terminal Development Consolidation Program      May 31, 2006
Summary of Work      Section 01010
Project No. 747B
Page 10 of 11

by the Trade Contractor at all times. The MGC reserves the right to perform cleaning and deduct the cost from the Trade Contractor's Contract Price.

PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Summary of Work
Project No. 747B

May 31, 2006
Section 01010

Page 11 of 11

SECTION 01015

ABBREVIATIONS, DEFINITIONS AND TERMINOLOGY

PART 1 - GENERAL

1.01    RELATED REQUIREMENTS

    A.    Division 1 - General Requirements of the Project Manual are applicable in the execution of all Specification Sections and drawings.

    B.    Reference standards, abbreviations, symbols, legends and definitions contained in this Section are not necessarily complete lists, but are general to the extent they are not defined explicitly elsewhere in the Trade Contract Documents.

1.02    REFERENCE STANDARDS

    A.    The Trade Contract, Plans, Specifications, and all referenced standards cited are essential parts of the Trade Contract requirements. A requirement occurring in one is as binding as though occurring in all. They are intended to be complementary and to describe and provided for a complete work.

    B.    Applicability of Standards: Except where Trade Contract Documents include more stringent requirements, applicable construction industry standards regardless of lack of reference within the Trade Contract Documents have same force and effect as if bound or copied directly into the Trade Contract Documents. Individual Sections indicate codes and standards the Trade Contractor must keep available at Project Site for reference.

        1.    Referenced standards take precedence over standards that are not referenced but recognized in construction industry as applicable.

        2.    Unreferenced Standards: Except as otherwise limited by the Trade Contract Documents, standards not referenced but recognized in industry as applicable will be enforced for performance of the Work. The Design Professional will decide whether code or standard is applicable, or which of several are applicable.

    C.    When a standard is referred to in an individual Specification Section, by a specific date of issue, it shall be considered a part of the Trade Contract Documents. When such references do not include a specific date of issue, it shall be considered to be latest edition with supplements or amendments at date of Project Manual.

    D.    Make available at Project Site copies of reference standards as required, or as MDAD or DP may request. Maintain copies at Project Site throughout construction period. Submit copies, organized as instructed by DP, at Project Closeout as part of Project Record Documents in accordance with Section 01720.

    E.    Conflicting Requirements: Where compliance with two or more standards is specified, and they establish different or conflicting requirements for minimum quantities or quality levels,

POJV North Terminal Development Consolidation Program        March 31, 2006
Abbreviations, Definitions and Terminology        Section 01015
Project No. 747B

Page 1 of 25

the most stringent requirement will be enforced. Refer all requirements that are different, but apparently equal, and uncertainties as to which level is more stringent to the DP for decision before proceeding.

1. Minimum Quantities or Quality Levels: In every instance, quantity or quality level shown or specified shall be minimum to be provided or performed.

2. Actual installation may comply exactly, within specified tolerances with minimum or quality specified, or it may exceed that minimum within reasonable limits.

3. In complying with these requirements, indicated numeric values are minimum or maximum values, as noted, or appropriate for context of requirements.

4. Refer instances of uncertainty to the DP for decision before proceeding.

F. Copies of Standards: Each entity engaged in construction on Project is required to be familiar with industry standards applicable to that entities' construction activity. Copies of applicable standards are not bound within the Project Manual.

1. Where copies of standards are needed for performance of required construction activity, Trade Contractor shall obtain copies directly from publication source.

2. Although copies of standards needed for enforcement of requirements may be part of required submittals, the DP reserves right to require Trade Contractor to submit additional copies as necessary for enforcement of requirements.

3. Maintain copies at Project Site throughout construction period. Submit copies, organized as instructed by the DP, at Project Closeout as part of Project Record Documents in accordance with Section 01700.

G. Abbreviations and Names: Trade association names and title of general standards are frequently abbreviated. Where acronyms or abbreviations are used in Specifications or other Trade Contract Documents they mean recognized name of trade association, standards generating organization, authority having jurisdiction, or other entity applicable to context of text provision. Refer to "Encyclopedia of Associations, " published by Gale Research Company.

1.03 ORGANIZATION, SOCIETY AND OTHER STANDARD ABBREVIATIONS

A. The following organizations, societies, institutes, federal and local agencies are incorporated into Trade Contract Documents when indicated. The listed names and addresses are subject to change without notice, are provided for Trade Contractor's information, and are believed to be accurate and current as of date of issue of Project Manual:

ABPA        Acoustical and Board Products Association:
            205 West Tougy Avenue, Park Ridge, IL 60068  312/692-5178.

ASA         Acoustical Society of America:
            Suite 1 NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502,  516/576-2360

| ASC | Adhesive and Sealant Council: |
| | 7979 Old Georgetown Road, Suite 500 Bethesda, Maryland 20814, 301/986-9700 |

ASC      Adhesive and Sealant Council:
7979 Old Georgetown Road, Suite 500 Bethesda, Maryland 20814, 301/986-9700

ARI      Air Conditioning and Refrigeration Institute:
4301 North Fairfax Drive, Suite 425, Arlington, VA 22203, 703/524-8800

AMCA      Air Movement and Control Association International, Inc.
30 West University Drive, Arlington Heights, IL 60004-1893, 847/394-0150

AA      Aluminum Association:
900 19th Street, N.W., Washington, D.C. 20006 202/862-5100.

AAMA      American Architectural Manufacturers Association:
1827 Walden Office Square, Suite 104, Schaumburg, Illinois 60173-4268 847/303-5664

AAES      American Association of Engineering Societies:
1111 19th St., NW, Suite 403, Washington, DC 20036 888/400-2237

AASHTO      American Association of State Highway and Transportation Officials:
444 North Capitol Street N.W., Suite 249, Washington, D.C. 20001 202/624-5800.

ACI      American Concrete Institute:
PO Box 9094, Farmington Hills, MI 48333 248/848-3700

ACPA      American Concrete Pipe Association:
222 W. Las Colinas Blvd., Suite 641, Irving, TX 75039-5423 972/506-7216

ACIL      American Council of Independent Laboratories:
1725 K. Street N.W. Suite 301, Washington, D.C. 20006 202/887-5872.

AGA      American Galvanizers Association:
6881 South Holly Circle, Suite 108, Englewood, Colorado 80112 800/468-7732

AGA      American Gas Association:
400 N. Capitol Street, N.W., Washington, DC 20001 202/824-7000

AHA      American Hardboard Association:
1210 West Northwest Highway, Palatine, IL 60067 847/934-8800.

AHMA      American Hardware Manufacturers Association:
801 North Plaza Drive, Schaumburg, IL 60173-4977 847-605-1025

AIA      American Institute of Architects:
1735 New York Avenue N.W., Washington, D.C. 20006 800/242-3837.

AISC      American Institute of Steel Construction:
One East Wacker Drive, Suite 3100, Chicago, IL 60601-2001 312/670-2400.

POJV North Terminal Development Consolidation Program      March 31, 2006
Abbreviations, Definitions and Terminology      Section 01015
Project No. 747B

Page 3 of 25

| AISI | American Iron and Steel Institute:<br>1101 17th Street, N.W., Suite 1300, Washington, D.C. 20036  202/452-7100. |
| --- | --- |
| ALSC | American Lumber Standards Committee:<br>P.O. Box 210, Germantown, MD 20874  301/972-1700. |
| ANSI | American National Standards Institute:<br>25 West 43rd Street, New York, NY 10036 Telephone: 212/642-4900 |
| APFA | American Pipe Fittings Association:<br>111 Park Place, Falls Church, Va 22046-4513  703/538-1786 |
| APA | American Plywood Association – Engineered Wood Association:<br>P. O. Box 11700, Tacoma, WA 98411-0700  253/565-6600. |
| ASCE | American Society of Civil Engineers:<br>1801 Alexander Bell Drive, Reston, VA 20191, 800/548-2723 |
| ASHRAE | American Society of Heating, Refrigerating and Air Conditioning Engineers, Inc.:<br>1791 Tullie Circle, N.E. Atlanta, GA 30329  404/636-8400. |
| ASLA | American Society of Landscape Architects:<br>636 Eye Street, NW, Washington, DC 20001-3736  202/466-7730. |
| ASME | American Society of Mechanical Engineers:<br>Three Park Avenue, New York, NY 10016-5990  800/843-2763 |
| ASM | American Society of Metals:<br>9639 Kinsman Road, Materials Park, OH 44073-0002  440/338-5151. |
| ASPE | American Society of Plumbing Engineers:<br>8614 Catalpa Avenue, Suite 1007, Chicago, IL 60656-1116  773/693-2773. |
| ASSE | American Society of Sanitary Engineering:<br>901 Canterbury, Suite A, Westlake, OH 44145  440/835-3040 |
| ASTM | American Society for Testing and Materials:<br>ASTM, 100 Barr Harbor Drive, West Conshohocken, PA 19428-2959 |
| ASA | American Subcontractors Association:<br>1004 Duke Street, Alexandria, VA 22314  703/684-3450. |
| AWS | American Welding Society, Inc.:<br>550 N.W., LeJeune Road, Miami, FL 33126  305/443-9353. |
| AWPA | American Wood Preservers Association:<br>P. O. Box 5690, Granbury Texas 76049-0690  817/326-6300 |
| APA | Architectural Precast Association: |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 4 of 25

6710 Winkler Road, Suite 8, Fort Myers, FL 33919   941/454-6989

| AWI | Architectural Woodwork Institute: |
|---|---|
| | 1952 Issac Newton Square West, Reston, VA 20190  703/733-0600 |

AWI
Architectural Woodwork Institute:
1952 Issac Newton Square West, Reston, VA 20190  703/733-0600

AI
Asphalt Institute:
Research Park Drive, P.O. Box 14052, Lexington, KY 40512-4052  859/288-4960

ARMA
Asphalt Roofing Manufacturers Association:
4041 Powder Mill Rd., Suite 404, Calverton, Maryland. 20705  301/348.2002

AGC
Associated General Contractors of America:
333 John Carlyle Street, Suite 200, Alexandria, Va. 22314  703/548.3118

AWCIA
Association of the Wall and Ceiling Industries International:
803 West Broad Street, Suite 600, Falls Church, VA 22046  703/534-8300

BIA
Brick Industry Association:
11490 Commerce Park Drive, Suite 300, Reston, VA 22091  703/620-0010.

BHMA
Builders Hardware Manufacturers Association:
355 Lexington Avenue, 17th floor, New York, NY 10017  212/297-2122

BOCA
Building Officials and Code Administrators:
4051 West Flossmoor Road, Country Club Hills, IL 60478  708/799-2300

BSI
Building Stone Institute:
P.O. Box 507, Purdys, NY 10578  914/232-5725

CRI
Carpet and Rug Institute:
P. O. Box 2048, Dalton, GA 30722  706-278-3176

CISPI
Cast Iron Soil Pipe Institute:
5959 Shallowford Road, Suite 419, Chattanooga, TN 37421  407/963-7326

CISCA
Ceilings and Interior Systems Construction Association:
1500 Lincoln Highway, Suite 202, St. Charles, IL 60174  630/584-1919

CTIOA
Ceramic Tile Institute of America:
700 North Virgil Avenue, Los Angeles, CA 90029  310/574-7800.

CBM
Certified Ballast Manufacturers:
355 Lexington Ave., New York, NY 10017  212/297-2122

CLFMI
Chain Link Fence Manufacturers Institute:
10015 Old Columbia Road, Suite B-215, Columbia, MD 21046  301/596-2583

CS
Commercial Standard of NBS (U.S. Department of Commerce):
Government Printing Office, Washington, D.C. 20402

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B
March 31, 2006
Section 01015
Page 5 of 25

6710 Winkler Road, Suite 8, Fort Myers, FL 33919   941/454-6989

AWI
Architectural Woodwork Institute:
1952 Issac Newton Square West, Reston, VA 20190  703/733-0600

AI
Asphalt Institute:
Research Park Drive, P.O. Box 14052, Lexington, KY 40512-4052  859/288-4960

ARMA
Asphalt Roofing Manufacturers Association:
4041 Powder Mill Rd., Suite 404, Calverton, Maryland. 20705  301/348.2002

AGC
Associated General Contractors of America:
333 John Carlyle Street, Suite 200, Alexandria, Va. 22314  703/548.3118

AWCIA
Association of the Wall and Ceiling Industries International:
803 West Broad Street, Suite 600, Falls Church, VA 22046  703/534-8300

BIA
Brick Industry Association:
11490 Commerce Park Drive, Suite 300, Reston, VA 22091  703/620-0010.

BHMA
Builders Hardware Manufacturers Association:
355 Lexington Avenue, 17th floor, New York, NY 10017  212/297-2122

BOCA
Building Officials and Code Administrators:
4051 West Flossmoor Road, Country Club Hills, IL 60478  708/799-2300

BSI
Building Stone Institute:
P.O. Box 507, Purdys, NY 10578  914/232-5725

CRI
Carpet and Rug Institute:
P. O. Box 2048, Dalton, GA 30722  706-278-3176

CISPI
Cast Iron Soil Pipe Institute:
5959 Shallowford Road, Suite 419, Chattanooga, TN 37421  407/963-7326

CISCA
Ceilings and Interior Systems Construction Association:
1500 Lincoln Highway, Suite 202, St. Charles, IL 60174  630/584-1919

CTIOA
Ceramic Tile Institute of America:
700 North Virgil Avenue, Los Angeles, CA 90029  310/574-7800.

CBM
Certified Ballast Manufacturers:
355 Lexington Ave., New York, NY 10017  212/297-2122

CLFMI
Chain Link Fence Manufacturers Institute:
10015 Old Columbia Road, Suite B-215, Columbia, MD 21046  301/596-2583

CS
Commercial Standard of NBS (U.S. Department of Commerce):
Government Printing Office, Washington, D.C. 20402

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B
March 31, 2006
Section 01015
Page 5 of 25

| CRSI | Concrete Reinforcing Steel Institute:<br>933 N. Plum Grove Road, Schaumburg, IL 60193  847/517-1200 |
|---|---|
| CSI | Construction Specifications Institute:<br>99 Canal Center Plaza, Suite 300, Alexandria VA 22301 800/689-2900 |
| CTI | Cooling Technology Institute:<br>530 Wells Fargo Dr., Suite 218, Houston, TX 77090  281/583-4087 |
| CDA | Copper Development Association:<br>260 Madison Avenue, New York, NY 10016  212/251-7200 |
| DHI | Door and Hardware Institute:<br>14150 Newbrook Dr., Suite. 200, Chantilly, VA 20151-2223  703/222-2010 |
| EMMA | Expanded Metal Manufacturers Association:<br>8 South Michigan Avenue, Suite 1000, Chicago, Illinois 60603  312/332-0405 |
| FM | Factory Mutual Engineering Corporation:<br>1151 Boston-Providence Turnpike, Norwood, MA 02062  617/762-4300 |
| FS | Federal Specifications (General Services Administration):<br>Building 197, Washington Navy Yard S.E., Washington, D.C. 20407 |
| FGMA | Flat Glass Marketing Association:<br>3310 Harrison, Topeka, KS 66611  913/266-7013 |
| FSCSI | Food Service Consultants Society International:<br>12345 30th Avenue N.E., Suite H, Seattle, WA 98125  206/367-7274 |
| GSA | General Services Administration:<br>18th and F Street N.W., Washington, D.C. 20405  202/655-4000 |
| GTA | Glass Tempering Association:<br>3310 Harrison Street, Topeka, KS 66611  913/266-7064 |
| HPVA | Hardwood Plywood and Veneer Association:<br>P. O. Box 2789, Reston, VA 20195  703/435-2900 |
| IESNA | Illuminating Engineering Society of North America:<br>120 Wall Street, Floor 17, New York, NY 10005  212/248-5000 |
| IFI | Industrial Fasteners Institute:<br>1717 East Ninth Street, Suite 1105 - Cleveland, Ohio 44114-2879  216/241-1482 |
| IRI | Industrial Risk Insurers:<br>85 Woodland Street, Hartford, CT 06102  203/525-2601 |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 6 of 25

| IEEE | Institute of Electrical and Electronics Engineers:<br>3 Park Avenue, 17th Floor, New York, New York 10016-5997  212/419-7900 |
|------|---|
| ISA | Instrument Society of America:<br>67 Alexander Drive, P. O. Box 12277, Research Triangle Park, NC 27709  919/549-8411 |
| ICBO | International Conference of Building Officials:<br>5360 South Workmen Mill Road, Whittier, CA 90601-2298  562/699-0541 |
| IILP | International Institute for Lath & Plaster:<br>25332 Narbonne Avenue, Suite 170, Lomita, CA 90717  213/539-6080 |
| IAPMO | International Institute of Plumbing & Mechanical Officials:<br>5032 Alhambra Avenue, Los Angeles, CA 90032  213/233-1471 |
| IMI | International Masonry Institute:<br>The James Brice House, 42 East Street, Annapolis, MD 21401  410-280-1305 |
| IWA | International Waterproofing Association:<br>Avenue Grand-Champs 148, B-1150 Brussels, Belgium 704172<br>Telex 21499 ADEB-B |
| MSSVFI | Manufacturers Standardization Society of the Valve & Fitting Industry:<br>127 Park Street N.E., Vienna, VA 22180-4602  703/281-6613 |
| MIA | Marble Institute of America:<br>30 Eden Alley, Suite 301, Columbus, Ohio 43215  614/228-6194 |
| MLSFA | Metal Lath/Steel Framing Association:<br>600 South Federal, Suite 400, Chicago, IL 60605  312/346-1600 |
| NAPA | National Asphalt Pavement Association:<br>6811 Kenilworth Avenue, Riverdale, MD 20737  301/779-4880 |
| NAAMM | National Association of Architectural Metal Manufacturers:<br>8 South Michigan Avenue, Suite 1000, Chicago, Illinois 60603  312/332-0405 |
| NACE | National Association of Corrosion Engineers:<br>1440 South Creek Drive, Houston, TX 77084  713/492-0535 |
| NAEC | National Association of Elevator Contractors:<br>1298 Wellbrook Circle, Suite A, Conyers, GA 30012  800/900-6232 |
| NBS | National Bureau of Standards (U.S. Department of Commerce):<br>Gaithersburg, MS 20899  301/921-1000 |
| NCMA | National Concrete Masonry Association:<br>2302 Horse Pen Road, Herndon, VA 22070  703/713-1900 |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 7 of 25

| NEMA | National Electrical Manufacturers Association:<br>1300 North 17th Street, Suite 1847, Rosslyn, Virginia 22209  703/841-3200 |
| --- | --- |
| NEI | National Elevator Industry, Inc.:<br>630 Third Avenue, New York, NY 10016  212/986-1545 |
| NFPA | National Fire Protection Association:<br>1 Batterymarch Park, Quincy, MA 02269-9101  800/344-3555 |
| NFPA | National Forest Products Association:<br>1250 Connecticut Avenue N.W., Washington, D.C. 20036  202/463-2763 |
| NGA | National Glass Association:<br>8200 Greensboro Drive, Suite 302, McLean, VA 22102  703/442-4890. |
| NHLA | National Hardwood Lumber Association:<br>P. O. Box 34518, Memphis, TN 38134  901/377-1818. |
| NIBS | National Institute of Building Sciences:<br>1090 Vermont Avenue, NW, Suite 700, Washington, D.C. 20005-4905  202/289-7800 |
| NPCA | National Paint and Coatings Association:<br>1500 Rhode Island N.W., Washington, D.C. 20005  202/462-6272 |
| NRMCA | National Ready Mixed Concrete Association:<br>900 Spring Street, Silver Spring, MS 20910  301/587-1400 |
| NRCA | National Roofing Contractors Association:<br>10255 W. Higgins Road, Suite 600, Rosemont, IL 60018.  847/299-9070 |
| NSF | National Sanitation Foundation:<br>P. O. Box 1468, Ann Arbor, MI 48106  313/769-8010 |
| NTMA | National Terrazzo and Mosaic Association:<br>110 East Market Street, Suite 200A, Leesburg, Virginia  20176  800-323-9736 |
| NWMA | National Woodwork Manufacturers Association, Inc.:<br>400 West Madison Street, Chicago, IL 60605  312/782-6232 |
| PDCA | Painting and Decorating Contractors of America:<br>3913 Old Lee Highway, Second Floor, Fairfax, Virginia 22030  703/383-0800 |
| PDI | Plumbing and Drainage Institute:<br>45 Bristol Drive, South Easton, MA 02375  800/589-8956 |
| PEI | Porcelain Enamel Institute:<br>5696 Peachtree Parkway, P. O. Box 920220, Norcross, GA 30092  770/242-2632 |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 8 of 25

| PCA | Portland Cement Association:<br>5420 Old Orchard Road, Skokie, IL 60077  847/966-6200 |
| --- | --- |
| PCI | Precast/Prestressed Concrete Institute:<br>175 W. Jackson Boulevard, Chicago, IL 60604  312/786-0300 |
| PS | Product Standards of NBS (U.S. Department of Commerce):<br>Government Printing Office, Washington, D.C. 20402 |
| RFCI | Resilient Floor Covering Institute:<br>966 Hungerford Drive, Suite 12B, Rockville, MD 20850  301/340-8580 |
| RFCA | Resilient Flooring and Carpet Association:<br>7700 Edgewater Drive, Suite 832, Oakland, CA 94621  415/568-8373 |
| SWRI | Sealant, Waterproofing and Restoration Institute:<br>14 West Third Street, Suite 200, Kansas City, MO 64105  816/472-7974 |
| SIGMA | Sealed Insulating Glass Manufacturers Association:<br>111 E. Wacker Drive, Suite 600, Chicago, IL 60601  312/644-6610 |
| SMACNA | Sheet Metal and Air Conditioning Contractors National Association, Inc.:<br>4201 Lafayette Center Drive, Chantilly, Virginia 20151-1209  703/803-2980 |
| SPRI | Single Ply Roofing Institute:<br>200 Reservoir Street, Suite 309A, Needham, MA 02494 781/444 0242 |
| SBCCI | Southern Building Code Congress International:<br>900 Montclair Road, Birmingham, AL 35213  205/591-1853 |
| SPIB | Southern Pine Inspection Bureau:<br>4709 Scenic Highway, Pensacola, FL 32504  904/434-2611 |
| SDI | Steel Deck Institute:<br>Post Office Box 25, Fox River Grove, IL 60021-0025  847/462-1930 |
| SDI | Steel Door Institute:<br>30200 Detroit Road, Cleveland, OH 44145-1967  440-899-0010 |
| SJI | Steel Joist Institute:<br>3127 10th Ave. North Ext., Myrtle Beach, SC 29577-6760 843/626-1995 |
| SSPC | Steel Structures Painting Council:<br>4400 5th Avenue, Pittsburg, PA 15213  412/268-3327 |
| TCA | Tile Council of America:<br>100 Clemson Research Blvd., Anderson, SC 29625  864/646-8453 |
| UL | Underwriters Laboratories, Inc.: |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 9 of 25

333 Pfingsten Road, Northbrook, IL 60062-2096  847/272-8800

| | |
|---|---|
| USDA | United States Department of Agriculture:<br>Fourteenth and Independence Avenue S.W., Washington, D.C. 20250<br>202/447-2791 |
| USDC | United States Department of Commerce:<br>Fourteenth Street between Constitution Avenue and E Street N.W.,<br>Washington, D.C. 20230  202/377-2000 |
| WMA | Wallcovering Manufacturers Association:<br>66 Morris Avenue, Springfield, NJ 07081  201/379-1100 |
| WRI | Wire Reinforcement Institute:<br>8361-A Greensboro Drive, McLean, VA 22102  703/790-9790 |
| WWPA | Woven Wire Products Association:<br>2515 N. Nordica Avenue, Chicago, IL 60635  312/637-1359 |

## 1.04    ABBREVIATION LIST

| | |
|---|---|
| AMERICAN | American Airlines |
| AA | American Airlines |
| A.,AMPS | Amperes |
| AAV. | Automatic Air Vent |
| AC. | Alternating Current |
| A.C. | Asphaltic Concrete |
| AC.T.,A.T. | Acoustic Tile |
| AC.PL. | Acoustic Plaster |
| ACCU | Air Conditioner Condensing Unit |
| A.D. | Access Door |
| ADD. | Addendum |
| ADJ. | Adjustable |
| ADJC. | Adjacent |
| AFF. | Above Finished Floor |
| AHU | Air Handling Unit |
| ALT. | Alternate |
| ALUM., AL | Aluminum |
| ANN. | Annunciator |
| ANT. | Antenna |
| AOA | Airside Operations Area |
| APM | Automated People Mover |
| APPROX. | Approximately |
| ASB. | Asbestos |
| A.T. | Asphalt Tile |
| ATS. | Automatic Transfer Switch |
| AUX. | Auxiliary |
| AWG. | American Wire Gauge |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 10 of 25

| | |
|---|---|
| BAL. | Ballasts |
| B.B. | Bulletin Board |
| BD | Board |
| BET, BTWN. | Between |
| BHP | Brace Horsepower |
| BLDG | Building |
| BLK | Block |
| BLKG | Blocking |
| BM | Beam |
| BOT. | Bottom |
| BSMT | Basement |
| BTU | British Thermal Unit |
| | |
| CAB. | Cabinet |
| CA. BASIN | Catch Basin |
| CB. | Circuit Breaker |
| C.B. | Chalkboard |
| CE | Concrete (or Masonry) With Epoxy Paint Finish |
| CARP., CPT | Carpet |
| C | Conduit |
| C.C | Center To Center |
| CCTV. | Closed Circuit Television |
| CEM. | Cement |
| CEM.PL. | Cement Plaster |
| CER. | Ceramic |
| C.F. | Curb Face |
| CFM | Cubic Feet/Minute |
| C.I. | Cast Iron |
| C.J. | Construction Joint |
| CKT. | Circuit |
| C.L. | Chain Link |
| CL | Centerline |
| CLG | Ceiling |
| CLOS. | Closet |
| CM | Construction Manager |
| CMU. | Concrete Masonry Units |
| C.O. | Cleanout |
| COL. | Column |
| COMPO. | Composition |
| CONC. | Concrete |
| CONT. | Continuous |
| CONTR. | Contractor |
| CORR. | Corridor |
| C.P. | Cathodic Protection |
| C.P.R. | Cathodic Protection Rectifier |
| CRR | Construction Related Requirements |
| CRT. | Cathode Ray Tube |
| C.T. | Ceramic Tile |
| CTSK | Countersunk |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 11 of 25

| | |
|---|---|
| 3/C | Conductors, Number of |
| CU | Copper |
| CT. | Current Transformer |
| | |
| D | Deep |
| DB. | Decibels |
| DC. | Direct Current |
| DEG. | Degree |
| DET., DTL | Detail |
| DIA. | Diameter |
| DIM. | Dimension |
| DISC. | Disconnect |
| DIV. | Division |
| DN | Down |
| DP | Design Professional |
| DR | Door |
| D.R. | Dining Room |
| D.S. | Downspout |
| D.T. | Drapery Track |
| DWG(S) | Drawing(s) |
| | |
| EA. | Each |
| E.G. | Exterior Grade |
| E.J. | Expansion Joint |
| EL. | Elevation |
| ELEC. | Electric(al) |
| ELEV. | Elevator |
| EMERG. | Emergency |
| EMT. | Electrical Metallic Tubing |
| ENAM. | Enamel |
| ENT. | Entrance |
| EP | Epoxy Paint |
| EQ. | Equal |
| EQUIP. | Equipment |
| E.S. | Exposed Structure |
| EWC | Electric Water Cooler |
| EXP. | Exposed |
| EXPAN. | Expansion |
| EXT. | Exterior |
| EXTR. | Existing |
| | |
| FA. | Fire Alarm |
| FAA | Federal Aviation Authority |
| FAB. | Fabric |
| F. | Fuse |
| F.D. | Floor Drain |
| FL | Fluorescent |
| FLEX C. | Flexible Conduit |
| FLUOR. | Fluorescent |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 12 of 25

| F.F. | Finish Floor |
| F.F. | Finish Face |
| F.E.C. | Fire Extinguisher Cabinet |
| FHC. | Fire Hose Cabinet |
| FIN. | Finish |
| F.L. | Flow Line |
| FL., FLR. | Floor |
| FLASH. | Flashing |
| F.O. | Finished Opening |
| F.P. | Fire Protection |
| F.P.S. | Feet/Second |
| F.S. | Face Of Studs |
| F.S. | Floor Sink |
| FPRFG | Fireproofing |
| F.R. | Fire Resistant |
| FR. | From |
| FSW. | Fused Switch |
| F.T. | Fire Treated |
| FT | Feet |
| FTG | Footing |
| FURR. | Furring |
| | |
| G | Natural Gas |
| GA. | Gauge |
| GAL | Gallon |
| GC | General Contractor |
| GALV. | Galvanized |
| GEN. | Generator |
| G.F.H. | Gas Fired Heater |
| GFI. | Ground Fault Interrupter |
| G.I. | Galvanized Iron |
| GL. | Glass |
| GR. | Grade |
| GRD | Ground |
| GPM | Gallons/Minute |
| GYP. | Gypsum |
| GYP. BD | Gypsum Board |
| | |
| H | High |
| H.A. | Heat Absorbing |
| H.B. | Hose Bibb |
| HDR | Header |
| H.M. | Hollow Metal |
| HORIZ. | Horizontal |
| HPS. | High Pressure Sodium |
| HP | Horsepower |
| H.P. | High Point |
| H.R. | Handrail |
| HR | Hour |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 13 of 25

| | |
|---|---|
| HT | Height |
| HTG | Heating |
| HWD | Hardwood |
| HWRE | Hardware |
| HYD. | Hydrant |
| HZ | Hertz |
| | |
| I.D. | Inside Diameter |
| I.F. | Inside Face |
| I.S. | Industrial Sewer |
| IMC. | Intermediate Metallic Conduit |
| INC. | Incandescent |
| INFO. | Information |
| INST. | Install |
| INSUL. | Insulation |
| INT. | Interior |
| INV. | Invert |
| IPS | Iron Pipe Size |
| ISOL. | Isolation |
| IW. | Industrial Waste |
| | |
| JAN. | Janitor |
| JBOX. | Junction Box |
| JT | Joint |
| | |
| K., KIT. | Kitchen |
| K.P. | Kick Plate |
| KVA. | Kilovolt Amperes |
| KW. | Kilowatts |
| KWD. | Kilowatt Demand |
| KWH. | Kilowatt Hour |
| | |
| LFLEX. | Liquid Tight Flexible Conduit |
| L.LG | Long |
| LAB. | Laboratory |
| LAD. | Ladder |
| LAM. | Laminated |
| LAV. | Lavatory |
| LB(S) | Pound(s) |
| L.P. | Low Pocket |
| LPS. | Low Pressure Sodium |
| L.R. | Locker Recess |
| LT | Light |
| LTG | Lighting |
| LT. WT. | Light Weight |
| LV. | Low Voltage (0-600 Volts) |
| | |
| M.A.H. | Make-Up Air Heater |
| MACH. | Machine |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 14 of 25

| | |
|---|---|
| MAINT. | Maintenance |
| MAT'L. | Material |
| MAX. | Maximum |
| M.C. | Medicine Cabinet |
| MCM | Main Circuit Breaker |
| M.C.B. | Metal Corner Bead |
| MCM | Thousand Circular Mils |
| MDAD | Miami-Dade County Aviation Department |
| MECH. | Mechanical |
| MEP | Mechanical, Electrical, Plumbing |
| MFG | Manufacturing |
| MFR | Manufacturer |
| M.H. | Man Hole |
| MH. | Metal Halide |
| MIA | Miami International Airport |
| MIN. | Minimum |
| MISC. | Miscellaneous |
| M.L. | Metal Lath |
| MLO | Main Lugs Only |
| MM | Millimeter |
| M.O. | Masonry Opening |
| M.P. | Movable Partition |
| MTL. | Metal |
| M.T.P. | Metal Toilet Partition |
| MULL. | Mullion |
| MV. | Medium Voltage (601-35,000 Volts) |
| MVR. | Mercury Vapor |
| | |
| NAT. | Natural |
| N.C. | Normally Closed |
| NEC. | National Electric Code |
| N.G. | Natural Grade |
| N.I.C. | Not In Contract |
| N.O. | Normally Open |
| NO. | Number |
| NOM. | Nominal |
| NTDP | North Terminal Development Project |
| NTDT | North Terminal Development Team |
| NTS. | Not To Scale |
| | |
| OA. | Outside Air |
| O.A. | Overall |
| OBS. | Obscure |
| O.C. | On Center |
| O.D. | Outside Diameter |
| O.D. | Overflow Drain |
| O.F. | Outside Face |
| OFF. | Office |
| OPG. | Opening |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 15 of 25

| | |
|---|---|
| OPP. | Opposite |
| OZ. | Ounce |
| | |
| P. | Paint |
| P. | Pole |
| PA. | Public Address |
| PART. | Partition |
| PC. | Photocell |
| P.C.C. | Portland Cement Concrete |
| P.D. | Panic Device |
| P.E. | Porcelain Enamel |
| PF. | Power Factor |
| PH. | Phase |
| 1PH | Single Phase |
| 3PH | Three Phase |
| P.L. | Property Line |
| PL. | Plate |
| PL. | Plastic |
| P-LAM. | Plastic Laminate |
| PLAS. | Plaster |
| PLAT. | Platform |
| PLY. | Plywood |
| PM | Program Manager |
| PNL. | Panel |
| POL. | Polished |
| PR | Pair |
| PRI. | Primary |
| PROP. | Property |
| P.S. | Pipe Space |
| PSF | Pounds per Square Foot |
| PSI | Pounds per Square Inch |
| PSIG | Pounds per Square Inch Gage |
| PT. | Potential Transformer |
| PTD | Painted |
| PVC | Polyvinyl Chloride |
| | |
| Q.T. | Quarry Tile |
| | |
| R | Riser |
| R, RAD. | Radius |
| RAP | Remedial Action Program |
| RB | Rubber Base |
| R.D. | Roof Drain |
| REC. | Recessed |
| REF. | Reference |
| RM | Room |
| R.C. | Reinforced Concrete |
| R.C.P. | Reflected Ceiling Plan |
| RD | Round |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 16 of 25

| | |
|---|---|
| RECT. | Rectangular |
| REF. | Refrigerator |
| REG. | Register |
| REINF. | Reinforcement |
| REQ. | Required |
| REQD. | Required |
| RES. | Resilient |
| RET. | Retaining |
| REV. | Revision |
| RFG | Roofing |
| RFM | Recessed Floor Mat |
| R.H.S. | Right Hand Side |
| RMC. | Rigid Metallic Conduit |
| RNMC | Rigid Non-Metallic Conduit |
| R.O. | Rough Opening |
| RPM | Revolutions/Minute |
| R.T. | Rubber Tile |
| RUB. | Rubber |
| | |
| S. | Sink |
| SC. | Scale |
| S.C. | Sealed Concrete |
| S.D. | Storm Drain |
| SEC. | Secondary |
| SECT. | Section |
| SFBC | South Florida Building Code |
| SHT | Sheet |
| SIM. | Similar |
| S.J. | Separation Joint |
| SLD'G | Sliding |
| SOL. | Solid |
| SM. | Smooth |
| SM. PL. | Smooth Plaster |
| S.P. | Safety Plate |
| SPEC(S) | Specification(s) |
| SPKR. | Speaker |
| SQ. | Square |
| SQ. FT. | Square Foot |
| SQ. IN. | Square Inch |
| S.S. | Stainless Steel |
| S.S. | Service Sink |
| SS. | Sanitary Sewer |
| ST. | Stain |
| STAT. | Stationary |
| STD. | Standard |
| STL | Steel |
| STRPG | Striping |
| STR. | Starter |
| STRUCT. | Structural |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 17 of 25

| | |
|---|---|
| SUSP. | Suspended |
| SW. | Switch |
| SWBD. | Switchboard |
| SYM. | Symmetrical |
| | |
| T | Tread |
| T | Thick |
| TAPP | Task Approach Planning Program |
| T.B. | Tackboard |
| T.C. | Top of Curb |
| TC. | Time Clock |
| T.D. | Towel Dispenser |
| TEL. | Telephone |
| TEMP. | Temperature |
| TEMP'D | Tempered |
| TER. | Terrace |
| TERR. | Terrazzo |
| TH. | Threshold |
| T-H. | Tungsten-Halogen |
| TSTAT. | Thermostat |
| THK | Thick |
| T.I. | Terminal Interconnect |
| T.O. | Top of |
| T.P. | Telephone Panel |
| TR. | Transon |
| TRANSF. | Transformer |
| TRANSL. | Translucent |
| T.S. | Top of Slab |
| T.O.S. | Top of Steel |
| TV. | Television |
| T.W. | Top of Wall |
| TYP | Typical |
| 3PH | Three Phase |
| | |
| UG. | Underground |
| UNG. | Underground |
| U.O.N. | Unless Otherwise Noted |
| UR. | Urinal |
| | |
| V. | Vent |
| V. | Volts |
| V.A. | Vinyl Asbestos |
| VA. | Volt Amperes |
| VAR. | Varies |
| V.B. | Venetian Blinds |
| VCT | Vinyl Composition Tile |
| VER. | Verify |
| VERT. | Vertical |
| VEST. | Vestibule |

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 18 of 25

| VWC | Vinyl Wall Covering |
| V.T. | Vinyl Tile |
| | |
| W. | Watts |
| W. | Wire |
| W/ | With |
| W/O | Without |
| WAIN. | Wainscot |
| W.C. | Water Closet |
| WD | Wood |
| W.D. | Window Dimension |
| W.G. | Wire Glass |
| WIND. | Window |
| WP. | Weatherproof |
| WWF | Welded Wire Fabric |
| | |
| XFMR. | Transformer |

## 1.05    DEFINITIONS

A.    When the words, forms or phrases defined below, or pronouns used in their place occur in the Project Manual, in the Trade Contract Documents, in the Bonds, or in any other document or instrument of the contract, the intent and meaning shall be interpreted as follows:

1.    Access Permit:  Authorizes vehicle to which it is issued to enter Airport AOA, operated according to Airport Rules and Regulations.

2.    Airfield Construction:  Work that is executed within AOA.

3.    Airport:  The land and improvements located thereon, within the confines of the Airport.

4.    Apron:  Paved surface from which aircraft operate or are parked.

5.    Contract Drawings:  Drawings pertaining to and part of Contract, including any supplementary drawings or addenda issued to clarify drawings, which show location, character, dimensions, and details of the Work, or the purpose of showing authorized changes in the Work.

6.    Critical Path:  Mandatory sequence of activities in Detailed Network Diagram which have the least float or slack time, requiring longest total amount of time to complete the Work.  Critical Path determines duration of Work.

7.    Design Professional (DP):  Contractual Party responsible for the preparation of Construction Documents and which acts as MDAD's agent in administration of the Contract.

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B
Page 19 of 25

March 31, 2006
Section 01015

8.     Driver: Individual who drives or operates commercial, governmental, institutional, and other type vehicle.

9.     FAA: Federal Aviation Administration, Department of Transportation, of the United States.

10.     Haul Route: Specific path created for purpose of conveyance by vehicles from one point to another.

11.     Holder: Person, or his agent, who is granted operating authority to conduct AOA boundary crossings as specifically authorized in these Rules and Regulations.

12.     Identification Badge (AOA): Authorizes person to whom it is issued to enter AOA for purpose of conducting business in accordance with Rules and Regulations of the Airport.

13.     Ingress/Egress Device: Device that allows entry into AOA by specified, unescorted vehicles.

14.     Legal Resident: Citizen of United States, or person residing in United States in accordance with Federal Immigration Laws.

15.     Maintenance of Traffic (MOT): Consists in providing movement of vehicular and pedestrian traffic in a safe and effective manner during the course of construction.

16.     Movement Area (AOA): All runways and taxiways.

17.     Navigational Aid: Apparatus generally within AOA, which serves as guide to landing aircraft.

18.     Network: Graphic representation of construction Project Schedule prepared using Critical Path Method. Network shows sequence and interdependence of activities, and planned and actual progress by activity required for complete performance of Work.

19.     "North Terminal Development Team" (NTDT): Means a group of professionals consisting of representatives of the Miami-Dade Aviation Department; Dade Aviation Consultants; the consulting engineers named pursuant to the Trust Agreement between the County and Chase Manhattan Bank dated October 1, 1954; the Program Manager; and the Managing General Contractor.

20.     Operate: To drive or be in control of a vehicle, piece of equipment or machinery.

21.     Operating Authority: Permission granted by Administrator for vehicle to enter AOA in accordance with these Rules and Regulations.

22.     Operator: Driver of vehicle, owner of vehicle, or holder of vehicle operating authority, one who uses or is in control of a piece of equipment or machinery.

POJV North Terminal Development Consolidation Program          March 31, 2006
Abbreviations, Definitions and Terminology          Section 01015
Project No. 747B

Page 20 of 25

23. Project Manual: The portion of the Trade Contract Documents, prepared by the Design Professional, other than the Plans.

24. Person: Individual, corporation, government or governmental subdivision, or any agency, trust, partnership, or two or more persons having joint or common economic interest.

25. Program Manager (PM): Means the individual or firm named in this Agreement as the Program Manager pursuant to the Program Management Agreement with regard to the Program to provide overall design management.

26. Ramp: Refer to "Apron."

27. Runway: Area designated for landing or takeoff of aircraft.

28. Rules and Regulations: Vehicle Rules and Regulations established by the Airport Authority.

29. Safety Area (also "Restricted Areas"): Specific area surrounding taxiways, runways, and navigational aids which require special authorization to enter.

30. Vehicle: Private, commercial, governmental, institutional, and any other type vehicles that operate in a way that requires crossing of AOA boundary and have been licensed by proper authority.

31. Vehicle Owner: Person to whom state or other appropriate license plates for a vehicle were issued.

32. Working Day: Any calendar day scheduled or required for active performance of Trade Contract requirements.

1.06 SPECIFICATION TERMINOLOGY

A. "Directed," "Designated," "Selected," or words of similar value: Direction, designation, selection, or similar action of DP is intended, unless otherwise stated.

B. "Require" and words of similar value: As required to complete the Work and as required by DP, MDAD or MDAD's representative, unless otherwise stated.

C. "Perform:" Trade Contractor, at his own expense, shall perform operations necessary to complete Work, including furnishing of necessary labor, tools and equipment, and further including and installing of materials indicated, specified or required to complete such performance.

D. "Provide:" Trade Contractor, at his own expense, shall furnish and install Work complete in place and ready for use, including furnishing of necessary labor, materials, tools, equipment and transportation. Definitions apply same to future, present and past tenses, except work "provide" may mean "contingent upon" where such context is apparent.

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B
Page 21 of 25

March 31, 2006
Section 01015

1. When a material, article or equipment is designated by a brand name, and more than one brand name is listed, it shall be understood that the design is based on one of the brand name listed products. The Trade Contractor shall be responsible for all coordination necessary to accommodate the material, article or equipment actually being provided without additional cost to MDAD.

2. When a material, article or equipment is designated by manufacturer's name, product brand name or model number such designations shall be considered as being those found in industry publications of current issue as of the date of the Project Manual.

E. "Other acceptable manufacturer," "equal," "acceptable equal," "equivalent," or words of similar import: It shall be understood that such words are followed by expression "in sole opinion of MDAD " even though such words may not appear in print, unless otherwise stated.

1. Wherever a particular manufacturer's product is required, to the exclusion of all others, appropriate language is included in the Trade Contract Documents.

2. Wherever an item is identified by a particular manufacturer's name, model or other designation it shall be interpreted to include other manufacturer's product of like and equal quality whether the words "or equal" are included or not.

F. "Acceptance," "acceptable," or words of similar import: Acceptance, acceptable or similar words shall be from the DP or MDAD. MDAD shall have jurisdiction and may override decisions of others.

G. "At no additional cost to Owner," "With no extra compensation to Contractor," "At Trade Contractor's own expense," or words of similar import: Such terms shall be understood to mean that Trade Contractor shall perform or provide specified operation of Work at no increase to the Trade Contract Price.

H. "NIC:" Work of this Project which is not being performed or provided as part of Trade Contract; term shall mean "Not in This Contract" or "Nor a Part of the Work to be Performed or Provided by Contractor." "NIC" work is indicated as aid to Trade Contractor in scheduling amount of time and materials necessary for completion of Trade Contract.

I. "Indicated" refers to graphic representations, notes or schedules on Drawings, or other Paragraphs or Schedules in Specifications, and similar requirements in Trade Contract Documents. Where terms such as "shown," "noted," "scheduled," and "specified" are used, it is to help locate the reference; no limitation on location is intended except as specifically noted.

J. "Accepted," where used in conjunction with action by DP on submittals, and requests, is limited to responsibilities and duties of DP. Such approval does not release Trade Contractor from responsibility to fulfill Trade Contract Document requirements.

K. "Regulation" includes laws, statutes, ordinances, and lawful orders issued by authorities having jurisdiction, as well as rules, conversations, and agreements within construction industry that control performance of Work, whether they are lawfully imposed by authorities having jurisdiction or not.

L. "Furnish" is used to mean "supply and deliver" to Project Site, ready for unloading,

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 22 of 25

unpacking, assembly, installation, and similar operations.

M.    "Install" is used to describe operations at Project Site, including actual unloading, unpacking, assembly, erection, placing, anchoring, applying, working to dimension, finishing, curing, protecting, cleaning and similar operations.

N.    "Installer" is an entity engaged by Trade Contractor, either as an employee, subcontractor or sub-subcontractor for performance of particular construction activity, including installation, erection, application and similar operations. Installers are required to be experienced in the operations they are engaged to perform.

    1.    The term "experienced," when used with the term "installer," means having minimum five (5) previous projects similar in size and scope to this Project, and familiar with precautions required, and has completed with requirements of authority having jurisdiction.

O.    "Project Site" is the space available to Trade Contractor for performance of Work, either exclusively or in conjunction with others performing construction as part of the Project. Extent of Project Site is shown on Trade Contract Documents, and may or may not be identical with description of land upon which Project is to be built.

P.    "Testing Laboratory" is an independent entity which complies with OSHA regulations and is engaged to perform specific inspections or tests, either at Project Site or elsewhere, and to report on, and if required, to interpret results of those inspections or tests.

Q.    Listed: Equipment is "listed" if of a kind mentioned in a list which:

    1.    Is published by a nationally recognized laboratory, which makes periodic inspection of production of such equipment.

    2.    States that such equipment meets nationally recognized standards or has been tested and found safe for use in a specified manner.

R.    Labeled: Equipment is "labeled" if:

    1.    It embodies a valid label, symbol, or other identifying mark of a recognized testing laboratory to meet nationally recognized standards or to be safe for use in a specified manner.

    2.    Production is periodically inspected by a nationally recognized testing laboratory.

    3.    It bears a label, tag, or other record of certification.

S.    "To Structure" means closely fitting and sealed to underside of floor or roof deck.

1.07    SPECIFICATION SENTENCE STRUCTURE

A.    Specifications are written in modified brief style. In general, words "the," "an," "shall be," and "all" are not used. Requirements indicated and specified apply to all work of same kind,

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 23 of 25

class, and type even through word "all" is not stated.

B.     Simple imperative mood of sentence structure is used in Specification Sections, which places verb as first word in sentence. Where such words as "perform," "provide," "install," "erect," "furnish," "connect," "test," or words of similar import are used, it shall be understood that such words include meanings of phrase "The Trade Contractor shall..." before such words.

C.     Standard paragraph titles and other identifications of subject matter in Specifications are intended as aid in locating and recognizing various requirements in Specifications. Titles do not define, limit or otherwise restrict Specifications text. Capitalizing of words in text does not signify or mean that it takes precedence over the other parts of Trade Contract Documents. Specification text shall govern over titling and shall be understood to be interpreted as a whole.

1.08     DOCUMENT ORGANIZATION AND COORDINATION

A.     Organization of Project Manual and Trade Contract Drawings provide for a complete work and may have been prepared in divisions of various crafts, trades and other categories of work. That organization is not intended to control or to lessen the responsibility of Trade Contractor in dividing Work among his subcontractors, or in establishing extent of Work to be performed by any trade. The Trade Contractor is responsible for the performance of all work under the Trade Contract regardless of any such divisions, and shall ensure that all of the work is performed and completed.

B.     The Drawings, Specifications, and Supplementary Contract Documents are intended to be complementary and to describe a complete Work.

1.     In the event of conflicts, ambiguities, or discrepancies among the Contract Documents, the precedence in resolving such conflict, ambiguities, or discrepancies shall be in accordance with Article 2.3.07 of the General Conditions Provisions and the following:

a.     Large scale details shall govern over small scale details.
b.     Quantities that result from the drawings shall govern over any quantities listed in schedules.

2.     In cases of discrepancies between the plans and specifications not determined by the above, the Design Professional shall be the sole determiner of the intent. Such interpretations by the Design Professional shall be in writing, and shall be consistent with, and reasonably inferable from, the intent of the Trade Contract Documents.

PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Abbreviations, Definitions and Terminology
Project No. 747B

March 31, 2006
Section 01015

Page 25 of 25

SECTION 01020

ALLOWANCES

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

    A.    Include in Trade Contract Price allowances stated in the Trade Contract Documents.

    B.    Designate in construction progress schedule delivery dates for Products specified under each allowance.

    C.    Designate in Schedule of Values quantities of material required under each unit cost allowance.

1.02    RELATED REQUIREMENTS

    A.    Conditions and Provisions of the Trade Contract.

    B.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    ALLOWANCES FOR PRODUCTS

    A.    If the Trade Contractor is required under an allowance to provide a product, the amount of the allowance must include:

        1.    The cost of the Product to the Trade Contractor or its Subcontractor, less any applicable trade discounts.
        2.    Delivery to the Site.
        3.    Applicable taxes.

    B.    In addition to the amount of each allowance, Trade Contractor may be required to include in the Trade Contract Price the Trade Contractor's costs for:

        1.    Handling at the Site, including unloading, uncrating, and storage.
        2.    Protection from the elements and from damage.
        3.    Labor for installation and finishing.
        4.    Other expenses required to complete the installation.
        5.    Trade Contractor's and its Subcontractor's overhead and profit.

1.04    SELECTION OF PRODUCTS UNDER ALLOWANCES

    A.    Design Professional's Responsibilities:

POJV North Terminal Development Consolidation Program
Allowances
Project No. 747B

March 31, 2006
Section 01020

Page 1 of 3

1. Consult with the Trade Contractor in consideration of Products and suppliers or installers.
2. Make selection in consultation with MDAD. Issue written decision, designating:

   a. Product, model and finish.
   b. Accessories and attachments.
   c. Supplier and installer as applicable.
   d. Cost to deliver to the Site or install, as applicable.
   e. Manufacturer's Warranties.

3. Transmit the MDAD decision to the MGC

B. Trade Contractor's Responsibilities:

1. Assist MDAD and the DP in determining qualified suppliers or installers.
2. Obtain proposals from suppliers and installers when requested by DP.
3. Make appropriate recommendations for consideration of the MGC, DP and MDAD.
4. Notify DP promptly of:

   a. Any reasonable objections Trade Contractor may have against any supplier, or party under consideration for installation.
   b. Any effect on the schedule anticipated by selections under consideration.

## 1.05  TRADE CONTRACTOR RESPONSIBILITY FOR PURCHASE, DELIVERY AND INSTALLATION

A. On notification of selection, execute purchase agreement with designated supplier.

B. Arrange for and process Shop Drawings, Product Data and Samples, as required.

C. Make all arrangements for delivery.

D. Upon delivery, promptly inspect products for damage or defects.

E. Submit claims for transportation damage.

F. Install and finish products in compliance with requirements of referenced specification sections.

## 1.06  ADJUSTMENT OF COSTS

A. Should the net cost be more or less than the specified amount of the allowance, the Trade Contract Price will be adjusted accordingly by Change Authorization..

1. For products specified under a unit cost allowance, the unit cost shall apply to the quantities installed.

POJV North Terminal Development Consolidation Program
Allowances
Project No. 747B

March 31, 2006
Section 01020

Page 2 of 3

2.   Products specified under item allowance, cost per measure unit (each sq. ft., sq. yd., 1.f., c. yd. etc.) shall apply to quantities actually used with nominal amount for waste, as determined by receipts, invoices or by field measurement.

B.   No work shall be performed on additional cost of allowance without prior approval of MDAD, the MGC and the DP.

C.   At contract closeout, reflect all approved changes in contract amounts in the final statement of accounting.


PART 2 - PRODUCTS

Not Used.


PART 3 - EXECUTION

3.01   INSPECTION

A.   Inspect products covered by an allowance promptly upon delivery for damage or defects.

3.02   PREPARATION

A.   Coordinate materials and their installation for each allowance with related materials and installations to ensure that each allowance item is completely integrated and interfaced with related construction activities.

3.03   SCHEDULE OF ALLOWANCES

A.   The MGC's allowances are set forth in accordance with the Prime Contract.

B.   Trade Contractor's allowances, if any, will be described in the Bid Form.


END OF SECTION

POJV North Terminal Development Consolidation Program
Allowances
Project No. 747B

March 31, 2006
Section 01020

Page 3 of 3

SECTION 01025

MEASUREMENT AND PAYMENT

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

    A.     Unit prices.

    B.     Application for Payment.

1.02    RELATED REQUIREMENTS

    A.     Trade Contract Documents .

    B.     Division 1 Sections of the Project Manual are applicable in the execution of all Specifications Sections and drawings.

1.03    PROCEDURES

    A.     Submit Applications for Payment to the MGC in accordance with schedule established by Trade Contract Documents.

    B.     Show line items for indirect costs, and margins on actual costs, only to extent that such items will be listed individually in Applications for Payment.

1.04    SUBSCHEDULE OF UNIT MATERIAL VALUES

    A.     Submit subschedule of unit costs and quantities for following:

           1.     Products specified under unit cost allowance specified in Section 01020.
           2.     Products on which progress payments will be requested for stored products.

    B.     Form of submittal shall parallel that of Schedule of Values stated in Section 01370, with each item identified same as line item in Schedule of Values.

    C.     Unit quantity for bulk materials shall include an allowance for normal waste.

    D.     Unit values for materials shall be broken down as follows:

           1.     Cost of material, delivered and unloaded at Project Site, with taxes paid.
           2.     Installation costs, including overhead and profit.

    E.     Installed unit value multiplied by quantity listed shall equal cost of that item in Schedule of Values as identified in Section 01370.

    F.     After review by the MGC, MDAD and the DP, revise and resubmit subschedules as

POJV North Terminal Development Consolidation Program        March 31, 2006
Measurement and Payment        Section 01025
Project No. 747B

Page 1 of 4

necessary.

G. Resubmit revised subschedules monthly in same manner.

1.05 UNIT PRICES

A. Unit price is defined as an amount stated in Trade Contract Documents as a price per unit of measurement for materials or services. Unit prices include all necessary material, delivery, installation, overhead, profit and applicable taxes.

1.06 APPLICATION FOR PAYMENT

A. General

1. Progress payment shall be made as the Work proceeds at intervals stated in the Trade Contract. The Trade Contractor will provide a "draft" copy of his Application for Payment five (5) days prior to the due date for his formal submittal. This provides an opportunity to discuss figures before they become "fixed" and speed up the processing of the final typed copy when it is received. The Trade Contractor will meet with the MGC, MDAD and the DP to review the draft copy of Progress Payment Application.

2. All Work covered by Progress Payments shall, at the time of payment, become the property of MDAD.

3. Form of Application for Payment will be the AIA Application and Certificate for Payment, G702 and G703, with support documentation. Four (4) sets, originally signed shall be submitted.

4. Conditions governing regular schedule for applications, payment, and retainage are as stated in the Trade Contract.

5. Monthly Applications for Payment shall include Waivers of Liens and Claims for all Work included in the previous months Application for Payment. Waiver of Liens and Claims for the subcontractors and materialmen shall be the total amount paid prior to the previous month's Application for Payment.

6. With each Application for Payment, Trade Contractor shall certify such Application for Payment represents a just estimate of cost reimbursable to Trade Contractor under terms of Trade Contract, and shall also certify there are no Mechanic's or Materialmens' Liens outstanding at the date of this Application for Payment, that all due and payable bills with respect to the Work have been paid to date or shall be paid from proceeds of that Application of Payment, and that there is no known basis for the filing of any Mechanics' or Materialmens' Lien against the surety in connection with the Work, and that Waivers and Bills Paid Affidavit forms from all subcontractors and materialmen have been, or will be, obtained in the form agreeable to the MGC.

POJV North Terminal Development Consolidation Program
Measurement and Payment
Project No. 747B

March 31, 2006
Section 01025

Page 2 of 4

B. Preparation of Application:

    1. Form and data required:

        a. Submit itemized applications on the Application and Certificate for Payment Form, with support documentation.

        b. Provide itemized data on continuation sheets with format, schedules, line items, and values as stipulated in Schedule of Values and as accepted by the MGC and MDAD.

    2. Application Form:

        a. Fill in required information, including that for Change Authorization executed prior to date of submittal of applications. Address application to the MGC and clearly identify name and address of Trade Contractor for payment receipt.

        b. Fill in summary of dollar values to agree with respective totals indicated on continuation sheets.

        c. Execute notarized certification with signature of responsible officer of the firm.

    3. Continuation Sheets:

        a. Fill in total list of all scheduled component items of Work with item number and scheduled dollar value for each item.

        b. Fill in dollar value in each column for each scheduled line item when Work has been performed or products stored.

        c. Round off values to nearest cent or as specified for Schedule of Values.

        d. List each Change Authorization executed prior to date of submission at end of continuation sheets. List by Change Authorization number and description as for original component item of Work as directed by the MGC.

C. Initial (First) Application for Payment:

    1. Administrative actions and submittals that must precede or coincide with submittal of first Application for Payment include, but are not limited to, the following:

        a. List of subcontractors, with indications of DBE firms.

        b. List of principal suppliers and fabricators.

        c. Schedule of Values.

        d. Trade Contractor's Construction Schedule (preliminary if not final).

        e. Submittal Schedule (preliminary if not final).

        f. Copies of building permits.

        g. Copies of authorizations and licensees from governing authorities for performance of Work.

        h. Certificates of Insurance and insurance policies.

POJV North Terminal Development Consolidation Program
Measurement and Payment
Project No. 747B

March 31, 2006
Section 01025

Page 3 of 4

D.   Typical Monthly Application for Payment:

1.   Each Application for Payment shall be consistent with previous Applications for Payments.

2.   Form of Application for Payment will be on forms as specified. Four (4) originally signed sets of the Application for Payment shall be submitted.

3.   Complete each entry on forms, including notarization and execution by person authorized to sign legal documents on behalf of Trade Contractor. Incomplete Applications for Payment will be returned without action.

4.   Transmit the executed sets of the Application for Payment to the MGC by means ensuring receipt within 24 hours. Transmit the documents with complete transmittal form listing attachments, and recording appropriate information related to Application in acceptable manner.

PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Measurement and Payment
Project No. 747B

March 31, 2006
Section 01025

Page 4 of 4

SECTION 01030

ALTERNATES

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.      This Section identifies each Alternate by number, and describes the basic changes to be incorporated into the Work, only when that Alternate is made a part of the Work by specific provisions in the Trade Contract.

1.02    RELATED REQUIREMENTS

A.      Trade Agreement:  Incorporation of Alternates accepted by MDAD into the Work.

B.      Sections of the Specifications as listed under the respective Alternates.

C.      Referenced sections of specifications stipulate pertinent requirements for products and methods to achieve the Work stipulated under each Alternate.

D.      Coordinate pertinent related work and modify surrounding work as required to properly integrate the work under each Alternate, and to provide the complete construction required by the Trade Contract Documents.

1.03    DESCRIPTION

A.      Alternates will be accepted and executed at the option of MDAD.

B.      Alternate prices shall be retained a minimum of 120 days, unless otherwise noted.

C.      Related Requirements in other Sections:

        1.      Division 1 Sections of the Project Manual govern the execution of all Specification Sections.
        2.      Sections of Specifications as listed under the respective Alternates.
        3.      Bid Manual

D.      Referenced Sections of Specification stipulate pertinent requirements for products and methods to achieve the work stipulated under each Alternate.

1.04    DESCRIPTION OF ALTERNATES

A.      Trade Contractor's alternates, if any, will be described in the Bid Form.

PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Alternates
Project No. 747B

March 31, 2006
Section 01030

Page 2 of 2

SECTION 01040

COORDINATION

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    General Project coordination of different Contract phases trades and disciplines.

B.    General coordination of construction site operations with the on-going operations of the Airport, other tenant facilities projects, other North Terminal Development Project projects, and other MDAD improvement projects.

C.    General coordination with the other interested entities including MDAD, the MGC, the Design Professional, FAA and other Contractors working on other projects at MIA, and permitting authorities.

1.02    RELATED REQUIREMENTS

A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    GENERAL COORDINATION

A.    Coordinate scheduling, submittals, and work of various Sections of the Specifications to assure efficient and orderly sequence of installation of construction elements with provisions for accommodating items furnished by MDAD to be installed by the Trade Contractor.

B.    Coordinate sequence of Work to accommodate partial MDAD occupancy as specified in Section 01010 and/or as directed by Design Professional.

C.    Review and coordinate requirements of all Divisions of the Project Manual and drawings with other Work.  Report discrepancies to the Design Professional.

D.    Maintain services of major subcontractors throughout duration of the Trade Contract.  The Trade Contractor shall notify the Design Professional and the MGC in writing of intention to replace subcontractor(s), outlining reasons for the action and naming proposed replacement subcontractor.

E.    The Trade Contractor shall be responsible for coordination of Work of subcontractors, and for recording subcontractor installation data on Project Record Drawings in accordance with Section 01720.

F.    Communications to MDAD or the DP from the Trade Contractor regarding Trade Contract requirements shall be through the MGC unless otherwise noted.

G. Contractor shall arbitrate and resolve coordination conflicts between subcontractors to ensure complete and operational systems.

H. Coordinate work with installation of systems provided by other separate contracts.

I. Portions of the Work may be required to be performed after normal hours of airline operations, including weekends. Coordination of inspections may be required during these periods. Work conducted during these hours may be required to be completely cleaned and cleared prior to allowing airline operations the following day.

J. The Trade Contractor is required to adjust schedule of Work, if necessary, to coordinate with the MDAD operations, other MDAD projects and other projects at MIA.

1.04 COORDINATION MEETINGS

A. In addition to Progress Meetings scheduled in Section 01200, the Trade Contractor shall hold coordination meetings and pre-installation meetings with Trade Contractor's personnel, subcontractors and materialmen, as necessary, to assure coordination of different trades and disciplines, including BHS and PDS contractors.

B. The MGC shall schedule coordination and pre-installation meetings with MDAD, the Design Professional and suppliers to discuss hardware installation, specialty systems installation, and tenant equipment installation.

C. When necessary, prepare memoranda for distribution for each party involved outlining special procedures required for coordination. Include such items as required notices, reports, and attendance at meetings. Prepare similar memoranda for MDAD, the Design Professional, and separate contractors when coordination of their Work is required.

D. The MGC shall coordinate scheduling and timing of required administrative procedures with other construction activities to avoid conflicts and ensure orderly progress of the Work. Such administrative activities include, but are not limited to, the following:

1. Preparation of schedules.
2. Installation and removal of temporary facilities.
3. Delivery and processing of submittals.
4. Progress meetings.
5. Project close-out activities.

1.05 COORDINATION OF SUBMITTALS

A. Schedule and coordinate submittals.

B. Coordinate Work of various trades having interdependent responsibilities for installing, connecting to, and placing in service, such equipment.

POJV North Terminal Development Consolidation Program
Coordination
Project No. 747B
March 31, 2006
Section 01040

Page 2 of 8

C.  Coordinate requests for substitutions to assure compatibility of space, of operating elements, structural elements, effect on Work of other trades, and on Work scheduled for early completion.

1.06  SPECIAL BAGGAGE HANDLING SYSTEM COORDINATION REQUIREMENTS

A.  The Inbound/Outbound Baggage Handling System (BHS) is a major component of the North Terminal Development Program and the overall American Airlines MIA operation. The BHS consists of over eight miles of conveyors, primarily at ramp level, with critical clearance requirements for installation, operation, and maintenance. Equipment limitations and efficient operation of the BHS mandate stringent limitations on the systems ability to negotiate turns, and height transitions. Due to these and other factors, the baggage handling system shall be considered to have the right-of-way (ROW) over all other utilities and building components. Any structural or other conflicts that cannot be resolved with reasonable coordination shall be brought to the immediate attention of the Design Professional.

B.  The BHS ROW will consume a significant portion of otherwise available utility space. The BHS ROW, is graphically shown on the drawings. The contractor shall coordinate his work with that of the BHS Contractor, who is ultimately responsible for the final conveyor design and BHS ROW location. The Trade Contractor must confirm the exact location of the BHS ROW with the BHS Contractor prior to installation of any piping, conduits, ductwork, or other work that could interfere with the BHS. It is the Trade Contractor's responsibility to ensure that the installation of his work will not impact or interfere with the BHS right-of-way or required tug drive and pedestrian headroom clearances. A first come first serve installation mentality will not be acceptable.

C.  No utilities shall be routed through the BHS ROW or attached to the BHS equipment. The only exceptions are fire sprinkler piping, which must be dropped through the BHS ROW to feed pendent sprinkler heads suspended below the conveyors and catwalks, and convenience receptacles and associated conduit provided for conveyor maintenance. These exceptions must be individually and specifically coordinated with, and approved by, the BHS Contractor prior to installation.

D.  No utilities shall run below any conveyor except at dedicated utility crossings provided in the BHS ROW design. Restrictions on, and requirements for, use of dedicated utility crossings are noted on the "Generic Baggage Conveyor Right-of-Way Guidelines" drawings. All utilities using the dedicated utility crossings must be coordinated with each other and with the BHS Contractor. The Trade Contractor shall make every possible and reasonable effort to coordinate and ensure that clearances at each dedicated utility crossing are allocated for work to follow by others.

E.  The Trade Contractor shall prepare and submit composite multi-trade coordination shop drawings showing all utilities to be routed over the BHS ROW or through the dedicated utility crossings and at other locations where space limitations require meticulous coordination of

POJV North Terminal Development Consolidation Program
Coordination
Project No. 747B
Page 3 of 8

March 31, 2006
Section 01040

utilities to avoid interferences with the baggage handling system ROW. The MEP coordination drawing shall show the BHS ROW (Project 703A) and the glycol piping ROW (Project 763A). When available, the Trade Contractor shall obtain and incorporate MEP coordination drawings prepared for other overlapping NTD projects. For example, finish-out projects should incorporate MEP utility information provided by the respective shell projects. The Trade Contractor shall be solely responsible for all costs necessary to remedy utility conflicts that could have been avoided with reasonable coordination of the work (including preparation of composite multi-trade coordination drawings, if necessary) prior to execution of his work.

F.   The contractor shall attend a Pre-MEP construction meeting to be held specifically for the purpose of discussing coordination and clearance issues related to the BHS ROW. The meeting shall be held prior to the preparation of MEP shop and/or routing drawings and shall be attended by MDAD, the BHS Contractor, the BHS Consultant, the NTD Baggage System Manager, the Design Professional, the MGC's MEP superintendent, and all Trade Contractors. The Pre-MEP construction meeting shall be followed by regularly scheduled BHS coordination meetings as appropriate to address on-going construction coordination issues. The BHS coordination meetings shall be attended by MDAD, the Design Professional, the MGC's MEP superintendent, Trade Contractors, the BHS Contractor, the BHS consultant, and the NTD Baggage System Manager.

1.07   COORDINATION WITH ART IN PUBLIC PLACES (AIPP)

A.   Coordinate use of Project space and sequence of installation with the AIPP artist. Utilize space efficiently to maximize accessibility for installation and for maintenance and repairs.

B.   Coordinate locations of staging and phasing of work with artist. Incorporate AIPP requirements into construction schedule.

C.   Where installation of one part of the Work is dependent on installation of other components, either before or after it's own installation, schedule construction activities in sequence required to obtain best results.

1.08   COORDINATION OF SPACE AND INSTALLATION SEQUENCE

A.   All work must be fully coordinated with other trades prior to installation. Coordinate use of Project space and sequence of installation of equipment, elevators, walks, mechanical, electrical, plumbing, or other Work that is indicated diagrammatically on Drawings. Follow routings shown for tubes, pipes, ducts, conduits, and other items as closely as practical, with due allowance for available physical space. Coordination Drawings are to show all roof, wall and slab penetrations. All required sleeves, boxes, curbs, and fire stop systems shall be shown on these Drawings. Make runs parallel with lines of building. Utilize space efficiently to maximize accessibility for MDAD and other tenants installations and for maintenance and repairs.

B.   In finished areas, except as otherwise shown, conceal ducts, pipes, wiring, and other non-finish items within construction. Coordinate locations of concealed items with finish

elements.

C. Where installation of one part of the Work is dependent on installation of other components, either before or after it's own installation, schedule construction activities in sequence required to obtain best results.

1.09    COORDINATION OF MECHANICAL, ELECTRICAL, AND OTHER INSTALLATIONS

A. General: Sequence, coordinate, and integrate the various elements of mechanical, electrical, and other systems, materials, and equipment. Comply with the following requirements:

1.    Coordinate mechanical and electrical systems, equipment and materials installation with other building components.

2.    Verify all dimensions by field measurements.

3.    Arrange for chases, slots, and openings in other building components during progress of construction.

4.    Coordinate the installation of required supporting devices and sleeves to be set in poured-in-place concrete and other structural components, as they are constructed.

5.    Where mounting heights are not detailed or dimensions, install systems, materials, and equipment to provide the maximum headroom possible.

6.    Coordinate connection of systems with exterior underground and overhead utilities and services. Comply with requirements of governing regulations, franchises service companies, and controlling agencies. Provide required connection for each service.

7.    Install systems, materials, and equipment to conform with approved submittal data, including coordination drawings, to greatest extent possible. Conform to arrangements indicated by the Trade Contract Documents, recognizing that portions of the Work are shown only in diagrammatic form. Where coordination requirements conflict with individual system requirements, refer conflict to the DP.

8.    Install systems, materials, and equipment level and plumb, parallel and perpendicular to other building systems and components.

9.    Install systems, materials, and equipment to facilitate servicing, maintenance, and repair or replacement, and disconnecting, with minimum of interference with other locations.

10.   Install access panel or doors where units are concealed behind finished surfaces.

11.   Install systems, materials, and equipment giving right-of-way priority to systems required to be installed at a specified slope.

1.10    SCHEDULING "SHUTDOWNS"

A. Prior to shutting down existing utilities and building services, schedule the shutdown with MDAD and obtain approval. If shutdowns are required after normal working hours, on weekends or holidays, perform the work at no additional cost.

B. Schedule a minimum seven (7) day notice for shutdown.

C. Complete the new work to points of final connection at systems, to minimize shutdown time.

D. The Trade Contractor shall provide temporary connections when existing utilities cannot be interrupted.

E. The Contract shall maintain services and utilities to existing occupied spaces which will continue operations during shut down.

1.11 REQUEST FOR INFORMATION (RFI):

The Trade Contractor shall submit inquiries to the MGC seeking Drawing and Specification clarifications in the form of a Request for Information (RFI). The process of submitting an RFI is intended to make some requirement of the Drawings or Specifications clearly understood. The process of submitting an RFI shall not be used for any other construction phase communications. The Trade Contractor shall clearly and concisely set forth the issue for which it seeks clarification or interpretation and why a response is needed. The Trade Contractor shall, in the written request set forth its interpretation or understanding of the Contract's requirements along with reasons why it has reached such understanding. Responses to the Trade Contractor's inquiries from the MGC will not change any requirement and therefore are not direction to perform changes in the Trade Contract Documents. Should the Trade Contractor believe the response to an RFI is additional work, it shall proceed as per change provisions in the Trade Contract Documents. The Trade Contractor shall submit an RFI well in advance of issues needing clarification so the review and responses times by the various parties do not impede with the coordination and progress of the work.

A. The following types of correspondence will not be allowed to be submitted as a RFI. Submittals of this nature may be returned un-reviewed.

1. Shop Drawings or other project Submittals
2. Request for substitution or "or equal" products
3. Routine project correspondence
4. Clarification of phone conversations not related with drawings and specifications
5. Clarification and or confirmation of site review comments.
6. Confirmation of Trade Contract requirements
7. Clarification to schedules
7. Routine Trade Contractor and or sub contractor coordination of the Trade Contract Documents.
9. Descriptions for corrective actions that may be necessary for construction that is in non-compliance with the Trade Contract Documents.
10. Review and approvals for as-built conditions.
11. RFI's that contain more than one (1) request for information regardless of the subject (i.e. do not send an RFI with 7 electrical questions on it)

B. RFI's shall be issued by MDAD Project Number. The Trade Contractor shall not issue an RFI that applies to more than one Project.

POJV North Terminal Development Consolidation Program
Coordination
Project No. 747B
March 31, 2006
Section 01040
Page 6 of 8

C. All RFI's shall be submitted type written and produced in the format as directed by the MGC. Any attachments shall indicate the RFI number that it is associated with and the date of the RFI.

D. The Trade Contractor shall submit the RFI to the MGC, in electronic format (including all attachments), such as posting the RFI on the MGC's website, via e-mail or other directed electronic methods. All attachments must be on PDF format and the RFI should be in MS Word or plain text format.

E. Each RFI must contain the following data:

1. MDAD Project Number
2. POJV Project Number
3. Question
4. Suggested Solution (if available)
5. Drawing / Detail Number
6. Specification Number
7. Location (i.e. Column line / Floor)
8. Level (Floor) in Building
9. Sketched / Attachments
10. When response is needed
11. Other pertinent information

F. The MGC will provide a template that includes all of the above mentioned fields for information to be input. While use of the RFI template is not mandatory, it is encouraged.

G. Upon receipt of each RFI from the Trade Contractor, the MGC will review the RFI and, if necessary, will forward the RFI to MDAD.

H. If the question can be answered by the MGC, a response will be written and returned to the Trade Contractor. In these instances, the MGC will, as applicable, carbon-copy MDAD and the Design Professionals to inform them of the direction given. The MGC will clearly note on the RFI that no response from MDAD is required.

I. If a response from MDAD is required, the MGC will submit each RFI for response to MDAD. MDAD will effect a four (4) working day RFI response from the Design Professionals in written form when necessary. MGC will advise MDAD and the Design Professionals when the RFI response is needed under this time frame. Otherwise, MDAD and the Design Professionals shall respond to the RFI within a reasonable time frame.

J. The MGC will submit the RFI to MDAD and carbon-copy the Design Professional, in electronic format (including all attachments), such as posting RFI on MGC's website, via e-mail or other mutually agreed upon electronic method. At MDAD's discretion, the MGC will follow with a hard copy of the RFI to MDAD.

K. MDAD will respond to the MGC for each RFI in electronic format (including all attachments), such as posting the RFI on the MGC's website, via e-mail or other mutually

POJV North Terminal Development Consolidation Program
Coordination
Project No. 747B

March 31, 2006
Section 01040

Page 7 of 8

agreed upon electronic methods. MDAD will send a hard copy of the RFI to the MGC.

L.    The MGC will transmit the RFI response back to the Trade Contractor, in electronic format (including all attachments), such as posting the RFI on the MGC's website or via e-mail.

M.    For RFI's and RFI responses in which the electronic method described above is not practical, a hard copy format will be used.

N.    Follow up questions that the Trade Contractor may have on a RFI shall not be presented with a new RFI number. In such case, use the same RFI number as the original question with a suffix to distinguish it. For example, if the original question is RFI No. 8, follow up question would be RFI No. 8.1.

O.    A reply to an RFI is considered answered and therefore the RFI is closed. If the Trade Contractor disagrees, then the Trade Contractor shall follow up within 2 days with another RFI explaining why he believes the RFI is still open. In this case do not assign a new number. Add a suffix to the original RFI number, ie. RFI No. 12.1.

1.12    CONTRACT ASSIGNMENTS

As Applicable.

PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Coordination
Project No. 747B

March 31, 2006
Section 01040

Page 8 of 8

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Requirements and limitations of cutting and patching of Work.

B.    Trade Contractor shall be responsible for all cutting, fitting and patching, including attendant excavation and backfill, required to complete the Work.

C.    Assume concealed or previously unknown conditions will be encountered during the execution of the Work. No consideration whatsoever will be given to any claim for additional cost or time resulting from such conditions which can reasonably be expected, which are ordinarily encountered or which are generally recognized as inherent in the character of the Work anticipated for this Project.

1.02    RELATED REQUIREMENTS

A.    Trade Contract Documents.

B.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

C.    Divisions 2 through 16: cutting and patching incidental to Work of respective Sections.

1.03    SYSTEM DESCRIPTION

A.    Execute cutting, fitting and patching, including attendant excavation and backfill, required to complete the Work or to:

1.    Make its several parts fit together properly.
2.    Uncover portions of the Work to provide for installation of ill-timed work.
3.    Remove and replace defective work.
4.    Remove and replace work not conforming to requirements of Trade Contract Documents.
5.    Remove samples of installed work as specified for testing.
6.    Provide routine penetrations of non-structural surfaces for installation of mechanical, electrical and plumbing work.
7.    Uncover work that has been covered prior to required observation by the DP or MDAD.

1.04    SUBMITTALS

A.    Submit a written request to the Design Professional, who will notify MDAD, 7 days in advance of executing any cutting or alteration which affects:

POJV North Terminal Development Consolidation Program
Cutting and Patching
Project No. 747B

March 31, 2006
Section 01045

Page 1 of 4

1. Work of MDAD or any separate contractor.
2. Structural value or integrity of any element of the Project.
3. Integrity or effectiveness of weather-exposed or moisture-resistant elements or systems.
4. Efficiency, operational life, maintenance or safety of operational elements.
5. Visual qualities of sight-exposed elements.

B. Request shall include:

1. Identification of the project.
2. Location and description of affected work.
3. The necessity for cutting, alteration or excavation.
4. Effect on work of MDAD or any separate contractor, or on structural or weatherproof integrity of Project.
5. Description of proposed work:

   a. Scope of cutting, patching, alternation, or excavation.
   b. Trades who will execute the work.
   c. Products proposed to be used.
   d. Extent of refinishing to be done.
   e. Cost proposal when applicable.

6. Alternatives to cutting and patching.
7. Written permission of any separate contractor whose work will be affected.

C. Should conditions of Work or the Schedule indicate a change of products from original installation, Trade Contractor shall submit request for substitution as specified in Section 01630.

D. Submit written notice to DP designating the proposed date and the time the work will be uncovered or altered.


PART 2 - PRODUCTS

2.01    MATERIALS

A. Comply with specifications and standards for each specific product involved.

B. Should conditions of Work or the Schedule indicate change of products from original installation, submit a request for substitution as specified in Section 01630.


PART 3 - EXECUTION

3.01    EXAMINATION

A. Examine existing conditions of Project, including elements subject to damage or to

movement during cutting, patching and demolition.

B.    Hazardous material reports, obtained from MDAD, must be reviewed prior to commencing with the Work.  Verify remediation; if any hazardous material still exists or any suspected hazardous material is encountered during the course of the Work, do not disturb the material.  Immediately report unsatisfactory or questionable conditions to the Design Professional in writing; do not proceed with work which would disturb the unsatisfactory or questionable conditions in the affected area until MDAD has provided further instructions.

C.    After uncovering work, inspect conditions affecting installation of products, or performance of Work.

D.    Beginning of cutting or patching operations shall be considered as acceptance of existing conditions by Trade Contractor.

3.02    PREPARATION AND PROTECTION

A.    Provide adequate temporary support as necessary to assure structural value or integrity of affected portion of work.

B.    Provide devices and methods to protect adjacent work and other portions of Project from damage.

C.    Provide protection from elements for that portion of the Project which may be exposed by cutting and patching work.

3.03    DUST CONTROL

A.    Provide and maintain positive methods of dust control and apply dust control materials to minimize raising and spreading of dust from cutting and patching operations.

B.    Conform to requirements of Section 01560 for additional temporary controls.

3.04    NOISE CONTROL

A.    For noise control and safety concerns, no powder actuated tools will be allowed in occupied areas. These include:

1.    Terminal areas to be remodeled.
2.    Areas adjacent to occupied or public areas.

3.04    PERFORMANCE

A.    Execute cutting and demolition by methods which will prevent damage to other work, and will provide proper surfaces to receive installation of repairs.

B.    Execute fitting and adjustment of products to provide a finished installation to comply

POJV North Terminal Development Consolidation Program                    March 31, 2006
Cutting and Patching                                                                                Section 01045
Project No. 747B

Page 3 of 4

with specified products, functions, tolerances and finishes.

C.   Cut, remove and legally dispose of selected mechanical equipment, components, and materials as indicated, including but not limited to removal of mechanical piping, heating units, plumbing fixtures and trim, and other mechanical items made obsolete by the modified Work.

D.   Restore work which has been cut or removed; install new products to provide completed work in accordance with requirements of the Trade Contract Documents.

E.   Fit work airtight to pipes, sleeves, ducts, conduit and other penetrations through surfaces. Where fire-rated separations are penetrated, fill space around pipe or insert with material with physical characteristics equivalent to fire-resistance requirement of penetrated surface.

F.   Refinish entire surfaces as necessary to provide an even finish to match adjacent finishes:

1.   For continuous surfaces, refinish to nearest intersection.
2.   For an assembly, refinish entire unit.

END OF SECTION

POJV North Terminal Development Consolidation Program
Cutting and Patching
Project No. 747B

March 31, 2006
Section 01045

Page 4 of 4

SECTION 01050

FIELD ENGINEERING

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

    A.    Furnish and pay for field engineering and layout services required for Project.

        1.    Civil, structural or other professional engineering services specified, or required to execute Trade Contractor's construction methods.
        2.    Survey work required for execution of Work.
        3.    Coordinate field engineering services with the Design Professional and the MGC.

    B.    Continuous horizontal and vertical control is required regarding layout and execution of Work.

1.02    RELATED REQUIREMENTS

    A.    Conditions and provisions of the Trade Contract Documents.

    B.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections and Drawings.

1.03    CONTROLS

    A.    Primary control by the MGC:  The MGC will establish horizontal and vertical control points at various locations at the Site based upon the MDAD Airport Grid System.  These are described and indicated on the Drawings and will be coordinated in the field by the Design Professional and the MGC.

1.04    QUALIFICATIONS OF SURVEYOR OR ENGINEER

    A.    Qualified engineer or registered land surveyor, acceptable to the MGC, MDAD and the Design Professional.

    B.    Registered professional engineer of discipline required for this Project licensed in the State of Florida.

1.05    SURVEY REFERENCE POINTS

    A.    Existing basic horizontal and vertical control points for the Project are those designated on drawings or as determined from investigation of the existing conditions.

    B.    Verify property, grades, lines, levels and dimensions indicated.

    C.    Locate and protect control points prior to starting Site Work and preserve permanent

POJV North Terminal Development Consolidation Program
Field Engineering
Project No. 747B

March 31, 2006
Section 01050

Page 1 of 3

reference points during construction.

    1.    Make no changes or relocations without prior approval of the MGC and the DP.

    2.    Report to the MGC when reference point is lost, destroyed or requires relocation because of necessary changes in grades or locations.

    3.    Require surveyor to replace Project control points which may be lost or destroyed. Establish replacements based on original survey control.

## 1.06    PROJECT LAYOUT REQUIREMENTS

A.    Establish minimum number of permanent bench marks on Site, referenced to data established by survey control points. Record locations of bench marks with horizontal and vertical data on Project Record Documents.

B.    From established control points, layout all Work by establishing all lines and grades at Site necessary to control Work and measurements that may be required for execution of Work to location and limit marks prescribed in appropriate Specification Sections or on Trade Contract Drawings.

C.    The Trade Contractor shall furnish, at his own expense, all such stakes, steel pins, equipment, tools and material and labor that may be required in laying out Work from control points established by the MGC and the DP.

D.    Establish lines and levels, locate and layout by instrumentation and similar appropriate means:

    1.    Site Improvements:

        a.    Stakes for grading, fill and topsoil placement.
        b.    Utility slopes and invert elevations.

    2.    Batter boards for structures.
    3.    Building foundation column locations and floor levels.
    4.    Controlling lines and levels required for mechanical and electrical trades.

E.    Verify and coordinate in field all existing and proposed underground components including civil, structural, utilities and other components prior to initiation of the Work. Advise the DP of any conflicts or discrepancies requiring resolution.

## 1.07    SUBMITTALS AND DOCUMENTATION

A.    Submit name and address of Surveyor and professional engineer to the DP.

B.    On request of the DP or the MGC, submit documentation to certify accuracy of field engineering work.

C.    Submit certificate signed by registered engineer or surveyor certifying that elevations and locations of improvements are in conformance, or non-conformance, with Trade Contract Documents.

POJV North Terminal Development Consolidation Program
Field Engineering
Project No. 747B

March 31, 2006
Section 01050

Page 2 of 3

D.   Standards and Availability: Data and other measurements shall be recorded in accordance with standard and approved methods. All field notes, sketches, recordings, and computation made in establishing above horizontal and vertical control points shall be available at all times during progress of Work for ready examination by the DP and the MGC.

E.   Maintain complete and accurate record data on underground utilities and obstructions, new and existing, encountered in execution of Work. Record data on Project Record Documents in accordance with requirements of Section 01720.

F.   On completion of foundation walls and major Site improvements, prepare certified survey showing dimensions, locations, angles, and elevations of construction.

G.   Submit upon request signed and sealed engineering calculations.

## PART 2 - PRODUCTS

Not Used.

## PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Field Engineering
Project No. 747B

March 31, 2006
Section 01050

Page 3 of 3

SECTION 01060

REGULATORY REQUIREMENTS

PART 1 - GENERAL

1.01   RELATED REQUIREMENTS

A.   Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.02   CODES, AUTHORITIES, REGULATORY AGENCIES, AND INDUSTRY REFERENCES

A.   Where references are made on Drawings or Specifications to codes, they shall be considered an integral part of the Trade Contract Documents as minimum standards. Nothing contained in the Trade Contract Documents shall be so construed as to be in conflict with any law, bylaw or regulation of the municipal, State, Federal or other authorities having jurisdiction.

B.   Perform Work in compliance with the following code:

1.   South Florida Building Code, 1994 edition, 6th supplement.

C.   Perform Work in compliance with the following authorities:

1.   Federal Aviation Administration (FAA).
2.   Miami-Dade Aviation Department (MDAD).

D.   Perform Work in compliance with the following regulatory agencies:

1.   Miami-Dade Department of Environmental Resource Management (DERM).
2.   ANSI, ADA, and Florida Accessibility Code for Building Construction regulations.
3.   OSHA Trench Safety System program.
4.   State of Florida Department of Transportation (FDOT).
5.   All federal, state and local clean air, clean water, water rights, resource recovery, and solid waste disposal standards and the Federal Endangered Species Act, and the Occupational Safety and Health Acts.

E.   Perform Work in compliance with the following industry references:

1.   National Fire Protection Association (NFPA), National Electric Code (NEC).
2.   NFPA 101, Life Safety Code.
3.   NFPA Article 13: Standard on Installation of Sprinkler Systems.
4.   Factory Mutual (FM).
5.   ASCE 7-88: Minimum Design Loads for Buildings and Other Structures.
6.   ANSI
7.   American National Standards Institute (ANSI) A17.1: Elevator Code.
8.   American Society for Testing and Materials (ASTM).
9.   Underwriters Laboratories (UL).

POJV North Terminal Development Consolidation Program
Regulatory Requirements
Project No. 747B

March 31, 2006
Section 01060

Page 1 of 2

10.     The National Board of Fire Underwriters.

1.03    FIRE RATINGS

A.      Where material, component, or assembly is required to be fire rated, fire rating shall be determined or listed by the following testing agency:

1.      Factory Mutual Laboratories (FM).

B.      Equivalent fire rating as determined or listed by another testing authority is acceptable if approved by applicable governing authorities having jurisdiction and MDAD.

1.04    PERMITTING

A.      The Trade Contractor shall file for and obtain necessary licenses and permits, and be responsible for complying with any Federal, State, County, and Municipal Laws, Codes, regulations applicable to the performance of the Work, including, but not limited to, any laws or regulations requiring the use of licensed contractors to perform parts of the Work.

1.05    INSPECTION AND CERTIFICATIONS

A.      Arrange inspection and obtain certificates of approval from applicable authorities having jurisdiction.  Furnish certificate in accordance with conditions of the Trade Contract Documents.

1.06    PERFORMANCE

A.      Should the Trade Contractor knowingly perform any Work that does not conform with the requirements of applicable codes, ordinances regulations, or standards, without giving prior written notice to the MGC, the Design Professional and MDAD and obtaining required variance, etc., from the governing body, the Trade Contractor shall assume full responsibility therefore and shall bear all costs involved in correcting such non-complying Work.

PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

Not Used.

END OF SECTION

SECTION 01100

EXISTING UTILITIES

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Before performing any utility modifications, utility shutdowns or any hot work on existing utility within a building, or performing any excavation, drilling holes, performing any vibroflotation (vibrocompaction) work, hot work on any underground utility, or driving piles, the Trade Contractor shall contact the MGC, the DP, MDAD and all concerned utilities.

B.    The Trade Contractor shall not purposefully disrupt or disconnect any type of utility whatsoever without first obtaining the written permission of MDAD. If a suitable bypass of such utility cannot be provided, then MDAD, through the MGC, may direct the Trade Contractor to proceed with the work on a 24-hour per day basis until such interrupted, utility services are completely restored. Requests for disconnection shall be submitted on a fully completed copy of the MDAD "Shut Down Request Form" delivered to MDAD for processing and approval at least five (5) working days prior to the time of the requested interruption, and shall state:

1.    The identity of the utility involved.
2.    Justification of the requested disconnect.
3.    The location of the requested disconnect.
4.    The exact date and time at which the disconnect is requested.
5.    The duration of the proposed disconnect.

C.    The Trade Contractor shall complete the Underground Utilities Clearance Sign-Off Sheet appended to this Section and submit it to the MGC, the DP and to MDAD Maintenance in accordance with the form's instructions.

D.    Before any shut down of an existing active utility, the Trade Contractor shall complete the Shut Down Request form appended to this Section and submit it to MDAD Maintenance Engineering in accordance with the form's instructions.

E.    In the event of damage to existing facilities or structures, proposed to remain, relocated or otherwise reused by MDAD as a result of the Trade Contractor's operations, the Trade Contractor shall take immediate steps to repair or replace all damage and to restore all services. Further, the Trade Contractor shall, when directed by the MGC and/or MDAD, engage any additional outside services which may be necessary to prosecute repairs on a continuous "around the clock" basis until the damaged facilities or structures are restored. All costs involved in making repairs and restoring disrupted service resulting from the Trade Contractor's Work shall be borne by the Trade Contractor and the Trade Contractor shall be fully responsible for any and all claims resulting from the damage.

PART 2 - PRODUCTS

Not used.


PART 3 - EXECUTION

3.01    COMPLIANCE REQUIREMENTS

A.    The Trade Contractor shall comply with the Provisions of the Underground Facility Damage Prevention and Safety Act - Chapter 556, Florida Statutes.

B.    Prior to performing any excavation or digging, the Trade Contractor shall give 48 hours notice to MDAD and each owner of the underground utility facilities. Notifying SUNSHINE STATE ONE CALL OF FLORIDA, INC. does not satisfy this requirement.

C.    There is a rebuttable presumption of negligence under the above referenced Statutes on the part of the Trade Contractor, if the Trade Contractor fails to call the underground utility owner and receive authorization before digging, or if the Trade Contractor calls but fails to wait the required 48 hours.

D.    During the 48 hour period, the underground utility owner shall go to the site and flag its facility.

E.    Violation of the above referenced statute can be cause for civil fines and criminal offenses as delineated in the above referenced statutes.

Appendices:    MDAD UNDERGROUND UTILITIES CLEARANCE SIGN OFF SHEET, Requirements for filling out sign-off sheet and procedures.

MDAD UNDERGROUND UTILITIES CLEARANCE SIGN OFF SHEET.

MDAD CIP SHUT-DOWN REQUEST

NOTICE TO REQUESTOR/CONTRACTOR

CIP SHUT-DOWN REQUEST FORM.

CIP SHUT-DOWN COORDINATION CONCURRENCE

NON-CIP SHUT-DOWN REQUEST FORM


END OF SECTION

POJV North Terminal Development Consolidation Program
Existing Utilities
Project No. 747B
                                                                March 31, 2006
                                                                Section 01100
Page 2 of 9

# MDAD UNDERGROUND UTILITIES CLEARANCE
## Requirements for filling out sign-off sheet and procedures.

CONTRACTOR/REQUESTOR SHALL:

Contact MDAD Utilities Coordinator to obtain direction and the MDAD Sign-off Sheet.

CALL/CONTACT:

a) Sunshine State One Call of Florida, Inc. (Former U.N.C.L.E.) b) All companies/organizations (persons) which are on the MDAD Sign-off Sheet. c) Obtain Names and signatures of contact personnel for all utilities. Copies shall be submitted to MDAD for their records.

Be prepared to submit to these companies drawings/maps of the work area.

Mark in field the location of the proposed work site.

Prepare a set of copies of all papers/maps regarding the project (for MDAD records).

Call the MDAD Utilities Coordinator for final appointment and last signature.

## NOTICE TO CONTRACTORS

MDAD's **Utilities Clearance Coordination is not an underground utilities locating** service for **contractors working for Miami-Dade County Airports.** **MDAD's Utilities Clearance Coordination** is a free service provided to contractors working for MDAD, for the purpose of protecting our utilities, including damage prevention.

If utilities shown on contractors' drawings cannot be located by the contractor, then the Contractor is responsible for finding the utility by other means, such as hiring a locator with high tech equipment like GPR (ground penetrating radar).

Contractors are responsible for making all the necessary phone calls to obtain the clearance associated with their projects. The accuracy of clearances and signatures from other agencies or groups is the Contractor's responsibility.

MDAD is not responsible for any and all claims, disputes, or other matters arising between Contractors related to the execution or progress of their work, or their interpretation of the available plans and information. MDAD is not responsible for the verification or reliability of existing utilities information or for information furnished by other agencies.

MDAD Utilities Clearance Coordination service is limited to sites within Miami-Dade County Airports only. Utilities clearance requests inside buildings are <u>NOT PERMITTED</u> due to interference. All clearances and associated coordination are good for a two (2) week period, only.

# SIGN-OFF SHEET
## MIAMI DADE AVIATION DEPARTMENT
# UNDERGROUND UTILITIES CLEARANCE

MD. .AME AND NUMBER/WORK ORDER NUMBER:

_____

_____

MDAD P.M:_____REQUESTOR NAME: _____

CONTRACTOR/SHOP: _____ TELEPHONE #: _____

LOCATION SITE      TERMINAL / MDAD / NW./ N.E.BASE / CENTRAL BASE

TAMIAMI / OPA-LOCKA / HOMESTEAD GENERAL .

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

STEP #1.
CONTACT: SUNSHINE STATE ONE CALL OF FLORIDA INC. (1-800-432-4770) OR (1-800-638-4097)

OBTAIN ALL SIGNATURES REQUIRED AND PLEASE ATTACH THE " ONE CALL" PARTICIPATING UTILITY FOR THIS AREA.  TICKET NO._____

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

STEP#2

| NAME OF COMPANY/ORGANIZATION | DATE | SIGNATURE |
|---|---|---|
| | **FPL LOCATOR** | |
| BOD GARDNER 876-7896 OR TOM CLARK 876-7936 | Fax-305-869-1435 | |
| | **FAA** | |
| JOHN PIVACCO: 869-5350. FAX: 869-5390 | | |
| | **NEXTIRAONE, L.L.C. – COMMUNICATIONS** | |
| ALI  ,O GUERRA: 305- 876-8411 – FAX 305- 869-5672 | | |
| | **MDAD IRRIGATION** | |
| FRANK CONTRERAS 876-7381 – FAX 876-8087 | | |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

STEP # 3

MDAD UTILITY COORDINATOR

IVAN VALDES 305-876-0626    FAX 305-876-8007

COMMENTS_____

_____

NOTES:
1.  THE LOCATION OF THE PROPOSED WORK MUST BE MARKED IN THE FIELD.

2.  CONTRACTOR SHALL CONTACT THE ABOVE GROUPS TO SIGN-OFF ABOVE.

3.  DRAWINGS OF PROPOSED PROJECTS SHALL BE SUBMITTED WITH TICKET NUMBERS AT TIME OF CLEARANCE REQUESTS, PLUS ANY OTHER RELEVANT DRAWINGS AVAILABLE.

4.  LAST SIGNATURE TO BE OBTAINED IS THAT OF MDAD UTILITY COORDINATOR.

   MDAD COORDINATOR WILL THEN VERIFY THAT ALL SIGNATURES HAVE BEEN OBTAINED.

6.  MDAD COORDINATOR WILL NOT BE RESPONSIBLE FOR AREAS CLEARED BY OTHER ENTITIES.

# MDAD CIP AND NON-CIP SHUT-DOWN REQUESTS

Requestor/Contractor Requirements:

1. The Project Manager/Contractor of a particular project shall contact the MDAD shop supervisor and/or lead worker of each discipline for a kick-off meeting regarding shutting down any equipment or system that may impact the airport.
2. Once the affected areas have been identified with the assistance of MDAD, the Project Manager/Contractor shall complete the request form correctly with all pertinent information.
3. All Contractors/Requestors shall follow the procedures that are attached to the SHUT-DOWN REQUEST FORM appropriate to the project type.

Requirements for filling out the form and procedures:

1. Complete the form properly by making sure to attach all necessary documents showing the affected areas, devices, permits, certification of licenses from Contractor and environmental plans (if required), etc.

The following are the requirements for each discipline to be attached with the C.I.P. SHUT-DOWN REQUEST FORM:

1. Electrical/Mechanical - site plans or as-builts showing affected areas, scope of work, etc.
2. Water/Sewer – (water) site plans or as builts showing affected areas, scope of work; (sewer) – site plans or as-builts showing affected area, scope of work, environmental action plan (if required).
3. Fire Sprinkler & Alarm – site plans or as-builts showing affected areas, scope of work, copies of permits, copies of licenses, copies of Honeywell plans. (Copies of Honeywell Shutdown Notice).
4. Security & Life Safety – site plans or as-builts showing affected areas, scope of work, copies of permits, licenses and copies of Honeywell Security Plan, Matrix and Honeywell concurrence letters of walk thru involvement.

   This is to ensure that all shut-downs are approved in a timely manner.

1. Deliver or fax the completed SHUT-DOWN REQUEST FORM to the CIP Shut-down Coordinator, where it shall be stamped "Received." Incomplete paperwork will not be processed and the requestor shall be contacted.

2. The MDAD Shut-down Coordinator shall contact the project manager, e.g., MDAD/DAC/POJV, when all areas have been cleared and the affected MDAD Divisions & tenants have been notified to approve the shut-down.

3. An e-mail will confirm notifying everyone affected by the shut-down of the date. Unless an emergency arises, all shut-downs shall be scheduled within __7__ working days after completed paperwork is submitted.

# NOTICE TO REQUESTOR/CONTRACTOR

MDAD CIP Shut-down Coordination Group is not a service company for Contractors working for Miami Dade County airports. The Coordination Group provides a free service to Contractors working for MDAD, for the purpose of protecting all utilities including damage prevention, as well as protecting our business partners from operation interruptions.

The Coordinator is not responsible for delays due to the forms not being properly completed. Contractors are responsible for providing all necessary information before requesting a shutdown. The Coordination Group is available to assist the Contractors, provided they advise in a timely manner. MDAD is not responsible for any and all claims, disputes or other matters arising between Contractors related to the execution or progress of their work or their interpretation of the available plans and information.

# CIP SHUT-DOWN REQUEST FORM

PROJECT NAME: _____  PROJECT NO.: _____

PROJECT MANAGER: _____  TODAY'S DATE: _____

                                          SHUTDOWN DATE

TELEPHONE NUMBER: _____  REQUESTED: _____

*NOTE: Return completed form to MDAD CIP Coordination Group at MIA Building 3030, 3rd Floor, Fax Number 305-876-0601. Submit no less than 7 working days before requested shut-down date.*

LOCATION OF WORK / FLOOR          _____

                                 _____

A/E NAME/TELEPHONE & FAX NO.:    _____

A/E PROJECT MANAGER:             _____

ENGINEERING CONSULT. NAME/TEL./FAX NO.: _____

G.C. NAME/TELEPHONE & FAX NO.:   _____

G.C. PROJECT MANAGER:            _____

SUB-CONTRACTOR NAME/TEL. & FAX NO.: _____

SUB-CONTRACTOR PROJECT MANAGER:  _____

SYSTEM TO BE SHUT DOWN:          _____

                                 _____

REASON FOR SHUT-DOWN:            _____

                                 _____

                                 _____

                                 _____

AREAS AFFECTED BY SHUT-DOWN:     _____

                                 _____

                                 _____

                                 _____

OTHER SYSTEMS AFFECTED (E, A/C, P, ETC.) _____

                                 _____

                                 _____

DURATION OF SHUT-DOWN REQUEST:   _____

# CIP SHUT-DOWN COORDINATION CONCURRENCE

| | |
|---|---|
| SCHEDULED SHUT-DOWN DATE: | |
| SYSTEM TO BE SHUT-DOWN: | |
| REASON FOR SHUT-DOWN: | |
| LOCATION: | |

| COMPANIES COORDINATING SHUT-DOWN | REPRESENTATIVE | DATE | COMMENTS |
|---|---|---|---|
| HONEYWELL | | | |
| | | | |
| DASH DOOR | | | |
| | | | |
| MATRIX | | | |
| | | | |
| CONTRACTOR | | | |
| | | | |

# NON-CIP SHUT-DOWN REQUEST FORM

PROJECT NAME: _____     PROJECT NO.: _____

PROJECT MANAGER: _____     TODAY'S DATE: _____

                                           SHUTDOWN DATE

TELEPHONE NUMBER: _____     REQUESTED: _____

*NOTE:  Return completed form to MDAD Maintenance Engineering at MIA Building 3030, Fax Number 305-869-4782.*
*Submit no less than 7 working days before requested shut-down date.*

LOCATION OF WORK / FLOOR                   _____

                                           _____

A/E NAME/TELEPHONE & FAX NO.:              _____

A/E PROJECT MANAGER:                       _____

ENGINEERING CONSULT. NAME/TEL./FAX NO.:    _____

G.C. NAME/TELEPHONE & FAX NO.:             _____

G.C. PROJECT MANAGER:                      _____

SUB-CONTRACTOR NAME/TEL. & FAX NO.:        _____

SUB-CONTRACTOR PROJECT MANAGER:            _____

SYSTEM TO BE SHUT DOWN:                    _____

                                           _____

                                           _____

REASON FOR SHUT-DOWN:                      _____

                                           _____

                                           _____

                                           _____

AREAS AFFECTED BY SHUT-DOWN:               _____

                                           _____

                                           _____

                                           _____

OTHER SYSTEMS AFFECTED (E, A/C, P, ETC.)   _____

                                           _____

                                           _____

DURATION OF SHUT-DOWN REQUEST:             _____

*NOTE:  ATTACH PLAN, OR IF REQUESTED BY ENGINEERING, SUPPLY PLANS FOR REVIEW MEETING AT FIELD OFFICE.*
*CALL PABLO MORALES AT 305-876-7895 WITH ANY QUESTIONS.*

SECTION 01115

SOUTH FLORIDA COMPLIANCE

## PART 1 - GENERAL

1.01    SUMMARY

    A.    This Section includes administrative provisions for compliance with South Florida Building Code requirements related to:

        1.    Product Control Division, Notice of Acceptance (NOA) for, but not limited to:

            a.    Cladding/ Curtainwall.
            b.    Doors/ Frames and Finish Hardware.
            c.    Fasteners.
            d.    Masonry Units.
            e.    Access Panels.
            f.    Glazing
            g.    Roofing
            h.    Overhead Coiling Doors.
            f.    Plumbing (suggested but not mandatory).
            g.    Exterior Railings (suggested but not mandatory).

        2.    Special inspector duties.
        3.    Report and certificates.

1.02    SUBMITTALS

    A.    Product Control Division - NOA Requirements:

        1.    Maintain current copy of all NOA requirement certificates for products, materials, and equipment at Project site.

        2.    Identifying Label:

            a.    Staple separate label to first page of each NOA requirement.

            b.    Include following information on each separate label: Project Manual Section number and Section paragraph number related to product, material, or equipment referenced in NOA requirement, date submitted, and submittal number.

        3.    Organization for Building Official Review:

            a.    Maintain NOA requirements in Section Number sequence in hanging folders labeled and titled by CSI Division number and title, and store in filing cabinet at Project site.

POJV North Terminal Development Consolidation Program        March 31, 2006
South Florida Compliance        Section 01115
Project No. 747B

Page 1 of 6

b.     Maintain submittal log to record submission of each NOA requirement showing Division number, Section number, manufacturer name, submittal number, and date of submittal.

   c.     At Substantial Completion, verify that all NOA requirements are correctly filed and exist in hanging files as listed in NOA requirement submittal log; transmit complete package of NOA requirements in hanging files as organized for Building Official review to Design Professional for delivery to MDAD, complete with copy of NOA requirement submittal log.

B.     Reports and Certifications - Record Documents:

   1.     Building Official and Special Inspector Inspection Failure Reports:

      a.     Submit report detailing date of failure, reason for inspection failure, procedure(s) required to correct inspection failure; time required to correct inspection failure, and list of trades affected by correction or work.
      b.     Maintain all inspection failure reports in chronological sequence at Project site.
      c.     Maintain log of each inspection failure report showing date of failure and inspection failure report number; when failure is corrected, enter date of inspection acceptance.

   2.     Certificate of Compliance: Submit copy of certificate completed by Special Inspector and submitted to Building Official.

   3.     Progress and Inspection Reports:

      a.     Submit copy of reports prepared by Special Inspector and submitted to Building Official.
      b.     Maintain all reports in chronological sequence.

## 1.3    QUALITY ASSURANCE

A.     Mandatory Inspections:

   1.     Code Compliance:

      a.     Review Code for inspections required to be performed as work progresses.
      b.     Do not perform additional work beyond limits defined by Code for each type of inspection until inspections have been completed and approved for work scheduled to be inspected.
      c.     If Building Official declares work to have failed to pass inspection, record Building Official's reason for failure.

POJV North Terminal Development Consolidation Program
South Florida Compliance
Project No. 747B

March 31, 2006
Section 01115

Page 2 of 6

2. Notifications:

    a. Notify Building Official for progress inspections.

    b. Notify Design Professional 24 hours before date of Building Official inspection.

    c. On date of Building Official's inspection, arrange for construction supervisor and specific trade foreperson to accompany Building Official as Building Official makes required inspection.

3. Correction of Mandatory Inspection Failure(s):

    a. Review Building Official's reason for inspection failure.

    b. Submit report to Design Professional for inclusion in record documents, detailing date of failure, Building Official's reason for inspection failure, procedure(s) required to correct inspection failure, time required to correct inspection failure, and list of trades affected by correction or work.

    c. Proceed with work required to remedy cause of inspection failure.

    d. On completion of inspection failure correction, notify Building Official for re-inspection as specified in this Section.

4. Trade Contractor Responsibilities for Building Official Inspection Accommodation:

    a. Maintain compliance with Trade Contract Documents during execution of work.

    b. Supervise work in conformance with applicable ordinances, regulations, and codes.

    c. Coordinate other inspections required by Trade Contract Documents and Code.

    d. Cooperate with Building Official as required to allow Building Official to complete inspections in compliance with Code including, but not limited to: providing copies of submittals (Trade Contract Documents, Addenda, Product Control Division NOA requirements, shop drawings, and change orders) pertinent to inspection being performed by Building Official and providing access to work to be inspected, including furnishing special equipment (OSHA-approved ladders, hoists, staging, and similar devices and equipment) required to access work to be inspected.

B. Special Inspections:

1. Special Inspector Requirements: MDAD will employ Special Inspector for inspection of structural framework with same responsibilities as Building Official.

2. Special Inspector Duties: In compliance with Code requirements, to include:

    a. Submission of progress and inspection reports performed by Special Inspector to Building Official with copies submitted for inclusion in record documents.

POJV North Terminal Development Consolidation Program
South Florida Compliance
Project No. 747B

March 31, 2006
Section 01115

Page 3 of 6

     b.     Submission of Certificate of Compliance to Building Official with copies submitted for inclusion in record documents.

     c.     Performance of structural inspections in compliance with Structural Inspection Plan included in Trade Contract Documents.

3.    Code Compliance:

     a.     Review Code for inspections required to be performed by Special Inspector as work progresses.

     b.     Do not perform additional work beyond limits defined by Code for each type of inspection until special inspections have been completed and approved for work scheduled to be inspected.

     c.     If Special Inspector declares work to have failed to pass inspection, record Special Inspector's reason for failure.

4.    Notifications:

     a.     Notify Special Inspector in writing (letter, fax or email) a minimum of 48 hours before completion of work for items of work requiring progress inspections, detailing work to be inspected and date scheduled for completion of work to be inspected.

     b.     Notify the MGC and the Design Professional of date and time of Building Official inspection.

     c.     On date and time of Special Inspector's inspection, arrange for construction supervisor and specific trade foreperson to accompany Special Inspector as Special Inspector makes required inspection.

5.    Correction of Special Inspection Failure(s):

     a.     Review Special Inspector's reason for inspection failure.

     b.     Submit report to Design Professional for inclusion in record documents, detailing date of failure, Special Inspector's reason for inspection failure, procedure(s) required to correct inspection failure, time required to correct inspection failure, and list of trades affected by correction or work.

     b.     Proceed with work required to remedy cause of inspection failure.

     d.     On completion of inspection failure correction, notify Special Inspector for re-inspection as specified in this Section.

6.    Trade Contractor Responsibilities for Special Inspection Accommodation:

     a.     Maintain compliance with Trade Contract Documents during execution of work.

     b.     Supervise work in conformance with applicable ordinances, regulations, and codes.

     c.     Coordinate other inspections required by Trade Contract Documents and Code.

     d.     Cooperate with Special Inspector as required to allow Special Inspector to complete inspections in compliance with Code including, but not limited to: providing copies of submittals (Trade Contract Documents, Addenda,

POJV North Terminal Development Consolidation Program        March 31, 2006
South Florida Compliance        Section 01115
Project No. 747B

Page 4 of 6

shop drawings, and change orders) pertinent to inspection being performed by Special Inspector and providing access to work to be inspected, including furnishing special equipment (ladders, hoists, staging, and similar devices and equipment) required to access work to be inspected.

## PART 2 - PRODUCTS

### 2.01 MATERIALS

A. NOA Requirement Conformance:

1. Where product, material, or equipment is mandated to have NOA requirements, use only products which have passed Product Control Division requirements and possess current NOA requirement.

2. NOA requirements Compliance Labeling: Ensure that products having NOA requirements issued by Product Control Division and required to be permanently labeled have label which includes following information:

   a. Manufacturer's name, city, state or manufacturer's logo.
   b. Statement indicating "Product Control Approved" or having Product Control Division logo.

B. Ensure that products required to have permanent seals or labels issued by other authorities or inspecting agencies conform to labeling requirements of respective authority or inspecting agency.

C. Nonconforming Products:

1. If product, material, or equipment installed at Project is required by Code to have NOA requirements and is discovered to not have been issued valid NOA requirements or if NOA requirements has expired, pay all costs, fees, or fines related to replacing product, material, or equipment used in violation of Product Control Division for NOA requirements at no additional cost to MDAD or the MGC.

2. Products, materials, or equipment submitted to Product Control Division for NOA requirements and not issued valid NOA requirements at time of construction or installation are considered to be nonconforming products, unless waiver for use has been issued by Product Control Division and Notice of Waiver has been delivered to Project site.

3. MDAD or the MGC reserves the right to assess penalties against the Trade Contractor for use of nonconforming products, including, but not limited to, following:

   a. Liquidated damages for each day of delay.
   b. Reimbursement for fines levied by Building Official.

POJV North Terminal Development Consolidation Program
South Florida Compliance
Project No. 747B

March 31, 2006
Section 01115

Page 5 of 6

c. Reimbursement for fees levied by Building Official for additional inspections.

d. Reimbursement for fees submitted by Special Inspector for additional inspections.

e. Reimbursement for fees submitted by Design Professional and Design Professional's consultants for any redesign required to accommodate replacement of nonconforming products, materials, or equipment.

f. Reimbursement for fees submitted by Design Professional and Design Professional's consultants for site inspections associated with installation of replacement products, materials, or equipment.

## PART 3 - EXECUTION

Not used.

## END OF SECTION

POJV North Terminal Development Consolidation Program
South Florida Compliance
Project No. 747B

March 31, 2006
Section 01115

Page 6 of 6

SECTION 01200

PROJECT MEETINGS

PART 1 - GENERAL

1.01    RELATED REQUIREMENTS

A.    Division 1 General Requirements are applicable in the execution of all Specification Sections.

1.02    REQUIREMENTS INCLUDED

A.    The Managing General Contractor (MGC) shall schedule and administer periodic progress meetings, typically weekly and specially called meetings and conferences throughout progress of Work.

The Managing General Contractor will:

1.    Prepare the agenda for meetings.
2.    Distribute written notice of each meeting three (3) working days minimum in advance of the meeting date.
3.    Make physical arrangements for meetings.
4.    Preside at meetings.
5.    Record minutes and attendees; include significant proceedings and decisions.
6.    Reproduce and distribute copies of minutes after each meeting to participants in meeting and to parties affected by decisions made at meeting. Meeting minutes shall be distributed within three (3) calendar days after meeting.
7.    Furnish all requested copies of minutes to the Trade Contractor, MDAD and the Design Professional.

B.    Representatives of Managing General Contractor, Trade Contractors and suppliers attending meeting shall be qualified and authorized to act on behalf of entity each represents.

1.03    PRE-CONSTRUCTION MEETING

A.    A pre-construction meeting will be held at the construction job Site prior to beginning of work at a time designated by the MGC, but not later than 15 days after date of Notice to Proceed.

B.    Representatives of MDAD, the Design Professional, the MGC, the Trade Contractor, and the Trade Contractor's major Subcontractors shall be present.

1.04    PROJECT PROGRESS MEETINGS

A.    Schedule regular weekly progress meetings per project.

B. Hold additional meetings as necessary by progress of construction activity.

C. MDAD, the Design Professional, the MGC, the Trade Contractor and major Trade Contractors, as appropriate to the agenda, shall be present.

D. The following shall serve as a typical agenda:

    1. Review of work progress since previous meeting and expected work to be performed.

    2. Field observations, problems, conflicts.

    3. Construction Schedule / Schedule of Work.

    4. Review of off-site fabrication, delivery schedules.

    5. Corrective measures and procedures to maintain/regain projected schedule.

    6. Submittal schedules and status of submittals.

    7. Maintenance of quality standards.

    8. Pending changes and substitutions.

    9. Review proposed changes for effect on construction schedule, on completion, date and effect on other contracts of Project.

    10. Review of the Project Record Documents Review Log. A copy of the log will be attached to the minutes of the weekly construction meeting.

    11. Coordination with other adjacent contracts.

    12. Other applicable business

    13. RFI's

E. Additional progress meetings shall be held by the Managing General Contractor as required.

1.05 PROGRAM-WIDE PROGRESS/ COORDINATION MEETINGS

A. Schedule regular weekly program progress meetings, or as requested by MDAD.

B. Hold additional meetings as necessary to report to MDAD the progress of construction activity.

C. MDAD, the Design Professionals, the MGC, the Trade Contractor and major Trade Contractors, if required, shall be present.

D. The following shall serve as a typical agenda, but only as they pertain to program-wide coordination:

    1. Review of work progress since previous meeting and expected work to be performed.

    2. Field observations, problems, conflicts.

    3. Program Construction Schedule.

    4. Review of off-site fabrication, delivery schedules.

    5. Corrective measures and procedures to maintain/regain projected schedule.

    6. Submittal schedules and status of submittals.

    7. Maintenance of quality standards.

    8. Pending changes and substitutions.

    9. Review proposed changes for effect on construction schedule, on completion, date

POJV North Terminal Development Consolidation Program
Project Meetings
Project No. 747B

March 31, 2006
Section 01200

Page 2 of 3

and effect on other contracts of Program.
10.    RFI's
11.    Coordination with other adjacent contracts.
12.    Other applicable business

## PART 2 - PRODUCTS

Not Used.

## PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Project Meetings
Project No. 747B

March 31, 2006
Section 01200

Page 3 of 3

CONSTRUCTION SCHEDULES

PART 1 GENERAL

1.01    REQUIREMENTS INCLUDED

Trade Contractor shall follow these requirements and procedures for preparation, submittal, maintaining and utilization of construction schedules. The requirements of this Section are included to:

1.    Maximize efficiency for all contractors involved in the Project.
2.    Assure adequate planning and execution of the Work by the Trade Contractor.
3.    Assure coordination of the Work of the Trade Contractor with other trade contractors, subcontractors, and suppliers.
4.    Incorporate proper coordination of the work between Design Professionals and Owner.
5.    Assure coordination of any adjacent work being performed for tenants or Owner.
6.    Assist the Trade Contractor, the Managing General Contractor, and Owner in evaluating:

a.    Contract performance relative to the schedules.
b.    Monitor Monthly Work Progress/ Progress Payments.
c.    Proposed changes to Contract, Trade Contract, and schedules.

1.02    RELATED REQUIREMENTS

A.    Section 01010 - Summary of work.

B.    Section 01025 - Measurement and Payment.

C.    Section 01340 - Shop Drawings, Product Data and Samples

D.    Section 01370 - Schedule of Values

1.03    DEFINITIONS AND RESPONSIBILITIES

A.    Pre-Bid Schedule (PBS): A schedule prepared by Managing General Contractor that is keyed to the MGC Construction Schedule and Milestones. The Pre-Bid Schedule shall be used by bidders during the procurement phase to develop their bid proposals. The Pre-Bid Schedule may contain one or more projects.

B.    MGC Construction Schedules – Within 90 days of May 30, 2007, the Managing General Contractor (MGC) shall submit to Owner a cost loaded schedule for the work, which may be more detailed than the Pre-Bid Schedule. All activities shall be coded as determined by MGC.. This cost loaded construction schedule shall include as many activities as necessary to make the schedule an effective tool for construction planning, and for monitoring the performance of the Trade Contractor, including but not limited to Change Order/Work Orders, etc. These  MGC Construction Schedules, when approved by the

Owner shall be the basis for determining impacts to Milestones. The MGC Construction Schedule will be updated by the MGC on a monthly basis.

C.    Not Used

D.    Not Used

E.    Trade Contractor Schedule (TCS): The Trade Contractor's preparation of the Trade Contractor Schedule will be in accordance with the sequence, timeframes, interim completion milestones and final completion requirements in the Pre-Bid Schedule, Phasing Plans and any other requirement by the MGC. The TCS, with any necessary modifications, will be integrated by the MGC with other trade contractor schedules into the MGC Construction Schedule. Once the integrated MGC Construction Schedule is approved by Owner, the resulting TCS as prepared by the MGC will become the TCS (Schedule of Work) for the Trade Contractor. It is the responsibility of the Trade Contractor to interface with other Trade Contractors and allow sufficient time for these other Trade Contractors to perform their work.

F.    The Trade Contractor shall be responsible for assuring all work sequences are logical and the TCS (Schedule of Work) shows a coordinated plan for complete performance of the Work. Failure of the Trade Contractor to include any element of work required for performance of the Contract in the TCS (Schedule of Work) shall not excuse the Trade Contractor from completing all Work within its Milestone(s).

G.    Preliminary Trade Contractor Schedule (PTCS): Preliminary Schedule provided by the Trade Contractor that shall be used as the basis to begin to plan and monitor the progress of Work during development and acceptance of the MGC Construction Schedule and the Trade Contractor Schedule. The Preliminary Trade Contractor Schedule submittal shall be based on the Pre-Bid Schedule. The Preliminary Trade Contractor Schedule must show in detail the activities to be accomplished during the first ninety (90) calendar days after Trade Contract execution, as well as summary level activities for of the remaining tasks to be performed by the Trade Contractor..

H.    Trade Contractor shall submit on Thursday of each week a Four Week Rolling Schedule, subject to additional requirements by the MGC. The Four Week Rolling Schedule shall display:

    1.  Activity Description
    2.  Bar of Planned Activity Execution
    3.  Four week time window, showing the current week and three (3) upcoming weeks
    4.  Activity Scope Location (i.e. level, column line, etc.)
    5.  Critical Items that require resolution before execution of the activity can occur.

The Four Week Rolling Schedule shall be the actual detailed work plan used by the Trade Contractor in meeting the PTCS and the TCS (Schedule of Work). The Four Week Rolling Schedule must be based on and consistent with the current updated TCS (Schedule of Work).

1.04   FORMAT

A. The TCS (Schedule of Work) will be prepared in the form of a computerized Critical Path Method (CPM) schedule utilizing Primavera Systems - Primavera Project Manager Version 5.0 or a compatible version requiring prior approval by the MGC.

B. The TCS (Schedule of Work) and the Preliminary Trade Contractor Schedule submitted by the Trade Contractor shall be a complete computerized CPM in accordance with the specifications of this Trade Contract.

1.05    CONTENT OF SCHEDULE

A.    TCS (Schedule of Work) will breakdown the scope of work into an appropriate number of identifiable, measurable activities sufficient to show the sequence and timing of work and the interfaces between other Trade Contractors as required to support the MGC Construction Schedule. Detail to the TCS (Schedule of Work) shall be broken down such that no long term construction activity has duration greater than 20 calendar days, unless otherwise authorized by the MGC. In the view of the MGC the cost loading requirements below may dictate a further breakdown in activities to properly identify and apportion these items. In addition to work activities on-site, the activities delineated in the TCS (Schedule of Work) will include but not be limited to:

1.    Submittal package preparation
2.    Submittal package review and approval
3.    Fabrication and delivery time frame for fabricated items. The finish date calculated for these activities shall reflect the date the material is expected to be available on-site. If an item is coming from outside the continental US or its shipping time exceeds one week, carry shipping time as separate activities.
4.    Delivery and Installation of Owner-furnished equipment.
5.    Field preparation activities in advance of the work activity such as layout, on-site fabrication, stocking, setup of scaffolding or other temporary construction means.
6.    Inspections required for components and systems
7.    Tests required for components and systems
8.    Startup of components and systems
9.    Commissioning of components and systems as required by the Trade Contract Documents
10.   Taking of field measurements and surveys of as-built work where they are required in advance of the fabrication of material. Specify what work needs to be in place prior to the measurements being taken.
11.   Close out processes.

B.    TCS (Schedule of Work) will summarize major portions of the work utilizing 'hammock' or 'Level-Of-Effort' activities. These summary activities may be created to define the following:

1.    The overall duration of a given Project within the Program
2.    The overall duration of a given Trade Contract within a specific project
3.    The overall duration of a major phase of a Project
4.    Others as defined by the MGC.

C.    TCS (Schedule of Work) will incorporate milestone activities to readily identify the following event dates.

1.    The Milestones defined in the Trade Contract Agreement

CONSTRUCTION SCHEDULE                                                01310-3

2. The commencement and Substantial Completion of Projects within the Trade Contract.
3. The planned event dates for achieving key construction events including, but not limited to:

- "Topping-out" of the primary superstructures.
- "Dry in" by area and overall building.
- Permanent power availability.
- Start/finish of interior partitions and mechanical / electrical / plumbing / fire protection (MEPFP) rough in by major area and building.
- Start/finish of insulation/drywall by major area and building.
- Start/finish of interior finishes by major area and building.
- Elevators operational for temporary use.
- Elevators complete for final inspections.
- Escalators complete for final inspections
- Moving walkways complete for final inspections
- Conditioned air available.
- Fire detection/alarm/suppressions systems ready for final inspections.
- All systems related rooms (i.e. Telephone & Electrical) ready for installation & testing of equipment.
- All final inspections by system or area required to achieve a Temporary Certificate of Occupancy / Certificate of Occupancy, Substantial Completion and Beneficial Occupancy

The MGC shall have the right to request the identification and inclusion of additional milestones as may be deemed necessary to allow coordination between Trade Contractors, Projects, or portions of the Work.

D. Without MGC prior approval, "Negative lags" shall not be used with any relationships between activities. Activities with "Start-to-Start" relationships shall also include a "Finish-to-Finish" relationships to the same activity as the "Start-to-Start" relationship when a continuous relationship exists between the two work tasks. All activities within the schedule have both a predecessor and a successor except the NTP activity which will have an open start and the Project completion activity which will have an open finish. In addition all activities will have a start side predecessor and a finish side successor. No "Open Ends" shall be permitted except for the first and last activity in the schedule.

E. Trade Contractor shall estimate for each activity in the TCS (Schedule of Work) the workdays required to complete it. Activities which must be accomplished outside normal working hours shall be specifically identified. Trade Contractors are advised that the off-site parking/shuttle, badging & security requirements in effect for the Program must be considered in determining productivity and resulting activity durations. Trade Contractors shall also consider limitations on number of crews, working hours, and the impact of daily setup and cleanup time when determining productivity and resulting activity durations.

F. The TCS (Schedule of Work) shall detail all operations or shutdowns that would impact continuing operations at Miami International Airport or any of its tenant organizations or building functions including but not limited to:

1. Power
2. Domestic water

3. Sewage
4. Air conditioning
5. Airline computers and communications
6. Fueling systems
7. Flight Information Systems
8. Fire detection/alarm/suppression systems
9. Security systems
10. Baggage systems
11. Access – passengers
12. Access – airport management
13. Access – security personnel

G. The activities in the TCS (Schedule of Work) will incorporate activity coding to allow sorting, selecting and summarizing of project activities into meaningful groupings. The MGC will provide a Primavera "template" schedule file with the code structure and calendars at the post-award scheduling meeting. The activity code structure will include the following codes as a minimum:

1. Project Number – Enter MGC provided code
2. Project Phase – Enter MGC provided code
3. Construction Phase – Phasing Designation
4. Floor / Level – Building level; Ramp, Concourse, Third, etc
5. Area of Work – Specific Area Designation, i.e. CL 78-82
6. Sub-Area – More Detailed Area designations
7. Authorization – Owner Contract Authorization number
8. Trade Contract – Trade Contract / Change Authorization number
9. Responsibility – Entity responsible for performing work
10. Gate Number Designation – MIA gate number
11. CSI Code – Construction Specification identification

H The TCS (Schedule of Work) and all updated and revised schedules will be cost-loaded and will be used to support the Application for Payment Process. See Specification Section 01370. The cost loading of the schedules must be consistent with the approved Schedule of Values. The cost-loaded value for each activity shall represent the total cost of the work including but not limited to labor, materials, equipment, overhead and profit. Cost loading of summary (hammock) activities is permitted, but is subject to approval by the MGC. Billings will be based on percent completed for each cost loaded activity (unless it is a unit price item). Percentages complete for all activities, completed or in progress, will be subject to approval by MGC and Owner.

I. Any activity that will not be performed on a 5 day week, 8 hours per day, 1 shift per day basis or entails restricted or special working hours must be clearly identified in the TCS (Schedule of Work).

J. Eight specific holidays are scheduled as non-work days in the standard project calendar. The first seven are:

1. New Years Day
2. Memorial Day
3. The 4th of July
4. Labor Day
5. Thanksgiving Day
6. The Friday after Thanksgiving

7. Christmas Day

The eighth holiday is a "floating" holiday that will be scheduled by the MGC. On the above holidays, the North Terminal Program site will not be operating unless otherwise directed by the MGC. If the Trade Contractor's organization observes any additional holidays, this should be brought to the attention of the MGC prior to the Trade Contractor mobilizing to the site. The Trade Contractor is responsible for meeting any critical activity start and finish dates regardless of any holidays that may be observed.

K. Any work which requires the shutdown of a taxiway or runway is prohibited in the period from December 15 through January 15

L. The TCS (Schedule of Work) will allow for normal weather conditions. Activity durations must include and account for normal weather except for unusually frequent or unusually severe weather. Normal weather conditions shall be determined by an assessment of mean historical climatic conditions based upon the preceding ten (10) year records published for the locality by the U.S. Weather Bureau Service. Any extensions of time requested for weather impacts must be supported by documentation and analysis demonstrating that weather events were unusually frequent or unusually severe.

1. 06  SCHEDULES UPDATES

A. The Trade Contractor will be responsible for providing schedule updates and monthly project by project manpower projection updates to the MGC on a monthly basis, not later than the last Friday of each month. At Managing General Contractor's discretion, Trade Contractor shall provide weekly schedule updates in addition to the monthly schedule updates, at no additional cost to the MGC. Trade Contractor shall attend to MGC progress schedule update meetings and shall provide timely and accurate schedule update information as required by the MGC.

B. The intent of the TCS (Schedule of Work) update is to assess progress toward schedule goals and identify problem areas requiring management attention. Activity information to be updated includes:

1. Activity actual start dates
2. Activity actual finish dates
3. Percentage of completion as of the update data date
4. Remaining duration to complete the activity
5. Updated material delivery dates

For activities in progress, this update information shall include actual start dates and estimated remaining duration based on the current knowledge of the project. For activities that have completed, this information shall include actual start and actual finish dates (to the extent that actual start dates were not provided in a prior update period).

C. Schedule updates shall reflect actual progress of the Work and sequence of the Work in the field

D. New scope for which there is a Change Authorization or Written Directive shall be added to the schedules by creating (integrated and cost loaded) new activities rather than increasing durations or changing other data on existing activities.

E. Failure to submit the schedule updates as indicated above may result in the withholding of part or all of the monthly progress payment requested by the Trade Contractor.

F. Trade Contractor, at the MGC request, shall have a significant participation with MGC in preparation of narrative reports associated with monthly updates and/or proposed plans to mitigate schedule delays or to response to requests of schedule revision by Owner.

G. Nothing in this section shall be construed to authorize or approve any extension of time or increase in Trade Contract amount, it being expressly understood and agreed that time extensions or increase in contract price, if any, may only be granted in accordance with the applicable requirements and process described in the Trade Contract Documents.

H. It is understood that should the Trade Contractor fall behind schedule for reasons that are not the accepted basis for either a compensable or excusable extension of time, the Trade Contractor shall submit a plan to recover the lost time and shall implement the plan upon approval by the MGC.

1.07 PROCEDURES

A. REVIEW OF PRE-BID SCHEDULE INFORMATION

1. The Trade Contractor shall make a thorough review of the Pre-Bid Schedule during the bidding phase and will be ready to initiate TCS (Schedule of Work) preparation upon Trade Contract execution.
2. In submission of its bid, the Trade Contractor is affirming that it can perform the work within the timeframe represented in the Pre-Bid Schedule.
3. The omission of a specific activity or task in the Pre-Bid Schedule does not excuse the Trade Contractor from performing the work in a timely manner that supports the overall project goals and objectives.
4. The Trade Contractor is advised that the nature and magnitude of the project may require work to be undertaken concurrently in the various areas to support overall schedule goals and objectives.

B. POST AWARD SCHEDULING MEETING

1. Not later than 7 calendar days after execution of the Trade Contract, a meeting will be held between the MGC and Trade Contractor(s) to review the schedule requirements and discuss the content and format of the TCS (Schedule of Work). This meeting may be conducted as part of an overall project controls procedures meeting. The meeting will be held at the MGC's offices. Subsequent follow-up meetings will be arranged at that time.

2. The participants shall include but not limited to the following:
   From the MGC:
   - The project manager for the given Trade Contract(s)
   - The superintendent for the given Trade Contract(s)
   - The assigned scheduler
   From the Trade Contractor:
   - The assigned project manager(s)
   - The assigned project superintendent(s)
   - The Trade Contractor's representative(s) responsible for preparing and updating the TCS (Schedule of Work).

3. Some of the objectives of this meeting are:

- Assure mutual understanding by all the parties involved with the preparation and updating of schedules.
- Discuss the format for TCS (Schedule of Work) cost loading requirements.
- Trade Contractor's preliminary identification of "long lead" or "early need" items. "Long lead" items are those requiring more than 6 weeks delivery after approval of shop drawings. "Early need" items are those which are needed within the first 60 calendar days of the Trade Contractors work.
- Discuss schedule updating process.
- Discuss the process for incorporating changes into the schedule.
- Discuss activity codes and calendars utilized in the schedule.

C.   TRADE CONTRACTOR SCHEDULES (PTCS &TCS)

1. No later than 14 calendar days after execution of the Trade Contract, the Trade Contractor shall submit the Preliminary Trade Contractor Schedule to the MGC. The Trade Contractor shall be required to meet with the MGC on an as-needed basis to review the Preliminary Trade Contractor Schedule and provide clarification if needed. It is anticipated that the Trade Contractor will commence the submittal/approval process during the Trade Contractor Schedule preparation period, and may be required to commence field construction activities. The Preliminary Trade Contractor Schedule will be used to guide the progress of work until approval of the MGC Construction Schedule by the Owner. That the Trade Contractor Schedule is still under development or not yet approved shall not preclude commence of the work in a timely manner. PTCS shall not be used for the evaluation of delays or time extensions.

2. MGC and the Trade Contractor shall meet within 7 calendar days of receipt of the Trade Contractor's Preliminary Schedule Submittal for joint review of the proposed PTCS. The Trade Contractor shall revise any areas, which, in the opinion of MGC, conflict with either the intent of this Section or the timely completion of the Project.

3. Within 7 calendar days after the joint review between the Trade Contractor and the MGC, the Trade Contractor shall revise the Preliminary Trade Contractor Schedule in accordance with agreements reached during the joint review and submit the revised schedule in the same form and detail as the initial Preliminary Trade Contractor Schedule.

4. Not later than 30 calendar days after execution of the Trade Contract, the Trade Contractor shall submit the proposed TCS (Schedule of Work) and monthly project by project manpower projections to the MGC. The Trade Contractor shall be required to meet with the MGC on an as-needed basis to review the TCS (Schedule of Work) and provide clarification if needed to properly integrate the TCS (Schedule of Work) into the MGC Construction Schedule.

5. Submittal of the Trade Contractor's Schedule will be a condition precedent to the making of any progress payments under the Trade Contract. All or part of the progress payments may be withheld for work performed during the first fifteen (15) calendar days without a submittal of a Preliminary Trade Contractor Schedule, or after the first forty-five (45) calendar days without a submitted TCS (Schedule of Work).

6. Following Owner review period, the MGC will review the Owner comments and revise the MGC Construction Schedule as required. The Trade Contractor shall significantly participate with the MGC in reviewing Owner comments and revising the schedules as required. The portion of the MCG Construction Schedule that relates to the Trade Contractor's scope of work shall be distributed to the Trade Contractor for review. The Trade contractor shall have 7 calendar days from the distribution date to advise the MGC in writing of any further changes needed or to certify agreement with resulting TCS (Schedule of Work).

## 1.08    REQUESTS FOR TIME EXTENSIONS

A.    Any requests for changes in Trade Contract Time must be submitted on the Time Impact Analysis (TIA) Summary Form and Detail Forms shown in the attachments to this section with all necessary backup. TIA shall include, but not be limited to fragnet schedule illustrating how the change, or the alleged delay, is proposed to be incorporated into the current updated schedules (See item C below); Identification of activities in current updated schedules (See item C below) which are proposed to be amended; supporting documentation in the form of technical documents, correspondence, daily reports, directives, and/or other forms of documentation relevant to the change or alleged delay.

B.    Notice of requests for a time extension and requests for a time extension must be made in accordance with the requirements of the Trade Contract Documents.

C.    The Time Impact Analysis shall be based on the current approved and updated TCS (Schedule of Work), nearest to and prior to when a delay event is alleged to have occurred. The currently approved and updated MGC Construction Schedule shall be the basis for determining the impact to Milestones..

## 1.09    DISTRIBUTION

A.    The Trade Contractor will submit one original and two copies on print media and two Compact Disks, each Compact Disk containing the Primavera schedule file, for each PTCS or TCS (Schedule of Work) submission.

B.    The MGC will distribute approved schedules and subsequent updates and revisions to each Trade Contractor. Trade Contractors are responsible for making further distribution to their project staff members, 2nd-tier Trade Contractors, suppliers and other parties

C.    Recipients of any schedule submission shall review the data and report in writing any problems shown in the schedule data within 7 calendar days of issue.

## 1.10    ATTACHMENTS

A.    Time Impact Analysis Summary Form

B.    Time Impact Analysis Detailed Form

## PART 2  PRODUCTS