Not Used

## PART 3  EXECUTION

Not Used

END OF SECTION

# TIME IMPACT ANALYSIS SUMMARY SHEET
## (TIA)

Trade Contract No: _____

Trade Contract Project Title:
_____

Trade Contractor Company Name:
_____

Title of TIA Event: _____

Event Reference Number: _____


**Event References** (drawings, transmittals, change authorizations, correspondence, Etc.):
_____
_____
_____
_____

(Continue on separate attachment if required)

Date of Approved Updated Schedule Used for Analysis:        _____

Schedule File Name:   _____

**Detailed Description of Cause of Delay:**
_____
_____
_____
_____
_____
_____
_____

(continue on separate attachment if required)
_____

**Detailed Description of Work Delayed:**
_____
_____
_____
_____
_____
_____

_____(continue on separate attachment if required)

TIA 2-1

Rev June 5, 2007

**TIME IMPACT ANALYSIS DETAIL SHEET**
**(TIA)**

Title of TIA Event:

Event Reference Number:

| Activity No: | Description | Start | Finish | Duration | Predecessor | Successor |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

TIA 2-2

CONSTRUCTION SCHEDULE

Rev June 5, 2007

SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

# PART 1 - GENERAL

## 1.01 REQUIREMENTS INCLUDED

A. Submit Shop Drawings, Product Data, Samples, Coordination Drawings, Certifications, and Field Mock-Ups concurrently as required by Trade Contract Documents and as reasonably requested by the Design Professional and/or the MGC.(Managing General Contractor).

B. Prepare and submit to each Design Professional a list of submittals required by each Specification Section. Submit at least 8 copies of each required submittal in accordance with this Section and the requirements of Section 01310, Progress Schedule.

C. Designate in schedule, dates when reviewed submittals, shop drawings, product data and samples will need to be returned.

D. When requested by the MGC or the Design Professional, attend table top reviews at the MGC's or Owner's offices to assist in the review process.

## 1.02 RELATED REQUIREMENTS

A. Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

## 1.03 SHOP DRAWINGS

A. Present drawings in a clear and thorough manner. Indicate Project number on each submittal. Prepare original, project specific documents - do not reproduce Construction Documents and resubmit as shop drawings.

B. Identify details by reference to sheet and detail, schedule or room numbers shown on Contract Drawings.

C. Consecutively number shop drawings for each section of work in accordance with a system established by the MGC.. Retain numbering system throughout all revisions.

D. Show detail, materials, dimensions, thickness, methods of assembly, attachments, relationship to adjoining Work and other pertinent data and information.

E. Verify dimensions and field conditions. Clearly indicate field dimensions and field conditions.

F. Check and coordinate shop drawings of any section or trade with requirements of other

POJV North Terminal Development Consolidation Program
Shop Drawings, Product Data, and Samples
Project No. 747B

March 31, 2006
Section 01340

Page 1 of 16

sections or trades as related and as required for proper and complete installation of work.

G.   Prepare composite shop drawings and installation layouts when necessary or requested to depict proposed solutions for tight field conditions. Coordinate in field and with affected Trades Contractors or subcontractors for proper relationship to work of other trades based on field conditions.

1.04   PRODUCT DATA

A.   Preparation

1.   Clearly mark each copy to identify pertinent products or models.
2.   Show performance characteristics and capacities.
3.   Show dimensions and clearances required.
4.   Show wiring or piping diagrams and controls.
5.   Indicate specified finish.
6.   Indicate applicable specification section.

B.   Manufacturer's standard schematic drawings and diagrams:

1.   Modify drawings and diagrams to delete information which is not applicable to the Work.
2.   Supplement standard information to provide information specifically applicable to the Work.

1.05   SAMPLES

A.   Field samples and mock-ups:

1.   Erect all field samples and mock-ups at the Project site, at a location acceptable to the Design Professional.

2.   Erect, at the Project Site, mock-ups of each of the major building components, at a location acceptable to MDAD and the Design Professional. Materials or systems requiring mock-ups are specified in the respective specification sections.

3.   Size or area: That specified in the respective specification section. If not specifically identified, the Trade Contractor shall request size/ area requirement.

4.   Fabricate each sample and mock-up complete and finished.

5.   Remove mock-ups at conclusion of Work or when acceptable to the DP.

B.   Project Record Document Samples:

1.   All items requiring submittal for color, texture or finish selection shall be included in a "Record Document Finish Manual" as required by Section 01720, Project Record Documents.

POJV North Terminal Development Consolidation Program                         March 31, 2006
Shop Drawings, Product Data, and Samples                                      Section 01340
Project No. 747B

Page 2 of 16

2. Sample of selected color, texture or finish shall be provided on 4" x 4" sample chip, suitable for adhering to cardboard page in Record Document Finish Manual. Record sample shall match actual material installed.

3. Prepare record samples, assemble on pages, and submit in accordance with requirements of Section 01720.

## 1.06    MEP & FP COORDINATION DRAWINGS

A.    For complex areas, prepare 1/4" = 1'-0" scale (minimum), unless otherwise approved by MGC and MDAD, MEP & FP coordination drawings. For the remaining areas, prepare MEP and FP coordination drawings using scale approved by MGC and MDAD. Coordination drawings shall consist of plans, sections and elevations as may be necessary to indicate how work shown by separate mechanical, electrical plumbing and fire protection shop drawings are to be interfaced, intermeshed and sequenced for installation. MEP & FP coordination drawings will be developed using civil, structural and architectural CAD drawings provided by DP as background. MEP & FP coordination drawings are also required to show all required installation including HVAC sheet metal, equipment and piping, plumbing, fire protection, kitchen equipment, BHS, PDS, electrical and lighting work, equipment and materials (including low voltage and audio/visual systems) in relationship to one another and to other systems, installations and building components for all areas of the program. Also indicate access and maintenance clearances. Coordination drawings shall be done in Autocad 2002 (minimum). Coordinate use of space and sequence of installation. Follow routings shown for pipes, ducts and conduits as closely as practicable, with due allowance for available physical space, make runs parallel with lines of building. Utilize space efficiently to maximize accessibility for other installations, for maintenance and for repairs. See below requirements for coordination drawings.

B.    In finished areas conceal pipes, ducts and wiring in the construction. Coordinate locations of fixtures and outlets with finish elements.

1.    Include all information as described in Section 01040, Paragraph 1.06 "Special Baggage Handling System (BHS) Coordination Requirements".

2.    Include all information required for the complete coordination of the Premise Distribution System, (PDS).

3.    The above systems information (BHS and PDS) shall be provided by the Owner in a compatible Autocad 2002 format that can be used by the Trade Contractor for incorporation into the MEP & FP coordination drawings.

4.    Trade Contractor shall be responsible for coordination of Work of its subcontractors and suppliers at any tier.

5.    Hold coordination meeting with all trades attending to coordinate the Work of the trades for each floor and mechanical or electrical area.

POJV North Terminal Development Consolidation Program                    March 31, 2006
Shop Drawings, Product Data, and Samples                                Section 01340
Project No. 747B

Page 3 of 16

6.     Coordination drawings shall be prepared and printed in 30"x42" sheet format. CAD (dwg.) background drawings from the DP's will be available on request.

7.     Drawings shall clearly show all information in a legible and comprehensible format that is acceptable to the DP and the MGC.

8.     Electrical and Mechanical Rooms and Closets: Provide Enlarged (1/2" = 1'-0") scale minimum drawings.

9.     Transitions, intersections crossovers, pass-thru, and other complex conditions: Provide enlarged (1/2" = 1'-0" to 1-1/2" = 1'-0") scale minimum plans and sections where necessary.

10.     Additional drawings: The MGC reserves its rights to require additional sections or details without change to the Trade Contract Price as necessary to clarify conditions or resolve potential conflicts.

11.     Each Trade Contractor shall be responsible for all reproduction costs associated with coordination drawings related to its Work.

12.     Drawing Title Block: Format location similar to Plans. Provide space for indication of all project specific information including project title, location area of coordination, drawing scale, drawing number, and referenced Trade Contract Documents. Provide space for sign-off by the following:

    a.     Mechanical Trade Contractor (for HVAC sheetmetal)

    b.     Mechanical Trade Contractors (for HVAC Piping)

    c.     Mechanical Trade Contractor (for Plumbing)

    d.     Mechanical Trade Contractor (for Fire Protection)

    e.     Electrical Trade Contractor

    f.     Managing General Contractor

    g.     Owner's Representative and/or DP

    h.     Other Trade Contractors or contractors as required

13.     Drawing background information content: Indicate all necessary information for the purposes of the coordination effort including but not limited to:

    a.     Architectural and structural walls

    b.     Beams, columns, foundation and retaining walls

    c.     Room names and numbers

    d.     Elevations of structural beams and slabs and architectural finishes, ceilings and other appurtenances.

    e.     Fire and smoke separations and zones.

    f.     Information shown on reflected ceiling plans.

POJV North Terminal Development Consolidation Program
Shop Drawings, Product Data, and Samples
Project No. 747B

March 31, 2006
Section 01340

Page 4 of 16

C.    Coordination Drawing Procedure:

    1.    Mechanical Trade Contractor (MTC) responsible for the mechanical work shall lead the preparation of the coordination drawings and coordinate the work of this section with other trade contractors, MGC, or any other entities, as required to obtain complete coordination drawings for the work areas.

    2.    MTC shall submit a coordination drawing schedule for review by the MGC, of all operations of the coordination process indicating any significant milestones, such as, but not limited to; each separate submittal package, coordination meetings, all deadline dates for other trade contractors, Owner's contractors, etc.

    3.    The lead coordinator/CAD draftsman for the MTC shall perform the preparation of the coordination drawings at the jobsite, in a designated office provided by MGC for the coordination team. Office furniture will be provided by MGC, computer(s) and software to be provided by the MTC.

    4.    Electrical Trade Contractor's lead coordinator/CAD draftsman shall perform the preparation and coordination of his shop drawings at the jobsite, in a designated office provided by MGC for the coordination team. Office furniture will be provided by MGC, computer(s) and software to be provided by Electrical Subcontractor.

    5.    MTC's HVAC Sheetmetal contractor:

       a.    For each required drawing, the HVAC Sheetmetal contractor shall complete all necessary layout and drafting work that includes all required background information as described above and deliver to the HVAC Piping contractor, all information indicated below describing HVAC sheetmetal.

       b.    Layout on two usable formats:

          1)    Compact Disc (CD)
          2)    30" x 42" vellum plots from compact disc(s) indicating sheetmetal information in red.

       c.    MTC shall notify MGC and other affected trade contractors and contractors of conflicts and discrepancies requiring further coordination. MTC shall identify to the DP, through the MGC, any proposed changes to the Architectural Reflected Ceiling Plans including any proposed change to ceiling heights.

    6.    MTC's HVAC Piping contractor:

       a.    Submittal: For each required drawing, the HVAC Piping contractor shall complete all necessary work and deliver to the Plumbing contractor all information indicated below describing HVAC sheetmetal layout, and HVAC piping layout on two usable formats:

POJV North Terminal Development Consolidation Program         March 31, 2006
Shop Drawings, Product Data, and Samples         Section 01340
Project No. 747B

Page 5 of 16

<ol type="1" start="1">
<li>Compact Disc (CD)</li>
<li>30" x 42" vellum plots from compact disc(s) indicating HVAC sheetmetal information in red and HVAC piping information in green.</li>
</ol>

b.     MTC shall notify MGC and other affected trade contractor and contractors of conflicts and discrepancies requiring further coordination. MTC shall identify to the DP, through the MGC, any proposed changes to the Architectural Reflected Ceiling Plans including any proposed change to ceiling heights.

7.     MTC's Plumbing contractor:

a.     For each required drawing, the Plumbing contractor shall complete all necessary work and deliver to the Fire Protection contractor all information indicated below describing HVAC sheetmetal layout, HVAC piping payout, and plumbing layout on two usable formats:

<ol type="1" start="1">
<li>Compact Disc (CD)</li>
<li>30" x 42" vellum plots from disc(s) indicating HVAC sheetmetal information in red, HVAC piping information in green, plumbing information in orange.</li>
</ol>

b.     MTC shall notify MGC and other affected trade contractor and contractors of conflicts and discrepancies requiring further coordination. MTC shall identify to the DP, through the MGC, any proposed changes to the Architectural Reflected Ceiling Plans including any proposed change to ceiling heights.

8.     MTC's Fire Protection contractor:

a.     For each required drawing, the Fire Protection contractor shall complete all necessary work and deliver to the Electrical Trade Contractor all information indicated below describing HVAC sheetmetal layout, HVAC piping layout, plumbing layout, and fire protection layout on two usable formats:

<ol type="1" start="1">
<li>Compact Disc (CD)</li>
<li>30" x 42" vellum plots from disc(s) indicating HVAC sheetmetal information in red, HVAC piping information in green, plumbing information in orange, fire protection information in blue.</li>
</ol>

b.     MTC shall notify MGC and other affected trade contractor and contractors of conflicts and discrepancies requiring further coordination. MTC shall identify to the DP, through the MGC, any proposed changes to

POJV North Terminal Development Consolidation Program     March 31, 2006
Shop Drawings, Product Data, and Samples     Section 01340
Project No. 747B

Page 6 of 16

the Architectural Reflected Ceiling Plans including any proposed change to ceiling heights.

9.  Electrical Trade Contractor:

    a.  For each required drawing, the Electrical Trade Contractor shall complete all necessary information included below describing background work and deliver to the MTC for submittal to the DP, through the MGC, all information, including the HVAC sheetmetal layout, HVAC piping layout, plumbing layout, fire protection layout, and electrical layout on two usable formats:

        1)  Compact Disc (CD)
        2)  30" x 42" vellum plots from disc(s) indicating HVAC sheetmetal information in red, HVAC piping information in green, plumbing information in orange, fire protection information in blue.

    b.  MTC shall notify MGC and other affected trade contractor and contractors of conflicts and discrepancies requiring further coordination. MTC shall identify to the DP, through the MGC, any proposed changes to the Architectural Reflected Ceiling Plans including any proposed change to ceiling heights.

10. MTC shall submit one (1) set of color plots and one (1) set of black and white plots of the completed coordination drawings to MGC to be used in the final coordination meeting with the DP.

D.  Coordination Meetings:  The MGC will schedule coordination meetings for the purpose of coordinating work and resolving conflicts.

    1.  Attendance:  MGC, the DP, including their MEP & FP Engineering Consultants, as required, Mechanical Trade Contractors, Electrical Trade Contractor, Baggage Handling System (BHS) contractor and Premise Distribution System (PDS) contractors.
    2.  Conflicts: Where conflicts are not resolved by general agreement during the meeting, the MGC and the DP shall make final determinations.
    3.  RFIs shall be generated as required.  Note: DP shall introduce changes to the plans when necessary to resolve conflicts and allow coordination of MEP.
    4.  Changes: Each trade contractor shall modify his coordination drawings to indicate changes in the layout of the work as required for coordination.

E.  Final Coordination Drawings: MGC shall be responsible for assembling the corrected coordination drawings of each trade contractor into one set of documents and shall submit a CD(s) and ten (10) color plots of the drawing to the DP through the MGC with DP approved coordination changes, and corrections. Each final coordination drawing shall bear the signature of each trade contractor.

_____(name of trade contractor)_____ ACCEPTS THE LAYOUT OF WORK BASED ON THE CHANGES REQUIRED FOR COORDINATION AND AGREES TO

POJV North Terminal Development Consolidation Program
Shop Drawings, Product Data, and Samples
Project No. 747B

March 31, 2006
Section 01340

Page 7 of 16

EXECUTE THE WORK ON THE BASIS OF THIS DRAWING AND SUBSEQUENT REVISIONS ACCEPTED BY THE A/E.

By: _____(signature and title_____)

F.      Coordination drawings content:

1.      HVAC Work:

        a.      Layout ductwork and other equipment to clear all beams, columns and other construction. Maintain all required vertical and horizontal clearances as specified.
        b.      Draw each horizontal duct run to scale, indicate width, depth and elevation of bottom of ducts. Single line diagrams are not acceptable. Note bottom elevation of duct flanges, angle iron and unistrut hangers, as may be applicable. VAV boxes shall be shown.
        c.      Dimension the location of each horizontal duct from column centerlines.
        d.      Indicate and dimension the location of boxes, fire dampers, smoke dampers, registers, grilles, diffusers, and other equipment. Note all items requiring access for maintenance. Indicate location, size and type of all access panels required.
        e.      Show vertical duct risers in their total length. Dimension the location of each vertical duct riser from column centerlines in two directions.
        f.      Indicate routing for all conduits associated with the temperature control system, as specified under Electrical Layout.
        g.      Draft details, sections, and elevations, where required, or directed, for clarity.

2.      HVAC Piping Work:

        a.      Layout piping, valves, and other equipment to clear all beams, columns and other construction and to avoid conflicts with ductwork and equipment indicated on the HVAC sheetmetal layout. Maintain all required vertical and horizontal clearances as specified.
        b.      Show sizes and locations of all piping and related equipment. Dimension locations from column centerlines and indicate bottom elevations of pipes, including insulation, where applicable. Note flange and coupling sizes where applicable Note all items requiring access for maintenance. Indicate location, size and type of all access panels required.
        c.      Indicate all piping types, piping materials, amounts and types of insulation.
        d.      Where piping slopes, indicate direction of pitch. At long runs, note bottom elevations at each end.
        e.      Draft details, sections, and elevations, where required, or directed, for clarity.

3.      Plumbing Work:

a. Layout piping, valves, and other equipment to clear all beams, columns and other construction and to avoid conflicts with HVAC ductwork, piping and equipment indicated on the HVAC sheetmetal and piping layout drawings. Maintain all required vertical and horizontal clearances, as specified.

b. Show sizes and locations of all piping and related equipment. Dimension locations from column centerlines and indicate bottom elevations of pipes, including insulation, where applicable. Note all items requiring access for maintenance. Indicate location, size and type of all access panels required.

c. Indicate all piping types, piping materials, amounts and type of insulation.

d. Where piping slopes, indicate direction of pitch. At long runs, note bottom elevations at each end.

e. Draft details, sections and elevations, where required, or directed, for clarity.

4. Fire Protection Work:

a. Layout piping, valves and other equipment to clear all beams, columns, and other construction. Avoid conflicts with HVAC ductwork, piping and equipment indicated on the HVAC sheetmetal and piping layout drawings. Avoid conflicts with plumbing piping and equipment indicating on the plumbing layout drawings. Maintain all required vertical and horizontal clearances, as specified.

b. Show sizes and locations of all piping and related equipment. Dimension locations from column centerlines and indicate bottom elevations of pipes. Note all items requiring access for maintenance. Indicate location, size and type of all access panels required.

c. Indicate all piping types and piping materials.

d. Where piping slopes, indicate direction of pitch. At long runs, note bottom elevations at each end.

e. Locate sprinkler heads as indicated on the contract drawings and Architectural Reflected ceiling plans. Dimension locations of sprinkler heads from room walls.

f. Indicate locations for drain valves for trapped sections of piping.

g. Draft details, sections and elevations, where required or directed for clarity.

h. Indicate control valves manifold, risers, standpipes, drains, etc.

5. Electrical Layout:

a. Layout feeders, cable trays, wireways and other equipment to clear all beams, columns and other construction. Avoid conflicts with HVAC ductwork, piping and equipment indicated on the HVAC sheetmetal and piping layout drawings. Avoid conflicts with Plumbing piping and

POJV North Terminal Development Consolidation Program
Shop Drawings, Product Data, and Samples
Project No. 747B

March 31, 2006
Section 01340

Page 9 of 16

equipment indicated on the plumbing layout drawings. Avoid conflicts with Fire Protection piping and equipment indicated on the Fire Protection Layout Drawings. Maintain all required vertical and horizontal clearances, as specified.

  b. Show foundation and exterior wall penetrations.

  c. Show routings of all conduits for auxiliary electric systems, fire alarm, security, CCTV, PDS, BMS, etc.

  d. Indicate and show sizes of all electrical equipment. dimension locations from column centerlines or walls, as may be appropriate. Note all items requiring access for maintenance. Indicate location, size and type of all access panels required. Show equipment connections and support details, and size and location of required concrete pads and bases.

  e. Draft details, sections, and elevations, where required, or directed for clarity.

G. Coordination drawings are for the Trade Contractor's use during construction and not to be construed as replacing any shop drawing or other Project Record Document required by Contract Documents.

H. Coordination drawings are for the Trade Contractor's use as a means of pre-installation conflict resolution, and to facilitate the orderly and efficient execution of the work. No extra compensation will be paid for the removal and relocation of any duct, pipe, conduit, other construction that has been installed without proper coordination between all of the trades involved.

I. The coordination drawings may lack complete data in certain instances pending receipt of shop drawings, but sufficient space shall be allotted for the items affected. When final information is received data should be promptly inserted on the composite.

J. Changes in the scope of the work due to revisions formally issued and approved should be shown on the composite drawings.

K. The Design Professional's review of coordination drawings shall not relieve Trade Contractor from overall responsibility for coordination of work performed pursuant to Trade Contract or from other requirements of Trade Contract.

## 1.07 MANUFACTURER'S CERTIFICATION OF MATERIALS AND EQUIPMENT

A. Before shop drawings or manufacturer's data for equipment are submitted for approval, a duly authorized manufacturer's representative of the proposed equipment shall review the design of the system relative to the proper operation of his equipment and material.

  1. Shop drawings and/or manufacturer's data submitted shall include letter from manufacturer's representative certifying that his equipment and materials will operate and function satisfactorily under the design conditions. If required by the jurisdiction having authority, data shall be signed and sealed by a Florida

POJV North Terminal Development Consolidation Program  March 31, 2006
Shop Drawings, Product Data, and Samples  Section 01340
Project No. 747B

Page 10 of 16

registered Engineer.

B. Before the work is accepted, a duly authorized manufacturer's representative of the installed equipment shall inspect the installation and operation of his equipment and materials to determine that they are properly installed and properly operating in accordance with the manufacturer's recommendations.

C. Certification requirements for specific systems are identified within the appropriate specification section.

1.08 TRADE CONTRACTOR REVIEW

A. Review submittals prior to transmittal. The Trade Contractor shall consecutively number all shop drawings and product data transmittals in a manner acceptable to and as dictated by the MGC. Resubmittals would have the number of the previous submittal followed by the suffix "A, B, C", etc. The transmittal shall contain the project number and the applicable specification section for each product represented on the transmittal.

B. Apply Trade Contractor's stamp to submittals, initialed or signed by authorized person and dated, certifying: review of submittal, verification of products, field measurements and field construction criteria, and coordination of information within submittal with requirements of Work and Trade Contract Documents.

C. Submittals without Trade Contractor's stamp or submittals which, in Design Professional's or MGC's opinion are incomplete, contain numerous errors, or have not been checked or have only been checked superficially, will be returned without comments. Delays resulting there from shall be Trade Contractor's responsibility.

D. Clearly note proposed deviations from Trade Contract Documents on submittals. Submit listing identifying deviations in a format acceptable to the Design Professional. Submittals which are deemed to contain deviations that are not appropriately identified, will be returned without comment. Delays resulting there from shall be the Trade Contractor's responsibility.

E. Ensure quantities and dimensions shown on submittals comply with the requirements of the Trade Contract Documents.

F. Materials, Products, Systems etc. which require Miami-Dade County Product Approval (MDCPA) under the building code must have a current product control notice acceptance number prior to submittal for review and approval by the Design Professional. Submit Product Approval with the Product Submittal. Prior to bid, the Trade Contractor shall verify all products specified have a current MDCPA as required for use in the project. The Trade Contractor is required to include in his bid any additional costs associated with upgrading the specified product or replacing it with an equal, as determined by the Design Professional, with a current product approval.

1.09 SUBMISSION REQUIREMENTS

A. Make submittals promptly in accordance with approved schedule and in such sequence as to cause no delay in the work or in the work of any other contractor. Trade Contractor's

POJV North Terminal Development Consolidation Program
Shop Drawings, Product Data, and Samples
Project No. 747B

March 31, 2006
Section 01340

Page 11 of 16

submittals shall be made to Design Professional through the MGC. Allow adequate time for re-review if necessary.

B.  Submit shop drawings, product data and samples for structural, mechanical and electrical to the Design Professional. The Design Professional will transmit items directly to their consulting engineer. Upon completion of review, the consulting engineer will send shop drawings, product data and samples to Design Professional who will forward them to the Trade Contractor through the MGC.

C.  COORDINATION OF SUBMITTALS

1.  Trade Contractor to schedule and coordinate submittals of its subcontractors as required.
2.  Trade Contractor to coordinate work of various subcontractors having interdependent responsibilities for installing, connecting to and placing in service, such equipment.
3.  Trade Contractor to coordinate requests for substitutions to assure compatibility of space, of operating elements, structural elements and effect on work of other trades and on work scheduled for early completion.

D.  Number of submittals required:

1.  Shop Drawings: Submit at least 8 opaque reproductions (prints);
2.  Product Data:  Submit at least 8 copies, 2 copies of which will be retained by the Design Professional.
3.  Samples:  Submit the number stated in each specification section, minimum of 2 samples for each item.

E.  Submittals shall contain:

1.  Date of submission and dates of any previous submissions.
2.  Project title and number.
3.  Contract identification.
4.  The names of:

    a.  Trade Contractor.
    b.  Supplier.
    c.  Manufacturer.
5.  Identification of the product, with the specification section number.
6.  Field dimensions, clearly identified as such.
7.  Relation to adjacent or critical features of the Work or materials.
8.  Applicable standards, such as ASTM or Federal Specification numbers.
9.  Identification of deviations from Trade Contract Documents.
10. Identification of revisions on resubmittals.
11. Additional information as required by Trade Contractor Documents.
12. An 12" x 3" blank space for Trade Contractor, MGC and Design Professional stamps.

F.  Trade Contractor's responsibility for deviations in submittals from requirements of Trade Contract Documents is not relieved by the Design Professional's review of submittals.

G.  Numbering system established by the MGC shall be agreeable to the DP.

POJV North Terminal Development Consolidation Program
Shop Drawings, Product Data, and Samples
Project No. 747B

March 31, 2006
Section 01340

Page 12 of 16

1.10     DESIGN PROFESSIONAL REVIEW RESPONSIBILITIES

A.    The Design Professional shall review submittals with responsible promptness and in accordance with schedule.  The DP may seek program wide input from the Program Manager.

B.    Affix stamp and initials or signature, and indicate requirements for revisions and re-submittal, if any.

C.    Return submittals to Trade Contractor through the MGC for distribution, or for resubmission within fifteen (15) days of original receipt.

D.    The Design Professional's review will be only for conformance with the design concept of the Trade Contract Documents.  The Design Professional's acceptance of a separate item shall not constitute acceptance of an assembly in which the item functions.  The Design Professional will return the shop drawings to the MGC for their use and distribution to Trade Contractors.  Only the transmittal form, appropriately marked, will be returned on sample submittals.

E.    The Design's Professional and MGC's review of shop drawings or samples shall not relieve the Trade Contractor of responsibility for any deviation from the requirements of the Trade Contract Documents, unless the Trade Contractor has informed the Design Professional in writing of such deviation at the time of submission and the Design Professional has given written acceptance of the specific deviation, nor shall the Design Professional's acceptance relieve the Trade Contractor from responsibility for errors or omissions in the shop drawings, product data sheets or samples.

F.    The Design Professional will review the submittal documents for general conformance with the Trade Contract Documents and mark, sign and date the transmittal.

The marks have the following meanings:

1.    NO EXCEPTIONS TAKEN, means the Work covered by the Submittal may proceed provided it complies with requirements of the Contract Documents.

2.    NOTE COMMENTS, REVISED AS NOTED, or other similar terms means the Work covered by the Submittal may proceed provided it complies with notations or corrections on the Submittal and requirements of the Contract Documents.

3.    RESUBMIT, means that the Work covered by Submittal is not acceptable and shall be revised and resubmitted.

4.    REJECTED, means that the Work covered by Submittal is not acceptable and that a new submittal in accordance with the Trade Contract Documents shall be made.

G.    RECEIPT ACKNOWLEDGEMENT means that the Design Professional has received an

item, but no review was made. This mark is for use in resubmitting items that were previously accepted as noted and the Trade Contractor has incorporated the notes and wants the Design Professional's staff to have the same material that the Contractor's field staff is using.

H.     OTHER ACTION, NO ACTION REQUIRED or other similar terms means where a Submittal is for information or record purposes or special processing or other activity, the Design Professional will return the submittal marked "ACTION NOT REQUIRED" or "NOT REVIEWED FOR RECORD ONLY".

I.     Unsolicited Submittals: the Design Professional will return unsolicited submittals to the sender without action.

1.11   RESUBMISSION REQUIREMENTS

A.     Make any corrections or changes in the submittals required by the Design Professional or the MGC, mark number of submission and resubmit as required until approved.

B.     Shop Drawings and Product Data:

1.     Revise initial drawings or data, and resubmit as specified for the initial submittal.
2.     Indicate any changes which have been made other than those requested by the Design Professional.
3.     Mark number of submission and resubmit until accepted.

C.     Samples:  Submit new samples as required for initial submittal.  Remove samples, which are "Rejected" or designated "Resubmit."

1.12   DISTRIBUTION

A.     Distribute reproductions of Shop Drawings and copies of Product Data, which have been reviewed by the Design Professional and do not require revisions.

1.     Job site file.
2.     Record Documents file.
3.     Other affected contractors.
4.     Subcontractors.
5.     Supplier or Fabricator.

B.     Distribute samples, which have been reviewed by the Design Professional.

1.13   COORDINATION OF SUBMITTAL TIMES

A.     Prepare and transmit each Shop Drawings, Product Data and Sample submittals to the Design Professional well in advance of the corresponding work and directly related activities (eg: ordering, purchasing, fabrication, erection, etc.) but no later than indicated in the following submittal schedules and not later than may be indicated elsewhere in the Trade Contract Documents. Shop drawings, Product Data and Sample Submittal dates

shall be based on the original project schedule, except where specifically approved in writing by the Design Professional or the MGC.

B.   Submit Shop Drawings, Product Data and Samples a minimum of 3 weeks in advance of corresponding work scheduled to occur after the first 30 days of construction.

C.   Submit Shop Drawings, Product Data and Samples a minimum of 4 weeks in advance of corresponding work scheduled to occur after the first 30 days of construction and before the first 60 days of construction.

D.   Submit Shop Drawings, Product Data and Samples a minimum of 5 weeks in advance of corresponding work scheduled to occur after the first 60 days of construction and before the first 90 days of construction.

E.   Submit the balance of required Shop Drawings, Product Data and Samples a minimum of 6 weeks in advance of the scheduled corresponding work.

F.   Transmit different kinds of submittals for the same unit of work so that the processing will not be delayed by the Design Professional's need to review submittals concurrently for coordination.

1.14   REVIEW TIME

A.   Allow sufficient time so that the installation will not be delayed as a result of the time required to properly process submittal, including time for resubmittal if necessary. Advise the Design Professional on each submittal as to whether processing time is critical to the progress of the work and if the work would be expedited if processing time could not be shortened.

B.   Allow 4 calendar days for the Design Professional's processing of each submittal and resubmittal.

C.   The Trade Contractor shall take reasonable steps to ensure that shop drawings are received in accordance with the approved schedule and shall further take reasonable steps to ensure that there is adequate time to review drawings by managing how drawings are submitted (i.e. drawings shall not be received all at onetime).

PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Shop Drawings, Product Data, and Samples
Project No. 747B

March 31, 2006
Section 01340

Page 16 of 16

SECTION 01370

SCHEDULE OF VALUES

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

    A.    Submit to the MGC preliminary Schedule of Values allocated to various portions of Work within 7 days after execution of Trade Contract.

    B.    Upon request of the MGC, support values with data, which will substantiate their correctness.

    C.    Submit to the MGC final Schedule of Values in accordance with Article 10 of the General Conditions Provisions.

1.02    RELATED REQUIREMENTS

    A.    Conditions and Provisions of the Trade Contract Documents.

    B.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    FORM AND CONTENT

    A.    Type schedule on 8-1/2" x 11" white paper; Managing General Contractor's standard forms and automated printout will be considered and is to be in the format identified by the Trade Contract Documents. Identify schedule with:

        1.    Title of Project and location.
        2.    DP and Project Number.
        3.    Name and Address of Trade Contractor.
        4.    Trade Contract number.
        5.    Date of submission.
        6.    MDAD Contract designation.

    B.    Schedule of Values shall be presented in accordance with CSI format on a line item basis.

    C.    Listing of component items.

        1.    Identify each line item with the number and title of the respective major section of the specifications.

        2.    Provide breakdown of Trade Contract Price in sufficient detail to facilitate continued evaluation of Applications of Payment and progress reports. Break principal subcontract amounts down into several line items by completed task in various locations.

POJV North Terminal Development Consolidation Program
Schedule of Values
Project No. 747B

March 31, 2006
Section 01370

Page 1 of 3

3. Round amounts off to nearest whole cent, total of all listed values shall equal total Trade Contract Price.

4. For each part of Work where an Application for Payment may include materials or equipment, purchased or fabricated and stored, but not yet installed, provide separate line items on Schedule of Values for initial cost of materials, for each subsequent state of completion, and for total installed value of that part of Work.

5. At Managing General Contractor's option, temporary facilities and other major mobilization cost items that are not Direct Costs of actual work-in-place may be shown as separate line items in Schedule of Values.

6. Furnish line item cost for each of the following general cost items:

   a. Bonds.
   b. Insurance.
   c. Temporary facilities and controls.
   d. Testing.

7. Separate material cost and labor cost as directed or requested by the MGC, Design Professional or MDAD.

D. If directed by the MGC, for each major line item whose value is larger than five thousand dollars ($5,000) list sub-values of major products or operations under item.

E. For various portions of the Work:

   1. As applicable, each item shall include a directly proportional amount of Trade Contractor's overhead and profit.
   2. For items on which progress payments will be requested for stored materials, break down the value into:

      a. Cost of materials, delivered and unloaded, with taxes paid.
      b. Total installed value.

F. The sum of all values listed in the schedule shall equal the total Trade Contract Price.

G. Each line item in the Schedule of Values shall be supported by cost loaded activities in the schedule.

1.04 SUBSCHEDULE OF UNIT MATERIAL VALUES

A. Submit a sub-schedule of unit costs and quantities for:

   1. Products specified under a unit cost allowance in Section 01020.
   2. Products on which progress payments will be requested for stored products.

B. The form of submittal shall parallel that of the Schedule of Values, with each item identified the same as the line item in the Schedule of Values.

POJV North Terminal Development Consolidation Program
Schedule of Values
Project No. 747B

March 31, 2006
Section 01370

Page 2 of 3

C.    The unit quantity for bulk materials shall include an allowance for normal waste.

D.    The unit values for the materials shall be broken down into:

    1.    Cost of the material, delivered and unloaded at the Site, with taxes paid.
    2.    Installation costs, including Trade Contractor's overhead and profit.

1.05    RESUBMITTAL

A.    After review by the MGC, MDAD and the Design Professional, revise and resubmit schedule as necessary.

B.    Resubmit revised schedule monthly in the same manner.


PART 2 - PRODUCTS

    Not Used.


PART 3 - EXECUTION

    Not Used.


END OF SECTION

SECTION 01380

CONSTRUCTION PHOTOGRAPHS

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Construction record photographs shall be taken periodically during the course of Work.

B.    Furnish construction photographs taken on commencement of Work and at monthly intervals until completion of the Work.

C.    Views and quantities required:

1.    At each specified time, take color photographs from at least 24 different views to show the progress of the Work. Indicate date photo was taken on all photographs.

2.    Furnish 1 print each, of each view (with negatives) or electronic format to MDAD and the MGC and distribute a set each (without negatives) to the DP and Project Record file. Digital photographs may be substituted for 35mm requirement with the prior approval of MDAD.

3.    The DP will have the right to request fewer photographs be taken at certain intervals so more photographs may be taken at other times, providing the total number of photographs remains unchanged.

D.    Do not display photographs in publications, contests or other public or private forum without written consent of MDAD.

E.    Assemble construction photographs at project closeout in accordance with requirements of Section 01720, Project Record Documents.

1.02    RELATED REQUIREMENTS

A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

B.    Section 01720, Project Record Documents.

1.03    COST OF PHOTOGRAPHY

A.    Trade Contractor shall pay costs for specified photography and prints.

POJV North Terminal Development Consolidation Program
Construction Photographs
Project No. 747B
                                    March 31, 2006
                                    Section 01380
Page 1 of 2

PART 2 - PRODUCTS

2.01   PRINTS

    A.    Finish:  Color, single weight, smooth surface, glossy.

    B.    Size:  8" x 10", standard size or 8-1/2" x 11" for digital photographs.

    C.    Bindings:  Display each 8" x 10" print in a 3-ring binder clear acrylic holder.

    D.    Identify each print on back, listing time and date of exposure, location and orientation of view, Project name and address of photographer, and photographer's numbered identification of exposure.

    E.    Polaroid prints are not acceptable.  Photographs shall be taken with 35mm equipment as a minimum.  Digital photography may be substituted for 35mm requirement with the prior approval of MDAD.  Digital photographic quality must equal 35mm.

2.02   NEGATIVES

    A.    Negatives will become property of MDAD with sole rights of reproduction.


PART 3 - EXECUTION

3.01   VIEWS REQUIRED

    A.    Consult with DP for instructions concerning views required at each specified visit to Site.

    B.    Photograph from locations to adequately illustrate conditions of construction and state of progress.

3.02   DELIVERY OF PRINTS

    A.    Deliver prints within 14 days of exposure.


END OF SECTION

POJV North Terminal Development Consolidation Program
Construction Photographs
Project No. 747B

March 31, 2006
Section 01380

Page 2 of 2

SECTION 01410

TESTING LABORATORY SERVICES

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    MDAD shall employ and pay for the services of an Independent Testing Laboratory to
perform specified testing of work and materials at the Project Site or at point of
manufacture.  The Trade Contractor shall:

1.    Cooperate with the laboratory to facilitate the execution of its required services.
2.    Incorporate recommendations from the testing results.  MDAD testing shall not be
a substitute for the Trade Contractor's Quality Control measures.

B.    Employment of testing laboratory shall in no way relieve Trade Contractor of obligation to
perform Work in accordance with requirements of Trade Contract Documents.

C.    Failure on part of MDAD to make any tests of materials shall in no way relieve Trade
Contractor of responsibility of furnishing materials or performing work conforming to
Trade Contract Documents.

1.02    RELATED REQUIREMENTS

A.    Conditions of the Trade Contract Documents:  Inspections and testing required by laws,
ordinances, rules, regulations, orders or approvals of public authorities.

B.    Each specification section listed:  Inspection and laboratory testing required, and standards
for testing.

C.    Division 1 Sections of the Project Manual are applicable in the execution of all
Specification Sections.

1.03    QUALIFICATIONS OF LABORATORY

A.    The testing laboratory shall:

1.    Meet "Recommended Requirements for Independent Laboratory Qualification,"
published by American Council of Independent Laboratories.

2.    Comply with the following requirements:

a.    ANSI/ASTM D3740:  Practice for Evaluation of Agencies Engaged in
Testing and/or Inspection of Soil and Rock as Used in Engineering
Design and Construction.
b.    ANSI/ASTM E329:  Standard Recommended Practice for Inspection and
Testing for Concrete, Steel, and Bituminous Materials as Used in

Construction.

3. Authorized to operate in the State of Florida.

4. Submit copy of report of inspection of facilities made by Materials Reference Laboratory of National Bureau of Standards during the most recent tour of inspection, with memorandum of remedies of any deficiencies reported by the inspection.

B. Testing Equipment:

1. Shall be calibrated at reasonable intervals by devices of accuracy traceable to either:

   a. National Bureau of Standards.
   b. Accepted values of natural physical constants.

1.04 LABORATORY DUTIES

A. Cooperate with Design Professional, the MGC and Trade Contractor; provide qualified personnel after due notice from Design Professional.

B. Perform specified inspections, sampling and testing of materials and methods of construction:

1. Comply with specified standards.
2. Ascertain compliance of materials with requirements of Contract Documents.

C. Promptly notify MDAD, the Design Professional, the MGC and the Trade Contractor of observed irregularities or deficiencies of work or products.

D. Promptly submit written report of each test and inspection, one (1) copy each to MDAD, the Design Professional, the Structural Engineer, the MGC and two (2) copies to the Trade Contractor. Each report shall include:

1. Date issued.
2. Project title and number.
3. Testing laboratory name, address and telephone number.
4. Name and signature of laboratory inspector.
5. Date and time of sampling or inspection.
6. Name of person performing test.
7. Record of temperature and weather conditions.
8. Date of test.
9. Identification of product.
10. Location of sample or test in the Project.
11. Type of inspection or test.
12. Results of tests and compliance with Trade Contract Documents.
13. Interpretation of test results, when requested by the Design Professional.

E. Perform additional tests as required by MDAD or the Design Professional.

POJV North Terminal Development Consolidation Program
Testing Laboratory Services
Project No. 747B

March 31, 2006
Section 01410

Page 2 of 5

1.05    LIMITATIONS OF AUTHORITY OF TESTING LABORATORY

    A.    Laboratory is not authorized to:

        1.    Release, revoke, alter or enlarge on requirements of Trade Contract Documents.
        2.    Approve or accept any portion of the Work.
        3.    Perform any duties of the Trade Contractor and the MGC.
        4.    Stop the Work.

1.06    TRADE CONTRACTOR'S RESPONSIBILITIES

    A.    Sampling and testing of all materials shall be as set forth in the Trade Contract Documents. Except for quality control testing and any other testing that may be the direct responsibility of the Trade Contractor as set forth in the Trade Contract Documents, the testing of samples and materials will be made at the expense of MDAD by the Project Testing Laboratory. The Trade Contractor shall furnish the required samples without charge. The Trade Contractor shall give minimum 48 hour notification to the MGC and MDAD of the placing of orders for, or receipt of, materials to permit testing

    B.    Cooperate with laboratory personnel, provide access to the point/location of the Work, and to manufacturer's operations.

    C.    Secure and deliver to laboratory at designated location adequate quantities of representational material proposed to be used and which require testing together with applicable proposed design mixes.

    D.    Provide to the laboratory the preliminary design mix proposed to be used for concrete, and other material mixes which required control by the testing laboratory.

    E.    Furnish copies of Products test reports as required.

    F.    Furnish incidental labor and facilities:

        1.    To provide access to Work to be tested.
        2.    To obtain and handle samples at the Project Site or at the source of the product to be tested.
        3.    To facilitate inspections and tests.
        4.    For storage and curing of test samples.

    G.    Notify the MGC, MDAD and the testing laboratory minimum 48 hours in advance of operations to allow for laboratory assignment of personnel and scheduling of tests.

        1.    When tests or inspections cannot be performed after such notice, reimburse MDAD for laboratory personnel and travel expenses incurred due to Trade Contractor's negligence on inability to perform the Work at the scheduled time.

    H.    Make arrangements with laboratory and pay for services to perform inspections, sampling

POJV North Terminal Development Consolidation Program         March 31, 2006
Testing Laboratory Services         Section 01410
Project No. 747B

Page 3 of 5

and testing required:

1.     For the Design Professional and Trade Contractor's convenience.
2.     When the initial tests or inspections indicate Work does not comply with Trade Contract Documents (i.e., re-tests).

## 1.07   SOURCE OF MATERIALS

A.     Source of supply of each of materials required shall be acceptable to MDAD and the Design Professional before delivery is started.

B.     Representative samples shall be submitted for inspection or tests.

C.     Results obtained from testing samples will be used for preliminary approval, but will not be used as final acceptance of materials.

D.     Materials proposed to be used may be tested by MDAD any time during preparation and use.

E.     If it is found that sources of supply, which have been approved, do not furnish product of uniform quality, or if product from any source proves unacceptable at any time, Trade Contractor shall furnish approved material from another source without additional cost to MDAD or delay in completion date.

## 1.08   IDENTIFICATION

A.     Required samples submitted by Trade Contractor shall be properly labeled for identification.

B.     Materials and/or equipment that have been inspected and/or tested shall be stored in a controlled area with suitable identification referencing tests and certifications.

C.     Continuous inventory shall be kept of all items in this area controlled by log in and log out with receiving and disbursing signatures.

D.     Copies of receiving or disbursing actions shall be sent to MDAD and the MGC on a daily basis.

E.     Disbursing records shall show final destination and installation.

## 1.09   MATERIAL STORAGE

A.     Materials shall be stored so as to ensure preservation of their quality and fitness for Work, in accordance with requirements of Section 01620 Storage and Protection.

## 1.10   SCHEDULE OF INSPECTIONS AND TESTS

A.   Refer to each individual Section of Project Manual for specific testing requirements, or as otherwise required by Trade Contract Documents or applicable regulatory agency.

POJV North Terminal Development Consolidation Program         March 31, 2006
Testing Laboratory Services         Section 01410
Project No. 747B
Page 4 of 5

1.11    METHODS OF SAMPLING AND TESTING

    A.    MDAD may inspect, at its source, any specified material or assembly to be used in the Work. Manufacturing plants may be inspected from time to time for the purpose of determining compliance with specified manufacturing methods or materials to be used in the work and to obtain samples required for its acceptance of the material or assembly. Should MDAD conduct plant inspections, the following shall exist:

        1.    MDAD shall have the cooperation and assistance of the Trade Contractor, the MGC and the producer with whom he has contracted for materials.

        2.    MDAD shall have full entry at all reasonable times to such parts of the plant that concern the manufacture or production of materials being furnished.

        3.    If required by MDAD, the Trade Contractor shall arrange for adequate office or working space that may be reasonably needed for conducting plant inspections.

    B.    It is understood and agreed that MDAD shall have the right to retest any material which has been tested and approved at the source of supply after it has been delivered to the site. MDAD shall have the right to reject only material which, when retested, does not meet the requirements of the Trade Contract, Plans, or Specifications.

    C.    All inspections and testing of materials, assemblies and equipment will be performed in Miami-Dade County. If the Trade Contractor's material or manufacturing sources are such that inspections or tests cannot be made in Miami-Dade County, all traveling and lodging expenses incurred by MDAD, the MGC and/or the DP in connections with such inspections and testing shall be borne by the Trade Contractor.

PART 2 - PRODUCTS

    Not Used.

PART 3 - EXECUTION

    Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Testing Laboratory Services
Project No. 747B

March 31, 2006
Section 01410

Page 5 of 5

SECTION 01440

TRADE CONTRACTOR'S QUALITY CONTROL


PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Trade Contractor's general quality control, in addition to customary testing and control requirements.

B.    Manufacturer's field services, coordinated by the Trade Contractor.

1.02    RELATED REQUIREMENTS

A.    Conditions of Trade Contract Documents.

B.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    GENERAL QUALITY CONTROL

A.    Maintain quality control over suppliers, manufacturers, products, services, site conditions, and workmanship of all personnel to assure work of specified quality.

B.    Quality Control by Trade Contractor:

1.    The Trade Contractor shall be the first line of quality control and shall review all items for specification compliance. The Trade Contractor shall verify conformance to the specification requirements prior to inspections, testing and reviews by Testing Laboratory, Threshold Inspector and Miami-Dade County Inspectors performing reviews.

2.    Provide and/or maintain a written Quality Control/Assurance Program establishing the methods of assuring compliance to the Trade Contract Documents. That Program shall be submitted to the MGC and MDAD. The Trade Contractor's Quality Control Manager shall be designated at the initiation of the Project and shall be maintained through Final Completion. The Quality Control Manager shall have no other role and be so designated in the Trade Contractor's organization chart. Additional personnel provided shall be adequate to monitor the Work effectively and to enforce the Quality Control/Assurance procedures.

3.    Inspect each phase of Work and have defective conditions corrected before requesting MDAD's inspection, testing and starting subsequent operations which would cover or are dependent upon the Work in question.

4.    Where visual inspection is not sufficient, such as in verifying slope of roof deck

POJV North Terminal Development Consolidation Program
Trade Contractor's Quality Control
Project No. 747B
March 31, 2006
Section 01440
Page 1 of 5

for proper drainage, use instruments with qualified operators to inspect work.

5.      Utilize testing laboratory employed by the Trade Contractor when services are necessary to assist Trade Contractor in evaluating quality.

1.04    WORKMANSHIP

A.      Comply with industry standards, except when more restrictive tolerances or specified requirements are indicated, or required for more precise workmanship.

B.      Perform work by persons qualified to produce workmanship of specified quality.

C.      Secure products in place with positive anchorage devices designed and sized to withstand stresses, vibration and other forces.

1.05    CONFORMITY WITH PLANS AND SPECIFICATIONS

A.      All work and all materials furnished shall be conformity with the lines, grades, grading sections, cross sections, dimensions, material requirements, and testing requirements that are specified (including specified tolerances) in the Trade Contract Documents.

B.      If the Design Professional finds the materials furnished, work performed, or the finished product not within reasonably close conformity with the Trade Contract Documents but that the portion of the affected work will, in its opinion, result in a finished product having a level of safety, economy, durability, and workmanship acceptable to MDAD, it will advise MDAD of its determination that the affected work be accepted and remain in place. In this event, the Design Professional will document its determination and recommend to MDAD a basis of acceptance which will provide for an adjustment in the Trade Contract Price for the affected portion of the work. The Design Professional's determination and recommended Trade Contract Price adjustments will be based on the requirements of the Technical Specifications, good professional judgment and such tests or retests of the affected work as are, in its opinion, needed. Changes in the Trade Contract Price will be made via a Change Authorization or Work Order, as applicable.

C.      If MDAD finds the materials furnished, work performed, or the finished product are not in reasonably close conformity with the Trade Contract Documents and have resulted in an unacceptable finished product, the affected work or materials shall be removed and replaced or otherwise corrected by and at the expense of the Trade Contractor in accordance with the MDAD's written orders.

D.      For the purpose of this Article, the term "reasonably close conformity" shall not be construed as waiving the Trade Contractor's responsibility to complete the work in accordance with the requirements of the Trade Contract Documents. The term "reasonably close conformity" shall not be construed as waiving the Design Professional's or MDAD's right to insist on strict compliance with the requirements of the Contract Documents during the Trade Contractor's prosecution of the work, when, in MDAD's opinion, such compliance is essential to provide an acceptable finished portion of the work.

POJV North Terminal Development Consolidation Program        March 31, 2006
Trade Contractor's Quality Control        Section 01440
Project No. 747B
Page 2 of 5

E.     For the purpose of this Article, the term "reasonably close conformity" is also intended to provide the Design Professional with the authority to use good professional judgment in his/her determinations as to acceptance of work that is not in strict conformity but will provide a finished product equal to or better than that intended by the requirements of the Trade Contract Documents.

## 1.06     REMOVAL OF DEFECTIVE OR UNAUTHORIZED WORK

A.     All work which has been rejected by MDAD shall be satisfactorily repaired or if it cannot be satisfactorily repaired, shall be removed and replaced all at no additional cost to MDAD.

1.     Materials not conforming to the requirements of the Trade Contract Documents shall be removed immediately from the site of the work and replaced with satisfactory material by the Trade Contractor at no additional cost to MDAD.

B.     Work done without control lines and grades having been furnished by MDAD, work done beyond the scope of the Trade Contract, work done without proper inspections, or any extra work done without written authority, will be at the Trade Contractor's risk, and such work shall not be paid for unless written authorization in the form of a Work Order or Change Authorization is obtained. In the event written authorization is not obtained, such work shall be removed or replaced by the Trade Contractor, at the direction of, and at no additional cost to MDAD.

C.     Work that is defective or Work that fails to conform with the Trade Contract Documents will be at the Trade Contractor's risk, and no payment shall be made for such work. As specified in the Technical Specifications or at the option of MDAD, an agreed equitable amount may be deducted from the Trade Contract Price in lieu of replacement or repair of work not fully meeting the requirements of the Trade Contract Documents. Acceptance by MDAD of such deduction shall not modify the requirements of any guarantees called for by the Trade Contract Documents. Written authorization for such work must be obtained in the form of a Work Order or Change Authorization with the appropriate credit to MDAD. In the event written authorization is not obtained, and upon the directions of MDAD, such work shall be removed or replaced by the Trade Contractor at no additional cost to MDAD.

D.     If MDAD so requests, the Trade Contractor shall at any time before final acceptance of the work, remove or uncover such portions of the finished work as may be directed. After examinations, the Trade Contractor shall restore said portions of the work to the standard required by the Trade Contract Documents. If the work thus exposed or examined proves acceptable, the uncovering or removing and the replacing of the covering or making good of parts removed shall be at MDAD's expense; but if the work so exposed or examined proves unacceptable, the uncovering or removing and the replacing of the covering or making good of the defective work shall be at the Trade Contractor's expense.

E.     No extension of time will be allowed the Trade Contractor in connection with the correction of work that fails to conform with the Trade Contract Documents.

POJV North Terminal Development Consolidation Program          March 31, 2006
Trade Contractor's Quality Control                                                    Section 01440
Project No. 747B

Page 3 of 5

1.07  CORRECTION OF WORK

    A.    The Trade Contractor shall promptly correct all Work rejected by MDAD as defective or as failing to conform to the Contract Documents whether observed before or after Substantial Completion and whether or not fabricated, installed or completed. The Trade Contractor shall bear all cost of correcting rejected Work, including the cost of the Design Professional's services.

    B    After being notified in writing by MDAD of work that is not in accordance with the requirements of the Trade Contract Documents, or of any defects in the Work, the Trade Contractor shall promptly commence and prosecute with due diligence all work necessary to fulfill the terms of the Trade Contract Documents, and to complete the Work within a reasonable period of time.

    C.    In the event of an emergency, constituting an immediate hazard to the health or safety of personnel and/or property, MDAD, without prior notice, has the right but not the obligation to undertake at the Trade Contractor's expense, all work necessary to correct such hazardous condition when it was caused by work of the Trade Contractor not being in accordance with the requirements of the Trade Contract Documents.

    D.    If, within one year after the date of Substantial Completion or within such longer period of time as may be prescribed by law or by the terms of any applicable special warranty required by the Trade Contract Documents, any of the Work is found to be defective or not in accordance with the Trade Contract Documents, the Trade Contractor shall correct such work within ten days after receipt of a written notice from MDAD to do so. In the event the Trade Contractor fails to comply, MDAD may proceed to have such work done at the Trade Contractor's expense and the Trade Contractor and/or its surety will pay the cost thereof upon demand. MDAD shall be entitled to all costs, including reasonable attorney's fees, necessarily incurred upon the Trade Contractor's refusal to pay the above costs.

    E.    Nothing contained herein shall be construed to establish a period of limitation with respect to any other obligation which the Trade Contractor might have under the Trade Contract Documents.

1.08  MANUFACTURER'S INSTRUCTIONS

    A.    When required by individual specification Section, submit manufacturer's current printed instructions, in the quantity required for product data, for delivery, storage, assembly, installation, startup, adjusting and finishing, as necessary.

    B.    Comply with instructions in full detail, including each step in sequence. Should instructions conflict with Trade Contract Documents, request clarification from the Design Professional.

1.09  MANUFACTURER'S CERTIFICATES

    A.    When required by individual specification Sections, require supplier/manufacturer to provide qualified personnel to observe field conditions, conditions of surfaces and

POJV North Terminal Development Consolidation Program    March 31, 2006
Trade Contractor's Quality Control    Section 01440
Project No. 747B
Page 4 of 5

installation, quality of workmanship, start-up of equipment, testing, adjusting and balancing of equipment as applicable, and to make appropriate recommendations.

1.10    MANUFACTURER'S FIELD SERVICES

A.    When specified in respective specification Sections, require supplier/manufacturer to provide qualified personnel to observe field conditions, conditions of surfaces and installation, quality of workmanship, start-up of equipment, testing, adjusting and balancing of equipment as applicable, and to make appropriate recommendations.

B.    Supplier/Manufacturer representatives shall submit written reports to the Design Professional listing observations and recommendations.

1.11    TRADE CONTRACTOR'S CERTIFICATION

A.    The Trade Contractor shall certify the Work as installed has been reviewed by the supplier/manufacturer representative for compliance to the Trade Contract Documents.

PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Trade Contractor's Quality Control
Project No. 747B

March 31, 2006
Section 01440

Page 5 of 5

SECTION 01505

MOBILIZATION

PART 1 - GENERAL

1.01    DESCRIPTION

A.    The work specified in this Section shall consist of the preparatory work and operations in mobilizing for beginning work on the Project, including, but not limited to, the following:

1.    Any pre-construction expense for bonds and any required insurance and any other preconstruction expense necessary for the start of work, excluding the cost of construction materials:

2.    The costs of operations necessary for the movement of personnel, equipment, supplies and incidentals to the project site; and

3.    The costs for the establishment of temporary offices, shops, buildings, construction identification signs, safety equipment and first aid supplies, sanitary and other facilities, as required by the Trade Contract Documents, and any Federal, State and/or local laws and regulations.

B.    The Trade Contractor shall prepare and submit to the Design Professional and the MGC a detailed itemized cost breakdown of this item at the pre-construction conference.

1.02    RELATED REQUIREMENTS

A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections

1.03    SUBMITTAL

A.    The Trade Contractor shall include within the Schedule of Values a line item for "Mobilization".

1.04    PARTIAL PAYMENTS

A.    Partial payments for Mobilization will be made in accordance with the following schedule during the progress of construction on this project.

| Percent of Original Contract Amount Earned | Allowable Percent of the Lump Sum Price for Mobilization[*] |
|---|---|
| 5 | 25 |
| 10 | 50 |
| 25 | 75 |
| 50 | 100 |

POJV North Terminal Development Consolidation Program
Mobilization
Project No. 747B

March 31, 2006
Section 01505

Page 1 of 2

B.  Partial payments for the item "Mobilization" shall be made in accordance with the above schedule and the sum total of all the partial payments for the item Mobilization will be limited to 3% of the original Trade Contract Price for the Project. Any remaining amount will be paid upon completion of all work under the Project.

C.  The standard retainage, as specified in the Trade Contract Documents, will be applied to these allowances. Partial payments made on this item shall in no way act to preclude or limit any of the provisions for partial payments otherwise provided for by the Trade Contract.

## PART 2 - PRODUCTS

Not Used.

## PART 3 - EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Mobilization
Project No. 747B

March 31, 2006
Section 01505

Page 2 of 2

SECTION 01510

TEMPORARY UTILITIES

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Furnish, install and maintain temporary utilities required for construction, remove at completion of Work.

B.    Provide and maintain methods, equipment, and temporary construction required to control environmental conditions at construction site and other areas under Trade Contractor's control.  Remove evidence of temporary facilities at completion of Work.

C.    Furnish and pay for all installation of temporary utilities.

D.    Before initiating hot work, the Trade Contractor shall submit the Hot Work permit application.  Hot Work includes, but not limited to, brazing, cutting, grinding, soldering or thawing of utility pipes, torch applied roofing, and welding.

1.02    RELATED REQUIREMENTS

A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specifications Sections.

1.03    REQUIREMENTS OF REGULATORY AGENCIES

A.    Comply with NEC, Federal, State and local codes and regulations and with utility company requirements.

B.    The following organizations should be contacted by Trade Contractor to arrange temporary utilities:

1.    Power:          Florida Power and Light
2.    Telephone:      BellSouth
3.    Water/Sewer:    Miami-Dade Water and Sewer Department

PART 2 - PRODUCTS

2.01    MATERIALS, GENERAL

A.    Materials may be new or used, but must be adequate in capacity for the required usage, must not create unsafe conditions, and must not violate requirements of applicable codes and standards.

B.    Any temporary utilities, drainage, etc., which may be required to maintain operations of

POJV North Terminal Development Consolidation Program
Temporary Utilities
Project No. 747B
March 31, 2006
Section 01510
Page 1 of 4

MDAD's facilities, other affected facilities, or the Work in progress during the construction period, shall be furnished, installed and maintained by the Trade Contractor. No such utilities, drainage, etc., shall be installed or operated without the prior approval of MDAD. Locate all temporary installations such that they do not interfere with the progress of the Work. At the completion of the Work, all temporary utilities, drainage, etc., shall be removed.

C.     All fees, charges, and cost for labor and materials, including the furnishing of temporary equipment and the connection(s) thereof, required for the maintenance of temporary utility services in lieu of existing utilities services disrupted by the work shall be furnished by the Trade Contractor at his expense, except where otherwise specified. When such temporary services are no longer required, the Trade Contractor shall remove all temporary equipment and connections and leave the facilities and existing permanent apparatus in as good condition as existed prior to making such temporary connections.

2.02     TEMPORARY ELECTRICITY AND LIGHTING

A.     Arrange with Florida Power and Light.

B.     Install circuit and branch wiring, with weatherproof area distribution boxes located so that power and lighting is available throughout the construction by the use of construction-type power cords.

C.     Provide adequate artificial lighting for all areas of Work when natural light is not adequate for Work, and for areas accessible to the public.

D.     Pay all costs of installation, maintenance, operation and removal. Utility usage costs will be paid by MDAD.

2.03     TEMPORARY HEAT AND VENTILATION

A.     Provide temporary HVAC as required to maintain adequate environmental conditions to facilitate progress of the Work, to meet specified minimum conditions for the installation of materials, and to protect materials and finishes from damage due to temperature or humidity.

B.     Heat to maintain temperatures for products store or installed as required by the manufacturer.

C.     Provide adequate forced ventilation of enclosed areas for curing of installed materials, to disperse humidity, and to prevent hazardous accumulations of dust, fumes, vapors, or gasses.

D.     Portable heaters shall be standard approved units complete with controls. Heater installation and placement must comply with local, state and national safety standards.

E.     Pay all costs of installation, maintenance, operation and removal, and for fuel consumed.

POJV North Terminal Development Consolidation Program
Temporary Utilities
Project No. 747B
March 31, 2006
Section 01510
Page 2 of 4

2.04    TEMPORARY TELEPHONE SERVICE

     A.    Arrange telephone service with MDAD approve provider. Trade Contractor shall arrange for provision of direct line telephone service to his construction site for the use of personnel and employees. Minimum service required shall be:

          1.    One direct line instrument in Managing General Contractor's Field Office, if requested
          2.    Other instruments at the option of the Managing General Contractor, or as required by regulations.
          3.    Payphone for convenience/emergency use by employees.

     B.    Pay all costs for installation, maintenance and removal, and service charges for calls at job site.

2.05    TEMPORARY WATER

     A.    Trade Contractor shall provide temporary potable water line from points designated by the MGC or as approved by MDAD.

2.06    TEMPORARY SANITARY FACILITIES

     A.    Provide portable chemical-type sanitary facilities in compliance with applicable health laws, and State and local regulations and ordinances.

     B.    Service, clean and maintain facilities and enclosures.

     C.    Facilities shall be fitted with approved sanitary holding capacity and shall be emptied periodically to prevent overflow. Legal disposal of sanitary waste must be off-site and is Trade Contractor's responsibility.

     D.    Trade Contractor's personnel and Subcontractor's are not to use permanent plumbing facilities.

     E.    Sanitary facilities failing to meet required standards or maintenance methods shall be corrected immediately.

2.07    TEMPORARY FIRE PROTECTION

     A.    During construction, provide temporary fire protection in accordance with local Fire Department Protection Code and applicable governing authorities.

     B.    Take necessary precautions in welding or cutting operations to keep work area free of combustible materials. Do not use welding equipment around flammable liquids or vapors.

     C.    Keep welding and cutting equipment outdoors wherever possible. Remove welding and cutting equipment from building daily, wherever practical. Notify MDAD when working near the Airside Operations Area.

POJV North Terminal Development Consolidation Program
Temporary Utilities
Project No. 747B
March 31, 2006
Section 01510
Page 3 of 4

D.   At completion of welding or cutting operations, inspect work and adjacent area for hazards. When operation is near building opening, inspect areas above, below or adjacent to work area hazards.

E.   Do not open, turn off, interfere with, attach any pipe or hose to, or connect anything to any fire hydrant, stop valves, or stop cock, or tap any water main without prior written permission of proper authority, or MDAD.

## 2.08   TEMPORARY INTERCOMMUNICATIONS FACILITIES

A.   Establish intercommunication and control system for hoisting facilities to all levels.

## PART 3 - EXECUTION

## 3.01   GENERAL

A.   Comply with applicable requirements specified in Division 15 - Mechanical, and in Division 16 - Electrical.

B.   Maintain and operate systems to assure continuous service.

C.   Modify and extend systems as work progress requires.

## 3.02   REMOVAL

A.   Completely remove temporary materials and equipment when their use is no longer required.

B.   Clean and repair damage caused by temporary installations or use of temporary facilities.

C.   Restore existing facilities used for temporary services to specified, or to original, condition.

D.   Restore permanent facilities used for temporary services to specified condition.

1.   Prior to final inspection, remove temporary lamps and install new lamps.

Appendices:   Hot Work Procedure FD5-047-P
Hot Work Permit. FD5-047

END OF SECTION

POJV North Terminal Development Consolidation Program
Temporary Utilities
Project No. 747B

March 31, 2006
Section 01510

Page 4 of 4

## HOT WORK NOTIFICATION OPERATING INSTRUCTIONS

### "NO SMOKING IS PERMITTED IN HOT WORK AREA"

1.    Hot Work Notification is for a Maximum 24 Hour Period.

2.    Notification is good for "One Location Only".

3.    Notification MUST BE POSTED at location indicated.

4.    Supervisor shall verify precautions checklist, otherwise "DO NOT" proceed with work.

5.    Firewatch:   additional personnel shall be assigned to guard against fire while the actual work (welding, cutting, or heating) is being performed and for a sufficient period of time after completion of work (minimum 30 minutes).

6.    When welding, cutting or heating is performed on walls floors, or ceilings, since direct penetration of sparks or heat transfer may introduce a fire hazard to an adjacent area, the same precautions shall be taken on the opposite side as are taken on the side on which the work (welding, cutting, or heating) is being performed.

Notification shall be logged and must be filed as record of Hot Work activity.

CONTROL No._____

# HOT WORK PERMIT

A Hot Work Permit is required for any operation that involves open flames or produces heat and/or sparks.
This includes, but is not limited to, Brazing, Cutting, Grinding, Flame-Soldering, Pipe Thawing, Torch-Applied Roofing, and Welding.

PROJECT NAME: _____  PROJECT No: _____

MDAD WORK ORDER No: _____  CONTRACTOR JOB No: _____  DATE WORK TO BE DONE: _____

PERFORMING CONTRACTOR: _____  ☐ GC  ☐ SUB  PHONE No: _____

WORK TO BE DONE BY: EMPLOYEE: _____  SUPERVISOR: _____  FIRE WATCH: _____

HOT WORK is to be performed at one location per permit.

FACILITY, BUILDING, and FLOOR _____

NATURE OF JOB: _____

SPECIAL PRECAUTIONS: _____

### REQUIRED PRECAUTIONS CHECKLIST
**General Contractor or designee to verify that each precaution
has been taken or to indicate that it is Not Applicable (NA).**

☐ Available sprinklers, hose streams, and extinguishers are in service/operable.

☐ Hot Work equipment is in good repair.

☐ Entrances to work area have been posted with NO SMOKING signs.

☐ No welding or open flames within 100 feet of aircraft or a flammable spill.

☐ Work area enclosed to contain sparks and prevent vision flash burn.

☐ Ventilation is adequate to remove smoke/vapor from work area.

**Requirements within fifty feet (fifteen meters) of work:**

☐ Flammable liquids, dust, lint, and oily deposits have been removed.

☐ Explosive atmosphere in area has been eliminated.

☐ Floors have been cleaned of debris.

☐ Combustible floors have been wet down, covered with damp sand, or covered with fire-resistive sheets.

☐ Other combustibles have been removed, where possible, or protected with fire-resistive tarpaulins or metal shields.

☐ All wall and floor openings have been covered.

☐ Fire-resistive tarpaulins have been spread beneath work to collect sparks.

**For work on walls or ceilings:**

☐ Construction is noncombustible and without combustible covering or insulation.

☐ Combustible materials or items on other side of walls have been moved away.

☐ When welding, cutting, or heating is performed on walls, floors, or ceiling, since direct penetration of sparks or heat transfer may introduce a fire hazard to an adjacent area, the same precautions shall be taken on the opposite side as are taken on the side on which the work is being performed.

**For work on enclosed equipment (tanks, ducts, etc.):**

☐ Enclosed equipment has been cleaned of all combustibles.

☐ Containers have been purged of flammable liquids/vapors.

**Fire Watch / Hot Work area monitoring:**

☐ Fire Watch will be provided during and for thirty minutes after work, including any coffee or meal breaks.

☐ Fire Watch is supplied with suitable extinguishers/a charged small hose.

☐ Fire Watch is trained in use of this equipment and in sounding alarm.

I VERIFY that the above named location has been examined, that the precautions checked on the Required Precautions Checklist have been taken to prevent fire, and I request authorization to perform this work.

SIGNED _____

_____
  Printed Name                              Date

_____
  General Contractor Firm              Phone Number

**AUTHORIZATION:**

SIGNED _____

_____
  Printed Name                              Date

_____
  A/E Consultant/CIS Firm Name        Phone Number

**WORK PERFORMED:**

  START: _____  END: _____

**PERMIT EXPIRES (Good for one day only):**

  DATE: _____  TIME: _____

**FINAL CHECK:**

The work area and all adjacent areas to which sparks and heat might be spread were inspected during the fire watch period and for at least thirty minutes after the work was completed and no fie conditions were found.

SIGNED _____
              Fire Watch                      Date

Printed Name: _____

**NOTIFICATION:**

- Post a copy of approved Permit at the Hot Work site.
- Fax a copy of approved permit to:
    1. Airside Ops (General Aviation Center) at (305) 869-5858.
    2. Risk Management at (305) 876-7162.
    3. Life Safety Bureau at (305) 869-1589.
    4. Maintenance at (305) 869-1633.
       On weekends and after hours use (305) 876-0193.
- A/E Field Rep to log and file copy signed by Fire Watch.

---

## IN CASE OF FIRE  - - -  CALL (305) 876-7070
HOT WORK PERMIT FORM

SECTION 01525

CONSTRUCTION AIDS

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Provide temporary personnel traffic and materials handling equipment and facilities
required for construction, remove at completion of construction.

1.02    RELATED REQUIREMENTS

A.    Division 1 Sections of the Project Manual are applicable in the execution of all
Specification Sections.

1.03    REGULATORY AGENCIES

A.    Comply with Federal, State and local codes and regulations and with utility company and
insurance agencies' requirements.

B.    Submit in writing exact height and limit of operation of construction equipment proposed
to be used for approval by FAA, MDAD and local governing authorities.  Any changes in
use of major equipment must have prior written approval.

PART 2 - PRODUCTS

2.01    MATERIALS, GENERAL

A.    Materials and equipment must be adequate in capacity of the required usage, and not
violate applicable codes and standards.

B.    Provide warning signs to help prevent damage and injury.

C.    Should it become necessary to remove safety items it shall be the Trade Contractor's
responsibility to replace the item immediately, in conformance with applicable regulations.

2.02    CONSTRUCTION AND INSPECTION AIDS

A.    Provide construction aids, inspection aids and equipment required by personnel and to
facilitate safe execution of Work.

2.03    TEMPORARY ENCLOSURES

A.    Provide temporary weather tight enclosures of exterior walls for successive areas of the
building as Work progresses as necessary for effective temporary HVAC, and to prevent
entry of unauthorized persons.  Exterior temporary enclosures may require wind-resistant
rating consistent with hurricane force winds, and may require permit approval where such
enclosures form part of occupied or partially occupied spaces.

B. Provide temporary exterior doors with hardware and padlocks. Other enclosures shall be removable as necessary for Work and handling of materials.

2.04 LIFTING AND HOISTING

A. Provide hoists, construction elevators, cranes and towers required for material handling. Coordinate crane location(s) and height limitations with FAA requirements. Comply with MDAD and FAA requirements for lighting or other safety devices.

B. Determine need, provide appropriate equipment, coordinate installation and location with the MGC, and maintain properly through construction.

C. Rigging: Provide rigging of mechanical or electrical system equipment and machinery into the structure, including setting the equipment on the bases. Pay costs incurred in creating the necessary openings to install the machinery and equipment, and to set it in place for operation.

D. Hoisting: Provide the hoisting of mechanical or electrical materials into the structure through adequate openings. Pay cost involved.

2.05 SCAFFOLDING

A. Provide scaffolding, ramps, runways, platforms, guardrails, stairs and ladders as required by job conditions.

B. Furnish, erect, and install scaffolding based upon signed and sealed plans by a Florida registered specialty Engineer.

C. Furnish, erect, and install scaffolds required for the installation of overhead pipe, ducts, conduit, grilles, devices, fixtures, and accessory equipment.

D. Dismantle the scaffolds and remove them from the premises after completion of work.

2.06 PUMPING AND DRAINAGE

A. Keep working and storage areas free from standing water.

B. Do not pump or drain water onto adjacent property or work sites. Distribute discharge to prevent erosion.

C. Perform pumping in accordance with an approved MIA Airport Wide Master Dewatering Plan. All dewatering activities require site-specific dewatering permit (to be obtained by the Trade Contractor).

PART 3 - EXECUTION

3.01 GENERAL

POJV North Terminal Development Consolidation Program
Construction Aids
Project No. 747B

March 31, 2006
Section 01525

Page 2 of 3

A. Maintain and operate systems to assure continuous service.
B. Modify and extend systems as Work progresses.

3.02 PREPARATION

A. Review Site conditions and factors, which affect construction procedures and construction facilities, including adjacent properties and public facilities, which may be affected by execution of work.

3.03 INSTALLATION

A. Comply with applicable requirements specified in Divisions 1 through 16.

B. Maintain and operate systems to assure continuous service. Modify and extend systems, as work progress requires.

C. Install facilities of neat and reasonable uniform appearance, structurally adequate for required purposes. Maintain during entire construction period.

3.04 REMOVAL

A. Remove materials and equipment when no longer required and at completion of Project or as directed by MDAD or the MGC.

B. Clean and repair damage caused by temporary installations or use of temporary facilities.

C. Restore existing facilities used for temporary services to specified or original condition. Restore permanent facilities used for temporary services to specified condition.

END OF SECTION

POJV North Terminal Development Consolidation Program
Construction Aids
Project No. 747B

March 31, 2006
Section 01525

Page 3 of 3

SECTION 01530

BARRIERS

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

        A.    Provide and maintain lighted barriers for the protection of personnel and materials in
              accordance with the drawings and requirements of applicable codes and regulations.

        B.    Install barriers at the start of construction.

1.02    RELATED REQUIREMENTS

        A.    Division 1 Sections of the Project Manual are applicable in the execution of all
              Specification Sections.

        B.    Section 01525 Construction Aids.

        C.    Section 01560 Temporary Controls.

1.03    REGULATORY AGENCIES

        A.    Comply with Federal, State and local codes and regulations and with utility company and
              insurance agencies' requirements.


PART 2 – PRODUCTS

2.01    MATERIALS, GENERAL

        A.    Materials and equipment must be adequate in capacity for the required usage, and not
              violate applicable codes and standards.

        B.    Provide warning signs to help prevent damage and injury.

        C.    Should it become necessary to remove safety items it shall be the Trade Contractor's
              responsibility to replace the item immediately, in conformance with applicable regulations.

        D.    Use only MDAD approved barriers/barricades.

        E.    Wood materials, if allowed, used in barricades and barriers within the building and in
              material storage areas shall be fire-retardant.

2.02    BARRICADES

        A.    Protect vertical shafts with safe, temporary railings, adequately braced.

B.   Cover trenches and holes when not in use. Erect barriers at sharp changes in plane of more that 3 feet.

2.03   CONSTRUCTION FENCE

A.   Prior to start of Work at Project Site the Trade Contractor as directed by the MGC, MDAD and/or the DP, shall install enclosure fence with locked entrance gates as required.

B.   Provide construction fence around material storage and construction areas to prevent unauthorized access. Comply with FAA and MDAD requirements for construction barriers

C.   Unless otherwise required, construct wire mesh fence to meet FAA and MDAD standard criteria.

D.   Provide minimum number of gates, padlocked during non-working hours.

2.04   PERIMETER SIGNAGE

A.   If so directed, provide signage each 200' along the construction limit line designated for the Project. Sign shall identify Managing General Contractor's name and state "Site Limits". Maximum size shall be 2'-0" x 2'-0".

2.05   CONSTRUCTION LIGHTING

A.   Provide construction lighting throughout construction areas as necessary to maintain safety and security.

B.   Maintain lighting on a daily basis, including weekends, holidays, foul-weather days so Construction Site is adequately lighted at all times.


PART 3 - EXECUTION

3.01   REMOVAL

A.   Completely remove barricades, including barricades foundations, when construction has progressed to point that they are no longer required, and when approved by MDAD, the MGC and the DP.

3.02   CLEANING

A.   Clean and repair damage caused by the Work of this Section. Fill and grade the areas of the Site to required elevations and slopes, and clean the area.


END OF SECTION

POJV North Terminal Development Consolidation Program
Barriers
Project No. 747B
                                                              March 31, 2006
                                                              Section 01530
Page 2 of 2

SECTION 01550

ACCESS ROADS AND PARKING AREAS

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Access to and egress from the Site will be gained only via routes and through gates as shown on the Maintenance of Traffic Plans. Access shall be permitted only during periods of time specified in the Trade Contract Documents or agreed to by MDAD. Equipment weight and height limits will be strictly enforced. Trade Contractor is responsible for providing access roads capable of supporting construction traffic. Route shall be approved by MDAD.

B.    Install barriers and necessary traffic controls at start of construction to protect public and leave in place throughout construction. Remove at end of construction.

C.    Trade Contractor is responsible for assessing risk to public and providing flares, lights, flagmen, traffic signals, stop signs or other necessary controls, as needed and approved by MDAD.

D.    Trade General Contractor shall be responsible for damage to existing streets, roads, curbs and other existing Site elements damaged by construction traffic.

1.02    RELATED REQUIREMENTS

A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    REGULATORY AGENCIES

A.    Comply with Federal, State and local codes and regulations, and with utility company and insurance agencies' requirements.


PART 2 - PRODUCTS

2.01    GENERAL

A.    If repair to public or private roadways are necessary due to damage by construction traffic, materials and methods used for repairs are to be acceptable to the applicable authority having jurisdiction and shall match existing conditions.

B.    Provide warning signs to help prevent damage and injury.

C.    Should it become necessary to remove safety items, it shall be Trade Contractor's responsibility to replace them immediately, in conformance with applicable regulations.

2.02    PARKING

     A.    Automobiles of all construction workers on the project shall be parked in an area designated for this purpose by the Miami-Dade Aviation Department in the location contained within the MDAD approved MOT.  No construction workers' vehicles will be allowed on the construction site. The Trade Contractor shall furnish transportation for construction workers from the designated parking area to the construction site.

     B.    Personnel and construction vehicles needing access to or from public roads shall enter and exit through established entrances.

     C.    Personnel and construction vehicles not needing access through public roads may enter and exit on designated service road.

     D.    Parking on roadways is forbidden.  Construction work alongside roads must be approved by MDAD.

     E.    Locate roads, walks, drives, and parking facilities in immediate access to Site to provide uninterrupted access to construction offices, mobilization, work storage areas, and other areas required for execution of Work.

2.03    STAGING

     A.    Confine materials, products, equipment and temporary facilities within Site limits as indicated by Trade Contract Documents and as directed by the MGC.


PART 3 - EXECUTION

3.01    REMOVAL

     A.    Temporary construction access roads, drives, walks, and parking areas shall be removed at completion of Work or as required by execution of Work.

     B.    Areas shall be returned to original condition unless otherwise required by Trade Contract Documents.


END OF SECTION

POJV North Terminal Development Consolidation Program
Access Roads and Parking Areas
Project No. 747B
Page 2 of 2

March 31, 2006
Section 01550

SECTION 01560

TEMPORARY CONTROLS

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.      Furnish, install and maintain temporary controls required for construction.

B.      Remove at completion of Work.

1.02    RELATED REQUIREMENTS

A.      Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    CONSTRUCTION SITE CLEANING

A.      Maintain areas within limits of the Work free of extraneous debris and litter. Perform cleanup daily.

B.      Initiate and maintain specific program to prevent accumulation of debris at construction site, storage and parking areas, or along access roads and hauls routes.

         1.     Furnish on-site containers for collection of waste materials, debris and rubbish.
         2.     Prohibit overloading of trucks to prevent spillage on access and haul routes.
         3.     Provide periodic inspection of traffic areas to enforce requirements.
         4.     Remove waste material, debris and rubbish from site area daily, or sooner as otherwise needed.
         5.     Do not drop or throw materials from heights. Lower waste materials in controlled manner with as few handlings as possible.
         6.     During entire construction period, at all times keep the site, access entry road, parking areas, runways, taxiways, aprons and other AOA areas free from accumulation of waste materials, debris and rubbish caused by the work of this project. Any loose materials that accumulate on the AOA shall be immediately removed using powered vacuum sweepers which shall be supplemented by hand sweepers, loaders, trucks, etc., as necessary. Minimize Foreign Object Debris (FOD) on ramp.
         7.     Dirt and debris shall be removed from all surfaces prior to closure of areas (walls, ceilings, chases, etc.).

C.      Hazards Control:

         1.     Store volatile wastes in covered metal containers.
         2.     Remove containers from premises daily.
         3.     Prevent accumulation of wastes which create hazardous conditions.
         4.     Provide adequate ventilation during use of volatile or noxious substances.

D.   Conduct cleaning and disposal operations to comply with local ordinances and anti-pollution laws:

1.   Do not burn or bury rubbish and waste materials on project site.
2.   Do not dispose of wastes into streams of waterways.
3.   Do not dispose of volatile wastes such as mineral spirits, oil or paint thinner in storm or sanitary drains.

1.04   DUST CONTROL

A.   Provide positive methods and apply dust control materials to minimize raising dust from construction operations and provide positive means to prevent air-borne dust from dispersing into atmosphere.

B.   Wet down materials and rubbish to prevent blowing dust.

C.   Schedule cleaning operations so that dust and other contaminants resulting from cleaning process will not fall on wet, newly painted surfaces.

D.   Continue cleaning on an as-needed basis until building and/or site is ready for final occupancy.

1.05   EROSION AND SEDIMENT CONTROL

A.   Plan and execute construction and earthwork by methods to control surface drainage from cuts and fills, and from borrow and waste disposal areas, to prevent erosion and sedimentation.

1.   Hold areas of bare soil exposed at one time to minimum.
2.   Provide temporary control measures such as berms, dikes, and drains.
3.   Comply with local, state and federal regulations.
4.   Follow parameters Stormwater Pollution Prevention Plan (SWPPP) provided by MDAD

B.   Construct fills and soil waste areas by selective placement to eliminate surface soils or clays which will erode.

C.   Periodically inspect earthwork to detect any evidence of start of erosion, apply corrective measures as required by erosion control.

1.06   POLLUTION CONTROL

A.   Provide methods, means and facilities required to prevent contamination of soil, water or atmosphere by discharge of environmentally hazardous substances from construction operations.

B.   Trade Contractor is responsible only for pollution control of the immediate work of this Contract, the actions and operations of the Trade Contractor, and the workers employed or

POJV North Terminal Development Consolidation Program
Temporary Controls
Project No. 747B

March 31, 2006
Section 01560

Page 2 of 3

contracted to Trade Contractor. Trade Contractor shall provide equipment and personnel, perform emergency measures required to contain any spillages, and to remove contaminated soil or liquids.

C. Take special measurers to prevent harmful substances from entering public waters. Prevent disposal of wastes, effluents, chemicals or other such substances adjacent to streams, or in sanitary or storm sewers. Follow requirements of SWPPP provided by MDAD.

D. Provide systems for control of atmospheric pollutants. Prevent toxic concentrations of chemicals. Prevent harmful disposal of pollutants into atmosphere.

1.07    WATER CONTROL

A. Provide methods to control surface water to prevent damage to project site or adjoining properties. Control fill, grading, and ditching to direct surface drainage away from excavations, pits, tunnels and other construction areas. Direct drainage to proper runoff.

B. Provide, operate, and maintain hydraulic equipment of adequate capacity to control surface and water.

C. Dispose of drainage water in manner to prevent flooding, erosion or other damage to any portion of site or adjoining areas.

D. If required, with MDAD's approval, dewater areas in accordance with approved MIA Airport Wide Master Dewatering Plan, approved Site Specific Dewatering Plan and MDAD requirements.

1.08    EARTH CONTROL

A. Remove excess soil, pier spoils, etc., at time of generation per MDAD and the DP's requirements. Move excess soil materials to MDAD-designated stockpile area or dispose of excess material off site per the MGC's instructions.

PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

3.01    REMOVAL

A. Remove temporary controls at completion of Work or as required by execution of Work.

END OF SECTION

SECTION 01561

DEWATERING PERMITS

PART 1       GENERAL

1.01         REQUIREMENT INCLUDED

A.      Dewatering of excavations and disposal of water in accordance with Technical Specifications and applicable permits.

1.02         RELATED REQUIREMENTS

A.      General Conditions Provisions

B.      Division 2        -       Excavation

C.      Section P-152     -       Excavation and Embankment

D.      Section P-160     -       Excavation/Disposal of Contaminated Soils/Groundwater

E.      Section P-701     -       Trenching, Backfilling and Jacking

F.      Section P-710     -       Underwater Construction

PART 2       PRODUCTS

Not Used.

PART 3       EXECUTION

3.01         PERMITTING PROCESS

A.      Every Trade Contractor whose work extends to, or below the ground water table shall, as required by the approved Dewatering Master Plan Permit [also called Master Water Use Permit (MWUP)], apply to and obtain from the permitting agencies (DERM and SFWMD) a Site Specific Dewatering Permit.

B.      The procedure to apply for the Site Specific Dewatering Permit shall be as directed by the Miami-Dade Aviation Department Environmental Engineering Division.

C.      The Bidders and the Trade Contractor are advised that it might take up to 120 days from the date the application for the Site Specific Dewatering Permit submittal to the date of the permit's issuance (or the issuance of the letter(s) of exemption) by the permitting agencies; such time has been included in the Trade Contract Time and the Bidders and the Trade Contractor are required to take such time into consideration during the bid preparation and the execution of the work. No extension of time will be allowed for this permitting time; however, a non-compensable excusable delay

will be granted for the amount of days in excess of the above prescribed 120 days whenever the permitting process takes longer, due to no fault of the Trade Contractor, than the above assumed 120 days.

D.  A copy of the Site Specific Dewatering Permit, or the equivalent letter of Exemption, shall be delivered to the Owner's Representative through the Managing General Contractor prior to the start of any work necessitating dewatering.

E.  In addition to the above provisions, the following procedure, have been established by DERM that must be followed by all Trade Contractors in the processing and acquisition of dewatering permits:

(1)  All proposals for dewatering at MIA, regardless of site location, pumping duration, or point of discharge, shall be submitted for review, to the Water Control Section, through the Airports Program, Pollution Prevention Division (which will coordinate the review process within DERM).

(2)  Proposals shall include laboratory results of appropriate analyses performed on groundwater samples obtained from the location proposed for dewatering. Prior to any sampling, the Trade Contractor shall contact the DERM, Airports Program at (305) 372-6885 for further information regarding analytical parameters.

(3)  Proposals shall include a site specific scaled drawing which depicts, as a minimum, the sampling location, the proposed dewatering location, the immediate and ultimate point of discharge of the effluent, and any structures or topography which may provide an acceptable frame-of-reference for the sampling and dewatering locations.

(4)  In addition to the general permit conditions required for a Class II Permit for dewatering, and the requirements of Section P-160 of the Specifications, the expected flow rate and pumping duration shall be included in the proposal so that an overall groundwater volume may be determined.

(5)  In general, discharge of the effluent from the dewatering activities directly to the aquifer or to land surface shall not be permitted. However, if discharge to surface waters is impractical due to the site location, and the area is proven to be free of soil and groundwater contamination, then discharge directly to the aquifer or to land surface may be considered.

3.02  Dewatering of excavation shall be performed in accordance with the applicable provisions of the MWUP, the Site Specific Dewatering Permit and the following:

A.  The Trade Contractor shall commence filling the waterbodies at the terminus of the waterbody and proceed in an unidirectional manner. It is the intent to minimize any adverse impacts on fish, wildlife, natural environmental values, and water quality and allow an opportunity for mobile fauna to migrate to open unfilled waters.

POJV North Terminal Development Consolidation Program
Dewatering Permits
Project No. 747B

March 31, 2006
Section 01561

Page 2 of 3

B.     The Trade Contractor shall institute necessary measures during construction to reduce erosion, turbidity, nutrient loading and sedimentation in the receiving stormwater facilities. Turbidity shall not exceed 29 Nephelometric Turbidity Units above the natural background values.

C.     The Trade Contractor shall be responsible for the maintenance of existing stormwater facilities within the construction limits, including any stormwater discharge offsite that traverses the construction limits.

3.03     A.     When construction begins, and until construction is completed, the Trade Contractor shall file monthly report indicating the quantity of water pumped each day. If no pumping occurs in a particular day, show "O" or "none" on the report. A sample copy of this monthly report will be provided to the Trade Contractor by the <u>Owner's</u> Representative or the Miami-Dade Aviation Department Environmental Engineering Department, through the Managing General Contractor.

        1.     The quantity of groundwater dewatered shall not exceed the lesser of the quantity allowed by the approved SSDP or the quantity allocated by FDEP at the time dewatering is to commence, if they differ.

B.     Additional reports forms may be required to be filed in the event that a remedial action program (RAP) has to be implemented.

C.     As required by the various permitting agencies, additional tests may have to be performed once the dewatering operations have begun.

D.     Copies of reports filed with the permitting agencies, as indicated on items 3.03 A, B and C above are to be forwarded to the Miami-Dade Aviation Department and the Architect/Engineer of the MWUP, through the Managing General Contractor. Originals shall be transmitted to the permitting agencies.

3.04    PERFORMANCE REQUIREMENTS

A.     All infrastructures, including but not limited to foundations, utilities, and pavement shall be protected during dewatering from damage caused by, but not limited to, instability of excavation slopes or removal of fines.

B.     The groundwater level shall be maintained to allow for the proper installation, testing, backfilling of trenches and excavations, and compaction of all backfill (bedding, haunching, initial backfill, and final backfill).

END OF SECTION

POJV North Terminal Development Consolidation Program            March 31, 2006
Dewatering Permits            Section 01561
Project No. 747B

Page 3 of 3

SECTION 01562

TEMPORARY AIR AND WATER POLLUTION, SOIL EROSION, AND SILTATION CONTROL

PART 1      GENERAL

1.01    SCOPE

A.      This Section consists of temporary control measures as shown on the Plans or as directed by MDAD during the life of the Program to control water pollution, soil erosion, and siltation through the use of berms, dikes, dams, sediment basins, erosion control mats, geotextile fabric, gravel, hay bales, mulches, grasses, slope drains, rip rap, turbidity screens (barriers), and other erosion control devices or methods; and to control air pollution through the use of water sprinkling or other approved methods. The work shall be performed in accordance with these specifications and shall conform to the details shown on the Plans and as directed by MDAD.

B.      The temporary erosion control measures contained herein shall be coordinated with the permanent erosion control measures specified as part of this contract to the extent practical to assure economical, effective, and continuous erosion control throughout the construction period.

C.      Temporary control may include work outside the construction limits such as borrow pit operations, equipment and material storage sites, waste areas, and temporary plant sites.

D       Due to the unanticipated conditions, the MDAD may direct the use of control features or methods other than those shown on the A/E's Plans.

1.02    CONTROL OF OPERATIONS WHICH MAY RESULT IN WATER POLLUTION

A.      The Managing General Contractor shall take sufficient precautions to prevent pollution of streams, canals, lakes, reservoirs, and other water impoundments, with fuels, oils, bitumens, calcium chloride, or other harmful materials. Also, the Managing General Contractor shall conduct and schedule operations so as to avoid or otherwise minimize pollution or siltation of such streams, etc., and to avoid interference with movement of migratory fish. No residue from dust collectors, stripping towers, or washers shall be dumped into any live stream.

B.      Construction operations in rivers, streams, lakes, tidal waters, reservoirs, canals, and other impoundments shall be restricted to those areas where it is necessary to perform filling or excavation to accomplish the work shown in the Plans and to those areas which must be entered to construct temporary or permanent structures. As soon as conditions permit, rivers, streams, and impoundments shall be promptly cleared of all obstructions placed therein or caused by construction operations.

C.      Frequent fording of live streams with construction equipment will not be permitted. Wherever an appreciable number of stream crossings are necessary at any one location, a temporary bridge or other structure shall be used.

D.  Except as necessary for construction, excavated material shall not be deposited in rivers, streams, canals, or impoundments, or in a position close enough thereto, to be washed away by high water or runoff.

E.  Where pumps are used to remove highly turbid waters from enclosed construction areas such as cofferdams, sheet piles, or forms, the water shall be treated as specified in Section P-160, or shall be discharged into sediment basins, or confined by an appropriate enclosure such as turbidity barriers prior to discharge into rivers, streams, canals or impoundments, in accordance with all applicable dewatering regulations.

F.  The Managing General Contractor shall not disturb lands or waters outside the limits of construction as staked, or shown on Plans, except as may be found necessary and authorized by MDAD.

G.  The location of, and method of operation in, borrow pits, material pits, stockpiles, and disposal areas furnished by the Managing General Contractor for waste material from the Program (other than commercially operated sources) shall meet the approval of MDAD as being such that erosion during and after completion of the work will not result in probability of detrimental siltation or water pollution.

## 1.03  PRECONSTRUCTION CONFERENCE

A.  At the preconstruction conference the Managing General Contractor shall present his proposed plans and schedules for construction and the accomplishment of temporary and permanent erosion control work, all in accordance with the requirements of the Contract Documents. The schedule shall be based on an analysis of conditions and shall be in written form. This schedule shall specifically indicate the proposed uses of temporary erosion control features, the sequence of clearing and grubbing, earthwork operations and construction of permanent erosion control features. It shall also include proposed methods to prevent pollution of streams, lakes, tidal waters, reservoirs, canals, and other impoundments, as the result of construction operations. The Managing General Contractor shall also outline his proposed methods of controlling erosion, dust control and preventing pollution on haul roads and in borrow pits, material pits, stockpiles, and a plan for disposal of waste materials.

B.  No work shall be started until the aforementioned plans, schedules and methods of operation have been approved by MDAD. The Managing General Contractor shall be responsible for accomplishment of the work in accordance with the approved plans and schedules. MDAD may approve changes made necessary by unforeseen circumstances which are beyond the control of the Managing General Contractor.

## 1.04  PERMITS

A.  No dewatering of construction areas or the discharge of waters into any waterbody as part of the work under this Program will be permitted until the Managing General Contractor submits the Notice of Intent (NOI) to the appropriate governmental agencies, as required by the National Pollution Discharge Elimination System (NPDES) storm discharge regulations under the Clean Water Act Amendments (ACT), obtain the applicable permits and comply with the

requirements of this Section. The Managing General Contractor shall execute the "Contractor Certification-NPDES General Permit to Storm Water Discharges From Construction Sites" to be incorporated in the NOI.

B.    Upon conclusion of all construction runoff and the discharge of waters into any waterbodies as described above, the Managing General Contractor shall submit the Notice of Termination (NOT) to MDAD in accordance with the requirements of the NPDES.

## PART 2    PRODUCTS

### 2.01    GENERAL

A.    No testing of materials used in construction of temporary erosion control features will be required except as specified for geotextile fabric unless such materials are to be incorporated into the completed Work. Acceptance will be on the basis of visual inspection by MDAD when no testing is required.

B.    Materials used for the construction of temporary silt fence, and floating turbidity barrier not to be incorporated into the completed project may be new or used subject to the approval of MDAD.

### 2.02    GRASS

A.    Grass which will not compete with the grass sown later for permanent cover shall be a quick-growing species (such as ryegrass, Japanese millet, or cereal grasses) suitable to the area providing a temporary cover.

### 2.03    MULCHES

A.    Mulches may be hay, straw, fiber mats, netting, bark, wood chips, or other suitable material reasonably clean and free of noxious weeds and deleterious materials.

### 2.04    FERTILIZER

A.    Fertilizer shall be a standard commercial grade and shall conform to all Federal and state regulations and to the standards of the Association of Official Agricultural Chemists.

### 2.05    SLOPE DRAINS

A.    Slope drains may be constructed of pipe, fiber mats, rubble, portland cement concrete, rip rap, bituminous concrete, or other materials that will adequately control erosion.

### 2.06    GEOTEXTILE FABRIC

A.    Geotextiles shall be woven or non-woven fabrics which allow the passage of water.

B.    The geotextile fabric shall consist of long-chain polymeric filaments or yarns such as polypropylene, polyethylene, polyester, polyamides or polyvinylidenechloride formed into a

POJV North Terminal Development Consolidation Program    March 31, 2006
Temporary Air and Water Pollution, Soil Erosion, and Siltation Control    Section 01562
Project No. 747B
Page 3 of 11

stable network such that the filaments or yarns retain their relative position to each other. The base plastic shall contain stabilizers and/or inhibitors to make the filaments resistant to deterioration due to ultra-violet light, heat exposure and commonly encountered chemicals. The fabric shall be free of any treatment which may significantly alter its physical properties. The edges of the fabric shall be selvaged or otherwise finished to prevent the outer yarn from pulling away from the fabric.

C.     The fabric shall be wrapped in a protective covering which is sufficient to protect it from sunlight, dirt and other debris during shipment, handling and storage.

D.     In order to reduce overlaps, the geotextile fabric may be sewn together. The seams of the fabric shall be sewn with thread of a material meeting the chemical requirements given for the fabric. The minimum seam strength shall be 120 lbs. when tested in accordance with ASTM D1682.

## 2.07    OTHER

A.     All other materials shall meet commercial grade standards and shall be approved by MDAD before being incorporated into the Program.

## PART 3      EXECUTION

## 3.01    GENERAL

A.     In the event of conflict between these requirements and pollution control laws, rules, or regulations of Federal, state, or local agencies, the more restrictive laws, rules, or regulations shall apply.

B.     The Managing General Contractor shall be responsible for full compliance with the applicable control pollution laws, rules or regulations.

## 3.02    AUTHORITY OF MDAD

A.     MDAD may limit the surface areas of unprotected erodible earth exposed by clearing and grubbing, excavation or filling operations and may direct the Managing General Contractor to provide immediate permanent or temporary erosion or pollution control measures to prevent contamination of any river, stream, lake, tidal waters, reservoir, canal, or other impoundment or to prevent detrimental effects on property outside the airport limits and damage to the work. The limitation of area in which excavation and filling operations may be underway shall be commensurate with the Managing General Contractor's capability and progress in keeping the finish grading, grassing, sodding, and other such permanent erosion control measures current in accordance with the accepted plans and schedules.

B.     Under no conditions shall the surface of erodible earth exposed by clearing and grubbing operations or by excavation and filling operations exceed 200,000 square feet without specific prior approval by MDAD. This limitation applies separately to clearing and grubbing operations and excavation and backfilling operations.

POJV North Terminal Development Consolidation Program         March 31, 2006
Temporary Air and Water Pollution, Soil Erosion, and Siltation Control       Section 01562
Project No. 747B

Page 4 of 11

C.     MDAD may increase or decrease the amount of surface area allowed to be exposed at any one time, on the basis of its analysis of conditions on the project.

3.03    CONSTRUCTION DETAILS

A.     The Managing General Contractor shall incorporate all permanent erosion control features into the Program at the earliest practicable time as outlined in the accepted plans and schedules. Except where future construction operations will damage slopes, the Managing General Contractor shall perform the permanent sprigging and seeding or sodding and other specified slope protection work in stages, as soon as substantial areas of exposed slopes can be made available. Temporary air pollution, erosion and water pollution control measures will be used to correct conditions that develop during construction that were not foreseen during the design stage; that are needed prior to installation of permanent control features; or that are needed temporarily to control erosion that develops during normal construction practices, but are not associated with permanent control features on the Program.

B.     Where erosion is likely to be a problem, clearing and grubbing operations shall be scheduled and performed so that grading operations and permanent erosion control features can follow immediately thereafter if the project conditions permit; otherwise, temporary erosion control measures may be required between successive construction stages.

C.     MDAD will limit the area of clearing and grubbing, excavation, borrow, and embankment operations in progress, commensurate with the Managing Contractor's capability and progress in keeping the finish grading, sprigging and seeding or sodding, and other such permanent control measures current in accordance with the accepted schedule. Should seasonal limitations make such coordination unrealistic, temporary erosion control measures shall be taken immediately to the extent feasible and justified.

D.     In the event that temporary erosion and pollution control measures are required due to the Managing General Contractor's negligence, carelessness, or failure to install permanent controls as a part of the work as scheduled or are ordered by MDAD, such work shall be performed by the Managing General Contractor.

E.     The erosion control features installed by the Managing General Contractor shall be acceptably maintained by the Managing General Contractor during the construction period.

F.     Whenever construction equipment must cross watercourses or wetlands (swales) at frequent intervals, and such crossings will adversely affect the sediment levels, temporary structures should be provided.

G.     Pollutants such as fuels, lubricants, bitumens, raw sewage, calcium chlorides, wash water from concrete mixing operations, and other harmful materials shall not be discharged into or near rivers, streams, canals and other impoundments or into natural or manmade channels leading thereto.

3.04   SCHEDULING OF SUCCESSIVE OPERATIONS

   A.   The Managing General Contractor shall schedule operations such that the area of unprotected erodible earth exposed at any one time is not larger than the minimum area necessary for efficient construction operations, and the duration of exposed, uncompleted construction to the elements shall be as short as practicable.

   B.   Clearing and grubbing shall be so scheduled and performed that grading operations can follow immediately thereafter, and grading operations shall be so scheduled and performed that permanent erosion control features can follow immediately thereafter if conditions on the project permit.

3.05   DETAILS FOR TEMPORARY EROSION CONTROL FEATURES

   A.   General: Temporary pollution and erosion control features shall consist of, but not be limited to, temporary grassing, temporary sodding, temporary mulching, sand bagging, slope drains, sediment basins, berms, baled hay or straw, floating turbidity barrier, temporary rip rap and staked silt fence. Design details for some of these items may be found in the Water Quality Section of the current edition of the Florida DOT's Roadway and Traffic Design Standards. MDAD may approve use of temporary erosion control features or methods other than those included in the original Contract Documents.

   B.   Temporary Grassing: Certain areas of sprigging and seeding constructed in accordance with Section T-903 may be designated by Architect/Engineer as temporary erosion control features. MDAD may approve that permanent type grass seed be omitted and the specified rate of spread for fertilizer used in conjunction with grassing operations be reduced when such work is designated as temporary erosion control feature.

   C.   Temporary Sod: This work shall consist of furnishing and placing sod in accordance with Section T-904 within areas designated by the Architect/Engineer, in order to temporarily control erosion. If the sod is determined to be of a temporary nature, at the discretion of MDAD the requirements for fertilizer may be eliminated. The sod shall be kept in a moist condition in order to insure growth.

   D.   Temporary Mulching: This work shall consist of furnishing and applying a two-inch to four-inch thick blanket of straw or hay mulch to designated areas and then mixing or forcing the mulch into the top two inches of the soil in order to temporarily control erosion. Only approved undecayed straw or hay, which can readily be cut into the soil shall be used. Other measures for temporary erosion control such as hydromulching, chemical adhesive soil stabilizers, etc., may be substituted for mulching with straw or hay if approved by MDAD. When permanent grassing operations begin, temporary mulch materials shall be plowed under in conjunction with preparation of the ground. Mulching shall not be used on surfaces to be subsequently paved.

   E.   Sandbagging: This work shall consist of furnishing and placing sandbags in configurations, so as to control erosion and siltation.

F.     Slope Drains: This work shall consist of constructing slope drains, utilizing pipe, fiber mats, rubble, cement concrete, rip rap, asphaltic concrete, and plastic sheeting, or other acceptable materials, in accordance with the details shown in the plans, or as may be approved as suitable to adequately perform the intended function.

G.     Sediment Basins: Sediment basins shall be constructed in accordance with the details shown in the Plans, or as may be approved as suitable to adequately perform the intended function. Sediment basins shall be cleaned out as necessary in accordance with plan details or as directed by MDAD.

H.     Berms: This work shall consist of construction of temporary earth berms to divert the flow of water from an erodible surface.

I.     Baled Hay or Straw: This work shall consist of construction of baled hay or straw dams to protect against downstream accumulations of silt. The baled hay or straw dams shall be constructed in accordance with the details shown in the plans or as directed by MDAD. All baled hay or straw shall meet the requirements of Article 2.03 of this section 01562.

     1.     The dam shall be placed so as to effectively control silt dispersion under conditions present on this project. Alternate solutions and usage of materials may be used if approved by MDAD.

J.     Temporary Silt Fences

     1.     Description: This work shall consist of furnishing, installing, maintaining, and removing temporary silt fences, consisting of geotextile fabric installation, installed in accordance with the manufacturer's written instructions, these specifications, and the details as shown on the plans or as directed by the MDAD.

     2.     Materials and Installation:

         a.     The type and size of posts, wire mesh reinforcement (if required) and method of installation will be at the option of the Managing General Contractor. These options, in the opinion of MDAD, must be adequate to provide a reasonable assurance that a durable, effective installation of sediment control is accomplished.

         b.     Installation of all sediment control devices shall be done in a timely manner to insure the control of sediment and the protection of lakes, streams, bays or ocean waters, or any wetlands associated therewith and to any adjacent property outside the airport limits as may be required.

         c.     At sites where exposures to such sensitive areas are prevalent, installation of any sediment control device shall be completed prior to the commencement of any earthwork.

POJV North Terminal Development Consolidation Program     March 31, 2006
Temporary Air and Water Pollution, Soil Erosion, and Siltation Control     Section 01562
Project No. 747B

Page 7 of 11

d. After installation of sediment control devices, the <u>Managing General</u> Contractor shall be required to repair portions of any devices damaged by his equipment..

e. Temporary silt fence shall be erected at upland locations across ditchlines and at temporary locations as shown on the Plans or approved by MDAD where continuous construction activities change the natural contour and drainage runoff. The attachment to existing trees will not be permitted.

3. Inspection and Maintenance:

a. The Managing General Contractor shall inspect all temporary silt fences immediately after each rainfall, at the beginning and at the end of each working shift and at least once each non-work day. Any deficiencies shall be immediately corrected by the Managing General Contractor. In addition, the Managing General Contractor shall make a daily review of the location of silt fences in areas where construction activities have changed the natural contour and drainage runoff to ensure that the silt fences are properly located for effectiveness. Where deficiencies exist, additional silt fences shall be installed when directed by MDAD.

b. Sediment deposits shall be removed when the deposit reaches approximately one-half of the volume capacity of the temporary silt fence as directed by MDAD. Any sediment deposits remaining in place after the temporary silt fence is no longer required shall be legally disposed of by the Managing General Contractor away from the job site.

K. Floating Turbidity Barriers: This work shall consist of the installation, maintenance, and removal of turbidity barriers to contain turbidity that may occur as the result of dredging, filling, or other construction activities which may cause turbidity to occur.

L. Rip Rap: Rip rap shall be used where shown and it shall conform to the requirements of Section D-752.

3.06 TEMPORARY AIR POLLUTION (DUST) CONTROL

A. Air pollution (dust) shall be controlled using water sprinkling methods. Water shall be clean, uncontaminated and obtained from sources approved by MDAD.

B. The use of calcium chlorides, salts or other chemicals to control air pollution (dust) is not permitted.

3.07 REMOVAL OF TEMPORARY EROSION CONTROL FEATURES

A. In general, any temporary erosion control features existing at the time of construction of the permanent erosion control features in an area of the work shall be removed or incorporated into the soil in such a manner that no detrimental effect to the work or the environment will result therefrom. MDAD may direct that temporary features be left in place.

3.08    MAINTENANCE OF EROSION CONTROL FEATURES

    A.    General: The Managing General Contractor shall provide routine maintenance of permanent and temporary erosion control features until the work is completed and accepted. If such erosion control features must be reconstructed due to the Managing General Contractor's negligence or carelessness or, in the case of temporary erosion control features, failure by the Managing Contractor to install permanent erosion control features as scheduled, such replacement shall performed by the Managing General. If reconstruction of permanent or temporary erosion control features is necessary due to factors beyond the control of the Managing General Contractor, such replacement shall performed by the Managing General Contractor.

    B.    Mowing: MDAD may direct mowing of areas of permanent or temporary grass constructed on the project. The Managing General Contractor shall mow these designated areas within seven days of receiving such order. Mowing of slopes which are steeper than four horizontal to one vertical will not be required.

3.09    PROTECTION DURING SUSPENSION OF CONTRACT TIME

    A.    In the event that it is necessary that the construction operations be suspended for any appreciable length of time, the Managing General Contractor shall direct the appropriate Trade Contractor to shape the top of the earthwork in such a manner as to permit runoff of rainwater and shall construct earth berms along the top edges of embankments to intercept runoff water. Temporary slope drains shall be provided to carry runoff from cuts and embankments which are located in the vicinity of rivers, streams, canals, lakes, and impoundments. The slope drains shall be located at intervals of approximately 300 feet or as shown on the Plans, and shall be stabilized by paving or by covering with waterproof materials. Should such preventive measures fail, the Managing General Contractor shall immediately take such other action as necessary to effectively prevent erosion and siltation. MDAD may direct the Managing General Contractor to perform, during such suspensions of time, any other erosion control work deemed necessary, and payment for this work will be made by MDAD.

PART 4    METHOD OF MEASUREMENT

4.01    Payment for the work performed by the Managing General Contractor, as directed by MDAD and approved by the Design Professional, in order to comply with the requirements specified under this Section will be made by MDAD.

END OF SECTION

POJV North Terminal Development Consolidation Program
Temporary Air and Water Pollution, Soil Erosion, and Siltation Control
Project No. 747B

March 31, 2006
Section 01562

Page 9 of 11

Appendix:     Contractor Certification - NPDES General Permit for Storm Water Discharges.

POJV North Terminal Development Consolidation Program
Temporary Air and Water Pollution, Soil Erosion, and Siltation Control
Project No. 747B
Page 10 of 11

March 31, 2006
Section 01562

## CONTRACTOR CERTIFICATION

## NPDES GENERAL PERMIT FOR STORM WATER DISCHARGES

## FROM

## CONSTRUCTION SITE

## PROJECT NO. _____

"I certify under penalty of law that I understand the terms and conditions of the general National Pollutant Discharge Elimination System (NPDES) permit that authorizes the storm water discharges associated with industrial activity from the construction site identified as a part of this certification."

_____        _____
Signature                                                    Date

_____        _____
Name                                                         Title

_____
Name of Contracting Firm

_____
Address of P.O. Box (Construction Site)

_____
City

_____        _____
State                              Zip Code

Telephone: _____        _____
                    Area Code        Number

POJV North Terminal Development Consolidation Program
Temporary Air and Water Pollution, Soil Erosion, and Siltation Control
Project No. 747B

March 31, 2006
Section 01562

Page 11 of 11

SECTION 01563

HANDLING OF INCIDENTAL FUEL SPILLAGE DURING CONSTRUCTION

PART 1      GENERAL

1.01    SUMMARY

A.   This Section consists of procedures to be followed in handling material contaminated with petroleum fuel products (hydrocarbons including petroleum, petroleum derivatives, hydraulics and like products) caused by incidental spillage (including leaks) from the Trade Contractor's equipment.

   1.   Incidental spillage shall mean spillage of a quantity not greater than 25 gallons per incident, of vehicular or mechanical equipment fuel products, onto open ground and absorbed or not absorbed by the soils.

   2.   Spillage or leakage of petroleum fuel products in quantities in excess of 25 gallons shall be immediately remediated by the Trade Contractor using procedures as directed by the MDAD's Environmental Engineering. Whenever such spillage or leakage occur, the Trade Contractor shall immediately notify the Managing General Contractor, the Owner's Representative and the MDAD's Environmental Engineering Division and shall employ the appropriate corrective actions as directed.

B.   The provisions of this Section are limited to incidental petroleum fuel spillage on ground surfaces and it excludes fuel spillage onto surface waters.

C.   Clean-ups are costly and delays progress. They can be <u>avoided</u> if leaks or spillages are eliminated and in case they occur, are managed efficiently and quickly.

1.02    APPLICABLE CODES

A.   Chapter 24 of the Metropolitan Miami-Dade County Code addresses the Environmental Protection Ordinance:

   1.   <u>Section 24-11(3)</u>, of the Miami-Dade County Code stipulates in essence that "it is unlawful to discharge industrial or other wastes to the waters of Miami-Dade County as such discharge may cause water pollution, and constitute a nuisance and sanitary nuisance as defined in Sections 24-3(42), 24-3(58), 24-3(74) and/or 24-26 hereof."

   2.   <u>Section 24-14,</u> of the Miami-Dade County Code, also stipulates that: "No person shall cause, or <u>allow</u> to be caused any nuisance or sanitary nuisance as defined in Sections 24-3(42), 24-3(58) and/or 24-26 hereof".

   3.   The above rules apply to all discharges intentional or accidental.

B.   Leaks and spillages may occur when using mechanical equipment. Equipment generated or

lubricated with petroleum products are prone to leaks or spillages, therefore proper management of "spillage incidents" is essential.

PART 2      PRODUCTS

2.01    ABSORBENT MATERIALS

    A.    Equip crews or machinery with the most efficient type of petroleum absorbent materials. These materials are available at petroleum equipment suppliers and must be readily accessible so that spillages can be contained and prevented from becoming greater incidents.

    B.    Fiber material, sand or cat litter may be used as an absorbent material. Sufficient quantity of absorbent material capable of absorbing up to 25 gallons of petroleum fuel products shall be stocked by the Trade Contractor at the job site at all times.

PART 3      EXECUTION

3.01    PROCEDURES

    A.    Personnel handling waste materials must have a minimum of 40 hours training as defined in 29 CFR 1910.120 and in accordance with certified OSHA course.

    B.    The following steps must be adhered to when handling spillages. They also serve as a guide in preventing a minor incident from turning into a major event.

    C.    Perform work as specified herein and in accordance with the applicable provisions of MDAD Standard Technical Specifications Section P-160 except that no payment will be made to the Trade Contractor for the cost of handling and disposing of leaks, spillages and materials contaminated by such leaks or spillages.

    D.    The steps outlined below are minimum requirements and are merely guidance. They do not constitute a complete compliance procedure.

        1.    <u>STEP 1</u>

            a.    If a fuel contamination to open ground has been discovered, check for the origin of that leak or spillage. Then <u>stop</u> the spillage or leak or positively contain it and then use absorbents to collect the discharged liquid.

            b.    Immediately notify the Managing General Contractor at 305-869-4200 and the Miami-Dade Aviation Department Environmental Engineering at 305-876-7934.

        2.    <u>STEP 2</u>

            a.    Sand may be used to absorb ground surface spills while absorbent materials may be used to absorb ground spills as well as surface water spills.

            b.    Once absorption of spilled fuels is complete, the impacted (contaminated) absorbent materials shall be stored in 55 gallon steel drums (100-150 lbs.).

POJV North Terminal Development Consolidation Program         March 31, 2006
Handling of Incidental Fuel Spillage During Construction         Section 01563
Project No. 747B

Page 2 of 3

c. If leaked or spilled fuel has been absorbed into the soils, excavate and containerize the impacted (contaminated) soils. Soils may be stored in 55-gallon steel drums.

3. STEP 3

a. The contaminated materials must be collected, containerized and otherwise properly stored and labeled prior to transport to a pre-approved storage, disposal or treatment facility.

b. All drums used to store impacted (contaminated) absorbent material and/or contaminated soils shall be properly sealed and labeled with the following information:

Name of company (Trade Contractor):
Contract or Project No.:
Location of origin:
Type of contents:
Type of contaminant:
Quantity: (e.g. 1 of 1)
Date:
Containerized by:
Labeled by:

c. The procedure for the proper handling and disposal of contaminated soils and absorbent materials is readily available through the Florida Department of Transportation (FDOT) and the Miami-Dade County Department of Environmental Resources Management (DERM).

END OF SECTION

POJV North Terminal Development Consolidation Program
Handling of Incidental Fuel Spillage During Construction
Project No. 747B

March 31, 2006
Section 01563

Page 3 of 3

SECTION 01564

SOIL EXCAVATION PROCEDURES

PART 1   GENERAL

1.01    SUMMARY

    A.    This Section includes the requirements for soil excavation and the procedures for the handling and disposal of reusable or environmentally non-reusable excavated material.

1.02    RELATED REQUIREMENTS

    A.    Section P-152 - Excavation and Embankment.

    B.    Section P-160 -Contaminated Soil / Groundwater.

    C.    Section P-701 - Trenching, Backfilling and Jacking.

    D.    Division 2 -    Various sections involving excavation work.

PART 2    PRODUCTS

    Not used.

PART 3    EXECUTION

3.01    The MDAD Environmental Engineering Division has instituted the following procedures to be followed by the Trade Contractor during the excavation, hauling, reuse or disposal of excavated materials.

    A.    The Trade Contractor shall prepare and submit a Soil Excavation Notification Form (SENF) to the Owner's Representative, through the Managing General Contractor, 96 hours prior to excavation; the Owner's Representative will in turn transmit this SENF within 24 hours from its receiving it to the MDAD Environmental Engineering Division (MDAD EED).

    B.    The MDAD EED will schedule an Environmental Oversight Manager (EOM) to observe the excavation and to classify the soils.

    C.    The Trade Contractor shall, as directed, stockpile the excavated soil at the site. MDAD EED will also appoint a Staging Area Manager (SAM). SAM is also responsible for surveillance of Miami International Airport Properties and notifies MDAD EED of any unreported excavation activities.

    D.    The EOM will sample the stockpiled soils for final disposition.

POJV North Terminal Development Consolidation Program    March 31, 2006
Soil Excavation Procedures    Section 01564
Project No. 747B
Page 1 of 4

E.   The EOM will forward the sampling results to the MDAD EED; MDAD EED will review these reports and provide the SAM with disposition data.

F.   The following disposition procedure shall be followed pursuant to the Department of Environmental Resource Management (DERM) Soil Classification Criteria and P-160-1.2:

   1.   Reusable (Clean Soil) Material:

        The Trade Contractor shall, as directed by the Owner's Representative, reuse the soil at the job site or transport and stockpile the material at MDAD designated stockpile areas located within 5 miles from the work site. Any excess material from this category shall become the Trade Contractor's property for removal, reuse, or disposal off the airport site.

   2.   Reusable  (Industrial or Residential) Soil Material:

        The Trade Contractor shall, as directed by the Owner's Representative, reuse Residential and/or Industrial soil at the job site or transport and stockpile the material at a MDAD designated stockpile area located within five (5) miles from the job site.

   3.   Environmentally Non-reusable Soil Material:

        Environmentally Non-reusable soils shall be hauled and disposed of off the airport property in accordance with the provisions of MDAD Standard Technical Specification Section P-160.

G.   SAM will prepare a monthly summary report for MDAD EED; a copy of this report affecting the Trade Contractor's work may be available for the Trade Contractor's information and inspection at MDAD EED.

3.02   FORMS

A copy of the forms to be filed by the Trade Contractor and by the EOM and SAM are appended to this Section:

A.   Soil Excavation and Notification Form (to be filled and filed by the Trade Contractor).

B.   MDAD Soil Tracking Form (to be filed by the Trade Contractor, EOM and SAM).

   Appendices:  Forms listed in 3.02 A and 3.02 B above.


END OF SECTION

POJV North Terminal Development Consolidation Program          March 31, 2006
Soil Excavation Procedures                                     Section 01564
Project No. 747B

                           Page 2 of 4

# MIAMI-DADE AVIATION DEPARTMENT

## SOIL EXCAVATION NOTIFICATION FORM

PROJECT NAME: _____

_____

PROJECT LOCATION: _____

TRADE CONTRACTOR: _____

CONTACT PERSON: _____ PHONE: _____

MDAD/DAC PROJECT MGR.: _____ PHONE: _____

OWNER'S REPRESENTATIVE: _____

SCOPE OF WORK TO BE PERFORMED: _____

ESTIMATED DIMENSIONS OF EXCAVATION: _____

LENGTH: _____

WIDTH: _____

DEPTH: _____

PROJECT START DATE: _____

PERSON COMPLETING FORM: _____

SIGNATURE: _____

DATE: _____

This form shall be filled in by the Trade Contractor and filed with the Owner's Representative, through the Managing General Contractor not later than 96 hours prior to excavation.

POJV North Terminal Development Consolidation Program                    March 31, 2006
Soil Excavation Procedures                                               Section 01564
Project No. 747B

Page 3 of 4

# Miami-Dade Aviation Department

# SOIL TRACKING FORM

**Section 1**

*(by E.O. Consultant)*

Delivery Date: _____ Batch Number: _____

Project Name: _____ Pile Number: _____

Project Number: _____ Cell Number: _____

Project Location: _____

MDAD-EE P.M.: _____

Material Quantity: Tons of Soil: _____ and/or Number of Drums: __

Material Tested? Yes No Characterization: _____

Transporter: _____

Requested By: _____ Date: _____

E.O. Consultant: _____

Consultant Rep: _____ Tel Number: _____

**Section 2**

*(by MDAD)*

Transported To: _____

Authorized By: _____ Tel Number: _____

Signature: _____ Date: _____

**Section 3**

*(by Staging Area Manager)*

Quantity Received: Tons of Soil: _____ and/or Number of Drums:__

Quantity Removed: Tons of Soil: _____ and/or Number of Drums: __

Quantity Left on Site: Tons of Soil: _____ and/or Number of Drums:__

Storage Location/Origin: _____

Number of Samples Needed:_____ Pile Number: _____

Number of Samples Taken: _____ Cell Number: _____

Parameters: _____

Sample(s) Collected By: _____ Date: _____

Company Name: _____ Tel Number: _____

Laboratory Name: _____ Tel Number: _____

**Section 4**

*(by Staging Area Manager)*

Disposition: _____ Treated By: _____

Transporter: _____ Treatment Type: _____

Date: _____ TSDF:_____

Stage Manager: _____

Status: _____

Return completed form to Arturo Sosa (Tel. No. 305 876-7519 – Fax No. 305 876-0239) for approval.

NO SOIL DELIVERY WILL BE ACCEPTED WITHOUT PRIOR APPROVAL

POJV North Terminal Development Consolidation Program
Soil Excavation Procedures
Project No. 747B

March 31, 2006
Section 01564

Page 4 of 4

SECTION 01570

TRAFFIC REGULATION

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Construction parking control, flagmen, flares and lights, haul routes, traffic signs and signals, and removal.

B.    Maintenance of safety and convenience of public.

1.02    RELATED REQUIREMENTS

A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    PUBLIC SAFETY AND CONVENIENCE

A.    Materials and equipment shall be stored and Work conducted to minimize obstruction to pedestrian movement and vehicular traffic. Materials and equipment stored in or near path of traffic shall be protected with appropriate warnings signs and barricades. At night, or as otherwise required, equipment not in use shall be stored in such manner and location to not interfere with safe passage of pedestrians and vehicles. Provide and maintain flagmen at points and for periods of time required to provide safety and convenience of traffic.

B.    Do not close traffic to any bridge, culvert, or other portion of road except as designated. Prior schedule coordination is required.

C.    Provide MDAD with notice at least 48 hours prior to movement of heavy equipment and/or wide or slow moving vehicles to or from Project Site. Trade Contractor shall strictly adhere to established vehicular routes.

1.04    HAUL ROUTES

A.    Use only established roadways or use temporary roadways constructed by Trade Contractor when and as authorized by the MGC. When materials are transported in executing the Work, vehicles shall not be loaded beyond loading capacity recommended by manufacturer of vehicle or prescribed by federal, state, or local law or regulation. When it is necessary to cross curbs or sidewalks protect them from damage. Repair or pay for repair of damaged curbs, sidewalks, roads or paving.

B.    The Upper Vehicular Drive in front of the Terminal Building has restricted weight capacities. Verify load limits with the MGC.

1.05    TRAFFIC SIGNS AND SIGNALS

    A.    At approaches to site and on-site, install at crossroads, detours, parking areas, and elsewhere as needed to direct construction and affected public traffic.

    B.    Install and operate traffic control signals to direct and maintain orderly flow of traffic in areas under Trade Contractor's control, and areas affected by Trade Contractor.

    C.    Relocate as Work progresses, to maintain effective traffic control.

    D.    Coordinate with construction signs described in Section 01580 Project Identification and Signs.

1.06    FLAGMEN

    A.    Provide trained and equipped flagmen to regulate traffic when construction operations or traffic encroach on public traffic lanes.

1.07    FLARES AND LIGHTS

    A.    Use flares and lights during hours of low visibility to delineate traffic lanes and to guide traffic in landside areas only.

PART 2 - PRODUCTS

2.01    SIGNS, SIGNALS AND DEVICES

    A.    Post-mounted and wall-mounted at parking areas to indicate spaces designated for use by the Trade Contractor.

    B.    Traffic control signals, as required, and as approved by local jurisdictions.

    C.    Traffic cones and drums, flares and lights, as approved by local jurisdictions.

    D.    Flagmen equipment as required by local jurisdiction.

PART 3 - EXECUTION

3.01    REMOVAL

    A.    Remove equipment and devices when no longer required. Repair damage caused by removal. Remove post settings to depth of three (3) feet. Repaired area shall match surrounding surfaces. Method and material for repair requires prior approval of the Design Professional.

END OF SECTION

SECTION 01571

MAINTENANCE OF AIR OPERATIONS AREA TRAFFIC

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    This Section includes minimum requirements for the maintenance of air operations area traffic
whenever work is to be performed in the airside area. The work under this Section consists of
furnishing all measures required to maintain the safe and orderly movement of Air Operations
Area (AOA) traffic in and around the construction areas as shown on the Plans and as
described in these Specifications.

1.02    RELATED REQUIREMENTS

A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification
Sections.

B.    The requirements of Chapter 25 of the Miami-Dade County Code and the related Miami-Dade
Aviation Department Operational Directive MIA 19 dated June 17, 1980 shall also apply to
the work under this Trade Contract

1.03    GENERAL

A.    Maintain the optimum level of safety and the operating efficiency of the airport during
construction based upon criteria contained in current edition of Federal Aviation Adminis-
tration Advisory Circular AC 150/5370-2C, Operation Safety on Airport with Emphasis on
Safety During Construction, or AC 150/5370-2B, if more restrictive (now canceled by FAA)
except that references to AC 150/5300-4 in AC 150/5300-2B shall be revised to read the
current AC 150/5300-13 and in The Airport Height Zoning Ordinance (County Code Article
XXXVII, Sections 33-330 to 33-345). The Trade Contractor shall be responsible for all
activities, under his control, as specified in the above referenced Advisory Circulars, the
Zoning Ordinance and in other referenced documents.

1.04    OBSTACLE CLEARANCE DURING CONSTRUCTION - RUNWAYS

A.    Two sets of criteria shall apply to construction activities within the proximity of active
runways, one for use in daytime in visual approach conditions, and the other for use at all
other times.

B.    VISUAL APPROACH CONDITIONS DURING DAYTIME

1.    During the period from 30 minutes after sunrise until 30 minutes before sunset, when
the Airport's reported ceiling is at least 3,000 feet and visibility is at least 3 statute
miles, the more restrictive dimensional and obstruction clearance criteria of AC

10/5370-2C or AC 150/5370-2B shall be utilized except as otherwise shown on the Plans and specified herein. The imaginary surfaces for runway approach/ departure protection prescribed by AC 150-5370-2B shall be relocated from the landing thresholds to the ends of the full strength pavement (runway ends).

2. No construction activity, personnel, equipment or materials shall be permitted within 250 feet of the centerline of any active runway or above the height restrictions described herein at any time.

3. Construction may be permitted within the above specified 250 feet of the runway centerline on a case-by-case basis with the written approval of MDAD.

C. INSTRUMENT APPROACH CONDITIONS OTHER THAN DAYTIME

At all times other than daytime, described in Paragraph 1.04.B 1 above, (i.e. when the reported ceiling is less than 3,000 feet and/or the visibility is less than 3 statute miles and in the period from 30 minutes before sunset until 30 minutes after sunrise), the dimensional and height restriction criteria of the Miami International Airport Height Zoning Ordinance shall apply. No construction activity, personnel, equipment or materials shall penetrate these imaginary surfaces.

1.05 OBSTACLE CLEARANCES DURING CONSTRUCTION - TAXIWAYS, TAXILANES AND APRONS

A. No Construction activity, personnel, equipment or materials shall be permitted within 150 feet of the centerline of an active taxiway or an active taxilane, unless otherwise shown on the Plans.

1.06 TRENCHES, EXCAVATIONS AND STOCKPILED MATERIAL

A. Open trenches or excavations exceeding 3 inches in depth and 3 inches in width shall not be permitted within 250 feet of the centerline of an active runway or within 100 feet of the center line of active taxiways and taxilanes unless otherwise shown on the Plans.

B. Coverings for open trenches or excavations may be utilized by the Trade Contractor to restore operations in the areas prescribed in above. Covering shall be of sufficient strength to support the weight of the heaviest aircraft operating on the runway or taxiway. Each covering shall be installed only as approved by the DP.

C. Barricades and/or flagging shall be installed to identify the limits of construction near open trenches or excavations.

D. Stockpiled material shall be secured against displacement by aircraft engine and propeller blast and ambient winds. Stockpiled materials, equipment and personnel shall not be allowed within the runway, taxiway and taxilane obstacle clearance areas.

POJV North Terminal Development Consolidation Program
Maintenance of Air Operations Area Traffic
Project No. 747B
Page 2 of 11

March 31, 2006
Section 01571

PART 2 - PRODUCTS

2.01    MARKING AND LIGHTING OF CONSTRUCTION AREAS

    A.    Install lighting, marking, barrel barricades, railroad tie barricades lighted commercial barricades, concrete barriers, plastic barricades, signs and other measures to delineate closed and hazardous areas during construction. The guidance and procedures provided by the current FAA Advisory Circular AC 150/5340-1, including changes, "Marking of Paved Areas on Airports", shall be utilized as depicted on the Plans. Steady burning red obstruction lights may be required in certain instances to supplement lighted barricades or highlight hazardous or potentially dangerous objects. Obstruction lights and barrel barricades, railroad tie barricades, lighted commercial barricades, plastic barricades, concrete barriers, water filled plastic protective barriers, and signs shall not be located within runway, taxiway and taxilane obstacle clearance areas.

    B.    TEMPORARY MARKER LIGHTS. Install, operate and maintain temporary marker lights in the locations shown on the Plans. Portable base mounted light fixtures to have, red and blue lenses, 30/45 watt 6.6/6.2 ampere transformers, and 30 watt 6.6 ampere lamps. Furnish 5000 volt, #8AWG, Type "C", FAA Specification L824 stranded copper cable; compatible connector kits; FAA Specification L823 tape; compression sleeves and any other materials necessary to install, operate and maintain the temporary marker lights.

    C.    Furnish and install the following:

        1.    Heat shrinkable sleeves, tape and incidentals,
        2.    15 watt lamps for 120V circuit,
        3.    Necessary wiring, power, connections, etc. to operate lights on 120V circuit,
        4.    Required staples to keep cable and wire securely fastened to pavement.
        5.    Pavement sealant to seal pavements, when wiring is installed recessed in saw kerfs

    D.    Yellow flashing lights mounted on top of the various types of barricades are not considered marker lights.

2.02    BARREL BARRICADES

    A.    Install and maintain barrel barricades in the locations shown, in accordance with the approved layout for each construction area. Barrel barricades shall be in accordance with the details shown on the Plans including barrels, lights, ropes, flags and incidentals. Barrels shall be weighted immediately upon installation, as necessary to prevent displacement by aircraft engine blast and by ambient wind. Barrel barricade lines shall be inspected each day and repaired or replaced as necessary to meet the requirements of the approved layout plan.

2.03    TEMPORARY CONCRETE BARRIERS

    A.    Temporary concrete barriers for traffic control and protection shall be New Jersey type precast concrete barriers conforming to the requirements of ASTM C825.

POJV North Terminal Development Consolidation Program        March 31, 2006
Maintenance of Air Operations Area Traffic        Section 01571
Project No. 747B
Page 3 of 11

B.   Temporary concrete barrier sections shall be capable of being interlocked and shall be provided with warning flags, steady burning lights and/or flashing lights as required and shall be provided with grooves to allow flow of surface drainage.

C.   The temporary concrete barriers need not be new, but shall be structurally sound, of a quality and type meeting the requirements of these specifications.

D.   Temporary concrete barriers shall, at the conclusion of the construction or when no longer needed, be relocated or removed and disposed of as the case may be.

## 2.04   RAILROAD TIE BARRICADES

A.   The Trade Contractor shall install and maintain Railroad Tie Barricades consisting of standard 6" x 8" x 8' timber railroad ties placed as and where shown on the Plans and as directed by the DP. Railroad ties shall be painted as detailed on the Plans and placed in the location and manner shown on the Plans. A battery operated yellow flashing light shall be installed on each section of the railroad tie barricades; the yellow flashing light shall be continuously (24 hours a day basis) operated. The railroad tie barricades shall be anchored to the subgrade or pavement using two No. 4, 18" long steel pins driven in the subgrade, or flexible pavement or installed through predrilled holes in rigid pavement. At conclusion of work and when the barricades are no longer needed, remove and dispose of them and restore the pavement to its original condition.

## 2.05   PLASTIC BARRICADES

A.   Plastic barricades, meeting the following requirements, shall only be used when specifically shown on the Plans or ordered by the DP. Plastic barricades shall consist of a molded plastic I-beam section suspended, by means of a toggle system, from a molded plastic cone.

The assembly shall be designed to remain usable following vehicular impact.

1.   The plastic barricade (I-beam section and cones) shall be manufactured from high density Polyethylene compounded with Ultra Violet Stabilizer to protect it against ultra violet exposure and outdoor weathering.

2.   The cone shall consist of a stem and a base. The base shall be hollow and so manufactured as to allow for external and internal ballasting (using water, sand or other suitable material), to provide a ballast weight of approximately 20 lbs.

3.   The dimensions of the various elements of the plastic barricade system shall be as follows:

**Cones**

| | |
|---|---|
| Overall Height | 45" |
| Base Dimension | 18" x 18" x 4" |
| Weight (unballasted) | 7 3/4 lbs. |
| Outside diameter stem | |
| Top | 3 1/4" |
| Bottom | 6 2" |

POJV North Terminal Development Consolidation Program
Maintenance of Air Operations Area Traffic
Project No. 747B

March 31, 2006
Section 01571

Page 4 of 11

| Wall Thickness | 1/8" +/- 1/32" |
|---|---|
| **I-Beam Section** | |
| Depth (reflective areas) | 8" |
| Lengths (as ordered by the DP) | 36" or 48" |
| Wall Thickness | 1/8" |
| Weight | 1.2 lbs. per foot |

B. The plastic barricade assembly shall be equal to MAXICADE System as manufactured by Glasdon - Traffic Services Incorporated (distributed locally by Safe T Store, West Palm Beach, Telephone: (407) 793-5817) or approved equal.

C. The I-beam section shall be capable of being mounted (using a flexible toggle system) on the plastic cones. The cones shall be designed to support the I-beam sections and also to support traffic lights.

D. The plastic barricade assembly shall be impregnated with traffic orange color. White reflective sheeting shall be applied to the I-beam section to form a series of alternating 6 inch wide stripes, traffic orange and reflective white, at 45° angle.

2.06 PLASTIC PROTECTIVE BARRIERS (WATER FILLED)

A. The water filled plastic protective barriers shall be the "Yodock Barrier" or the "Guardian Safety Barrier" or approved equal.

B. The plastic protective barrier shall be:

1. Color impregnated with the colors shown on the plans or as directed by the DP.

2. Resistant to damage caused by ultraviolet rays.

3. Manufactured with internally molded baffles (to maintain its shape), be properly sealed, is leakproof, provided with drain plugs and underside grooves to allow flow of surface drainage.

4. Barrier sections shall, when installed in a row, be interlocked in an approved manner, end to end length of each installed section shall be not less than 72 inches; each water filled section shall weigh not less than 1650 pounds.

5. Provided with securely mounted warning flags, steady burning lights and/or flashing lights as required. The plastic protective barrier shall, at the conclusion of the construction or when no longer needed, be relocated or removed and disposed of as the case may be.

PART 3 - EXECUTION

3.01 LOOSE MATERIALS AND DEBRIS

POJV North Terminal Development Consolidation Program
Maintenance of Air Operations Area Traffic
Project No. 747B

March 31, 2006
Section 01571

Page 5 of 11

A.      Loose materials shall be removed from the active portion of the AOA, placed in protected areas or otherwise secured to prevent dispersal into active portions of the AOA. The AOA is defined as all areas used or intended to be used for aircraft operations including active runways, aprons, taxiways, taxilanes, etc. Debris shall be promptly removed from the AOA. Exercise care in the transportation of materials within the AOA. Materials tracked or spilled in the AOA shall be removed immediately. When hauling, loading, grading, or when any of the Trade Contractor's activities are likely to cause the deposit of loose materials in the AOA, it shall be immediately removed using powered vacuum sweepers which shall continuously patrol the affected areas. The sweepers shall be supplemented by hand sweepers, loaders, trucks, etc., as necessary.

## 3.02    VEHICLES AND MOBILE EQUIPMENT

A.      All Trade Contractor vehicles and mobile equipment operating in the AOA shall be identified by three foot (3') square orange and white flags whenever such vehicle and equipment is operating on or about the AOA. In addition, such vehicles and equipment shall have the Trade's name clearly affixed on each side of such vehicles and equipment, all in accordance with current MDAD requirements. During the hours between 30 minutes before sunset and 30 minutes after sunrise and at all times when visibility is impaired, vehicles and mobile equipment shall also be equipped with a revolving yellow beacon light mounted on the top of the vehicle or equipment. Beacon lights shall provide:

1.      Three hundred sixty degree azimuth coverage.

2.      Effective intensity in the horizontal plane not less than 40 or more than 400 candelas.

3.      Beam spread measured to 1/10 peak intensity extending from 10 degrees to 15 degrees above the horizontal.

4.      Sixty to ninety flashes per minute.

B.      Vehicles and mobile equipment not individually authorized by the MDAD for independent operation in the AOA shall be operated under escort while in the AOA. The escort vehicle and its driver must be authorized by the MDAD for escort duty and for operation within the AOA. If access to the construction, staging or storage sites requires the crossing of an active runway or taxiway, all vehicles shall be escorted across said runway or taxiway by either a MDAD escort vehicle or a vehicle equipped with a VHF-AM Transceiver specifically authorized by MDAD to cross these operational pavements. No crossing of active taxiways or runways by vehicles so equipped shall be made without first obtaining specific clearance from the FAA Air Traffic Control Tower.

C.      No crane shall be allowed on the work site until the equipment and its intended operation is approved by MDAD Airside Operations, in accordance with MDAD and FAA requirements. Provide MDAD Airside Operations with not less than 24-hour advance written notice requesting crane access to the AOA. This request shall utilize the standardized MDAD "Request for Crane Clearance to Miami International Airport".

POJV North Terminal Development Consolidation Program             March 31, 2006
Maintenance of Air Operations Area Traffic                              Section 01571
Project No. 747B

Page 6 of 11

D.   When access is approved by MDAD, the tip of the crane boom shall be identified by the orange and white flag mentioned above and, if appropriate, by red obstruction lights.

## 3.03   CLOSURES

A.   Prior to the commencement of any demolition or other work, which will cause an interruption or modification to existing aircraft operations, confer with, and obtain written authorization from MDAD.

B.   When the closure of any runway, taxiway, apron, roadway, service gate, walkway, etc. is required, the Trade Contractor shall notify MDAD not less than 48 hours prior to need. No runway, taxiway, apron, roadway, service gate, walkway, etc., shall be closed without prior written authorization from MDAD.

C.   If the access to operational areas is not delineated on the Construction Safety Plan Drawing(s), the Trade Contractor shall participate in negotiations leading to the imposition of restrictions on airport operations in the affected areas; the Trade Contractor shall strictly abide by all conditions imposed by MDAD relating to its entry and use of such areas and the Trade Contractor shall not enter these areas until granted temporary, conditional entry clearance by MDAD.

D.   Trenching, excavation and other work requiring temporary runway or taxiway closure shall be limited to that amount of work that can be completed within the hours of minimal operation. All ditches, excavations, etc., shall be restored prior to the end of the work period and affected pavements returned to service. Unless otherwise noted in the Trade Contract Documents, hours of minimal operation shall be defined as the hours between 11:00 P.M. and 7:00 A.M. daily. All other hours are considered hours of normal operation.

E.   The Trade Contractor may be required to pursue affected portions of the work on a continuous 24 hour per day basis during construction of the various phases and subphases shown on the Plans and described in the Trade Documents (such as when runways or taxiways, aprons, service or access roadways, or service gates are closed for operation or when hazards of any kind arise).

## 3.04   LIGHTS, LIGHT LINES, SIGNS AND PAVEMENT MARKINGS

A.   Red and blue lens, ground-mounted, taxiway marker lights, pavement markings, signs, lighted barricades and other measures shall be installed and maintained (except as provided herein below) on a 24-hour basis to delineate construction areas and limits of aircraft operational areas. At the conclusion of each working day verify that the temporary lighting systems are in proper operation condition. Perform any necessary maintenance repairs prior to leaving the site. The detailed layout of marking, lights, signs and barricades and other measures for each construction area are shown on the Plans. The actual field installation of markings, lighting, barricades, signs, and other measures and attendant operational procedures shall be inspected by MDAD Airside Operations and any necessary changes or modifications will be promptly implemented. The revised installation will be re-inspected and approved by MDAD before

POJV North Terminal Development Consolidation Program
Maintenance of Air Operations Area Traffic
Project No. 747B

March 31, 2006
Section 01571

Page 7 of 11

the commencement of any construction or any other work which revises operational procedures.

B.  Provide all materials for installing pavement marking, marker lights, and lighted barricades. The Trade Contractor shall be responsible for the installation of all equipment and materials in good repair and working order, and in a condition satisfactory to and acceptable to MDAD.

C.  Connections to power supply for all temporary lighting systems shall be performed by the Trade Contractor under the direction of MDAD Maintenance Division.

D.  Maintenance of all temporary lighting systems shall be performed by the Trade Contractor except that nighttime trouble shooting of temporary lighting connected to any airfield lighting system will be provided by the MDAD Maintenance Division.

E.  Install the temporary marker lights in the locations shown on the Plans; provide cable connections to existing circuits and decommission or mask existing lights as shown on the Plans. If no existing taxiway circuits are available, provide and install a constant current transformer including connections and cable runs as necessary to energize the temporary light units. All cable runs installed across pavement shall be made along existing pavement joints. Saw kerfs shall be sealed, using approved suitable sealant, after cable installation. Demonstrate the functional integrity of the temporary marker light system by field test before the system is approved by MDAD for operational use.

F.  Maintain the temporary marker light system in full operational capability during the term of use. Each day at the close of the work shift, test and repair the system as necessary to restore full operational capability. Provide 24-hour, 7 day per week maintenance service. Trained maintenance technicians shall be available and "on call" at all times; provide the address and telephone numbers of the technicians so that they may be contacted at any time.

G.  The Trade Contractor shall relocate and modify the temporary lighting systems as required to accommodate the progress of the construction.

H.  Upon completion of the work within an AOA, and when the temporary marker lights are no longer needed, remove all such temporary installation and restore the site prior to opening it to aircraft traffic.

3.05    OPERATIONS SAFETY INSPECTION

A.  The entire work site shall be inspected daily and more frequently if construction activities are of a nature that debris may be expected to accumulate on AOA pavements. Special inspections shall be conducted for each work area prior to return to service for aircraft operation. The purpose of these inspections is to ascertain that areas returned to aircraft service are in satisfactory condition and that the overall work site and its activities are within the safety criteria. Inspections shall be conducted jointly by representatives of the Trade Contractor, the MGC, MDAD Airside Operations Division and the DP. These inspections shall cover the several safety items noted in and referred by this Article. The report of such

POJV North Terminal Development Consolidation Program
Maintenance of Air Operations Area Traffic
Project No. 747B

March 31, 2006
Section 01571

Page 8 of 11

inspections shall be filed utilizing the Pre-operation and Pre-construction checklist forms, a copy of which is appended to this Section.

B. Any violations of the Safety Criteria found during these inspections shall be rectified immediately. If a violation cannot be corrected on an immediate basis notify the MGC immediately. No area shall be approved for aircraft operations while it is in violation unless specifically authorized by MDAD Airside Operations..

## 3.06 OPERATIONAL EMERGENCIES

A. During periods of severe weather conditions or other operational emergencies, MDAD may direct the Trade Contractor to relinquish areas under construction and to prepare the areas for aircraft operations. In this event MDAD will specify the limits of the area to be evacuated, the term of evacuation and the conditions governing the restoration work necessary to prepare the area for aircraft operation. The Trade Contractor shall promptly and fully comply with this directive.

## 3.07 FINAL CLEANUP

A. After work in any work area has been completed and before opening it to traffic, the Trade Contractor shall remove all temporary traffic control devices, temporary pavements, and other temporary work and devices installed for traffic control. The Trade Contractor shall restore the site to its original condition or to the revised condition shown on the Plans.

Appendices  PREOPERATION CHECKLIST

      PRECONSTRUCTION CHECKLIST

END OF SECTION

POJV North Terminal Development Consolidation Program
Maintenance of Air Operations Area Traffic
Project No. 747B
    March 31, 2006
    Section 01571
Page 9 of 11

## PREOPERATION CHECKLIST
### Miami International Airport

NOTE: Inspection is to be made and all corrective work completed by Contractor at the completion of each work area. Perform special inspections for work areas to be released before the completion of the work area.

| ITEMS | OK (Check) | REMARKS/EXCEPTIONS |
|---|---|---|
| Operational pavements sound, to grade and free of dust, dirt and debris. | _____ | _____ |
| Operational pavement shoulders graded, Lips removed, surface bonded or paved (no potential for blast erosion). | _____ | _____ |
| Striping, marking, signs, barriers, and lighting on operational pavements operable and in correct location. | _____ | _____ |
| Water filled plastic protective barriers are actually full of water, sealed and in leakproof condition. | _____ | _____ |
| Safety areas and obstacle-free zones cleared And graded. No open trenches or holes. | _____ | _____ |
| Construction barricades and barriers secured in correct location and associated warning flags and lighting systems operable and in correct location. | _____ | _____ |
| Aircraft parking area cleared. | _____ | _____ |
| All equipment, vehicles, materials, etc., removed from areas in service or being returned to service. | _____ | _____ |
| All proper Authorities notified of hazards, fire route changes, utilities left inoperable, pavements closed, etc. list. | _____ | _____ |

Work Area Inspected:

Remarks:


The inspection covered by this report was made on _____

                                     Date              Time       A.M./P.M.


By _____ , and by _____ ,
      (Contractor Signature)                  (Operations Signature)


and by _____
      (Design Professional Signature)


For work involved in the construction of Contract No. _____ at Miami International Airport.

POJV North Terminal Development Consolidation Program       March 31, 2006
Maintenance of Air Operations Area Traffic                Section 01571
Project No. 747B
Page 10 of 11

# PRECONSTRUCTION CHECKLIST
## Miami International Airport

NOTE:   Inspection is to be made and all corrective work completed by Contractor before work can begin in any Work Area.

| ITEMS | OK (Check) | REMARKS/EXCEPTIONS |
|---|---|---|
| Striping, lights, markings, barricades and all other required traffic control devices in proper place, secured against displacement, and operable. | _____ | _____ |
| Obstacle free areas and operational pavements ready for use | _____ | _____ |
| All equipment, vehicles, materials, etc., in marked work area. | _____ | _____ |
| All equipment properly marked and, if necessary, lighted. | _____ | _____ |
| All proper authorities notified of hazards, fire route changes, utilities left inoperable, pavements closed, etc. list. | _____ | _____ |

Work Area Inspected:

Remarks:

The inspection covered by this report was made on  _____
                                                 Date      Time      A.M./P.M.

By _____ , and by _____,
     (Contractor Signature)                      (Operations Signature)

and by _____
      (Design Professional Signature)

For work involved in the construction of Contract No. _____ at Miami International Airport.

SECTION 01580

PROJECT IDENTIFICATION AND SIGNS

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

    A.    Furnish, install and maintain project identification signs.

    B.    Provide temporary on-site informational signs to identify key elements of construction facilities.

    C.    Remove signs on completion of construction.

    D.    Allow no other signs to be displayed.

    E.    Submit Shop Drawings of proposed Project Identification and Signs within 14 days of written Notice to Proceed.

1.02    RELATED REQUIREMENTS

    A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

PART 2 - PRODUCTS

2.01    SIGN MATERIALS

    A.    Structure and Framing:  May be new or used, wood or metal, in sound condition, structurally adequate and suitable for specified finish.

    B.    Sign Surfaces:  Exterior softwood plywood with medium density overlay, standard large sizes to minimize joints.

        1.    Thickness:  3/4" exterior grade A/D face veneers.

    C.    Rough Hardware:  Galvanized.

    D.    Paint:   Exterior quality, as specified in Section 09900.

        1.    Use Bulletin colors for graphics.

        2.    Colors for structure, framing, sign surfaces and graphics:  as selected by the Design Professional.

POJV North Terminal Development Consolidation Program
Project Identification and Signs
Project No. 747B

March 31, 2006
Section 01580

Page 1 of 3

2.02    TEMPORARY SIGNAGE

    A.    Informational Signs:

        1.    Painted signs with painted lettering, or standard products.

        2.    Size of signs and lettering to be as required by regulatory agencies, or as appropriate to usage.

        3.    Colors to be as required by applicable regulatory agencies, or otherwise of uniform colors throughout job as selected by the DP.

        4.    Erect informational signs at locations necessary to provide required information.

        5.    Paint exposed surfaces; one coat primer and one coat (minimum) exterior paint. Paint graphics in styles, sizes and colors as selected.

        6.    Install at height for optimum visibility, on ground-mounted poles or as attached to temporary structural surfaces.

    B.    Project Identification Sign:

        1.    Painted sign of size, lettering and construction shown on drawing to be provided by Design Professional.  Location and number on Site as indicated by DP.

        2.    Paint exposed supports, framing and sign surface material; one coat primer and one coat (minimum) exterior paint.  Paint graphics in styles, sizes and colors selected by the DP.

    C.    Quality Assurance:

        1.    Sign painter with professional experience in type of work required.

        2.    Finishes and painting adequate to resist weathering and fading for scheduled construction period.

        3.    Maintain temporary signs and supports in neat, clean condition; repair damages to structure, framing and sign.

        4.    Relocate informational signs as required by progress of work.

        5.    Repair any damage to permanent structures or finishes caused by placement or removal of temporary signage.

PART 3 - EXECUTION

3.01    PREPARATION

A. Construct and erect project signs at locations selected by MDAD or as required by governing authority.

3.02 MAINTENANCE

A. Maintain signs and supports in a neat, clean condition; repair damages to structure, framing or sign.

3.03 REMOVAL

A. Remove signs, framing, supports and foundations at completion of Project. Repair area caused by removal. Remove post settings to depth of three (3) feet. Repaired area shall match surrounding surfaces. Method and material for repair requires prior approval of the Design Professional.

END OF SECTION

POJV North Terminal Development Consolidation Program
Project Identification and Signs
Project No. 747B

March 31, 2006
Section 01580

Page 3 of 3

SECTION 01590

FIELD OFFICES AND SHEDS

PART 1 - GENERAL

1.01    SCOPE

A.    Each Trade Contractor shall furnish, install and maintain temporary construction offices through duration of Construction; remove at completion of Work , as needed.

B.    MDAD will provide field offices for MGC use.

C.    The location of the field office shall be as directed by MGC and MDAD.

D.    Trade Contractor shall furnish, install and maintain work sheds as required for construction and remove at completion of Work or as directed by MDAD.

E.    Trade Contractor shall restore Site to original condition, unless otherwise required by the Trade Contract Documents.

1.02    RELATED WORK

A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.


PART 2 - PRODUCTS

2.01    MATERIALS, EQUIPMENT AND FURNISHINGS

A.    Furnishings may be new or used, but must be serviceable, must be adequate for intended purpose, and must not violate codes or regulations.

2.02    FIELD OFFICES

A.    Furnish, install and maintain temporary field office during entire construction.

B.    Provide heating or air conditioning as dictated by outside temperature.

C.    Field office shall have operable, screened windows with locks.

D.    Trade Contractor shall provide his own janitorial services.

E.    The MGC and the Trade Contractor shall provide adequate provisioned first aid kits on the Project site for their respective personnel.

POJV North Terminal Development Consolidation Program
Field Offices and Sheds
Project No. 747B
Page 1 of 2

March 31, 2006
Section 01590

2.03    DRINKING WATER

      A.    The Trade Contractor shall furnish potable water for drinking of all personnel connected with their work.

      B.    Pipe or transport to keep clean and fresh.

      C.    Provide drinking water in suitable containers or dispensers and paper cups located in close proximity to where work is in progress.

      D.    Provide field offices with bottled drinking water, dispenser and cooling apparatus. Trade Contractor shall pay for service, maintain daily, and remove when offices are removed.


PART 3 - EXECUTION

3.01    INSTALLATION

      A.    Construct or locate construction offices and sheds on proper foundation, with utility connections, provide steps, handicap ramps, and landing at entrances.

      B.    Locate a thermometer in a convenient outdoor location, out of direct sunlight. Maintain record of daily weather conditions to include temperature range, wind conditions, time and amount of rainfall, and sky conditions.

      C.    Locate construction offices and sheds as directed by MDAD and the MGC.

3.02    MAINTENANCE

      A.    Trade Contractor shall provide daily janitorial cleaning and maintenance of construction office, sheds, furnishings, and equipment as required or requested.

3.03    REMOVAL

      A.    Trade Contractor shall remove construction office and sheds including foundations and contents at completion of the project, when no longer needed, or as directed by MDAD and the MGC.

      B.    Grade site to required elevation and clean the area.


END OF SECTION

SECTION 01600

MATERIALS AND EQUIPMENT

PART 1 - GENERAL

1.01   REQUIREMENTS INCLUDED

A.   Division 1 Sections of the Project Manual are applicable in the execution of all Specifications Sections.

1.02   RELATED REQUIREMENTS

A.   Section 01040 Coordination

B.   Section 01340 Shop Drawings, Product Data and Samples

C.   Section 01620 Storage and Protection

D.   Section 01670 Systems Demonstrations

E.   Section 01700 Project Closeout

F.   Bid Documents

1.03   MATERIAL AND EQUIPMENT INCORPORATED INTO WORK

A.   Comply with applicable specifications and standards.

B.   Comply with size, make, type and quality specified or as specifically accepted in writing by Design Professional.

C.   Design, fabricate, assemble deliver and install products in accordance with engineering and shop practices normal to trade.

D.   Manufacture like parts of duplicate units to standard interchangeable sizes and gauges. Two or more items of same kind shall be identical by same manufacturer.

E.   Products shall be suitable for intended purpose.

F.   Equipment capacities, sizes and dimensions shown or specified shall be adhered to unless variations are specifically accepted in writing.

G.   Do not use material or equipment for any purpose other than for which it is designed or is specified.

1.04    IDENTIFICATIONS AND NAMEPLATES

   A.    Nameplates, trademarks, and other identifying marks on manufactured and fabricated items
         shall not be permitted on surfaces exposed to view in public spaces, including elevators,
         except as noted otherwise in Trade Contract Documents. This does not apply to UL labels.

1.05    QUALITY ASSURANCE

   A.    Materials specified are to define standard of quality or performance and to establish basis for
         evaluation of proposals.

   B.    Comply with individual Specification Sections and referenced standards as minimum
         requirements.

   C.    Components required to be supplied in quantity within a Specification Section shall be of
         same manufacturer and shall be interchangeable, unless otherwise required.

1.06    PRODUCT OPTIONS

   A.    For products specified only by reference standard, select product meeting that standard, by
         any manufacturer.

   B.    For products specified by naming several products or manufacturers, select any one of
         products and manufacturers named which complied with Specifications.

   C.    For products specified by naming only one product and manufacturer, there is no option and
         no substitution will be allowed.

1.07    PRODUCTS LIST

   A.    Within 30 days after award of Trade Contract, submit to Design Professional five (5) copies
         of complete list of major products which are proposed for installation.

   B.    Tabulate products by Specification Section number and title.

   C.    For products specified only by reference standards, list for each such product:

         1.    Name and address of manufacturer.
         2.    Trade name.
         3.    Model or catalogue designation.
         4.    Manufacturer's data:

               a.    Reference standards.
               b.    Performance test data.

   D.    MDAD and Design Professional will reply promptly in writing stating whether there is
         reasonable objection to listed items. Failure to object to a listed item shall not constitute a
         waiver of the requirements of Trade Contract Documents.

1.08    MANUFACTURER'S INSTRUCTIONS

A.    When Trade Contract Documents require installation of work, it shall comply with manufacturers printed instructions. Obtain and distribute copies of instructions to parties involved in installation, including three (3) copies to MDAD, the MGC and the Design Professional, prior to commencing work.

B.    Maintain one (1) set of complete instructions at job site during installation and until work is complete.

C.    Maintain copies for Project Record Documents.

D.    Handle, install, connect, clean, condition and adjust products in strict accord with manufacturer's instructions and in conformity with specified requirements.

E.    Should job conditions or specified requirements conflict with manufacturer's instructions, notify Design Professional in writing for further instructions. Do not proceed with Work without clear instructions.

F.    Perform Work in accordance with manufacturer's instructions. Do not omit preparatory steps on installation procedures unless specifically modified or exempted by Trade Contract Documents.

1.09    TRANSPORTATION AND HANDLING

A.    Arrange deliveries of products in accordance with construction schedules. Coordinate to avoid conflict with Work and conditions at Site. Avoid congesting traffic.

B.    Deliver products in undamaged condition, in manufacturer's original containers or packaging, with identifying labels intact and legible.

C.    Immediately upon delivery, inspect shipments to assure compliance with requirements of Trade Contract Documents and accepted submittals, and that products are properly protected and undamaged.

D.    Promptly remove unsatisfactory materials from Site.

E.    Furnish equipment and personnel to handle products by methods to prevent soiling or damage to products or packaging.

1.10    STORAGE

A.    Store materials subject to damage from exposure to weather in weathertight storage facilities of suitable size with floors raised above ground. Materials not subject to weather damage may be stored on blocks off ground.

B.    Store fabricated products in accordance with manufacturer's instructions, seals and labels

POJV North Terminal Development Consolidation Program
Materials and Equipment
Project No. 747B

March 31, 2006
Section 01600

Page 3 of 5

intact and legible. Store products subject to damage by elements in weathertight enclosures. Maintain temperature and humidity within ranges required by manufacturer's instructions.

C.     Cover materials which are subject to deterioration with breathable, impervious sheet covering to provide adequate ventilation to avoid condensation.

D.     Store loosed granular materials in well-drained area on solid surfaces to prevent mixing with foreign matter and cover during inclement weather. Store cementitious and clay products clear of earth or concrete floors, away from walls.

E.     Arrange storage in manner to permit easy access for inspections.

F.     Protect metal from damage, dirt or dampness. Furnish flat, solid support for sheet products during storage.

G.     Make periodic inspections of stored materials to verify that products are maintained under specified conditions and are free from damage or deterioration.

H.     Do not use materials in Work which have deteriorated, become damaged or are otherwise unfit for use.

I.     Store paints in assigned room or area kept under lock and key.

J.     Remove oil, rags and other combustible materials daily and take precautions to prevent fire hazards.

K.     Do not load structure during construction by storing materials with load greater than structure is calculated to support safely.

1.11   PROTECTION

A.     Furnish protection against weather. Cover building openings to protect interior of building from weather.

B.     Maintain work, materials, apparatus and fixtures free from damage, accumulation of debris, and protected from dust and dirt.

C.     Protect items having factory finish to prevent damage to finish and equipment.

D.     At end of day's work, cover new work likely to be damaged or otherwise protect as necessary.

E.     After installation, secure substantial coverings as necessary to protect installed products from damage from traffic and subsequent construction operations.

F.     Remove protection when no longer needed. Upon completion of Work, remove storage facilities from Site.

1.12    MANUFACTURER CERTIFICATION

A.    Prior to Final Acceptance of Work, for items designated in Specifications Sections, an authorized representative of each manufacturer of materials and/or equipment installed under the work of that Section, shall personally inspect installation and operation of his materials, system and equipment to determine they are correctly installed and operating properly as follows:

    1.    Inspection and testing shall be accomplished:

        a.    For Work which will be concealed during execution of Work, after completion of installation and prior to concealment.
        b.    For Work which will not be concealed, at completion of Work.

    2.    Each representative shall submit a signed statement to the Design Professional and MDAD through the MGC Contractor, certifying to his personal inspection and to the correct installation and proper operation of materials, systems and/or equipment. Their certification shall list all items included.

    3.    The MGC shall transmit all such certifications to MDAD and the DP at or prior to Final Acceptance Inspection. Transmittal shall include list of all certifications included.

PART 2 – PRODUCTS

    Not Used.

PART 3 – EXECUTION

    Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Materials and Equipment
Project No. 747B

March 31, 2006
Section 01600

Page 5 of 5

SECTION 01620

STORAGE AND PROTECTION

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

    A.    General storage and protection of project materials and equipment.

    B.    Furnish, install and maintain storage sheds as required for protection of materials and equipment. Remove at completion of Work.

    C.    Exterior storage requirements for all specified materials and equipment requiring protection.

1.02    RELATED REQUIREMENTS

    A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

PART 2 - PRODUCTS

2.01    MATERIALS, EQUIPMENT AND FURNISHINGS

    A.    Materials and equipment intended for use in Project must be new. Equipment and furnishings utilized for installation of material and equipment in the Project may be new or used, but must be serviceable, must be adequate for intended purpose, and must not violate codes or regulations.

PART 3 - EXECUTION

3.01    GENERAL

    A.    Store products immediately upon delivery at location acceptable to MDAD and the MGC, in accordance with manufacturer's storage instructions, with seals and labels intact. Protect until installed.

    B.    Arrange storage in manner to provide access for maintenance of stored items and for inspection.

3.02    ENCLOSED STORAGE

    A.    Store products subject to damage by elements in substantial weather tight enclosures or storage sheds of adequate dimensions.

    B.    Maintain temperature and humidity within ranges stated in manufacturer's instructions.

POJV North Terminal Development Consolidation Program
Storage and Protection
Project No. 747B
Page 1 of 3

March 31, 2006
Section 01620

C. Provide humidity control and ventilation for sensitive products as required by manufacturer's instructions.

D. Store unpacked and loose products on shelves, in bins, or in neat groups of like items.

E. Trade Contractor shall replace, at no additional cost to MDAD, stored items damaged by inadequate protection or environmental controls.

## 3.03 EXTERIOR STORAGE

A. Provide substantial platforms, blocking, or skids to support fabricated products above ground; slope to provide drainage. Protect products from soiling and staining.

B. For products subject to dislocation or deterioration from exposure to elements, cover with impervious sheet materials. Provide ventilation to prevent condensation below covering.

C. Store loose, granular materials on clean, solid surfaces, or on rigid sheet materials, to prevent mixing with foreign matter.

D. Provide surface drainage to prevent erosion and ponding of water.

E. Prevent mixing of refuse or chemically injurious materials or liquids with stored material.

F. Pipe and conduit stored outdoors shall have open ends sealed to prevent entrance of dirt, moisture, etc.

G. Stockpiled material will be constrained in a manner to prevent movement resulting from Aircraft Jet blast or propwash, or wind conditions in excess of ten (10) knots. Loose materials capable of causing damage to aircraft landing gears, propellers, or being ingested by jet engines shall not be stored anywhere in the vicinity of any active Taxi-lane, Taxi-way, runway or apron parking. All storage areas will be designated on the Plans; No storage of any equipment or material will be allowed within the AOA.

## 3.04 MAINTENANCE OF STORAGE

A. Periodically inspect stored products on a scheduled basis.

B. Verify that storage facilities comply with manufacturer's product storage requirements.

C. Verify that manufacturer required environmental conditions are maintained continually.

D. Verify that surfaces of products exposed to elements are not adversely affected and that any weathering of finishes is within acceptable tolerances under requirements of Trade Contract Documents.

POJV North Terminal Development Consolidation Program
Storage and Protection
Project No. 747B

March 31, 2006
Section 01620

Page 2 of 3

3.05    MAINTENANCE OF EQUIPMENT STORAGE

   A.    For mechanical and electrical equipment in long-term storage, provide manufacturer's service
         instructions shown on exterior of package.

   B.    Service equipment on a regular basis as recommended by manufacturer. Maintain log of
         maintenance services; submit log as Project Record Document in accordance with
         requirements of Section 01720.

3.06    PROTECTION OF INSTALLED EQUIPMENT

   A.    After cabinets and boxes are installed, cover openings to prevent entrance of water and
         foreign materials. Close conduit openings with temporary metal or plastic caps, including
         those terminated in cabinets.

   B.    Provide temporary enclosures for equipment such as substations and motor control centers.
         Provide and maintain heat in enclosures until equipment is energized, to avoid condensation
         damage.

END OF SECTION

SECTION 01630

SUBSTITUTIONS AND PRODUCT OPTIONS

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Furnish and install Products as specified. It is the intent of MDAD not to make changes to the specified products, materials, systems and/or procedures. However, in the event the specified items are not available or for some reason not acceptable, MDAD will entertain possible substitutions or options to the products, materials and systems specified.

1.02    RELATED REQUIREMENTS

A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    QUALITY ASSURANCE

A.    Materials specified are to define standard of quality or performance and to establish basis for evaluation of proposals as stated in paragraph 1.01.A above.

1.04    PRODUCTS LIST

A.    Within 30 days after award of Contract, submit to Design Professional five (5) copies of complete list of major products which are proposed for installation.

B.    Tabulate products by Specification Section number, title, and Article number, per Section 01600, 1.07 C.

C.    The Design Professional will reply within 14 days, in writing, stating whether there is a reasonable objection to the listed items. Failure to object to a listed item shall not constitute a waiver of requirements of Trade Contract Documents.

1.05    PRODUCT OPTIONS

A.    When products are specified by only one manufacturer's model or performance criteria with reference to other acceptable manufacturers, other manufacturer's products must meet minimum performance and/or appearance criteria specified or meet quality of model specified. Products submitted by other acceptable manufacturers must conform to dimensional, physical, and structural requirements of listed products and systems, or Trade Contractor shall provide modifications to construction and Trade Contract Documents as required, with no additional cost to MDAD and without additions to Trade Contract Time.

B.    For products specified by naming only one product, there is not any option other than as specified.

POJV North Terminal Development Consolidation Program
Substitutions and Product Options
Project No. 747B
                                    March 31, 2006
                                    Section 01630
Page 1 of 5

1.06    SUBSTITUTIONS

   A.    MDAD and Design Professional will only consider written requests from the Trade
         Contractor for substitution of products in place of those specified.

   B.    Within a period of 30 days after award of Contract, MDAD and the DP will consider formal
         requests from the Trade Contractor for substitution of Products in place of those specified.

         1.    After end of that period, requests will be considered only in case of Product being no
               longer manufactured.

   C.    Submit separate request for each substitution using the Substitution Request Form found at
         the end of this section. Support each request with:

         1.    Complete data substantiating compliance of proposed substitution with requirements
               stated in Trade Contract Documents:

               a.    Product identification, including manufacturer's name and address.
               b.    Manufacturer's literature; identify:
                     1) Product description.
                     2) Reference standards.
                     3) Performance and test data.
               c.    Samples, as applicable.
               d.    Name and address of similar projects on which product has been used, and
                     date of each installation.

         2.    Itemized comparison of the proposed substitution with product specified; list
               significant variations.
         3.    Data relating to changes in construction schedule.
         4.    Changes required in other elements of Work because of substitution.
         5.    Availability of maintenance service and source of replacement parts, as applicable.
         6.    When requested, test data from independent testing laboratory to verify compliance
               with performance characteristics specified.
         7.    Designation of required license fees or royalties.

   D.    Properties, including but not limited to the following, will be considered as applicable:

         1.    Physical dimension requirements to satisfy space limitations.
         2.    Static and dynamic weight limitations, structural properties.
         3.    Audible noise levels.
         4.    Vibration generation.
         5.    Interchangeability of parts or components.
         6.    Accessibility for maintenance, possible removal or replacement.
         7.    Colors, textures and compatibility with other materials, products, assemblies and
               components.
         8.    Equipment capacities and performance characteristics.

   E.    Substitutions will not be considered for acceptance when:

1. They are indicated or implied on shop drawings or product data submittals without a formal request from Trade Contractor.
2. They are requested directly by a Subcontractor or supplier.
3. Acceptance will require substantial revision of Trade Contract Documents.
4. Additional cost to MDAD is involved.
5. Specified product is readily available.

F. Trade Contractor represents, when submitting substitution, that substitution is equal in quality, durability, and performance capacity to product or material specified, unless otherwise agreed to for reasons of cost or availability.

G. Substitute products shall not be ordered or installed without written acceptance of MDAD and Design Professional.

H. Burden of proof of merits of proposed substitute is upon proposer. MDAD's decision of approval or disapproval of proposed substitution shall be final.

I. If proposed substitution is not accepted, provide specified product or materials.

J. Trade Contractor shall be responsible for and pay for any expenses incurred by MDAD or the Design Professional for changes to Trade Contract Documents required by accepted Trade Contractor requested substitutions.

1.07    TRADE CONTRACTOR'S REPRESENTATION

A. In making formal request for substitution Trade Contractor represents that:

1. He has investigated proposed product and has determined it is equal to or superior in all respects to that specified.
2. He will provide the same warranties or bonds for substitution as for product specified.
3. He will coordinate installation of the substitution into the Work, and will make such changes as may be required for the Work to be complete in all respects.
4. He waives claims for additional costs and/or time caused by substitution which may subsequently become apparent.
5. Cost data is complete and includes related costs under his Trade Contract, but not costs under separate contracts.
6. He will replace the substitution with a contract document compliant product at no cost to MDAD should the substitution be found unacceptable; and further agrees to provide all necessary cut and patch work, at no cost to MDAD, as may be required to remove and replace the non-compliant substitution.

1.08    DESIGN PROFESSIONAL'S DUTIES

A. The Design Professional will determine acceptability of proposed substitutions to meet program wide material requirements.

B. The Design Professional will review and forward to MDAD for their concurrence all requests for substitutions with reasonable promptness.

POJV North Terminal Development Consolidation Program
Substitutions and Product Options
Project No. 747B

March 31, 2006
Section 01630

Page 3 of 5

C.   The Design Professional will notify Trade Contractor and the MGC, in writing, of MDAD's decision to accept or reject requested substitution.

D.   Review by MDAD and the Design Professional, acceptance or failure to take exceptions to substitutions or other review documents, shall not relieve Trade Contractor of its responsibility for item actually meeting performance or other requirements of Trade Contract Documents.

PART 2 – PRODUCTS

Not Used.

PART 3 – EXECUTION

Not Used.

Appendices:   SUBSTITUTION REQUEST FORM

END OF SECTION

POJV North Terminal Development Consolidation Program
Substitutions and Product Options
Project No. 747B
Page 4 of 5

March 31, 2006
Section 01630

# SUBSTITUTION REQUEST FORM

To:          Miami-Dade Aviation Department
_____

Project No.: _____    Project Name: _____

SPECIFIED ITEM:
_____

        Section     Page     Paragraph     Description

The undersigned Trade Contractor requests consideration of the following:

PROPOSED SUBSTITUTION: _____

The undersigned Trade Contractor warrants to Managing General Contractor, the Design Professional and MDAD that the following paragraphs, unless modified on attachments, are correct.

1.       The proposed substitution does not affect dimensions shown on drawings, that it meets the requirements of MDAD's Design Guideline Manual and that the substitution has Miami-Dade County Product Approval (if required).
2.       The cost reduction/increase indicated in item 5 below includes costs for changes to the building design, including engineering, design, detailing and construction costs caused by the requested substitution. Any additional costs resulting from this substitution will be reimbursed from the cost savings in item 5 or, in is absence, funded as a project cost.
3.       The proposed substitution will have no adverse affect on other trades, the construction schedule, or specified warranty requirements.
4.       Maintenance and service parts will be locally available for the proposed substitution.

The Trade Contractor further warrants to Managing General Contractor, the Design Professional and MDAD that the function and quality of the proposed substitution are equivalent or superior to the specified item. The Trade Contractor further warrants that specification section 01630, paragraph 1.06F intent has been met.

5.       Total Cost Savings/Increase: $_____

## Manufacturer's Certification of Equal Quality:

I _____ represent the manufacturer of the proposed substitution item and hereby certify and warrant to Managing General Contractor, the Design Professional and MDAD that the function and quality of the proposed substitution are equivalent or superior to the specified item.

        Manufacturer's Representative                        Company:

       _____    Date: _____    _____

## ACCEPTANCES:

1.       Trade Contractor Acceptance:                    Company:

       _____    Date: _____    _____

2.       Design Professional Acceptance:               Company:

       _____    Date: _____    _____

3.       MDAD Acceptance:                            Company:

       _____    Date: _____    _____

       *Recommend Acceptance:*      *Yes*     *No*

POJV North Terminal Development Consolidation Program        March 31, 2006
Substitutions and Product Options                           Section 01630
Project No. 747B

Page 5 of 5

SECTION 01670

SYSTEMS DEMONSTRATIONS

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

    A.    Instruction and demonstration of operation of each system to MDAD operations personnel.

1.02    RELATED WORK

    A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    INSTRUCTION OF MDAD PERSONNEL

    A.    Prior to final acceptance, fully instruct MDAD operating and maintenance personnel in operation, adjustment, maintenance and special testing requirements of products, equipment and systems.

    B.    Prepare, administer and conduct a training program in the operation and maintenance of equipment products and systems.

    C.    The services of manufacturer's representative may be used to assist the instruction of MDAD operating personnel in the proper operation, care and maintenance of each major equipment item and system.

    D.    Give training in sufficient scope and depth to ensure trainees who complete the program are qualified and capable of operating and maintaining the equipment products and systems installed under this Trade Contract.

    E.    Provide classroom and hands-on training necessary to ensure a smooth transition between system installation and operation.

    F.    Provide materials, data, and information required by this Section.

1.04    SUBMITTALS:

Submit the following training program information and materials to the DP for review and approval of a minimum of 30 days prior to commencement of training as scheduled in accordance with paragraph 1.07G below.

    A.    An overall training plan showing the sequence of and interrelationships covering all program activities.

    B.    The number of hours proposed to conduct each course.

POJV North Terminal Development Consolidation Program
Systems Demonstrations
Project No. 747B
March 31, 2006
Section 01670
Page 1 of 5

C.     A narrative description of each course.

D.     A comprehensive student training handbook for each course in the form proposed for use in both classroom and on-the-job phases of training. In addition to normal course information, the manual shall contain an agenda, hours devoted to each topic/subject, and defined objectives for each lesson.

E.     A descriptive listing, by course, of all proposed publications, training aids, test equipment and tools, by quantity, to be used during both classroom and on-the-job phases of training.

F.     A bibliography containing a listing or reference publications to be used for each course.

G.     Video tapes, four (4) copies, of all classroom and hands-on training and systems demonstrations.

## 1.05   QUALIFICATION OF INSTRUCTORS

A.     Provide fully qualified instructors for operation and maintenance training who possess both theoretical and practical experience with the equipment, products or systems installed under this Trade Contract.

B.     Provide instructors who have demonstrated successful experience as an instructor conducting similar training.

## 1.06   TRAINING AIDS

A.     Provide and use all training aids such as films, slides, audio/visual tapes, charts, student training handbooks and Operations and Maintenance (O&M) Manuals necessary to complement instruction and enhance learning. All training aids shall become the property of MDAD.

B.     Operating and maintenance manual shall constitute basis of instruction.

C.     Provide appropriate containers for training aids.

D.     Submit complete record of instructions as part of maintenance instructions and data book given to MDAD. For each instructional period, supply following data:

        1.    Date.
        2.    System or equipment involved.
        3.    Names of persons giving instructions.
        4.    Other persons present including trainees.

## 1.07   TRAINING PROGRAM

A.     Conduct each course for equipment products and systems on two (2) separate occasions for the number of hours required.

B.     Conduct supplemental advanced level training for supervisory and engineering personnel covering equipment, systems and products.

POJV North Terminal Development Consolidation Program       March 31, 2006
Systems Demonstrations       Section 01670
Project No. 747B
Page 2 of 5

C. Conduct training on the day of week, time of day, and location as directed by the DP or MDAD.

D. Conduct all training in accordance with approved training program submitted during the testing and start-up phase of installation and before final acceptance of respective equipment, products, and systems by MDAD.

E. Conduct courses that include both classroom and practical hands-on experience on equipment, products, and systems as installed in permanent locations under this Trade Contract.

F. When equipment or system interfaces are required , training shall be coordinated, timed and scheduled so that trainees can be made familiar with the operation and maintenance of the installed equipment products or systems as a complete, in-place operating unit.

G. Include in the training program, the manufacturer's representative's time for additional instructions to MDAD operation personnel after the equipment and systems have been in operation for six (6) months. Special instructions, if necessary, shall be provided for the HVAC systems at the first change of seasons after MDAD has occupied the facility.

1.08 TRAINING DOCUMENTATION - VIDEOGRAPHY

Provide the services of a professional videographer to record all required classroom and hands-on training, demonstration and instruction. Use only professional audio/visual equipment and accessories designed and engineered to provide the best possible broadcast quality picture and sound. Coordinate videography services with all required courses and training sessions.

A. Equipment and Reproduction Quality:

1. Use only super high resolution Betacam SP or DVC Pro broadcast quality or better cameras.
2. Provide full edit capabilities with complete graphics and audio support.
3. Provide wireless microphones for on-location and remote video acquisition.
4. Provide full lighting and grip services as may be required, to obtain best possible lighting and picture quality.
5. Provide professional quality VHS duplication for end user instructional use.

B. Submittal Requirements:

1. Provide, as part of the initial product submittals, a complete listing of all audio/video training tapes required by the contract documents for approval by the DP.
2. Submit four (4) professional quality duplicate copies of each training, demonstration and instructional tape.
3. Consecutively label, number and catalog each tape by Project Name, Specification Division and Section Number. Identify multiple tapes required to cover a single course by including the suffix Part 1 of #, Part 2 of #, etc. Include the following additional information on tape labeling:

   a. Date of original recording.

POJV North Terminal Development Consolidation Program
Systems Demonstrations
Project No. 747B

March 31, 2006
Section 01670

Page 3 of 5

        b.      System or Equipment Description.

        c.      Name of Company and person giving instruction.

    4.      Provide a Video Training Tape Booklet with each set of required tapes.

        a.      The booklet shall have a clear acetate protective cover sheet.

        b.      The first page shall include the booklet description, Video Training Tapes, Project Name, Project Number and Date.

        c.      The following pages shall include:

            (1)     A log or listing of all tapes;

            (2)     A key plan showing the geographical location(s) of the equipment or system covered by each training tape.

## 1.09   TRAINING CATEGORIES

   A.    Provide training for:

      1.      Operation personnel, as applicable;

      2.      Maintenance personnel, and

      3.      Supervisory personnel.

      4.      Other personnel as determined by MDAD.

## 1.10   OPERATION TRAINING

   A.    Provide operators with thorough training in all aspects of operation under both normal and abnormal conditions. This training shall include, but not be limited to:

      1.      Orientation to provide overview of system/subsystem configuration and operation;

      2.      Terminology, nomenclature and display symbology;

      3.      Operations theory;

      4.      Equipment appearance, functions, concepts, and operation;

      5.      Operating modes, practices and procedures under normal, diminished and emergency conditions;

      6.      Safety precautions;

      7.      On-the-job operating experience for monitoring functions, supervisory or command activities, and tasks, including those associated with diminished operating modes, failure recognition and responses to system/subsystem and recovery procedures;

      8.      Familiarity with the content and use of O&M Manuals and related reference publications.

## 1.11   MAINTENANCE TRAINING

   A.    Provide training required to perform all on-site routine, preventive, and remedial maintenance of the equipment product or system.

      1.      Orientation to provide overview of system/subsystem concept, configuration, and operation.

POJV North Terminal Development Consolidation Program        March 31, 2006
Systems Demonstrations        Section 01670
Project No. 747B

Page 4 of 5

2. Operations theory and interfaces.
3. Instruction necessary to ensure a basic theoretical and practical understanding of equipment appearance, layout, and functions.
4. Safety precautions.
5. Use of standard and special tools and test equipment.
6. Adjustment and calibration and use of related test equipment.
7. Detailed preventive maintenance activities.
8. Troubleshooting, diagnostics and testing.
9. Equipment assembly/disassembly.
10. Repair and parts replacement.
11. Parts ordering practices and storage.
12. Failure and recovery procedures.
13. Cabling and/or interface connectors.
14. Familiarity with and use of O&M Manuals and related reference publications.
15. Lubrication.
16. Procedures, practices, documentation, and materials required to commence system maintenance.

B. Training Objective: Upon completion of the program, trainees shall be qualified to maintain and repair the equipment, system and controls, including troubleshooting, preventive maintenance, removal and replacement components, and disassembly and reassembly of components.

## PART 2 – PRODUCTS

Not Used.

## PART 3 – EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Systems Demonstrations
Project No. 747B

March 31, 2006
Section 01670

Page 5 of 5

SECTION 01700

PROJECT CLOSEOUT

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Comply with requirements stated in the Trade Contract Documents and in Specifications for administrative procedures in closing out the Work.

1.02    RELATED REQUIREMENTS

A.    Conditions of the Trade Contract Documents:  Fiscal provisions, legal submittals and additional administrative requirements.

B.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

C.    Closeout submittals required of trades in various sections of the Specifications.

1.03    SUBSTANTIAL COMPLETION

A.    See General Conditions Provisions including but not limited to Article 11.

B.    See Trade Contract Documents.

1.04    FINAL INSPECTION

A.    See General Conditions Provisions including but not limited to Article 11.

B.    See Trade Contract Documents.

1.05    REINSPECTION FEES

A.    See General Conditions Provisions including but not limited to Article 11.

B.    See Trade Contract Documents.

1.06    CLOSEOUT SUBMITTALS

A.    Evidence of compliance with requirements of governing authorities:

1.    Certificate of Occupancy (Temporary and/or Final review as applicable).
2.    Certificates of Inspection:

POJV North Terminal Development Consolidation Program
Project Closeout
Project No. 747B

March 31, 2006
Section 01700

Page 1 of 3

          a.   Mechanical and Electrical systems as required by the respective sections.

          b.   Elevators

B.      Project Record Documents, in accordance with Section 01720.

C.      Operating and Maintenance Data, in accordance with Section 01730.

D.      Warranties and Bonds, in accordance with Section 01740.

E.      Spare Parts and Maintenance Material:

      1.   Provide products, spare parts, and maintenance materials in quantities specified in each specification section in addition to that required for completion of Work.

F.      Certificate of Insurance for Products and Completed Operations.

1.07   EVIDENCE OF PAYMENTS AND RELEASE OF LIENS AND CLAIMS

A.      Refer to Trade Contract Documents and General Conditions Provisions for details and forms.

1.08   FINAL ADJUSTMENT OF ACCOUNTS

A.      The Managing General Contractor will prepare a Final Payment Certificate reflecting adjustments to the Trade Contract Price.

B.      Statement shall reflect all adjustments to the Trade Contract Price:

      1.   The original Trade Contract Price.
      2.   Additions and deductions resulting from:

          a.   Previous Change Authorizations.
          b.   Allowances, if any.
          c.   Unit Prices
          d.   Deductions for uncorrected Work.
          e.   Deductions for Owner's liquidated damages.
          f.   Deductions for re-examination payments.
          g.   Additions for compensable excusable delays.
          g.   Other adjustments.

      3.   Total Contract Price, as adjusted.
      4.   Previous payments.
      5.   Sum remaining due.

C.      The Managing General Contractor will prepare a final Change Authorization for the Trade Contractor reflecting approved adjustments to the Trade Contract Price, which were not previously made by Change Authorizations.

POJV North Terminal Development Consolidation Program        March 31, 2006
Project Closeout        Section 01700
Project No. 747B

Page 2 of 3

1.09    FINAL APPLICATION FOR PAYMENT

    A.    The Trade Contractor shall submit the final Application for Payment in accordance with procedures and requirements stated in the General Conditions Provisions, the Trade Contract Documents and other provisions found elsewhere in the Trade Contract Documents.

1.10    ADDITIONAL ADJUSTMENT

    A.    No adjustments to Trade Contract Price amount requested by Trade Contractor will be allowed if asserted after execution of Final Payment..

1.11    POST-CONSTRUCTION INSPECTION

    A.    Prior to expiration of 9 (nine) months from Date of Acceptance of Substantial Completion for each Annex, MDAD will make a visual warranty inspection of the Annex Work in company of the MGC and the Trade Contractor to determine whether correction of Work is required in accordance with provisions of the Contract. The MGC shall be responsible for contacting MDAD and scheduling and coordinating the 9 (nine) month inspection.

    B.    MDAD will promptly notify the MGC, in writing, of any observed deficiencies.

    C.    The MGC shall contact MDAD to arrange time and establish schedule for correction by Trade Contractor of any agreed deficiencies.


PART 2 – PRODUCTS

    Not Used.


PART 3 – EXECUTION

    Not Used.


END OF SECTION

POJV North Terminal Development Consolidation Program
Project Closeout
Project No. 747B

March 31, 2006
Section 01700

Page 3 of 3

SECTION 01710

FINAL CLEANING

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

   A.    Execute final cleaning at completion of the Work as required by the Trade Contract
         conditions.

1.02    RELATED REQUIREMENTS

   A.    Conditions of the Trade Contract Documents.

   B.    Division 1 Sections of the Project Manual are applicable in the execution of all
         Specification Sections.

1.03    DISPOSAL REQUIREMENTS

   A.    Conduct cleaning and disposal operations to comply with codes, ordinances, regulations,
         and anti-pollution laws.


PART 2 - PRODUCTS

2.01    MATERIALS

   A.    Use only those cleaning materials which will not create hazards to health or property and
         which will not damage surfaces.

   B.    Use only those cleaning materials and methods recommended by manufacturer of the
         surface material to be cleaned.

   C.    Use cleaning materials only on surfaces recommended by cleaning material manufacturer.

   D.    Refer to each Specification Section for specific products and materials.


PART 3 - EXECUTION

3.01    FINAL CLEANING

   A.    Execute prior to inspection at Substantial Completion.

   B.    Employ skilled workmen or professional cleaners for final cleaning.

   C.    In preparation for Substantial Completion or occupancy, conduct final inspection of sight-

exposed interior and exterior surfaces, and of concealed spaces, and clean as follows:

1. Remove grease, dust, dirt, stains, labels, fingerprints, and other foreign materials from sight-exposed interior and exterior surfaces; wash and polish surfaces so designated to shine finish.
2. Repair, patch and touch-up marred surfaces to specified finish, to match adjacent surfaces.
3. Clean interior and exterior of all windows, doors and frames. Costs for swing stages, scaffolding, ladders or lifts necessary to clean windows are included as part of this work.
4. Remove all protective coverings, stickers and markings.
5. Thoroughly clean all elevators cabs and entrances, inside and out, at all levels.
6. Sweep, dust and damp mop all hard surfaces at elevator lobbies of all levels.
7. Sweep and damp mop all stairs and wipe-down all railings.
8. Remove all tags and stickers from exposed surfaces taking extra caution not to harm finish of material beneath.
9. Clean resilient flooring, paver flooring, ceramic and quarry tile flooring, vacuum carpeting as recommended by manufacturers.
10. Replace broken or scratched glass.
11. Broom clean exterior paved surfaces; rake clean other surfaces of the grounds.
12. Remove all trash and debris to dumpster at ground level.
13. Cleaning solutions used and workmanship shall be carefully selected and implemented to avoid damage to all surfaces. Trade Contractor shall verify that cleaning solution and techniques are in accordance with the manufacturer's recommendation for cleaning each surface.

D. Heating, Ventilating, and Air Conditioning Systems:

1. Clean permanent filters and replace disposable filters if units were operated during construction.
2. Clean ducts, blowers, and coils if units were operated without filters during construction of left unprotected during storage and assembly.

E. Clean roof areas of debris; flush roof drainage system with water until clear.

F. Prior to final completion, or MDAD occupancy, conduct an inspection of sight-exposed interior and exterior surfaces, and all work areas, to verify that all Work is clean.

G. Leave Project clean and ready for occupancy.

END OF SECTION

POJV North Terminal Development Consolidation Program
Final Cleaning
Project No. 747B

March 31, 2006
Section 01710

Page 2 of 2

SECTION 01720

PROJECT RECORD DOCUMENTS

PART 1 - GENERAL

1.01    REQUIRED INCLUDED

    A.    Maintenance and submittal of Project Record Documents and Samples.

1.02    RELATED REQUIREMENTS

    A.    Conditions of the Trade Contract Documents.

    B.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    MAINTENANCE OF DOCUMENTS AND SAMPLES

    A.    For duration of Project, maintain at job Site the following:

        1.    One copy of Drawings, Specifications, Addenda, shop drawings, products data, miscellaneous requested submittal data, Change Authorizations and other modifications to Trade Contract, field orders, field test or written instructions.
        2.    One copy of transmittal letters.
        3.    One set of construction photographs.
        4.    One set of samples.

    B.    Store documents and samples in Trade Contractor's field office apart from documents used for construction.

        1.    Provide files and racks for storage of documents.
        2.    Provide locked cabinets or secure storage space for storage of samples.

    C.    File documents and samples in accordance with CSI format.

    D.    Maintain documents in a clean, dry, legible condition and in good order.  Do not use record documents for construction purposes.

    E.    Make documents and samples available at all times for inspection by MDAD, the MGC and the DP.

    F.    Incomplete or out of order documents and samples will be grounds for not approving application for payment.

    G.    Provide felt tip marking pens for recording information in the color code designated by DP.

    H.    Label each document "PROJECT RECORD" in neat large printed letters.  Keep record documents current.  Record information concurrently with construction progress.  Do not

POJV North Terminal Development Consolidation Program
Project Record Documents
Project No. 747B

March 31, 2006
Section 01720

Page 1 of 5

conceal any work until required information is recorded.

1.04    RECORD DRAWINGS

A.      Obtain from Design Professional and pay for reproduction costs of blue line prints for keeping accurate records.

B.      Legibly mark in color code designated by DP to record actual construction on designated Record Drawing prints:

1.      Depths of various elements of foundation in relation to finish first floor datum.
2.      Horizontal and vertical locations of underground utilities and appurtenances, referenced to permanent surface improvements.
3.      Location of internal utilities and appurtenances concealed in the construction, references to visible and accessible features of the structure including:

   a.   Piping
   b.   Ductwork
   c.   Equipment
   d.   Service Entrance
   e.   Feeders
   f.   Outlets
   g.   Equipment
   h.   Dimensional locations of underground work
   i.   Dimensional locations of Site work.

C.      Indicate the following installed conditions:

1.      Ductwork mains and branches, size and location, for both exterior and interior, locations of dampers and other control devices; filters, boxes, and terminal units requiring periodic maintenance or repair.
2.      Mains and branches of piping systems, with valves and control devices located and numbered, concealed unions located, and with items requiring maintenance located (i.e., traps, strainers, expansion compensators, tanks, etc.). Valve location diagrams, complete with valve tag chart. Refer to Division 15 sections.
3.      Equipment locations (exposed and concealed), dimensioned from prominent building lines.
4.      Approved substitutions, Trade Contract Documents modifications, and actual equipment and materials installed.
5.      Field modifications of dimension and detail.
6.      Modifications made by addenda, clarifications, Field Orders or Change Authorizations.
7.      Details not on original contract drawings.
8.      References to related shop drawings and modifications.

D.      Record information on a daily basis, or as often as necessary.

E.      Retain competent drafting services, as necessary, for transfer of "mark-up notations" from information recorded during construction.

POJV North Terminal Development Consolidation Program                    March 31, 2006
Project Record Documents                                                 Section 01720
Project No. 747B

Page 2 of 5

F.  Permanent Record Drawings will be created by the DP from the Trade Contractor's as-built marked up Drawings as outlined per this section. Reproductions will be made at Trade Contractor's expense from original drawings, which shall be made available to commercial reprographics service.

G.  Submit Record Document drawings to Design Professional for review and acceptance 30 days prior to final closeout.

H.  Make revisions and additions as indicated by the DP.

I.  Do not use these Drawings for reference or construction, nor allow them to leave the field office.

1.05  RECORD SPECIFICATIONS AND ADDENDA

A.  Legibly mark up in color code designated by DP each Specification Section to record the following:

1.  Manufacturer, trade name, catalog name and supplier (with address and phone number) of each product and item of equipment actually installed.
2.  Modifications made by Change Authorization or field order.
3.  Other matters not originally specified.

1.06  RECORD SAMPLES

A.  Record in transmittal, if not indicated, manufacturer, trade name, catalog number, color and supplier.

B.  Prepare record samples, assemble on pages, and submit per each project.

1.07  REVIEW OF PROJECT RECORD DOCUMENTS BY DP

A.  The Trade Contractor will coordinate the review of Record Documents at least weekly by the responsible Design Professional discipline(s). A Project Record Documents Review Log will be signed by each design professional discipline representative attesting to its review of the Project Record Documents. A copy of the log will be attached to the minutes of the weekly construction meeting. The Trade Contractor will report on the status of Record Documents at the weekly construction meeting.

B.  The Trade Contractor shall submit, as a part of his monthly pay request, his certification that Record Documents have been brought up to date as specified in this Section, that supplemental data, surveys, etc. have been recorded and that records are transmitted to the Design Professional or available for review. The maintenance and updating of the records shall constitute an essential step in the completion of the various items of work under the contract which shall be reflected in the payment to be made for such items of work.

C.  Unless the Design Professional certifies that the status of the Record Documents is current as

of the date of the Trade Contractor's Monthly Requisition for Payment, an amount equal to the Design Professional's estimated cost to MDAD to make them current will be deducted from the Monthly Requisition for Payment. Certification by the Design Professional of the current status does not certify that the information contained in the Project Record Documents is accurate.

1.08   EQUIPMENT DATA BASE FORMS

A.   The Trade Contractor shall provide completed equipment data entry forms, using forms appended hereto, for submission to MDAD. Data forms shall provide information relevant to each specific piece of equipment listed and shall include but not necessarily be limited to, make and model numbers, design and operating characteristics, service and maintenance period, preventive maintenance requirements, recommended spare parts stock, etc. Forms shall be filled out by the appropriate equipment vendor/ manufacturer/ supplier for each respective piece of equipment listed. Where data forms for a specific piece of equipment are not included, use provided forms as a basis to develop additional forms. Data entry forms shall be provided for the following:

1.   Air Handling Units.
2.   Fans.
3.   Bridge Tender Stations.
4.   Pump.
5.   Switchgear and Switchboards.
6.   Motor Control Centers and Starters.
7.   Emergency Generator Equipment and Devices.
8.   Fire Alarm Equipment and Devices.
9.   Communication Equipment and Devices.
10.   Lighting Fixtures.
11.   Passenger Loading Bridges.
12.   Moving Walkway Systems.

B.   Submit completed date entry forms to the Design Professional for review and acceptance 30 days prior to final closeout.

C.   Include copies of data entry forms in Operating and Maintenance Manuals.

1.09   SUBMITTALS

A.   At Contract closeout, the Trade Contractor shall sign each final Record Drawing and cover of Record Specifications stating documents are complete and accurate, deliver project Record Documents to Design Professional for review and transmittal to MDAD.

B.   Accompany submittal with transmittal letter in duplicate, containing:

1.   Date.
2.   Project title and number.
3.   Contractor's name and address.
4.   Title and number of each Record Document.
5.   Signature of Trade Contractor or his authorized representative.

POJV North Terminal Development Consolidation Program                    March 31, 2006
Project Record Documents                                                 Section 01720
Project No. 747B

Page 4 of 5

C.   Submit following quantities of Record Documents:

1.   The original set and two (2) complete and full sets of Project Record Drawings on blueline print paper.
2.   Five (5) sets of "up-dated" Project Manuals.
3.   Product Data: Two (2) sets and the original set of record shop drawings.

D.   If the Trade Contractor elected to utilize an internet web site project management software for the project, he shall include with the final acceptance submittals at no cost a CD(s) with all information (except Managing General Contractor, Trade Contractor communication) contained on the web site with an affidavit stating the CD contains a complete record of everything contained on the web site. Provide one CD(s) to the Design Professional and one to MDAD.

## 1.10   BURDEN OF ACCURACY

A.   The Trade Contractor shall provide complete and accurate record information to the same degree of detail as the Trade Contract Documents. Dimensioned features shall be re-dimensioned as necessary in record submittals and unaltered design dimensions clearly verified. Work requiring survey layout will be recorded by submission of a Florida Registered Land Surveyor's certified survey.

B.   The Trade Contractor shall bear all costs of damages of any nature incurred by MDAD due to inaccuracies or incompleteness of submitted Record Documents.

C.   Incomplete or incorrect record information shall constitute faulty workmanship subject to the remedies set forth in the Trade Contract Documents including those provided under the Performance Bond.

## PART 2 – PRODUCTS

Not Used.

## PART 3 – EXECUTION

Not Used.

### END OF SECTION

POJV North Terminal Development Consolidation Program
Project Record Documents
Project No. 747B

March 31, 2006
Section 01720

Page 5 of 5

OPERATING AND MAINTENANCE DATA

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

    A.    Compile product data and related information appropriate for MDAD operation and maintenance of products furnished under Trade Contract.

    B.    Prepare operating and maintenance data as specified in this Section and as referenced in other pertinent Specification Sections.

1.02    RELATED WORK

    A.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.03    FORM OF SUBMITTAL

    A.    Prepare data in form of instructional manuals for use by MDAD personnel.

    B.    Prepare instructional manuals and data bound in commercial quality 3-ring binders with plastic covers.

    C.    Organize with index tabs according to sequence of Specification Sections, unless otherwise directed by the Design Professional.

    D.    Identify each volume with type or printed title as instructed by the Design Professional.

    E.    Provide framed under glass or laminated in plastic, typed instructions and diagrams for each system and its related equipment.

1.04    CONTENT OF MANUALS

    A.    Arrange typewritten table of contents for each volume, in systematic order:

        1.    List of each product required to be included with name, address, and telephone number of:

            a.    Subcontractor or installer.
            b.    Maintenance contractor, as appropriate.
            c.    Local source(s) of supply for parts and replacement.

        2.    Identifying each product, by product name, with serial numbers for each principal piece of equipment, and other identifying symbols.

POJV North Terminal Development Consolidation Program        March 31, 2006
Operating and Maintenance Data        Section 01730
Project No. 747B
Page 1 of 5

B. Product Data:

1. Include only those sheets which are pertinent to specific product with product clearly identified.
2. Delete references to inapplicable information.
3. Annotate each sheet to clearly identify specific product or part installed, and data applicable to installation.

C. Drawings:

1. Supplement product data with drawings as necessary to clearly illustrate relations of component parts of equipment and systems and control and flow diagrams.
2. Coordinate drawings with information in Project Record Documents to assure correct illustration of completed installation.

D. Written Text: As required to supplement product data for particular installation to provide logical sequence of instructions for each procedure, organized in a consistent format and in logical sequence of instructions for each procedure.

1.05 EQUIPMENT AND SYSTEMS MANUAL REQUIREMENTS

A. Submit five (5) copies of completed manuals in final form to the Design Professional for distribution.

B. Content, for each unit of equipment and system, as appropriate:

1. Description of unit and component parts.

a. Function, normal operating characteristics, and limiting conditions.
b. Performance curves, engineering data and tests.
c. Complete nomenclature and commercial number of replaceable parts.

2. Spare parts data as follows:

a. List of parts and supplies.
b. Current unit process.
c. Sources of supply (local and national; names, addresses and telephone number).
d. List of parts and supplies recommended by manufacturer to have on hand.

3. Operating procedures:

a. Start-up, break-in routine and normal operating instructions.
b. Regulation, control, stopping, shutdown and emergency instructions.

4. Maintenance Procedures:

a. Routine operations.
b. Guide to "trouble-shooting."
c. Disassembly, repair and reassembly.

POJV North Terminal Development Consolidation Program
Operating and Maintenance Data
Project No. 747B

March 31, 2006
Section 01730

Page 2 of 5

        d.      Alignment, adjusting and checking.

    5.      Servicing and lubrication schedule, including list of lubricants required.
    6.      Manufacturer's printed operating and maintenance instructions.
    7.      Description of sequence of operation.
    8.      Original manufacturer's parts list, price lists, illustrations, assembly drawings and diagrams required for maintenance, predicted life of parts subject of wear and items recommended to be stocked as spare parts.
    9.      As-installed control diagrams by controls manufacturer.
    10.    Each Subcontractor's coordination drawings including as-installed color-coded piping and wiring diagrams.
    11.    Charts of valve tag numbers, with location and function of each valve.
    12.    Water treatment procedures and tests.
    13.    Final balancing reports for mechanical systems.
    14.    List of original manufacturer's spare parts, manufacturer's current prices, and recommended quantities to be maintained in storage.
    15.    Other data as required under pertinent sections of Specifications.

C.    Content, for each electric and electronic system, as appropriate:

    1.      Description of system and component parts.

        a.      Function, normal operating characteristics, and limiting conditions.
        b.      Performance curves, engineering data and tests.
        c.      Complete nomenclature and commercial number of replaceable parts.

    2.      Circuit directories of panelboards.

        a.      Electrical service.
        b.      Controls.
        c.      Communications.

    3.      As-installed color-coded wiring diagrams.

    4.      Operating procedures:

        a.      Routine and normal operating instructions.
        b.      Sequences required.
        c.      Special operating instructions.

    5.      Maintenance procedures:

        a.      Routine operations.
        b.      Guide to "trouble-shooting."
        c.      Disassembly, repair and reassembly.

    6.      Manufacturer's printed operating and maintenance instructions.

    7.      List of original manufacturer's spare parts, manufacturer's current prices, and

POJV North Terminal Development Consolidation Program        March 31, 2006
Operating and Maintenance Data        Section 01730
Project No. 747B

Page 3 of 5

recommended quantities to be maintained in storage.

        8.     Other data as required under pertinent sections of specifications.

D.     Include warning of detrimental maintenance practices.

E.     Prepare and include additional data when need for such data becomes apparent during instruction of MDAD personnel or as required under pertinent Specification Section.

## 1.06   ARCHITECTURAL PRODUCTS MANUAL REQUIREMENTS

A.     Submit five (5) copies of complete manual in final form.

B.     Refer to each individual Section of Project Manual for specific submittal requirements.

C.     Content:

        1.     Manufacturer's data, giving full information on products.

             a.     Catalog number, sizes, and composition.
             b.     Finish designations.

D.     Information required for re-ordering.

E.     Instructions for care and maintenance.

        1.     Manufacturer's recommended lubricants.
        2.     Manufacturer's recommendations for types of cleaning and methods.
        3.     Cautions against cleaning agents and methods which are detrimental to product.
        4.     Recommended maintenance and cleaning schedule.

## 1.07   ARCHITECTURAL FINISHES MANUAL REQUIREMENTS

A.     Submit two (2) copies of complete manual in final form.

B.     Trade Contractor is to provide finish information and samples of actual materials installed in Project.

C.     Refer to each individual Section of Project Manual for specific submittal requirements.

D.     It is suggested that Trade Contractor compile information and samples for Manual on Architectural Finishes throughout construction period to simplify assembly at Project close-out.

E.     Design Professional will provide sample of page format to Trade Contractor upon request.

## 1.08   SPECIAL SYSTEMS MANUAL

A.     Submit five (5) copies for each separate systems identified in Division 13000 of the DGM based on the DGM requirements.

POJV North Terminal Development Consolidation Program        March 31, 2006
Operating and Maintenance Data        Section 01730
Project No. 747B

Page 4 of 5

B.  Manuals shall be organized and assembled in same manner as Equipment and Systems Manuals, with same content requirements.

1.09  SUBMITTAL SCHEDULE

A.  Submit one (1) copy of completed data in final form 40 days prior to demonstrations of equipment.

B.  Copy will be returned approved or with comments for revisions.

C.  Submit specified number of copies of approved data in final form within ten (10) days prior to instruction and equipment demonstrations and prior to final inspection or acceptance.

PART 2 – PRODUCTS

Not Used.

PART 3 – EXECUTION

Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Operating and Maintenance Data
Project No. 747B

March 31, 2006
Section 01730

Page 5 of 5

SECTION 01732

SPARE PARTS AND MAINTENANCE MATERIALS

PART 1 - GENERAL

1.01    RELATED DOCUMENTS

    A.    The conditions of the Trade Contract Documents.

    B.    Division 1 Sections of the Project Manual are applicable in the execution of all Specification Sections.

1.02    GENERAL REQUIREMENT

    A.    Submit listings of spare parts and materials on forms provided by the Design Professional. Forms shall include all information specified in this Section. Supply completed lists in loose-leaf three-ring binder; include printed cover, table of contents and dividers with tab insert sheets, which identify and separate listings for each product, system or item of equipment.

    B.    Include the following required information on forms used to submit recommended spare parts lists:

        1.    Form Heading: Include Subcontractor/supplier's name, project number, description of product, system or equipment make/model of item and total quantity of units to be supported with spare parts as recommended.

        2.    Include the following information for each recommended item on spare parts list:

            a.    Item number (sequential).
            b.    Quantity recommended.
            c.    Quantity of item installed in Work.
            d.    Unit of issue.
            e.    Description.
            f.    Manufacturer's part number.
            g.    Manufacturer's name and address.
            h.    Supplier's part number, name and address (if manufacturer's information not available).
            i.    Anticipated life cycle.
            j    Unit price.

    C.    Include written estimate, in weight and cubic feet, of space required to ship and store all recommended items.

    D.    Furnish products and spare parts individually packaged in a durable manner or containers suitable for ease of access and prolonged periods of storage. Provide containers for large or heavy items, which are suitable for handling with hoisting equipment.

POJV North Terminal Development Consolidation Program
Spare Parts and Maintenance Materials
Project No. 747B
March 31, 2006
Section 01732
Page 1 of 3

E. Label spare parts or product containers individually to display at least the following information:

   1. Description of item.
   2. Quantity of items in package or container.
   3. Name of manufacturer.
   4. Manufacturer's part or product number.
   5. Manufacturer's catalog number.
   6. Name of supplier, supplier's part and catalog number (if manufacturer's information not available).
   7. Precautionary information, as appropriate.
   8. Other identifying information, if required.

F. Provide an external list showing content of containers used to store one or more spare parts packages. Attach list in a secure manner that is accessible for reference when container is in its stored position. Show the following information at a minimum:

   1. Name of manufacturer and/or supplier.
   2. Name of product, system or equipment for which parts are supplied.
   3. Precautionary information, as appropriate.
   4. Numerical designation (i.e., container 1 of 7).
   5. Other identifying information or coding, if required.

G. Provide an external list showing content of containers used to store one or more spare parts packages. Attach list in a secure manner that is accessible for reference when container is in its stored position. Show the following information at a minimum:

   1. Name of manufacturer and/or supplier.
   2. Name of product, system or equipment for which parts are supplied.
   3. Precautionary information, as appropriate.
   4. Numerical designation (i.e., container 1 of 7).
   5. Other identifying information or coding, if required.

H. Submit spare parts and maintenance materials list 90 calendar days prior to completion of Work.

1.03  STORAGE, MAINTENANCE

A. Store products with products to be installed in the Work, under provisions of Section 01620.

B. When possible, provide storage facilities capable of maintaining proper conditions separate from storage areas used for material/parts to be incorporated into the Subcontract Work. When such space is not available at Site, spare parts may be stored in available space as approved by MDAD.

C. Maintain spare products in original containers with labels intact and legible, until delivery to

POJV North Terminal Development Consolidation Program
Spare Parts and Maintenance Materials
Project No. 747B
Page 2 of 3

March 31, 2006
Section 01732

MDAD.

1.04 DELIVERY

    A.    Coordinate delivery with MDAD. Deliver and unload spare products to MDAD at the Site and obtain receipt from MDAD prior to final payment.

    B.    For portions of the Work accepted and occupied by MDAD for which a TCO has been issued prior to Substantial Completion, deliver a proportional amount of spare products to MDAD; obtain receipt from MDAD.

PART 2 – PRODUCTS

    Not Used.

PART 3 – EXECUTION

    Not Used.

END OF SECTION

POJV North Terminal Development Consolidation Program
Spare Parts and Maintenance Materials
Project No. 747B

March 31, 2006
Section 01732

Page 3 of 3

SECTION 01740

WARRANTIES AND BONDS

PART 1 - GENERAL

1.01    REQUIREMENTS INCLUDED

A.    Compile specified warranties and bonds.

B.    Compile specified service and maintenance contracts.

C.    Co-execute submittals when so specified.

D.    Review submittals to verify compliance with Trade Contract Documents.

E.    Submit to MDAD.

F.    MDAD reserves right to make emergency repairs as required to keep equipment or materials in operation or to prevent damage to persons or property without voiding Contractor's warranty or bond, or relieving Managing General Contractor of his responsibilities during contract, warranty or bond periods.

1.02    RELATED REQUIREMENTS

A.    The Conditions of the Trade Contract Documents.

1.03    SUBMITTAL REQUIREMENTS

A.    Assemble warranties, bonds, service contracts and maintenance contracts, executed by each of the respective manufacturers, suppliers, and Subcontractors in the name of MDAD. Coordinate with MDAD and the DP prior to execution.

B.    Number of original signed copies required:  4 each.

C.    Table of Contents:  Provide complete information for each item.  Neatly typed, in orderly sequence.

1.    Product or work item.
2.    Firm, with name of principal, address and telephone number.
3.    Scope.
4.    Date of beginning of each warranty, bond or service and maintenance contract.
5.    Duration of warranty, bond or service maintenance contract.
6.    Provide information for MDAD personnel:

a.    Proper procedure in case of failure.
b.    Instances, which might affect the validity of warranty or bond.

POJV North Terminal Development Consolidation Program
Warranties and Bonds
Project No. 747B
March 31, 2006
Section 01740
Page 1 of 3

7.    Contractor, name of responsible principal, address and telephone number.

1.04    FORM OF SUBMITTALS

A.    Prepare in four (4) packets.

B.    Format:

1.    Size 8-1/2 x 11", punch sheets for standard 3-ring binder.

a.    Fold larger sheets to fit into binders.

2.    Cover:  Identify each packet with typed or printed title "WARRANTIES AND BONDS."  List:

a.    .  Title of Project.
b.    Name of Contractor.

C.    Binders:  Commercial quality, 3-ring, with durable and cleanable plastic covers.

1.05    TIME OF SUBMITTALS

A.    Submit specimen copy of warranties with initial submittals as confirmation of project warranty requirement.

B.    Submit at time of Final Completion and prior to Final Application for Payment.

1.06    SUBMITTALS REQUIRED

A.    Submit warranties, bonds, service contracts and maintenance contracts as specified in each respective Specification Section to the Design Professional.

B.    Refer to each individual Section of Project Manual for specific warranty and bond submittal requirements.

C.    Warranty period shall commence at the date of Final Completion.

D.    When the manufacturer of a piece of equipment normally offers a written guarantee or warranty on such equipment or part thereof for a period of more that 1 year, furnish such guarantee or warranty in accordance with Conditions of the Trade Contract Documents.


PART 2 - PRODUCTS

Not Used.

PART 3 - EXECUTION

3.01    TRADE CONTRACTOR RESPONSE

    A.    The Trade Contractor shall respond to MDAD with the following information concerning warranty work within 8 hours of receiving verbal or written notice of need for the work.

        1.    Date and time personnel will return to initiate warranty work.

        2.    Special requirements to be able to perform the warranty work.

    B.    Should the Trade Contractor not respond to the Warranty notice within the allowed time or if the schedule proposed by the Trade Contractor does meet the operational needs of MDAD, MDAD may perform the Work and the Trade Contractor shall be responsible for reimbursement to MDAD.

END OF SECTION

POJV North Terminal Development Consolidation Program          March 31, 2006
Warranties and Bonds                              Section 01740
Project No. 747B
Page 3 of 3

SECTION 01750

ART IN PUBLIC PLACES COORDINATION

PART 1 - GENERAL

1.01    REQUIREMENTS

In accordance with Miami-Dade County ordinance number 94-12, Miami-Dade Art in Public Places has commissioned artist(s) for the design, fabrication and/or installation of integrated works of art for the NTD Project. The works of art represent an integral component of the construction process. The requirements described herein shall be applicable to all Art in Public Places projects and any related appurtenances thereto. The County reserves the rights to interpret, revise, add to or delete from the scope of the Art in Public Places projects and related appurtenances during any phase of construction.

1.02    COORDINATION

The Trade Contractor shall closely coordinate all aspects of his work with the work of the Artists.

1.03    SITE ACCESS

The Trade Contractor shall provide the Artists and their subcontractors clear access to the site to perform their work so as not to create any delays.

1.04    ARTISTS' SUPPLIED MATERIALS TO TRADE CONTRACTOR

The Trade Contractor shall make all necessary provisions for the delivery, receipt, acceptance, handling, secure storage and protection of all Artist-supplied materials that are to be installed by the Trade Contractor.

1.05    MISCELLANEOUS FACILITIES

The Trade Contractor shall make all necessary provisions to facilitate and accommodate the art installations, including but not limited to providing the Artists and their subcontractors the following:  designated work areas; material storage and staging areas; labor and equipment for hoisting of material and equipment; and temporary power, water and toilet accommodations.

1.06    PROJECT DOCUMENTS

The Trade Contractor shall make readily available for inspection by the County all project documentation pertaining to the Art in Public Places installations and related appurtenances and, upon request, shall make available to the County copies of approved construction schedules, field reports, test reports, surveys, shop drawings or other pertinent documents.

1.07    SCHEDULING

The Trade Contractor shall cooperate with the County as required for the scheduling of all Art in Public Places-related activities and in the performance of his work to avoid conflicts, delays or

interruptions with the progress of the Artists' work and the construction schedule. The Trade Contractor shall coordinate with the County the scheduling of all Art in Public Places project shop drawing submittals and delivery of Artists' materials in accordance with the construction schedule.

1.08   PROJECT MEETINGS

The County may, of its own initiative, request or organize on-site project coordination meetings related to the Art in Public Places installations and appurtenances. The Trade Contractor shall make himself available and attend these meetings when required.

1.09   COMMUNICATIONS

A.   Prior to bid, the Trade Contractor shall notify the County in writing, through the MGC, of any discrepancies in the Bid Documents that represent a conflict between work to be provided by the Trade Contractor or the Artists. Where such a discrepancy or conflict exists and represents a potential for additional costs, the Trade Contractor shall include in his bid an allowance to cover such costs.

B.   The Trade Contractor and the MGC shall expedite written responses to requests for information (RFI's) by the County, the Artists or duly authorized representatives of the County or the Artists so as not to create any delays to the Artists' work or the construction schedule.

1.10   ARTIST INFORMATION

A.   The artists' commissioned by Miami-Dade County's Art in Public Places Trust for the North Terminal Development Project and the general locations of the art projects are as follows.

B.   Artists' Name and Locations of Artworks:

- Michelle Oka Doner is commissioned to design the terrazzo flooring that will be placed throughout the departure level of the NTD concourse.
- Carlos Betancourt is commissioned to provide three dimensional figures to designated areas of the decorative panel walls for the Automated People Mover, "C" station.
- Michelle Oka Doner is commissioned to design terrazzo flooring that will be placed at the "C" station of the Automated People Mover System.

(*) Note: Refer to contract document drawings for specific locations and scope of work.

1.11   CONTACT INFORMATION

In addition to the normal lines of communications, all written communications generated by the Trade Contractor, through the MGC, pertinent to Art in Public Places projects shall include copies addressed to the following:

POJV North Terminal Development Consolidation Program
Art in Public Places Coordination
Project No. 747B

Page 2 of 3

March 31, 2006
Section 01750

Miami-Dade Art in Public Places
Stephen P. Clark Center
111 N.W. 1st Street
Suite 610
Miami, Florida 33128-1982

Fax copies may be sent to (305) 375-5362

1st copy:      Ivan A. Rodriguez
              Executive Director

2nd copy:      Samuel Delgado
              Project Coordinator


                    END OF SECTION

POJV North Terminal Development Consolidation Program
Art in Public Places Coordination
Project No. 747B

March 31, 2006
Section 01750

Page 3 of 3